IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**DUSTIN HYDE, Individually and on**                          **PLAINTIFF**
**Behalf of All Others Similarly Situated**


VS.                             No. 2:22-cv-103-RWS


**ᵇ TOWING & ROAD SERVICE, INC.,**                          **DEFENDANTS**
**anᵈ MAKSIM LISOVSKIY**


## CONSENT TO JOIN COLLECTIVE ACTION

I worked as a Tow Truck Driver for 316 Towing & Road Service, Inc., and Maksim Lisovskiy, between February 14, 2020, and February 14, 2023. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

Sᵎ ᵎATURE

n Brindley
PRᴵ NTED NAME

Datᵉ: *March 30*, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (800) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**


## IMPORTANT: RETURN FOR FILING BEFORE APRIL 14, 2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**DUSTIN HYDE, Individually and on**          **PLAINTIFF**
**Behalf of All Others Similarly Situated**


vs.                              No. 2:22-cv-103-RWS


**316 TOWING & ROAD SERVICE, INC.,**          **DEFENDANTS**
**and MAKSIM LISOVSKIY**

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or First-Class Mail if non-registrants:

Jeremy R. Handschuh, Esq.
Amanda I. Elliot, Esq.
MITCHELL-HANDSCHUH LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
Telephone: (404) 262-9488
Facsimile: (404) 231-3774
jeremy@m-hlawgroup.com
amanda@m-hlawgroup.com

*/s/ Josh Sanford*
**Josh Sanford**