AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| DUSTIN HYDE, individually and on behalf of all other similarly situated,<br>*Plaintiff*<br>v.<br>316 Towing & Road Service, Inc. and Maksim Lisovskiy<br>*Defendant* | Civil Action No. 2:22-cv-103-RWS |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Relief Roadside Services LLC, 2557 Oak Valley Lane, Dacula, GA, 30019, c/o Registered Agent, Brent A. Johnson, 2557 Oak Valley Lane, Dacula, GA, 30019

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit "A" for requested documents.

(***In lieu of inspection, you may mail copies of responsive documents to the undersigned counsel.***)

| Place: Mitchell-Handschuh Law Group<br>3390 Peachtree Road, NE Suite 520<br>Atlanta, Georgia 30326 | Date and Time:<br>04/14/2023 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/30/2023

*CLERK OF COURT*

_____          OR          _____
Signature of Clerk or Deputy Clerk                                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* 316 Towing & Road Service, Inc. and Maksim Lisovskiy , who issues or requests this subpoena, are:
Jeremy R. Handschuh, Esq., GA Bar No. 418099, Mitchell-Handschuh Law Group, 3390 Peachtree Road NE, Suite 520, Atlanta, GA 30326. Jeremy@m-hlawgroup.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:22-cv-103-RWS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Relief Roadside Services, LLC on *(date)* 4/1/23.

☒ I served the subpoena by delivering a copy to the named person as follows: personally served Brent Johnson at 3450 Steve Reynolds Blvd, Duluth, GA 30096 on *(date)* 4/13/23 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/14/23

*Server's signature*

Marc Allard - Process Server
*Printed name and title*

ATLANTA LEGAL SERVICES, INC.
3301 Buckeye Road, Suite 303
Atlanta, GA 30341
404-876-8098

*Server's address*

Additional information regarding attempted service, etc.: