## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated ) ) ) Plaintiff, ) ) v. ) ) 316 TOWING & ROAD SERVICE, ) INC., and MAKSIM LISOVSKIY ) ) Defendants. ) | Civil Action File No: 2:22-cv-103-RWS **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that on this day, Monday, April 17, 2023, I have caused to serve true and correct copies of the documents listed below:

1. DEFENDANTS' NOTICE TO TAKE DEPOSITION OF REYNALDO RICARDO BROWN;

2. DEFENDANTS' NOTICE TO TAKE DEPOSITION OF KEVIN BRINDLEY; and

3. This CERTIFICATE OF SERVICE;

with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC
Matthew.herrington@dcbflegal.com
*Local Counsel for Plaintiff*

Josh Sanford, Esq.
Colby Qualls, Esq.
SANFORD LAW FIRM, PLLC
josh@sanfordlawfirm.com
colby@sanfordlawfirm.com
*Lead Counsel for Plaintiff*

Respectfully submitted this 17th day of April 2023.

| | |
|---|---|
| | /s/ Jeremy R. Handschuh |
| MITCHELL - HANDSCHUH | Jeremy R. Handschuh, Esq. |
| LAW GROUP | Georgia Bar No. 418099 |
| 3390 Peachtree Road, NE, Suite 520 | Amanda I. Elliott, Esq. |
| Atlanta, Georgia 30326 | Georgia Bar No. 137633 |
| T: (404) 262 - 9488 | *Counsel for Defendants* |
| F: (404) 231 - 3774 | |
| E: jeremy@m-hlawgroup.com | |
| E: amanda@m-hlawgroup.com | |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*