**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

|  |  |  |
|---|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action File No: 2:22-cv-103-RWS |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, I hereby certify that on this day, Monday, April 17, 2023, I have caused to serve true and correct copies of the documents listed below:

1. DEFENDANTS' FIRST INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION TO PLAINTIFF REYNALDO RICARDO BROWN;

2. DEFENDANTS' FIRST INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION TO PLAINTIFF KEVIN BRINDLEY; and

3.     this RULE 5.4 CERTIFICATE OF SERVICE;

via email to the following attorneys of record:

Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC
Matthew.herrington@dcbflegal.com
*Local Counsel for Plaintiff*
Patrick Wilson, Esq.

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
patrick@sanfordlawfirm.com
josh@sanfordlawfirm.com
*Lead Counsel for Plaintiff*

Respectfully submitted this 17th day of April 2023.


|  |  |
|---|---|
|  | /s/ Jeremy R. Handschuh |
| MITCHELL - HANDSCHUH | Jeremy R. Handschuh, Esq. |
| LAW GROUP | Georgia Bar No. 418099 |
| 3390 Peachtree Road, NE, Suite 520 | Amanda I. Elliott, Esq. |
| Atlanta, Georgia 30326 | Georgia Bar No. 137633 |
| T: (404) 262 - 9488 | *Counsel for Defendants* |
| F: (404) 231 - 3774 |  |
| E: jeremy@m-hlawgroup.com |  |
| E: amanda@m-hlawgroup.com |  |


*Counsel for the Defendants certifies that this document complies with N.D.Ga. L.R.
5.1B and the N.D.Ga. Standing Order No. 04-01.*