# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | Civil Action File No: 2:22-cv-103-RWS |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that on this day, April 24, 2023, I have caused to serve true and correct copies of the documents listed below:

1. DEFENDANT MAKSIM LISOVSKIY'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF DUSTIN HYDE'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION;

2. DEFENDANT 316 TOWING AND ROAD SERVICE, INC.'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF DUSTIN HYDE'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION;

3.  DEFENDANT 316 TOWING AND ROAD SERVICE, INC'S CERTIFICATE OF AUTHENTICATION OF RECORDS;

4.  DEFENDANT 316 TOWING AND ROAD SERVICE, INC.'S NOTICE TO PLAINTIFFS UNDER FED. R. EVID. 902(11); and

5.  This CERTIFICATE OF SERVICE;

with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC
Matthew.herrington@dcbflegal.com
*Local Counsel for Plaintiff*

Josh Sanford, Esq.
Colby Qualls, Esq.
SANFORD LAW FIRM, PLLC
josh@sanfordlawfirm.com
colby@sanfordlawfirm.com
*Lead Counsel for Plaintiff*

Respectfully submitted this 24th day of April 2023.

| | |
|---|---|
| MITCHELL - HANDSCHUH LAW GROUP<br>3390 Peachtree Road, NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262 - 9488<br>F: (404) 231 - 3774<br>E: jeremy@m-hlawgroup.com<br>E: amanda@m-hlawgroup.com | /s/ Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>Amanda I. Elliott, Esq.<br>Georgia Bar No. 137633<br>*Counsel for Defendants* |