# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action File No: 2:22-cv-103-RWS |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) | |

## SECOND JOINT MOTION TO EXTEND THE PERIOD FOR DISCOVERY AND INCORPORATED MEMORANDUM OF LAW

COME NOW Plaintiff Dustin Hyde ("Plaintiff"), individually and on behalf of others similarly situated, and Defendants 316 Towing & Road Service, Inc. ("316 Towing") and Maksim Lisovskiy ("Lisovskiy") (collectively, the "Defendants") (Plaintiff and Defendants together, the "Parties"), by and through their counsel of record, and file this Second Joint Motion to Extend the Period for Discovery. Plaintiff and Defendants hereby respectfully move this honorable Court to issue an updated Scheduling Order extending the discovery cut-off date and all other relevant time limits therein by sixty (60) days. In further support thereof, Defendants show this Court the following:

Page 1 of 9
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Joint Motion to Extend the Period for Discovery

1.

On August 10, 2022, this Court entered its Scheduling Order, which set forth in relevant part the following time limits:

| Event | Time Limit |
|---|---|
| Discovery Period | February 20, 2023 |
| Motions to Compel Due | Close of Discovery Period (or February 20, 2023) or within extension period allowed in some instances |
| Post-Discovery Settlement Conference Due | 14 days after Close of Discovery Period (or March 6, 2023) |
| Motion for Summary Judgment Due | 30 days after Close of Discovery Period (or March 22, 2023) |

2.

Plaintiff filed his Motion for Conditional Certification, for Approval and Distribution of Notice, and for Disclosure of Contact Information on August 26, 2022 [Dkt. 16] ("Plaintiff's Motion").

3.

Defendants filed their Response in Opposition to Plaintiff's Motion on September 12, 2022 [Dkt. 20] and Plaintiff filed his Reply on September 15, 2022 [Dkt. 22].

**Page 2 of 9**
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Joint Motion to Extend the Period for Discovery**

4.

This Court entered its Order on Plaintiff's Motion on February 6, 2023 [Dkt. 16] (the "Order"), which conditionally certified the class of potential plaintiffs and further ordered the Parties to undertake actions to facilitate notice of potential class members.

5.

In light of the Court's Order, on February 13, 2023, the Parties jointly moved the Court to extend the relevant time limits in this case by ninety (90) days [Dkt. 27], as follows:

| Event | Time Limit |
|---|---|
| Discovery Period | May 22, 2023 |
| Motions to Compel Due | Close of Discovery Period (or May 22, 2023) or within extension period allowed in some instances |
| Post-Discovery Settlement Conference Due | 14 days after Close of Discovery Period (or June 5, 2023) |
| Motion for Summary Judgment Due | 30 days after Close of Discovery Period (or June 21, 2023) |

6.

On February 13, 2023, the Court entered an Order on Joint Motion to Extend the Discovery Period, granting the Parties' joint motion [Dkt. 27] and extending the discovery period and all other relevant time limits by ninety (90) days [Dkt. 28].

Page 3 of 9
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Joint Motion to Extend the Period for Discovery

7.

Thereafter, the Parties engaged in a discovery dispute requiring Court intervention. On March 29, 2023, the Court entered its Order [Dkt. 32] requiring Plaintiffs to supplement their discovery production to Defendants by no later than April 12, 2023. Specifically, the Court's Order required that Plaintiffs produce their tax documents or cooperate with Defendants in assisting them to obtain the requested tax documents from the IRS. As of the date of this filing, the Parties are coordinating submission of the original forms and anticipate processing time before receiving production of the relevant tax documents from the IRS.

8.

Ahead of the April 14, 2023 expiration of the opt-in period, Plaintiff filed a Consent to Join Collective Action for opt-in plaintiff Reynaldo Ricardo Brown ("Brown" or "Plaintiff Brown") on April 4, 2023 [Dkt. 65] and a Consent to Join Collective Action for opt-in plaintiff Kevin Brindley ("Brindley" or "Plaintiff Brindley") on April 14, 2023 [Dkt. 36].

9.

The depositions of Plaintiffs Hyde, Brent Johnson ("Johnson" or "Plaintiff Johnson"), Brown, and Brindley are currently scheduled for May 11, 12, and 16, 2023; however, scheduling conflicts will prevent Plaintiffs' counsel from appearing

Page 4 of 9
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Joint Motion to Extend the Period for Discovery

on the scheduled dates or any other mutually agreeable dates in advance of the May 22, 2023 discovery deadline.

10.

In light of the fact that (i) the Parties are still coordinating submission of the necessary forms to the IRS, after which the Parties anticipate processing time before the IRS will produce Plaintiffs' tax documents; (ii) the two opt-in plaintiffs joined this action late in the discovery period; and (iii) Plaintiffs' scheduling conflicts will prevent depositions from taking place before the current May 22, 2023 discovery deadline, the Parties respectfully request additional time for meaningful discovery to take place, and to extend the relevant time limits in this case by sixty (60) days.

10.

The Northern District of Georgia Local Rule 26.2(b) provides in pertinent part: "The court may, in its discretion, shorten or lengthen the time for discovery. Motions requesting extensions of time for discovery must be made prior to expiration of the existing discovery period and will be granted only in exceptional cases where the circumstances on which the request is based did not exist or the attorney or attorneys could not have anticipated that such circumstances would arise at the time the Joint Preliminary Report and Discovery Plan was filed."

11.

**Page 5 of 9**
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Joint Motion to Extend the Period for Discovery**

As (i) the inherent delay in proceeding with the depositions of Plaintiffs Hyde and Johnson due to (a) the Parties' discovery dispute, which was not resolved until March 29, 2023, (b) the fact that the Parties are currently awaiting production of said tax returns and other relevant documents from the IRS, and (c) unforeseen scheduling conflicts with Plaintiffs' counsel; (ii) opt-in Plaintiffs Brown and Brindley joined this action late in the discovery period; (iii) this Joint Motion is brought prior to the expiration of the current discovery cut-off; (iv) this Joint Motion is brought for the just cause of ensuring that the Parties have sufficient time to conduct meaningful discovery; (v) this Joint Motion is not brought for any improper purpose and is not brought in an attempt to delay the preparation of this case for trial; and (vi) no prejudice will result to the Parties by an order granting the requested relief herein, the Parties respectfully request that this Court reset the relevant time limits as follows:

| Event | Time Limit |
|---|---|
| Discovery Period | July 21, 2023 |
| Motions to Compel Due | Close of Discovery Period (or July 21, 2023) or within extension period allowed in some instances |
| Post-Discovery Settlement Conference Due | 14 days after Close of Discovery Period (or August 4, 2023) |
| Motion for Summary Judgment Due | 30 days after Close of Discovery Period (or August 21, 2023) |

Page 6 of 9
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Joint Motion to Extend the Period for Discovery

WHEREFORE, the Parties respectfully request, in good faith and for the purposes set forth herein, that this Court grant their Second Joint Motion to Extend the Period for Discovery and all other relevant time limits within the Scheduling Order by sixty (60) days.

A proposed Order is attached hereto as Exhibit "1" for this Court's consideration.

Respectfully submitted this 5th day of May 2023.

[*SIGNATURE PAGE FOLLOWS*]

**Page 7 of 9**
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Joint Motion to Extend the Period for Discovery**

**PREPARED AND FILED BY:**

/s/Jeremy R. Handschuh
Jeremy R. Handschuh, Esq.
Georgia Bar No. 418099
Amanda I. Elliott, Esq.
Georgia Bar No. 137633
*Counsel for Defendants*

MITCHELL - HANDSCHUH
LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
T: (404) 262 - 9488
F: (404) 231 - 3774
E: jeremy@m-hlawgroup.com
E: amanda@m-hlawgroup.com

**CONSENTED TO BY:**

/s/ Josh Sanford
Josh Sanford, Esq.
Ark. Bar No. 2001037
*Lead Counsel for Plaintiff*

SANDFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
T: (501) 221-0088
F: (888) 787-2040
E: josh@sanfordlawfirm.com

/s/ Matthew W. Herrington
Matthew W. Herrington
Ga. Bar No. 275411
*Local Counsel for Plaintiff*

DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
T: (404) 979-3150
E: matthew.herrington@dcbflegal.com

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B
and the N.D.Ga. Standing Order No. 04-01.*

**Page 8 of 9**
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Joint Motion to Extend the Period for Discovery**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action File No: 2:22-cv-103-RWS |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that on this day, Friday, May 5, 2023, I have caused to serve true and correct copies of the documents listed below:

1.   SECOND JOINT MOTION TO EXTEND THE PERIOD FOR DISCOVERY AND INCORPORATED MEMORANDUM OF LAW; and

2.   This CERTIFICATE OF SERVICE;

with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew W. Herrington, Esq.

Page 9 of 9
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Joint Motion to Extend the Period for Discovery

DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC
Matthew.herrington@dcbflegal.com
*Local Counsel for Plaintiff*

Josh Sanford, Esq.
Colby Qualls, Esq.
SANFORD LAW FIRM, PLLC
josh@sanfordlawfirm.com
colby@sanfordlawfirm.com
*Lead Counsel for Plaintiff*

Respectfully submitted this 5th day of May 2023.

/s/ Jeremy R. Handschuh

MITCHELL - HANDSCHUH          Jeremy R. Handschuh, Esq.
LAW GROUP                     Georgia Bar No. 418099
3390 Peachtree Road, NE, Suite 520   Amanda I. Elliott, Esq.
Atlanta, Georgia 30326        Georgia Bar No. 137633
T: (404) 262 - 9488           *Counsel for Defendants*
F: (404) 231 - 3774
E: jeremy@m-hlawgroup.com
E: amanda@m-hlawgroup.com

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*

**Page 10 of 9**
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Joint Motion to Extend the Period for Discovery**

# Exhibit 1

**Page 11 of 9**
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Joint Motion to Extend the Period for Discovery**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action File No: 2:22-cv-103-RWS |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## ORDER ON SECOND JOINT MOTION
## TO EXTEND THE DISCOVERY PERIOD

The Court, having duly considered the Second Joint Motion and Incorporated Memorandum of Law of Plaintiff Dustin Hyde, individually and on behalf of others similarly situated, and Defendants 316 Towing & Road Service, Inc. and Maksim Lisovskiy, to extend the discovery period and all other relevant time limits within the February 14, 2023 Order on Joint Motion to Extend the Discovery Period for a period of sixty (60) days, hereby makes the following order: The Parties' Motion is GRANTED. The discovery period and all other relevant time limits are hereby extended sixty (60) days from the time limits set forth in the Court's Order on Joint Motion to Extend the Discovery Period, filed February 13, 2023.

Page 1 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Order on Joint Motion to Extend the Period for Discovery

**IT IS SO ORDERED**, this _____ day of _____ 2023.

_____

HON. RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

**PREPARED AND FILED BY:**                    **CONSENTED TO BY:**

/s/Jeremy R. Handschuh                        /s/Josh Sanford
Jeremy R. Handschuh, Esq.                     Josh Sanford, Esq.
Georgia Bar No. 418099                        Ark. Bar No. 2001037
Amanda I. Elliott, Esq.                       *Lead Counsel for Plaintiff*
Georgia Bar No. 137633
*Counsel for Defendants*                      SANDFORD LAW FIRM, PLLC
                                              Kirkpatrick Plaza
MITCHELL - HANDSCHUH                           10800 Financial Centre Pkwy, Suite 510
LAW GROUP                                     Little Rock, Arkansas 72211
3390 Peachtree Road, NE, Suite 520            T: (501) 221-0088
Atlanta, Georgia 30326                        F: (888) 787-2040
T: (404) 262 - 9488                           E: josh@sanfordlawfirm.com
F: (404) 231 - 3774
E: jeremy@m-hlawgroup.com                     /s/ Matthew W. Herrington
E: amanda@m-hlawgroup.com                     Matthew W. Herrington
                                              Ga. Bar No. 275411
                                              *Local Counsel for Plaintiff*

                                              DELONG, CALDWELL, BRIDGERS,
                                              FITZPATRICK & BENJAMIN
                                              101 Marietta Street, Suite 2650
                                              Atlanta, Georgia 30303
                                              T: (404) 979-3150
                                              E: matthew.herrington@dcbflegal.com

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B
and the N.D.Ga. Standing Order No. 04-01.*

Page 2 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Order on Joint Motion to Extend the Period for Discovery