IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated ) ) ) Plaintiff, ) ) ) v. ) ) ) 316 TOWING & ROAD SERVICE, ) INC., and MAKSIM LISOVSKIY ) ) ) Defendants. ) | Civil Action File No: 2:22-cv-103-RWS  **JURY TRIAL DEMANDED** |

**ORDER ON SECOND JOINT MOTION
TO EXTEND THE DISCOVERY PERIOD**

The Court, having duly considered the Second Joint Motion and Incorporated Memorandum of Law of Plaintiff Dustin Hyde, individually and on behalf of others similarly situated, and Defendants 316 Towing & Road Service, Inc. and Maksim Lisovskiy, to extend the discovery period and all other relevant time limits within the February 14, 2023 Order on Joint Motion to Extend the Discovery Period for a period of sixty (60) days, hereby makes the following order:  The Parties' Motion is GRANTED.  The discovery period and all other relevant time limits are hereby extended sixty (60) days from the time limits set forth in the Court's Order on Joint Motion to Extend the Discovery Period, filed February 13, 2023.

Page 1 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Order on Joint Motion to Extend the Period for Discovery

IT IS SO ORDERED, this 8th day of May, 2023.

*signature*

**RICHARD W. STORY**
United States District Judge

| **PREPARED AND FILED BY:** | **CONSENTED TO BY:** |
|---|---|
| /s/Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>Amanda I. Elliott, Esq.<br>Georgia Bar No. 137633<br>*Counsel for Defendants*<br><br>MITCHELL - HANDSCHUH<br>LAW GROUP<br>3390 Peachtree Road, NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262 - 9488<br>F: (404) 231 - 3774<br>E: jeremy@m-hlawgroup.com<br>E: amanda@m-hlawgroup.com | /s/Josh Sanford<br>Josh Sanford, Esq.<br>Ark. Bar No. 2001037<br>*Lead Counsel for Plaintiff*<br><br>SANDFORD LAW FIRM, PLLC<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>T: (501) 221-0088<br>F: (888) 787-2040<br>E: josh@sanfordlawfirm.com<br><br>/s/ Matthew W. Herrington<br>Matthew W. Herrington<br>Ga. Bar No. 275411<br>*Local Counsel for Plaintiff*<br><br>DELONG, CALDWELL, BRIDGERS,<br>FITZPATRICK & BENJAMIN<br>101 Marietta Street, Suite 2650<br>Atlanta, Georgia 30303<br>T: (404) 979-3150<br>E: matthew.herrington@dcbflegal.com |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*

Page 2 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Order on Joint Motion to Extend the Period for Discovery