## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated <br><br> Plaintiff, <br><br> v. <br><br> 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action File No: 2:22-cv-103-RWS <br><br> **JURY TRIAL DEMANDED** |

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, I hereby certify that on this day, Tuesday, June 6, 2023, I have caused to serve true and correct copies of the documents listed below:

1. DEFENDANTS' FIRST SUPPLEMENT TO INITIAL DISCLOUSURES; and

2. this CERTIFICATE OF SERVICE;

with the Clerk of Court using the CM/ECF system or via email to the following attorneys of record:

Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC
Matthew.herrington@dcbflegal.com
*Local Counsel for Plaintiff*

Colby Qualls, Esq.<br>
Josh Sanford, Esq.<br>
SANFORD LAW FIRM, PLLC<br>
colby@sanfordlawfirm.com<br>
josh@sanfordlawfirm.com<br>
*Lead Counsel for Plaintiff*

Respectfully submitted this 6th day of June 2023.

| | |
|---|---|
| MITCHELL - HANDSCHUH | /s/ Jeremy R. Handschuh |
| LAW GROUP | Jeremy R. Handschuh, Esq. |
| 3390 Peachtree Road, NE, Suite 520 | Georgia Bar No. 418099 |
| Atlanta, Georgia 30326 | Amanda I. Elliott, Esq. |
| T: (404) 262 - 9488 | Georgia Bar No. 137633 |
| F: (404) 231 - 3774 | *Counsel for Defendants* |
| E: jeremy@m-hlawgroup.com | |
| E: amanda@m-hlawgroup.com | |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*