IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY<br><br>Defendants. | Civil Action File No: 2:22-cv-103-RWS |

## UNOPPOPSED MOTION TO EXTEND CERTAIN DEADLINES

Plaintiff Dustin Hyde, individually and on behalf of all others similarly situated, by and through his counsel of record, for his Unopposed Motion to Extend Certain Deadlines, states as follows:

1. Per the Court's May 8 Order, the discovery deadline for this case is July 21. *See* ECF No. 42.

2. Plaintiff requests that the Court extend discovery in this matter 90 days beyond the current discovery deadline, as Defendants are still awaiting tax returns from the IRS for the Plaintiff and opt-in plaintiffs.

3. Prior receipt of the documents from the IRS are preconditions to singular and concluded depositions of Plaintiffs and the opt-ins based upon the questions that Defendants intend to pursue in the depositions.

4. Plaintiff further requests that the Court extend discovery in this matter so that incomplete or held-open depositions do not take place as planned June 29.

5. Plaintiff also respectfully requests that all deadlines for dispositive motions be extended 30 days beyond the new discovery deadline. *See* ECF. No. 42.

6. Counsel for both parties have conferred regarding this Motion. **Defendants are unopposed to the relief requested in this Motion.**

7. The requested extension is not sought for purposes of delay and good cause exists to modify the Scheduling Order. *See* Fed. R. Civ. P. 16(b)(4).

WHEREFORE**,** the parties respectfully request that the Court enter an Order (i) extending the discovery deadline to 90 days beyond the current discovery deadline; and (ii) extending the motion deadline by an additional 30 days from the new discovery deadline.

Respectfully submitted,

**DUSTIN HYDE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

DELONG, CALDWELL, BRIDERS, FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
Telephone: (404) 979-3150

Matthew W. Herrington
Ga. Bar No. 275411
matthew.herrington@dcbflegal.com

LOCAL COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Jeremy H. Handschuh, Esq.
Amanda I. Elliot, Esq.
MITCHELL-HANDSCHUH LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
Telephone: (404) 262-9488
Facsimile: (404) 231-3774
jeremy@m-hlawgroup.com
amanda@m-hlawgroup.com
Attorneys for Defendants

/s/ Josh Sanford
**Josh Sanford**