# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY<br><br>Defendants. | Civil Action File No: 2:22-cv-103-RWS |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to Extend Certain Deadlines, it is hereby **ORDERED** that the motion is **GRANTED**. The discovery deadline is extended to and including October 20, 2023, and the deadline for dispositive motions is extended 30 days beyond the closure of discovery.

IT IS SO ORDERED, this _____ day of June, 2023.

_____
**HON. RICHARD W. STORY**
**UNITED STATES DISTRICT JUDGE**