IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated ) ) ) Plaintiff, ) ) v. ) ) 316 TOWING & ROAD SERVICE, ) INC., and MAKSIM LISOVSKIY ) ) Defendants. ) | Civil Action File No: 2:22-cv-103-RWS **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that on this day, Tuesday, July 25, 2023, I have caused to serve true and correct copies of the documents listed below:

1. DEFENDANTS' FOURTH AMENDED NOTICE TO TAKE DEPOSITION OF DUSTIN HYDE;

2. DEFENDANTS' SECOND AMENDED NOTICE TO TAKE DEPOSITION OF REYNALDO RICARDO BROWN;

3. DEFENDANTS' FOURTH AMENDED NOTICE TO TAKE DEPOSITION OF BRENT JOHNSON;

4. DEFENDANTS' SECOND AMENDED NOTICE TO TAKE DEPOSITION OF KEVIN BRINDLEY; and

5. This CERTIFICATE OF SERVICE;

via email to the following attorneys of record:

Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC
Matthew.herrington@dcbflegal.com
*Local Counsel for Plaintiff*

Josh Sanford, Esq.
Colby Qualls, Esq.
SANFORD LAW FIRM, PLLC
josh@sanfordlawfirm.com
colby@sanfordlawfirm.com
*Lead Counsel for Plaintiff*

Respectfully submitted this 25th day of July 2023.

| | |
|---|---|
| MITCHELL - HANDSCHUH LAW GROUP<br>3390 Peachtree Road, NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262 - 9488<br>F: (404) 231 - 3774<br>E: jeremy@m-hlawgroup.com<br>E: amanda@m-hlawgroup.com | /s/ Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>Amanda I. Elliott, Esq.<br>Georgia Bar No. 137633<br>*Counsel for Defendants* |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01*