IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated )<br><br>Plaintiff, )<br><br>v. )<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY )<br><br>Defendants. ) | Civil Action File No: 2:22-cv-103-RWS<br><br>**JURY TRIAL DEMANDED** |

## ORDER ON CONSENT MOTION TO AMEND THE SCHEDULING ORDER

The Court, having duly considered the Consent Motion to Amend the Scheduling Order and Incorporated Memorandum of Law of Defendants 316 Towing & Road Service, Inc. and Maksim Lisovskiy to extend the deadline for the Parties to file any summary judgment or other dispositive motions through and including thirty (30) days following the Court's order on Defendants' Motion for Decertification, hereby makes the following order: Defendants' Motion is GRANTED. Defendants must file their Motion for Decertification within thirty (30) days after the expiration of the discovery period, or November 20, 2023. The Parties

Page 1 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Order on Motion to Amend the Scheduling Order

must then file any summary judgment or other dispositive motions within thirty (30) days following the Court's order on Defendants' Motion for Decertification.

**IT IS SO ORDERED**, this *13th* day of *Oct* 2023.

_____
HON. RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

**PREPARED AND FILED BY:**

/s/Jeremy R. Handschuh
Jeremy R. Handschuh, Esq.
Georgia Bar No. 418099
Amanda I. Elliott, Esq.
Georgia Bar No. 137633
*Counsel for Defendants*

MITCHELL - HANDSCHUH
LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
T: (404) 262 - 9488
F: (404) 231 - 3774
E: jeremy@m-hlawgroup.com
E: amanda@m-hlawgroup.com

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*

Page 2 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Joint Motion to Extend the Period for Discovery