IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY<br><br>Defendants. | Civil Action File No: 2:22-cv-103-RWS<br><br>**JURY TRIAL DEMANDED** |

## ORDER ON CONSENT MOTION TO AMEND DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

The Court, having duly considered the Consent Motion to Amend Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint and Incorporated Memorandum of Law of Defendants 316 Towing & Road Service, Inc. and Maksim Lisovskiy to request leave to amend Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint, hereby makes the following order: Defendants' Motion is GRANTED. The Clerk of Court is hereby directed to file Defendants' Answer and First Amended Affirmative Defenses, which is attached to Defendants' Motion as Exhibit "1."

Page 1 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Order on Motion to Amend the Scheduling Order

IT IS SO ORDERED, this ___13th___ day of ___Oct___ 2023.

_____
HON. RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

**PREPARED AND FILED BY:**

/s/Jeremy R. Handschuh
Jeremy R. Handschuh, Esq.
Georgia Bar No. 418099
Amanda I. Elliott, Esq.
Georgia Bar No. 137633
*Counsel for Defendants*

MITCHELL - HANDSCHUH
LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
T: (404) 262 - 9488
F: (404) 231 - 3774
E: jeremy@m-hlawgroup.com
E: amanda@m-hlawgroup.com

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*

Page 2 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Joint Motion to Extend the Period for Discovery