IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**DUSTIN HYDE, Individually and on Behalf of All Others Similarly Situated**                     **PLAINTIFF**

vs.                              No. 2:22-cv-103-RWS

**316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY**                  **DEFENDANTS**

### PLAINTIFF'S SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Plaintiff Dustin Hyde, individually and on behalf of all others similarly situated, by and through his attorney Josh Sanford of the Sanford Law Firm, PLLC, hereby submits the following Supplemental Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

**(6)   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Computations of unpaid wages are attached. The categories of damages are as follows: Unpaid back wages, including overtime wages; pre-judgment interest; post-

Page 1 of 3
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS**
**Plaintiff's Supplemental Disclosures Pursuant to Rule 26(a)(1)**

judgment interest; liquidated damages; court costs; and attorney's fees.  Please see enclosed.

    Respectfully submitted,

    **DUSTIN HYDE, Individually**
    **and on Behalf of All Others**
    **Similarly Situated, PLAINTIFF**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    */s/ Josh Sanford*
    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

    ***LEAD COUNSEL FOR PLAINTIFF***
    *Admitted Pro Hac Vice*

    DELONG, CALDWELL, BRIDGERS,
    FITZPATRICK & BENJAMIN
    101 Marietta Street, Suite 2650
    Atlanta, Georgia 30303
    Telephone: (404) 979-3150

    Matthew W. Herrington
    Ga. Bar No. 275411
    matthew.herrington@dcbflegal.com

    ***LOCAL COUNSEL FOR PLAINTIFF***

Page 2 of 3
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff's Supplemental Disclosures Pursuant to Rule 26(a)(1)

## **CERTIFICATE OF SERVICE**

    I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing was served via email on October 20, 2023, to the attorneys listed below:

Jeremy R. Handschuh, Esq.
Amanda I. Elliot, Esq.
MITCHELL – HANDSCHUH LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
Telephone: (404) 262-9488
Facsimile: (404) 231-3774
jeremy@m-hlawgroup.com
amanda@m-hlawgroup.com

                                                      */s/ Josh Sanford*
                                                      **Josh Sanford**

Page 3 of 3
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff's Supplemental Disclosures Pursuant to Rule 26(a)(1)

**Dustin Hyde**

| Week End | Hours Est. | Pay | Eff. Hourly Rate | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|
| 12/13/19 | 95 | $ 700.00 | $ 7.37 | $ 202.63 | $ 405.26 |
| 12/20/19 | 95 | $ 700.00 | $ 7.37 | $ 202.63 | $ 405.26 |
| 12/27/19 | 95 | $ 700.00 | $ 7.37 | $ 202.63 | $ 405.26 |
| 1/3/20 | 95 | $ 700.00 | $ 7.37 | $ 202.63 | $ 405.26 |
| 1/10/20 | 95 | $ 1,035.00 | $ 10.89 | $ 299.61 | $ 599.21 |
| 1/17/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 1/24/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 1/31/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 2/7/20 | 95 | $ 1,035.00 | $ 10.89 | $ 299.61 | $ 599.21 |
| 2/14/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 2/21/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 2/28/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 3/6/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 3/13/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 3/20/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 3/27/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 4/3/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 4/10/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 4/17/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 4/24/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 5/1/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 5/8/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 5/15/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 5/22/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 5/29/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 6/5/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 6/12/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 6/19/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 6/26/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 7/3/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 7/10/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 7/17/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 7/24/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 7/31/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 8/7/20 | 95 | $ 700.00 | $ 7.37 | $ 202.63 | $ 405.26 |
| 8/14/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 8/21/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 8/28/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 9/4/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 9/11/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 9/18/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 9/25/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |
| 10/2/20 | 95 | $ 735.00 | $ 7.74 | $ 212.76 | $ 425.53 |
| 10/9/20 | 95 | $ 1,000.00 | $ 10.53 | $ 289.47 | $ 578.95 |

**Dustin Hyde**

| Week End | Hours Est. | Pay | Eff. Hourly Rate | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|
| 10/16/20 | 95 | $1,000.00 | $10.53 | $289.47 | $578.95 |
| 10/23/20 | 95 | $1,000.00 | $10.53 | $289.47 | $578.95 |
| 10/30/20 | 95 | $1,000.00 | $10.53 | $289.47 | $578.95 |
| 11/6/20 | 95 | $1,000.00 | $10.53 | $289.47 | $578.95 |
| 11/13/20 | 95 | $1,000.00 | $10.53 | $289.47 | $578.95 |
| 11/20/20 | 95 | $1,000.00 | $10.53 | $289.47 | $578.95 |
| 11/27/20 | 95 | $1,000.00 | $10.53 | $289.47 | $578.95 |
| 12/4/20 | 95 | $1,000.00 | $10.53 | $289.47 | $578.95 |
| 12/11/20 | 95 | $1,000.00 | $10.53 | $289.47 | $578.95 |
| 12/18/20 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 12/25/20 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 1/1/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 1/8/21 | 60 | $1,035.00 | $17.25 | $172.50 | $345.00 |
| 1/15/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 1/22/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 1/29/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 2/5/21 | 60 | $1,035.00 | $17.25 | $172.50 | $345.00 |
| 2/12/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 2/19/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 2/26/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 3/5/21 | 60 | $1,035.00 | $17.25 | $172.50 | $345.00 |
| 3/12/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 3/19/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 3/26/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 4/2/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 4/9/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 4/16/21 | 60 | $1,000.00 | $16.67 | $166.67 | $333.33 |
| 4/23/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 4/30/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 5/7/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 5/14/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 5/21/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 5/28/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 6/4/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 6/11/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 6/18/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 6/25/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 7/2/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 7/9/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 7/16/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 7/23/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 7/30/21 | 60 | $1,100.00 | $18.33 | $183.33 | $366.67 |
| 8/6/21 | | $ - | | $ - | $ - |
| 8/13/21 | | $ - | | $ - | $ - |

**Dustin Hyde**

| Week End | Hours Est. | Pay | Eff. Hourly Rate | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|
| 8/20/21 |  | $ - |  | $ - | $ - |
| 8/27/21 |  | $ - |  | $ - | $ - |
| 9/3/21 |  | $ - |  | $ - | $ - |
| 9/10/21 |  | $ - |  | $ - | $ - |
| 9/17/21 |  | $ - |  | $ - | $ - |
| 9/24/21 |  | $ - |  | $ - | $ - |
| 10/1/21 |  | $ - |  | $ - | $ - |
| 10/8/21 |  | $ - |  | $ - | $ - |
| 10/15/21 |  | $ - |  | $ - | $ - |
| 10/22/21 |  | $ - |  | $ - | $ - |
| 10/29/21 |  | $ - |  | $ - | $ - |
| 11/5/21 | 60 | $ - | $ - | $ - | $ - |
| 11/12/21 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 11/19/21 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 11/26/21 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 12/3/21 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 12/10/21 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 12/17/21 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 12/24/21 | 60 | $ 2,000.00 | $ 33.33 | $ 333.33 | $ 666.67 |
| 12/31/21 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 1/7/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 1/14/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 1/21/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 1/28/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 2/4/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 2/11/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 2/18/22 | 60 | $ 2,000.00 | $ 33.33 | $ 333.33 | $ 666.67 |
| 2/25/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 3/4/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 3/11/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 3/18/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 3/25/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 4/1/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 4/8/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 4/15/22 | 60 | $ 400.00 | $ 6.67 | $ 66.67 | $ 133.33 |
| 4/22/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 4/29/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 5/6/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 5/13/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 5/20/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 5/27/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 6/3/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 6/10/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 6/17/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |

**Dustin Hyde**

| Week End | Hours Est. | Pay | Eff. Hourly Rate | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|
| 6/24/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 7/1/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 7/8/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 7/15/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 7/22/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 7/29/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 8/5/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 8/12/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 8/19/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 8/26/22 | 60 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| | | | | $ 27,852.28 | $ 55,704.56 |

**Brent Johnson**

| Week End | Hours Est. | Pay | Eff. Hourly Rate | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|
| 4/23/21 | 60.00 | $ 850.00 | $ 14.17 | $ 141.67 | $ 283.33 |
| 4/30/21 | 60.00 | $ 850.00 | $ 14.17 | $ 141.67 | $ 283.33 |
| 5/7/21 | 60.00 | $ 850.00 | $ 14.17 | $ 141.67 | $ 283.33 |
| 5/14/21 | 60.00 | $ 850.00 | $ 14.17 | $ 141.67 | $ 283.33 |
| 5/21/21 | 60.00 | $ 850.00 | $ 14.17 | $ 141.67 | $ 283.33 |
| 5/28/21 | 60.00 | $ 850.00 | $ 14.17 | $ 141.67 | $ 283.33 |
| 6/4/21 | 60.00 | $ 850.00 | $ 14.17 | $ 141.67 | $ 283.33 |
| 6/11/21 | 60.00 | $ 850.00 | $ 14.17 | $ 141.67 | $ 283.33 |
| 6/18/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 6/25/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 7/2/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 7/9/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 7/16/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 7/23/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 7/30/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 8/6/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 8/13/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 8/20/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 8/27/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 9/3/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 9/10/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 9/17/21 | 60.00 | $ 1,900.00 | $ 31.67 | $ 316.67 | $ 633.33 |
| 9/24/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 10/1/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 10/8/21 | 60.00 | $ 1,900.00 | $ 31.67 | $ 316.67 | $ 633.33 |
| 10/15/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 10/22/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 10/29/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 11/5/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 11/12/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 11/19/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 11/26/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 12/3/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 12/10/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 12/17/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 12/24/21 | 60.00 | $ 1,050.00 | $ 17.50 | $ 175.00 | $ 350.00 |
| 12/31/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| | | | | **$ 5,950.00** | **$ 11,900.00** |

**Reynaldo Brown**

| Week End | Hours Est. | Pay | Eff. Hourly Rate | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|
| 6/18/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 6/25/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 7/2/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
|  |  |  |  | $ 475.00 | $ 950.00 |

**Kevin Brindley**

| Week End | Hours Est. | Pay | Eff. Hourly Rate | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|
| 10/8/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 10/15/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 10/22/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 10/29/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 11/5/21 | 87.00 | $ 900.00 | $ 10.34 | $ 243.10 | $ 486.21 |
| 11/12/21 | 87.00 | $ 900.00 | $ 10.34 | $ 243.10 | $ 486.21 |
| 11/19/21 | 87.00 | $ 900.00 | $ 10.34 | $ 243.10 | $ 486.21 |
| 11/26/21 | 87.00 | $ 900.00 | $ 10.34 | $ 243.10 | $ 486.21 |
| 12/3/21 | 60.00 | $ 900.00 | $ 15.00 | $ 150.00 | $ 300.00 |
| 12/10/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 12/17/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 12/24/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 12/31/21 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 1/7/22 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 1/14/22 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 1/21/22 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 1/28/22 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 2/4/22 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 2/11/22 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 2/18/22 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 2/25/22 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 3/4/22 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 3/11/22 | 60.00 | $ 950.00 | $ 15.83 | $ 158.33 | $ 316.67 |
| 3/18/22 | 60.00 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 3/25/22 | 60.00 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 4/1/22 | 60.00 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 4/8/22 | 60.00 | $ 1,000.00 | $ 16.67 | $ 166.67 | $ 333.33 |
| 4/15/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 4/22/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 4/29/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 5/6/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 5/13/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 5/20/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 5/27/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 6/3/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 6/10/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 6/17/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 6/24/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 7/1/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 7/8/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 7/15/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 7/22/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 7/29/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 8/5/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |

**Kevin Brindley**

| Week End | Hours Est. | Pay | Eff. Hourly Rate | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|
| 8/12/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 8/19/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 8/26/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 9/2/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 9/9/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 9/16/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 9/23/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 9/30/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 10/7/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
| 10/14/22 | 60.00 | $ 1,100.00 | $ 18.33 | $ 183.33 | $ 366.67 |
|  |  |  |  | **$ 9,555.75** | **$ 19,111.49** |