**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY<br><br>Defendants. | Civil Action File No: 2:22-cv-103-RWS<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' MOTION FOR DECERTIFICATION**
**OF COLLECTIVE ACTION**

COME NOW, Defendants 316 Towing & Road Service, Inc. ("316") and Maksim Lisovskiy ("Lisovskiy") (collectively, the "Defendants") by and through their counsel of record and file this Defendants' Motion for Decertification of Collective Action as follows:

In brief, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 207, *et seq*. (the "FLSA") and applicable federal law, Defendants respectfully move for an order decertifying the collective action and dismissing all opt-in Plaintiffs. The clear record developed through discovery in this action prohibits Plaintiff from satisfying its burden under 29 U.S.C. § 207(a)(1) to demonstrate that Plaintiff and the opt-in

Plaintiffs are similarly situated sufficient to maintain a case for overtime wages under the FLSA as a collective action. This case, therefore, should not be permitted to proceed as a collective action, and the Court should exercise its discretion to grant decertification and dismiss all opt-in Plaintiffs, taxing all recoverable costs associated with the opt-in Plaintiffs against Plaintiff, and award all other relief this Court deems just.

This Motion is supported by the accompanying Memorandum of Law and corresponding Exhibits A-G attached thereto, as well as the pleadings, records, and the entire record on file in this action.

Respectfully submitted this 20th day of November 2023.

|  |  |
|---|---|
| MITCHELL - HANDSCHUH<br>LAW GROUP<br>3390 Peachtree Road, NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262 - 9488<br>F: (404) 231 - 3774<br>E: jeremy@m-hlawgroup.com<br>E: amanda@m-hlawgroup.com | /s/Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>Amanda I. Elliott, Esq.<br>Georgia Bar No. 137633<br>*Counsel for Defendants* |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*