# Exhibit A

# Exhibit 1

**Exhibit A, Lisovskiy Aff.**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated <br><br> Plaintiff, <br><br> v. <br><br> 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY <br><br> Defendants. | Civil Action File No: 2:22-cv-103-RWS <br><br> **JURY TRIAL DEMANDED** |

## AFFIDAVIT OF MAKSIM LISOVSKIY

Maksim Lisovskiy, having PERSONALLY APPEARED before an officer duly authorized by law to administer oaths, and having been duly sworn, states the following:

1. My name is Maksim Lisovskiy. I am over 21 years of age, suffer from no legal disabilities, and give this affidavit from personal knowledge for utilization for all purposes in the above-styled civil action.

2. I am the Chief Executive Officer of 316 Towing and Road Services, Inc. ("316 Towing"). I am personally familiar with 316 Towing's operations and employment practices.

1

3. 316 Towing has one office, which is located in Barrow County, Georgia, at 796 Bill Rutledge Road, Winder, GA 30680.

4. 316 Towing provides roadside assistance to customers within and around Winder, Georgia, including towing, winching, accident response, jump starting vehicles, and other related services.

5. Although I am familiar with 316 Towing's practices concerning tow truck drivers, I have never been directly involved in the recruiting, onboarding, or day-to-day management of any tow truck drivers.

6. I have never hired or fired any tow truck drivers, including Dustin Hyde, who performed work for 316 Towing.

7. I have never supervised or controlled the work schedules or working conditions of any tow truck driver, including Dustin Hyde and Brent Johnson.

8. I have never determined the specific rates or payment method of any tow truck driver.

9. I have never maintained records for any tow truck driver.

10. I have never, personally, engaged or hired any tow truck drivers and I do not operate, personally, as a tow truck company. Instead, tow truck drivers were hired by 316 Towing.

**Exhibit A, Lisovskiy Aff.**

11. Prior to 2018, I had no experience owning or managing a towing business, and I have neither owned nor worked for any towing business other than 316 Towing.

12. Although 316 Towing was formed in 2018, 316 Towing did not begin operating and servicing customers until 2019.

13. 316 Towing adopted an "independent contractor" model, by which 316 Towing would retain tow truck drivers who could respond to calls from potential customers during scheduled on-call "shifts" in exchange for a fixed weekly rate.

14. During on-call shifts that spanned twelve (12) hours per day, six (6) days per week, each tow truck driver was expected to be available to answer or promptly return phone calls from dispatch and confirm whether he could assist potential clients.

15. 316 Towing did not require tow truck drivers to report to an office or perform any work for 316 Towing during on-call shifts other than answering phone calls from dispatch and, if he was able to assist, performing roadside assistance for 316 Towing's clients.

16. Due to the low volume of calls, the weekly rate paid to tow truck drivers was calculated to provide more than adequate compensation for the hours that each

tow truck driver spent responding to calls, driving to and from clients, and performing work.

17. At the end of each week, tow truck drivers would submit invoices to 316 Towing for payment.

18. Each tow truck driver for 316 Towing used a timekeeping software program called "Towbook" which tracked data including calls from dispatch, driving time, and how much time that tow truck drivers spent assisting clients and driving to-and-from client locations.

19. In June of 2019, I hired Eli Kudrin as General Manager to manage the day-to-day operations of 316 Towing, and his duties included recruiting, onboarding, scheduling, and terminating tow truck drivers.

20. 316 Towing generated less than $500,000.00 in annual revenue during 2019, 2020, and 2021.

21. I do not and have never owned the facility where 316 Towing operates.

22. Neither I nor 316 Towing own any trucks used in 316 Towing's business.

23. All tow truck drivers who performed work were for 316 Towing submitted invoices to 316 Towing and were paid by 316 Towing. I have never directly paid any tow truck driver for work performed for 316 Towing.

[SIGNATURE PAGE FOLLOWS]

4

**Exhibit A, Lisovskiy Aff.**

FURTHER AFFIANT SAYETH NOT.

Respectfully submitted as of the notarized date below.

_____
Affiant
Maksim Lisovskiy
Chief Executive Officer
316 Towing & Road Service, Inc.

SWORN TO and subscribed before me by Maksim Lisovskiy, who is well known to me or had produced a valid driver's license as identification, this 12th day of September 2022.

_____
Notary Public
My Commission Expires: 3/30/2025

5

Exhibit A, Lisovskiy Aff.