# Exhibit B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY )<br>)<br>Defendants. ) | Civil Action File No: 2:22-cv-103-RWS<br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF ELISHA KUDRIN

Elisha "Eli" Kudrin, having PERSONALLY APPEARED before an officer duly authorized by law to administer oaths, and having been duly sworn, states the following:

1. My name is Elisha "Eli" Kudrin. I am over 21 years of age, suffer from no legal disabilities, and give this affidavit from personal knowledge for utilization for all purposes in the above-styled civil action.

2. I am the General Manager of 316 Towing and Road Services, Inc. ("316 Towing"). In this role, I am responsible for overseeing and managing the day-to-day operations of 316 Towing, including direct communications with the drivers engaged by 316 Towing and maintaining documents related to the

1

**Exhibit B, Kudrin Aff., Nov. 17, 2023**

drivers and the operations of 316 Towing. I am personally familiar with 316 Towing's operations and practices.

## 316 TOWING

3. 316 Towing provides both intrastate and interstate roadside assistance to customers within and around Winder, Georgia, including towing, winching, accident response, jump starting vehicles, and other related services. 316 Towing transports vehicles both intrastate and interstate.

4. 316 Towing is a motor carrier authorized by the Federal Motor Carrier Safety Administration ("F.M.C.S.A.") under motor carrier number MC-531312.

5. 316 Towing's activities directly affect the safety of operations of motor vehicles.

6. As part of its business, 316 Towing retains tow truck drivers as independent contractors.

7. Each of 316 Towing's tow truck drivers used a timekeeping software program called "Towbook," which tracks data including calls from dispatch, rejected calls, precise GPS driving time, and time spent servicing customers.

8. All time that drivers spent responding to customer calls and actively driving or towing vehicles was captured by Towbook.

**Exhibit B, Kudrin Aff., Nov. 17, 2023**

9. Towbook generates detailed reports which completely and accurately reflect all time spent responding to customer calls and actively driving or towing vehicles ("Towbook Logs").

10. 316 Towing has maintained complete and accurate Towbook Logs for each individual tow truck driver. The complete and accurate Towbook Logs for Dustin Hyde are attached to the Deposition of Dustin Hyde as Exhibit 13 thereto, which is attached to Defendants' Motion for Decertification of Collective Action ("Defs.' Mot. for Decert.") as Exhibit D thereto. The complete and accurate Towbook Logs for Reynaldo Brown are attached to the Deposition of Reynaldo Brown as Exhibit 6 thereto, which is attached to Defs.' Mot. for Decert. as Exhibit E thereto. The complete and accurate Towbook Logs for Brent Johnson are attached to the Deposition of Brent Johnson as Exhibit 6 thereto, which is attached to Defs.' Mot. for Decert. as Exhibit F thereto. The complete and accurate Towbook Logs for Kevin Brindley are attached to the Deposition of Kevin Brindley as Exhibit 6 thereto, which is attached to Defs.' Mot. for Decert. as Exhibit G thereto.

11. As part of 316 Towing's operations, for 2021, it kept a profit and loss statement or financial report ("P&L Report") that provides a summary of 316 Towing's revenues, expenses, and profits/losses for 2021. The P&L Report

**Exhibit B, Kudrin Aff., Nov. 17, 2023**

accurately set forth 316 Towing's total gross revenue for 2021. A true and complete copy of the P&L Report for 2021 is attached hereto as Exhibit "1."

12. For 2021, 316 Towing grossed less than $500,000 annually in sales made or business done.

13. I am the custodian of records for 316 Towing, each of the records identified within ¶¶ 10 and 11 above were made at or near the time of the acts, events or conditions reflected in these records and were made by, or from information transmitted by, a person or people with personal knowledge and a business duty to report. It is the regular practice of the business activity to make the records, and such records are kept in the course of regularly conducted business activity of 316 Towing.

   FURTHER AFFIANT SAYETH NOT.

     [*SIGNATURE PAGE FOLLOWS*]

**Exhibit B, Kudrin Aff., Nov. 17, 2023**

Respectfully submitted as of the notarized date below.

_____
Affiant
Elisha Kudrin
Operations Manager
316 Towing & Road Service, Inc.

SWORN TO and subscribed before me by Elisha Kudrin, who is well known to me or had produced a valid driver's license as identification, this 17 day of November 2023.

Sana Hanif
Notary Public
My Commission Expires: 07/12/2027

**Exhibit B, Kudrin Aff., Nov. 17, 2023**

Scanned with CamScanner

# Exhibit 1

**Exhibit B, Kudrin Aff., Nov. 17, 2023, Ex. 1**

12:55 PM
03/03/23
Accrual Basis

# 316 Towing & Road Services
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales Income | 600.00 |
| Towing Income | 363,838.88 |
| Trucks repairing | 83,892.00 |
| **Total Income** | 448,330.88 |
| **Gross Profit** | 448,330.88 |
| **Expense** | |
| Advertisement | 9,841.36 |
| Auto parts | 15,820.22 |
| Automobile Expense | 2,676.21 |
| Bank Service Charges | 2,040.56 |
| Business Licenses and Permits | 829.55 |
| Equipment repair and Maintan | 8,253.86 |
| fuel exp | 55,862.59 |
| Insurance Expense | 56,371.12 |
| Meals and Entertainment | 1,391.38 |
| Membership | 550.00 |
| Merchant service | 180.00 |
| Office equipment | 6,597.36 |
| Office Supplies | 2,921.13 |
| Postage and delivery | 233.01 |
| Professional Fees | 687.97 |
| Reconciliation Discrepancies | -0.01 |
| Rent Expense | 362.67 |
| software | 7,752.10 |
| Subcontractor Drivers | 212,278.47 |
| Subcontractors Mechanics | 52,521.72 |
| Taxes | 1,269.24 |
| Tools and Equipment | 26,957.99 |
| Towing Expences | 1,417.00 |
| Towing truck loan | 1,176.78 |
| Travel | 1,705.22 |
| Truck Rental Expenses | 52,616.82 |
| Uniform rent (CINTAS) | 3,579.99 |
| Warehouse Maintanance | 586.36 |
| **Total Expense** | 526,480.67 |
| **Net Ordinary Income** | -78,149.79 |
| **Other Income/Expense** | |
| **Other Income** | |
| Statement credit | 200.00 |
| **Total Other Income** | 200.00 |
| **Net Other Income** | 200.00 |
| **Net Income** | **-77,949.79** |

**Exhibit B, Kudrin Aff., Nov. 17, 2023, Ex. 1**   Page 1