# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | Civil Action File No: 2:22-cv-103-RWS |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF FILING OF DEPOSITION TRANSCRIPTS

COMES NOW Defendants 316 Towing & Road Service INC and Maksim Lisovskiy by and through the undersigned counsel and files[1] the below:

1. As Exhibit "1" attached hereto, the complete original DEPOSITION OF DUSTIN HYDE dated September 28, 2023 with Exhibits 1-6 thereto, and as Exhibit "1A" attached hereto, Exhibits 7-17 to the DEPOSITION OF DUSTIN HYDE dated September 28, 2023;

---

[1] Counsel for Defendants shall file the original sealed deposition transcripts set forth here in open court at the earliest opportunity.

2. As Exhibit "2" attached hereto, the complete original DEPOSITION OF REYNALDO BROWN dated September 28, 2023 with exhibits thereto;

3. As Exhibit "3" attached hereto, the complete original DEPOSITION OF BRENT JOHNSON dated September 29, 2023 with exhibits thereto; and

4. As Exhibit "4" attached hereto, the complete original DEPOSITION OF KEVIN BRINDLEY dated September 29, 2023 with exhibits thereto.

Respectfully submitted this 20th day of November 2023.

| | |
|---|---|
| MITCHELL - HANDSCHUH LAW GROUP<br>3390 Peachtree Road, NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262 - 9488<br>F: (404) 231 - 3774<br>E: jeremy@m-hlawgroup.com<br>E: amanda@m-hlawgroup.com | /s/ Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>Amanda I. Elliott, Esq.<br>Georgia Bar No. 137633<br>*Counsel for Defendants* |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action File No: 2:22-cv-103-RWS |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, Monday, November 20, 2023, I have caused to serve true and correct copies of the documents listed below:

1. DEFENDANTS' NOTICE OF FILING OF DEPOSITION TRANSCRIPTS

   and corresponding EXHIBITS 1-4 thereto; and

2. this CERTIFICATE OF SERVICE;

with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC
Matthew.herrington@dcbflegal.com
*Local Counsel for Plaintiff*

Josh Sanford, Esq.<br>
SANFORD LAW FIRM, PLLC<br>
josh@sanfordlawfirm.com<br>
*Lead Counsel for Plaintiff*

Respectfully submitted this 20th day of November 2023.

| | |
|---|---|
| | /s/ Jeremy R. Handschuh |
| MITCHELL - HANDSCHUH | Jeremy R. Handschuh, Esq. |
| LAW GROUP | Georgia Bar No. 418099 |
| 3390 Peachtree Road, NE, Suite 520 | Amanda I. Elliott, Esq. |
| Atlanta, Georgia 30326 | Georgia Bar No. 137633 |
| T: (404) 262 - 9488 | *Counsel for Defendants* |
| F: (404) 231 - 3774 | |
| E: jeremy@m-hlawgroup.com | |
| E: amanda@m-hlawgroup.com | |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*