# Exhibit 3

**In the Matter Of:**

HYDE V. 316 TOWING & ROAD SERVICE

2:22-cv-103-RWS

---

**BRENT JOHNSON**

*September 29, 2023*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF GEORGIA
2                      GAINESVILLE DIVISION

3
     DUSTIN HYDE, Individually,    )
4    and on Behalf of All Other    )
     Similarly Situated,           )
5                                  )  CIVIL ACTION FILE
                  Plaintiff,       )
6                                  )  NO. 2:22-cv-103-RWS
           vs.                     )
7                                  )
     316 TOWING & ROAD SERVICE,    )
8    INC., and MAKSIM LISOVSKIY,   )
                                   )
9                 Defendants.      )
     _____)
10

11

12              Deposition of BRENT JOHNSON, taken on

13         behalf of the Defendants, pursuant to Notice

14         and agreement of counsel, in accordance with

15         the Federal Rules of Civil Procedure, before

16         Cynthia B. Gatewood, Certified Court Reporter,

17         at 3390 Peachtree Road NE, Suite 520, Atlanta,

18         Georgia, on the 29th day of September 2023,

19         commencing at the hour of 10:09 a.m.

20

21

22

23

24

25
```



```
 1                    INDEX TO EXAMINATIONS

 2   EXAMINATION                                          PAGE

 3   Cross-Examination by Mr. Handschuh                      4

 4

 5                     INDEX TO EXHIBITS

 6   DEFENDANTS'
       EXHIBIT              DESCRIPTION                  PAGE
 7
         D-1        Fifth Amended Notice to Take            5
 8                  Deposition of Brent Johnson

 9       D-2        Driver Application                     14

10       D-3        not tendered

11       D-4        Plaintiff Brent Johnson's             26
                    Responses to Defendants' First
12                  Interrogatories, Requests for
                    Production of Documents, and
13                  Requests for Admission

14       D-5        Independent Contractor and Lease      23
                    Agreement
15
         D-6        Towbook Log                           66
16
         D-7        Canceled Job Log                      70
17
         D-8        Declaration of Brent Johnson          85
18
         D-9        Invoices                             104
19
         D-10       Invoices                              38
20
         D-11       IRS Response                         121
21

22
                           -   -   -
23

24

25
```



```
1    APPEARANCES OF COUNSEL:

2

     On behalf of the Plaintiff:
3
          SEAN SHORT
4         Attorney at Law
          Sanford Law Firm PLLC
5         Suite 510, Kirkpatrick Plaza
          10800 Financial Centre Parkway
6         Little Rock, Arkansas 72211
          Phone:  (501) 904-1650
7         Email:  sean@sanfordlawfirm.com

8

     On behalf of the Defendants:
9
          JEREMY R. HANDSCHUH
10        AMANDA I. ELLIOTT
          Attorneys at Law
11        Mitchell-Handschuh Law Group
          3390 Peachtree Road NE
12        Suite 520
          Atlanta, Georgia 30326
13        Phone:  (404) 262-9488
          Email:  jeremy@m-hlawgroup.com
14        Email:  amanda@m-hlawgroup.com

15

     Also Present:
16
          Eli Kudrin
17

18

19

20                        -   -   -

21

22

              (Disclosure, as required by the Georgia
23        Board of Court Reporting, was made by the court
          reporter, a written copy of which is attached
24        hereto.)

25
```



```
 1                      BRENT JOHNSON,
 2   having been first duly sworn, was examined and
 3   testified as follows:
 4                   CROSS-EXAMINATION
 5   BY MR. HANDSCHUH:
 6        Q.    Mr. Johnson, my name is Jeremy Handschuh,
 7   and I'm an attorney.  I represent the defendants in
 8   this matter, 316 Towing and Road Service, Inc., and
 9   Maksim Lisovskiy in the lawsuit pending in the Northern
10   District of Georgia with Civil Action File Number
11   22-cv-103-RWS.  Would you please state your name and
12   spell it for the record.
13        A.    Brent Alexander Johnson, B-r-e-n-t,
14   A-l-e-x-a-n-d-e-r, J-o-h-n-s-o-n.
15        Q.    Okay.  This is a deposition in which I'll
16   ask you questions, and you must answer them truthfully
17   unless your attorney tells you clearly and directly not
18   to answer.  Is this understood and acceptable to you?
19        A.    Yes.
20        Q.    Okay.  Although no judge is present, this is
21   a formal legal proceeding just like as if you were
22   testifying in court.  And you're under the same legal
23   obligation to tell the truth, whole truth, and nothing
24   but the truth.  If you do not understand any of my
25   questions, feel free to say so, and I will rephrase it.
```



1          A.    (Witness nods head affirmatively).

2          Q.    Okay.  Also, please note -- I recognize you

3    just nodded your head, but one of the issues today is

4    we do have Cindy taking transcription.  And so we'll

5    want to verbalize and, you know, make audio your

6    responses such that she can transcribe them.

7          A.    Yes, sir.

8          Q.    So from time to time if I happen to need to

9    interject just so you could state yes or no, just know

10   that might be coming.  But we should be able to get

11   through it.

12         A.    Yes, sir.

13         Q.    All right.  If you answer a question without

14   asking me to rephrase it, you'll be assumed to have

15   understood it.  Therefore, if you don't fully

16   understand the question, I ask you right now, please

17   just let me know immediately, and I'll try to rephrase

18   it so you can understand.

19         A.    Yes, sir.

20         Q.    Is that agreeable to you?

21         A.    Yes, sir.

22               (Exhibit Number D-1 was marked for

23         identification.)

24   BY MR. HANDSCHUH:

25         Q.    Handing you what's been marked previously as



1  Exhibit 1.  Can you take a look at this document and

2  let me know once you're finished.

3        A.    Uh-huh (affirmative).

4        Q.    I'll represent to you that is the notice for

5  today's deposition.  Have you seen this document

6  before?

7        A.    Yes, sir, I believe I have.

8        Q.    You understand you're here today to supply

9  your testimony in the matter represented on that

10  exhibit?

11        A.    Yes, sir.

12        Q.    Okay.  And are you aware of anything that is

13  on your mind that might preclude you from your ability

14  to testify fully and truthfully today?

15        A.    No, sir.

16        Q.    Okay.  So you don't have any medical issues

17  or family stresses currently distracting you from being

18  able to answer questions?

19        A.    No, sir.

20        Q.    I ask that you -- if you recognize that any

21  of the questions or answers that you've given

22  previously are wrong that you just let me know, and you

23  can go back and clarify if you need to.

24        A.    Yes, sir.

25        Q.    I'll recommend that we take our first break



```
 1   probably, you know, at an hour and a half.  I'll let
 2   you know.  But if you need to, would you please let me
 3   know if you need to take a break sooner?
 4        A.    Yes, sir.
 5        Q.    And then as well, before the deposition can
 6   be read into court, you'll have the opportunity to read
 7   over it and correct any mistakes.  I'll note to follow
 8   up with your attorney in that regard.  Do you
 9   understand that?
10        A.    Yes, sir.
11        Q.    Okay.  And do you have any questions about
12   anything that I've gone over?
13        A.    No, sir.
14              MR. HANDSCHUH:  Okay.  And, Sean, do you
15         agree that any objections, except as to the form
16         of the questions, are reserved until introduced at
17         trial?
18              MR. SHORT:  Yes.
19   BY MR. HANDSCHUH:
20        Q.    Could you please state your current address.
21        A.    ████████████████████  Dacula, Georgia,
22   30019.
23        Q.    Okay.  And how long have you lived there?
24        A.    I would say going on -- about eight years,
25   seven years, eight years.
```



```
 1        Q.    Okay.  And what was your address prior to
 2   the ████████  address?
 3        A.    I want to say it was ██████████████████
 4   Lawrenceville, Georgia 30044.  It was an apartment
 5   complex.
 6        Q.    And what is your date of birth?
 7        A.    ████████████████
 8        Q.    Okay.  Are you married?
 9        A.    No, sir.
10        Q.    Have you ever been married?
11        A.    No, sir.
12        Q.    Do you have any children?
13        A.    No, sir.
14        Q.    Okay.  Have you ever been arrested?
15        A.    No, sir.
16        Q.    Have you ever been detained by law
17   enforcement?
18        A.    No, sir.
19        Q.    Did you graduate high school?
20        A.    Yes, sir.
21        Q.    Which high school did you attend?
22        A.    Greenbriar High School in Evans, Georgia.
23        Q.    Did you go to college?
24        A.    One year, Savannah State University.
25        Q.    Okay.  Have you ever been suspended from
```



1    school?

2         A.    High school, yes.

3         Q.    Okay.  Expelled?

4         A.    No, sir.

5         Q.    Do you have any special licenses or

6    certifications?

7         A.    Currently active, no, sir.

8         Q.    Have you had one in the past?

9         A.    Yes, sir.

10        Q.    What was that?

11        A.    Property and casualty, life and health

12    insurance.

13        Q.    Like an agent?

14        A.    Yeah.

15        Q.    Okay.  Anything else besides the insurance

16    license?

17        A.    I don't know if the DOT medical card counts.

18        Q.    Okay.  Have you obtained a CDL?

19        A.    No, sir.

20        Q.    Do you currently work?

21        A.    Yes, sir.

22        Q.    Where do you currently work?

23        A.    I work for my own LLC.

24        Q.    What is that entity?

25        A.    Relief Roadside Services.



1     Q.    How long have you worked at Relief?

2     A.    Just started picking back up last year,

3  July.

4     Q.    Okay.  Previous to July of '22, when did you

5  operate Relief Roadside?

6     A.    I'm sorry.  Can you rephrase the question?

7     Q.    Sure.  Meaning it sounds as though -- you

8  mentioned that you picked it back up, and I'd just like

9  to know -- I understand you've been doing it since

10 July 2022 now.  But before July 2022, when were you

11 operating Relief Roadside?

12    A.    Never.

13    Q.    Oh, so this is the -- it only began --

14    A.    Yeah.

15    Q.    -- July --

16    A.    Officially running it on my own, July 2022.

17    Q.    Aside from your role as a driver for 316,

18 have you worked for any other companies?

19    A.    Yes, sir.

20    Q.    What are those?

21    A.    All Georgia Towing in Alpharetta, Georgia,

22 and Hemphill Towing in Duluth, Georgia.

23    Q.    Do you recall about when you worked at All

24 Georgia Towing?

25    A.    I want to say -- give me a moment.  I want



 1  to say maybe December of 2017 up until I want to say

 2  June 2018.

 3        Q.    So about six months?

 4        A.    Yes.

 5        Q.    Okay.  What about Hemphill?

 6        A.    From June 2018 up until I want to say

 7  January of 2020.

 8        Q.    Okay.  Where else did you work in 2020?

 9        A.    In 2020 I was unemployed due to COVID.

10        Q.    And then that was unemployed during COVID up

11  until you then became a driver for 316?

12        A.    Correct.

13        Q.    Okay.  And that was on or about late

14  April 2021?

15        A.    Correct.

16        Q.    What was your reason for leaving All Georgia

17  Towing?

18        A.    I actually had gotten into a couple of

19  accidents.  I was still new to the towing industry.  I

20  was -- I still was on a learning curve.  So they ended

21  up letting me go.  And fortunately I was able to get an

22  occupation with Hemphill Towing and from that point got

23  past my learning curve and stayed there up until -- up

24  until they released me.

25        Q.    Okay.  What about Hemphill?



1      A.   Oh, I was just mentioning Hemphill.  I'm

2   sorry about that.

3      Q.   That was -- okay.  For Hemphill, now what

4   about -- you were let go for accidents for Hemphill.

5   What about for All Georgia Towing?

6      A.   No, I got -- I'm sorry.  I was released from

7   All Georgia Towing in regards to accidents.

8      Q.   Uh-huh (affirmative).

9      A.   Plain and simple.  For Hemphill, I was

10   released because of dings on my record, speeding

11   tickets, stuff like that.

12      Q.   Has your license ever been suspended?

13      A.   Yes, but not up here.  That was in high

14   school.

15      Q.   Okay.  When you say up here, what license

16   was suspended earlier?

17      A.   It was a Georgia license.

18      Q.   Okay.

19      A.   Yeah.

20      Q.   Have you had a license from a different

21   state before?

22      A.   No, never.

23      Q.   Okay.  When was your license suspended?

24      A.   Back in 2008, something like that.

25      Q.   Do you remember how long?



1      A.    For one year.

2      Q.    And it hasn't been suspended or --

3      A.    No.

4      Q.    -- revoked since?

5      A.    No.

6      Q.    And then it sounds like for Hemphill you

7   just accumulated too many points on your MVR?

8      A.    Correct, and the insurance company wouldn't

9   allow me to drive for the company anymore.

10     Q.    Did you have any major violations?

11     A.    No.

12     Q.    Okay.  So it was just an accumulation of

13   minor violations.

14     A.    Correct.

15     Q.    Did you happen to know either Brown --

16   excuse me -- Reynaldo Brown or Dustin Hyde while you

17   worked at Hemphill?

18     A.    Yes, sir.  I knew Dustin.  I wasn't familiar

19   with Reynaldo.

20     Q.    Okay.  So you didn't know Mr. Brown while he

21   was working at Hemphill?

22     A.    No.

23     Q.    Okay.  What about Dustin Hyde?

24     A.    Yes.

25     Q.    Okay.  When had you met Dustin Hyde?



1    A.   I met Dustin.  He was actually the night

2    dispatcher.  So we would talk, conversate from time to

3    time.  He would also dispatch on the weekends.  And

4    Hemphill required us to work at least one weekend, one

5    or two weekends out of the month.  So I had known him

6    from being a weekend dispatcher as well as being a

7    nighttime dispatcher.

8        Q.   And then did you meet Brown and get to know

9    him while he was a driver at 316?

10       A.   No, sir.

11       Q.   No?  Okay.  When did you meet Brown?

12       A.   I never met Brown.

13       Q.   Oh, you never did.  Okay.

14            (Exhibit Number D-2 was marked for

15       identification.)

16            MS. ELLIOTT:  I'm handing you now what's

17       been marked as Exhibit 2.

18   BY MR. HANDSCHUH:

19       Q.   We'll keep a stack, if you will just turn it

20   upside down.  If you would, please take a moment to

21   flip through these pages, and then let me know once

22   you're finished.  You mentioned you recalled having

23   began to work for 316 in April of 2021.  Do you recall

24   at that point in time ever filling out an application?

25       A.   Yes, sir.

1    Q.    Okay.  Can you tell me a little bit about

2    just your experience with 316 and how you came to apply

3    and who you spoke to?

4    A.    Yes.  I had gotten the information from

5    another driver named Lionel.  Me and him were good

6    associates at Hemphill Towing.  He said that 316 was

7    looking for some drivers, and by this time I had been

8    out of work for a little over a year at the moment.  My

9    plan initially was to start working with Relief

10   Roadside.  But because I did not have transportation at

11   the time, it just didn't seem like it was admirable, so

12   I decided to join up with 316.

13          In the beginning 316 seemed like a really

14   cool company.  I mean, it was close to the house.

15   Didn't really have any issues.  Eli seems like a cool

16   person at the time.  It was really laid back.  I really

17   didn't have any concerns about it at the issue.  Issues

18   really just didn't start kicking in until probably the

19   second, maybe third month of me being there.

20   Q.    Let's just talk -- we'll get to that.

21   A.    Okay.

22   Q.    But I'm talking more -- let's focus on the

23   beginning.  I understand -- so Lionel gave you a

24   referral.

25   A.    Uh-huh (affirmative).



1    Q.    Do you recall just the next step in terms of

2  how you went about connecting with 316 and who helped

3  you, you know, become a driver?

4    A.    Really wasn't no help.  I got the tip from

5  Lionel, went and filled out an application, and

6  probably three days later I was driving a truck.

7    Q.    Okay.  If you could, in Exhibit 2 you'll

8  notice there's little numbers on the bottom right.

9  They're stamped with consecutive numbers.  And I'm just

10  going to point out I'll be referring to some of the

11  pages that are within this Exhibit 2.  So as I ask you

12  to kind of go through, if you would, first turn to

13  page 9.  All right.  And, if you would, take a moment

14  for me to read through 9 through 11, and just let me

15  know once you're finished.  Have you had a chance to

16  review those pages?

17    A.    Yes, sir.

18    Q.    Okay.  Going back, you mentioned Lionel.  Do

19  you remember his last name?

20    A.    I don't remember Lionel's last name.

21    Q.    Okay.  Do you know how to spell Lionel?

22    A.    L-i-o-l -- L-i-o-n-e-l.

23    Q.    Okay.  So at this point in time you are

24  given an application.  Do you recall who gave you an

25  application?



 1        A.    Eli.

 2        Q.    Okay.  Was anyone else present during that

 3   time?

 4        A.    Two other gentlemen in the office.  I just

 5   can't remember their names.

 6        Q.    You don't know who they are?

 7        A.    No.

 8        Q.    Okay.  Having reviewed what's marked as

 9   pages 9 through 11, do you recognize this document?

10        A.    Yes.

11        Q.    Okay.  What is this?

12        A.    This is the application that 316 provided to

13   me at the time when I was filling out for it.

14        Q.    Okay.  And so is this your handwriting?

15        A.    Yes.

16        Q.    Okay.  And so this is a portion of the

17   documentation that was given to you when you were

18   applying to become a driver for 316?

19        A.    Yes.

20        Q.    Okay.  Turning your attention now to pages

21   12 and 13.  Could you read those for me, and then once

22   you're finished let me know.  You've got through 12 and

23   13.

24        A.    Okay.

25              MR. SHORT:  I think his pages are out of



1    order.

2              MR. HANDSCHUH:  Oh, no.  Really?

3              MR. SHORT:  Yeah.  13 was before 12 in

4    yours.

5              THE WITNESS:  Yeah.

6              MS. ELLIOTT:  If you'd like, I can turn it

7    to the correct page for you.  Thank you.

8    BY MR. HANDSCHUH:

9        Q.   If you'd take a quick moment just to see 12

10   and 13.  It should be in order in that version of

11   Exhibit 2.  Do you see those pages?

12       A.   Yes, sir.

13       Q.   Okay.  Drawing your attention to page 12, do

14   you recognize this document as one of the documents you

15   signed when you were applying to become a driver for

16   316?

17       A.   Vaguely, but --

18       Q.   Okay.  Is that your name at the top left?

19       A.   Yes, sir.

20       Q.   Is that your handwriting?

21       A.   Yes, sir.

22       Q.   Okay.  And that's dated April 12, 2021?

23       A.   Yes, sir.

24       Q.   Do you recall at the time whether you were

25   allowed to take these documents home?



1      A.    Yes, sir, I was.

2      Q.    Okay.  So do you know whether or not you

3   signed that day, or was this after holding onto it for

4   a few days?

5      A.    I think I may have signed it at home.

6      Q.    Really?  Okay.

7      A.    Yes, sir.

8      Q.    So we can agree at least that you came in on

9   or about April 12, and then you were hired about a week

10  later?

11     A.    Yes, sir.

12     Q.    Okay.  If any of that time line changes,

13  just let me know, but --

14     A.    No, that sounds about right.

15     Q.    Okay.  Turning your attention to page 13,

16  the next page, do you recognize this as an additional

17  page within the application for 316?

18     A.    Yes, sir.

19     Q.    Okay.  And is this your handwriting

20  supplying responses and signature at the bottom?

21     A.    Yes, sir.

22     Q.    And this is also dated April 12, 2021?

23     A.    Yes, sir.

24     Q.    Okay.  Would you change for the driving

25  portion, having had any of -- you know, a chance to



1  review those, do you need to change any of those

2  answers?

3       A.    No, sir.

4       Q.    Okay.  You mentioned, if I am recalling this

5  correctly, that your citations were back in '08, and

6  yet in number 5 you answered that you had two moving

7  violations in the last three years.

8       A.    Uh-huh (affirmative).

9       Q.    And this was in 2021.  So that would have

10  been -- what violations were there in the three years

11  proceeding this application?

12      A.    Okay.  So for question 4 of this document,

13  that was the reason why my license was suspended for

14  back in 2008 for that particular reason.  The moving

15  violations that I had in the previous years were -- I

16  think I had one violation for failure to yield, and I

17  had two speeding tickets.  So those were the moving

18  violations.

19      Q.    And were those what led you to be terminated

20  from I believe Hemphill?

21      A.    Yes.

22      Q.    Okay.  Were any of those accident related?

23      A.    No.

24      Q.    No?  Okay.

25      A.    Well, hold on.



1      Q.    Speeding or --

2      A.    Yes, but not while --

3      Q.    -- failure to yield?

4      A.    Yes, but not while working, not while

5   working for Hemphill at the time.

6      Q.    Which one was an accident?

7      A.    I was actually doing a task for my brother,

8   and I had his van at the time.  And I was going to make

9   a left-hand turn and, the failure to yield, I was hit

10  in the side.  And that went against my record.

11     Q.    Turning your attention back to page 13, and

12  it states "The Work."  Did you understand that at the

13  time that you were applying to become a driver for 316

14  that you were doing so as an independent contractor?

15     A.    Yes, sir.

16     Q.    Okay.  And you understood, just based on

17  number 1, that "You will be an independent contractor

18  driver and responsible for your own food and lodging on

19  the road unless authorized."  You were asked if you

20  understood this, and you said yes.

21     A.    Uh-huh (affirmative).

22     Q.    Okay.  And then it asked you, "As an

23  independent contractor driver, you could be subjected

24  to a preemployment, random, post accident, and/or

25  reasonable cause drug test."  And you were asked, "Do



1 | you understand this?"  And you circled yes.

2 |     A.    Yes, sir.

3 |     Q.    Okay.  And then it states, "316 Towing and

4 | RS pays independent contractors when contracts,

5 | including drivers daily logs and support paperwork, are

6 | complete and turned in.  All settlements and advances

7 | are on the Comdata system.  Do you understand this?"

8 | And you circled yes.

9 |     A.    Yes, sir.

10 |     Q.    Then it asked you, "As an independent

11 | contractor, you will receive a 1099 form at the end of

12 | the year, not a W-2 form.  You'll be responsible for

13 | your own taxes.  This means that 316 Towing and RS will

14 | not withhold any taxes or Social Security from your

15 | settlement and you will receive your full settlement."

16 | You were asked, "Do you understand this?"  And you

17 | circled yes.

18 |     A.    Yes, sir.

19 |     Q.    Then it asks, "If transporting vehicles over

20 | 10K or 10,000 pounds on this job, you are required to

21 | keep a DOT logbook.  Do you know how to keep a DOT

22 | logbook, or can someone teach you before you become an

23 | independent contractor?"  And you circled yes.

24 |     A.    Yes, sir.

25 |     Q.    Then it asks in totality that -- you to



1  affirm, "Do you still wish to apply for an independent

2  contractor status?"  And you circled yes.

3       A.   Yes, sir.

4       Q.   Okay.  Turning your attention within

5  Exhibit 2, if you could continue the Bates stamping, go

6  to page 53.  This is a document entitled Driver's Daily

7  Log Compliance, and this is a document which, you know,

8  sets forth here that it acknowledges receipt of a copy

9  of 316 Towing and Road Service, Inc.'s Driver's Daily

10  Log Compliance Policy.  "I am further aware that I must

11  keep an updated medical card on my person when driving

12  or operating vehicles over 10,000 GVW."  And here you

13  set forth your name and then signed this document and

14  dated it April 12, 2021?

15       A.   Yes, sir.

16       Q.   Do you recall whether or not there were any

17  other documents that you signed during the application

18  process?

19       A.   There were a lot of documents that I signed

20  during the --

21       Q.   Really?

22       A.   -- application process.

23       Q.   Okay.

24            (Exhibit Number D-5 was marked for

25       identification.)



1                MS. ELLIOTT:   I'm handing you now what's
2        been marked as Exhibit 5.
3    BY MR. HANDSCHUH:
4        Q.    If you could, please review this document.
5    And then once you've had a chance to do so, let me
6    know.  Have you had a chance to look at Exhibit 5?
7        A.    Yes, sir.
8        Q.    Okay.  Is that an independent contractor and
9    lease agreement that you filled out and then signed as
10   a part of the application paperwork for 316?
11       A.    Yes, sir.
12       Q.    Okay.  And is that your handwriting at the
13   top setting forth your name?
14       A.    Yes, sir.
15       Q.    And then you're defined thereafter as the
16   contractor?
17       A.    Yes, sir.
18       Q.    Okay.  And then are those your initials at
19   the bottom left of each page?
20       A.    Yes, sir.
21       Q.    Do you have any reason to believe for any
22   reason those aren't your initials or name at the top?
23       A.    No, sir.
24       Q.    Okay.  Drawing your attention to the last
25   page, 23, is that your signature on the bottom left?



```
1         A.    Yes, sir.
2         Q.    Okay.  So where it states "Brent A. Johnson,
3    tow truck driver," you wrote that in and then signed?
4         A.    Yes, sir.
5         Q.    Okay.  And then that's your initial on the
6    bottom left?
7         A.    Yes, sir.
8         Q.    Okay.  And then it states May 24, 2021?
9         A.    Yes, sir.
10        Q.    Okay.  Do you have any reason to believe
11   that's not the contract that you signed with 316
12   Towing?
13        A.    No, sir.
14        Q.    Okay.  Do you know where in this contract it
15   sets forth any requirement for a commercial driver's
16   license?
17        A.    No, sir.
18        Q.    So it doesn't necessarily state that it is
19   a -- as a condition to sign this agreement to become a
20   driver, it doesn't state that you have to obtain a
21   commercial driver's license; is that right?
22        A.    I believe so.
23        Q.    Okay.  Does it set forth anywhere that this
24   contract is for MMM Express?  And take your time to
25   review that.
```



1      A.      Could you repeat the last question?

2              MR. HANDSCHUH:  Would you, Cindy, please?

3              (The court reporter read back the requested

4      portion of the record.)

5      A.      No.

6   BY MR. HANDSCHUH:

7      Q.      Did you ever fill out any paperwork with MMM

8   Express?

9      A.      I have no idea.  That was a lot of

10  paperwork.

11     Q.      I'm sorry.  Can you just speak up a little

12  bit, make sure Cindy heard you?

13     A.      I'm not 100 percent sure.  I was given a lot

14  of paperwork over my tenure over there.

15             (Exhibit Number D-4 was marked for

16     identification.)

17  BY MR. HANDSCHUH:

18     Q.      Okay.  Let's see.  I'm going to hand you

19  what's been previously marked as Exhibit 4.  If you

20  could for me turn to page -- well, actually, take a

21  moment to flip through this just generally, and let me

22  know once you're finished.  I'll point your attention

23  to specific language.  I'm just asking that you thumb

24  through it to see, and my first question will be

25  whether you've ever seen this document before.



1        A.    Okay.

2        Q.    Have you seen this document before?

3        A.    No, sir.

4        Q.    Okay.  Turning your attention -- you never

5   reviewed it for purposes of responding to the questions

6   set forth there?

7        A.    No, sir, not the document.  I recognize the

8   questions from over the phone.

9        Q.    Okay.  So you went over the phone with

10  somebody your responses to the questions?

11       A.    Yes.

12       Q.    Okay.  Turning your attention to page 21 of

13  25.  Do you recognize these to be the responses, at

14  least for number 16, that were supplied in response to

15  the questions that were set forth to you here?

16       A.    Yeah, that's true.  Based on the answer to

17  the question at the time, yeah, I didn't remember

18  signing that.

19       Q.    Okay.  But we talked earlier about Exhibit

20  Number 5.

21       A.    Uh-huh (affirmative).

22       Q.    And if you could look at that for me at this

23  time.  But you do recall initialing the pages here and

24  then signing this document; correct?

25       A.    Yes.



1    Q.    But you're just not sure whether or not in

2    this contract any independent contractor language is

3    set forth.

4    A.    Well, I really don't know how to answer that

5    question.

6    Q.    Well, what portion of your response to 16 --

7    this is the independent contractor and lease agreement.

8    A.    Uh-huh (affirmative).

9    Q.    Is this the independent contractor and lease

10   agreement you signed with 316?

11   A.    Yes, it is.  But, like I said, at the time

12   that I was asked the question, I wasn't 100 percent

13   sure.  So I didn't -- I wasn't aware.

14   Q.    Okay.

15   A.    But now that I see it, yes, I was false in

16   that statement.

17   Q.    Okay.  And then turn your attention to your

18   response to number 21.  And this goes back to a

19   question that I had in relation to who was in charge of

20   the application process with you for 316, and you

21   testified that was Eli; correct?

22   A.    Correct.

23   Q.    Look at your response here when asked

24   Request for Admission Number 21, it asked, "Please

25   admit that Lisovskiy" -- Max -- "personally neither



1    hired nor fired you."

2         A.    Hold on.  I still don't under -- I still

3    don't understand the question.  I'm sorry.

4         Q.    Okay.  So here your response, just looking

5    at it, states that, "Defendant Lisovskiy was consulted

6    and had final say on whether plaintiff was hired."

7    What does that mean?

8         A.    Are we saying that Max personally hired me?

9         Q.    No.  This is your response.  I'm asking you

10   what does that mean, "Denied to the extent that

11   Defendant Lisovskiy was consulted and had final say on

12   whether plaintiff was hired."

13        A.    I'm sorry.  I'm still not understanding the

14   question.

15        Q.    Does that mean that while you dealt with Eli

16   you believed at the time that Max nevertheless had the

17   final say?

18        A.    Yes.

19        Q.    Okay.  And how do you know that?

20        A.    Actually, I don't.  I'm not 100 percent sure

21   if he had the final say-so, but I just assumed that

22   because he was the one pretty much -- how can I say

23   this?  I'm trying to figure out how to put this in

24   words.  I would pretty much say that I always assumed

25   as Eli to be the manager and Max to be the owner, so he



1  always -- so he had the final say-so on whether or not

2  a driver was hired or not.

3      Q.    Okay.  So you knew Max to be an owner.

4      A.    Uh-huh (affirmative).

5      Q.    Do you know that -- what were you basing

6  your assumption on that Max was approving Eli's

7  recommendations for hire?

8      A.    How can I put this?

9      Q.    Did you overhear anything?  Did you see

10  anything?

11      A.    No.  I would say that I was going off of the

12  advice of Dustin since he had been there longer than I

13  had been.  So --

14      Q.    So Dustin told you that's how it operated.

15      A.    Basically, yes.

16      Q.    Okay.  You hadn't independently spoken to

17  Max or Eli about that.

18      A.    Right.

19      Q.    And you hadn't seen it in action.  You

20  hadn't overheard it.

21      A.    I hadn't heard -- overheard anything.

22      Q.    Hadn't seen it?

23      A.    Hadn't seen anything.

24      Q.    Didn't talk to him about it?

25      A.    Uh-huh (affirmative).

1      Q.    They didn't write you about it in any way?

2      A.    No.

3      Q.    Okay.  That was just something that Dustin

4   set forth to you for purposes of explaining the

5   organization.

6      A.    Uh-huh (affirmative).

7      Q.    Okay.  Let's see.  Back to this Exhibit 4,

8   and now back to Interrogatory Number 6.  And this is on

9   page 6 of 25, and if you could review Interrogatory

10  Number 6 and then the response.

11     A.    Okay.

12     Q.    And then could you do the same for

13  Interrogatory Number 5?

14          MR. SHORT:  I think you're reading number 7.

15     I think he wants you to flip back a page.

16  BY MR. HANDSCHUH:

17     Q.    Yes, Interrogatory Number 5.

18     A.    Okay.

19     Q.    So here I just had a few questions.  It

20  states -- you said, "While filling it out," referring

21  to the application from 316 --

22     A.    Uh-huh (affirmative).

23     Q.    -- "I realized a lot of it was for the

24  trailer hitch business that was part MMM Express."

25     A.    Uh-huh (affirmative).



1    Q.    Any of the documents that we reviewed today,

2    the questionnaire or any of the sheets that you signed

3    in Exhibit 2 or within Exhibit 5, can you identify for

4    me whether any of those documents are for MMM Express,

5    or were those for 316?

6    A.    Well, I've already answered that question to

7    Exhibit 5.

8    Q.    So Exhibit 5 is for 316.

9    A.    Yes.  It doesn't mention anything about

10   Triple M.  Same goes for Exhibit 2.

11   Q.    Okay.  So what did you mean -- or at least

12   for the documentation involved in this lawsuit, what

13   documents are you referring to?

14   A.    Well, to be honest with you, I did not know

15   the extent of the paperwork that I was signing, and it

16   looks like all the paperwork that has been contributed

17   to me is all -- it was all with 316 Towing.

18   Q.    Okay.  So perhaps that was just a mistake in

19   your response here?

20   A.    Correct.

21   Q.    Okay.  You then state, "316 is a branch of

22   that," referring to Triple M.

23   A.    Uh-huh (affirmative).

24   Q.    What does that mean?

25   A.    Well, my honest response would be that it's



1  a -- it's a tow company within a branch of Triple M

2  Express.  They all work under one same entity.  We got

3  our checks from the same company, everything, the whole

4  nine.

5        Q.    What does that mean?  What company did you

6  receive checks from?

7        A.    Well, as far as I could tell, the same

8  person who was signing the checks for Triple M was

9  signing the checks for 316, which was Max.

10       Q.    But that's a signature.  Were they coming

11 off a different checkbook?

12       A.    I don't remember.

13       Q.    Okay.  So that's --

14       A.    I don't remember.

15       Q.    Is there anything --

16       A.    I don't think so, but I'm not 100 percent

17 sure.

18       Q.    Anything more that you know that tied 316 to

19 Triple M other than the signature line on the checks?

20       A.    Uh-huh (affirmative).  I'm sorry.  Can you

21 repeat that question?

22       Q.    What else kind of supports this statement

23 that you believe 316 is a branch of Triple M?  You

24 identified a signature line on checks, and I'm just

25 asking what else in addition to a signature line?



1        A.    I don't know.  I would say just the way the

2   organization was managed or ran.  I'm not 100 percent

3   sure.

4        Q.    Okay.  So is there anything more that you

5   could say that would, you know, explain how you believe

6   316 is a branch of Triple M?

7        A.    No, sir.

8        Q.    Okay.  If you think of anything else, will

9   you let me know?

10        A.    I will.

11        Q.    Okay.  In addition, if you continue reading,

12   it says, "About three or four months after I was

13   hired" -- meaning at 316; correct?

14        A.    Uh-huh, uh-huh (affirmative).

15        Q.    "We were called in to fill out more

16   paperwork that involved Triple M Express, which dealt

17   with how drivers were paid and tax documents."

18        A.    Uh-huh (affirmative).

19        Q.    What is that?

20        A.    To be honest, sir, like I said, I was given

21   so much paperwork to fill out while I was at 316

22   Towing.  All I know is that I got this initial packet

23   plus this initial packet --

24        Q.    And you're pointing to 5 and 2?

25        A.    Yes, sir.



1      Q.    Okay.

2      A.    -- at the time of my hiring.  And then maybe

3  three or four months later I got another big packet of

4  information that I had to fill out.

5      Q.    Okay.  And what was the entity set forth on

6  that information?

7      A.    To be honest, I have absolutely -- I don't

8  even remember.  I'm not going to say that.  I don't

9  have no idea.  I just don't remember because they

10  called us in, they said, "Hey, guys, can you fill this

11  out?"  We filled it out.  We gave it back to them.

12  It's one of those situations where you just need to

13  read the paperwork, so I really don't know.  I just

14  know I was given a lot of paperwork while being

15  employed with 316.

16      Q.    Have you ever -- just if you happen to have

17  those documents, have you produced them in this

18  lawsuit?

19      A.    No, sir.  I don't have any copies of any of

20  these papers.

21      Q.    Do you know whether or not any of the papers

22  that you're referring to that you believe you signed

23  three to four months after, are they in Exhibits 2 or

24  5?

25      A.    I don't believe so.



```
 1        Q.    What did they look like?  What did they say?

 2        A.    That happened May 12th, so if this was -- if

 3   this was signed in April, this signed a month later --

 4   I don't recall the information that was on any of those

 5   documents.

 6        Q.    Okay.  Turning your attention back to

 7   Exhibit 2, and I'm just going to draw out to your

 8   attention 42.

 9        A.    Uh-huh (affirmative).

10        Q.    We noted earlier that the questionnaire and

11   the application document, those were signed on

12   April 12, 2021.  That document, that's what I'll point

13   out is different.  But if you flip back to the

14   beginning page, like 13 --

15        A.    Uh-huh (affirmative).

16        Q.    -- you'll see that's dated -- I think you

17   might be going -- go backwards.  You're at 42.

18        A.    Okay.

19        Q.    Do you see the date there?

20        A.    Yes, sir.

21        Q.    Back at 13.

22        A.    Uh-huh (affirmative).

23        Q.    See how that's dated April 12?

24        A.    Uh-huh (affirmative).

25        Q.    And then turn the page.  I note that this
```



1   document here is May 24th.

2        A.    Uh-huh (affirmative).

3        Q.    And that sets forth a driver receipt.

4        A.    Uh-huh (affirmative).

5        Q.    And that would have been about a month

6   after.  Is that for -- is this a part of the

7   documentation you think was signed after?

8        A.    I have no idea.

9        Q.    You don't know?

10       A.    I have no idea.

11       Q.    Okay.  And then the following page?

12       A.    Again, I don't have -- I have no idea.

13       Q.    So at least currently presently you don't

14   know what paperwork do you believe you signed, if at

15   all, involving MMM Express three to four months after

16   you signed the application and independent contractor

17   agreement for 316?

18       A.    Yes, sir.  I'm not 100 percent sure.

19       Q.    Do you recall who discussed your pay when it

20   came time to your application process and what your pay

21   would be?

22       A.    Eli.

23       Q.    Okay.  How did that discussion go?

24       A.    Quick, simple, to the point.

25       Q.    Okay.  Did he offer an amount that you



```
 1   agreed to?
 2        A.    Starting off, I believe it was 800 weekly.
 3        Q.    Okay.  Was it 800 or 850?  Was there any
 4   negotiation of the starting amount?
 5        A.    It may have been 850.
 6        Q.    Okay.
 7        A.    Because during my tenure with 316, I think I
 8   got two pay increases, $50 each.
 9        Q.    Okay.  Do you know whether or not when it
10   came time to have Eli set the amount that you were
11   being paid, did Eli consult with anyone?
12        A.    Not that I know of.
13        Q.    Okay.  So you didn't hear about anything
14   from any third party that he had consulted with any
15   other person about your pay?
16        A.    No, sir.
17              (Exhibit Number D-10 was marked for
18        identification.)
19   BY MR. HANDSCHUH:
20        Q.    Okay.  Handing you what's been marked
21   previously as Plaintiff's -- or as Exhibit 10, excuse
22   me.  If you could, thumb through Exhibit 10, and then
23   let me know once you're finished.  All right.  Have you
24   had a chance to review Exhibit 10?
25        A.    Yes, sir.
```



1      Q.    Okay.  For the amount you stated that may

2  have been 850 when it comes to your initial pay rate --

3      A.    Uh-huh (affirmative).

4      Q.    -- was that at a weekly rate?

5      A.    Yes, sir.

6      Q.    Okay.  And were you required at the time,

7  reviewing the documentation you had signed, did you

8  ever fill out any hours of service logs?

9      A.    No, sir.

10      Q.    Okay.  Do you recognize these documents

11  within Exhibit 10 to be invoices that you submitted to

12  316 on a weekly basis for payment?

13      A.    Yes, sir.

14      Q.    Okay.  And having had a chance to review

15  Exhibit 10, does this appear to be true and accurate

16  copies of the invoices you submitted?

17      A.    Yes, sir.

18      Q.    Okay.  At any point in time during your

19  employment as an independent contractor driver for 316,

20  did 316 ever dock your pay?

21      A.    No, sir.

22      Q.    Okay.  Did they ever threaten to dock your

23  pay?

24      A.    Yes, sir.

25      Q.    What did they threaten to dock your pay for?



1      A.    Basically they were called pre-driver

2   checks.  It was on the app for Towbook.  In the

3   beginning I would do them all the time, but the purpose

4   of the pre- -- of the pre-driver checkbook is if there

5   are any issues with the truck or to equipment that I am

6   notifying management of the issue.

7            The reason I stopped doing it is because

8   whenever I would do it and there was a problem with the

9   truck, they would not take care of it.  It would take

10  long periods of time before the truck was even looked

11  at.  I remember one incident where I was actually

12  riding on bad tires for like over a week.  So that was

13  one of the reasons why I was threatened for my pay to

14  be docked.

15     Q.    When you're referring to these, are you

16  talking about a pre-trip inspection?

17     A.    Yes, yes.

18     Q.    Okay.  And that's for purposes of checking

19  the piece of equipment --

20     A.    Yes.

21     Q.    -- for defects or items that need repair?

22     A.    Yes.

23     Q.    Checking coolant levels and so forth?

24     A.    Yes.

25     Q.    Had you agreed to do that within your



1  application, Exhibit 2?  If we flip through to the

2  pages we reviewed, if you look at the last page, 55.

3      A.    Okay.  Yes.

4      Q.    Okay.  If you take a moment to look at that,

5  page 55 within Exhibit 2 entitled Pre-Trip Inspection.

6      A.    Uh-huh (affirmative).

7      Q.    And this states that it needs to be done

8  every morning when starting the logbook.

9      A.    Yes, sir.

10     Q.    Okay.  Where on here does it say that you

11 may discontinue the pre-trip inspections?

12     A.    It doesn't, not in the document.

13     Q.    Okay.  Who stated you were authorized to

14 discontinue them?

15     A.    No one.

16     Q.    Okay.  So did you understand that a

17 potential threat of a docking would have been due to a

18 failure to perform the pre-trip inspection?

19     A.    No, sir.  None of that was stated.

20     Q.    Okay.  Did any of the docking ever occur?

21     A.    No, sir.

22     Q.    Okay.  Who communicated the threat to you?

23     A.    Eli.

24     Q.    And after he did, did you continue

25 performing the checks thereafter?



1        A.    Yes, sir, because he did it more -- on more
2   than one occasion.
3        Q.    Okay.  How many times do you think?
4        A.    I would say maybe two, three times.
5        Q.    Okay.  Was that a reason for your ultimate
6   departure, or was that for different reasons?
7        A.    No.  That was pretty much it.
8        Q.    Okay.
9        A.    That was pretty much it.
10       Q.    What was the reason for departing?
11       A.    Again, him threatening to dock my -- to dock
12   my check.  But like I explained to him, the reason why
13   I was doing it is because they never took action to
14   repair the trucks anyway.  I mean, there were times
15   where, you know, I would be -- I would tell him
16   multiple times that something had to be done with the
17   truck, something had to be done.  He said, "No, it's
18   running.  You can just go ahead."
19       Q.    Okay.  So on page 55 within Exhibit 2, if
20   you could turn to that for me on the last page of
21   Exhibit 2.
22       A.    Okay.
23       Q.    You had signed this document relating to
24   pre-trip inspections; correct?
25       A.    Uh-huh (affirmative).



1      Q.    And that was for purposes of making sure

2    that the vehicle was safe to operate?

3      A.    Uh-huh (affirmative).

4      Q.    Okay.  And so there was never any condition

5    upon which you were allowed to discontinue those;

6    correct?

7      A.    Correct.

8      Q.    Who gave you authorization to decide you

9    could no longer undertake the pre-trip inspections?

10     A.    Well, I wanted to make sure that the truck

11   was safe to travel.

12     Q.    Okay.  So how were you accomplishing that by

13   not inspecting it anymore?

14     A.    Well, like I said, I would check the truck.

15   I would inform them.  And if they didn't take matters

16   into their hands, I just wouldn't drive the truck.

17   That's just it.  I wouldn't drive the truck.  I wanted

18   to make sure the truck was safe.

19     Q.    Okay.  And so were you terminated for any of

20   the pre-trip inspection issues?

21     A.    What do you mean?

22     Q.    Or did you quit voluntarily?

23     A.    I would say I quit voluntarily.

24     Q.    Okay.  And that was just based on just what

25   appeared to be a dissatisfaction with the pre-trip



1    inspections?

2          A.    It was a simple disagreement.

3          Q.    What was that disagreement?

4          A.    Well, he wanted me to continue with the

5    pre-trip inspections.  I wanted him to make sure that

6    the truck was safe and manageable to operate.

7          Q.    Okay.

8          A.    So with that disagreement, we just decided

9    to part ways.

10         Q.    And was that on or about December of that

11   year?

12         A.    Yes, sir.

13         Q.    Okay.  So you worked there for about eight

14   months.

15         A.    Yes, sir.

16         Q.    Okay.  Was there any other reason for why

17   you quit?

18         A.    No, sir.

19         Q.    Okay.  You had never raised any other

20   complaints prior to that?

21         A.    No, sir.

22         Q.    Okay.  We're turning our attention back to

23   Exhibit 10, your invoices.  Just to confirm, you stated

24   there was never actually any deductions taken from your

25   invoices; correct?



1        A.     Not that I'm aware of at the moment.

2        Q.     You don't recall at the top of your mind an

3   instance where it actually was applied to you.

4        A.     The only time I can actually remember me

5   having a reduction in pay is the week I went on

6   vacation.  And you can see in one of the invoices

7   instead of being paid the -- I believe it was -- yeah,

8   so it was back in --

9        Q.     Which one?

10       A.     -- September.

11       Q.     What's the little number on the bottom

12   right?

13       A.     That's the check number.  That's the check

14   number.

15       Q.     No, I'm sorry.  The bottom bottom.  It says

16   316 --

17       A.     Oh, 76 I want to say.

18       Q.     Okay.  So this is just the only invoice that

19   you can recall that had any reduction, and this was on

20   account of a vacation.

21       A.     Correct.

22       Q.     Okay.  It had nothing to do with any kind of

23   penalty.

24       A.     Yes, sir.

25       Q.     Okay.  And that's it?  No other instances



```
 1   where the amount was less than you expected?

 2        A.    No, sir.

 3        Q.    Okay.  And you mentioned -- how would you

 4   create and then submit these invoices?

 5        A.    It was basically a checklist running through

 6   the app of Towbook.

 7        Q.    Okay.

 8        A.    You would just basically put in the mileage

 9   of the vehicle and everything that you had done during

10   the pre-check, and you would just check off the boxes

11   and submit that and sign it, whether you would initial

12   it or sign your name to it.

13        Q.    Okay.  So these are things that were

14   generated and then you were sending in to 316.

15        A.    Yes.

16        Q.    Okay.  And you had control of its contents.

17        A.    Yes.

18        Q.    Okay.  Did you ever disagree with any of the

19   content set forth in the invoice?

20        A.    Which invoice?

21        Q.    Any of them.

22        A.    No, sir.

23        Q.    Okay.  You mentioned that you recall that

24   there was an initial hire rate of 850 a week.

25        A.    Uh-huh (affirmative).
```



1      Q.     And then you may have received certain

2   raises.  Drawing your attention to what's been marked

3   as 64 on the bottom right of Exhibit 10.  Have you had

4   a chance to review that one?

5      A.     Invoice 64?

6      Q.     Yes.

7      A.     Yes, sir.

8      Q.     All right.  Well, Bates stamped 64 at the

9   bottom right.  That's those little numbers starting

10   with 316.

11      A.     Uh-huh (affirmative).

12      Q.     All right.  We're looking at the same page.

13   You mentioned hired in April 2021 at 8:50.  This

14   appears to have been an invoice June 18, 2021, and it

15   increases up to $900.

16      A.     Okay.

17      Q.     Do you recall that that was the initial

18   raise back at that time?

19      A.     Yes, sir, I believe so.

20      Q.     Okay.  Who did you speak with about

21   receiving a raise to nine?

22      A.     I'm sorry?

23      Q.     Who did you speak to at 316 for purposes of

24   getting a raise at the time in mid June 2021 up to 900?

25      A.     No one.



1    Q.    So no one approved it?  You just increased

2    the amount, and they continued paying it?

3    A.    No, sir.  Eli actually offered it to me.

4    Q.    Oh, he offered it.  Okay.

5    A.    He offered it.

6    Q.    Okay.  But does this at least refresh your

7    recollection as to the timing of that initial raise?

8    A.    Yeah, that sounds about right, around June.

9    Q.    Okay.  And then turning your attention to

10   Bates stamped page 77.  Or rather 79.  Sorry, 80.

11   A.    Okay.

12   Q.    This is an invoice that's dated October 8th,

13   2021; correct?

14   A.    Uh-huh (affirmative).

15   Q.    And does this reflect a point in time in

16   which your take-home pay had then increased from 900 to

17   950?

18   A.    Yes.

19   Q.    Okay.  So this says you were hired in April.

20   Received your first $50 raise in June?

21   A.    Uh-huh (affirmative).

22   Q.    And then it appears you received your next

23   $50 raise in October.

24   A.    Uh-huh (affirmative).

25   Q.    Okay.  Does that sound about right?



1       A.    Yes, sir.

2       Q.    Okay.  And then when you quilt in December

3  of 2021, you were still at the $950 a week.

4       A.    Yes, sir.

5       Q.    Okay.  For this last increase up to $950,

6  who did you speak to about that increase?

7       A.    No one.

8       Q.    Okay.  Again, same question, you just

9  increased the amount that --

10      A.    No, sir.  Eli had spoken to me about it.

11      Q.    Okay.  So that was -- did you ever state at

12 any point in time that you didn't think you were

13 receiving all the compensation that was due to you?

14      A.    No, sir.

15      Q.    All right.  Did you ever discuss or receive

16 any other benefits or incentives for purposes of being

17 a driver?

18      A.    No, sir.

19      Q.    Okay.  Did you receive any stock or

20 ownership interest or bonuses?

21      A.    No, sir.

22      Q.    Okay.  Can you describe what your main job

23 duties were while you were employed as a driver?

24      A.    Yes, sir.  My main duties were to do the

25 preexisting checklist.



1      Q.    Preexisting?

2      A.    Well, the pre-inspection.  I'm sorry.  My

3  fault.  To do the preinspection and then drive to --

4  how can I put this?  Drive to the site of where the

5  disabled car was, pick it up, and take it from point A

6  to point B.

7      Q.    Okay.  So these would be your -- you were

8  responding to calls -- and if you refer to it a

9  different way, let me know -- dispatched or responding

10  to calls for customers who --

11      A.    Yes, yes.

12      Q.    -- typically were calling in for roadside

13  service type services.

14      A.    Yes.

15      Q.    Whether a tow or helping with a flat tire or

16  charging a battery or things of the like?

17      A.    Yes, sir.

18      Q.    Okay.  Anything else in addition to pre-trip

19  inspections followed by the -- you know, driving to and

20  from customers?

21      A.    No, sir.

22      Q.    Okay.

23      A.    If I felt that -- if I felt that I was asked

24  to do something that I wasn't comfortable with, I would

25  deny it.



1        Q.    Okay.  And you had that opportunity to do

2    so?

3        A.    I had that option.  Doesn't necessarily mean

4    that I was always given that option.

5        Q.    Okay.  What do you mean?

6        A.    Well, I do remember one incident where Eli

7    actually requested for me to tow a trailer home.  And I

8    had told him multiple times I had never done that

9    before and that I hadn't felt comfortable.  But he

10   insisted that I go out to the site and just look at it.

11   And fortunately for me it was overweight, so I couldn't

12   transport that particular thing.

13       Q.    Okay.  Any other incidents?

14       A.    No.  The only other thing that I can think

15   of was a forklift, but I got assistance figuring that

16   out.  So -- I mean, there were a few learning

17   experiences.

18       Q.    But, otherwise, you did have the opportunity

19   to accept or reject particular jobs?

20       A.    No, I never got that opportunity.  I would

21   only reject a call if he -- if Eli basically obliged to

22   it.

23       Q.    Okay.  But you had the opportunity --

24       A.    Yeah, I never -- I couldn't just -- I

25   accepted every call.  It wasn't my decision to reject a



1   call.  So if I felt like, you know, this call was not

2   good or that it had an improper time, I would always

3   notify Eli.

4        Q.    Okay.  Who was responsible for supervising

5   you while you were employed?

6        A.    I guess I want to say myself.

7        Q.    Okay.

8        A.    Ultimately, all the decisions went through

9   Eli.

10       Q.    Okay.  Did you work with Dustin Hyde while

11  you were at 316?

12       A.    Work with him?

13       Q.    Uh-huh (affirmative).

14       A.    Like during the day?

15       Q.    Well, rather, you both happened to work at

16  316 at the same time.

17       A.    Yes.

18       Q.    Okay.  But you perhaps may not have been on

19  the same shift?

20       A.    Exactly.  He worked night shift.  I worked

21  day shift.

22       Q.    So he wasn't your driver manager for the day

23  shift.

24       A.    Yeah, I would say yes.

25       Q.    He was your driver manager.



 1       A.    I would say yes.

 2       Q.    Okay.

 3       A.    He was the one I would go to, and then he

 4    would check with Eli.

 5       Q.    Okay.  Go to with what now?

 6       A.    Just issues.

 7       Q.    Okay.

 8       A.    Just issues.

 9       Q.    So he was -- was Dustin or Eli supervising

10    you at the time?

11       A.    That's really hard to tell.  I mean, I would

12    say Dustin.

13       Q.    Okay.

14       A.    I would say Dustin.

15       Q.    Do you recall who trained you?

16       A.    Really no one trained me.  I had already had

17    prior experience.

18       Q.    Okay.

19       A.    So no one trained me.

20       Q.    And I think you mentioned you met Hyde at

21    Hemphill Towing?

22       A.    Yes.

23       Q.    Okay.  And then when you were hired at 316,

24    you understood him to be the driver manager?

25       A.    Yes.



1    Q.    Were there any other driver managers --

2    A.    No.

3    Q.    -- while you were employed?  Okay.  Did you

4  understand whether or not Dustin Hyde had

5  responsibilities that were different than yours as a

6  driver manager?

7    A.    Yes.

8    Q.    Okay.  What were those?

9    A.    The one thing that I do know that he took in

10 more responsibility, he was -- he was the one that was

11 really communicating more with Eli on a day-to-day

12 basis.  He would also round up drivers for meetings.

13 So if Eli had a meeting on schedule, he would call us

14 or text us and say, Hey, guys, you know, we have a

15 drivers meeting at a certain point.  That's a

16 responsibility I never took care of.

17         There were times where I would submit the

18 invoices to Dustin, and then he would provide the

19 invoices to Eli.  That was more so in the beginning of

20 when I worked, so I would say for maybe two or three

21 months that was going on.  And then after that we would

22 give the invoices directly to Eli.  He was also the one

23 who reported to Eli whenever the trucks needed major

24 maintenance.  Okay.

25    Q.    Uh-huh (affirmative).  Okay.  And did Hyde



1  ever direct your work or tell you what to do?

2       A.    No.

3       Q.    No?

4       A.    No.

5       Q.    If he were to, did you understand he had

6  that role and you were --

7       A.    Yeah, I believed he did have that role.

8       Q.    Okay.  So if he told you what to do as

9  driver manager, you understood you were to do it.

10      A.    Yeah.

11      Q.    Okay.  Did you ever observe Hyde performing

12  any duties other than towing?  You mentioned

13  interfacing more with Eli as well as rounding up, I

14  think is the way you put it, for meetings the drivers.

15      A.    Uh-huh (affirmative).

16      Q.    Anything else?

17      A.    Based on my knowledge, I would say no.  I'm

18  pretty sure there is more that he did do.  But based on

19  my inter -- my daily interaction with him, I want to

20  say no.

21      Q.    Okay.  But you did understand that he had

22  responsibilities --

23      A.    I do understand that he had more

24  responsibilities than the other drivers.

25      Q.    Okay.  Okay.  Let me ask you did you mention



1  that you were submitting your invoices to Eli or to

2  Dustin?

3      A.    In the beginning -- let me be clear about

4  this.  Two years ago.  I think I was giving the

5  invoices to Dustin in the beginning.  I want to say yes

6  to that.

7      Q.    So it sounds like there was -- it was both

8  partially Dustin and at some point Eli?

9      A.    Yeah.

10      Q.    Okay.

11      A.    Yeah.  I can't remember 100 percent clearly,

12  but I want to say in the beginning I was giving the

13  invoices to Dustin, but it was such a short period of

14  time.  And then it went from giving the invoices to

15  Dustin to emailing the invoices to Eli directly.

16      Q.    Okay.  I see.  Do you recall about when that

17  happened?

18      A.    I cannot remember.  I would probably say --

19  Dustin left briefly I want to say in June.

20      Q.    Okay.

21      A.    I want to say Dustin left briefly in June

22  and then came back maybe a month or two later.  So

23  somewhere between that time where he departed and then

24  came back.

25      Q.    I see.  Oh, right.  So perhaps when he



1  returned, did he return -- and just to line it up, it

2  sounds like maybe you're in late 2021.

3        A.    Uh-huh (affirmative).

4        Q.    He no longer was the person you were to

5  tender the invoices to.  They were going straight to

6  Eli.

7        A.    Correct.

8        Q.    When he returned, he was no longer the

9  driver manager; correct?

10       A.    Correct.

11       Q.    Okay.  And so at that point in time his

12  duties had changed.

13       A.    Right.

14       Q.    Okay.

15       A.    From that point he was just a driver just

16  like me.

17       Q.    Okay.  Who set your schedule, if any?

18       A.    Well, me and Eli had agreed upon a time slot

19  of 8:00 a.m. to 8:00 p.m.

20       Q.    Okay.  And what days of the week did that

21  schedule include?

22       A.    Monday through Friday.

23       Q.    Okay.  And did you refer to -- how did you

24  refer to that block of time that you had, just the --

25       A.    A shift.

1      Q.    A shift?  Okay.  Was that referred to as an

2   on-call shift?

3      A.    No, sir.  To me it was just a shift.

4      Q.    Just a shift?  Okay.  Did you understand any

5   use of the phrase on call?

6      A.    Yes, sir.  But I -- I didn't consider myself

7   being on call for 12 hours.  To me it was just a

8   regular shift.

9      Q.    Okay.  Did you ever work beyond your

10  8:00 a.m. to 8:00 p.m. shift?

11     A.    Yes, sir.

12     Q.    And when would you work beyond that period

13  of time?

14     A.    Generally whenever I would get a call --

15  sometimes I would get calls at 7:30, sometimes

16  8:00 p.m.  And just to help the company, just to be a

17  good employee, sometimes I would, you know, go work

18  past my shift and go assist the customer.

19     Q.    Okay.  So let me ask you just while you're

20  on what you're referring to as a shift, can you

21  describe to me what you were doing while you were not

22  responding?  And I want to make sure I'm using the

23  words you would use.

24     A.    Okay.

25     Q.    If someone called and you had to be



1  dispatched -- what is the vernacular, because I'll

2  adopt it?  What was that?  A customer job you're

3  traveling to?  Dispatch?  How would you refer to that?

4       A.   I would say 90 percent of the time it was

5  dispatch.

6       Q.   Okay.  So when you're -- during your shift

7  there's periods of time when you're under dispatch,

8  meaning you're either traveling to the customer or away

9  from the customer or, you know, completing the job.

10      A.   Uh-huh (affirmative).

11      Q.   Is that correct?  We can refer to that as

12  the dispatch?

13      A.   Reframe that.  What were --

14      Q.   I just want to make sure during your shift

15  if you were on dispatch, that meant that you were

16  traveling to or from the customer.

17      A.   If I was on dispatch?

18      Q.   Uh-huh (affirmative).

19      A.   I don't understand that part.

20      Q.   Okay.  Explain to me what in your words when

21  you were responding to a customer, what did that mean?

22      A.   Well, I would get a notification through

23  Towbook, and --

24      Q.   What's Towbook now?  Is that an app?

25      A.   Towbook is an application that gives you



1   dispatch calls.  So you're not talking to somebody

2   directly on the phone.  Your phone will basically

3   chime.  It'll say that you have a call at such and such

4   area and you have to take it to another area.  The only

5   time I would interact with customers is just to verify

6   the information in the app.

7        Q.    Okay.

8        A.    In the application.  I want to say -- well,

9   not even 90 percent.  A hundred percent of the time I

10  would talk to either dispatch, the young lady that Eli

11  had working as a dispatcher or --

12       Q.    Do you remember her name?  Viktoria or

13  Valeria?

14       A.    I think it was Viktoria.

15       Q.    Viktoria?  Okay.

16       A.    Uh-huh (affirmative).  I think it was

17  Viktoria or Veronica.  I could be wrong.

18       Q.    Okay.  Let me ask you, though, during your

19  shift were you always driving?

20       A.    No.

21       Q.    Okay.  So while you were driving, you were

22  responding to a call that you received through Towbook.

23       A.    Uh-huh (affirmative).

24       Q.    Okay.  Did you ever receive trips outside of

25  Towbook?



1       A.    No.

2       Q.    Okay.  You never did.  They never called you

3  up over the telephone or --

4       A.    No.

5       Q.    -- text messages?

6       A.    No.  The only time I would get a call not

7  relating to Towbook is if Eli called.

8       Q.    Okay.  And what was Eli calling you about?

9       A.    He would call me sometimes to go pick up

10  cars for -- I guess a cash call customer that had

11  called it in to the office, and he was just relaying

12  that information back out to me.

13      Q.    Okay.  And so that just -- do you recall

14  about how many times cash calls came in?

15      A.    No.

16      Q.    Was it very often or seldom, like maybe one

17  or two a month or something more than that?

18      A.    I would say seldom.  So, yeah, maybe about

19  one or two a month, at least the calls that I received.

20      Q.    Okay.

21      A.    Now, for the other drivers, I can't answer

22  that question.  But for me, I would say maybe one or

23  two a month.  It was very seldom.

24      Q.    But for you, at least, you either were, you

25  know, driving or under dispatch through Towbook or you



1    had received a cash call from Eli.

2          A.    Yes.

3          Q.    Was there any other means of giving you

4    jobs?

5          A.    No.

6          Q.    Okay.  So for purposes of the Towbook, are

7    you aware that the Towbook records the GPS coordinates

8    of the tow truck driver while they're driving?

9          A.    Yes.

10          Q.    Okay.  So the application, as you refer to

11   it, is tracking how long you started in route to the

12   customer, the job, and then how long until you're

13   finished.

14          A.    Yes.

15          Q.    Do you have to punch in an acceptance button

16   and then a completed button?

17          A.    Yeah, uh-huh.

18          Q.    Okay.  So it's tracking, you know, here I

19   am, I'm beginning to drive.

20          A.    Uh-huh (affirmative).

21          Q.    And then you have to notate that you're

22   completing the drive?

23          A.    Uh-huh (affirmative).

24          Q.    Okay.  And you did that for each and every

25   trip within the Towbook.



1       A.    Yes.

2       Q.    Okay.  For that period of time when you had

3  not accepted a Towbook job or you weren't under a cash

4  call, what were you doing during that period of time?

5       A.    Mainly sitting out in the field.

6       Q.    Okay.  Sitting out in the field, at any

7  point did Eli tell you that there were certain things

8  you were not permitted to do during that time?

9       A.    Not really, no.

10      Q.    Okay.  What about Dustin?

11      A.    No.

12      Q.    Okay.  So none at 316 told you where you

13  needed to be waiting.

14      A.    No.

15      Q.    Okay.  What about did they ever say that you

16  were not allowed to do certain things while you were

17  waiting?

18      A.    Pretty sure they do.  I just can't remember

19  anything at the moment.

20      Q.    Okay.  What do you mean pretty sure they do?

21      A.    I mean, there's certain moral things that

22  you're not supposed to do while you're sitting.

23      Q.    Moral?

24      A.    Yeah.

25      Q.    Oh, okay.  Well --



1        A.    There's just some things that you're not

2   supposed to do while you're sitting waiting for a call.

3   I mean, you're still working, so --

4        Q.    What do you mean moral?

5        A.    I have no idea.  I'm still trying to grasp

6   the concept of the question, to be honest with you.

7        Q.    Okay.  Yeah, I don't want you to certainly

8   make things up.  I'm just asking did Eli or Dustin ever

9   tell you while you're waiting you can't wait here or

10  you can't do this?

11       A.    No, they never said that.

12       Q.    So did you at any point in time utilize that

13  waiting time perhaps to go home?

14       A.    No.

15       Q.    You never went home?

16       A.    Yeah, I did.

17       Q.    Okay.

18       A.    I did, especially if it was in the area

19  close to my house.

20       Q.    Okay.  What about -- and then you could go

21  home, and there was no restriction on your being at

22  home.  You just needed to be available to respond to a

23  Towbook.

24       A.    Yes.

25       Q.    Okay.  What about did you ever go out to



```
 1   lunch or run a personal errand?

 2        A.    In the truck?  I mean, everybody went to

 3   lunch, so yeah.  But as far as like running personal

 4   errands, no.

 5        Q.    Okay.  Did anyone tell you you couldn't?

 6        A.    No.

 7        Q.    Okay.  Did anyone tell you you had to be

 8   waiting in the truck?

 9        A.    No.

10        Q.    And you stated that these cash calls were

11   seldom, and it was about one or two per month at most?

12        A.    At least maybe the ones I received.

13        Q.    Okay.

14        A.    I don't know the total of the cash calls

15   that they would accumulate over the course of a month.

16        Q.    But at least for you.

17        A.    Yeah.

18        Q.    Okay.  And that was over eight months' time,

19   so that's going to be maybe ten?

20        A.    Maybe more, yeah.

21        Q.    Okay.  How many do you think you responded

22   to over a --

23        A.    I have no clue.

24        Q.    Hundreds?

25        A.    Over the course of working with 316?
```



1        Q.    Uh-huh (affirmative).

2        A.    I have no idea.

3        Q.    Okay.

4        A.    I have no idea.  They all come in the same.

5    Even if it is a cash call, they would put it in the

6    system, and I would get it through Towbook.

7        Q.    All right.  Have you ever seen any of the

8    Towbook logs?

9        A.    No.

10             (Exhibit Number D-6 was marked for

11             identification.)

12   BY MR. HANDSCHUH:

13       Q.    Handing you what's been marked previously as

14   Exhibit 6.  If you would, thumb through that.

15       A.    Okay.

16       Q.    Drawing your attention, I'll represent to

17   you that this is the Towbook log report for your

18   drives.  And you'll note on the first page that has the

19   Bates stamp number 1023 on it --

20       A.    Uh-huh (affirmative).

21       Q.    -- that that begins April 19, 2021.  Do you

22   see that?  The dispatch date?

23       A.    Okay.  Yeah.

24       Q.    And then if you thumb through to the back,

25   just the final page, I'll point out to you that it ends

1   on or about December 30, 2021.

2        A.    Yes, sir, that sounds about right.

3        Q.    Okay.  So this -- at least as reflected

4   here, this covers a span of April through

5   December 2021; correct?

6        A.    Okay.  Yeah.

7        Q.    Do you have any reason to, in thumbing

8   through this and just looking at, you know, any of the

9   particular entries, any reason -- if you could review

10  just, you know, several of the pages.  Let me know if

11  anything seems off or this seems to track with your

12  experience of the number of jobs you were handling each

13  day.

14       A.    Okay.  So what am I looking for?

15       Q.    I'm just asking does, for example, on --

16  let's take April 19th as one example.

17       A.    Okay.

18       Q.    If Towbook is noting the trips that you're

19  handling, the jobs --

20       A.    Okay.

21       Q.    -- that's noting that there were four trips

22  that day, and it's showing the time that you were under

23  dispatch and then once you completed it; correct?

24       A.    Okay.

25       Q.    Do you know for April 19, it reflects four



1  trips with your en route and on scene and total towing

2  time.  Do you see that total?

3       A.    Yes, sir.

4       Q.    Do you have any reason to believe that for

5  April 19th, just as an example, that there would have

6  been any trips that aren't reflected in this Towbook?

7       A.    I don't think so.

8       Q.    Okay.  But you have nothing sitting here

9  today to counter what Towbook may have produced as to

10 the amount of time you were taking on each trip.

11      A.    No, sir.

12      Q.    Okay.  And you were required, when you were

13 responding on Towbook, to both enter the time you were

14 starting and then ending that trip.

15      A.    Uh-huh (affirmative).

16      Q.    And those were things that you were

17 inputting.

18      A.    Uh-huh (affirmative).

19      Q.    Okay.  And that was a yes, just for the

20 record?

21      A.    Yes, sir.  Yes, sir.

22      Q.    Would it be safe to say that if you added up

23 your time for each day in this report and then totaled

24 that on a weekly basis, that would show the amount of

25 time that you were actually driving while at 316?



1    A.    I don't understand the question.

2    Q.    Is there -- would you agree that if the

3  Towbook is tracking the time that you're driving --

4    A.    Okay.

5    Q.    -- and if it's tracking each one for each

6  date accurately, if you added them all up on a weekly

7  basis, that would show how many hours you were driving

8  that week?

9    A.    Yeah.

10    Q.    Okay.  Were you aware that that was

11  occurring while you were -- you were being recorded in

12  terms of the length of time?

13    A.    I assumed.

14    Q.    Okay.  Did you ever complain to Eli about

15  not being compensated for any overtime?

16    A.    Not at the time.

17    Q.    Okay.  And we mentioned earlier about the

18  possibility of being able to -- or having canceled

19  jobs.  And there may have been a variety of reasons,

20  but do you recall just having certain jobs that

21  canceled?

22    A.    Like a specific job?

23    Q.    Uh-huh (affirmative).  Or just jobs that

24  were coming in Towbook, you may have instead of

25  accepting it canceled it, or it would have been



1   canceled for some reason.

2        A.    I really don't know how to answer that.

3              (Exhibit Number D-7 was marked for

4        identification.)

5   BY MR. HANDSCHUH:

6        Q.    Okay.  Handing you what's been marked as

7   Exhibit 7.

8        A.    Uh-huh (affirmative).

9        Q.    I'll represent to you this is a canceled job

10  log.

11       A.    Okay.

12       Q.    For your trips or at least certain jobs that

13  were assigned to you.

14       A.    Okay.

15       Q.    And you do recall -- I think you testified

16  earlier that there were times that, you know, certain

17  jobs were canceled; correct?

18       A.    Yeah.  I mean, cancellations happen all the

19  time.

20       Q.    Okay.  And sometimes that was based on the

21  customer; correct?

22       A.    Uh-huh (affirmative).

23       Q.    Meaning they no longer needed it?

24       A.    Right.

25       Q.    Or they, you know, canceled for whatever



 1  | reason.
 2  |      A.    Uh-huh (affirmative).
 3  |      Q.    But then sometimes there were instances --
 4  | and if you look on the call number, for example, on the
 5  | left-hand column and go to 3560.
 6  |      A.    Uh-huh (affirmative).  3560.
 7  |      Q.    This is going to be October 6th.  Do you see
 8  | that one?
 9  |      A.    Which one?  The one that says, "Driver
10  | unavailable"?
11  |      Q.    Correct.
12  |      A.    Uh-huh (affirmative).
13  |      Q.    So that would have been an instance at
14  | least -- do you recall that particular trip that day?
15  |      A.    No.  It's 2:14 in the morning.  I'm not even
16  | working that shift.
17  |      Q.    Okay.  But at least there are certain trips
18  | that are being tendered to you, but then you weren't
19  | responding to them.
20  |      A.    I mean, I wouldn't respond to a -- I
21  | wouldn't respond to a call at 2:15 in the morning.  I
22  | work an 8:00 a.m. to 8:00 p.m. shift.
23  |      Q.    Okay.  Were you ever able to cancel any of
24  | the jobs for reasons, you know, that you just didn't
25  | feel like taking that particular job?



1       A.    I'm pretty sure perhaps.

2       Q.    Okay.

3       A.    Especially when a call came in at like maybe

4   7:30, 7:45.

5       Q.    Okay.  Was there a difference between

6   rejecting a call and canceling the call, meaning

7   accepting the call and then canceling versus just

8   rejecting?

9       A.    No, I would always accept the call.

10       Q.    Okay.

11       A.    I would always accept the call.  I never

12   just canceled it outright.  I would always accept the

13   call wanting to find out what the situation was to see

14   if I was comfortable enough to do the call or, you

15   know, was it even -- was it even worth it.  But, yeah,

16   I always accepted the calls.

17       Q.    Was there a difference between a rejection

18   and a cancellation?

19       A.    Was there a difference between a rejection

20   and a cancellation?  Well, I'm trying to figure out how

21   to answer that question.  I would say a rejection would

22   be a call coming in at the very end of my shift.  You

23   know, I've been working all day.  I'm ready to go home.

24   I'm tired, and I just -- I would rather a night driver

25   take that call --



1        Q.    Okay.

2        A.    -- versus me doing it.  So I would count

3   that as a rejection.  A cancellation --

4        Q.    Just on rejections, so there were instances

5   where you wouldn't take a job during your shift, and

6   you refer to that as a rejection?

7        A.    Well, I mean, especially if it was at the

8   end of my shift, you know, 7:45, 8 o'clock.

9        Q.    But that did happen?

10       A.    Yes, that did happen.

11       Q.    How often did that happen?

12       A.    I can't answer that question.  It just

13  depended on what time it was.

14       Q.    Okay.  Tell me a little bit about what you

15  understood the difference with a cancellation to be.

16       A.    A cancellation was really more of a customer

17  canceling or we just couldn't do the tow.  We just

18  couldn't do it, you know.  That's more along the lines

19  of a cancellation.  Or, like I said, a customer saying,

20  you know, we just don't want the tow no more, we don't

21  need it.

22       Q.    Okay.  And you're not sure whether or not --

23  had you ever seen this cancellation log for you

24  previously?

25       A.    I've never seen any of these.



1      Q.    Are you aware whether or not 316 maintains a

2   rejection log?

3      A.    I'm not 100 percent sure.

4      Q.    So if they didn't, you wouldn't believe they

5   did?

6      A.    If they did, if they didn't, I wouldn't

7   know.

8      Q.    Okay.

9      A.    I honestly wouldn't know.

10      Q.    Okay.  But you do recall, you know, like you

11   said, towards the end of your shift being able to, as

12   you put it, reject certain jobs.

13      A.    That's if I -- that's if I got the okay to

14   reject a job.

15      Q.    From who?

16      A.    Eli specifically.

17      Q.    And were those -- were there ever instances

18   where you rejected a job and that wasn't permitted?

19      A.    No.  There were times where I would call him

20   in, tell him, "Hey, man, it's late.  You know, I've

21   been going all day."  And he would accept it.

22      Q.    Okay.

23      A.    He would accept the rejection.

24      Q.    Were there ever times to the contrary where

25   he wouldn't accept it?  Just any specific examples you



1   can remember.

2        A.    Yeah, I would say if it was a -- if it was a

3   vehicle of somebody that he knew personally that, you

4   know, he wanted me to go pick it up for them, so yeah.

5        Q.    Who did he know personally for jobs?

6        A.    Maybe some guys that worked around the

7   office.  I never really -- I had never really talked to

8   them or anything.  I was rarely in the office.

9        Q.    Okay.

10       A.    I was rarely in the office.  Maybe some

11  friends of his that he knew in another part of town.

12       Q.    Would he say it was rejected because of it

13  was a friend's car?  Would he couch it that way, or how

14  would you figure that out?

15       A.    To be honest, if I took it, I was just doing

16  it to help him out.

17       Q.    Of all your rejections that you can recall,

18  how many times do you think those rejections weren't

19  allowed?

20       A.    I would say if there was -- if there wasn't

21  another driver available.

22       Q.    Okay.  Do you recall whether or not you ever

23  traveled to another state while working on behalf of

24  316?  South Carolina?

25       A.    I really don't recall.  Maybe somewhere far



1  up north Georgia.  I don't know if I took the truck.  I

2  can't remember if I took the truck out of state.  Maybe

3  once.

4       Q.    Okay.  Do you recall if you went out of

5  state where you went to?

6       A.    I would say maybe -- I'd say I think I drove

7  to South Carolina once.

8       Q.    Okay.  Do you know if those trips would have

9  come -- all the trips would have come through Towbook

10  unless they were the cash.

11       A.    Everything came through --

12       Q.    Oh, everything.

13       A.    -- Towbook.

14       Q.    Even the cash trips.

15       A.    From what I can tell based on the cash

16  calls, the cash calls would call into the office, and

17  then they would plug it into Towbook manually.

18       Q.    Okay.  I see.  So all of the trips, whether

19  Towbook related or cash calls, they were all being

20  input into Towbook, and that's the only way you were

21  receiving work.

22       A.    Uh-huh (affirmative).  Based on the Towbook

23  system, if -- what's this -- an NC like Agero or

24  Allstate came in through, it would come in through an

25  email.  And then all that information was automatically



1    uploaded into Towbook so you get all the information.

2         Q.    Okay.

3         A.    If it's a cash call and the customer would

4    call into the office directly, somebody would have to

5    input it manually.

6         Q.    I see.

7         A.    So you wouldn't get as much information.

8         Q.    Okay.  But for your jobs, they were coming

9    through Towbook.

10        A.    Yes.

11        Q.    Okay.

12        A.    Nobody ever called me directly and said,

13   "Hey, can you go handle this?"

14        Q.    Okay.

15        A.    It was always through Towbook.  The only

16   time I would call back is if I felt like I didn't have

17   enough information in order to even attempt the call.

18        Q.    So at least for my question of if you were

19   going out of state, it was being tracked through

20   Towbook, and you would just -- if the, you know,

21   records of Towbook showed how many times you went out

22   of the state, that's -- it is what it is; is that

23   right?

24        A.    I think so, yeah.

25        Q.    Okay.  Do you have any reason to believe you



1  were going out of state and it wasn't recorded in

2  Towbook?

3      A.   If it wasn't recorded in Towbook, that's new

4  news to me.

5      Q.   Okay.  Did you ever -- during your role as a

6  driver for 316, did you ever accept payments from any

7  customers?

8      A.   Yes.

9      Q.   Okay.  How did you accept payments?

10     A.   Cash or card.  No checks.

11     Q.   No checks?  Okay.  So putting cash to the

12  side, how often were you accepting payments by card?

13     A.   Typically -- I can't answer how often.  It

14  just depended on the call itself.  Some calls, every

15  call was -- some calls -- how can I say this?  Most

16  calls the payment had already been made through

17  Towbook.  But if there were some overdue calls,

18  sometimes I'll have to take extra payment.

19     Q.   Okay.

20     A.   And I would contact my dispatcher, either it

21  be Dianna or Viktoria, and I would have them do a call

22  over the phone.

23     Q.   Okay.

24     A.   I would have them accept payment over the

25  phone.



1       Q.    So does that mean you were never the one

2   accepting the payments over the phone?

3       A.    I wasn't accepting the payments over the

4   phone.  I don't take payments.  I'm just -- the

5   customers --

6       Q.    Coordinating it.

7       A.    Yes.  The customer is giving the card to me.

8   I'm calling the dispatcher.  The dispatcher is taking

9   payment.  I give the card back to the customer.  That's

10  it.

11      Q.    Okay.  Okay.  Do you recall if, as you

12  stated, how often -- I think you referred to it as an

13  overdue.  Do you think perhaps that was referred to as

14  an overage?

15      A.    Overage.

16      Q.    Okay.  So correcting for overage jobs where

17  there was more than initially estimated --

18      A.    Correct.

19      Q.    -- that's when you would call the dispatch

20  for purposes of their collecting the payment.

21      A.    Correct.

22      Q.    Okay.  Would the customers ever call the

23  dispatch directly?

24      A.    No.

25      Q.    No?



1    A.    At least not that I know of.  From what I
2  can tell, it was generally the dispatchers calling the
3  customer.

4    Q.    Oh, is that right?  Okay.

5    A.    Yes.

6    Q.    So you weren't the one calling on your phone
7  to the dispatcher.  They were calling the customer.

8    A.    Not always.  If I was on scene with the
9  customer, then yes, I would take the card and then I
10  would call the dispatcher to have her process payment.

11    Q.    Okay.

12    A.    If I was on scene.  There were some times
13  where you would have to reach out to the customer and
14  then have them call either 316 to accept payment.  I
15  mean, there were maybe three or four different options
16  of way we accepted payment.

17    Q.    Okay.  Over an eight-months period, I would
18  just like to know how often you think you were the one
19  that was onsite that took the overage payment.

20    A.    I honestly cannot answer that question.

21    Q.    Would it be a large number, a small number?

22    A.    A medium number.  I have no idea.

23    Q.    How many times a week was that occurring?  I
24  don't want you to guess.

25    A.    I mean, at this point it's going to be a



1    guess.  I mean, it happened -- it was a day-to-day

2    thing.  It was basically a day-to-day thing.  So maybe

3    once or twice a day.

4         Q.    Really?

5         A.    Maybe.

6         Q.    That many?  That many overages were

7    occurring?

8         A.    I really don't know how to answer this.

9         Q.    Okay.  No, no, no.  If you don't have an

10   answer, that's --

11        A.    Yeah, I really don't have an answer because,

12   as far as I can tell, I mean, I did -- I was onsite for

13   most of the taking overage.  You know, that was one of

14   the responsibilities that they gave to the drivers, you

15   know, to take payment, to accept the payment, make sure

16   that we get the payment in.  So I couldn't give you a

17   number.

18        Q.    Do you know whether or not you could, you

19   know, refer to or review any documents that might help

20   you in refreshing your memory though?

21        A.    What do you mean?

22        Q.    Is there some kind of log that you would

23   look to, "Oh, if I had this paperwork from my file, I'd

24   be able to tell"?

25        A.    I mean, if they have paperwork, I don't know



1    about it.

2         Q.    Okay.  But you weren't maintaining any

3    paperwork?

4         A.    No.

5         Q.    Would you need to talk to anybody and they

6    help you figure that out?

7         A.    The only person I could probably talk to in

8    regards to taking payments and documentation is

9    probably the dispatcher.

10        Q.    Really?  Okay.  No one else comes to mind?

11        A.    No one else comes to mind.

12        Q.    Okay.  Were you ever -- and I think you

13   mentioned being able to reject a job.  Were you ever

14   disciplined or threatened with discipline for rejecting

15   a job?

16        A.    No, not me personally.

17        Q.    Okay.  Turning your attention back to

18   Exhibit 4, and if you could for me please turn to

19   page 24 of 25.  Let me know once you're there.

20        A.    Which exhibit?

21        Q.    Number 4, that one in your left hand.

22        A.    Okay.

23        Q.    And then page 24.

24        A.    Okay.

25        Q.    Do you see Request for Admission Number 29?



 1   And I think I noted, just to ask, you checked your cell

 2   phone; correct?

 3        A.    Yes.

 4        Q.    Okay.  That wasn't about your testimony

 5   right now?

 6        A.    No.  I was just looking at the time.

 7        Q.    Okay.  If you would for me, page 24.  All

 8   right.  Request for Admission Number 29, read that for

 9   me as well as the answer.  Let me know when you're

10   finished.

11        A.    All right.  "Deny.  Denied to the extent

12   that plaintiff was threatened with discipline, which

13   equated to a reduction in pay if they rejected a

14   request from a potential customer."  Okay.

15        Q.    You just stated to me that you weren't

16   disciplined for rejecting a job, and I'm just trying to

17   ask does that sound like maybe your response to 29 was

18   wrong?

19        A.    Yes, because I think my response to 29 is

20   actually talking about like my last day with them

21   because that as far as -- really one of the few times

22   that he actually did threaten me.

23        Q.    Okay.

24        A.    Yeah.

25        Q.    So explain that a little bit to me.  You're



1    saying that there was one instance, and it sounds like

2    it's the one at the end of the year of 2021.  What

3    happened?

4          A.    So basically what happened was, I mean,

5    every day -- the day was going good.  I mean, I had

6    just done some calls.  And then Eli, he basically calls

7    me and tells me that because I didn't do the

8    preinspection checklist that he was threatening to dock

9    my pay.  And I told him, I was like, "Why would you do

10   that because whenever I come to you with major issues

11   with the truck, you guys just take your time with it?"

12          So this is going back to the question that

13   you asked me earlier about the preinspection checklist.

14   I was constantly doing them, constantly doing them.

15   But whenever a situation would come arise and I would

16   let them know about these particular situations where

17   the truck had to be fixed, they procrastinated on it.

18   So, I mean, just being me, I'm like, "What's the point?

19   What's the point?"  So --

20          Q.    But that was the issue, the sole issue you

21   can recall any such threat as you put it.

22          A.    I can't -- I can't necessarily say a threat,

23   but I have told him that there is a particular way that

24   we supposed to tow this car or that we can't tow this

25   car.  And he would just demand, demand, demand, demand,



 1  demand that we get it taken care of.  Versus me arguing

 2  with him all the time, I'd say, "You know what?  Okay.

 3  I'll figure out a way to get it done."

 4       Q.    Okay.  Let me ask you just very specifically

 5  in this response, you were talking about the instance

 6  of, you know, potentially you not thinking you had the

 7  right equipment or here the pre-trip inspections.

 8       A.    Uh-huh (affirmative).

 9       Q.    But there was -- I haven't heard you speak

10  to any time when there's any threat related to a

11  rejection.

12       A.    No, I don't recall a threat for a rejection.

13       Q.    So it just sounds like perhaps your response

14  to Admission Number 29 was incorrect as set forth here?

15       A.    I would say yes.

16             (Exhibit Number D-8 was marked for

17       identification.)

18  BY MR. HANDSCHUH:

19       Q.    Okay.  And then, in addition, I'm handing

20  you what's been marked as Plaintiff's Exhibit 8.  If

21  you'd take a look at that, and then let me know once

22  you're finished.

23       A.    Okay.

24       Q.    All right.  Have you ever seen this document

25  before?



1        A.    No, sir.

2        Q.    Okay.  And you were never asked to review

3   this document?

4        A.    This is my first time me physically seeing

5   the questions.  I believe, like I said, prior to

6   Exhibit 8 and a few others that this is the first time

7   that I -- I do recall these questions perhaps being

8   over the phone.

9        Q.    Okay.  What about just turning to page 5?

10       A.    Page 5.

11       Q.    Is that your signature at the bottom?

12       A.    Yes, sir, it is.

13       Q.    Okay.  So do you recall signing this

14   document?

15       A.    Yes, sir, I guess I do.

16       Q.    Okay.  Turning your attention to the

17   numbered paragraphs number 24.

18       A.    Okay.

19       Q.    Can you read that paragraph, and then let me

20   know once you're finished.

21       A.    "If I or other drivers refused an assignment

22   from defendants, we risked discipline up to and

23   including termination.  I know this was true for other

24   drivers because on occasion -- several occasions I

25   overheard defendants threaten to fire drivers when they



1  said they did not want to take a certain assignment."
2  Which is true.  I didn't necessarily say it was for me.
3        Q.    Okay.  Let me break this up.  Who were you
4  referring to when you speak to other drivers?
5        A.    Oh, man.  We had one driver named Brian.  I
6  want to say his name was Brian.  He worked there
7  briefly, very briefly, maybe three weeks to a month.
8  And I know for -- I know on certain occasions that he
9  was denying drivers -- well, denying -- rejecting calls
10  and that he had been threatened on a few occasions.
11        Q.    Well, let me ask you about that.  How do you
12  know that?
13        A.    He had told me.  I wouldn't be able to
14  contact him or reach him for you or anything like that,
15  but me and him had spoken about it I know a few times.
16        Q.    Okay.  Do you remember Brian's last name?
17        A.    I do not.
18        Q.    Okay.  Who else are you referring to when
19  you're referring to other drivers?
20        A.    I want to say a driver named James.  I don't
21  know if he's still working at 316 at the --
22        Q.    Last name?
23        A.    I don't remember any names.
24        Q.    You don't remember?  Okay.
25        A.    But I know James, he was the only night



1   driver.  And he would have to reject calls from time to

2   time that didn't sit well with Eli, and he told me that

3   he had been threatened with termination from time to

4   time.  Sometimes -- sometimes the conversations we had,

5   they were just like all-out arguments between him and

6   Eli.  They were just like all-out arguments.

7        Q.    Okay.  Anyone else?

8        A.    Not that I can think of.

9        Q.    Okay.

10       A.    Not that I can think of.

11       Q.    And when it says, "refused an assignment

12  from defendants" -- and defendants is earlier defined

13  as both 316 and Maksim Lisovskiy, who you know to be

14  Max.

15       A.    Uh-huh (affirmative).

16       Q.    Was it Max that was the one receiving

17  assignment refusals?

18       A.    No.  This was all Eli.

19       Q.    Okay.  Were you ever communicating with Max?

20       A.    No.  I rarely spoke to Max, and I do mean

21  rarely.  You know, the occasional "Hi, how are you,"

22  stuff like that.  But as far as like full-out

23  conversation, no.

24       Q.    Okay.  And you stated that you rarely went

25  to 316's premises or facility?



1     A.    Only time I would go to the office really

2   was either to drop off the truck for maintenance or to

3   pick up a paycheck or if I was calling in to the

4   office.

5     Q.    Okay.  But you weren't necessarily when

6   you're going to the office --

7     A.    It's not necessarily one of my hangout

8   spots.

9     Q.    Okay.  And then you weren't going there to

10  meet with Max specifically.

11    A.    No, unless he would call me in or he had Eli

12  call me in.

13    Q.    Okay.  How would you know if Eli was calling

14  you in for Max?

15    A.    To be honest, I really wouldn't know.  He

16  would just say, "Brent, we need you at the office."

17    Q.    Okay.  Meaning he, Eli?

18    A.    Yes.

19    Q.    Okay.  So did you ever or the other drivers,

20  were they the ones, you know, discussing assignment

21  refusals or job rejections with Eli or Max?

22    A.    From my knowledge, every inquiry about a

23  call went to Eli.

24    Q.    Okay.  And then, let me ask you, you stated

25  you overheard defendants --



1       A.    Uh-huh (affirmative).

2       Q.    Which would have been Max and 316, threaten

3   to fire drivers.  And I think you mentioned that

4   each -- both James and Brian told you about what they

5   allege 316 had done, but had you ever overheard them?

6       A.    When you say them --

7       Q.    Meaning the defendants threatening.  Did you

8   ever overhear them?

9       A.    No.  This is all word of mouth, to be honest

10  with you.

11      Q.    Okay.  So do you think perhaps your

12  allegation in 24 is incorrect about overhearing them?

13      A.    Yeah, I would say that's incorrect.

14      Q.    Okay.  Do you know whether or not you ever

15  heard Eli threaten Dustin Hyde?

16      A.    No.

17      Q.    Okay.  What about Kevin Brindley?

18      A.    No.

19      Q.    Reynaldo Brown?

20      A.    No.  If he threatened any of -- any of us,

21  it was behind closed doors.

22      Q.    Okay.  All right.  And do you recall the

23  type of truck that you were driving for the tow truck

24  driver position?

25      A.    Red Dodge Ram 5500.



1       Q.    Okay.  Were you ever using a Kenworth T270?

2       A.    Yeah.

3       Q.    Okay.  So that's both a -- when were you

4   driving the Dodge versus the Kenworth?

5       A.    Started driving the Kenworth first actually.

6   So that was my truck up until --

7       Q.    Let me ask you this about the Kenworth.  Was

8   that over 10,000 gross vehicle weight rating?

9       A.    I think so.  They called it Big Red, so I

10  want to say it did carry more than 10,000.

11      Q.    Was it -- did it weigh, the weight of the

12  truck --

13      A.    Oh, yeah, yeah.

14      Q.    Okay.  Do you know its weight?

15      A.    No.

16      Q.    Okay.  But you understand it to be over

17  10,000 at least.

18      A.    I believe so.

19      Q.    Okay.  Would you have any reason to believe

20  it wasn't?

21      A.    No.

22      Q.    Okay.  What about the Dodge -- you said

23  5500?

24      A.    Yes.

25      Q.    Was that over 10,000 gross vehicle weight



1  rating?

2       A.    Dang.  I want to say no, but the Kenworth

3  was much bigger.

4       Q.    Okay.  Do you have any reason to believe why

5  the 5500 may not have been 19,000 gross vehicle weight

6  rating?

7       A.    I have absolutely no idea.

8       Q.    Okay.  So you just don't know what the

9  ratings were?

10      A.    I don't know what the ratings were on the

11 vehicles, to be honest with you.

12      Q.    Okay.  Did you own either one of those --

13      A.    No.

14      Q.    -- pieces of equipment?  Okay.  Were you

15 required at any time to wear a uniform?

16      A.    No, not required, no.

17      Q.    Okay.  Did you ever have the option of

18 wearing a uniform?

19      A.    Yes.

20      Q.    When did that happen?

21      A.    I want to say May or June of 2021, so maybe

22 a couple of months after.

23      Q.    Okay.

24      A.    I had joined up.

25      Q.    Did the uniforms ever go away as a, you



1 | know, option?

2 |     A.    They asked me about them a few times.  But,

3 | no, the option never went away.

4 |     Q.    But it was always optional?

5 |     A.    It was always optional.

6 |     Q.    Okay.  You could otherwise wear whatever

7 | personal clothes you wanted?

8 |     A.    Yeah.

9 |     Q.    Okay.  Did you choose to wear a uniform?

10 |     A.    No.

11 |     Q.    Were you ever threatened for not wearing a

12 | uniform?

13 |     A.    No.

14 |     Q.    You weren't?  No write-up, threats, or --

15 |     A.    No.

16 |     Q.    -- anything of the like?  Okay.  Were you

17 | ever supplied a system to keep track of your hours?

18 |     A.    No.  Other than the Towbook, no.

19 |     Q.    Okay.  But you understood that Towbook was

20 | tracking the hours you spent driving.

21 |     A.    Yes.

22 |     Q.    Okay.  We referred earlier to Exhibit 2, if

23 | you could turn with me.  So on that point about any

24 | hours of services, any method of tracking your hours,

25 | if you could turn for me to what's Bates stamped as 53.



BRENT JOHNSON                                      September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                              94

1      A.    Okay.

2      Q.    And just to refresh your memory, you do

3   recall on the topic of whether or not you were provided

4   a system to keep track of your hours, you acknowledged

5   at the time that you received a copy of the daily log

6   compliance policy.

7      A.    Excuse me?

8      Q.    If you could read the text of 53, and let me

9   know when you've finished.

10      A.    Okay.

11      Q.    Okay.  So you signed at the time of your

12   application the fact that you had received a daily log

13   compliance policy; correct?

14      A.    I don't even know what a daily log

15   compliance policy really is.  I believe the reason I

16   signed this document is because it says, "I am further

17   aware that I must keep an updated medical card on my

18   person when driving or operating a vehicle over 10,000

19   pounds."  So a daily log compliance, nobody ever

20   brought that up to us.

21      Q.    Okay.  But at least when you signed this

22   acknowledgment, you signed acknowledging that you had

23   received it.

24      A.    I still don't know what that means, but I

25   guess.



1      Q.    Okay.

2      A.    Like I really don't even know what that

3  means.

4      Q.    Did you ever decline signing this document

5  because you hadn't received a copy of it?

6      A.    No.

7      Q.    Did you ever attempt to scratch it out to

8  show that didn't apply?

9      A.    No.

10     Q.    Okay.  At the time you acknowledged having

11  received it.

12     A.    Okay.  Yeah, I guess.

13     Q.    Okay.  And then turning back to page 13 of

14  Exhibit 2.

15     A.    Uh-huh (affirmative).

16     Q.    I think you recall from our initial review

17  of this document that in number 5 it asked, "If

18  transporting vehicles over 10,000 gross vehicle weight

19  rating on this job, you're required to keep a DOT

20  logbook.  Do you know how to keep a DOT logbook, or can

21  someone teach you before you become an independent

22  contractor?"  And you circled yes.

23     A.    Uh-huh (affirmative).

24     Q.    So just asking whether there was a system

25  for tracking your hours, you understood that that



1  system would have been a DOT logbook.

2      A.    I also thought that that system was also

3  Towbook.

4      Q.    Okay.  So it was either one or the other.

5      A.    Yeah.

6      Q.    Okay.  Did you happen to work for any other

7  companies during your employment for 316 --

8      A.    No.

9      Q.    -- as a -- okay.

10     A.    No.

11     Q.    Did you work or earn income of any kind?  So

12 I want to be sure.  There's traditional jobs, and then

13 there's -- people refer to them as hustles or side gigs

14 or moonlighting.  Whatever you want to call it.

15 Anything like that?

16     A.    Uh-huh (affirmative).

17     Q.    Did you have anything like that during that

18 time?

19     A.    No, no side hustles, no other gigs.

20     Q.    Okay.

21     A.    316 was my main job at the time.

22     Q.    Okay.  Okay.  And was that true, you know,

23 from April of '21, 2021, through December of 2021?

24     A.    Yes.  I mean, unless you want to count me --

25 helping my brother and him paying me.



1        Q.    Okay.   But beyond family?

2        A.    No, nothing --

3        Q.    Drive a hard bargain, getting brother to pay

4    you.  I like it.  I like it.  Any other family members

5    paying you for -- was he paying you for work of some

6    kind?

7        A.    No.  The only other payment that I probably

8    processed during that time was small rent from my mom

9    because I had her at the time.  So she was living with

10   me.

11       Q.    Okay.

12       A.    And --

13       Q.    What was your brother paying you for?

14       A.    He's a plumber.

15       Q.    Plumber.  Okay.

16       A.    He's a plumber by trade.  So sometimes he

17   may need me to help move the job along a little bit

18   faster, and he doesn't mind paying me.

19       Q.    Okay.  So you're helping your brother in his

20   plumbing.

21       A.    Basically helping my brother in his

22   plumbing.  And, on top of that, my mom wanted to help

23   contribute to the household because she was living with

24   us at the time.

25       Q.    Okay.



1      A.    She was actually in transition herself.

2      Q.    And for the period just the time that you

3  worked at 316, how often were you helping your brother

4  with plumbing?

5      A.    Rarely, rarely.  Mainly on weekends.

6      Q.    Okay.

7      A.    On weekends.  He would ask me if I had a

8  Saturday off because he pretty much knew my day-to-day

9  schedule.  So it was Monday through Friday 316 Towing,

10  8:00 a.m., 8:00 p.m.  And then he would call -- he was

11  like -- he would ask me to do -- "Can you assist me on

12  Saturday or Sunday?"  And then I would help him out.

13      Q.    Okay.

14      A.    You know.  And that rarely happened,

15  maybe -- during the time when I was with 316, maybe

16  two -- maybe two, three times.

17      Q.    Okay.  Did it ever happen during the

18  weekdays, Monday through Friday?

19      A.    No, never, never.

20      Q.    Okay.  Any other -- in talking about it, any

21  other, you know, income of any kind?

22      A.    No.

23      Q.    Okay.  Turning our attention back to

24  Exhibit 4.

25      A.    Okay.

1     Q.    And then this is going to be Request for

2  Admission Number 6 and 7 on pages -- 19.

3     A.    Okay.

4     Q.    If you could for me just read Request Number

5  6 and 7 through the responses, and then let me know

6  when you're done.

7     A.    Okay.  So you said Admission 6?

8     Q.    Yes.  You don't have to read it out loud.  I

9  just would like, since I'm going to ask you some

10  questions, to please read to yourself 6 and 7.

11     A.    Okay.  Yeah, I see where this is coming from

12  now.

13     Q.    Okay.  Now, based on your testimony, let's

14  look at Request for Admission Number 6.

15     A.    Uh-huh (affirmative).

16     Q.    You had testified that Towbook was tracking

17  all of your jobs, whether cash or otherwise, coming

18  from the insurance company; correct?

19     A.    Uh-huh, uh-huh (affirmative).

20     Q.    Okay.  But here it looks like that this

21  response may have been mistaken, and let me know if

22  not.  But it states that there were certain jobs that

23  didn't come through Towbook.  Can you explain the

24  difference between your testimony and this response?

25     A.    Yeah, I can actually.  There were actually



1   some instances where Eli would actually call me and

2   say, "Hey, can you go help out this thing.  It's

3   already been taken care of, you know, can you just go

4   knock it out for me?"  And I'll say, "Yeah."

5       Q.    Okay.  When -- how many times did that

6   happen?

7       A.    It's hard to -- I would say less than ten.

8       Q.    Less than 10?

9       A.    Less than ten times.

10      Q.    Okay.

11      A.    But, yeah, there were some instances where

12  he would call me on my phone directly and say, "Hey,

13  can you go take care of this guy," and such and such,

14  such and such.  "It's already been taken care of.  We

15  just need to get it from here to there."  I'm like,

16  "Okay.  No problem."

17      Q.    Do you remember with specificity how many of

18  those jobs?

19      A.    No.

20      Q.    You said less than ten.

21      A.    No, I really can't.

22      Q.    Can you say for certainty it was over five?

23      A.    I want to say yeah.

24      Q.    Okay.

25      A.    I do want to say yeah.  I can only give you



1  examples of maybe a couple of times where I know

2  that -- where I knew that happened.  I think there was

3  a time where he actually sent me to somebody's house up

4  there in -- it might have been Forsyth or the Cumming

5  area.

6      Q.    But you're saying that so far that it's

7  limited to about five to ten.

8      A.    Yeah.

9      Q.    Best you know.

10     A.    Yeah.

11     Q.    Okay.

12     A.    Other than that, all the calls came through

13 Towbook because they were tracking us, you know.

14     Q.    Okay.  And then did you ever, for those

15 other jobs, ever ask Eli for any additional payment?

16     A.    No.  It wasn't my place to ask.

17     Q.    Did you think you were entitled to more?

18     A.    No.

19     Q.    Okay.  Now turning attention to Request for

20 Admission Number 7, and it's stated that not all work

21 was recorded in Towbook.  Other than those five to ten

22 telephone calls, were there any other jobs that weren't

23 being recorded?

24     A.    Not that I know of.

25     Q.    Okay.  But you don't -- here today you can't



1   say for certain that you remember any specific job.

2        A.    I can't, not at all.  Like going into

3   details, no.  I do know that he has some associates

4   that stay off of Buford Highway in Norcross, and I do

5   recall that some of the calls that I'm referring to

6   came from that particular address.  But I can't give

7   you the address.

8        Q.    Okay.  Can you give how --

9        A.    I probably ended up in that place maybe four

10  or five times.

11       Q.    Okay.  And then besides that one particular

12  place, do you recall any others?

13       A.    No, no.

14       Q.    And you certainly don't have any text

15  messages related to those jobs or --

16       A.    I wish.

17       Q.    -- other documents?

18       A.    I wish, but no.

19       Q.    Okay.  Was there any week in your

20  recollection where the total time you spent driving,

21  responding to a call exceeded for the week 40 hours?

22  Were you ever driving more than 40 hours a week?

23       A.    Repeat that question.

24       Q.    So you were working shifts from 8:00 a.m. to

25  8:00 p.m. Monday through Friday.



1      A.    Uh-huh (affirmative).

2      Q.    That would have been 60 hours of shifts.

3      A.    Uh-huh (affirmative).

4      Q.    During that 60-hour shift, as you referred

5   to it, was there ever a time where you believed that

6   you were under dispatch and driving more than 40 hours

7   a week?

8      A.    Under dispatch driving more than 40 hours a

9   week?

10     Q.    Uh-huh (affirmative).

11     A.    Yeah.

12     Q.    Okay.  When was that?

13     A.    So when you say when was that, you need

14  specific date and time?

15     Q.    Sure.  What weeks during your eight months

16  did you happen to drive over 40 hours per week?

17     A.    I couldn't give you a date and time.  I

18  wouldn't know.

19     Q.    Okay.  What would you need to refer to to

20  refresh your memory?

21     A.    Driving over 40 hours.  To be honest, sir, I

22  have absolutely no idea.

23     Q.    Would you say it's accurate that perhaps if

24  you were to rely on Towbook it would show the --

25  because we went through and noted how it tracks the



1    time for each job.

2        A.    Uh-huh (affirmative).

3        Q.    Would you rely on Towbook, if you added up

4    for the week the amount of time for each job, that

5    would reflect the total amount of time for driving?

6        A.    I'm not 100 percent sure, sir, to be honest

7    with you.  So you're saying -- are you basically saying

8    that if you was to add up all the time in Towbook over

9    the course of a week would it accumulate over 40 hours?

10       Q.    Correct.

11       A.    I'm not sure.  Maybe.  I'm not 100 percent

12   sure.

13       Q.    Would that be the way -- a way to check to

14   see if you were driving over 40 hours a week?

15       A.    I guess.

16       Q.    Okay.  Would there be another way?

17       A.    I -- no, not that I know of.

18       Q.    Okay.  Have you -- you know, sitting here

19   today for purposes of this lawsuit, have you come up

20   with a different way of explaining having driven more

21   than 40 hours per week?

22       A.    No, sir.

23             (Exhibit Number D-9 was marked for

24       identification.)

25   /  /  /



1   BY MR. HANDSCHUH:

2       Q.    Okay.  Handing to you what's been marked as

3   Exhibit 9.  Can you take a look at that document, and

4   let me know once you're done.

5       A.    Okay.

6       Q.    All right.  Have you seen this document

7   before?

8       A.    Never.

9       Q.    Okay.  Are you aware of a demand in this

10  matter made by your counsel on your behalf for purposes

11  of settlement?

12      A.    I'm sorry.  I don't understand the question.

13      Q.    Are you aware whether or not there's been

14  any demands made by plaintiff for a settlement sum in

15  this lawsuit?

16      A.    Am I aware of demands?

17      Q.    Correct.

18      A.    Yes.

19      Q.    Okay.  And are you aware that at some point

20  in time a demand was made on your behalf in this matter

21  for the damages that are set forth in the highlight at

22  the bottom right of this document?  Do you recognize

23  those numbers?

24      A.    No, sir.

25      Q.    Okay.  Do you know why you may have



1  estimated or your counsel may have estimated that you

2  were claiming time of 60 hours per week?

3      A.   Well, I haven't looked at the numbers.  I

4  mean, that's something you'll have to discuss with my

5  attorney.

6      Q.   Okay.  Do you know for purposes of this

7  action which weeks you contend you worked over 40 hours

8  a week?

9      A.   When you say worked over, you just mean

10  worked a shift?

11      Q.   I'm just asking which weeks and how you

12  determined if you worked over 40 hours a week.

13      A.   No -- no, sir.  Because, like I said, to me

14  it was just a shift.  I mean, I knew I was available

15  eight -- 12 hours a day.

16      Q.   Okay.  So do you know what amount of damages

17  you're seeking in this action?

18      A.   Again, the numbers you would have to discuss

19  with my attorney.

20      Q.   Okay.  So currently sitting here today, you

21  don't know.

22      A.   No, sir.

23      Q.   Okay.  Would there be any method by which

24  you would use to estimate?

25      A.   No, sir.



1        Q.    Okay.  Why is that?

2        A.    I have no idea.  I mean, to be honest with

3   you, most of this stuff, this is the first time I'm

4   seeing any of it.

5        Q.    Okay.  So for purposes of today, you don't

6   have an explanation of a certain amount of hours per

7   week that you haven't been compensated for overtime?

8        A.    Like I said, sir, you will have to discuss

9   that with my attorney.

10       Q.    Okay.  But then also you're -- without a

11  specific, you don't have a particular way that you

12  could estimate which weeks.

13       A.    No, sir.

14       Q.    Okay.  And why is that?

15       A.    I never got that information sent to me.

16  Like I said, even the Towbook calls, this is the first

17  time I've ever seen this.

18       Q.    Okay.  So how --

19       A.    I just knew -- I mean, I'm no dummy.  I just

20  knew that, you know, with being in Towbook and Towbook

21  being in a computer system that it's tracking us one

22  way or another.  But I never -- I've never seen this

23  physically.

24       Q.    Okay.  Explain for me what amount of

25  overtime you believe you're due in this action.



1          A.    I would say anything over 40 hours.  So, I

2    mean, in my mind I worked 60 hours a week.  From the

3    time that I started till the time that I was let go,

4    60 hours a week.

5          Q.    Okay.  So --

6          A.    So 20 hours over 40.

7          Q.    So that's the --

8          A.    Just the overtime.

9          Q.    Okay.  So that's your -- the way that you

10   would estimate the amount of time for your overtime --

11         A.    Uh-huh (affirmative).

12         Q.    -- is based on the shift being 12 hours.

13         A.    Uh-huh (affirmative).

14         Q.    And then you're just noting that that equals

15   60 hours per week.

16         A.    Uh-huh (affirmative).

17         Q.    And you believe you're due 20 hours of

18   overtime.

19         A.    Uh-huh (affirmative).

20         Q.    Is there any other way of estimating?

21         A.    No, sir.

22         Q.    Okay.  Would there be any other way of

23   estimating?

24         A.    No, sir.

25         Q.    Why is that?



1      A.   I'm not 100 percent.  Like I said --

2      Q.   No, I'm just asking if you have a

3   different -- could you reflect on documentation and try

4   to come up with any kind of estimate?

5      A.   I can't reflect off of documentation, sir.

6      Q.   Okay.  So you would just be unable to supply

7   an estimate.

8      A.   Exactly.  Like I said, that's something that

9   you would have to discuss with my attorney.

10      Q.   Okay.  So you don't have any means of -- do

11   you know -- and I don't want to know about any

12   communications, but what your attorney may supply to

13   you to help you estimate?

14      A.   Can you repeat the question?

15      Q.   If you thought you would speak to your

16   attorney, would you in that discussion be looking at

17   any documents from your time at 316?

18      A.   I'm not 100 percent sure.

19      Q.   Okay.  So there's nothing that you -- you

20   didn't keep a diary or some other kind of document that

21   reflected time spent.

22      A.   Huh-uh (negative).

23      Q.   Okay.  Could you refer to any document

24   sitting here today?

25      A.   Perhaps Exhibit 6.



1      Q.     Okay.  And Exhibit 6 is the Towbook report.

2      A.     Right.

3      Q.     And that's the only source of information

4  you may rely on for purposes of estimates.

5      A.     Yeah.

6      Q.     And how would you -- contrary to, you know,

7  any amount of time set forth in the Towbook, how would

8  Towbook change your estimate of working 60 hours a

9  week?

10     A.     I have no idea.  I mean, I'm not privy to

11 the system in itself.  I have no idea.

12     Q.     Okay.

13     A.     The only reason I say that is because it

14 seems like it's the only piece of paperwork up here

15 that actually has the numbers, so -- I mean, everything

16 else I have no idea.

17     Q.     Okay.  And earlier we mentioned your

18 submitting the invoices within Exhibit 10.

19     A.     Uh-huh (affirmative).

20     Q.     And these were invoices that you prepared

21 and submitted; correct?

22     A.     Uh-huh (affirmative).

23     Q.     Okay.  Did you ever at that point in time

24 set forth that you thought you were due 20 hours

25 overtime?



1        A.    No, sir.  To be honest with you, I was never

2    even taught how to do the invoices.  You know?  At the

3    time when I first joined 316 Towing, Dustin's the one

4    that actually showed me.  He showed me what I had to

5    do, what I had to mark, and he just showed me the

6    system of how to get paid.  Now, at the end of the day,

7    even if I thought at the time that I was owed

8    additional payment, I wouldn't have known how to

9    include it in there.

10       Q.    Did you ever raise any issues with anyone?

11       A.    No.

12       Q.    Okay.  Did Dustin ever talk to you about it?

13       A.    About what?

14       Q.    About just whether or not you were due

15   overtime?

16       A.    No.

17       Q.    What about after working at 316?

18       A.    No.

19       Q.    Have you ever discussed this case with

20   Dustin?

21       A.    No.

22       Q.    You've never spoken to him over the

23   telephone?

24       A.    No.  We don't discuss this case.

25       Q.    Or even in person?



BRENT JOHNSON                                      September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                              112

1        A.    No.

2        Q.    Did you ever discuss whether or not you were

3    due any overtime with Dustin?

4        A.    No.

5        Q.    Okay.  Did you ever discuss whether or not

6    you thought you weren't being paid properly at 316?

7        A.    No.

8        Q.    Did you ever raise any complaints with

9    anyone at 316 about your pay?

10       A.    No.

11       Q.    Okay.  Could you have at the time?

12       A.    Yeah, I probably could have at the time.

13       Q.    Okay.  Why didn't you?

14       A.    Just wasn't a thought.  It wasn't a thought

15   at the time.

16       Q.    Are you familiar with a reference to

17   off-call jobs?

18       A.    Off-call jobs?

19       Q.    Correct.  Does that --

20       A.    No.

21       Q.    -- mean anything to you?

22       A.    Huh-uh (negative).

23       Q.    Okay.  Were you ever supplied any amounts

24   extra for jobs or any advances?

25       A.    I wish.  No.



1        Q.    Okay.  If you could, in Exhibit 10 for me,
2   look at page 80.  Do you see that Invoice Number 25?
3        A.    Yes, uh-huh.
4        Q.    Okay.  Do you see that extra?
5        A.    Uh-huh (affirmative).
6        Q.    Do you know what the extra is for, extra
7   $50?
8        A.    To be honest with you, I have absolutely no
9   idea.
10       Q.    Okay.  So were you ever offered any
11  additional pay for extra work?
12       A.    I'm trying to remember this one here.  Give
13  me one moment, sir.  Sir, I believe that extra 50 is in
14  regards to the pay raise.
15       Q.    That's what it is?
16       A.    Yeah.
17       Q.    Okay.  It does track on or about your
18  first -- or second raise rather in October as we went
19  over the time line, as I recall.
20       A.    Uh-huh (affirmative).
21       Q.    Okay.
22       A.    Yeah.
23       Q.    So that's not extra work.
24       A.    That's not extra work.  That's just an
25  additional pay raise, I believe.  Because, if I go



1   back, before the 950 I was being paid 900.

2        Q.    Okay.

3        A.    And everything after this particular pay

4   raise, everything is 950.

5        Q.    Okay.

6        A.    So I think that's just a pay raise.  That

7   has nothing to do with extra work.

8        Q.    Okay.  And did you ever -- were you ever

9   required to work past 8:00 p.m. or the end of what you

10  call your shift?

11       A.    Yeah.

12       Q.    Okay.  What were you doing then, and how

13  often was that happening?

14       A.    Going past 8:00 p.m., that was if, like I

15  said, the late driver wasn't available at the time and

16  they asked me to do the job and I didn't mind helping

17  them.  Or --

18       Q.    Well, how many times do you think that

19  happened over eight months?

20       A.    I have no idea.

21       Q.    Okay.

22       A.    I would say more often over the first half

23  than it was in the back half.  So to me more like the

24  first four months over the eight-month period, the

25  first three to four months I would do it just to help



1    them.

2         Q.    How many times do you think in that three to

3    four months?

4         A.    I have no clue.

5         Q.    Okay.

6         A.    I honestly have no clue.

7         Q.    Do you think it happened --

8         A.    I mean, I've towed a lot of cars over the

9    years.  So trying to go into specifics, huh-uh

10   (negative).

11        Q.    Okay.  And there's nothing you would -- no

12   one you would talk to or documents you would refer to

13   to figure that out?

14        A.    Right.

15        Q.    Maybe Towbook?

16        A.    Maybe Towbook.

17        Q.    Okay.

18        A.    But there were some times where I was

19   picking up cars after 8:00 p.m. and getting them to

20   their destinations.  So you're talking about doing a

21   hookup and then having to drive the vehicle to its

22   destination and then drive home after that job has been

23   completed.

24        Q.    Okay.  Do you recall ever receiving advances

25   from 316?



1        A.    Absolutely not.  Never received an advance.

2        Q.    Okay.  Turn to 85 for me within Exhibit 10.

3   And I realize this is a lot of invoicing over multiple

4   weeks, but on this particular invoice it sets forth an

5   advance of 190.

6        A.    I don't even know what that's for.

7        Q.    You don't know?

8        A.    Huh-uh (negative).  Because at the end of

9   the day, the amount due is still the same.  It's still

10  950, so I don't even know what this advance is.  And

11  this is during November?

12       Q.    Uh-huh (affirmative).

13       A.    Yeah, I don't know what this is, to be

14  honest with you.  I really don't even know what this

15  is.  Let me see something.  I am seeing a difference

16  between Document 84 and 85.

17       Q.    Uh-huh (affirmative).

18       A.    Now, I do -- now, I do recall during this

19  period -- yeah.  Eli had been messing with the invoices

20  saying that we was doing them wrong because, if you

21  look at this one on 84, it says "accidental

22  occupational insurance."  And that's how we would have

23  them set up because he had us doing the invoices

24  ourselves.

25       Q.    Uh-huh (affirmative).



1     A.    Okay?  So accidental occupational insurance

2    minus 50, total 1,000, amount due 950.  Okay?  Then I

3    remember him giving us a call the next week saying that

4    you did the invoice wrong.  As you can see, the total

5    payment is 810, and then the advance is 190.  I don't

6    know where he got that from.  The occupation, that

7    equals a thousand dollars.  Then subtract the 50, and

8    then it goes back to amount due --

9     Q.    Okay.

10     A.    -- at 950.  So it had nothing to do with the

11   impact of our checks, of our pay.  I don't know --

12     Q.    You just don't -- do you think there could

13   have been an instance where you asked for an advance of

14   $190?

15     A.    No.  I've never --

16     Q.    And you don't recognize that 190 to

17   signify --

18     A.    I don't even know what that means --

19     Q.    Okay.

20     A.    -- to be honest with you.  Everything prior

21   to this -- everything prior to this makes sense to me.

22   Accidental occupational insurance minus 50, total

23   $1,000, amount due 950.  I don't know why he would even

24   ask us to change the format to this.

25     Q.    But you were the one submitting the



```
 1   invoices; correct?
 2         A.    Based on his request.
 3         Q.    Oh, based on the request.
 4         A.    Based on his request.
 5         Q.    Okay.
 6         A.    I mean, other than me -- to me to get to do
 7   the invoice, all I would did -- all I would do was
 8   change the invoice number and the date.
 9         Q.    Okay.
10         A.    So nothing changed.  I would change the
11   invoice number and the date.
12         Q.    Do you think you changed and added the line
13   advance 190?
14         A.    No.
15         Q.    Okay.  How did that happen?
16         A.    Like I said, if -- if it was changed, it's
17   because he asked me to make it into this format.
18         Q.    But you don't remember specifically --
19         A.    Why?  No.
20         Q.    Okay.
21         A.    Because, at the end of the day, the amount
22   due was still the same.  So it's not affecting me.  I'm
23   not getting paid any more.  I'm not getting paid any
24   less, so it's not affecting me.  Why should I question
25   the way he wants the invoice to be set up?
```



1        Q.    Okay.  Are you currently -- and I may need

2   to go back to my notes.  Apologies.  Are you familiar

3   with Relief Roadside Services?

4        A.    Yes, sir.  That is my LLC.

5        Q.    Okay.  And, going back to my notes, you

6   currently work for Relief Roadside Services.

7        A.    Yes, sir.

8        Q.    Okay.  And when did that start?

9        A.    I actually started the LLC I want to say in

10  maybe August or September of 2020.

11            MR. HANDSCHUH:  Okay.  If you give me one

12        moment, we've been going for a bit.  Why don't we

13        take a ten-minute break.

14            (A brief recess was taken.)

15  BY MR. HANDSCHUH:

16        Q.    We were earlier discussing Relief Roadside,

17  and I believe you were mentioning when that was formed.

18        A.    (Witness nods head affirmatively.)

19        Q.    Okay.  When was that?

20        A.    I want to say August or September of 2020.

21        Q.    Okay.  And that would have been before you

22  started driving for 316 Towing.

23        A.    Correct.

24        Q.    You mentioned that you initially had tried

25  to get it started but then decided to go work as a



1   driver for 316 first.

2        A.    Correct.

3        Q.    Okay.  When did Relief Roadside begin

4   providing services at any point?

5        A.    At any point?  July of 2022.

6        Q.    Okay.  And that would have been about seven

7   months after your driving role for 316?

8        A.    Yes, sir.

9        Q.    Okay.  Did you work anywhere between that

10  time?

11       A.    Yes, sir.

12       Q.    Where was that?

13       A.    Hemphill Towing.  I went back to my previous

14  occupation.

15       Q.    Okay.  Is Relief Roadside still in

16  operation?

17       A.    Yes, sir.

18       Q.    Okay.  Do you know why for any reason during

19  your role as a driver for 316 why there would have been

20  any deposits made into Relief Roadside's bank accounts?

21       A.    Repeat that question.

22       Q.    Would you have expected any deposits of

23  monies to be entered into Relief Roadside for any

24  reason while you worked for 316 Towing?

25       A.    Yes, sir.



1      Q.    Why would that have been?

2      A.    Well, because I had started the LLC.  I had

3  acquired the EIN number.  And because Relief Road --

4  and because 316 Towing was the only income that I had

5  at the time, I deposited one or two checks into my

6  business bank account just to keep the bank account

7  open.  But it wasn't -- that, it was basically it.  I

8  put in a couple of checks from 316 Towing into my EIN

9  number in order to keep the account active.

10     Q.    Okay.

11     A.    I just wanted to show activity.  That's all.

12     Q.    So there wasn't any deposits being made from

13  customers of Relief Roadside?

14     A.    No.

15     Q.    Okay.

16     A.    Never.

17     Q.    There would have not been any during 2021?

18     A.    No.

19     Q.    Okay.  But you were taking the pay that was

20  being made out to you by 316 Towing, and at least once

21  or twice you deposited that into a Relief Roadside bank

22  account.

23     A.    Yes.

24           (Exhibit Number D-11 was marked for

25      identification.)



1   BY MR. HANDSCHUH:

2       Q.    Handing you what's been previously marked as

3   Exhibit 11.  If you could, take a look at that

4   document.  Are you familiar with a request by our

5   office for any tax returns that you may have filed for

6   the year in 2021?

7       A.    Yes, sir.

8       Q.    Okay.  And did you file your taxes for 2021?

9       A.    No, sir.

10      Q.    Okay.  Do you have an extension for filing?

11            MR. SHORT:  I'll remind you that you can

12      invoke the Fifth Amendment with regards to tax

13      questions.

14      A.    Yes, sir.  I would like to invoke my Fifth

15   Amendment.

16  BY MR. HANDSCHUH:

17      Q.    Okay.  But sitting here today, you don't

18  have any copies of any tax returns for yourself

19  personally for the fiscal year 2021.

20      A.    No, sir.

21      Q.    Okay.  Drawing our attention back to

22  Exhibit 8, your declaration.

23      A.    Uh-huh (affirmative).

24      Q.    Paragraph 6, can you read that and let me

25  know once you're finished?



1       A.    "The duties other drivers and I performed

2   were rote and routine, and we sought input from

3   supervisors when our duties were not rote and routine."

4   Is that the question?

5       Q.    Yes.  Can you explain which other drivers

6   you're referring to?  Is it the same, James and Brian?

7       A.    To answer your question, those duties go

8   across every driver that -- those duties were expanded

9   throughout the entire drivers.  All the drivers pretty

10  much had the same routine.

11      Q.    Okay.  But in this declaration we've

12  referred to just the phrase other drivers elsewhere,

13  and we earlier talked about that with respect to

14  paragraph 24.

15      A.    Okay.

16      Q.    And you stated then, and correct me if I'm

17  wrong, that those other drivers there were Brian and

18  James.

19      A.    Uh-huh (affirmative).

20      Q.    And so I'm just asking you if in 24 other

21  drivers are Brian and James, how do we know who other

22  drivers are in 6?  I need you to list them out.

23      A.    Oh, the drivers that I worked for -- that I

24  worked with at the time were Dustin, Lionel, and James.

25      Q.    Okay.  And --



1    A.    So my duties were the same as theirs.

2    Q.    Okay.  So just in your declaration you're

3  referring to other drivers in certain instances, that

4  phrase, to refer to different sets of people?

5    A.    Uh-huh (affirmative).

6    Q.    Is that correct?

7    A.    In 24?  Yeah, I would say those

8  responsibilities are carried out throughout the entire

9  drivers, all the drivers.

10    Q.    So I'm just asking is that not confusing to

11  you, to refer to other drivers to just mean sometimes

12  certain drivers and not others?  How would I know that

13  reading this declaration?

14    A.    I still don't understand the question, sir.

15  I want to answer it, answer it for you the best way.

16    Q.    We have -- if you look at paragraphs 1

17  through 5, do you define who other drivers are

18  anywhere?

19    A.    Well, the only other -- the only other

20  drivers that I can attest to are the drivers that I

21  worked with during that tenure, which is me, Lionel,

22  Dustin, and James.

23    Q.    Okay.  And you don't remember James' last

24  name?

25    A.    No, sir.



1    Q.    Okay.  What duties of theirs were -- you

2    wrote rote and routine.  What duties are you

3    identifying?

4    A.    The same as mine, answer the call in

5    Towbook, head en route to the customer, pick up the

6    customer's vehicle, strap the customer's vehicle --

7    well, load the vehicle onto the tow truck, and then

8    take it to its required destination.

9    Q.    Okay.

10   A.    As well as do the preinspection checklist,

11   make sure the vehicle is well maintained, make sure

12   that the equipment was well maintained.  That's pretty

13   much it.  That's pretty much the gist of it.

14   Q.    All right.  What input would you and the

15   other drivers seek from supervisors for duties that

16   weren't rote or routine?  What does that mean?

17   A.    Mainly maintenance, maintenance.  There were

18   multiple occasions where we would tell Eli that certain

19   things on the truck had to be taken care of.  That was

20   pretty much our whole -- our thing.  You know, we just

21   wanted to make sure that the equipment that we were

22   operating was safe and ready for us so that we don't

23   run into a scenario.

24   Q.    Okay.  Now, if you're including here in 6

25   other drivers to include Dustin, to whom is he



1    reporting for input from supervisors?

2         A.    I would assume the only other supervisor

3    would be Eli.

4         Q.    Okay.  But you're stating that you don't

5    know that for certain.

6         A.    I'm sorry.  Can you --

7         Q.    Do you know for certain whether Dustin

8    sought input from supervisors?

9         A.    Other than Eli, no.

10        Q.    Okay.  What was he asking -- you overheard

11   or saw him ask -- Dustin ask Eli for supervision and

12   input?

13        A.    What do you mean?

14        Q.    I'm asking you wrote that Dustin, because

15   he's included here as you're stating --

16        A.    Okay.

17        Q.    Performed rote -- the duties were rote and

18   routine.  But then you say, "We," which would include

19   Dustin, right, "sought input from supervisors."  And

20   you said that would have come from Eli, and I'm asking

21   you when did you see Dustin ask Eli for input?

22        A.    When did I see?

23        Q.    Uh-huh (affirmative).

24        A.    The only time I actually saw Dustin ask --

25   the only time I saw Dustin ask Eli for any input was



1    whenever we was at the office.

2        Q.    Okay.  And what was he asking about?

3        A.    I have no -- I don't even remember the

4    question.

5        Q.    You don't?

6        A.    I don't remember the question.

7        Q.    Okay.

8        A.    You know, it could have been for anything.

9    It literally could have been for anything.

10       Q.    Okay.  Was that -- any questions, you were

11   deeming that him seeking input?

12       A.    Input on what?

13       Q.    This is your sentence.  I don't know.

14       A.    I guess when I say input, I'm seeking

15   approval.

16       Q.    Okay.

17       A.    I'm basically seeking approval.  I want to

18   make sure that we are making the right decision.

19       Q.    But what approval was Dustin asking for from

20   Eli?

21       A.    I have no idea.  It could have been a number

22   of questions.

23       Q.    Okay.  But you don't have any personal

24   knowledge --

25       A.    I don't have anything in specifics.



1    Q.    Okay.  What about Lionel, what was he asking

2  input from any of his supervisors about?

3    A.    I can't speak for Lionel.  I mean, the

4  biggest things that I noticed that Lionel would ask Eli

5  is if he could take the day off for like a doctor's

6  appointment or something.

7    Q.    Okay.  What about James?

8    A.    James was a little bit easier.  From what I

9  can tell, he was just trying to make sure that it was

10  necessary to tow the vehicle that he was -- that Eli

11  was sending him to at night.  So he was saying, "Well,

12  hey, man, we need another truck here."  Maybe a truck

13  went into a ditch.  "We need another truck here to help

14  get the truck out of the ditch."  Maybe he's reaching

15  out to Eli to find out if there's another truck

16  available so that they can go ahead and get stuff -- I

17  mean, now as far as me writing down specific questions

18  and telling you what they discussed, I can't do that.

19    Q.    What about for yourself?  You stated it was

20  only for maintenance issues?

21    A.    That was really my biggest concern was just

22  maintenance issues because I just got tired of them

23  procrastinating whenever I would tell them that

24  something is wrong with the truck and that they had to

25  get it taken care of.  I remember a specific time where



1   I told them that something was wrong with the truck,

2   and while I was out on scene the bed of the truck broke

3   while I was lifting a car up onto it.

4       Q.    Okay.  Did you seek any other input from any

5   supervisors?

6       A.    Not -- the only supervisor that I would

7   conversate with was Dustin when he was deemed a

8   supervisor or Eli.  That was all.  I also remember a

9   time -- like I said, going back to maintenance issues.

10  I remember a time where I asked them to put air in my

11  tire for --

12      Q.    Before we speak to further maintenance

13  issues, any other topics that you were seeking input

14  on?

15      A.    No.  Maybe my vacation that I took during

16  September of 2021.  Whether or not -- for me

17  personally, whether or not I can accept or reject a

18  call, you know, based on either the time or it's just

19  unnecessary to tow this vehicle, something like that.

20  Those are the answers I can give you for myself.

21      Q.    What does rote and routine mean?

22      A.    To be honest with you, I have absolutely no

23  idea.

24      Q.    Okay.  So how do you distinguish a duty that

25  is just a duty that you were asked to perform that



1  wasn't rote and routine?  What duties were those?

2  Well, if you don't know rote and routine, how can you

3  decide?

4       A.    The only thing that I can -- the way I can

5  answer this question is that if it wasn't -- if it

6  wasn't normal, if it wasn't normal, then I would get

7  some input from Eli.

8       Q.    But that's an event.  What duties of yours

9  weren't rote and routine?

10      A.    Towing a motorcycle.

11      Q.    Okay.  So towing -- anything else?

12      A.    Towing a motorcycle, towing a mobile home.

13  I wasn't comfortable towing forklifts in the beginning,

14  stuff like that.  From what I could tell, I towed cars,

15  cars, pretty much anything with four wheels on it.  If

16  it was a car, truck, SUV, I can touch it.

17      Q.    Were the other drivers seeking input from

18  supervisors on the same issues?

19      A.    I would assume so if -- especially if they

20  didn't have the knowledge on how to carry it out.

21      Q.    But you don't know for certain whether they

22  did --

23      A.    But I don't know for certain.

24      Q.    Okay.  Do you know which duties they sought

25  input from specifically?



1      A.    Huh-uh (negative).

2      Q.    Okay.  And then it states in number 7, "In

3   carrying out our duties, other drivers and I followed

4   the processes put in place by defendants and others."

5   Can you identify which processes and which defendants

6   put those in place?

7      A.    The process is basically a yay or a nay.  So

8   just depending on the situation, if we asked -- if we

9   asked Eli should we do this, should we do that, should

10  we do this, should we do that, the process is basically

11  calling him.  That's the process.  Now --

12     Q.    And that's for all of your duties you would

13  just --

14     A.    Yeah.

15     Q.    -- simply call Eli.

16     A.    Exactly.

17     Q.    Okay.

18     A.    The process is just calling him.  That's the

19  process.

20     Q.    Who put those processes in place?

21     A.    I would say -- who put the processes in

22  place?

23     Q.    Do you know?

24     A.    I would say Eli.

25     Q.    Okay.  Do you know --



1       A.     Just double-check with him before you --

2   before you do anything.

3       Q.     Okay.  Did anyone else?  Did you have to, as

4   you put it, double-check with anybody else?

5       A.     I couldn't answer for anybody else.

6       Q.     What about yourself?

7       A.     That was my routine.

8       Q.     Okay.  But meaning you weren't -- you just

9   weren't reporting or, you know, dealing with anyone

10  else besides Eli on the subject.

11      A.     Exactly.

12      Q.     Okay.  Now, did that include, you know,

13  during the time that Dustin was the driver manager,

14  were you ever seeking any kind or following any

15  processes that Dustin put in place?

16      A.     Repeat the question.

17      Q.     Did Dustin put any processes in place that

18  you had to follow?

19      A.     If he did, it was on account of Eli.  Eli

20  told him to.

21      Q.     Do you recall any?

22      A.     No.

23      Q.     Okay.  So when you say here "processes put

24  in place by defendants and others," you're referring to

25  the need to seek input from Eli.



1      A.    Yes.

2      Q.    And that's it.

3      A.    Yes.

4      Q.    Is there anything else that this language --

5    that you wrote is intending to convey?

6      A.    No.

7      Q.    Okay.  Would thinking about this or

8    reflecting and seeing any documents change your mind?

9      A.    No.

10     Q.    What about with talking with anybody?

11     A.    No.

12     Q.    Okay.  Would anything refresh your memory

13   further than what you testified to?

14     A.    No.

15     Q.    Okay.  And why is that?

16     A.    Because everything that we did basically got

17   Eli's approval.

18     Q.    Okay.  Then in 10 it says, "Defendants also

19   employed other drivers."  Which employee employed the

20   drivers?  Which defendant rather?

21     A.    Defendants?  Eli, because he employed the

22   drivers.

23     Q.    Okay.  So was Eli writing checks to you, or

24   was 316?

25     A.    I would assume 316, not Eli, because the



1  simple thing about it is that we didn't get paid unless

2  Max signed the checks.

3       Q.   But you're saying that Eli employed the

4  drivers.  And --

5       A.   He did.

6       Q.   -- we reviewed the documentation earlier,

7  the independent contractor agreement, and that was

8  signed with 316.  Were you a driver for 316 or driver

9  for Eli?

10      A.   316.

11      Q.   Okay.  And you're just stating that you were

12 under the supervision of Eli, but I'm asking --

13 "Defendants also employed other drivers," you're still

14 sticking by Eli employed the drivers, or is that 316?

15      A.   Well, as far as I could tell, Eli is 316.

16 So --

17      Q.   What do you base that on?

18      A.   Everything that we did went through him.

19      Q.   Okay.

20      A.   Everything that we did literally went

21 through him.

22      Q.   Okay.  And then it says, "I'm personally

23 familiar with the conditions under which other drivers

24 worked."

25      A.   Uh-huh (affirmative).



1        Q.    Which drivers were those?

2        A.    The ones that I worked with.

3        Q.    Okay.  And that was --

4        A.    Lionel, James, and Dustin.

5        Q.    Okay.  And then it says, "I am aware of the

6    policies that defendants applied to all their drivers."

7        A.    Uh-huh (affirmative).

8        Q.    So if other drivers meant those four, were

9    there more than four drivers -- well, four including

10   you, right, meaning --

11       A.    Yeah.

12       Q.    -- Lionel, Dustin, James, yourself.  That's

13   four.

14       A.    Uh-huh (affirmative).

15       Q.    They had more than four drivers; correct?

16       A.    I can tell you this.  The only drivers that

17   I remember working with at the time of my tenure, it

18   was me, it was Dustin, it was James, it was -- me,

19   Dustin, Lionel, James -- and then that one guy, Brian,

20   who stayed for maybe a month.  Other than that, yeah, I

21   never really associated myself with any other drivers.

22   I remember you mentioned Kevin.  He didn't come in

23   until after I left.

24       Q.    Okay.  And --

25       A.    Reynaldo, I think he was there before I even



1  got there.

2       Q.    Okay.  And so are you making a distinction

3  in 10 between other drivers and all their drivers?

4       A.    Yeah.  I mean, that was pretty much all the

5  drivers.  I mean, it was just two drivers on day shift,

6  one driver on night shift.

7       Q.    Okay.  And what policies are you referring

8  to here?

9       A.    I would assume the policies that I'm

10  referring to are, first of all, the policies with the

11  pre-inspection check and just logging your -- logging

12  everything into Towbook and just making sure that we

13  deny or accept calls or if anything changes that we

14  would check with supervision first.

15       Q.    Okay.  Any other policies?

16       A.    Not that I'm aware of.

17       Q.    Okay.  And then who -- when it says, "that

18  defendants applied," and here the defendants are 316

19  and Max, who -- 316 and Max were applying to their

20  drivers?  Is that what that means?  Who --

21       A.    Well, I would say 316 Towing is Eli.  And,

22  you know, Max is -- yeah, he's like the main guy, so --

23  but I still don't understand the question.

24       Q.    The policies that you mentioned, do you

25  believe that Eli set those forth and made them



BRENT JOHNSON                                           September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                                     137

1    applicable to other drivers?

2         A.    I do.

3         Q.    Do you think that 316 did so?

4         A.    I do.

5         Q.    What about Max?

6         A.    I'm not 100 percent sure about Max.

7         Q.    Okay.  So you don't know whether or not Max

8    was involved in any of those policies.

9         A.    Possibly, but I'm not 100 percent sure.

10        Q.    Did you overhear them or --

11        A.    Never.

12        Q.    -- or see them talk about it?

13        A.    Never.

14        Q.    Did you see any documents related to --

15        A.    No.

16        Q.    -- those discussions?  So what would you

17   base your statement that you think he may or may not

18   have been involved?

19        A.    I would think that Max basically had the

20   last say-so.  That's what I would think.  As far as --

21        Q.    But that's a thought.  You don't --

22        A.    That's just a thought.

23        Q.    You didn't hear it from someone?

24        A.    No.

25        Q.    Dustin didn't tell you that?



1        A.     Yeah, I think Dustin did tell me that.

2        Q.     He told you that the policies you

3   identified --

4        A.     Uh-huh (affirmative), Max had the last

5   say-so, but you have to go through Eli and all this

6   stuff.

7        Q.     When did he tell you that?

8        A.     Back when I first joined, so I would

9   probably say maybe April.

10       Q.     Okay.  So in early on this paragraph you're

11   stating that you knew that Max applied these policies

12   to all of their drivers, and you learned that from

13   Dustin?

14       A.     Which paragraph are we referring to?

15       Q.     Number 10.  I'm just trying to understand.

16   "I am aware of the policies that defendants applied to

17   all their drivers."

18       A.     Uh-huh (affirmative).

19       Q.     And in breaking this down, you did

20   understand that 316 and you thought Eli were included

21   in defendants.

22       A.     Uh-huh (affirmative).

23       Q.     But then when I asked about Max, you said

24   you couldn't be sure.

25       A.     Uh-huh (affirmative).



1       Q.     As to whether or not he was involved.  And I
2   asked, "Well, what gave rise to your thought?"
3       A.     Oh, okay.  Okay.  Well, sometimes Eli would
4   tell us that, you know, Max wants it done this way,
5   this way, this way, this way, this way.
6       Q.     But for those policies you identified, do
7   you know that Max was involved in any of those?
8       A.     I'm not 100 percent sure, no.
9       Q.     Okay.  What confidence interval would you
10   give it?
11       A.     Zero.
12       Q.     Okay.  Were you aware whether or not all of
13   the other defendants -- or other drivers, and that
14   would be the four, including you.  Do you know whether
15   or not they signed similar application documentation?
16       A.     I would assume everybody signed the same
17   paperwork.
18       Q.     Okay.  But do you know for all of the
19   drivers versus just those four?
20       A.     All the drivers, yes, sir.
21       Q.     How do you know for all of the drivers?
22       A.     I don't know for sure.  I didn't ask for
23   copies of their -- of their applications.
24       Q.     Did you ask for it from anybody?
25       A.     No.



1    Q.   So how do you know that they were asked to

2   sign the same paperwork?

3    A.   I guess I don't for sure.

4    Q.   Okay.  What about how do you know they

5   classified other drivers as independent contractors?

6    A.   I don't.

7    Q.   Okay.  Do you know why you may have declared

8   that in this document?

9    A.   We're still talking about paragraph 10?

10   Q.   Well, 11.  It states, "classified other

11  drivers as independent contractors."  How do you know

12  that?

13   A.   Word of mouth.  They told me.

14   Q.   Who is they?

15   A.   I would assume -- well, James and Dustin for

16  sure.

17   Q.   Okay.  Anyone else?

18   A.   No.

19   Q.   Okay.  Paragraph 13, it states, "Other

20  drivers had similar -- same or similar duties as I

21  did."  Who are you referring to as other drivers there?

22   A.   Everyone that I worked with.  So --

23   Q.   It was those four.

24   A.   It was just those four.

25   Q.   You, Dustin --



BRENT JOHNSON                                    September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                             141

1        A.    And Lionel.

2        Q.    -- James and Lionel.

3        A.    Uh-huh (affirmative).

4        Q.    Anyone else?

5        A.    Not that I know of.

6        Q.    Okay.  And you say, "I know this because I

7   worked alongside other drivers and observed them

8   receiving and responding to calls to tow vehicles

9   because we talked about the duties we performed."

10       A.    Uh-huh (affirmative).

11       Q.    Okay.  Did at one point in time -- I believe

12  your testimony was that Dustin was a driver manager?

13       A.    Yes.

14       Q.    So he would have had duties that were in

15  addition to yours.

16       A.    Yes.

17       Q.    Okay.  And so is it 100 percent accurate to

18  say that you had the same or similar duties with

19  Dustin?

20       A.    Yeah.

21       Q.    Okay.  Did he have duties -- you both were

22  drivers.

23       A.    Uh-huh (affirmative).

24       Q.    He also had driver manager duties.

25       A.    Uh-huh (affirmative).



1    Q.    Did you have driver manager duties?

2    A.    No.

3    Q.    Okay.  What other duties did you all share?

4    A.    Other than a driver, I have no idea.

5    Q.    Okay.  What other duties other than a driver

6  manager did Dustin have?

7    A.    I have no idea.

8    Q.    Okay.  And you talked to Lionel about his

9  duties?

10    A.    No.

11    Q.    Okay.  What about talking to Dustin about

12  his duties?

13    A.    No.

14    Q.    What about talking to James?

15    A.    No.

16    Q.    Okay.  Do you know why in 13 you testified

17  that you did talk to them?  Was that just a mistake in

18  13?

19    A.    "Other drivers had the same or similar

20  duties as I did.  I know this because I worked

21  alongside of the drivers and observed them receiving

22  and responding to calls to tow vehicles and because we

23  talked about the duties we performed."  What I can say

24  in regards to Lionel and James was that they shared the

25  same duties that I shared, no more, no less.

1              Dustin perhaps had more responsibilities.

2    Okay?  So -- because he was the one that was more

3    interactive with the drivers that did not have his

4    responsibilities.  Now, specifically what

5    responsibilities he had, I can't answer that.

6              But I can tell you that me, Lionel, and

7    James pretty much had the same responsibilities across

8    the board.  Okay?  So we would either speak with

9    Dustin, or we would speak with Eli.  We would speak

10   with Dustin back when he had the manager -- the manager

11   responsibilities.  But after that went south,

12   everything went to Eli.  So everything went to Eli,

13   whether we were accepting, rejecting calls, whether or

14   not we had to take time off, whether or not we needed

15   maintenance on a truck, whether or not we needed

16   approval for overage for calls, whether we needed him

17   to take a payment.  All --

18        Q.    But did you talk to them?  I believe you

19   mentioned you didn't talk to them.

20        A.    I mean, if I said I talked to them, it's

21   just based -- it was just based on a conversation,

22   regular conversation.  We didn't go into specifics

23   about --

24        Q.    But I'm just asking --

25        A.    -- who did what duties --



```
 1        Q.    -- which one?

 2        A.    -- and who did not.

 3        Q.    So you testified earlier you didn't talk to

 4   anybody, but you believe you did talk to the three of

 5   them about their duties?

 6        A.    It really just depends on how you're

 7   phrasing the question on --

 8        Q.    I'm just asking you said -- I'm asking for

 9   the details of your talks.  It sounds like you didn't

10   have those talks.  Which one is it?

11        A.    As far as responsibilities?

12        Q.    Uh-huh (affirmative), duties.

13        A.    I mean, yeah, we all talked about work.

14        Q.    Okay.  But specifically duties.

15        A.    I mean, my duties was the same as theirs.

16        Q.    Did you talk about it?

17        A.    Yeah.

18        Q.    When?

19        A.    I mean, we talked about work all the time.

20        Q.    Okay.  But I'm just -- it states that you

21   talked about the duties that you were performing, and

22   when I asked you whether or not you talked to Dustin

23   you said no.  Whether or not --

24        A.    I mean, I'm still not understanding the

25   question.  Like --
```



1      Q.    I'm just asking you said you worked

2  alongside other drivers.

3      A.    Yes.

4      Q.    We identified those four.

5      A.    Yes.

6      Q.    And you said that you knew you shared the

7  duties because you talked about it.

8      A.    Yeah.  I mean, we all did the same job.

9      Q.    Okay.  So --

10     A.    I'm still not understanding what you're --

11  what you want my answer to be.

12     Q.    I'm just asking that that's the source of

13  knowing what duties the other four drivers -- or the

14  four drivers total had.

15     A.    Yeah.

16     Q.    Okay.  But then here it leaves out the

17  portion about how Dustin had additional driver manager

18  duties.

19     A.    Okay.

20     Q.    Correct?

21     A.    Okay.

22     Q.    Is that right?

23     A.    Yeah.

24     Q.    Okay.  So that would be a clarification of

25  13 that's needed.



BRENT JOHNSON                                              September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                                        146

1        A.      Okay.

2        Q.      Is that correct?

3        A.      Yes.

4        Q.      Okay.  So moving on to 14, it says, "I was

5    directly hired by defendants."  What does that -- what

6    does directly hired mean?

7        A.      I would say that 316 Towing approved my

8    application, and I was hired by 316.

9        Q.      Okay.  And then it says, "Defendants

10   controlled mine and the other drivers' work schedules,

11   duties, protocols, applications, assignments, and

12   employment conditions" --

13       A.      Uh-huh (affirmative).

14       Q.      -- "and kept at least some records regarding

15   our employment."

16       A.      Uh-huh (affirmative).

17       Q.      Which defendants controlled those items?

18       A.      316.

19       Q.      Okay.  Anyone else?

20       A.      I guess Eli.

21       Q.      Okay.  Anyone else besides Eli?

22       A.      No.

23       Q.      What do you base that on?

24       A.      What do you mean?

25       Q.      I'm just asking how do you know it was Eli?



1      A.    Because everything went through Eli.

2      Q.    Okay.  And how do you know it was no one

3  else?

4      A.    I have -- I wouldn't know.

5      Q.    Okay.  On paragraph 23 it says, "Throughout

6  my employment, defendants determined the hours that I

7  and the other drivers worked and maintained our work

8  schedule."

9      A.    Uh-huh (affirmative).

10     Q.    Here which defendants are you referring to?

11     A.    316.

12     Q.    Okay.  And did at any time Max determine

13 your hours?

14     A.    No.

15     Q.    Okay.  And did Max maintain any of the

16 drivers' schedules?

17     A.    No.

18     Q.    Okay.  Do you know why you may have referred

19 to defendants, which includes 316 and Max?  Is that

20 just an error in 23?

21     A.    I don't understand the question.

22     Q.    I'm just asking here you testified

23 "defendants determined the hours that I and the other

24 drivers worked and maintained our work schedule."

25     A.    Uh-huh (affirmative).



1        Q.    And we understand that you defined in this

2   document defendants to include both 316 and Max.

3        A.    Okay.

4        Q.    And I'm asking you based on my questions you

5   just said Max did not determine the hours and did not

6   maintain the schedules.

7        A.    To be honest, I have no recollection of any

8   conversations between Eli and Max.

9        Q.    Okay.  But here would you just say given

10  that you testified -- and this is just a document that

11  you swore to, and I'm trying to understand.  Do you

12  think including Max here was an error?  It should just

13  read, "316 determined the hours and maintained our work

14  schedule"?

15       A.    I would say yes.

16       Q.    Okay.  And why is that?

17       A.    Because I don't have any proof if Max

18  actually did anything with our hours.  I don't have any

19  proof of that.  As far as I can tell, all of our hours

20  were calculated and given to us by Eli.

21       Q.    Okay.  Going on to 25, it states, "I and

22  other drivers were required to arrive at work at the

23  time determined by defendant and remain until the end

24  of our scheduled shifts."  Do you know which defendant

25  you're referring to?



1          A.    316.

2          Q.    Okay.  And there when it says, "arrive at

3   work," what does that mean?

4          A.    Arrive at work, basically just -- okay.  For

5   me personally, I was allowed to drive the truck home.

6   So arriving at work would be -- is to make sure that

7   Towbook is logged on at 8 o'clock.

8          Q.    Okay.  Was there anything else required

9   other than logging into Towbook?

10         A.    No.

11         Q.    Did you have to report to any location?

12         A.    No.

13         Q.    Okay.  Anything else that comes to mind to

14   you for purposes of arriving at work?

15         A.    Arriving at work would also mean arriving on

16   time for the customer.

17         Q.    Okay.  But at least in terms of starting the

18   shift, as you've explained it, arriving at work means

19   signing into Towbook.

20         A.    Exactly.  As long as we signed into Towbook

21   at a specific time, we were fine.  There was no

22   questions asked.

23         Q.    Okay.  And were you required -- as you

24   testified, you weren't required to go to any particular

25   location.



1    A.    Correct.

2    Q.    Okay.  You weren't going to 316's office.

3    A.    No.

4    Q.    Okay.  26 it states, "Defendants set the

5    policies and rules regarding mine and other drivers'

6    employment, and defendants required me and the other

7    drivers to follow these policies and rules."  Do you

8    know which defendants you're referring to here?

9    A.    "Set policies and rules regarding mine and

10   other drivers' employment" -- Yeah.  Now, in that case

11   I will say 316 and Max.

12   Q.    Okay.  How do you know -- you testified

13   earlier you're not sure Max's involvement.  How do you

14   know Max set policies and rules?

15   A.    Well, sometimes Max would come into like a

16   meeting or something like that, and he would tell us

17   that these policies and these rules are going

18   through 316.  But he always made it very clear that all

19   of that is Eli.

20   Q.    Okay.  And did he require you to follow the

21   policies and rules, or did he rely on Eli for that?

22   A.    I think he relied on Eli to rely on us to

23   follow the policies and rules.

24   Q.    And how do you know he was relying on Eli?

25   A.    Because Eli was like his number one man.



1    Everything went through Eli.

2         Q.   But did you ever see any conversations

3    between them or overhear it?

4         A.   No.

5         Q.   So that would just be an assumption?

6         A.   I guess.

7         Q.   Okay.  In 32, "Other drivers and I never

8    agreed that our salary would be sufficient to cover all

9    hours worked."  What does that mean?

10        A.   If I had to answer that question, I would

11   say that we never discussed our salary.  They told us

12   what they would pay us, and we agreed to it.

13        Q.   Okay.  Did you ever raise objections that

14   your salary was not sufficient?

15        A.   No.

16        Q.   Okay.  Would you have had an opportunity to

17   at the time if you believed so?

18        A.   Yes.

19        Q.   But you didn't.

20        A.   But I didn't.

21        Q.   Okay.  Why do you believe that's changed now

22   during this lawsuit?

23        A.   I have no reason to believe that it's

24   changed now during this lawsuit.

25             MR. HANDSCHUH:  Okay.  All right.  No



1  further questions.  Thoughts on waiving signature?

2       MR. SHORT:  We can waive the read and sign.

3       MR. HANDSCHUH:  All right.  Thank you, sir.

4       THE WITNESS:  You're welcome, sir.

5       (Deposition concluded at 1:37 p.m.)

6                    -  -  -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
1                  C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    PAULDING COUNTY:

5

6            I hereby certify that the foregoing

7        transcript was taken down, as stated in the

8        caption, and the questions and answers thereto

9        were reduced to the written page under my

10       direction and that the foregoing pages 1

11       through 152 represent a true and correct

12       transcript of the evidence given.

13           I further certify that I am not of kin

14       or counsel to the parties in the case, am not

15       in the regular employ of counsel for any of

16       said parties, nor am I anywise interested in

17       the result of said case.  The witness did not

18       reserve the right to read and sign the

19       transcript.

20           This, the 17th day of October 2023.

21

22

23

24       _____

25       CYNTHIA B. GATEWOOD, CCR-B-1400
```



1                            DISCLOSURE

2    STATE OF GEORGIA:
     COUNTY OF PAULDING:
3
                    Deposition of BRENT JOHNSON
4
            Pursuant to Article 10.B of the Rules and
5    Regulations of the Board of Court Reporting of the
     Judicial Council of Georgia, I make the following
6    disclosure:

7            I am a Georgia Certified Court Reporter.  I am
     here as a representative of Regency-Brentano, Inc.
8

9            I am not disqualified for a relationship of
     interest under the provisions of O.C.G.A. §9-11-28(c).
10

11           Regency-Brentano, Inc., was contacted by Esquire
     Deposition Solutions to provide court reporting
12   services for this deposition.

13
             Regency-Brentano, Inc., will not be taking this
14   deposition under any contract that is prohibited by
     O.C.G.A. §15-14-37 (a) and (b).
15

16           Regency-Brentano, Inc., has no exclusive
     contract to provide reporting services with any party
17   to the case, any counsel in the case, or any reporter
     or reporting agency from whom a referral might have
18   been made to cover this deposition.

19
             Regency-Brentano, Inc., will charge its usual
20   and customary rates to all parties in the case, and a
     financial discount will not be given to any party to
21   this litigation.

22

23                        _Cynthia Gatewood_

24
                          CYNTHIA B. GATEWOOD, CCR-B-1400
25                        Date:  September 29, 2023



**Exhibits**

**10070247 Br**
**ent.**
**Johnson.**
**EXHIBIT1**
  6:1

**10070247 Br**
**ent.**
**Johnson.**
**EXHIBIT2**
  14:17
  16:7,11
  18:11
  23:5
  32:3,10
  36:7
  41:1,5
  42:19,21
  93:22
  95:14

**10070247 Br**
**ent.**
**Johnson.**
**EXHIBIT4**
  26:19
  31:7
  82:18
  98:24

**10070247 Br**
**ent.**
**Johnson.**
**EXHIBIT5**
  24:2,6
  27:19,20
  32:3,7,8

**10070247 Br**
**ent.**
**Johnson.**
**EXHIBIT6**
  66:14
  109:25
  110:1

**10070247 Br**
**ent.**
**Johnson.**
**EXHIBIT7**
  70:7

**10070247 Br**
**ent.**
**Johnson.**
**EXHIBIT8**
  85:20
  86:6
  122:22

**10070247 Br**
**ent.**
**Johnson.**
**EXHIBIT9**
  105:3

**10070247 Br**
**ent.**
**Johnson.**
**EXHIBIT10**
  38:21,22,
  24 39:11,
  15 44:23
  47:3
  110:18
  113:1
  116:2

**10070247 Br**
**ent.**
**Johnson.**
**EXHIBIT11**
  122:3

**———————**

**$**

**$1,000**
  117:23

**$190**
  117:14

**$50**
  38:8
  48:20,23

  113:7

**$900**
  47:15

**$950**
  49:3,5

**———————**

**0**

**———————**

**08**
  20:5

**———————**

**1**

**———————**

**1**
  6:1 21:17
  124:16

**1,000**
  117:2

**10**
  38:21,22,
  24 39:11,
  15 44:23
  47:3
  100:8
  110:18
  113:1
  116:2
  133:18
  136:3
  138:15
  140:9

**10,000**
  22:20
  23:12
  91:8,10,
  17,25
  94:18
  95:18

**100**
  26:13
  28:12
  29:20

  33:16
  34:2
  37:18
  56:11
  74:3
  104:6,11
  109:1,18
  137:6,9
  139:8
  141:17

**1023**
  66:19

**1099**
  22:11

**10K**
  22:20

**11**
  16:14
  17:9
  122:3
  140:10

**12**
  17:21,22
  18:3,9,
  13,22
  19:9,22
  23:14
  36:12,23
  58:7
  106:15
  108:12

**12th**
  36:2

**13**
  17:21,23
  18:3,10
  19:15
  21:11
  36:14,21
  95:13
  140:19
  142:16,18
  145:25

**14**
  146:4

**16**
  27:14
  28:6

**18**
  47:14

**19**
  66:21
  67:25
  99:2

**19,000**
  92:5

**190**
  116:5
  117:5,16
  118:13

**1987**
  8:7

**19th**
  67:16
  68:5

**———————**

**2**

**———————**

**2**
  14:17
  16:7,11
  18:11
  23:5
  32:3,10
  34:24
  35:23
  36:7
  41:1,5
  42:19,21
  93:22
  95:14

**20**
  108:6,17
  110:24



**2008**
  12:24
  20:14

**2017**
  11:1

**2018**
  11:2,6

**2020**
  11:7,8,9
  119:10,20

**2021**
  11:14
  14:23
  18:22
  19:22
  20:9
  23:14
  25:8
  36:12
  47:13,14,
  24 48:13
  49:3 57:2
  66:21
  67:1,5
  84:2
  92:21
  96:23
  121:17
  122:6,8,
  19 129:16

**2022**
  10:10,16
  120:5

**21**
  27:12
  28:18,24
  96:23

**22**
  10:4

**22-cv-103-
rws**
  4:11

**23**
  24:25
  147:5,20

**2300**
  8:3

**24**
  25:8
  82:19,23
  83:7
  86:17
  90:12
  123:14,20
  124:7

**24th**
  37:1

**25**
  27:13
  31:9
  82:19
  113:2
  148:21

**2557**
  7:21

**25th**
  8:7

**26**
  150:4

**29**
  82:25
  83:8,17,
  19 85:14

**2:14**
  71:15

**2:15**
  71:21

——————

**3**

——————

**30**
  67:1

**30019**
  7:22

**30044**
  8:4

**316**
  4:8 10:17
  11:11
  14:9,23
  15:2,6,
  12,13
  16:2
  17:12,18
  18:16
  19:17
  21:13
  22:3,13
  23:9
  24:10
  25:11
  28:10,20
  31:21
  32:5,8,
  17,21
  33:9,18,
  23 34:6,
  13,21
  35:15
  37:17
  38:7
  39:12,19,
  20 45:16
  46:14
  47:10,23
  52:11,16
  53:23
  63:12
  65:25
  68:25
  74:1
  75:24
  78:6
  80:14
  87:21
  88:13
  90:2,5
  96:7,21

**98:3,9,15**
  109:17
  111:3,17
  112:6,9
  115:25
  119:22
  120:1,7,
  19,24
  121:4,8,
  20
  133:24,25
  134:8,10,
  14,15
  136:18,
  19,21
  137:3
  138:20
  146:7,8,
  18
  147:11,19
  148:2,13
  149:1
  150:11,18

**316's**
  88:25
  150:2

**32**
  151:7

**3560**
  71:5,6

——————

**4**

——————

**4**
  20:12
  26:19
  31:7
  82:18,21
  98:24

**40**
  102:21,22
  103:6,8,
  16,21
  104:9,14,

**21** 106:7,
  **12** 108:1,
  6

**42**
  36:8,17

——————

**5**

——————

**5**
  20:6
  24:2,6
  27:20
  31:13,17
  32:3,7,8
  34:24
  35:24
  86:9,10
  95:17
  124:17

**50**
  113:13
  117:2,7,
  22

**53**
  23:6
  93:25
  94:8

**55**
  41:2,5
  42:19

**5500**
  90:25
  91:23
  92:5

——————

**6**

——————

**6**
  31:8,9,10
  66:14
  99:2,5,7,
  10,14
  109:25

110:1
122:24
123:22
125:24

**60**
103:2
106:2
108:2,4,
15 110:8

**60-hour**
103:4

**64**
47:3,5,8

**6th**
71:7

---
**7**
---

**7**
31:14
70:7
99:2,5,10
101:20
131:2

**76**
45:17

**77**
48:10

**79**
48:10

**7:30**
58:15
72:4

**7:45**
72:4 73:8

---
**8**
---

**8**
73:8
85:20

86:6
122:22
149:7

**80**
48:10
113:2

**800**
38:2,3

**810**
117:5

**84**
116:16,21

**85**
116:2,16

**850**
38:3,5
39:2
46:24

**8:00**
57:19
58:10,16
71:22
98:10
102:24,25
114:9,14
115:19

**8:50**
47:13

**8th**
48:12

---
**9**
---

**9**
16:13,14
17:9
105:3

**90**
59:4 60:9

**900**
47:24

48:16
114:1

**950**
48:17
114:1,4
116:10
117:2,10,
23

---
**A**
---

**A-L-E-X-A-
N-D-E-R**
4:14

**a.m.**
57:19
58:10
71:22
98:10
102:24

**ability**
6:13

**absolutely**
35:7 92:7
103:22
113:8
116:1
129:22

**accept**
51:19
72:9,11,
12 74:21,
23,25
78:6,9,24
80:14
81:15
129:17
136:13

**acceptable**
4:18

**acceptance**
62:15

**accepted**
51:25
63:3
72:16
80:16

**accepting**
69:25
72:7
78:12
79:2,3
143:13

**accident**
20:22
21:6,24

**accidental**
116:21
117:1,22

**accidents**
11:19
12:4,7

**accomplishi
ng**
43:12

**account**
45:20
121:6,9,
22 132:19

**accounts**
120:20

**accumulate**
65:15
104:9

**accumulated**
13:7

**accumulatio
n**
13:12

**accurate**
39:15
103:23
141:17

**accurately**
69:6

**acknowledge
d**
94:4
95:10

**acknowledge
s**
23:8

**acknowledgi
ng**
94:22

**acknowledgm
ent**
94:22

**acquired**
121:3

**action**
4:10
30:19
42:13
106:7,17
107:25

**active**
9:7 121:9

**activity**
121:11

**add**
104:8

**added**
68:22
69:6
104:3
118:12

**addition**
33:25
34:11
50:18
85:19
141:15

**additional**



19:16
101:15
111:8
113:11,25
145:17

address
  7:20 8:1,
  2 102:6,7

admirable
  15:11

Admission
  28:24
  82:25
  83:8
  85:14
  99:2,7,14
  101:20

admit
  28:25

adopt
  59:2

advance
  116:1,5,
  10 117:5,
  13 118:13

advances
  22:6
  112:24
  115:24

advice
  30:12

affecting
  118:22,24

affirm
  23:1

affirmative
  6:3 12:8
  15:25
  20:8
  21:21
  27:21
  28:8

30:4,25
31:6,22,
25 32:23
33:20
34:14,18
36:9,15,
22,24
37:2,4
39:3 41:6
42:25
43:3
46:25
47:11
48:14,21,
24 52:13
54:25
55:15
57:3
59:10,18
60:16,23
62:20,23
66:1,20
68:15,18
69:23
70:8,22
71:2,6,12
76:22
85:8
88:15
90:1
95:15,23
96:16
99:15,19
103:1,3,
10 104:2
108:11,
13,16,19
110:19,22
113:5,20
116:12,
17,25
122:23
123:19
124:5
126:23
134:25
135:7,14

138:4,18,
22,25
141:3,10,
23,25
144:12
146:13,16
147:9,25

affirmative
ly
  5:1
  119:18

agent
  9:13

Agero
  76:23

agree
  7:15 19:8
  69:2

agreeable
  5:20

agreed
  38:1
  40:25
  57:18
  151:8,12

agreement
  24:9
  25:19
  28:7,10
  37:17
  134:7

ahead
  42:18
  128:16

air
  129:10

Alexander
  4:13

all-out
  88:5,6

allegation

90:12

allege
  90:5

allowed
  18:25
  43:5
  63:16
  75:19
  149:5

Allstate
  76:24

alongside
  141:7
  142:21
  145:2

Alpharetta
  10:21

Amendment
  122:12,15

amount
  37:25
  38:4,10
  39:1 46:1
  48:2 49:9
  68:10,24
  104:4,5
  106:16
  107:6,24
  108:10
  110:7
  116:9
  117:2,8,
  23 118:21

amounts
  112:23

and/or
  21:24

answers
  6:21 20:2
  129:20

anymore
  13:9

43:13

apartment
  8:4

Apologies
  119:2

app
  40:2 46:6
  59:24
  60:6

appeared
  43:25

appears
  47:14
  48:22

applicable
  137:1

application
  14:24
  16:5,24,
  25 17:12
  19:17
  20:11
  23:17,22
  24:10
  28:20
  31:21
  36:11
  37:16,20
  41:1
  59:25
  60:8
  62:10
  94:12
  139:15
  146:8

application
s
  139:23
  146:11

applied
  45:3
  135:6
  136:18



138:11,16

apply
15:2 23:1
95:8

applying
17:18
18:15
21:13
136:19

appointment
128:6

approval
127:15,
17,19
133:17
143:16

approved
48:1
146:7

approving
30:6

April
11:14
14:23
18:22
19:9,22
23:14
36:3,12,
23 47:13
48:19
66:21
67:4,16,
25 68:5
96:23
138:9

area
60:4
64:18
101:5

arguing
85:1

arguments

88:5,6

arise
84:15

arrested
8:14

arrive
148:22
149:2,4

arriving
149:6,14,
15,18

asks
22:19,25

assigned
70:13

assignment
86:21
87:1
88:11,17
89:20

assignments
146:11

assist
58:18
98:11

assistance
51:15

associates
15:6
102:3

assume
126:2
130:19
133:25
136:9
139:16
140:15

assumed
5:14
29:21,24
69:13

assumption
30:6
151:5

attempt
77:17
95:7

attend
8:21

attention
17:20
18:13
19:15
21:11
23:4
24:24
26:22
27:4,12
28:17
36:6,8
44:22
47:2 48:9
66:16
82:17
86:16
98:23
101:19
122:21

attest
124:20

attorney
4:7,17
7:8
106:5,19
107:9
109:9,12,
16

audio
5:5

August
119:10,20

authorizati
on
43:8

authorized
21:19
41:13

automatical
ly
76:25

aware
6:12
23:10
28:13
45:1 62:7
69:10
74:1
94:17
105:9,13,
16,19
135:5
136:16
138:16
139:12

_____

       B
_____

B-R-E-N-T
4:13

back
6:23
10:2,8
12:24
15:16
16:18
20:5,14
21:11
26:3
28:18
31:7,8,15
35:11
36:6,13,
21 44:22
45:8
47:18
56:22,24
61:12
66:24

77:16
79:9
82:17
84:12
95:13
98:23
114:1,23
117:8
119:2,5
120:13
122:21
129:9
138:8
143:10

backwards
36:17

bad
40:12

bank
120:20
121:6,21

bargain
97:3

base
134:17
137:17
146:23

based
21:16
27:16
43:24
55:17,18
70:20
76:15,22
99:13
108:12
118:2,3,4
129:18
143:21
148:4

basically
30:15
40:1
46:5,8



51:21
60:2 81:2
84:4,6
97:21
104:7
121:7
127:17
131:7,10
133:16
137:19
149:4

**basing**
30:5

**basis**
39:12
54:12
68:24
69:7

**Bates**
23:5 47:8
48:10
66:19
93:25

**battery**
50:16

**bed**
129:2

**began**
10:13
14:23

**begin**
120:3

**beginning**
15:13,23
36:14
40:3
54:19
56:3,5,12
62:19
130:13

**begins**
66:21

**behalf**
75:23
105:10,20

**believed**
29:16
55:7
103:5
151:17

**benefits**
49:16

**big**
35:3 91:9

**bigger**
92:3

**biggest**
128:4,21

**birth**
8:6

**bit**
15:1
26:12
73:14
83:25
97:17
119:12
128:8

**block**
57:24

**board**
143:8

**bonuses**
49:20

**bottom**
16:8
19:20
24:19,25
25:6
45:11,15
47:3,9
86:11
105:22

**boxes**
46:10

**branch**
32:21
33:1,23
34:6

**break**
6:25 7:3
87:3
119:13

**breaking**
138:19

**Brent**
4:13 25:2
89:16

**Brian**
87:5,6
90:4
123:6,17,
21 135:19

**Brian's**
87:16

**briefly**
56:19,21
87:7

**Brindley**
90:17

**broke**
129:2

**brother**
21:7
96:25
97:3,13,
19,21
98:3

**brought**
94:20

**Brown**
13:15,16,
20 14:8,
11,12

90:19

**Buford**
102:4

**business**
31:24
121:6

**button**
62:15,16

———————

C

**calculated**
148:20

**call**
51:21,25
52:1
54:13
58:5,7,14
60:3,22
61:6,9,10
62:1 63:4
64:2 66:5
71:4,21
72:3,6,7,
9,11,13,
14,22,25
74:19
76:16
77:3,4,
16,17
78:14,15,
21 79:19,
22 80:10,
14 89:11,
12,23
96:14
98:10
100:1,12
102:21
114:10
117:3
125:4
129:18
131:15

**called**
34:15
35:10
40:1
58:25
61:2,7,11
77:12
91:9

**calling**
50:12
61:8 79:8
80:2,6,7
89:3,13
131:11,18

**calls**
50:8,10
58:15
60:1
61:14,19
65:10,14
72:16
76:16,19
78:14,15,
16,17
84:6 87:9
88:1
101:12,22
102:5
107:16
136:13
141:8
142:22
143:13,16

**cancel**
71:23

**canceled**
69:18,21,
25 70:1,
9,17,25
72:12

**canceling**
72:6,7
73:17



cancellatio
n
    72:18,20
    73:3,15,
    16,19,23
cancellatio
ns
    70:18
car
    50:5
    75:13
    84:24,25
    129:3
    130:16
card
    9:17
    23:11
    78:10,12
    79:7,9
    80:9
    94:17
care
    40:9
    54:16
    85:1
    100:3,13,
    14 125:19
    128:25
Carolina
    75:24
    76:7
carried
    124:8
carry
    91:10
    130:20
carrying
    131:3
cars
    61:10
    115:8,19
    130:14,15

case
    111:19,24
    150:10
cash
    61:10,14
    62:1 63:3
    65:10,14
    66:5
    76:10,14,
    15,16,19
    77:3
    78:10,11
    99:17
casualty
    9:11
CDL
    9:18
cell
    83:1
certainty
    100:22
certificati
ons
    9:6
chance
    16:15
    19:25
    24:5,6
    38:24
    39:14
    47:4
change
    19:24
    20:1
    110:8
    117:24
    118:8,10
    133:8
changed
    57:12
    118:10,
    12,16
    151:21,24

charge
    28:19
charging
    50:16
check
    42:12
    43:14
    45:13
    46:10
    53:4
    104:13
    136:11,14
checkbook
    33:11
    40:4
checked
    83:1
checking
    40:18,23
checklist
    46:5
    49:25
    84:8,13
    125:10
checks
    33:3,6,8,
    9,19,24
    40:2
    41:25
    78:10,11
    117:11
    121:5,8
    133:23
    134:2
children
    8:12
chime
    60:3
choose
    93:9
Cindy
    5:4 26:2,

12
circled
    22:1,8,
    17,23
    23:2
    95:22
citations
    20:5
Civil
    4:10
claiming
    106:2
clarificati
on
    145:24
clarify
    6:23
classified
    140:5,10
clear
    56:3
    150:18
close
    15:14
    64:19
closed
    90:21
clothes
    93:7
clue
    65:23
    115:4,6
collecting
    79:20
college
    8:23
column
    71:5
Comdata
    22:7

comfortable
    50:24
    51:9
    72:14
    130:13
commercial
    25:15,21
communicate
d
    41:22
communicati
ng
    54:11
    88:19
communicati
ons
    109:12
companies
    10:18
    96:7
company
    13:8,9
    15:14
    33:1,3,5
    58:16
    99:18
compensated
    69:15
    107:7
compensatio
n
    49:13
complain
    69:14
complaints
    44:20
    112:8
complete
    22:6
completed
    62:16



67:23
115:23

completing
59:9
62:22

complex
8:5

compliance
23:7,10
94:6,13,
15,19

computer
107:21

concept
64:6

concern
128:21

concerns
15:17

condition
25:19
43:4

conditions
134:23
146:12

confidence
139:9

confirm
44:23

confusing
124:10

connecting
16:2

consecutive
16:9

constantly
84:14

consult
38:11

consulted
29:5,11
38:14

contact
78:20
87:14

contend
106:7

content
46:19

contents
46:16

continue
23:5
34:11
41:24
44:4

continued
48:2

contract
25:11,14,
24 28:2

contractor
21:14,17,
23 22:11,
23 23:2
24:8,16
28:2,7,9
37:16
39:19
95:22
134:7

contractors
22:4
140:5,11

contracts
22:4

contrary
74:24
110:6

contribute

97:23

contributed
32:16

control
46:16

controlled
146:10,17

conversate
14:2
129:7

conversatio
n
88:23
143:21,22

conversatio
ns
88:4
148:8
151:2

convey
133:5

cool
15:14,15

coolant
40:23

coordinates
62:7

Coordinatin
g
79:6

copies
35:19
39:16
122:18
139:23

copy
23:8 94:5
95:5

correct
7:7

11:12,15
13:8,14
18:7
27:24
28:21,22
32:20
34:13
42:24
43:6,7
44:25
45:21
48:13
57:7,9,10
59:11
67:5,23
70:17,21
71:11
79:18,21
83:2
94:13
99:18
104:10
105:17
110:21
112:19
118:1
119:23
120:2
123:16
124:6
135:15
145:20
146:2
150:1

correcting
79:16

correctly
20:5

couch
75:13

counsel
105:10
106:1

count

73:2
96:24

counter
68:9

counts
9:17

couple
11:18
92:22
101:1
121:8

court
4:22 7:6
26:3

cover
151:8

covers
67:4

COVID
11:9,10

create
46:4

CROSS-
EXAMINATION
4:4

Cumming
101:4

current
7:20

curve
11:20,23

customer
58:18
59:2,8,9,
16,21
61:10
62:12
70:21
73:16,19
77:3
79:7,9



80:3,7,9,
13 83:14
125:5
149:16

customer's
125:6

customers
50:10,20
60:5 78:7
79:5,22
121:13

————————
      D
————————

D-1
5:22

D-10
38:17

D-11
121:24

D-2
14:14

D-4
26:15

D-5
23:24

D-6
66:10

D-7
70:3

D-8
85:16

D-9
104:23

Dacula
7:21

daily
22:5
23:6,9
55:19

94:5,12,
14,19

damages
105:21
106:16

Dang
92:2

date
8:6 36:19
66:22
69:6
103:14,17
118:8,11

dated
18:22
19:22
23:14
36:16,23
48:12

day
19:3
52:14,21,
22 67:13,
22 68:23
71:14
72:23
74:21
81:3
83:20
84:5
106:15
111:6
116:9
118:21
128:5
136:5

day-to-day
54:11
81:1,2
98:8

days
16:6 19:4
57:20

dealing
132:9

dealt
29:15
34:16

December
11:1
44:10
49:2
67:1,5
96:23

decide
43:8
130:3

decided
15:12
44:8
119:25

decision
51:25
127:18

decisions
52:8

declaration
122:22
123:11
124:2,13

declared
140:7

decline
95:4

deductions
44:24

deemed
129:7

deeming
127:11

defects
40:21

defendant

29:5,11
133:20
148:23,24

defendants
4:7
86:22,25
88:12
89:25
90:7
131:4,5
132:24
133:18,21
134:13
135:6
136:18
138:16,21
139:13
146:5,9,
17 147:6,
10,19,23
148:2
150:4,6,8

define
124:17

defined
24:15
88:12
148:1

demand
84:25
85:1
105:9,20

demands
105:14,16

Denied
29:10
83:11

deny
50:25
83:11
136:13

denying
87:9

departed
56:23

departing
42:10

departure
42:6

depended
73:13
78:14

depending
131:8

depends
144:6

deposited
121:5,21

deposition
4:15 6:5
7:5

deposits
120:20,22
121:12

describe
49:22
58:21

destination
115:22
125:8

destinations
115:20

details
102:3
144:9

detained
8:16

determine
147:12
148:5

determined
106:12



147:6,23
148:13,23

**Dianna**
78:21

**diary**
109:20

**difference**
72:5,17,
19 73:15
99:24
116:15

**dings**
12:10

**direct**
55:1

**directly**
4:17
54:22
56:15
60:2
77:4,12
79:23
100:12
146:5,6

**disabled**
50:5

**disagree**
46:18

**disagreement**
44:2,3,8

**discipline**
82:14
83:12
86:22

**disciplined**
82:14
83:16

**discontinue**
41:11,14
43:5

**discuss**
49:15
106:4,18
107:8
109:9
111:24
112:2,5

**discussed**
37:19
111:19
128:18
151:11

**discussing**
89:20
119:16

**discussion**
37:23
109:16

**discussions**
137:16

**dispatch**
14:3
59:3,5,7,
12,15,17
60:1,10
61:25
66:22
67:23
79:19,23
103:6,8

**dispatched**
50:9 59:1

**dispatcher**
14:2,6,7
60:11
78:20
79:8
80:7,10
82:9

**dispatchers**
80:2

**dissatisfaction**
43:25

**distinction**
136:2

**distinguish**
129:24

**distracting**
6:17

**District**
4:10

**ditch**
128:13,14

**dock**
39:20,22,
25 42:11
84:8

**docked**
40:14

**docking**
41:17,20

**doctor's**
128:5

**document**
6:1,5
17:9
18:14
20:12
23:6,7,13
24:4
26:25
27:2,7,24
36:11,12
37:1
41:12
42:23
85:24
86:3,14
94:16
95:4,17
105:3,6,
22

109:20,23
116:16
122:4
140:8
148:2,10

**documentation**
17:17
32:12
37:7 39:7
82:8
109:3,5
134:6
139:15

**documents**
18:14,25
23:17,19
32:1,4,13
34:17
35:17
36:5
39:10
81:19
102:17
109:17
115:12
133:8
137:14

**Dodge**
90:25
91:4,22

**dollars**
117:7

**doors**
90:21

**DOT**
9:17
22:21
95:19,20
96:1

**double-check**
132:1,4

**draw**
36:7

**Drawing**
18:13
24:24
47:2
66:16
122:21

**drive**
13:9
43:16,17
50:3,4
62:19,22
97:3
103:16
115:21,22
149:5

**driven**
104:20

**driver**
10:17
11:11
14:9 15:5
16:3
17:18
18:15
21:13,18,
23 25:3,
20 30:2
37:3
39:19
49:17,23
52:22,25
53:24
54:1,6
55:9
57:9,15
62:8 71:9
72:24
75:21
78:6
87:5,20
88:1
90:24
114:15



120:1,19
123:8
132:13
134:8
136:6
141:12,24
142:1,4,5
145:17

driver's
  23:6,9
  25:15,21

drivers
  15:7 22:5
  34:17
  54:12,15
  55:14,24
  61:21
  81:14
  86:21,24,
  25 87:4,
  9,19
  89:19
  90:3
  123:1,5,
  9,12,17,
  21,22,23
  124:3,9,
  11,12,17,
  20
  125:15,25
  130:17
  131:3
  133:19,
  20,22
  134:4,13,
  14,23
  135:1,6,
  8,9,15,
  16,21
  136:3,5,
  20 137:1
  138:12,17
  139:13,
  19,20,21
  140:5,11,
  20,21

141:7,22
142:19,21
143:3
145:2,13,
14 147:7,
24 148:22
150:7
151:7

drivers'
  146:10
  147:16
  150:5,10

drives
  66:18

driving
  16:6
  19:24
  23:11
  50:19
  60:19,21
  61:25
  62:8
  68:25
  69:3,7
  90:23
  91:4,5
  93:20
  94:18
  102:20,22
  103:6,8,
  21 104:5,
  14 119:22
  120:7

drop
  89:2

drove
  76:6

drug
  21:25

due
  11:9
  41:17
  49:13
  107:25

108:17
110:24
111:14
112:3
116:9
117:2,8,
23 118:22

Duluth
  10:22

dummy
  107:19

Dustin
  13:16,18,
  23,25
  14:1
  30:12,14
  31:3
  52:10
  53:9,12,
  14 54:4,
  18 56:2,
  5,8,13,
  15,19,21
  63:10
  64:8
  90:15
  111:12,20
  112:3
  123:24
  124:22
  125:25
  126:7,11,
  14,19,21,
  24,25
  127:19
  129:7
  132:13,
  15,17
  135:4,12,
  18,19
  137:25
  138:1,13
  140:15,25
  141:12,19
  142:6,11

143:1,9,
10 144:22
145:17

Dustin's
  111:3

duties
  49:23,24
  55:12
  57:12
  123:1,3,
  7,8 124:1
  125:1,2,
  15 126:17
  130:1,8,
  24 131:3,
  12 140:20
  141:9,14,
  18,21,24
  142:1,3,
  5,9,12,
  20,23,25
  143:25
  144:5,12,
  14,15,21
  145:7,13,
  18 146:11

duty
  129:24,25

_____

E

_____

earlier
  12:16
  27:19
  36:10
  69:17
  70:16
  84:13
  88:12
  93:22
  110:17
  119:16
  123:13
  134:6

144:3
150:13

early
  138:10

earn
  96:11

easier
  128:8

eight-month
  114:24

eight-
months
  80:17

EIN
  121:3,8

Eli
  15:15
  17:1
  28:21
  29:15,25
  30:17
  37:22
  38:10,11
  41:23
  48:3
  49:10
  51:6,21
  52:3,9
  53:4,9
  54:11,13,
  19,22,23
  55:13
  56:1,8,15
  57:6,18
  60:10
  61:7,8
  62:1 63:7
  64:8
  69:14
  74:16
  84:6
  88:2,6,18
  89:11,13,
  17,21,23



90:15
100:1
101:15
116:19
125:18
126:3,9,
11,20,21,
25 127:20
128:4,10,
15 129:8
130:7
131:9,15,
24
132:10,
19,25
133:21,
23,25
134:3,9,
12,14,15
136:21,25
138:5,20
139:3
143:9,12
146:20,
21,25
147:1
148:8,20
150:19,
21,22,24,
25 151:1

**Eli's**
30:6
133:17

**ELLIOTT**
14:16
18:6 24:1

**email**
76:25

**emailing**
56:15

**employed**
35:15
49:23
52:5 54:3

133:19,21
134:3,13,
14

**employee**
58:17
133:19

**employment**
39:19
96:7
146:12,15
147:6
150:6,10

**en**
68:1
125:5

**end**
22:11
72:22
73:8
74:11
84:2
111:6
114:9
116:8
118:21
148:23

**ended**
11:20
102:9

**ending**
68:14

**ends**
66:25

**enforcement**
8:17

**enter**
68:13

**entered**
120:23

**entire**
123:9
124:8

**entitled**
23:6 41:5
101:17

**entity**
9:24 33:2
35:5

**entries**
67:9

**equals**
108:14
117:7

**equated**
83:13

**equipment**
40:5,19
85:7
92:14
125:12,21

**errand**
65:1

**errands**
65:4

**error**
147:20
148:12

**estimate**
106:24
107:12
108:10
109:4,7,
13 110:8

**estimated**
79:17
106:1

**estimates**
110:4

**estimating**
108:20,23

**Evans**
8:22

**event**
130:8

**examples**
74:25
101:1

**exceeded**
102:21

**excuse**
13:16
38:21
94:7

**exhibit**
5:22 6:1,
10 14:14,
17 16:7,
11 18:11
23:5,24
24:2,6
26:15,19
27:19
31:7
32:3,7,8,
10 36:7
38:17,21,
22,24
39:11,15
41:1,5
42:19,21
44:23
47:3
66:10,14
70:3,7
82:18,20
85:16,20
86:6
93:22
95:14
98:24
104:23
105:3
109:25
110:1,18
113:1
116:2
121:24

122:3,22

**Exhibits**
35:23

**expanded**
123:8

**expected**
46:1
120:22

**Expelled**
9:3

**experience**
15:2
53:17
67:12

**experiences**
51:17

**explain**
34:5
59:20
83:25
99:23
107:24
123:5

**explained**
42:12
149:18

**explaining**
31:4
104:20

**explanation**
107:6

**Express**
25:24
26:8
31:24
32:4 33:2
34:16
37:15

**extension**
122:10

**extent**



29:10
32:15
83:11

**extra**
78:18
112:24
113:4,6,
11,13,23,
24 114:7

---

**F**

**facility**
88:25

**fact**
94:12

**failure**
20:16
21:3,9
41:18

**false**
28:15

**familiar**
13:18
112:16
119:2
122:4
134:23

**family**
6:17
97:1,4

**faster**
97:18

**fault**
50:3

**feel**
4:25
71:25

**felt**
50:23
51:9 52:1

77:16

**field**
63:5,6

**figure**
29:23
72:20
75:14
82:6 85:3
115:13

**figuring**
51:15

**file**
4:10
81:23
122:8

**filed**
122:5

**filing**
122:10

**fill**
26:7
34:15,21
35:4,10
39:8

**filled**
16:5 24:9
35:11

**filling**
14:24
17:13
31:20

**final**
29:6,11,
17,21
30:1
66:25

**find**
72:13
128:15

**fine**
149:21

**finished**
6:2 14:22
16:15
17:22
26:22
38:23
62:13
83:10
85:22
86:20
94:9
122:25

**fire**
86:25
90:3

**fired**
29:1

**fiscal**
122:19

**fixed**
84:17

**flat**
50:15

**flip**
14:21
26:21
31:15
36:13
41:1

**focus**
15:22

**follow**
7:7
132:18
150:7,20,
23

**food**
21:18

**forklift**
51:15

**forklifts**
130:13

**form**
7:15
22:11,12

**formal**
4:21

**format**
117:24
118:17

**formed**
119:17

**Forsyth**
101:4

**fortunately**
11:21
51:11

**free**
4:25

**Friday**
57:22
98:9,18
102:25

**friend's**
75:13

**friends**
75:11

**full**
22:15

**full-out**
88:22

**fully**
5:15 6:14

---

**G**

**gave**
15:23
16:24
35:11
43:8
81:14

139:2

**generally**
26:21
58:14
80:2

**generated**
46:14

**gentlemen**
17:4

**Georgia**
4:10 7:21
8:4,22
10:21,22,
24 11:16
12:5,7,17
76:1

**get all**
77:1

**gigs**
96:13,19

**gist**
125:13

**give**
10:25
54:22
79:9
81:16
100:25
102:6,8
103:17
113:12
119:11
129:20
139:10

**giving**
56:4,12,
14 62:3
79:7
117:3

**good**
15:5 52:2
58:17



84:5

**GPS**
 62:7

**graduate**
 8:19

**grasp**
 64:5

**Greenbriar**
 8:22

**gross**
 91:8,25
 92:5
 95:18

**guess**
 52:6
 61:10
 80:24
 81:1
 86:15
 94:25
 95:12
 104:15
 127:14
 140:3
 146:20
 151:6

**guy**
 100:13
 135:19
 136:22

**guys**
 35:10
 54:14
 75:6
 84:11

**GVW**
 23:12

——————

**H**

**half**
 7:1

114:22,23

**hand**
 26:18
 82:21

**handing**
 5:25
 14:16
 24:1
 38:20
 66:13
 70:6
 85:19
 105:2
 122:2

**handle**
 77:13

**handling**
 67:12,19

**hands**
 43:16

**Handschuh**
 4:5,6
 5:24
 7:14,19
 14:18
 18:2,8
 24:3
 26:2,6,17
 31:16
 38:19
 66:12
 70:5
 85:18
 105:1
 119:11,15
 122:1,16
 151:25
 152:3

**handwriting**
 17:14
 18:20
 19:19
 24:12

**hangout**
 89:7

**happen**
 5:8 13:15
 35:16
 70:18
 73:9,10,
 11 92:20
 96:6
 98:17
 100:6
 103:16
 118:15

**happened**
 36:2
 52:15
 56:17
 81:1
 84:3,4
 98:14
 101:2
 114:19
 115:7

**happening**
 114:13

**hard**
 53:11
 97:3
 100:7

**head**
 5:1,3
 119:18
 125:5

**health**
 9:11

**hear**
 38:13
 137:23

**heard**
 26:12
 30:21
 85:9
 90:15

**helped**
 16:2

**helping**
 50:15
 96:25
 97:19,21
 98:3
 114:16

**Hemphill**
 10:22
 11:5,22,
 25 12:1,
 3,4,9
 13:6,17,
 21 14:4
 15:6
 20:20
 21:5
 53:21
 120:13

**hey**
 35:10
 54:14
 74:20
 77:13
 100:2,12
 128:12

**high**
 8:19,21,
 22 9:2
 12:13

**highlight**
 105:21

**Highway**
 102:4

**hire**
 30:7
 46:24

**hired**
 19:9
 29:1,6,8,
 12 30:2
 34:13

47:13
48:19
53:23
146:5,6,8

**hiring**
 35:2

**hit**
 21:9

**hitch**
 31:24

**hold**
 20:25
 29:2

**holding**
 19:3

**home**
 18:25
 19:5 51:7
 64:13,15,
 21,22
 72:23
 115:22
 130:12
 149:5

**honest**
 32:14,25
 34:20
 35:7 64:6
 75:15
 89:15
 90:9
 92:11
 103:21
 104:6
 107:2
 111:1
 113:8
 116:14
 117:20
 129:22
 148:7

**honestly**
 74:9



80:20
115:6

hookup
115:21

hour
7:1

hours
39:8 58:7
69:7
93:17,20,
24 94:4
95:25
102:21,22
103:2,6,
8,16,21
104:9,14,
21 106:2,
7,12,15
107:6
108:1,2,
4,6,12,
15,17
110:8,24
147:6,13,
23 148:5,
13,18,19
151:9

house
15:14
64:19
101:3

household
97:23

huh-uh
109:22
112:22
115:9
116:8
131:1

hundred
60:9

Hundreds
65:24

hustles
96:13,19

Hyde
13:16,23,
25 52:10
53:20
54:4,25
55:11
90:15

———————

I

———————

idea
26:9 35:9
37:8,10,
12 64:5
66:2,4
80:22
92:7
103:22
107:2
110:10,
11,16
113:9
114:20
127:21
129:23
142:4,7

identificat
ion
5:23
14:15
23:25
26:16
38:18
66:11
70:4
85:17
104:24
121:25

identified
33:24
138:3
139:6

145:4

identify
32:3
131:5

identifying
125:3

immediately
5:17

impact
117:11

improper
52:2

Inc.'s
23:9

incentives
49:16

incident
40:11
51:6

incidents
51:13

include
57:21
111:9
125:25
126:18
132:12
148:2

included
126:15
138:20

includes
147:19

including
22:5
86:23
125:24
135:9
139:14
148:12

income
96:11
98:21
121:4

incorrect
85:14
90:12,13

increase
49:5,6

increased
48:1,16
49:9

increases
38:8
47:15

independent
21:14,17,
23 22:4,
10,23
23:1 24:8
28:2,7,9
37:16
39:19
95:21
134:7
140:5,11

independent
ly
30:16

industry
11:19

inform
43:15

information
15:4
35:4,6
36:4 60:6
61:12
76:25
77:1,7,17
107:15
110:3

initial
25:5
34:22,23
39:2
46:11,24
47:17
48:7
95:16

initialing
27:23

initially
15:9
79:17
119:24

initials
24:18,22

input
76:20
77:5
123:2
125:14
126:1,8,
12,19,21,
25
127:11,
12,14
128:2
129:4,13
130:7,17,
25 132:25

inputting
68:17

inquiry
89:22

insisted
51:10

inspecting
43:13

inspection
40:16
41:5,18
43:20



inspections
41:11
42:24
43:9
44:1,5
50:19
85:7

instance
45:3
71:13
84:1 85:5
117:13

instances
45:25
71:3 73:4
74:17
100:1,11
124:3

insurance
9:12,15
13:8
99:18
116:22
117:1,22

intending
133:5

inter
55:19

interact
60:5

interaction
55:19

interactive
143:3

interest
49:20

interfacing
55:13

interject
5:9

Interrogatory
31:8,9,
13,17

interval
139:9

introduced
7:16

invoice
45:18
46:19,20
47:5,14
48:12
113:2
116:4
117:4
118:7,8,
11,25

invoices
39:11,16
44:23,25
45:6 46:4
54:18,19,
22 56:1,
5,13,14,
15 57:5
110:18,20
111:2
116:19,23
118:1

invoicing
116:3

invoke
122:12,14

involved
32:12
34:16
137:8,18
139:1,7

involvement
150:13

involving
37:15

issue
15:17
40:6
84:20

issues
5:3 6:16
15:15,17
40:5
43:20
53:6,8
84:10
111:10
128:20,22
129:9,13
130:18

items
40:21
146:17

_____

**J**

_____

J-O-H-N-S-
O-N
4:14

James
87:20,25
90:4
123:6,18,
21,24
124:22
128:7,8
135:4,12,
18,19
140:15
141:2
142:14,24
143:7

James'
124:23

January
8:7 11:7

Jeremy
4:6

job
22:20
49:22
59:2,9
62:12
63:3
69:22
70:9
71:25
73:5
74:14,18
82:13,15
83:16
89:21
95:19
96:21
97:17
102:1
104:1,4
114:16
115:22
145:8

jobs
51:19
62:4
67:12,19
69:19,20,
23 70:12,
17 71:24
74:12
75:5 77:8
79:16
96:12
99:17,22
100:18
101:15,22
102:15
112:17,
18,24

Johnson
4:6,13
25:2

join
15:12

joined
92:24
111:3
138:8

judge
4:20

July
10:3,4,
10,15,16
120:5

June
11:2,6
47:14,24
48:8,20
56:19,21
92:21

_____

**K**

_____

Kenworth
91:1,4,5,
7 92:2

Kevin
90:17
135:22

kicking
15:18

kind
16:12
33:22
45:22
81:22
96:11
97:6
98:21
109:4,20
132:14

knew
13:18
30:3
75:3,11
98:8
101:2



106:14
107:19,20
138:11
145:6

knock
100:4

knowing
145:13

knowledge
55:17
89:22
127:24
130:20

———————
        L
———————

L-I-O-L
16:22

L-I-O-N-E-L
16:22

lady
60:10

laid
15:16

Lane
7:21

language
26:23
28:2
133:4

large
80:21

late
11:13
57:2
74:20
114:15

law
8:16

Lawrencevil
le
8:4

lawsuit
4:9 32:12
35:18
104:19
105:15
151:22,24

learned
138:12

learning
11:20,23
51:16

lease
24:9
28:7,9

leaves
145:16

leaving
11:16

led
20:19

left
18:18
24:19,25
25:6
56:19,21
82:21
135:23

left-hand
21:9 71:5

legal
4:21,22

length
69:12

letting
11:21

levels
40:23

license
9:16
12:12,15,
17,20,23
20:13
25:16,21

licenses
9:5

life
9:11

lifting
129:3

limited
101:7

lines
73:18

Lionel
15:5,23
16:5,18,
21 123:24
124:21
128:1,3,4
135:4,12,
19 141:1,
2 142:8,
24 143:6

Lionel's
16:20

Lisovskiy
4:9 28:25
29:5,11
88:13

list
123:22

literally
127:9
134:20

lived
7:23

living
97:9,23

LLC
9:23
119:4,9
121:2

load
125:7

location
149:11,25

lodging
21:18

log
23:7,10
66:17
70:10
73:23
74:2
81:22
94:5,12,
14,19

logbook
22:21,22
41:8
95:20
96:1

logged
149:7

logging
136:11
149:9

logs
22:5 39:8
66:8

long
7:23 10:1
12:25
40:10
62:11,12
149:20

longer
30:12
43:9
57:4,8

70:23

looked
40:10
106:3

lot
23:19
26:9,13
31:23
35:14
115:8
116:3

loud
99:8

lunch
65:1,3

———————
        M
———————

made
78:16
105:10,
14,20
120:20
121:12,20
136:25
150:18

main
49:22,24
96:21
136:22

maintain
147:15
148:6

maintained
125:11,12
147:7,24
148:13

maintaining
82:2

maintains
74:1



maintenance
54:24
89:2
125:17
128:20,22
129:9,12
143:15

major
13:10
54:23
84:10

make
5:5 21:8
26:12
43:10,18
44:5
58:22
59:14
64:8
81:15
118:17
125:11,21
127:18
128:9
149:6

makes
117:21

making
43:1
127:18
136:2,12

Maksim
4:9 88:13

man
74:20
87:5
128:12
150:25

manageable
44:6

managed
34:2

management
40:6

manager
29:25
52:22,25
53:24
54:6 55:9
57:9
132:13
141:12,24
142:1,6
143:10
145:17

managers
54:1

manually
76:17
77:5

mark
111:5

marked
5:22,25
14:14,17
17:8
23:24
24:2
26:15,19
38:17,20
47:2
66:10,13
70:3,6
85:16,20
104:23
105:2
121:24
122:2

married
8:8,10

matter
4:8 6:9
105:10,20

matters
43:15

Max
28:25
29:8,16,
25 30:3,
6,17 33:9
88:14,16,
19,20
89:10,14,
21 90:2
134:2
136:19,22
137:5,6,
7,19
138:4,11,
23 139:4,
7 147:12,
15,19
148:2,5,
8,12,17
150:11,
14,15

Max's
150:13

meaning
10:7
34:13
59:8
70:23
72:6
89:17
90:7
132:8
135:10

means
22:13
62:3
94:24
95:3
109:10
117:18
136:20
149:18

meant
59:15
135:8

medical
6:16 9:17
23:11
94:17

medium
80:22

meet
14:8,11
89:10

meeting
54:13,15
150:16

meetings
54:12
55:14

members
97:4

memory
81:20
94:2
103:20
133:12

mention
32:9
55:25

mentioned
10:8
14:22
16:18
20:4
46:3,23
47:13
53:20
55:12
69:17
82:13
90:3
110:17
119:24
135:22
136:24
143:19

mentioning
12:1
119:17

messages
61:5
102:15

messing
116:19

met
13:25
14:1,12
53:20

method
93:24
106:23

mid
47:24

mileage
46:8

mind
6:13 45:2
82:10,11
97:18
108:2
114:16
133:8
149:13

mine
125:4
146:10
150:5,9

minor
13:13

minus
117:2,22

mistake
32:18
142:17

mistaken
99:21

mistakes



7:7

**MMM**
25:24
26:7
31:24
32:4
37:15

**mobile**
130:12

**mom**
97:8,22

**moment**
10:25
14:20
15:8
16:13
18:9
26:21
41:4 45:1
63:19
113:13
119:12

**Monday**
57:22
98:9,18
102:25

**monies**
120:23

**month**
14:5
15:19
36:3 37:5
56:22
61:17,19,
23 65:11,
15 87:7
135:20

**months**
11:3
34:12
35:3,23
37:15
44:14

54:21
92:22
103:15
114:19,
24,25
115:3
120:7

**months'**
65:18

**moonlightin
g**
96:14

**moral**
63:21,23
64:4

**morning**
41:8
71:15,21

**motorcycle**
130:10,12

**mouth**
90:9
140:13

**move**
97:17

**moving**
20:6,14,
17 146:4

**multiple**
42:16
51:8
116:3
125:18

**MVR**
13:7

─────────

**N**

─────────

**named**
15:5
87:5,20

**names**
17:5
87:23

**nay**
131:7

**NC**
76:23

**necessarily**
25:18
51:3
84:22
87:2
89:5,7

**needed**
54:23
63:13
64:22
70:23
143:14,
15,16
145:25

**negative**
109:22
112:22
115:10
116:8
131:1

**negotiation**
38:4

**news**
78:4

**night**
14:1
52:20
72:24
87:25
128:11
136:6

**nighttime**
14:7

**nodded**
5:3

**nods**
5:1
119:18

**Norcross**
102:4

**normal**
130:6

**north**
76:1

**Northern**
4:9

**notate**
62:21

**note**
5:2 7:7
36:25
66:18

**noted**
36:10
83:1
103:25

**notes**
119:2,5

**notice**
6:4 16:8

**noticed**
128:4

**notificatio
n**
59:22

**notify**
52:3

**notifying**
40:6

**noting**
67:18,21
108:14

**November**
116:11

**number**
4:10 5:22
14:14
20:6
21:17
23:24
26:15
27:14,20
28:18,24
31:8,10,
13,14,17
38:17
45:11,13,
14 66:10,
19 67:12
70:3 71:4
80:21,22
81:17
82:21,25
83:8
85:14,16
86:17
95:17
99:2,4,14
101:20
104:23
113:2
118:8,11
121:3,9,
24 127:21
131:2
138:15
150:25

**numbered**
86:17

**numbers**
16:8,9
47:9
105:23
106:3,18
110:15

─────────

**O**

─────────

**Oak**



7:21 8:2

objections
7:15
151:13

obligation
4:23

obliged
51:21

observe
55:11

observed
141:7
142:21

obtain
25:20

obtained
9:18

occasion
42:2
86:24

occasional
88:21

occasions
86:24
87:8,10
125:18

occupation
11:22
117:6
120:14

occupational
116:22
117:1,22

occur
41:20

occurring
69:11
80:23
81:7

October
48:12,23
71:7
113:18

off-call
112:17,18

offer
37:25

offered
48:3,4,5
113:10

office
17:4
61:11
75:7,8,10
76:16
77:4
89:1,4,6,16 122:5
127:1
150:2

Officially
10:16

on-call
58:2

onsite
80:19
81:12

open
121:7

operate
10:5 43:2
44:6

operated
30:14

operating
10:11
23:12
94:18
125:22

operation

120:16

opportunity
7:6 51:1,18,20,23
151:16

option
51:3,4
92:17
93:1,3

optional
93:4,5

options
80:15

order
18:1,10
77:17
121:9

organization
31:5 34:2

outright
72:12

overage
79:14,15,16 80:19
81:13
143:16

overages
81:6

overdue
78:17
79:13

overhear
30:9 90:8
137:10
151:3

overheard
30:20,21
86:25
89:25
90:5

126:10

overhearing
90:12

overtime
69:15
107:7,25
108:8,10,18 110:25
111:15
112:3

overweight
51:11

owed
111:7

owner
29:25
30:3

ownership
49:20

─────

P

─────

p.m.
57:19
58:10,16
71:22
98:10
102:25
114:9,14
115:19

packet
34:22,23
35:3

pages
14:21
16:11,16
17:9,20,25 18:11
27:23
41:2
67:10
99:2

paid
34:17
38:11
45:7
111:6
112:6
114:1
118:23
134:1

papers
35:20,21

paperwork
22:5
24:10
26:7,10,14 32:15,16 34:16,21 35:13,14 37:14
81:23,25
82:3
110:14
139:17
140:2

paragraph
86:19
122:24
123:14
138:10,14 140:9,19
147:5

paragraphs
86:17
124:16

part
24:10
31:24
37:6 44:9
59:19
75:11

partially
56:8

party
38:14



BRENT JOHNSON                                           September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                       Index: past..policy

past
    9:8 11:23
    58:18
    114:9,14

pay
    37:19,20
    38:8,15
    39:2,20,
    23,25
    40:13
    45:5
    48:16
    83:13
    84:9 97:3
    112:9
    113:11,
    14,25
    114:3,6
    117:11
    121:19
    151:12

paycheck
    89:3

paying
    48:2
    96:25
    97:5,13,
    18

payment
    39:12
    78:16,18,
    24 79:9,
    20 80:10,
    14,16,19
    81:15,16
    97:7
    101:15
    111:8
    117:5
    143:17

payments
    78:6,9,12
    79:2,3,4
    82:8

pays
    22:4

penalty
    45:23

pending
    4:9

people
    96:13
    124:4

percent
    26:13
    28:12
    29:20
    33:16
    34:2
    37:18
    56:11
    59:4 60:9
    74:3
    104:6,11
    109:1,18
    137:6,9
    139:8
    141:17

perform
    41:18
    129:25

performed
    123:1
    126:17
    141:9
    142:23

performing
    41:25
    55:11
    144:21

period
    56:13
    58:12
    63:2,4
    80:17
    98:2
    114:24

116:19

periods
    40:10
    59:7

permitted
    63:8
    74:18

person
    15:16
    23:11
    33:8
    38:15
    57:4 82:7
    94:18
    111:25

personal
    65:1,3
    93:7
    127:23

personally
    28:25
    29:8
    75:3,5
    82:16
    122:19
    129:17
    134:22
    149:5

phone
    27:8,9
    60:2
    78:22,25
    79:2,4
    80:6 83:2
    86:8
    100:12

phrase
    58:5
    123:12
    124:4

phrasing
    144:7

physically
    86:4
    107:23

pick
    50:5 61:9
    75:4 89:3
    125:5

picked
    10:8

picking
    10:2
    115:19

piece
    40:19
    110:14

pieces
    92:14

place
    101:16
    102:9,12
    131:4,6,
    20,22
    132:15,
    17,24

Plain
    12:9

plaintiff
    29:6,12
    83:12
    105:14

Plaintiff's
    38:21
    85:20

plan
    15:9

plug
    76:17

plumber
    97:14,15,
    16

plumbing

97:20,22
98:4

point
    11:22
    14:24
    16:10,23
    26:22
    36:12
    37:24
    39:18
    48:15
    49:12
    50:5,6
    54:15
    56:8
    57:11,15
    63:7
    64:12
    66:25
    80:25
    84:18,19
    93:23
    105:19
    110:23
    120:4,5
    141:11

pointing
    34:24

points
    13:7

policies
    135:6
    136:7,9,
    10,15,24
    137:8
    138:2,11,
    16 139:6
    150:5,7,
    9,14,17,
    21,23

policy
    23:10
    94:6,13,
    15



portion
  17:16
  19:25
  26:4  28:6
  145:17

position
  90:24

possibility
  69:18

Possibly
  137:9

post
  21:24

potential
  41:17
  83:14

potentially
  85:6

pounds
  22:20
  94:19

pre-
  40:4

pre-check
  46:10

pre-driver
  40:1,4

pre-
inspection
  50:2
  136:11

pre-trip
  40:16
  41:5,11,
  18  42:24
  43:9,20,
  25  44:5
  50:18
  85:7

preclude
  6:13

preemployme
nt
  21:24

preexisting
  49:25
  50:1

preinspecti
on
  50:3
  84:8,13
  125:10

premises
  88:25

prepared
  110:20

present
  4:20  17:2

presently
  37:13

pretty
  29:22,24
  42:7,9
  55:18
  63:18,20
  72:1  98:8
  123:9
  125:12,
  13,20
  130:15
  136:4
  143:7

previous
  10:4
  20:15
  120:13

previously
  5:25  6:22
  26:19
  38:21
  66:13
  73:24
  122:2

prior
  8:1  44:20
  53:17
  86:5
  117:20,21

privy
  110:10

problem
  40:8
  100:16

proceeding
  4:21
  20:11

process
  23:18,22
  28:20
  37:20
  80:10
  131:7,10,
  11,18,19

processed
  97:8

processes
  131:4,5,
  20,21
  132:15,
  17,23

procrastina
ted
  84:17

procrastina
ting
  128:23

produced
  35:17
  68:9

proof
  148:17,19

properly
  112:6

Property

9:11

protocols
  146:11

provide
  54:18

provided
  17:12
  94:3

providing
  120:4

punch
  62:15

purpose
  40:3

purposes
  27:5  31:4
  40:18
  43:1
  47:23
  49:16
  62:6
  79:20
  104:19
  105:10
  106:6
  107:5
  110:4
  149:14

put
  29:23
  30:8  46:8
  50:4
  55:14
  66:5
  74:12
  84:21
  121:8
  129:10
  131:4,6,
  20,21
  132:4,15,
  17,23

putting
  78:11

                Q

question
  5:13,16
  10:6
  20:12
  26:1,24
  27:17
  28:5,12,
  19  29:3,
  14  32:6
  33:21
  49:8
  61:22
  64:6  69:1
  72:21
  73:12
  77:18
  80:20
  84:12
  102:23
  105:12
  109:14
  118:24
  120:21
  123:4,7
  124:14
  127:4,6
  130:5
  132:16
  136:23
  144:7,25
  147:21
  151:10

questionnai
re
  32:2
  36:10

questions
  4:16,25
  6:18,21
  7:11,16



27:5,8,
10,15
31:19
86:5,7
99:10
122:13
127:10,22
128:17
148:4
149:22
152:1

**quick**
18:9
37:24

**quilt**
49:2

**quit**
43:22,23
44:17

——————————

**R**

——————————

**raise**
47:18,21,
24 48:7,
20,23
111:10
112:8
113:14,
18,25
114:4,6
151:13

**raised**
44:19

**raises**
47:2

**Ram**
90:25

**ran**
34:2

**random**
21:24

**rarely**
75:8,10
88:20,21,
24 98:5,
14

**rate**
39:2,4
46:24

**rating**
91:8
92:1,6
95:19

**ratings**
92:9,10

**reach**
80:13
87:14

**reaching**
128:14

**read**
7:6 16:14
17:21
26:3
35:13
83:8
86:19
94:8
99:4,8,10
122:24
148:13
152:2

**reading**
31:14
34:11
124:13

**ready**
72:23
125:22

**realize**
116:3

**realized**
31:23

**reason**
11:16
20:13,14
24:21,22
25:10
40:7
42:5,10,
12 44:16
67:7,9
68:4 70:1
71:1
77:25
91:19
92:4
94:15
110:13
120:18,24
151:23

**reasonable**
21:25

**reasons**
40:13
42:6
69:19
71:24

**recall**
10:23
14:23
16:1,24
18:24
23:16
27:23
36:4
37:19
45:2,19
46:23
47:17
53:15
56:16
61:13
69:20
70:15
71:14
74:10
75:17,22,

25 76:4
79:11
84:21
85:12
86:7,13
90:22
94:3
95:16
102:5,12
113:19
115:24
116:18
132:21

**recalled**
14:22

**recalling**
20:4

**receipt**
23:8 37:3

**receive**
22:11,15
33:6
49:15,19
60:24

**received**
47:1
48:20,22
60:22
61:19
62:1
65:12
94:5,12,
23 95:5,
11 116:1

**receiving**
47:21
49:13
76:21
88:16
115:24
141:8
142:21

**recess**
119:14

**recognize**
5:2 6:20
17:9
18:14
19:16
27:7,13
39:10
105:22
117:16

**recollectio
n**
48:7
102:20
148:7

**recommend**
6:25

**recommendat
ions**
30:7

**record**
4:12
12:10
21:10
26:4
68:20

**recorded**
69:11
78:1,3
101:21,23

**records**
62:7
77:21
146:14

**Red**
90:25
91:9

**reduction**
45:5,19
83:13

**refer**
50:8
57:23,24
59:3,11



62:10
73:6
81:19
96:13
103:19
109:23
115:12
124:4,11

**reference**
112:16

**referral**
15:24

**referred**
58:1
79:12,13
93:22
103:4
123:12
147:18

**referring**
16:10
31:20
32:13,22
35:22
40:15
58:20
87:4,18,
19 102:5
123:6
124:3
132:24
136:7,10
138:14
140:21
147:10
148:25
150:8

**reflect**
48:15
104:5
109:3,5

**reflected**
67:3 68:6
109:21

**reflecting**
133:8

**reflects**
67:25

**Reframe**
59:13

**refresh**
48:6 94:2
103:20
133:12

**refreshing**
81:20

**refusals**
88:17
89:21

**refused**
86:21
88:11

**regard**
7:8

**regular**
58:8
143:22

**reject**
51:19,21,
25 74:12,
14 82:13
88:1
129:17

**rejected**
74:18
75:12
83:13

**rejecting**
72:6,8
82:14
83:16
87:9
143:13

**rejection**
72:17,19,

21 73:3,6
74:2,23
85:11,12

**rejections**
73:4
75:17,18
89:21

**related**
20:22
76:19
85:10
102:15
137:14

**relating**
42:23
61:7

**relation**
28:19

**relaying**
61:11

**released**
11:24
12:6,10

**relied**
150:22

**Relief**
9:25
10:1,5,11
15:9
119:3,6,
16 120:3,
15,20,23
121:3,13,
21

**rely**
103:24
104:3
110:4
150:21,22

**relying**
150:24

**remain**
148:23

**remember**
12:25
16:19,20
17:5
27:17
33:12,14
35:8,9
40:11
45:4 51:6
56:11,18
60:12
63:18
75:1 76:2
87:16,23,
24 100:17
102:1
113:12
117:3
118:18
124:23
127:3,6
128:25
129:8,10
135:17,22

**remind**
122:11

**rent**
97:8

**repair**
40:21
42:14

**repeat**
26:1
33:21
102:23
109:14
120:21
132:16

**rephrase**
4:25
5:14,17
10:6

**report**
66:17
68:23
110:1
149:11

**reported**
54:23

**reporter**
26:3

**reporting**
126:1
132:9

**represent**
4:7 6:4
66:16
70:9

**represented**
6:9

**request**
28:24
82:25
83:8,14
99:1,4,14
101:19
118:2,3,4
122:4

**requested**
26:3 51:7

**require**
150:20

**required**
14:4
22:20
39:6
68:12
92:15,16
95:19
114:9
125:8
148:22
149:8,23,
24 150:6



requirement
  25:15

reserved
  7:16

respect
  123:13

respond
  64:22
  71:20,21

responded
  65:21

responding
  27:5
  50:8,9
  58:22
  59:21
  60:22
  68:13
  71:19
  102:21
  141:8
  142:22

response
  27:14
  28:6,18,
  23 29:4,9
  31:10
  32:19,25
  83:17,19
  85:5,13
  99:21,24

responses
  5:6 19:20
  27:10,13
  99:5

responsibil
ities
  54:5
  55:22,24
  81:14
  124:8
  143:1,4,
  5,7,11

144:11

responsibil
ity
  54:10,16

responsible
  21:18
  22:12
  52:4

restriction
  64:21

return
  57:1

returned
  57:1,8

returns
  122:5,18

review
  16:16
  20:1 24:4
  25:25
  31:9
  38:24
  39:14
  47:4 67:9
  81:19
  86:2
  95:16

reviewed
  17:8 27:5
  32:1 41:2
  134:6

reviewing
  39:7

revoked
  13:4

Reynaldo
  13:16,19
  90:19
  135:25

riding
  40:12

rise
  139:2

risked
  86:22

road
  4:8 8:3
  21:19
  23:9
  121:3

roadside
  9:25
  10:5,11
  15:10
  50:12
  119:3,6,
  16 120:3,
  15,23
  121:13,21

Roadside's
  120:20

role
  10:17
  55:6,7
  78:5
  120:7,19

rote
  123:2,3
  125:2,16
  126:17
  129:21
  130:1,2,9

round
  54:12

rounding
  55:13

route
  62:11
  68:1
  125:5

routine
  123:2,3,
  10 125:2,

16 126:18
129:21
130:1,2,9
132:7

RS
  22:4,13

rules
  150:5,7,
  9,14,17,
  21,23

run
  65:1
  125:23

running
  10:16
  42:18
  46:5 65:3

_____

S

safe
  43:2,11,
  18 44:6
  68:22
  125:22

salary
  151:8,11,
  14

Saturday
  98:8,12

Savannah
  8:24

say-so
  29:21
  30:1
  137:20
  138:5

scenario
  125:23

scene
  68:1

80:8,12
129:2

schedule
  54:13
  57:17,21
  98:9
  147:8,24
  148:14

scheduled
  148:24

schedules
  146:10
  147:16
  148:6

school
  8:19,21,
  22 9:1,2
  12:14

scratch
  95:7

Sean
  7:14

Security
  22:14

seek
  125:15
  129:4
  132:25

seeking
  106:17
  127:11,
  14,17
  129:13
  130:17
  132:14

seldom
  61:16,18,
  23 65:11

sending
  46:14
  128:11



**sense**
 117:21

**sentence**
 127:13

**September**
 45:10
 119:10,20
 129:16

**service**
 4:8 23:9
 39:8
 50:13

**services**
 9:25
 50:13
 93:24
 119:3,6
 120:4

**set**
 23:13
 25:23
 27:6,15
 28:3 31:4
 35:5
 38:10
 46:19
 57:17
 85:14
 105:21
 110:7,24
 116:23
 118:25
 136:25
 150:4,9,
 14

**sets**
 23:8
 25:15
 37:3
 116:4
 124:4

**setting**
 24:13

**settlement**
 22:15
 105:11,14

**settlements**
 22:6

**share**
 142:3

**shared**
 142:24,25
 145:6

**sheets**
 32:2

**shift**
 52:19,20,
 21,23
 57:25
 58:1,2,3,
 4,8,10,
 18,20
 59:6,14
 60:19
 71:16,22
 72:22
 73:5,8
 74:11
 103:4
 106:10,14
 108:12
 114:10
 136:5,6
 149:18

**shifts**
 102:24
 103:2
 148:24

**short**
 7:18
 17:25
 18:3
 31:14
 56:13
 122:11
 152:2

**show**
 68:24
 69:7 95:8
 103:24
 121:11

**showed**
 77:21
 111:4,5

**showing**
 67:22

**side**
 21:10
 78:12
 96:13,19

**sign**
 25:19
 46:11,12
 140:2
 152:2

**signature**
 19:20
 24:25
 33:10,19,
 24,25
 86:11
 152:1

**signed**
 18:15
 19:3,5
 23:13,17,
 19 24:9
 25:3,11
 28:10
 32:2
 35:22
 36:3,11
 37:7,14,
 16 39:7
 42:23
 94:11,16,
 21,22
 134:2,8
 139:15,16
 149:20

**signify**
 117:17

**signing**
 27:18,24
 32:15
 33:8,9
 86:13
 95:4
 149:19

**similar**
 139:15
 140:20
 141:18
 142:19

**simple**
 12:9
 37:24
 44:2
 134:1

**simply**
 131:15

**sir**
 5:7,12,
 19,21
 6:7,11,
 15,19,24
 7:4,10,13
 8:9,11,
 13,15,18,
 20 9:4,7,
 9,19,21
 10:19
 13:18
 14:10,25
 16:17
 18:12,19,
 21,23
 19:1,7,
 11,18,21,
 23 20:3
 21:15
 22:2,9,
 18,24
 23:3,15

 24:7,11,
 14,17,20,
 23 25:1,
 4,7,9,13,
 17 27:3,7
 34:7,20,
 25 35:19
 36:20
 37:18
 38:16,25
 39:5,9,
 13,17,21,
 24 41:9,
 19,21
 42:1
 44:12,15,
 18,21
 45:24
 46:2,22
 47:7,19
 48:3
 49:1,4,
 10,14,18,
 21,24
 50:17,21
 58:3,6,11
 67:2
 68:3,11,
 21 86:1,
 12,15
 103:21
 104:6,22
 105:24
 106:13,
 22,25
 107:8,13
 108:21,24
 109:5
 111:1
 113:13
 119:4,7
 120:8,11,
 17,25
 122:7,9,
 14,20
 124:14,25
 139:20



152:3,4

**sit**
88:2

**site**
50:4
51:10

**sitting**
63:5,6,22
64:2 68:8
104:18
106:20
109:24
122:17

**situation**
72:13
84:15
131:8

**situations**
35:12
84:16

**slot**
57:18

**small**
80:21
97:8

**Social**
22:14

**sole**
84:20

**somebody's**
101:3

**sooner**
7:3

**sought**
123:2
126:8,19
130:24

**sound**
48:25
83:17

**sounds**
10:7 13:6
19:14
48:8 56:7
57:2 67:2
84:1
85:13
144:9

**source**
110:3
145:12

**south**
75:24
76:7
143:11

**span**
67:4

**speak**
26:11
47:20,23
49:6 85:9
87:4
109:15
128:3
129:12
143:8,9

**special**
9:5

**specific**
26:23
69:22
74:25
102:1
103:14
107:11
128:17,25
149:21

**specificall
y**
74:16
85:4
89:10
118:18
130:25

143:4
144:14

**specificity**
100:17

**specifics**
115:9
127:25
143:22

**speeding**
12:10
20:17
21:1

**spell**
4:12
16:21

**spent**
93:20
102:20
109:21

**spoke**
15:3
88:20

**spoken**
30:16
49:10
87:15
111:22

**spots**
89:8

**stack**
14:19

**stamp**
66:19

**stamped**
16:9 47:8
48:10
93:25

**stamping**
23:5

**start**
15:9,18

119:8

**started**
10:2
62:11
91:5
108:3
119:9,22,
25 121:2

**starting**
38:2,4
41:8 47:9
68:14
149:17

**state**
4:11 5:9
7:20 8:24
12:21
25:18,20
32:21
49:11
75:23
76:2,5
77:19,22
78:1

**stated**
39:1
41:13,19
44:23
65:10
79:12
83:15
88:24
89:24
101:20
123:16
128:19

**statement**
28:16
33:22
137:17

**states**
21:12
22:3
25:2,8

29:5
31:20
41:7
99:22
131:2
140:10,19
144:20
148:21
150:4

**stating**
126:4,15
134:11
138:11

**status**
23:2

**stay**
102:4

**stayed**
11:23
135:20

**step**
16:1

**sticking**
134:14

**stock**
49:19

**stopped**
40:7

**straight**
57:5

**strap**
125:6

**stresses**
6:17

**stuff**
12:11
88:22
107:3
128:16
130:14
138:6



subject
    132:10

subjected
    21:23

submit
    46:4,11
    54:17

submitted
    39:11,16
    110:21

submitting
    56:1
    110:18
    117:25

subtract
    117:7

sufficient
    151:8,14

sum
    105:14

Sunday
    98:12

supervising
    52:4  53:9

supervision
    126:11
    134:12
    136:14

supervisor
    126:2
    129:6,8

supervisors
    123:3
    125:15
    126:1,8,
    19  128:2
    129:5
    130:18

supplied
    27:14
    93:17

112:23

supply
    6:8
    109:6,12

supplying
    19:20

support
    22:5

supports
    33:22

supposed
    63:22
    64:2
    84:24

suspended
    8:25
    12:12,16,
    23  13:2
    20:13

SUV
    130:16

Sweetwater
    8:3

swore
    148:11

system
    22:7  66:6
    76:23
    93:17
    94:4
    95:24
    96:1,2
    107:21
    110:11
    111:6

_____

            T
_____

T270
    91:1

take-home
    48:16

taking
    5:4  68:10
    71:25
    79:8
    81:13
    82:8
    121:19

talk
    14:2
    15:20
    30:24
    60:10
    82:5,7
    111:12
    115:12
    137:12
    142:17
    143:18,19
    144:3,4,
    16

talked
    27:19
    75:7
    123:13
    141:9
    142:8,23
    143:20
    144:13,
    19,21,22
    145:7

talking
    15:22
    40:16
    60:1
    83:20
    85:5
    98:20
    115:20
    133:10
    140:9
    142:11,14

talks

144:9,10

task
    21:7

taught
    111:2

tax
    34:17
    122:5,12,
    18

taxes
    22:13,14
    122:8

teach
    22:22
    95:21

telephone
    61:3
    101:22
    111:23

telling
    128:18

tells
    4:17  84:7

ten
    65:19
    100:7,9,
    20  101:7,
    21

ten-minute
    119:13

tender
    57:5

tendered
    71:18

tenure
    26:14
    38:7
    124:21
    135:17

terminated

20:19
    43:19

termination
    86:23
    88:3

terms
    16:1
    69:12
    149:17

test
    21:25

testified
    28:21
    70:15
    99:16
    133:13
    142:16
    144:3
    147:22
    148:10
    149:24
    150:12

testify
    6:14

testifying
    4:22

testimony
    6:9  83:4
    99:13,24
    141:12

text
    54:14
    61:5  94:8
    102:14

thing
    51:12,14
    54:9  81:2
    100:2
    125:20
    130:4
    134:1

things



46:13
50:16
63:7,16,
21 64:1,8
68:16
125:19
128:4

**thinking**
85:6
133:7

**thought**
96:2
109:15
110:24
111:7
112:6,14
137:21,22
138:20
139:2

**Thoughts**
152:1

**thousand**
117:7

**threat**
41:17,22
84:21,22
85:10,12

**threaten**
39:22,25
83:22
86:25
90:2,15

**threatened**
40:13
82:14
83:12
87:10
88:3
90:20
93:11

**threatening**
42:11
84:8 90:7

**threats**
93:14

**thumb**
26:23
38:22
66:14,24

**thumbing**
67:7

**tickets**
12:11
20:17

**tied**
33:18

**till**
108:3

**time**
5:8 14:2,
3,24
15:7,11,
16 16:23
17:3,13
18:24
19:12
21:5,8,13
25:24
27:17,23
28:11
29:16
35:2
37:20
38:10
39:6,18
40:3,10
45:4
47:18,24
48:15
49:12
52:2,16
53:10
56:14,23
57:11,18,
24 58:13
59:4,7
60:5,9

61:6
63:2,4,8
64:12,13
65:18
67:22
68:2,10,
13,23,25
69:3,12,
16 70:19
73:13
77:16
83:6
84:11
85:2,10
86:4,6
88:1,2,3,
4 89:1
92:15
94:5,11
95:10
96:18,21
97:8,9,24
98:2,15
101:3
102:20
103:5,14,
17 104:1,
4,5,8
105:20
106:2
107:3,17
108:3,10
109:17,21
110:7,23
111:3,7
112:11,
12,15
113:19
114:15
120:10
121:5
123:24
126:24,25
128:25
129:9,10,
18 132:13
135:17

141:11
143:14
144:19
147:12
148:23
149:16,21
151:17

**times**
42:3,4,
14,16
51:8
54:17
61:14
70:16
74:19,24
75:18
77:21
80:12,23
83:21
87:15
93:2
98:16
100:5,9
101:1
102:10
114:18
115:2,18

**timing**
48:7

**tip**
16:4

**tire**
50:15
129:11

**tired**
72:24
128:22

**tires**
40:12

**today**
5:3 6:8,
14 32:1
68:9
101:25

104:19
106:20
107:5
109:24
122:17

**today's**
6:5

**told**
30:14
51:8 55:8
63:12
84:9,23
87:13
88:2 90:4
129:1
132:20
138:2
140:13
151:11

**top**
18:18
24:13,22
45:2
97:22

**topic**
94:3

**topics**
129:13

**total**
65:14
68:1,2
102:20
104:5
117:2,4,
22 145:14

**totaled**
68:23

**totality**
22:25

**touch**
130:16

**tow**



25:3 33:1
50:15
51:7 62:8
73:17,20
84:24
90:23
125:7
128:10
129:19
141:8
142:22

**Towbook**
40:2 46:6
59:23,24,
25 60:22,
25 61:7,
25 62:6,
7,25 63:3
64:23
66:6,8,17
67:18
68:6,9,13
69:3,24
76:9,13,
17,19,20,
22 77:1,
9,15,20,
21 78:2,
3,17
93:18,19
96:3
99:16,23
101:13,21
103:24
104:3,8
107:16,20
110:1,7,8
115:15,16
125:5
136:12
149:7,9,
19,20

**towed**
115:8
130:14

**towing**
4:8
10:21,22,
24 11:17,
19,22
12:5,7
15:6
22:3,13
23:9
25:12
32:17
34:22
53:21
55:12
68:1 98:9
111:3
119:22
120:13,24
121:4,8,
20
130:10,
11,12,13
136:21
146:7

**town**
75:11

**track**
67:11
93:17
94:4
113:17

**tracked**
77:19

**tracking**
62:11,18
69:3,5
93:20,24
95:25
99:16
101:13
107:21

**tracks**
103:25

**trade**

97:16

**traditional**
96:12

**trailer**
31:24
51:7

**trained**
53:15,16,
19

**transcribe**
5:6

**transcription**
5:4

**transition**
98:1

**transport**
51:12

**transportation**
15:10

**transporting**
22:19
95:18

**travel**
43:11

**traveled**
75:23

**traveling**
59:3,8,16

**trial**
7:17

**trip**
62:25
68:10,14
71:14

**Triple**
32:10,22
33:1,8,

19,23
34:6,16

**trips**
60:24
67:18,21
68:1,6
70:12
71:17
76:8,9,
14,18

**truck**
16:6 25:3
40:5,9,10
42:17
43:10,14,
16,17,18
44:6 62:8
65:2,8
76:1,2
84:11,17
89:2
90:23
91:6,12
125:7,19
128:12,
13,14,15,
24 129:1,
2 130:16
143:15
149:5

**trucks**
42:14
54:23

**true**
27:16
39:15
86:23
87:2
96:22

**truth**
4:23,24

**truthfully**
4:16 6:14

**turn**
14:19
16:12
18:6 21:9
26:20
28:17
36:25
42:20
82:18
93:23,25
116:2

**turned**
22:6

**turning**
17:20
19:15
21:11
23:4
27:4,12
36:6
44:22
48:9
82:17
86:9,16
95:13
98:23
101:19

**type**
50:13
90:23

**typically**
50:12
78:13

———————

**U**

———————

**uh-huh**
6:3 12:8
15:25
20:8
21:21
27:21
28:8
30:4,25



31:6,22,
25 32:23
33:20
34:14,18
36:9,15,
22,24
37:2,4
39:3 41:6
42:25
43:3
46:25
47:11
48:14,21,
24 52:13
54:25
55:15
57:3
59:10,18
60:16,23
62:17,20,
23 66:1,
20 68:15,
18 69:23
70:8,22
71:2,6,12
76:22
85:8
88:15
90:1
95:15,23
96:16
99:15,19
103:1,3,
10 104:2
108:11,
13,16,19
110:19,22
113:3,5,
20
116:12,
17,25
122:23
123:19
124:5
126:23
134:25
135:7,14

138:4,18,
22,25
141:3,10,
23,25
144:12
146:13,16
147:9,25

ultimate
42:5

Ultimately
52:8

unable
109:6

unavailable
71:10

understand
4:24
5:16,18
6:8 7:9
10:9
15:23
21:12
22:1,7,16
29:3
41:16
54:4
55:5,21,
23 58:4
59:19
69:1
91:16
105:12
124:14
136:23
138:15,20
147:21
148:1,11

understandi
ng
29:13
144:24
145:10

understood
4:18 5:15

21:16,20
53:24
55:9
73:15
93:19
95:25

undertake
43:9

unemployed
11:9,10

uniform
92:15,18
93:9,12

uniforms
92:25

University
8:24

unnecessary
129:19

updated
23:11
94:17

uploaded
77:1

upside
14:20

utilize
64:12

_____

V
_____

vacation
45:6,20
129:15

Vaguely
18:17

Valeria
60:13

Valley
7:21 8:2

van
21:8

variety
69:19

vehicle
43:2 46:9
75:3
91:8,25
92:5
94:18
95:18
115:21
125:6,7,
11 128:10
129:19

vehicles
22:19
23:12
92:11
95:18
141:8
142:22

verbalize
5:5

verify
60:5

vernacular
59:1

Veronica
60:17

version
18:10

versus
72:7 73:2
85:1 91:4
139:19

Viktoria
60:12,14,
15,17
78:21

violation
20:16

violations
13:10,13
20:7,10,
15,18

voluntarily
43:22,23

_____

W
_____

W-2
22:12

wait
64:9

waiting
63:13,17
64:2,9,13
65:8

waive
152:2

waiving
152:1

wanted
43:10,17
44:4,5
75:4 93:7
97:22
121:11
125:21

wanting
72:13

ways
44:9

wear
92:15
93:6,9

wearing
92:18
93:11

week
19:9
40:12



45:5
46:24
49:3
57:20
69:8
80:23
102:19,
21,22
103:7,9,
16 104:4,
9,14,21
106:2,8,
12 107:7
108:2,4,
15 110:9
117:3

**weekdays**
98:18

**weekend**
14:4,6

**weekends**
14:3,5
98:5,7

**weekly**
38:2
39:4,12
68:24
69:6

**weeks**
87:7
103:15
106:7,11
107:12
116:4

**weigh**
91:11

**weight**
91:8,11,
14,25
92:5
95:18

**wheels**
130:15

**withhold**
22:14

**word**
90:9
140:13

**words**
29:24
58:23
59:20

**work**
9:20,22,
23 11:8
14:4,23
15:8
21:12
33:2
52:10,12,
15 55:1
58:9,12,
17 71:22
76:21
96:6,11
97:5
101:20
113:11,
23,24
114:7,9
119:6,25
120:9
144:13,19
146:10
147:7,24
148:13,22
149:3,4,
6,14,15,
18

**worked**
10:1,18,
23 13:17
44:13
52:20
54:20
75:6 87:6
98:3
106:7,9,

10,12
108:2
120:24
123:23,24
124:21
134:24
135:2
140:22
141:7
142:20
145:1
147:7,24
151:9

**working**
13:21
15:9
21:4,5
60:11
64:3
65:25
71:16
72:23
75:23
87:21
102:24
110:8
111:17
135:17

**worth**
72:15

**write**
31:1

**write-up**
93:14

**writing**
128:17
133:23

**wrong**
6:22
60:17
83:18
116:20
117:4
123:17

128:24
129:1

**wrote**
25:3
125:2
126:14
133:5

───────

Y

───────

**yay**
131:7

**year**
8:24 10:2
13:1 15:8
22:12
44:11
84:2
122:6,19

**years**
7:24,25
20:7,10,
15 56:4
115:9

**yield**
20:16
21:3,9

**young**
60:10



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action File No: 2:22-cv-103-RWS |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) | |

## FIFTH AMENDED NOTICE TO TAKE DEPOSITION OF BRENT JOHNSON

TO: Brent Johnson and his attorneys of record: Josh Sandford, Esq. and Colby Qualls, Esq., Sanford Law Firm, PLLC and Matthew W. Herrington, Esq., Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin

PLEASE TAKE NOTICE that at 10:00 AM (EST) on September 29, 2023 at the office located at 3390 Peachtree Road, Suite 520, Atlanta, GA 30326, the Defendants in the above-styled action will, pursuant to F.R.C.P. Rule 30(b), proceed to take the deposition of Plaintiff Brent Johnson before an authorized court reporter. The deposition will continue from day to day until completed. The deposition will commence before an officer duly authorized by law to administer oaths for the



EXHIBIT
1

purposes of discovery and any other purpose allowed under the Federal Rules of

Civil Procedure.

Respectfully submitted this 28th day of July 2023.


MITCHELL - HANDSCHUH
LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
T: (404) 262 - 9488
F: (404) 231 - 3774
E: jeremy@m-hlawgroup.com
E: amanda@m-hlawgroup.com

/s/ Jeremy R. Handschuh
Jeremy R. Handschuh, Esq.
Georgia Bar No. 418099
Amanda I. Elliott, Esq.
Georgia Bar No. 137633
*Counsel for Defendants*


*Counsel for the Defendants certifies that this document complies with N.D.Ga. L.R.
5.1B and the N.D.Ga. Standing Order No. 04-01.*

2



# DQ FILE

## TAB 1

√   Copy of Current DL/CDL

√   Copy of Current Medical Card (2 years)

___   Med Card National Registry

√   Application

√ Employment history CDL 10 years

___ Data Sheet

√   VOE subject to FMCSA __1ˢᵗ,__2ⁿᵈ,__3ʳᵈ

√   Current MVR

___ Pre-Employment Drug Test

√   Single License & Driving Record Authorization

___ Annual Driving Record Review

√   Substance Abuse Awareness Training and Certificate

___ < 7 Days HOS (before 1ˢᵗ trip for 6 months)

___ Clearinghouse Record and Authorization

**Form W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give Form to the requester. Do not send to the IRS.

Name (as shown on your income tax return)
*Brent Alexander Johnson*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☑ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☐ Other (see instructions) ▶

Exemptions (see instructions):
Exempt payee code (if any)
Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
*2551 Oak Valley Ln.*

City, state, and ZIP code
*Dacula, GA. 30019*

Requester's name and address (optional)

List account number(s) here (optional)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign Here  Signature of U.S. person ▶ *Brent L Johnson*  Date ▶ *4/12/2021*

**General Instructions**

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. The IRS has created a page on IRS.gov for information about Form W-9, at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

**Purpose of Form**

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.
5. Note. If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

6. Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:
7. An individual who is a U.S. citizen or U.S. resident alien,
8. A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
9. An estate (other than a foreign estate), or
10. A domestic trust (as defined in Regulations section 301.7701-7).
11. Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section

316Towing_00002

*THE BELOW DISCLOSURE A..D AUTHORIZATION LANGUAGE IS ... JR MANDATORY USE BY ALL ACCOUNT HOLDERS*

## IMPORTANT DISCLOSURE

### REGARDING BACKGROUND REPORTS FROM THE *PSP Online Service*

In connection with your application for employment with 316 Towing and Road Service ("Prospective Employer"), Prospective Employer, its employees, agents or contractors may obtain one or more reports regarding your driving, and safety inspection history from the Federal Motor Carrier Safety Administration (FMCSA).

When the application for employment is submitted in person, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer will provide you with a copy of the report upon which its decision was based and a written summary of your rights under the Fair Credit Reporting Act before taking any final adverse action. If any final adverse action is taken against you based upon your driving history or safety report, the Prospective Employer will notify you that the action has been taken and that the action was based in part or in whole on this report.

When the application for employment is submitted by mail, telephone, computer, or other similar means, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer must provide you within three business days of taking adverse action oral, written or electronic notification: that adverse action has been taken based in whole or in part on information obtained from FMCSA; the name, address, and the toll free telephone number of FMCSA; that the FMCSA did not make the decision to take the adverse action and is unable to provide you the specific reasons why the adverse action was taken; and that you may, upon providing proper identification, request a free copy of the report and may dispute with the FMCSA the accuracy or completeness of any information or report. If you request a copy of a driver record from the Prospective Employer who procured the report, then, within 3 business days of receiving your request, together with proper identification, the Prospective Employer must send or provide to you a copy of your report and a summary of your rights under the Fair Credit Reporting Act.

Neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. You may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If you challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. Your request will be forwarded by the DataQs system to the appropriate State for adjudication.

Any crash or inspection in which you were involved will display on your PSP report. Since the PSP report does not report, or assign, or imply fault, it will include all Commercial Motor Vehicle (CMV) crashes where you were a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, all inspections, with or without violations, appear on the PSP report. State citations associated with Federal Motor Carrier Safety Regulations (FMCSR) violations that have been adjudicated by a court of law will also appear, and remain, on a PSP report.

The Prospective Employer cannot obtain background reports from FMCSA without your authorization.

## AUTHORIZATION

If you agree that the Prospective Employer may obtain such background reports, please read the following and sign below:

I authorize 316 Towing and Road Service ("Prospective Employer") to access the FMCSA Pre-Employment Screening Program (PSP) system to seek information regarding my commercial driving safety record and information regarding my safety inspection history. I understand that I am authorizing the release of safety performance information including crash data from the previous five (5) years and inspection history from the previous three (3) years. I understand and acknowledge that this release of information may assist the Prospective Employer to make a determination regarding my suitability as an employee.

I further understand that neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. I understand I may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If I challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. I understand my request will be forwarded by the DataQs system to the appropriate State for adjudication.

I understand that any crash or inspection in which I was involved will display on my PSP report. Since the PSP report does not report, or assign, or imply fault, I acknowledge it will include all CMV crashes where I was a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, I understand all inspections, with or without violations, will appear on my PSP report, and State citations associated with FMCSR violations that have been adjudicated by a court of law will also appear, and remain, on my PSP report.

316Towing_00004

I have read the above Disclosure Regarding Background Reports provided to me by Prospective Employer and I understand that if I sign this Disclosure and Authorization, Prospective Employer may obtain a report of my crash and inspection history. I hereby authorize Prospective Employer and its employees, authorized agents, and/or affiliates to obtain the information authorized above.

Date:  *5/24/2021*

*Brent Johnson*
Signature

*Brent A. Johnson*
Name (Please Print)

NOTICE: This form is made available to monthly account holders by NIC on behalf of the U.S. Department of Transportation, Federal Motor Carrier Safety Administration (FMCSA). Account holders are required by federal law to obtain an Applicant's written or electronic consent prior to accessing the Applicant's PSP report. Further, account holders are required by FMCSA to use the language contained in this Disclosure and Authorization form to obtain an Applicant's consent. The language must be used in whole, exactly as provided. Further, the language on this form must exist as one stand-alone document. The language may NOT be included with other consent forms or any other language.

NOTICE:  The prospective employment concept referenced in this form contemplates the definition of "employee" contained at 49 C.F.R. 383.5.

*LAST UPDATED 2/11/2016*

Form MCSA-5876

OMB No. 2126-0006   Expiration Date: [illegible]

U.S. Department of Transportation
Federal Motor Carrier Safety Administration

Medical Examiner's Certificate
(for Commercial Driver Medical Certification)

I certify that I have examined Last Name: Johnson   First Name: Brent   in accordance with (please check one):

○ the Federal Motor Carrier Safety Regulations [illegible] and with knowledge of the driving duties, I find this person qualified, and, if applicable, only when (check all that apply); OR

○ the Federal Motor Carrier Safety Regulations [illegible] with any applicable State variances (which will be only valid for intrastate operations), and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when (check all that apply):

☐ Wearing corrective lenses
☐ Accompanied by a ___ waiver/exemption
☐ Driving within an exempt intracity zone [illegible] (Federal)

☐ Wearing hearing aid
☐ Accompanied by a SPE Performance Evaluation (SPE) Certificate.
☐ Qualified by operation of [illegible] (Federal)
☐ Grandfathered from State requirement (State)

The information I have provided regarding this physical examination is true and complete. A complete Medical Examiner's Report Form, MCSA-5875, with any attachment(s) embodies my findings completely and correctly, and is on file in my office.

Medical Examiner's Certificate Expiration Date: [illegible]

| Medical Examiner's Signature | Medical Examiner's Telephone Number | Date Certificate Signed |
| --- | --- | --- |
| [signature] | [redacted] | 05/05/2020 |

| Medical Examiner's Name (please print or type) | ☑ MD ☐ Physician Assistant ☐ Advanced Practice Nurse | |
| --- | --- | --- |
| Christopher Valentine, MD | ☐ DO ☐ Chiropractor ☐ Other Practitioner | |

| Medical Examiner's State License, Certificate, or Registration Number | Issuing State | National Registry Number |
| --- | --- | --- |
| [redacted] | GA | [redacted] 872 |

| Driver's Signature | Driver's License Number | Issuing State/Province |
| --- | --- | --- |
| [signature] | [redacted] | GA |

| Address of Driver | | CLP/CDL Applicant/Holder |
| --- | --- | --- |
| Street Address: 2507 Oak Valley Ln City: Dacula State/Province: GA Zip Code: 30019 | | Yes ○ No ● |

This document contains sensitive information and is for official use only. Improper handling of this information could result in civil or criminal penalties. Handle to ensure the information is not disclosed to unauthorized parties. Properly dispose of this documentation as required to ensure the information is not disclosed to unauthorized parties.



Federal law requires certain commercial drivers to submit their medical certification documentation to their State's Drivers Licensing Agency. (See 49 CFR 383.71) Nova Medical Centers does not submit this information to the State for you. See the below link for additional information on state medical certification reporting requirements for commercial drivers. https://www.fmcsa.dot.gov/registration/commercial-drivers-license/medical



Keep this stub with your personal records. The other side contains important information.

BRENT  ALEXANDER  JOHNSON

HEPHZIBAN GA 30815

# 316 Towing and Road Service's
# Guidelines for Independent Contractors

**The following are our driving criteria standards which may be modified by management when other desirable risk characteristics are present:**

- No major violations in the past five (5)  years.
- No more than two minor violations in the past three years or not more than one chargeable accident with one minor violation in the past three years.
- Drivers between the ages of 21 and 25 years old will be allowed to operate light to medium duty units. These drivers will be hired on a case to case basis.
- All drivers operating heavy and extra heavy trucks or tractor trailer units must be 25 years old with at least two (2) years experience driving similar type vehicles.
- A physician statement must be obtained on drivers 65 years of age and older. This statement must be signed and dated by a physician.
- All drivers must be reported at inception and throughout the policy   term.
- All drivers must have a valid license for the class of vehicle being  operated.
- All accidents are considered "at fault" unless the police report is provided with the initial application showing the driver was "not at fault" or not contributing to the occurrence.

## Minor violations include:

- **Failure to Yield**
- **Speeding**
- **Improper Lights**
- **Illegal Passing**
- **Improper Towing**
- **Improper Turning**

## Major violations include:

- **Driving while intoxicated**
- **Illegal possession of alcohol/narcotics in a  vehicle**
- **Unlawful use of vehicle**
- **Speed Contest or Racing**
- **Reckless Driving**
- **Driving while license is suspended**
- **Wrong way on a one way street**
- **Wrong side of the Road**
- **Excessive Acceleration**
- **Fleeing/attempting to Elude a Police  Officer**

316Towing_00008

**Referred by:** _____

If a 316 Towing and Road Service
independent contractor referred you,
please name driver above.

Date of Application  4 / 12 / 2021

## Driver's Application for Qualification

Position Applied for **Independent Contractor**

### *Personal Information*

Name *Johnson*  *Brent*  *A*   Current Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   Last     First     MI                               Street

*Dacula*  *GA*  *30019*   How long at this address: *4 years*
City       State      Zip

Social Security Number:

Home Number ▮▮▮▮▮▮▮▮▮▮   Cell Phone Number ▮▮▮▮▮▮▮▮▮▮

### *Previous Addresses For Past 3 Years*

| Street | City | State | Zip | |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | How Long   N/A |
| Street | City | State | Zip | How Long |
| Street | City | State | Zip | How Long |

Date of Birth ▮▮▮▮▮▮▮▮  Can you provide legal proof of age?  *YES*
Are you a U.S. Citizen?  *YES*   Do you have the legal right to work in the U.S.?  *YES*

Have you ever worked for this company before?  *NO*   When  *N/A*
Reason for leaving  *N/A*   Have you ever been bonded?  *YES*
If Yes, Name of Bonding Co. _____
Have you ever been convicted of a crime?  *NO*  Are you currently on parole or probation?  *NO*
If yes, please explain fully  *N/A*

———— Conviction of a crime is not an automatic bar to contracting; all circumstances will be considered ————

Is there any reason you might not be able to perform the functions of the job for which you have applied?  *NO*
If yes, explain  *N/A*

**Drug or Alcohol History (382.413)**
Have you ever tested positive or refused any pre-employment drug test? Yes____ _ No ✓
If yes to either, please explain  *N/A*
If yes, can you provide proof you've completed all necessary DOT return-to-duty requirement
*N/A*

## Accident Record for Past 3 years- Preventable or Non Preventable
(Attach sheet if more space is needed) THIS SECTION MUST BE COMPLETED

| | Dates | Nature of Accident (head-on, Rear-end) | Fatalities | Injuries |
|---|---|---|---|---|
| Last Accident | 7/2017 | Side Collision | 0 | 0 |
| Next Previous | | | | |
| Next Previous | | | | |

## Traffic Convictions and Forfeitures for Past 3 Yrs (other than Parking)
THIS SECTION MUST BE COMPLETED

| Location City, State | Date | Charge | Penalty | Commercial Vehicle |
|---|---|---|---|---|
| Greenville, GA | Nov 2020 | Speeding | Yes | No |
| Dacula, GA | Nov 2019 | Failure to maintain lane | No pts | Yes |

A: Have you ever been denied a license, permit or privilege to operate a motor vehicle? __NO__

B: Has any license, permit or privilege ever been suspended or revoked? __Yes__

If the answer to either A or B is yes, please explain __2008 (Speeding citations)__

C: Have you ever been disqualified under the Federal Motor Carrier Safety Regulations for the following? __NO__

D: No Serious Violations? __NO__

E: Operating under the influence of alcohol or drugs? __NO__

F: Have you ever been convicted of a felony that would preclude your entering any Canadian Province?

If yes, please explain __NO__

## Driving Experience
THIS SECTION MUST BE COMPLETED

| Class of Equipment | Circle type of Equipment | Dates From(M/Y) To (M/Y) | Approximate Number of Miles |
|---|---|---|---|
| Straight Truck | (Van) Tank (Flat) Refer | 12/2017-5/2020 | 500,000 est |
| Tractor & Semi Trailer | Van, Tank, Flat, Refer | | |
| Bobcat Tractor | Van, Tank, Flat, Refer | | |
| Motor coach/School Bus | | | |
| Specialized Equipment | | | |
| Other | | | |

List states operated in for the last 5 years __GEORGIA__

Do you have any mountain driving experience? __NO__ If yes, what areas of country

Do you have any Haz/Mat experience? __NO__ If yes, what classified materials have you transported?

Have you had any Defensive Driving Courses? __YES__

If yes, what course(s) and when __Defensive Driving 3/2020__

316Towing_00010

**Independent Contractor**
**Application Checklist**

Name: *Brent A. Johnson*

Date: *4/12/2021*

3990 Fredricksberg
Ct
Loganville, GA
30052

When filling out the enclosed forms please make sure you fill out all spaces provided.
**PLEASE PRINT NEATLY** or it will slow down the hiring process. It could also result in your not
being considered as our company requires detailed condition reports to be filled out on each
vehicle you will move.

. Please complete this checklist to ensure you application is complete. Incomplete submissions
may result in a delay for your hire, or may not be considered at the discretion of the Driver
Hiring Manager.

- • **Regular / DOT Drivers** Must complete the Driver's Application for Qualification to
  include **past 3 years** employment, sign and date the application
- • **CDL Drivers** Must complete the Driver's Application for Qualification to include past
  **10 years** employment, sign and date the application
- ☐ Must provide a copy of **DOT Physical Long Form**
- • Must provide clear copy of **Driver's License**
- ☐ Must provide Driver Certification Card
- ☐ Must provide clear copy of **Social Security Card**
- ☐ Must fill out and sign **Certification of Violations and Annual Review**
- ☐ Must fill out and sign **Employment and Safety History**
- ☐ Must fill out and sign the **Drug and Alcohol Policy Signature Page**
- ☐ Must fill out and sign **Request / Consent for Information** from previous employer on
  alcohol and controlled substance testing
- ☐ Must fill out and sign **Single License and Compliance Certification and MVR Waiver**
- ☐ Must sign the **Driver Questionnaire**, the **Independent Driver** form, and the
  **Independent Contractor** form (All located in the application)
- ☐ You must get a copy of your **past 3 years** driving record from the **Department of Motor
  Vehicles**. This must not be older than **30 days** when we receive it.

All drivers are required to take a 5 Panel DOT Regulated Drug Screen (to include Chain of
Custody form). You will be instructed where to go once your application has been approved.

**316 Towing and Road
Service's Pre-Contract
Questionnaire**

### Driving

2. Have you ~~ever been~~ cited for careless, reckless driving or as a habitual traffic offender?
   Yes ⟨No⟩

3. Have you ~~ever~~ been cited for driving under the influence or marijuana or other drugs?
   Yes ⟨No⟩

4. Has your license ever been suspended or revoked for any reason? ⟨Yes⟩ No
   If yes, please explain: _2008 (speeding citation!)_

5. Have you had more than 2 moving violations in the last 3 years? ⟨Yes⟩ No___

6. Have you had more than 2 chargeable accidents in the last 3 years? Yes ⟨No⟩

7. Have you ever been convicted of a crime? Yes ⟨No⟩

### The Work

1. You will be an independent contractor driver and responsible for your own food and lodging on the road (unless authorized). Do you understand this? 

2. As an independent contractor driver you could be subjected to a Pre-employment, Random, Post Accident, and /or a Reasonable Cause Drug test. Do you understand this? 

3. 316 Towing and RS pays independent contractors when contracts including drivers Driver's daily logs and support paperwork are complete and turned in All settlements and advances are on the Com-Data System. Do you understand? 

4. As an independent contractor you will receive a 1099 form at the end of the year and not a W-2 form. You will be responsible for your own taxes. This means that 316 Towing and RS will not withhold any taxes or Social Security from your settlement, and you will receive your full settlement. Do you understand this? 

5. If transporting vehicles over 16K on this job you are required to keep a DOT Log Book. Do you know how to keep a log book or can someone teach you before you become an Independent Contractor? 

**DO YOU STILL WISH TO APPLY FOR INDEPENDENT CONTRACTOR STATUS** 
If You Sign Below:

(Applicant's Signature) *Brent R. Johnson*     (Date) 4/12/2021

(Applicant's Name) *Brent R. Johnson*     (Date) 4/12/2021

316Towing_00013

# Driver Receipt

I acknowledge receipt of J. J. Keller's *CSA: Know the BASICs*
Driver Handbook, which covers the following topics:

- Introduction
- CSA Overview
- Getting to Know the BASICs
  - Unsafe Driving BASIC
  - Hours-of-Service Compliance BASIC
  - Driver Fitness BASIC
  - Controlled Substances and Alcohol BASIC
  - Vehicle Maintenance BASIC
  - Hazardous Materials Compliance BASIC
  - Crash Indicator BASIC
- Safety Measurement System (SMS) Methodology
- BASIC Scores
- Intervention
- Conclusion
- Frequently Asked Questions
- Quiz

*Brent A. Johnson*
Driver's Name (Printed)

*Brent A. Johnson*                    5/24/2021
Driver's Signature              Date

316 Towing and Road Service
Company

*B*                          05/24/2021
Company Official's Signature        Date

Copyright J. J. Keller & Associates, Inc.

REMOVABLE PAGE - PULL SLOWLY FROM TOP RIGHT CORNER

316Towing_00042

# DRIVER'S RECEIPT

I acknowledge receipt of J. J. Keller's *Alcohol & Drug Testing: What Drivers Need to Know* Driver Handbook containing the following topics:

* Introduction
* Abbreviations and Definitions of Key Terms
* Who is Covered by the Alcohol and Drug Regulations?
* What is a Safety-sensitive Function?
* What are the Alcohol and Drug Prohibitions?
* What Tests are Required and When Will I Be Tested?
  o Pre-employment
  o Post-accident
  o Random
  o Reasonable suspicion
  o Return-to-duty
  o Follow-up
* What Happens if I Refuse to Be Tested?
* How is Alcohol Testing Performed?
* How is Drug Testing Performed?
* What are the Consequences of Violating the Alcohol and Drug Prohibitions?
* Your Alcohol and Drug Testing Records
* Where Can I Go for Help?
* The Effects of Alcohol and Drugs on the Body

_Driver's Signature_     5/24/2021 Date

316 Towing and Road Service
Company

_Trainer's Signature_     5/24/2021 Date

316 Towing and Road Service
Company

**NOTE:** This receipt shall be read and signed by the driver. A responsible company supervisor shall countersign the receipt and place it in the driver's training file.

Copyright J. J. Keller & Associates, Inc.

316Towing_00043

# INSURANCE/ POLICIES

## TAB 3

_____ Occupational Accident

✓ Company Safety Policy

∨ Cell Phone Policy

∨ Log Compliance Policy

_____ No Rider Policy

_____ Pre-Trip Inspection



**GREATAMERICAN**
INSURANCE GROUP

Administrative Of...
Great American Insurance Group Tower
301 E 4th Street
Cincinnati, Ohio 45202-4201
513 369 5000 ph

Cottin...n & Butler Dba C&B
800 Main St.
Dubuque, Ia 52001
563- 583- 7301

## OCCUPATIONAL ACCIDENT INSURANCE POLICY- CERTIFICATE SCHEDULE OF BENEFITS

**Item 1:**

| | |
|---|---|
| Trust name: | Great American Insurance Trust |
| Eligible persons: | Scheduled owner-operators and scheduled drivers under contract to the participating motor carrier. |
| | Any owner-operator or driver over the age of 65 is ineligible. |
| Policy holder/trustee: | NATIONAL CITY |
| | 1 E FOURTH ST |
| | CINCINNATI OH 45202 |
| Participating motor carrier: | BRENT A JOHNSON |
| | DARULA  GA  30019 |
| Policy number: | OA3859342-00 |
| Certificateholder: | BRENT A JOHNSON |
| | DARULA  GA  30019 |
| Certificate number: | OA3859342-00-000001 |
| Authorized passenger: | Available but none shown |
| Effective date: | 09/07/2021 |
| Monthly premium: | $ 165.00 |
| Anniversary/ | 09/07/2022 |
| Termination date: | 12:01 a.m. standard time at the address of the policyholder stated above |
| Item 2: | SCHEDULE OF BENEFITS : PLAN D |

| | $300,000 PRINCIPAL SUM ( $50,000 + $ 2000 PER MONTH UP TO  125 MONTHS) | $15,000 PRINCIPAL SUM ( $500 PER MONTH UP TO 30 MONTHS) | $50,000 PRINCIPAL SUM ( $25,000+ $1,000/ MONTH UP TO 25 MONTHS) |
|---|---|---|---|
| ACCIDENTAL DEATH (MAXIMUM) SURVIVOR'S BENEFIT (LUMP SUM) ACCIDENTAL DISMEMBERMENT INCLUDING PARALYSIS, AND SEVERE BURN BENEFITS INCURRAL PERIOD | 104 WEEKS | 104 WEEKS | 104 WEEKS |
| ACCIDENTAL MEDICAL EXPENSE ACCIDENTAL DENTAL BENEFIT DEDUCTIBLE INCURRAL PERIOD RIDER LIMIT FOR : HERNIA OR HEMORRHOID OR OCCUPATIONAL DISEASE OR OCCUPATIONAL CUMULATIVE TRAUMA MAXIMUM  BENEFIT PERIOD | $1,000,000 MAXIMUM BENEFIT AMOUNT $ 1000 PER INJURY/ $10,000 LIFETIME 0 104 WEEKS $7,500 PER ACCIDENT OR INJURY SUBJECT TO A  $15,000 LIFETIME MAXIMUM 10 WEEKS | $10,000 MAXIMUM BENEFIT AMOUNT NOT COVERED 0 104 WEEKS NOT COVERED | $50,000 MAX BENEFIT NOT COVERED $100 104 WEEKS NOT COVERED |
| TEMPORARY TOTAL DISABILITY WAITING PERIOD DURATION-MAXIMUM BENEFIT PERIOD RIDER LIMIT FOR: HERNIA OR HEMORRHOID OR OCCUPATIONAL DISEASE OR OCCUPATIONAL CUMULATIVE TRAUMA MAXIMUM BENEFIT PERIOD | $700 MAX / $200 MIN PER WEEK 7 DAYS 104 WEEKS 10 WEEKS | NOT COVERED | NOT COVERED |
| CONTINUOUS TOTAL DISABILITY WAITING PERIOD DURATION-MAXIMUM BENEFIT PERIOD | $700 MAX / $200 MIN PER WEEK 104 WEEKS UP TO SOCIAL SECURITY RETIREMENT AGE | NOT COVERED | NOT COVERED |
| CERTIFICATE AGGREGATE AND COMBINED SINGLE LIMIT ANY ONE ACCIDENT | $1,000,000 | | |

| | |
|---|---|
| Item 3: | The coverage provided by this policy is limited and is subject to certain conditions. Please read the policy carefully. This policy does not provide workers compensation coverage nor provide coverage for sickness. |
| Item 4: | Please report claims to 1-800-297-1971 |
| Item 5: | The following forms are attached and made a part of this policy: |

( Page     1    of    1    )

316Towing_00045

# 316 TOWING AND ROAD SERVICE

## ACCOUNT INFORMATION FOR 1099 DRIVER PAYROLL

Please fill out the following:

Driver's name: _Brent A. Johnson_

Current address: _[redacted]_ _Nacula GA 30019_

Account information:

Name on account _Brent Johnson_

Name of the bank _JP Morgan Chase_

Routing # _061092387_

Account # _[redacted]_

FID #

Or SSN # _[redacted]_

Payroll is Thursday on weekly basis.

OO Loads that include in payroll go by delivery date. Pay period is from Monday to Sunday to be paid the following week.
FF Pay period is from Thursday to Thursday. We hold 1 load first 2 paychecks.

Charges include but not limited to:

**135$ a month - occupational accidental insurance**
**35$ a month - ELD service fee**
70$ one time fee - pre-employment drug test



## OneBeacon
I N S U R A N C E ®

## Atlantic Specialty Insurance Company
Canton, Massachusetts

## DRIVER ENROLLMENT AND BENEFICIARY FORM
### TRUCKERS OCCUPATIONAL ACCIDENT INSURANCE
316 Towing and Road Service

**Please print:**

Name: _Brent A. Johnson_    Male: ✓   Female: ___

Street Address: ████████    City: _Dacula_    State: _GA_  Zip: _30019_

Social Security Number: ████    Date of Birth: ████    E-Mail Address: ████

Home Telephone Number: _N/A_    Cell Telephone Number: ____

Name of Beneficiary: _Shannon Pent_    Relationship of Beneficiary: _Fiancé'_

CDL or Required License Number: ████    Number of Years Experience: _3_

Contracted by (Name of Company): 316 Towing and Road Service    Effective Date of Contract: ____

Street Address: 796 Bill Rutledge Rd    City: Winder    State: GA   Zip: 30680

Motor Carrier Telephone Number: 470-300-7788    Fax Number: 678-296-7958

Motor Carrier E-Mail Address: eli@316towing.com

## FRAUD STATEMENT

It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

In providing this information, I, the undersigned, understand and hereby state that:

1.  to the best of my knowledge and belief, all information on this Form is complete and truthful;
2.  this coverage is not a contract for Statutory Workers' Compensation Insurance, and neither I nor my carrier become participants in the Workers' Compensation system by purchasing this insurance; and
3.  if, based on the information supplied in this Form, I am not eligible for coverage, premium will be refunded and no claims will be payable.

By my signature below, I, the undersigned, also authorize my licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company or any other organization, institution or person that has any records, including any medical records, to furnish such information or copies of records to Atlantic Specialty Insurance Company, the motor carrier or the motor carrier's designee. A photographic copy of this authorization shall be as valid as the original.

### IF THE INFORMATION PROVIDED IN THIS FORM IS FRAUDULENT,
### THE INSURER HAS THE RIGHT TO RETURN PREMIUM AND CANCEL COVERAGE.

In order to verify the information provided in this Form, I, the undersigned, give the Insurer authority to examine the records that are maintained by the motor carrier.

I certify that I am an independent contractor, paid by a 1099 tax form, not as a W-2 employee.

Driver's Signature: _Brent Johnson_    Date: _5/24/2021_

Motor Carrier Representative's Signature: ____

---

**Payment Authorization:** I authorize the above named motor carrier, with whom I have a contract, to take monthly deductions, equal to my premiums, from my settlement account on my behalf, and to remit these funds to Atlantic Specialty Insurance Company.

I UNDERSTAND THAT THE COST OF THE INSURANCE IS MY SOLE OBLIGATION AND RESPONSIBILITY, regardless of the above arrangement of premium payment. I agree that I will forward any amount due and owing to Atlantic Specialty Insurance Company, upon demand, for any insurance at any time my account remains unpaid.

Signature: ____    Date: ____

AH TIGIT ENROLL 03.12    Page 1 of 1

## A Driver's Rights Regarding Past References
## And the Qualification Process

Under new federal regulations, which became effective 10-20-2004 motor carriers are required to give more extensive background information on the performance of commercial drivers than ever before. For example, full details of any accidents in the prior three year period must be supplied together with a complete history of all alcohol and drug testing – including refused tests, alcohol tests producing a result of 0.02 or greater as well as alcohol tests producing results of 0.04.

It is a driver's right to see the information provided by former carrier-employers, if he/she wishes. The government has established a protocol for exercising that right which must be followed:

1) You have a right to see the information provided by prior employers, if you request it using the correct form within 30 days of joining a motor carrier.

2) You have a right to request that prior motor carrier employer correct information provided, if you request this using the correct form.

3) You have a right to rebut a prior motor carrier's refusal to correct information, if you use the correct form.

316 Towing and Road Service will provide these forms to you, if you choose to exercise your rights under these new regulations.

**I HAVE READ THE ABOVE AND UNDERSTAND MY DRIVER'S RIGHTS**

_(signature)_ _____     4/12/2021
(Independent Contractor's Signature)          (Date)

Brent A. Johnson
(Independent Contractor's Printed Name)

## STATEMENT OF COMPANY SAFETY POLICY

It is, and will continue to be the policy of 316 Towing and Road Service, Inc to conduct all operations as safely and efficiently as possible.

As a motor carrier we have the ultimate responsibility to perform our work and driving skills in a professional manner. It is our duty and moral responsibility to drive in a manner that reflects a genuine concern for the motoring public, those with whom we share the nation's highways.

To accomplish this, we are assigning the responsibility for our safety program to all management and supervisory personnel. Management and drivers alike will be held accountable for their actions and performance regarding personal and motor transport safety. Compliance with Motor Carrier regulations is expected from each individual within the organization.

Our safety director will be responsible to administer our safety program to insure that safety standards are met throughout the organization. Each person will have the responsibility of performing his/her job in a safe and efficient manner.

### WHEN IT COMES TO SAFETY, AT 316 TOWING AND ROAD SERVICE, INC, THERE WILL BE NO CUTTING CORNERS.

The health and safety of our employees and independent contractors, as well as the monitoring public, is of major importance to the success and longevity of this company and will be addressed accordingly.

---

### ACKNOWLEDGEMENT

I hereby acknowledge receipt of a copy of 316 Towing and Road Service's Corporate Safety Policy

| | |
|---|---|
| *Brent L. Johnson* | 4/12/2021 |
| **Independent Contractor's Signature** | **Date** |
| *Brent A. Johnson* | |
| Independent Contractor's Printed Name | Reviewed By |

316Towing_00049

## Fair Credit Reporting Act Disclosure Statement

In accordance with the provisions of Section 604(b)(2)(A) of the Fair Credit Reporting Act, Public Law 91-508, as amended by the Consumer Credit Reporting Act of 1996 (Title II, Subtitle D, Chapter I, of Public Law 104-208), you are being informed that reports verifying your previous employment, previous drug and alcohol test results, and your driving record may be obtained on you for employment purposes. These reports are required by Sections 382.413, 391.23, and 391.25 of the Federal Motor Carrier Safety Regulations.

_Brent L Johnson_
Applicant's Signature

_4/12/2021_
Date

_Brent A. Johnson_
Print Name

Social Security Number

**316 TOWING AND ROAD**
**SERVICE, INC**

**Cell Phone Policy**

In order to ensure the safety of our company drivers and to comply with state and federal regulations regarding hand held cell phone usage by commercial motor vehicle drivers. 316 TOWING AND ROAD SERVICE, INC has adopted the following policy while operating company vehicles in interstate and intrastate commerce.

1. All independent contractors while driving a commercial motor vehicle (CMV), as defined in 49 CFR Part 390.5, are prohibited from holding, dialing, or reaching for a hand held cellular phone. This includes all push-to-talk type phones, such as Nextel.

2. A driver of a CMV is allowed to initiate, answer, or terminate a call by touching a single button on a mobile phone or headset provided it can be done while seated in a normal manner and seat-belted as required by law. Any such movement must be accomplished without removing the driver's eyes from the roadway. Thus hands-free technology is permissible provide the use does not cause distraction.

3. All independent contractors, operating *any* type of vehicle, are prohibited from texting at all times while operating a company or personal vehicle while engaged in any activity on behalf of the company.

4. All independent contractors must minimize other distractions which take away from concentrating on driving, as driving while distracted constitutes a hazard, and could be a traffic infraction in some states such as Maine. Distractions include, but are not limited to, eating, reading, talking to passengers, and performing other activities which tend to cause the driver to remove their eyes from the road or divert their attention from the task of driving.

Driving is defined as: operating a commercial motor vehicle on a highway, including while temporarily stationary because of traffic, traffic control device, or other temporary delays. Driving would not include operating a CMV when the driver has moved the vehicle to the side of, or off, a highway and has halted in a location where the vehicle can remain stationary.

Exemption: The regulations and this policy do not prevent drivers of commercial motor vehicles from using a hand held mobile phone to communicate with law enforcement or other emergency services if necessary.

**Acknowledgement**

I acknowledge that I have received a written copy of the cell phone and distracted driving policy. I fully understand the policy and agree to abide by the terms, and that I am willing to accept the consequences of failing to follow the policy.

_____          4/12/2021
Independent contractor Signature                        Date

316Towing_00051

## Driver's Agreement with 316 Towing and Road Service

1. Driver should remain professional with staff and customers, please remain respectfull at all times

2. Driver cannot smoke in the truck, truck must be clean at all times (Wash and vacume provided)

3. Being late and leaving early is not excusible on a regular basis, continuing will result in a write up

4. Drivers should only purchase fuel with cards " Ingles, QT, Kroger, Racetrack"

5. Driver should return trucks as they are recieved at the ining of your shift

6. Driver is responsible for fuel and eqipment reciepts

7. For requested days off driver must give at least one week notice, 30 day notice about vacation

DRIVER'S SIGNATURE _____

1

316Towing_00052

## To: ALL D.O.T. and CDL

## Driver's Daily Log Compliance

### Acknowledgement

**I hereby acknowledge receipt of a copy of 316 Towing and Road Service, Inc Driver's Daily Log Compliance Policy. I am further aware that I must keep an updated medical card on my person when driving or operating vehicles over 10,000 GVW.**

Independent Contractor's Printed Name: *Brent A. Johnson*

Independent Contractor's Signature: *Brent A. Johnson*

Date: *4/12/2021*

316Towing_00053

# NO RIDER POLICY

Unless specifically authorized in writing to do so by **316 Towing and Road Service** under whose authority the commercial motor vehicle is being operated, no driver shall transport any person or permit any person to be transported in any vehicle of the motor carrier.

The ONLY authorized passengers that may be allowed are defined as follows:

1.   The other driver in a driving team contracted to motor carrier

2.   Another contracted driver of the motor carrier as directed by motor carrier's dispatch person.

## ALL OTHER PERSONS ARE UNAUTHORIZED AND ARE STRICKLY FORBIDDEN TO BE IN ANY TRACTOR.

Any non-contracted driver caught with an unauthorized passenger may be suspended for one (1) week or their contract may be terminated.

Any contracted driver caught with an unauthorized passenger may have their contract terminated.

Independent Contractor's Acknowledgement:

I have read and completely understand the NO-RIDER POLICY. I agree to follow all guidelines as set forth in this policy.

Executed at Winder, Georgia on _Brent A. Johnson_.

**For 316 Towing and Road Service**                    INDEPENDENT CONTRACTOR

_____           _____

By: Authorized Agent                                   By: Authorized Agent

316Towing_00054

# PTI - PRE TRIP INSPECTION

Driver needs to do it every morning when starting the logbook

There are 4 main things that driver should check during his PTI

1) Oil level - very important

2) Coolant level

3) Tires (check with hammer) - the most pricey category for our company, where we spent the most. Make sure you have the hammer and the gauge in the truck. If the sound is not right when slamming the tires, only then use the gauge to measure the PSI (normal PSI for steer tires - 110 PSI, all others - 100 PSI). The only reason the tire can blow out is because of the low PSI for a continuous period of time driving on it.

4) Tire Seals (visually check for any kind of leaks around the tires)

DATE
NAME
SIGNATURE OF ACKNOWLEDGEMENT

5/24/2021
Brent A. Johnson
*Brent A. Johnson*

316Towing_00055

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

DUSTIN HYDE, individually and
on Behalf of All Other Similarly
Situated

Plaintiff,

v.

316 TOWING & ROAD
SERVICE, INC., and MAKSIM
LISOVSKIY

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action File No: 2:22-cv-103-
RWS

### PLAINTIFF BRENT JOHNSON'S RESPONSES TO DEFENDANTS' FIRST INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION

Plaintiff Brent Johnson ("Plaintiff") by and through his attorney Josh Sanford of

Sanford Law Firm, PLLC, hereby submits his Answers to Defendants' First Set of

Interrogatories and Requests for Production of Documents, and states as follows:

### INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify the individual(s) who participated in

answering these interrogatories, and for each, identify the individual's relationship to you.

**ANSWER NO. 1:** Plaintiff with the assistance of Counsel.

**INTERROGATORY NO. 2:** Please identify every entity, individual, or organization

(including yourself and companies you own) for whom you have performed work in

exchange for compensation as either an employee, officer, partner, owner, or

Page 1 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production



EXHIBIT
4

independent contractor since June 1, 2019.  For each entity, individual, or organization, provide:

      (a) The telephone number, address, EEIN, and full legal name as it appears on any check stub, W-2, or 1099 you may have received;

      (b) The name, contact information, and address of any individual who either supervised, managed, or otherwise directed the work you performed;

      (c) The time periods during which you performed work, including the beginning and end dates of your employment or engagement for each;

      (d) A description of the payment and timekeeping practices relevant to the work you performed, including whether such work was paid on an hourly, salaried, per-job, or piecemeal basis;

      (e)  A description of any programs, software, apps, documents, or records that were used to log or track work performed; and

      (f) A description of the manner of any and all work that you performed, including job descriptions, locations, whether the work was performed remotely or on-site, and your specific duties.

**ANSWER NO. 2:** Objection. This Interrogatory is overbroad and seeks information that is not relevant to the extent that it requests information beyond the scope of the time Plaintiff worked for Defendants.

Regarding the requested information that is within the time Plaintiff worked for Defendants, Defendants already have the information or is more easily accessible by Defendants. Additionally, Plaintiff states as follows: Although I did have a business entity

Page 2 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

open under the name Relief Roadside Services, LLC, I didn't perform work for it while employed with Defendants.

**INTERROGATORY NO. 3:** For each workweek from June 1, 2019 through June 1, 2022 that you claim you performed more than 40 hours of work for 316 Towing and for which you allege you were not properly compensated under the Fair Labor Standards Act, state the precise number of hours you claim you worked. For each week for which you cannot give a precise number, state why you are unable to do so. Your answer should be organized by providing responsive information for each separate workweek.

**ANSWER NO. 3:** Objection. This Interrogatory is unduly burdensome because Defendants are legally responsible for maintaining records of hours worked. The Supreme Court established the standard of proof for an award of back wages in FLSA cases where an employer has kept inadequate or inaccurate records in *Anderson v. Mt. Clemens Pottery Co.,* 328 U.S. 680, 686-88 (1946). In that case, the Court held that when an employer has failed to keep adequate or accurate records of employees' hours, employees should not effectively be penalized by denying them recovery of back wages on the ground that the precise extent of their uncompensated work cannot be established. *Id.* at 687; *see Reich v. S. New England Telecomm. Corp.*, 121 F.3d 58, 69 (2d Cir. 1997); *Dove v. Coupe*, 759 F.2d 167, 174 (D.C. Cir. 1985). Specifically, the Supreme Court concluded that where an employer has not maintained adequate or accurate records of hours worked, an employee need only prove that "he has in fact performed work for which he was improperly compensated" and produce "sufficient evidence to show the amount and extent of that work as a matter of just and reasonable inference." *Mt. Clemens*, 328 U.S. at 687. Once the employee establishes the amount of uncompensated work as a

Page 3 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

matter of "just and reasonable inference," the burden then shifts to the employer "to come forward with evidence of the precise amount of work performed or with evidence to negate the reasonableness of the inference to be drawn from the employee's evidence." *Id.* at 687-88.  If the employer fails to meet this burden, the court may award damages to the employee "even though the result be only approximate." *Id.* at 688.

In this case, Plaintiff does not know if Defendants kept records of hours worked by Plaintiff.  If Defendants did not keep such records, Plaintiff is entitled to prove his damages under the just and reasonable inference standard enunciated in *Mt. Clemens.*

Regarding Plaintiff's hours worked during his employment with Defendants, Plaintiff states as follows: I worked about 60 hours per week except for times when they sent me a job late in the evening which would require me to stay longer. It would vary on how long it would take me depending on how far it was and how long it took to complete the job, but the latest it went was 9:30 and 10. I worked 5 day a week. I would start at 8am and was supposed to end at 8pm unless I got a call at 7:30 or 7:45. I always worked over 40 hours. I started March or April 2021.

**INTERROGATORY NO. 4:** For each workweek from June 1, 2019 through June 1, 2022 that you claim you performed more than 40 hours of work for 316 Towing and for which you allege you were not properly compensated under the Fair Labor Standards Act, describe every physical location from which you performed work for 316 Towing and the number of total hours spent at each location.  For time spent at roadside or otherwise unknown locations while assisting 316 Towing customers, you may state "assisting customer" instead of providing an exact physical location. For time spent in transit, you

Page 4 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

may specify "in transit" or "commuting" instead of providing an exact physical location. For each week for which you cannot give a precise number, state why you are unable to do so. Your answer should be organized by providing responsive information for each separate workweek.

**ANSWER NO. 4:** Objection. This Interrogatory is unduly burdensome in that it seeks discovery of information that is already in possession of Defendants and that is not reasonable to retain in normal personal records or memory. Defendants may access this information as easily, or more easily, than Plaintiff by reviewing Defendants' own records.

Regarding information in Plaintiff's possession, Plaintiff states as follows: The locations I worked in would vary. Decula, Winder, Beaufort, Athens, Statham, Bethlehem, Auburn, Lawrenceville, Deluth, Flowering Branch, Snellville, Loganville, Stone Mountain, Tucker, Johns Creek, Aleharecta, and Commerce were the main cities in Georgia I worked in. The time it would take at each location was about 15-20 minutes, but it could take an hour depending on the situation. There were times when the information I received was incorrect, so I would have to confirm with 316 and the customer, the correct information which would extend the time it would take. The time in transit was 10-20 minutes minimum but the maximum could be an hour or more.

**INTERROGATORY NO. 5:** Please describe in detail the process by which you were hired or began working for 316 Towing, including detailed descriptions of all conversations, meetings, documents, training materials, offers, benefits information, protocols, handbooks, or agreements that were exchanged between you and any employee or representative of 316 Towing prior to and within the first two weeks of beginning work for 316 Towing.

Page 5 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**ANSWER NO. 5:** This Interrogatory seeks discovery of information that is already in possession of Defendants. Defendants may access this information as easily, or more easily, than myself by reviewing Defendants' own records. Regarding details about the process by which I was hired or began working for 316 Towing, here is what I remember. Prior to working for them, I already had prior experience, so there wasn't any training since I had the knowledge already. There was a meeting with Eli with the manager at 316. I gave him my background and experience then he gave me a massive amount of paperwork to fill out. While filling it out I realized a lot of it was for the trailer hitch business that was part of MMM Express. 316 is a branch of that. I took home all of the paperwork since it was so much then returned it a couple days afterwards. They had me in tow truck the same day or day after I gave my paperwork. About 3 or 4 months after I was hired, we were called in to fill out more paperwork that involve MMM Express, which dealt with how drivers were paid and tax documents. There was so much that didn't involve the job duties I was dealing with as a tow truck driver

**INTERROGATORY NO. 6:** Please identify each cellular phone, smartphone, smartwatch, and any other mobile telecommunication device that you have used to transmit or receive communications, including phone calls, text messages, emails, or other app-based notifications, for or on behalf of any business or organization, including those which you own or have an interest in, since June 1, 2019. For each, please provide the make, model, date acquired, any assigned telephone number, and the name of any entity or individual who supplied or paid for the device or cellular service at any point in time.

Page 6 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**ANSWER NO. 6:** Objection. This Interrogatory is overbroad and seeks information that is not relevant to the extent that it requests information beyond the scope of the time Plaintiff worked for Defendants.

Regarding each cellular phone, smartphone, smartwatch, or any other mobile telecommunication device Plaintiff did use during Plaintiff's employment with Defendants, Plaintiff states as follows: I only used my personal cell phone to communicate with management and other drivers. We would use TowBook to receive and complete jobs and used WhatsApp to communicate with managers and other drivers. My number was ███████████. It was an iPhone.

**INTERROGATORY NO. 7:** For each Request for Admission that you have denied, please describe in detail, and not in summary fashion, the factual bases supporting your denial.

**ANSWER NO. 7:** Objection. Plaintiff objects to this Interrogatory to the extent that it seeks information protected by Attorney-Client Privilege and/or the Attorney Work-Product Doctrine. Furthermore, Plaintiff objects to this Interrogatory as duplicative in that in Plaintiff's corresponding Responses to any such Request for Admission(s) that Plaintiff denied, Plaintiff described in detail which aspects of the Request were denied and why. Please see Plaintiff's Response to Defendants' First Set of Requests for Admission.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:** Any and all documents that you believe support the allegations asserted by you in the First or Second Claim for Relief of your Complaint.

Page 7 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**RESPONSE NO. 1:** Most responsive documents relevant to this Request are in Defendants' possession or are more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, please see attached.

**REQUEST FOR PRODUCTION NO. 2:** Any and all documents relating to the allegation in Paragraphs 22, 27, 28, 72, 83, and 85 of the Complaint.

**RESPONSE NO. 2:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 3:** Any and all documents relating to your claim for damages and other relief, including but not limited to all documents relating to the claim for damages set forth in the Prayer for Relief of the Complaint and your Initial Disclosures.

**RESPONSE NO.3:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, please see attached.

**REQUEST FOR PRODUCTION NO. 4:** Any and all documents relating to any admission you contend 316 Towing or Lisovskiy has made at any time from June 1, 2019 through the present in relation to any of the allegations of the Complaint.

**RESPONSE NO. 4:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

Page 8 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**REQUEST FOR PRODUCTION NO. 5:** Any and all documents evidencing or relating to any facts you believe or contend refute or contradict any of Defendants' defenses, as asserted in their Answer.

**RESPONSE NO. 5:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 6:** Any and all documents or exhibits that you intend to reference, rely upon, or introduce into evidence at the trial of this Suit.

**RESPONSE NO. 6:** Objection. This Request is unduly burdensome in that it seeks to have Plaintiff marshal all his evidence prior to the end of discovery. Regarding documents that Plaintiff does intend to reference, rely upon, or introduce into evidence at trial, please see Plaintiff's Initial Disclosures and any documents produced in Plaintiff's responses to Defendants' First Set of Requests for Production of Documents.

**REQUEST FOR PRODUCTION NO. 7:** Any and all documents relating to each expert you intend to call as a witness at trial in this Suit, including but not limited to documents and communications sent to or received from each expert, resumes, curriculum vitae, oral or written reports, and any supporting data or information.

**RESPONSE NO. 7:** No expert witnesses have been identified at this time. Plaintiff does not intend to rely on expert witnesses; however, if and when any are identified, Plaintiff will timely supplement this Response.

**REQUEST FOR PRODUCTION NO. 8:** All affidavits, sworn statements, notes, and other documents sent to, received from, or otherwise relating to any person you intend to

Page 9 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

call as a witness at trial, either in person, through deposition testimony, or through an affidavit regarding any claim or defense in this Suit.

**RESPONSE NO. 8:** Objection. This Request seeks information that is protected by the Attorney Work-Product Doctrine to the extent that it requests unfiled written statements, opt-in forms, consent to join forms, and/or declarations which Plaintiff's attorneys may have drafted or may draft and to the extent that it otherwise requests witness statements to Plaintiff's counsel.

Regarding any affidavits, sworn statements, notes or other documents, any affidavits or sworn statements which Plaintiff intends or decides to rely on in support of any motion will be filed and therefore provided to Defendants. To the extent Plaintiff would rely on such documents at trial, Plaintiff will produce them pursuant to these Requests or otherwise in accordance with the Federal Rules of Civil Procedure. Plaintiff has no responsive documents or statements from third-parties pursuant to subpoenas and/or FOIA requests, or otherwise, but will provide such documents if any are obtained.

**REQUEST FOR PRODUCTION NO. 9:** Any and all documents that you referred to, relied upon, consulted, or used in any way to draft the Complaint, your Initial Disclosures, or your response to Declaration of Brent Johnson.

**RESPONSE NO. 9:** Please see Hyde000001-000078 produced in Plaintiff's Initial Disclosures.

**REQUEST FOR PRODUCTION NO. 10:** Any and all documents or communications between you and any person or entity (other than your attorney) from June 1, 2019 through present, relating to the allegations in the Complaint, including but

Page 10 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

not limited to correspondence, emails, handwritten notes, memos, recordings, journal entries, and communications with any government agency.

**RESPONSE NO. 10:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 11:** Any and all documents you obtained from any person or entity from June 1, 2019 through present relating to the allegations in the Complaint, including but not limited to any written statements, affidavits, declarations, sworn statements, notes, sworn testimony, documents obtained by subpoena, documents received in response to Freedom of Information Act (FOIA) requests, and documents received from any government agency.

**RESPONSE NO. 11:** Objection. Plaintiff restates and reincorporates Response No. 8 hereto.

**REQUEST FOR PRODUCTION NO. 12:** Any and all social media postings or communications relating to the allegations in the Complaint, including but not limited to postings on Facebook, LinkedIn, Twitter, YouTube, Instagram, Snapchat, WhatsApp, Reddit, blogs, wikis, and other social media sites.

**RESPONSE NO. 12:** Objection. This Request is unduly burdensome in that it requests that Plaintiff produce social media postings or communications relating to the allegations in the Complaint not within Plaintiff's own knowledge or possession. Plaintiff cannot reasonably be expected to locate, examine and produce social media postings or communications relating to the allegations in the Complaint that individuals other than Plaintiff possess without knowledge of such items.

Page 11 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

Regarding social media postings or communications that Plaintiff may have knowledge of, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 13:** Any and all documents relating to any contracts, agreements, or correspondence in connection with your working relationship with either 316 Towing or Lisovskiy, including but not limited to any compensation or employment agreement or contract for tow truck services, onboarding documents, waivers, manuals, handbooks, training materials, or other written documents from 316 Towing characterize the work you performed or your working relationship with 316 Towing.

**RESPONSE NO. 13:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 14:** Any and all documents relating to any work you performed for 316 Towing, relevant to any claim or defense in this Suit, at any time from June 1, 2019 through June 1, 2022, in exchange for any form of compensation, including but not limited to invoices for tow truck services provided, days and hours worked, shift schedules, calendars, Towbook records, uniforms, safety meetings, routes, store visits, use of electronic devices, product promotions, tips, badges, sales, training, new products, contests, product pricing, customers, paychecks, compensation records, inspection reports, and schedule for completion of work.

**RESPONSE NO. 14:** Plaintiff restates and reincorporates Response No. 1 hereto.

**REQUEST FOR PRODUCTION NO. 15:** Any and all documents relating to any benefits offered or provided to you by 316 Towing or Lisovskiy at any time from June 1,

Page 12 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

2019 through present, including but not limited to pension, 401k, profit sharing, stock options, health insurance, life insurance, dental benefits, disability insurance, workers' compensation coverage, unemployment insurance, malpractice insurance, payment of professional dues, fees, or continuing education, reimbursement of moving expenses, business expenses, or tuition, paid time off, paid vacation, and paid sick leave.

**RESPONSE NO. 15:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 16:** Any and all documents relating to any expenses you incurred at any time from June 1, 2019 through June 1, 2022 in connection with the work you performed for 316 Towing, including but not limited to mileage, vehicle maintenance and repair, tools, equipment, supplies, meals, travel, uniforms, professional licenses and certifications, attendance at conferences and seminars, tuition, cell phone, fax, postage, and home office.

**RESPONSE NO. 16:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 17:** Any and all documents relating to your efforts to obtain employment or compensation in exchange for work or services at any time from June 1, 2019 through June 1, 2022, including but not limited to all versions of your resume, applications for employment, cover letters, reference letters, job inquiries, offers of employment, employment agreements, contracts, bids, proposals, job

Page 13 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

advertisements and postings, termination notices, resignation notices, rejection letters, and any other communications with any prospective employer or customer.

**RESPONSE NO. 17:** Objection. This Request seeks information that goes beyond the scope allowed by Rule 26 and has no importance to resolving the issues in this case or establishing any claims or defenses. In *Smith v. FracTech Services, LLC*, the court held, over the defendant's objection, that the plaintiffs' places of employment other than the defendant should be excluded as irrelevant and unfairly prejudicial. 2011 U.S. Dist. LEXIS 3165, *117-118 (E.D. Ark. Jan. 11, 2011). The same reasoning applies here. This lawsuit does not have anything to do with any of Plaintiff's experiences at places of employment other than with Defendants or Plaintiff's compensation after Plaintiff's employment with Defendants ended.

Additionally, this Request is overbroad and seeks information that is not relevant to the extent that it requests information beyond the scope of the time Plaintiff worked for Defendants.

**REQUEST FOR PRODUCTION NO. 18:** Any and all documents relating to any business, partnership, limited liability company, corporation, sole proprietorship, nonprofit, joint venture, or other entity you have been employed by, owned, served as an officer for, held a stake in, or performed work for in exchange for compensation at any time from June 1, 2019 through June 1, 2022, including but not limited to business logos, business cards and letterhead, documents filed with local, state, or federal governments, documentation of assets, business entity formation and dissolution documents, licenses, customer reviews, referrals and recommendations, offer letters, employment agreements or contracts, independent contractor arrangements, consulting agreements, bills,

Page 14 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

invoices, paychecks, paystubs, websites and social media accounts, advertising, business directory listings, insurance coverage, including but not limited to general liability and workers' compensation, receipts, settlement payments, statements of work, W2s, Form 1099s, IRS Schedule C, social security benefits, disability benefits, unemployment insurance benefits, workers' compensation benefits, employer identification numbers (EIN or FEIN), building and equipment leases, annual reports, bank accounts, business expenses, mileage logs, loans and other forms of financial assistance, and claims, charges, grievances, or complaints made by or against each such entity.

**RESPONSE NO. 18:** Objection. This Request is overbroad and seeks information that is not relevant to the extent that it requests information beyond the scope of the time Plaintiff worked for Defendants.

In regard to the time Plaintiff did work for Defendants, Plaintiff objects to this Response to the extent that it seeks information that goes beyond the scope allowed by Rule 26 and has no importance to resolving the issues in this case or establishing any claims or defenses. In *Smith v. FracTech Services, LLC*, the court held, over the defendant's objection, that the plaintiffs' places of employment other than the defendant should be excluded as irrelevant and unfairly prejudicial. 2011 U.S. Dist. LEXIS 3165, *117-118 (E.D. Ark. Jan. 11, 2011). The same reasoning applies here. This lawsuit does not have anything to do with any of Plaintiff's experiences at places of employment other than with Defendants or Plaintiff's compensation after Plaintiff's employment with Defendants ended.

Page 15 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**REQUEST FOR PRODUCTION NO. 19:** Any and all documents in which you characterize your working relationship with 316 Towing and/or Lisovskiy, including but not limited to loan and credit applications, resumes, online profiles, and leases.

**RESPONSE NO. 19:** Objection. Plaintiff objects to this Request to the extent that it is axiomatic under the FLSA that mere titles and treatment are insufficient to determine a worker's employee status, but rather courts must examine the economic reality of the worker's relationship to the business. *Tony & Susan Alamo Found. v. Sec'y of Labor*, 471 U.S. 290, 301 (1985) (citing *Goldberg v. Whitaker House Co-op, Inc.,* 366 U.S. 28, 33 (1961)).

**REQUEST FOR PRODUCTION NO. 20:** Any and all emails, letters, facsimiles, text messages, social media messages, direct messages, or other communications between you and (i) 316 Towing, (ii) Lisovskiy, or (iii) any other independent contractor or employee of 316 Towing.

**RESPONSE NO. 20:** Objection. This Request is overbroad and seeks information that is not relevant and that can only be used for a fishing expedition against Plaintiff to the extent that it seeks all emails, letters, facsimiles, text messages, social media messages, direct messages or other communications between Plaintiff and 316 Towing, Lisovskiy or any other independent contractor or employee of 316 Towing, regardless of whether the communications themselves relate to the allegations in this case. The information requested is not proportional to the needs of this case because any communications between Plaintiff and 316 Towing, Lisovskiy or any other independent contractor or employee of 316 Towing are of no importance to resolving the issues in this case or establishing any claims or defences unless they relate to the allegations in the

**Page 16 of 25**
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS**
**Plaintiff Brent Johnson's Answers and Responses to Defendants'**
**First Set of Interrogatories and Requests for Production**

Complaint.

An earlier version of Rule 26 contained language referring to "information reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1) (amended 2015). This language was not intended to define the scope of discovery, but because it was incorrectly used in that way, it was removed in 2015. Fed. R. Civ. P. 26 advisory committee's notes note the 2015 amendment. This change was "intended to send a signal to district judges to become more hands-on in the process of regulating—mostly limiting—discovery on relevance grounds alone." *Kennicott v. Sandia Corp.*, 327 F.R.D. 454, 467 (D.N.M. 2018).

While some older cases may reference or quote the old rule, such cases cannot be persuasive where their reasoning is based on deleted language. *ArcelorMittal Ind. Harbor LLC v. Amex Nooter, LLC*, No. 2:15-CV-195-PRC, 2016 U.S. Dist. LEXIS 89117 (N.D. Ind. July 8, 2016). The standard now requires a party to show that the information sought is relevant to a claim or defense, and the old "reasonably calculated" language should be omitted entirely. *Reibert v. CSAA Fire & Cas. Ins. Co.*, No. 17-CV-350-CVE-JFJ, 2018 U.S. Dist. LEXIS 860 (N.D. Okla. Jan. 3, 2018). While the scope of discovery remains broad after the 2015 amendments, it does not authorize "fishing expeditions" where a party seeks discovery in hopes of finding evidence that it has no reason to believe exists. *Id*.

Regarding communications in Plaintiff's possession between Plaintiff and 316 Towing, Lisovskiy or any other independent contractor or employee of 316 Towing, Plaintiff has no responsive documents.

Page 17 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Please admit that you never sought input from Lisovskiy, personally, in accordance with your assertion in Johnson Decl. ¶ 7, August 26, 2022.

**ADMISSION NO. 1:** Deny. Denied to the extent that Plaintiff sent in information through Towbook to confirm towing and customer information.

**REQUEST FOR ADMISSION NO. 2:** Please admit that you have never been an employee of 316 Towing.

**ADMISSION NO. 2:** Deny. Denied to the extent that Plaintiff followed the usual path of employer-employee relationships; Defendants treated them as independent contractors only for tax purposes and for Defendants' convenience. Plaintiff did not have any professional input on the business and did not have any control over his schedule.

**REQUEST FOR ADMISSION NO. 3:** Please admit that you have never been an employee of Lisovskiy.

**ADMISSION NO. 3:** Deny. Denied to the extent that Plaintiff was never asked for input on any business decisions. Plaintiff did not financially invest in Defendants' business, share profits or losses in Defendants' business or set prices for services. Defendants' controlled Plaintiff's schedule and compensation for his hours worked.

**REQUEST FOR ADMISSION NO. 4:** Please admit that you have never been an independent contractor for Lisovskiy.

**ADMISSION NO. 4:** Admit.

**REQUEST FOR ADMISSION NO. 5:** Please admit that you were never required to perform work for 316 Towing outside of the State of Georgia.

Page 18 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**ADMISSION NO. 5:** Deny. Denied to the extent that there were times when Plaintiff had to drop off vehicles across state lines in South Carolina. The vehicle was on the interstate and the customer requested it to be towed across state lines.

**REQUEST FOR ADMISSION NO. 6:** Please admit that the time you spent answering calls, driving to and from customers, and performing roadside services for 316 Towing's customer was captured by a timekeeping software called "Towbook."

**ADMISSION NO. 6:** Deny. Denied to the extent that not all time spent answering calls, driving to and from customers and performing roadside services for 316 Towing's customers was captured by Towbook. Plaintiff performed jobs that did not come through Towbook and did not record time spent being "on-call".

**REQUEST FOR ADMISSION NO. 7:** Please admit that 316 Towing's records, which include data from Towbook, accurately capture all work that you performed for 316 Towing.

**ADMISSION NO. 7:** Deny. Denied to the extent Towbook did not record all work accurately, as some work was not sent through Towbook.

**REQUEST FOR ADMISSION NO. 8:** Please admit that you never performed more than 40 hours of work for 316 Towing in any given week between 2019 and 2022.

**ADMISSION NO. 8:** Deny. Denied to the extent that Plaintiff said he was averaging about 60 hours per week.

**REQUEST FOR ADMISSION NO. 9:** Please admit that you received additional compensation from 316 Towing for worked performed outside of your scheduled on-call period.

Page 19 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**ADMISSION NO. 9:** Deny. Denied to the extent that Plaintiff was only paid the salary assigned to him by Defendants'.

**REQUEST FOR ADMISSION NO. 10:** Please admit that you have been adequately compensated for all hours of work that you performed for 316 Towing.

**ADMISSION NO. 10:** Deny. Denied to the extent that Plaintiff was never paid overtime for any hours worked over 40 in a week.

**REQUEST FOR ADMISSION NO. 11:** Please admit that you have received at least $7.25 per hour in compensation for all hours of work performed for 316 Towing.

**ADMISSION NO. 11:** Deny. Denied to the extent that Plaintiff has not been able to examine Defendants' time and pay records to determine the amount per hour in compensation for all hours of work performed for 316 Towing.

**REQUEST FOR ADMISSION NO. 12:** Please admit that 316 Towing did not supervise the manner in which you performed work.

**ADMISSION NO. 12:** Deny. Denied to the extent that Defendants' used Towbook to track Plaintiff's location and time for jobs sent through Towbook to determine if he was on schedule for jobs he received.

**REQUEST FOR ADMISSION NO. 13:** Please admit that 316 Towing did not direct the manner in which you performed work.

**ADMISSION NO. 13:** Deny. Denied to the extent that Plaintiff was given jobs through Towbook and other means that he had to complete. He was told what jobs to do, the location to go for those jobs and did not have control over what customers were charged for Defendants' services.

**REQUEST FOR ADMISSION NO. 14:** Please admit that 316 Towing did not

Page 20 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

control the manner in which you performed work.

**ADMISSION NO. 14:** Deny. Denied to the extent that Towbook would have an ETA timer which would turn "red" which meant a job had gone over the estimated time. Plaintiff would sometimes receive a call from Eli, who would ask where Plaintiff was at and how much longer it would be before Plaintiff would arrive at a customer's location to complete a job.

**REQUEST FOR ADMISSION NO. 15:** Please admit that you completed and signed 316 Towing's "Pre-Contract Questionnaire."

**ADMISSION NO. 15:** Deny. Denied to the extent that Plaintiff does not remember ever seeing this document.

**REQUEST FOR ADMISSION NO. 16:** Please admit that you completed, initialed, and signed 316 Towing's "Independent Contractor and Lease Agreement."

**ADMISSION NO. 16:** Admit in part, deny in part. Denied in part to the extent that Plaintiff does not remember signing "Independent Contractor and Lease Agreement", admitted in part to the extent that Plaintiff does remember signing a document that contained independent contractor language.

**REQUEST FOR ADMISSION NO. 17:** Please admit that you agreed in writing that any dispute arising from the terms of the Independent Contractor and Lease Agreement would be submitted to mediation followed by binding arbitration.

**ADMISSION NO. 17:** Deny. Denied to the extent that Plaintiff doesn't remember seeing anything like this in any agreement he signed.

Page 21 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**REQUEST FOR ADMISSION NO. 18:** Please admit that you never signed any contract or other agreement with Lisovskiy, personally, including but not limited to any compensation or employment agreement or contract for your tow truck services.

**ADMISSION NO. 18:** Admit.

**REQUEST FOR ADMISSION NO. 19:** Please admit that you never worked as a tow truck driver for Lisovskiy, personally.

**ADMISSION NO. 19:** Deny. Denied to the extent that Plaintiff was given jobs that came from Defendant Lisovskiy. Defendant Lisovskiy sent these jobs through his manager Eli, who would send them to Plaintiff through Towbook. These jobs included picking up a representative of MMM Express and picking up relatives of Defendant Lisovskiy.

**REQUEST FOR ADMISSION NO. 20:** Please admit that you were never paid by Lisovskiy, personally.

**ADMISSION NO. 20:** Admit in part and deny in part. Admitted in part to the extent that Defendant Lisovskiy never handed checks to Plaintiff personally, denied in part to the extent that all checks Plaintiff received had Defendant Lisovskiy's signature on them.

**REQUEST FOR ADMISSION NO. 21:** Please admit that Lisovskiy, personally, neither hired nor fired you.

**ADMISSION NO. 21:** Admit in part, deny in part. Admitted in part to the extent that Defendant Lisovskiy did not personally offer the job to Plaintiff, denied to the extent that Defendant Lisovskiy was consulted and had final say on whether Plaintiff was hired.

Page 22 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**REQUEST FOR ADMISSION NO. 22:** Please admit that Lisovskiy, personally, neither supervised nor controlled your work schedule, duties, protocols, applications, or assignments with 316 Towing.

**ADMISSION NO. 22:** Deny. Denied to the extent that Plaintiff believes Defendant Lisovskiy had final say over any decisions made by Manager Eli regarding work schedule, duties, protocols, applications or assignments with 316 Towing.

**REQUEST FOR ADMISSION NO. 23:** Please admit that Lisovskiy, personally, never maintained your payroll records.

**ADMISSION NO. 23:** Plaintiff has insufficient information and knowledge regarding whether Defendant Lisovskiy personally maintained Plaintiff's payroll records, therefore deny.

**REQUEST FOR ADMISSION NO. 24:** Please admit that, during the time that you were scheduled to be on-call, you were not required to report to an office.

**ADMISSION NO. 24:** Admit.

**REQUEST FOR ADMISSION NO. 25:** Please admit that during the time that you were scheduled to be on-call, you would spend at least part of your on-call period at home or engaged in personal activities.

**ADMISSION NO. 25:** Deny. Denied to the extent that Plaintiff waited in the tow truck to receive the next job from 316 Towing.

**REQUEST FOR ADMISSION NO. 26:** Please admit that during at least part of the time you were scheduled to be on-call, you would perform work for another company or individual from a computer.

Page 23 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**ADMISSION NO. 26:** Deny. Denied to the extent that Plaintiff did not work for another company or individual while employed for Defendants.

**REQUEST FOR ADMISSION NO. 27:** Please admit that during at least part of the time you were scheduled to be on-call, you would attend to personal responsibilities and errands.

**ADMISSION NO. 27:** Deny. Denied to the extent that Plaintiff would only take personal time to eat while on-call.

**REQUEST FOR ADMISSION NO. 28:** Please admit that you frequently rejected calls from potential clients during the time that you were scheduled to be on-call.

**ADMISSION NO. 28:** Deny. Denied to the extent that Plaintiff did not frequently reject calls from potential clients during the time he was scheduled to be on-call. Plaintiff only rejected calls when Plaintiff decided there were unsafe conditions for the job.

**REQUEST FOR ADMISSION NO. 29:** Please admit that 316 Towing never disciplined or threatened to terminate you for rejecting a request from a potential customer.

**ADMISSION NO. 29:** Deny. Denied to the extent that Plaintiff was threatened with discipline, which equated to a reduction in pay, if he rejected a request from a potential customer.

**REQUEST FOR ADMISSION NO. 30:** Please admit that you never raised objections to 316 Towing that the compensation you received was inadequate for the amount of work you performed.

**ADMISSION NO. 30:** Admit.

Page 24 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

**REQUEST FOR ADMISSION NO. 31:** Please admit that you never raised objections to 316 Towing concerning your classification as an independent contractor.

**ADMISSION NO. 31:** Admit.

<div style="margin-left: 40%;">

Respectfully submitted,

**DUSTIN HYDE, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

</div>

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing was served via email on January 17, 2023, to the attorneys listed below:

Jeremy R. Handschuh, Esq.
Amanda I. Elliott, Esq.
MITCHELL-HANDSCHUH LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
Telephone: (404) 262-9488
Facsimile: (404) 231-3774
jeremy@m-hlawgroup.com
amanda@m-hlawgroup.com

<div style="margin-left: 45%;">

*/s/ Josh Sanford*
**Josh Sanford**

</div>

Page 25 of 25
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Brent Johnson's Answers and Responses to Defendants'
First Set of Interrogatories and Requests for Production

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**DUSTIN HYDE, Individually and on**                                   **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                   No. 2:22-cv-103-RWS

**316 TOWING & ROAD SERVICE, INC.,**                              **DEFENDANTS**
**and MAKSIM LISOVSKIY**

## VERIFICATION

I, Brent Johnson, verify under penalty of perjury that the factual information

contained in the foregoing Answers to Defendants' First Set of Interrogatories is true and

correct to the best of my knowledge, information and belief.

Executed on January 16, 2023.

_____
**BRENT JOHNSON**

## INDEPENDENT CONTRACTOR AND LEASE AGREEMENT

This Independent Contractor Agreement is made between 316 Towing and Road Service (hereinafter referred to as "Carrier") and _____ *Brant N Johnson* _____, (hereinafter referred to as "Contractor").

WHEREAS, Carrier is a for-hire motor carrier operating in interstate commerce and subject to the rules and regulations of the Federal Motor Carrier Safety Administration, the U.S. Department of Transportation, and other federal and state agencies; and

WHEREAS, Contractor is a (check where applicable): (1) A Sole Proprietorship ☒; (2) Limited Liability Corporation or Partnership ☐; or (3) A Corporation ☐ which owns or leases the equipment identified in Appendix A attached hereto; and

WHEREAS, the parties desire to enter an independent contractor relationship and lease agreement in accordance with applicable law;

NOW, THEREFORE, the parties agree as follows:

This Agreement shall govern the lease of equipment identified on Appendix A with driver by Contractor to Carrier for the continuing performance of a series of separate transportation contracts, the payment for which shall be determined in accordance with the agreed compensation set forth in Appendix B.

1. **Compliance with Federal Statutes and Regulations.** The parties acknowledge and agree that this contract is governed by Federal Regulation, to wit: 49 C.F.R. 376 and it is the intent of the parties that this Agreement fully comply with such regulations without creating indicia of control which would otherwise frustrate the intent of the parties to create an independent contractor relationship. See 49 C.F.R. 376.12(c)(4).

Accordingly, the parties agree as follows:

A. Carrier shall exercise that level of dominion and control over the leased equipment required by Federal Motor Carrier Safety Regulations including the execution of an original and 2 copies of this Lease by the parties with a copy or notice of this Lease to be kept on the equipment during its term in accordance with 49 C.F.R. 376.11(a) and 49 C.F.R. 376.12(l).

B. Receipts specifying the identity of the equipment and stating the date and time possession is transferred shall be issued in the form set forth in Appendix C in the time and manner as required by 49 C.F.R. 376.11(b).

C. During the period of the Lease, Carrier shall identify the equipment in accordance with FMCSA requirements found at 49 C.F.R. 390.21 and Contractor warrants that it will immediately execute a receipt for return of the equipment as provided for in Appendix C, and remove or submit for removal all identification that the equipment is operated subject to the safety duties and obligations of Carrier. Within five calendar days of termination of the lease,

Initial Here: *BNJ*

EXHIBIT

5

Contractor shall return to Carrier by mail or in person all identification devices, other than those painted directly on the equipment, as well as the executed receipt. Carrier may withhold final payment to Contractor, pursuant to 49 C.F.R. 376.12(f) until this requirement is complied with.

D.      Records of Equipment.  Carrier shall keep records covering each separate job or trip for which Contractor's services are retained in accordance with 376.11(d).  Contractor warrants that it will instruct its driver to issue, obtain and carry while in transit bills of lading covering each trip which identify the lading and indicating the point of origin, the time and date of departure, the point of final destination, and confirm that the transportation is provided under the responsibility of Carrier.

E.      Contractor warrants that it is the title holder or has equitable ownership of the leased equipment in accordance with 49 C.F.R. 376.12(a).

F.      The Lease shall commence with the time of the giving of the receipt for possession and shall continue from month to month until terminated by either party in accordance with the termination provisions herein.

G.      To fulfill the exclusive possession and responsibilities of the regulations, the authorized Carrier shall have exclusive possession, control and use of the equipment for the duration of the lease and the concomitant safety duties imposed by the Federal Motor Carrier Safety Administration's regulations.  See 49 C.F.R. 376.12(c) and the safety regulations found at 49 C.F.R. 390-399.

H.      Contractor recognizes Carrier's regulatory duty to *inter alia* maintain driver qualification files, monitor driver's hours of service, conduct pre-employment and random drug and alcohol screening, verify equipment maintenance and repair, ensure proper securement, transport of freight in accordance with reasonable dispatch and highway restrictions governing the transportation of hazardous and overweight and over-dimensional loads.  Contractor certifies that it is familiar with these regulatory requirements, will so instruct its driver personnel in proper compliance and will indemnify and hold Carrier harmless from any breach by it or its employees of this duty or failure to offer reasonable cooperation.

I.      Calculation of Compensation.  Compensation set forth in Appendix B is based upon a percentage of the line haul revenue derived from each load or trip tendered by Carrier to Contractor and accepted for transport.  Line haul revenue shall be that amount reflected upon the rated freight submitted by Carrier to its customer for payment for the services rendered by Contractor and accordingly shall exclude charges paid to interline carriers, pickup and delivery fees for services not performed by Contractor, expenses for over-dimensional permits, escort service and accessorial charges not earned by line haul equipment or its drivers such as lumpers or rigging expenses.  Other expenses not attributable to the services rendered by Contractor shall also be excluded from line haul revenue.  In accordance with 49 C.F.R. 376.12(g), Carrier will give Contractor before or at the time of settlement a copy of the rated freight bill or computer-generated document containing the same information.  Upon request, Contractor may view other documents as required by regulation.  In addition to the agreed

Initial Here: _____

percentage of line haul revenue, Contractor shall receive 100% of any fuel surcharge, if any, collectible by Carrier as reflected on its rated freight bill.

      J.    Non-Reimbursable Expenses. For the consideration specified above, Contractor agrees to be solely responsible for the following additional expenses:

        (1)    Identification Devices. (At its expense upon termination of lease, Contractor removing identification devices, offering suitable evidence to Carrier that such devices have been removed, or submit the equipment to Carrier for its removal.)

        (2)    Cost of Fuel.

        (3)    Fuel Taxes.

        (4)    Permits of all types.

        (5)    Tolls, ferries, accessorial services, base plate and licenses.

        (6)    The hiring and settling of wages for its drivers and the payment of all employment taxes, worker's compensation insurance,

        (7)    The maintenance of all equipment in accordance with DOT standards.

        (8)    The payment of all operating expenses including Federal Highway Use Taxes, personal property taxes, fines incurred by it.

        (9)    Furnishing all tools, including tie-downs and load securement equipment, and safety equipment required by the DOT and/or FMCSA.

      (10)    Cost pertaining to the proper training and instruction of Contractor and its employees.

      (11)    Compatible on-board computer and tracing technology to meet Shipper's requirements. Attached hereto as Appendix D is a list of tools and other devices which Contractor is required to provide pursuant to this Agreement which can be purchased or rented to Contractor by Carrier for the fees stated therein. If Contractor elects to purchase or rent these items by executing the addendum in the place provided, the cost of same will be charged back to settlements until such time as the tool or device is returned in good condition, ordinary wear and tear excepted.

Initial Here: _BAJ_

(12) **Property Damage to Carrier's Trailer**. Contractor shall be responsible for any property damage to Carrier's trailer equipment or other equipment beyond ordinary wear and tear.

(13) **Fines for Oversize or Overweight Shipments**. Unless trailers are preloaded and sealed or containerized, Contractor or its employees shall be responsible for confirming that all lading is suitable for transportation in accordance with applicable weight and dimensional limitations imposed by in-transit states or authorized by special permits obtained for transportation of the shipment. Contractor shall be responsible for all fines, penalties and claims resulting from failure to comply with this obligation.

(14) With respect to fuel purchases set forth in Subparagraph 3 above, Contractor recognizes that Carrier is required by IFTA to file taxes governing fuel taxes for its services and accordingly agrees to purchase sufficient fuel within each state in which its equipment operates to assure payment of fuel taxes. Contractor agrees to provide Carrier with satisfactory proof of such purchases and to pay any applicable deficiency.

(15) With respect to base plates, if purchased in the name of Carrier, upon termination of the lease Carrier will transfer the plates to another unit if possible, crediting Contractor with any refund or credit it received. If Carrier is unable to transfer the plates to another unit, then no refund or credit will be due to Contractor.

(16) Detention time.

K. **Payment**. In accordance with 49 C.F.R. 376.12(f) Carrier agrees to pay Contractor within 15 days after submission of necessary delivery documents to secure payment from shipper and driver log books required by the U.S. DOT. Because the parties recognize that the U.S. DOT regulations now require the Carrier to maintain supporting documents including but not limited to trip reports, weight tickets, evidence of toll receipts and fees, as well as other documents, Contractor agrees to submit these additional documents with its settlement. If such documentation is not provided within 5 working days of Carrier's request, Contractor agrees to a settlement deduction of $50 per occurrence to reimburse Carrier for the administrative expense of re-requesting the documentation. I

L. **Chargeback Options**. Carrier shall be entitled to chargeback to Contractor and deduct from settlement the following: (1) all payments paid by Carrier for authorized advances and costs incurred by Carrier on behalf of Contractor as a result of Contractor's obligations enumerated in J above. In addition, any advance specifically confirmed in writing, the purchase of any goods or services from Carrier by Contractor as specifically authorized in this Agreement or otherwise and specifically enumerated fine or penalty may be deducted for the

Initial Here: *PAJ*

specific amount provided for herein or at Carrier's cost without markup.  Contractor will be afforded copies of documents necessary to determine the validity of any charge.

     M.    Products, Equipment or Services from Carrier.  Contractor is not required to purchase or rent any products, equipment or services from Carrier as a condition of entering this Lease.  Any product, equipment or service which Contractor elects to purchase shall be enumerated in Appendix D or by subsequent addenda.

     N.    Insurance.  Carrier has a legal obligation under federal statute to provide bodily injury and property damage insurance to the public for the use of the leased equipment pursuant to 49 U.S.C. 13906 during the term of this Lease.  Contractor agrees to carry non-trucking liability (so-called "deadhead and bobtail") insurance with a combined single limit of not less than $500,000 and will provide proof of such coverage to Carrier during the term of this Agreement.  Contractor further agrees that it is its sole duty to require and maintain at its expense worker's compensation insurance or other insurance required by the provision of any applicable employer's liability law on all drivers and any other employees required by Contractor or hired by Contractor to perform the services under this Agreement.  A certificate of worker's compensation will be furnished upon request.  If Contractor elects to obtain and if Contractor maintains that worker's compensation is not required due to statutory exemption, it will provide evidence of comparable occupational accident insurance and otherwise warrants that it will indemnify and hold harmless Carrier against any allegation of cut-through liability.

     If Contractor elects to purchase any insurances from sources available through Carrier, such coverage will be set forth in Appendix D and Carrier will provide Contractor with a copy of each policy upon request, providing to Contractor a certificate of insurance naming the insurer, the policy number, the effective dates, the amount of coverage, the cost to lessor and any deductible.

     O.    Cargo and Accident Deductible.  Notwithstanding any public liability insurance or cargo insurance maintained by Carrier, Contractor agrees to pay to Carrier an amount equal to the first $2500 of the expense incurred by Carrier and paid to it any cargo claimant or accident victim as a result of the negligence of Contractor or its employees in the performance of this contract.  Prior to any such deductions, Carrier shall provide to Contractor with a written explanation and itemization of any deductions for cargo or property damage made from any compensation of money owed to Contractor.

     P.    Notification Requirement.  Contractor further agrees to immediately notify Carrier of any potential cargo claim, accident, fine, citation or out-of-service order incurred by Contractor or its employees in order to ensure Carrier's compliance with its customer and safety obligations.

     If for any reason Contractor fails to return Carrier's equipment or remove placards within 24 hours of termination, Contractor acknowledges that Carrier may seek a writ of replevin and agrees to pay all attendant attorney's fees and costs as well as the cost of recovery incurred by Carrier in recovering its equipment and removing its placards.

Initial Here: _BAT_

Q.   Escrow of Funds.  The Contractor shall deposit with the Carrier a performance bond issued by a Surety Company approved by Carrier in the amount of $2,500.00 per vehicle, or at his option, may furnish in lieu thereof a $500.00 cash bond to guarantee the full, complete and competent performance of the Contractor's obligations under this contract. These obligations include the settlement of all accounts between Contractor, its employees or agents, and Carrier, reimbursement of authorized chargeback items, and the return of all regulatory agency permits, tags and identifications issued in the name of the Carrier and the Contractor upon expiration or termination of the Contract or upon the execution of a receipt for the equipment.

The Contractor shall receive notice through the settlement process of any transaction involving the escrow funds, to include any withdrawals or any other adjustments to the escrow account. Contractor shall have the right to an accounting for transactions involving the escrow fund at any time.  The Carrier shall compute interest on the escrow funds at least quarterly.  For purposes of calculating the balance of the escrow fund on which interest must be paid, the Carrier may deduct a sum equal to the average advance made to the Contractor during the period of time for which the interest is to be paid.  The interest rate that is to be applicable to said interest payments shall be set at a rate equal to the average yield or equivalent coupon issue yield on 13-week Treasury Bills as established in the weekly auction by the Department of Treasury at the beginning of each period for which interest is to be calculated.

If for any reason Contractor fails to return Carrier's equipment or remove placards within 24 hours of request, Contractor acknowledges that Carrier may seek a writ of replevin and agrees to pay all attendant attorney's fees and court costs as well as the cost of recovery incurred by Carrier in recovering its equipment and removing its placards.

Carrier shall return any remaining escrow funds to Contractor no later than 45 days from the date of termination.

R.   Impermissive Use of Equipment.  The parties contemplate that Contractor may use trailer equipment owned by Carrier to provide the contracted services.  Such equipment may be used without additional charge for the purpose of providing services for Carrier or with Carrier's express permission.  During the term of this Agreement, if Contractor moves or pulls Carrier's trailer from Carrier's terminal or other location without Carrier's authorization, Contractor will be assessed 15¢ per mile for the total number of miles and all other charges incurred in securing and returning such trailer subject to a minimum charge of $50 per day.

2.   Contractor Independence/Control of Operations.

A.   Federal and State Laws.  At all times, Independent Contractor shall remain solely responsible for payment of all federal and state taxes accruing as a result of its maintenance and use of the leased vehicle, retention and payment of driver personnel to perform services under this agreement.  Contractor warrants that it is familiar with and shall comply with all applicable employment laws and applicable taxes including and not limited to federal and state income tax, state worker's compensation, unemployment compensation taxes, and overtime

Initial Here: _BMT_

requirements which may be applicable. Contractor shall indemnify and hold Carrier harmless from these obligations.

To the extent not inconsistent with federal, state and safety regulations, including but not limited to hours of service requirements, highway speed limits and other restrictions, Contractor shall be free to set the method and time of performance for all delivery of loads accepted by it. The parties agree and understand that federal and state laws and regulations impose duties on carriers including the maintaining of records of Contractor operations, equipment maintenance, hours of service, reporting for state tax purposes all miles run by the vehicle as well as additional obligations imposed by Carrier's insurer whose federal filings are a prerequisite of operations. Contractor agrees to comply with these federal duties and statutes with respect to the equipment leased to Carrier and will provide all necessary supporting documents as required by law. Contractor warrants that it will only permit driver personnel to perform service under this Contract who have been credentialed and approved by Carrier in accordance to US DOT requirements.

B. **Customer-Specific Requirements.** The parties agree that in the performance of this contract, Carrier in its sole discretion will tender Contractor individual loads, subject to its equipment availability on a load-by-load basis. It is agreed that any load may have customer-imposed service requirements which will be conveyed to the Contractor at time of tender. Contractor agrees to accept or reject the load tender and is not subject to forced dispatch. In accepting the load, Contractor agrees to perform in accordance with any special ground rules imposed by the customer and further warrants that the expected service can be provided in a safe and non-negligent fashion in accordance with its drivers' available hours of service.

C. **Routes and Methods.** The parties agree that federal regulation requires a Carrier to be responsible for accounting for all miles run by the involved commercial vehicle while under lease and for the hours of service of the driver operating the leased vehicle, regardless of whether the truck is under dispatch. Notwithstanding these requirements, Contractor is free to select the routing for performing any dispatch consistent with state and federal highway speed limits, weight and other restrictions. Carrier will assist Contractor by providing practical routing information for its use. Contractor agrees to indemnify and hold harmless Carrier from any claim, fine, loss or damage which arises from the "deadhead or bobtail" use by it of the equipment.

Contractor agrees to indemnify and hold harmless Contractor from any claim, fine or assessment arising out of its failure to comply with the warranties and representations contained in this paragraph.

D. **Independent Contractor Status.** It is the intent of the parties for Contractor to retain the status of an independent contractor in business for federal and state law purposes. Carrier's control over Contractor shall be limited to that control required by federal and state statutes and regulations governing the conduct of motor carriers. Contractor shall train all of its driver personnel in accordance with U.S. DOT requirements and shall submit all driver personnel to Carrier for qualification, safety and training to the extent required by federal regulations. Neither Contractor nor its driver employees shall be required to attend other employment

Initial Here:

training meetings held by the company nor shall they be subject to the company employment manual.  Contractor shall have the right to substitute other qualified drivers to perform the services subject to Carrier's confirmation that Contractor's driver meets the driver qualifications established by the U.S. DOT and its insurers.

Contractor warrants that no driver will be used until the driver has been qualified by Carrier in accordance with federal safety requirements.  At all times, Contractor shall remain responsible for hiring and supervising his employees and for paying their salaries and all relevant taxes.  Contractor warrants compliance with all federal and state employment laws and shall indemnify and hold Carrier harmless from its failure to discharge such obligations.

Contractor shall at all times be free to set its hours of operations consistent with the federally imposed hours of service requirements and the scope of the work accepted and the customer's service expectations.  Contractor is free to work when and where it chooses and shall accept or reject work assignments on a load by load basis.  Contractor agrees to comply with any scope of work requirement imposed by the customer service conditions when accepting a job assignment but is otherwise free to schedule the order of its work.

Where shipper requires same and to facilitate efficient dispatch, Contractor agrees to provide electronic notification of its operating status including when equipment is loaded, unloaded or otherwise available to dispatch.  Otherwise no oral or written report other than the supporting documents and logs required by the DOT, bills of lading and shipping documents required by the customer for payments and fuel taxes as required by IFTA shall be required.

Contractor shall be solely responsible for furnishing the power equipment used to provide service and shall keep same in good repair in accordance with federal regulation and inspection requirements.  Contractor shall be solely responsible for the payments on the leased equipment on the subject equipment and shall have the right to make all crucial decisions with respect to the maintenance and operation of such equipment.

Consistent with the leasing regulations which require Carrier to have exclusive possession and control of the equipment, Contractor shall be free with notice to work for other carriers or customers.  When Contractor works for other carriers or customers, Contractor shall not operate under, or display, the placards or other identifying equipment of Carrier.  Contractor shall have the right to discharge any driver it employs at any time.  Contractor agrees that it shall reassign any driver which Carrier in its sole discretion determines is unqualified to comply with Carrier's federal imposed safety duties.

Contractor warrants as a condition of this contract that all equipment will be continually operated in accordance with U.S. DOT safety regulations in a non-negligent fashion.

Contractor shall accept work assignments on a job by job or load by load basis and agrees to comply with any ground rules or scope of work requirements established by the shipper as a service condition imposed on the work provided.  Carrier does not guarantee Contractor a profit or limit its profit margin for contracts performed.

Initial Here: _MMJ_

316Towing_00021

3.    Standard Operating Procedures.  Because Carrier's customers require on-board communication to track delivery times, confirm pickups and deliveries and obtain advice about in-transit conditions, Contractor agrees to obtain on-board communication devices compatible with Carrier's system.  Such equipment may be obtained and installed by Contractor in leased unit at its choosing.  If purchased or leased from Carrier, Contractor's decision will be reflected in Appendix D and deduction from settlement will be authorized.

Unless Contractor or its driver notifies Carrier to the contrary, for the parties' mutual benefit, Carrier will tender loads to Contractor's driver using such on-board communications in real time based upon the availability of shipments, the equipment, and notice provided electronically that the leased equipment is available for a new contract consistent with the driver's available hours of service and its location.  To facilitate these standard operating procedures, Contractor agrees to afford Carrier reasonable notice if its driver or unit is otherwise unavailable to accept additional loads.

4.    Contractors, Warranties, and Indemnification.  As consideration for entering into this agreement, Contractor warrants as follows:

   a.  that it is properly licensed and authorized to conduct its independent trade or business in accordance with local and state laws;

   b.  that it will comply with all federal, state, and local taxing authorities that are applicable to its trade or business and will pay all applicable withholding and employment taxes and insurance payments as they come due by reason of its retention of personnel to provide the contracted service;

   c.  that it will not accept or incur any payment obligation on behalf of Carrier without its express written approval; and

   d.  that it will promptly notify Carrier of any acts that result in any type of loss, shortage, citation, fine, or out of service order incurred in the course of its use or maintenance of the lease equipment during the period of this lease.

5.    Contractor agrees to indemnify and hold Carrier harmless from any breach of the above warranties or if other claim laws or damage arising out of the negligent or willful acts or omission of it, its officers, directors, employees, or agent

6.    Integrated Claim.  The Parties agree that this contact sets forth the full understanding of the Parties and shall not be modified or changed in any way except by express written addendum.

7.    Termination.  This Contract may be terminated by either party on fifteen (15) days written notice.  If, in the sole opinion of Carrier, the driver qualified by Contractor to provide services fails to comply with the Federal Motor Carrier Safety Regulations, Carrier may terminate this Agreement at any time.

Initial Here: _BMJ_

8.      Claims Notification. The Parties recognize in accordance with federal statute, Carrier has 6 months from the issuance of any freight invoice to file an undercharged claim with its Shipper. Accordingly, the Parties agree that Contractor will review its settlements and notify Carrier not later than 165 days after issuance of its disputed amount or thereafter will be barred.

9.      Alternative Dispute Resolution.  The parties agree that any dispute concerning the terms of this Agreement will be submitted to mediation followed by binding arbitration before a tribunal convened under the rules of the American Arbitration Association at Atlanta, GA.

10.     Venue and Jurisdiction. This agreement is made pursuant to the requirements of federal law and otherwise subject to the laws of the State of Georgia.  The parties agree that that any lawsuit shall be filed in a court of competent jurisdiction in Gwinnett County.

Dated this __MAY__ day of __24__, 20 _21_.

[CARRIER]:316 Towing and Road Service          [CONTRACTOR]:_____

_____                _____

Signature                                       Signature

_Brent A. Johnson_                              _Eli Kudrin_
Print Name                                      Print Name

_Tow Truck Driver_                              _Manager_
Title                                           Title

Initial Here: _BAJ_

316Towing_00023

**EXHIBIT 6** tabbies

Date Range 4/19/2021 12:00 AM to 12/31/2021 11:59 PM

Driver All

REDACTED

316 Towing_01023

| User | Total Calls | Total Invoiced | Avg Invoice | Total Enroute | Total On Scene | Total Towing | Total Time | Avg Time | Unloaded | On Scene | Towing | Loaded | Total Time | Unloaded | Avg Miles | Load |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brent Johnson | 742 | $70,121.48 | $94.50 | 407h 42m | 312h 41m | 550h 51m | ~~1263h 47m~~ 1236h 21m | 1h 40m | 8927.6 | | | 11559.2 | 20486.8 | | 27.6 | |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1506 | | Allstate | 1047775328 | Truck 316 2019 Kenworth T270 (red) | 4/19/2021 11:10 AM | 4/19/2021 11:13 AM | 4/19/2021 1:03 PM | $60.50 | 37m | 21m | 52m | 1h 50m | 14.9 | 6.9 |
| 1507 | | Agero | 947092008 | Truck 316 2019 Kenworth T270 (red) | 4/19/2021 1:32 PM | 4/19/2021 1:32 PM | 4/19/2021 3:40 PM | $59.00 | 53m | 26m | 49m | 2h 8m | 5 | 12.6 |
| 1509 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 4/19/2021 3:14 PM | 4/19/2021 3:41 PM | 4/19/2021 6:36 PM | $220.00 | 47m | 52m | 1h 16m | 2h 55m | 0 | 0 |

| User | | | | | | | | Total Time | | | | | Total Miles | Avg Miles |
| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1512 | | (No Account Specified) | | | 4/19/2021 6:03 PM | 4/19/2021 7:08 PM | 4/19/2021 8:19 PM | $100.00 | 11m | 14m | 46m | 1h 11m | 0 | 0 |
| 1515 | | Agero | 439338981 | Truck 316 2019 Kenworth T270 (red) | 4/20/2021 7:45 AM | 4/20/2021 7:53 AM | 4/20/2021 10:35 AM | $88.65 | 1h 13m | 38m | 51m | 2h 42m | 21.6 | 17.5 |
| 1516 | | Agero | 703625344 | Truck 316 2019 Kenworth T270 (red) | 4/20/2021 11:37 AM | 4/20/2021 12:05 PM | 4/20/2021 1:19 PM | $46.25 | 29m | 22m | 23m | 1h 14m | 13.5 | 5.4 |
| 1519 | | Allstate | 1047784364 | Truck 316 2019 Kenworth T270 (red) | 4/20/2021 2:07 PM | 4/20/2021 2:07 PM | 4/20/2021 4:14 PM | $72.50 | 39m | 13m | 1h 15m | 2h 7m | 12.2 | 12.7 |
| 1521 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 4/20/2021 4:28 PM | 4/20/2021 4:28 PM | 4/20/2021 6:32 PM | $130.00 | 33m | 47m | 44m | 2h 4m | 7.7 | 21.9 |
| 1522 | | Allstate | 1047787197 | Truck 316 2019 Kenworth T270 (red) | 4/20/2021 5:28 PM | 4/20/2021 6:33 PM | 4/20/2021 7:44 PM | $54.80 | 7m | 27m | 37m | 1h 11m | 14.9 | 2.4 |
| 1528 | | Allstate | 1047788411 | Truck 316 2019 Kenworth T270 (red) | 4/21/2021 8:13 AM | 4/21/2021 8:13 AM | 4/21/2021 9:50 AM | $50.60 | 51m | 13m | 33m | 1h 37m | 11.6 | 5.8 |
| 1530 | | Allstate | 1047790833 | Truck 316 2019 Kenworth T270 (red) | 4/21/2021 10:12 AM | 4/21/2021 10:12 AM | 4/21/2021 12:33 PM | $134.23 | 53m | 18m | 1h 10m | 2h 21m | 13.4 | 26.5 |
| 1531 | | (No | | Truck 316 | 4/21/2021 | 4/21/2021 | 4/21/2021 | $180.00 | 43m | 39m | 1h | | 7.9 | 25.4 |

316 Towing_01024

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Time Enroute | On Scene (Unloaded) | Towing (Loaded) | Total Time | Total Miles (Unloaded) | Avg Miles (Loaded) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1532 | Account Specified) | | 2019 Kenworth T270 (red) | 11:19 AM | 12:35 PM | 3:14 PM | | | | 17m | 39m | | 0 |
| 1533 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 4/21/2021 2:44 PM | 4/21/2021 3:15 PM | 4/21/2021 4:10 PM | $120.00 | 20m | 35m | 0m | 55m | 30.1 | 22.6 |
| 1534 | (No Account Specified) | 1047794619 | Truck 316 2019 Kenworth T270 (red) | 4/23/2021 1:59 PM | 4/23/2021 3:54 PM | 4/23/2021 6:05 PM | $145.00 | 52m | 15m | 1h 4m | 2h 11m | 3.2 | 15.6 |
| 1540 | Allstate | 1047797371 | Truck 316 2019 Kenworth T270 (red) | 4/22/2021 9:25 AM | 4/22/2021 9:26 AM | 4/22/2021 11:05 AM | $61.60 | 57m | 22m | 20m | 1h 39m | 18.3 | 2.6 |
| 1541 | Allstate | 1047797600 | Truck 316 2019 Kenworth T270 (red) | 4/22/2021 10:10 AM | 4/22/2021 11:06 AM | 4/22/2021 12:02 PM | $73.10 | 11m | 11m | 34m | 56m | 20.9 | 7.1 |
| 1543 | Allstate | 1047799346 | Truck 316 2019 Kenworth T270 (red) | 4/22/2021 2:26 PM | 4/22/2021 2:27 PM | 4/22/2021 4:15 PM | $99.60 | 37m | 21m | 50m | 1h 48m | 13.9 | 20.6 |
| 1545 | Allstate | 1047800644 | Truck 316 2019 Kenworth T270 (red) | 4/22/2021 3:33 PM | 4/22/2021 4:15 PM | 4/22/2021 6:06 PM | $45.00 | 1h 8m | 30m | 13m | 1h 51m | 6.7 | 3.4 |
| 1550 | Agero | 268335287 | Truck 316 2019 Kenworth· | 4/23/2021 8:45 AM | 4/23/2021 8:45 AM | 4/23/2021 10:36 AM | $69.70 | 1h 2m | 14m | 35m | 1h 51m | 13.3 | 14.9 |

316 Towing_01025

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene | Towing | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1552 | | Allstate | 1047804825 | Truck 316 2019 Kenworth T270 (red) | 4/23/2021 11:17 AM | 4/23/2021 11:17 AM | 4/23/2021 1:19 PM | $79.70 | 1h 13m | 16m | 33m | 2h 2m | 19.4 | 10.3 |
| 1553 | | (No Account Specified) | | | 4/23/2021 1:27 PM | 4/23/2021 1:27 PM | 4/23/2021 3:51 PM | $220.00 | 1h 20m | 0m | 1h 4m | 2h 24m | 0 | 0 |
| 1557 | | Quest | 12569313 | Truck 316 2019 Kenworth T270 (red) | 4/23/2021 6:17 PM | 4/23/2021 6:18 PM | 4/23/2021 8:12 PM | $57.23 | 1h 4m | 6m | 44m | 1h 54m | 13.4 | 12.4 |
| 1566 | | Allstate | 1047821232 | Truck 316 2019 Kenworth T270 (red) | 4/26/2021 8:15 AM | 4/26/2021 8:15 AM | 4/26/2021 10:25 AM | $87.88 | 37m | 13m | 1h 20m | 2h 10m | 2.2 | 28.5 |
| 1567 | | Agero | 892628495 | Truck 316 2019 Kenworth T270 (red) | 4/26/2021 8:59 AM | 4/26/2021 10:26 AM | 4/26/2021 12:16 PM | $91.25 | 46m | 20m | 44m | 1h 50m | 35.5 | 10.2 |
| 1568 | | Agero | 509169712 | Truck 316 2019 Kenworth T270 (red) | 4/26/2021 9:02 AM | 4/26/2021 12:17 PM | 4/26/2021 3:17 PM | $122.25 | 54m | 30m | 1h 36m | 3h 0m | 9.7 | 37.9 |
| 1571 | | Agero | 302783761 | Truck 316 2019 Kenworth T270 (red) | 4/26/2021 3:06 PM | 4/26/2021 3:19 PM | 4/26/2021 5:22 PM | $76.70 | 1h 26m | 15m | 22m | 2h 3m | 24.8 | 10.8 |
| 1572 | | Agero | 454583762 | Truck 316 2019 Kenworth T270 (red) | 4/26/2021 5:19 PM | 4/26/2021 5:24 PM | 4/26/2021 8:33 PM | $117.25 | 0m | 0m | 55m | 3h 9m | 6.6 | 35.9 |

316 Towing_01026

| User<br>Call # (Invoice #) | Total Calls<br>Account | Total Invoiced<br>PO # | Avg Invoice<br>Truck | Total Enroute<br>Dispatched | Total On Scene<br>Enroute | Total Towing<br>Completed | Total Time<br>Invoice Total | Avg Time<br>Enroute | Unloaded<br>On Scene | Loaded<br>Towing | Total Time<br>Total Time | Total Miles<br>Unloaded | Avg Miles<br>Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1576 | Agero | 429842476 | Truck 316 2019 Kenworth T270 (red) | 4/27/2021 8:19 AM | 4/27/2021 8:19 AM | 4/27/2021 2:43 PM | $252.75 | 2h 40m | 32m | 3h 12m | 6h 24m | 9.7 | 90.1 |
| 1579 | Allstate | 1047831550 | Truck 316 2019 Kenworth T270 (red) | 4/27/2021 1:07 PM | 4/27/2021 5:52 PM | 4/27/2021 7:35 PM | $60.50 | 1h 3m | 8m | 32m | 1h 43m | 12.5 | 8.5 |
| 1580 | Allstate | 1047832847 | Truck 316 2019 Kenworth T270 (red) | 4/27/2021 1:31 PM | 4/27/2021 2:44 PM | 4/27/2021 5:47 PM | $53.70 | 2h 6m | 18m | 39m | 3h 3m | 6.9 | 7.9 |
| 1583 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 4/27/2021 5:38 PM | 4/28/2021 8:47 AM | 4/28/2021 10:36 AM | $110.00 | 1h 17m | 1m | 31m | 1h 49m | 0 | 0 |
| 1590 | Allstate | 1047838118 | Truck 316 2019 Kenworth T270 (red) | 4/28/2021 10:09 AM | 4/28/2021 10:38 AM | 4/28/2021 2:19 PM | $218.56 | 40m | 1h 1m | 2h 0m | 3h 41m | 12.4 | 40.5 |
| 1593 | Allstate | 1047841057 | Truck 316 2019 Kenworth T270 (red) | 4/28/2021 1:34 PM | 4/28/2021 2:20 PM | 4/28/2021 4:22 PM | $97.00 | 50m | 21m | 51m | 2h 2m | 16.2 | 18.2 |
| 1596 | Agero | 387126353 | Truck 316 2019 Kenworth T270 (red) | 4/28/2021 5:24 PM | 4/28/2021 5:25 PM | 4/28/2021 8:11 PM | $248.40 | 55m | 22m | 1h 29m | 2h 46m | 17.1 | 84.1 |
| 1602 | Allstate | 1047845782 | Truck 316 2019 Kenworth T270 (red) | 4/29/2021 10:30 AM | 4/29/2021 10:31 AM | 4/29/2021 12:25 PM | $64.00 | 1h 0m | 24m | 30m | 1h 54m | 17.7 | 6.2 |
| 1604 | (No | | Truck 316 | 4/29/2021 | 4/29/2021 | 4/29/2021 | $110.00 | 26m | 24m | 27m | 27m | 3.9 | 8.5 |

316 Towing_01027

| User / Call # | Total Calls / Account | Total Invoiced / PO # | Avg Invoice / Truck | Total Enroute / Dispatched | Total On Scene / Enroute | Total Towing / Completed | Total Time / Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Loaded / Towing | Total Time | Total Miles / Unloaded | Avg Miles / Loade |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1605 | (No Account Specified) | | 2019 Kenworth T270 (red) | 11:11 AM | 12:43 PM | 2:00 PM | | | | | 17m | | |
| 1609 | Allstate | 1047846507 | Truck 316 2019 Kenworth T270 (red) | 4/29/2021 12:52 PM | 4/29/2021 2:05 PM | 4/29/2021 4:42 PM | $162.60 | 47m | 38m | 1h 12m | 2h 37m | 20.2 | 37.4 |
| 1617 | Allstate | 1047850697 | Truck 316 2019 Kenworth T270 (red) | 4/29/2021 7:00 PM | 4/29/2021 7:01 PM | 4/29/2021 8:46 PM | $78.00 | 35m | 20m | 50m | 1h 45m | 3.7 | 16 |
| 1619 | Agero | 905878708 | Truck 316 2019 Kenworth T270 (red) | 4/30/2021 8:05 AM | 4/30/2021 8:05 AM | 4/30/2021 10:22 AM | $61.45 | 1h 7m | 33m | 37m | 2h 17m | 14.8 | 10.7 |
| 1620 | Allstate | 1047853050 | Truck 316 2019 Kenworth T270 (red) | 4/30/2021 10:32 AM | 4/30/2021 10:35 AM | 4/30/2021 11:47 AM | $57.40 | 28m | 17m | 27m | 1h 12m | 12.9 | 7.2 |
| 1621 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 4/30/2021 11:30 AM | 4/30/2021 11:49 AM | 4/30/2021 12:58 PM | $90.00 | 15m | 20m | 34m | 1h 9m | 0 | 0 |
| 1625 | Allstate | 1047854171 | Truck 316 2019 Kenworth T270 (red) | 4/30/2021 12:27 PM | 4/30/2021 12:59 PM | 4/30/2021 3:30 PM | $196.71 | 1h 12m | 29m | 50m | 2h 31m | 12.8 | 36.8 |
| | Agero | 773312321 | Truck 316 2019 Kenworth T270 (red) | 4/30/2021 5:11 PM | 4/30/2021 5:19 PM | 4/30/2021 7:47 PM | $87.75 | 35m | 1h 53m | 0m | 2h 28m | 2.6 | 24.1 |
| 1632 | Allstate | 1047870344 | Truck 316 2019 Kenworth | 5/3/2021 8:32 AM | 5/3/2021 8:33 AM | 5/3/2021 10:18 AM | $56.90 | 50m | 17m | 38m | 1h 45m | 10.1 | 8.9 |

316 Towing_01028

316 Towing_01029

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Loaded (Total Time) | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | T270 (red) | | | | | | | | | | |
| 1634 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/3/2021 9:19 AM | 5/3/2021 11:41 AM | 5/3/2021 11:45 AM | $95.00 | 3m | 0m | 1m | 4m | 0 | 0 |
| 1636 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/3/2021 11:42 AM | 5/3/2021 11:46 AM | 5/3/2021 12:50 PM | $100.00 | 15m | 17m | 32m | 1h 4m | 7.2 | 12.2 |
| 1638 | | Allstate | 1047873557 | Truck 316 2019 Kenworth T270 (red) | 5/3/2021 12:40 PM | 5/3/2021 12:50 PM | 5/3/2021 4:32 PM | $85.10 | 2h 43m | 12m | 47m | 3h 42m | 17 | 13.7 |
| 1642 | | Quest | 12590275 | Truck 316 2019 Kenworth T270 (red) | 5/3/2021 3:49 PM | 5/3/2021 4:33 PM | 5/3/2021 7:08 PM | $0.00 | 2h 1m | 14m | 20m | 2h 35m | 29.3 | 5.2 |
| 1653 | | Agero | 669764167 | Truck 316 2019 Kenworth T270 (red) | 5/4/2021 10:16 AM | 5/4/2021 10:34 AM | 5/4/2021 12:37 PM | $53.00 | 45m | 25m | 53m | 2h 3m | 9.8 | 10.2 |
| 1657 | | Allstate | 1047883699 | Truck 316 2019 Kenworth T270 (red) | 5/4/2021 3:35 PM | 5/4/2021 3:35 PM | 5/4/2021 5:04 PM | $62.70 | 39m | 49m | 1m | 1h 29m | 17.5 | 5.9 |
| 1659 | | Agero | 337709581 | Truck 316 2019 Kenworth T270 (red) | 5/4/2021 5:22 PM | 5/4/2021 5:23 PM | 5/4/2021 7:00 PM | $65.80 | 54m | 13m | 30m | 1h 37m | 17.2 | 11 |
| 1666 | | Allstate | 1047884168 | Truck 316 2019 Kenworth T270 (red) | 5/5/2021 8:37 AM | 5/5/2021 8:39 AM | 5/5/2021 10:16 AM | $66.60 | 53m | 19m | 25m | 1h 37m | 20.8 | 0.9 |

| User Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1669 | | Agero | 868867263 | Truck 316 2019 Kenworth T270 (red) | 5/5/2021 10:05 AM | 5/5/2021 10:18 AM | 5/5/2021 12:48 PM | $106.25 | 51m | 1h 17m | 22m | 2h 30m | 9.7 | 31.5 |
| 1670 | | Allstate | 1047888516 | Truck 316 2019 Kenworth T270 (red) | 5/5/2021 12:25 PM | 5/5/2021 1:20 PM | 5/5/2021 2:18 PM | $49.80 | 26m | 8m | 24m | 58m | 9.7 | 6.6 |
| 1672 | | Agero | 275167574 | Truck 316 2019 Kenworth T270 (red) | 5/5/2021 1:39 PM | 5/5/2021 2:43 PM | 5/5/2021 5:46 PM | $84.25 | 1h 15m | 32m | 1h 16m | 3h 3m | 13.5 | 20.6 |
| 1674 | | Allstate | 1047890541 | Truck 316 2019 Kenworth T270 (red) | 5/5/2021 4:10 PM | 5/5/2021 5:46 PM | 5/5/2021 6:34 PM | $59.40 | 8m | 23m | 17m | 48m | 17.2 | 1.6 |
| 1680 | | Agero | 784762410 | Truck 316 2019 Kenworth T270 (red) | 5/6/2021 10:58 AM | 5/6/2021 10:59 AM | 5/6/2021 1:07 PM | $95.50 | 54m | 16m | 58m | 2h 8m | 12 | 26 |
| 1681 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/6/2021 4:09 PM | 5/6/2021 4:10 PM | 5/6/2021 5:58 PM | $150.00 | 49m | 8m | 51m | 1h 48m | 5.1 | 21.6 |
| 1695 | | Allstate | 1047903079 | Truck 316 2019 Kenworth T270 (red) | 5/7/2021 8:46 AM | 5/7/2021 8:47 AM | 5/7/2021 10:21 AM | $47.00 | 45m | 32m | 17m | 1h 34m | 11 | 3.7 |
| 1696 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/7/2021 11:56 AM | 5/7/2021 1:39 PM | 5/7/2021 4:12 PM | $115.00 | 1h 37m | 18m | 38m | 2h 33m | 7.7 | 12.7 |
| 1697 | | Agero | 200716863 | Truck 316 | 5/7/2021 | 5/7/2021 | 5/7/2021 | $148.25 | 31m | 25m | 2h | | 9.7 | 8.3 |

316 Towing_01030

User

| Call # | Invoice # | Total Calls / Account | Total Invoiced / PO # | Avg Invoice / Truck | T tal E route / Dispatched | Total On Scene / Enroute | Total Towing / Completed | Total Time / Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Towing | Loaded / Total Time | Total Miles / Unloaded | Avg Miles / Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1699 | | Quest | 12559082 | 2019 Kenworth T270 (red) | 9:39 AM | 10:21 AM | 1:34 PM | $186.23 | 59m | 1m | 17m | 13m | 13.7 | 55.4 |
| 1707 | | Allstate | 1047922811 | Truck 316 2019 Kenworth T270 (red) | 5/7/2021 11:57 AM | 5/7/2021 4:15 PM | 5/7/2021 7:44 PM | $82.10 | 56m | 48m | 2h 29m | 3h 29m | 17.6 | 12.3 |
| 1710 | | Allstate | 1047923628 | Truck 316 2019 Kenworth T270 (red) | 5/10/2021 10:40 AM | 5/10/2021 10:41 AM | 5/10/2021 12:53 PM | $91.40 | 0m | 48m | 28m | 2h 12m | 16.4 | 16.2 |
| 1712 | | Allstate | 1047925466 | Truck 316 2019 Kenworth T270 (red) | 5/10/2021 3:22 PM | 5/10/2021 3:22 PM | 5/10/2021 5:18 PM | $48.00 | 1h 15m | 1h 18m | 53m | 2h 11m | 9.2 | 6 |
| 1713 | | Allstate | 1047927141 | Truck 316 2019 Kenworth T270 (red) | 5/10/2021 5:21 PM | 5/10/2021 5:30 PM | 5/10/2021 6:25 PM | $45.60 | 13m | 16m | 25m | 55m | 10.3 | 3.1 |
| 1714 | | Allstate | 1047927707 | Truck 316 2019 Kenworth T270 (red) | 5/10/2021 6:22 PM | 5/10/2021 6:26 PM | 5/10/2021 7:22 PM | $45.00 | 29m | 22m | 11m | 56m | 7.2 | 1.7 |
| 1719 | | Allstate | 1047930847 | Truck 316 2019 Kenworth T270 (red) | 5/11/2021 10:05 AM | 5/11/2021 10:06 AM | 5/11/2021 11:32 AM | $45.00 | 54m | 16m | 14m | 1h 26m | 6.9 | 2.1 |
| 1720 | | Allstate | 1047931387 | Truck 316 2019 Kenworth T270 (red) | 5/11/2021 12:01 PM | 5/11/2021 12:04 PM | 5/11/2021 2:16 PM | $104.70 | 54m | 18m | 1h 2m | 2h 12m | 11.5 | 23.9 |

316 Towing_01031

316 Towing_01032

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1722 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/11/2021 2:33 PM | 5/11/2021 2:34 PM | 5/11/2021 4:34 PM | $190.00 | 45m | 13m | 1h 2m | 2h 0m | 1 | 0 |
| 1724 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/11/2021 5:17 PM | 5/11/2021 5:18 PM | 5/11/2021 5:53 PM | $95.00 | 8m | 14m | 13m | 35m | 0 | 0 |
| 1728 | Allstate | 1047937402 | Truck 316 2019 Kenworth T270 (red) | 5/12/2021 9:25 AM | 5/12/2021 9:29 AM | 5/12/2021 10:38 AM | $51.20 | 24m | 20m | 25m | 1h 9m | 10.7 | 6.6 |
| 1731 | Allstate | 1047939784 | Truck 316 2019 Kenworth T270 (red) | 5/12/2021 11:11 AM | 5/12/2021 11:14 AM | 5/12/2021 12:38 PM | $145.30 | 17m | 40m | 27m | 1h 24m | 15.6 | 34.7 |
| 1734 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/12/2021 6:33 PM | 5/12/2021 6:39 PM | 5/12/2021 8:18 PM | $95.00 | 48m | 3m | 48m | 1h 39m | 1.9 | 2.6 |
| 1737 | Agero | 640168589 | Truck 316 2019 Kenworth T270 (red) | 5/13/2021 8:24 AM | 5/13/2021 8:25 AM | 5/13/2021 10:28 AM | $62.65 | 59m | 52m | 12m | 2h 3m | 12.1 | 12.8 |
| 1741 | Agero | 269089991 | Truck 316 2019 Kenworth T270 (red) | 5/13/2021 10:42 AM | 5/13/2021 10:46 AM | 5/13/2021 1:55 PM | $44.65 | 1h 9m | 1h 37m | 23m | 3h 9m | 13.1 | 3.9 |
| 1742 | Agero | 224375685 | Truck 316 2019 Kenworth T270 (red) | 5/13/2021 1:59 PM | 5/13/2021 1:59 PM | 5/13/2021 3:01 PM | $52.45 | 21m | 14m | 27m | 1h 2m | 18.3 | 4.5 |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1744 | 757730726 | Agero | | Truck 316 2019 Kenworth T270 (red) | 5/13/2021 4:32 PM | 5/13/2021 4:34 PM | 5/13/2021 5:42 PM | $59.95 | 0m | 0m | 1m | 0m | 23.3 | 2.4 |
| 1745 | 757730726 | Agero | | Truck 316 2019 Kenworth T270 (red) | | 5/13/2021 4:34 PM | 5/13/2021 6:01 PM | $59.95 | 35m | 15m | 37m | 1h 27m | 23.3 | 2.4 |
| 1751 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/14/2021 11:33 AM | 5/14/2021 11:55 AM | 5/14/2021 3:10 PM | $150.00 | 1h 0m | 1h 34m | 41m | 3h 15m | 24 | 4.7 |
| 1755 | 643567677 | Agero | | Truck 316 2019 Kenworth T270 (red) | 5/14/2021 2:50 PM | 5/14/2021 4:40 PM | 5/14/2021 6:17 PM | $93.50 | 23m | 17m | 57m | 1h 37m | 17 | 22.2 |
| 1759 | 1047958605 | Allstate | | Truck 316 2019 Kenworth T270 (red) | 5/14/2021 5:15 PM | 5/14/2021 6:21 PM | 5/14/2021 7:08 PM | $66.00 | 18m | 7m | 22m | 47m | 20.5 | 2.2 |
| 1765 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/17/2021 7:38 AM | 5/17/2021 7:39 AM | 5/17/2021 9:50 AM | $130.00 | 1h 17m | 19m | 35m | 2h 11m | 6.1 | 15.5 |
| 1770 | 312207097 | Agero | | Truck 316 2019 Kenworth T270 (red) | 5/17/2021 11:35 AM | 5/17/2021 11:37 AM | 5/17/2021 1:54 PM | $57.00 | 58m | 1h 0m | 19m | 2h 17m | 9.7 | 11.8 |
| 1774 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/19/2021 9:22 AM | 5/19/2021 12:58 PM | 5/19/2021 2:00 PM | $160.00 | 13m | 10m | 39m | 1h 2m | 8 | 17.4 |
| 1776 | 799996095 | Agero | | Truck 316 | 5/17/2021 | 5/17/2021 | 5/17/2021 | $63.75 | 26m | 15m | 45m | 1h 7.8m | 7.8 | 11.5 |

316 Towing_01034

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1778 | | | 2019 Kenworth T270 (red) | 2:31 PM | 2:33 PM | 3:59 PM | | | | | 26m | | |
| 1779 | Agero | 996200496 | Truck 316 2019 Kenworth T270 (red) | 5/17/2021 3:21 PM | 5/17/2021 3:59 PM | 5/17/2021 5:59 PM | $96.60 | 49m | 12m | 59m | 2h 0m | 12.9 | 25.9 |
| 1779 | Allstate | 1047977768 | Truck 316 2019 Kenworth T270 (red) | 5/17/2021 5:09 PM | 5/17/2021 6:00 PM | 5/17/2021 6:53 PM | $69.20 | 23m | 10m | 20m | 53m | 22.1 | 4 |
| 1780 | Allstate | 1047978630 | Truck 316 2019 Kenworth T270 (red) | 5/17/2021 6:59 PM | 5/17/2021 6:59 PM | 5/17/2021 8:25 PM | $110.40 | 37m | 3m | 46m | 1h 26m | 24.4 | 17.2 |
| 1783 | Agero | NoCoverage-576807847 | Truck 316 2019 Kenworth T270 (red) | 5/18/2021 8:36 AM | 5/18/2021 8:38 AM | 5/18/2021 10:52 AM | $139.75 | 53m | 12m | 1h 9m | 2h 14m | 4.2 | 44.9 |
| 1787 | Agero | 516594839 | Truck 316 2019 Kenworth T270 (red) | 5/18/2021 1:03 PM | 5/18/2021 1:03 PM | 5/18/2021 4:12 PM | $165.50 | 50m | 23m | 1h 56m | 3h 9m | 9.7 | 55.2 |
| 1791 | Allstate | 1047985961 | Truck 316 2019 Kenworth T270 (red) | 5/18/2021 5:35 PM | 5/18/2021 5:36 PM | 5/18/2021 6:35 PM | $51.60 | 18m | 20m | 21m | 59m | 13.3 | 2.7 |
| 1802 | Allstate | 1047987289 | Truck 316 2019 Kenworth T270 (red) | 5/19/2021 8:51 AM | 5/19/2021 9:02 AM | 5/19/2021 11:46 AM | $123.30 | 51m | 38m | 1h 15m | 2h 44m | 5.6 | 31.1 |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Total Miles (Unloaded) | Avg Miles (Loaded) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1805 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/19/2021 11:18 AM | 5/19/2021 2:02 PM | 5/19/2021 6:32 PM | $210.00 | 2h 58m | 25m | 1h 7m | 4h 30m | 37.1 | 38.4 |
| 1806 | | Allstate | 1047990114 | Truck 316 2019 Kenworth T270 (red) | 5/19/2021 11:50 AM | 5/19/2021 11:52 AM | 5/19/2021 1:01 PM | $46.80 | 34m | 18m | 17m | 1h 9m 1h 6m | 10.9 | 3.5 |
| 1815 | | Agero | 289432481 | Truck 316 2019 Kenworth T270 (red) | 5/20/2021 7:49 AM | 5/20/2021 8:06 AM | 5/20/2021 9:35 AM | $65.35 | 1h 13m | 0m | 16m | 1h 29m | 15.4 | 11.9 |
| 1818 | | Agero | 982093389 | Truck 316 2019 Kenworth T270 (red) | 5/20/2021 9:54 AM | 5/20/2021 10:14 AM | 5/20/2021 1:18 PM | $72.25 | 31m | 22m | 2h 11m | 3h 4m | 13.5 | 15.8 |
| 1823 | | Agero | 426048131 | Truck 316 2019 Kenworth T270 (red) | 5/20/2021 1:12 PM | 5/20/2021 1:19 PM | 5/20/2021 2:42 PM | $47.25 | 39m | 17m | 27m | 1h 23m | 13.5 | 5.8 |
| 1824 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/20/2021 1:16 PM | 5/20/2021 2:45 PM | 5/20/2021 3:45 PM | $100.00 | 38m | 0m | 22m | 1h 0m | 1 | 9.2 |
| 1827 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/20/2021 4:45 PM | 5/20/2021 4:45 PM | 5/20/2021 5:44 PM | $140.00 | 2m | 13m | 44m | 59m | 0 | 0 |
| 1837 | | Agero | 664931119 | Truck 316 2019 Kenworth T270 (red) | 5/21/2021 9:49 AM | 5/21/2021 9:50 AM | 5/21/2021 11:42 AM | $71.75 | 34m | 25m | 53m | 1h 52m | 6.5 | 17.7 |
| 1838 | | Agero | 259168597 | Truck 316 | 5/21/2021 | 5/21/2021 | 5/21/2021 | $49.75 | 18m | 37m | 13m | | 16.5 | 2.1 |

316 Towing_01035

| User | | Total Calls | Total Invoiced | Avg Invoice | Total Enroute | Total On Scene | Total Towing | Total Time | Avg Time | Unloaded | Unloaded | Loaded | Total Miles | Avg Miles |
| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loade |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 2019 Kenworth T270 (red) | 10:06 AM | 11:42 AM | 12:50 PM | | | | | 8m | | |
| 1842 | | Allstate | 1048005451 | 2019 Kenworth T270 (red) | 5/21/2021 1:00 PM | 5/21/2021 1:02 PM | 5/21/2021 2:31 PM | $73.60 | 1h 6m | 8m | 15m | 1h 29m | 19.2 | 8.4 |
| 1844 | | Agero | 578107352 | 2019 Kenworth T270 (red) | 5/21/2021 2:34 PM | 5/21/2021 2:35 PM | 5/21/2021 5:24 PM | $140.20 | 1h 10m | 24m | 1h 15m | 2h 49m | 23.8 | 36.8 |
| 1859 | | Allstate | 1048022698 | 2019 Kenworth T270 (red) | 5/24/2021 8:41 AM | 5/24/2021 8:42 AM | 5/24/2021 10:45 AM | $85.70 | 1h 12m | 19m | 32m | 2h 3m | 13.1 | 16.5 |
| 1864 | | (No Account Specified) | | 2019 Kenworth T270 (red) | 5/24/2021 11:23 AM | 5/24/2021 11:25 AM | 5/24/2021 1:32 PM | $130.00 | 1h 28m | 7m | 32m | 2h 7m | 7.7 | 17.7 |
| 1866 | | (No Account Specified) | | 2019 Kenworth T270 (red) | 5/24/2021 12:59 PM | 5/24/2021 1:36 PM | 5/24/2021 2:41 PM | $95.00 | 43m | 10m | 12m | 1h 5m | 9.4 | 7.7 |
| 1867 | | Agero | 672295450 | 2019 Kenworth T270 (red) | 5/24/2021 1:52 PM | 5/24/2021 2:44 PM | 5/24/2021 4:03 PM | $60.85 | 41m | 27m | 11m | 1h 19m | 14.9 | 10.4 |
| 1872 | | Agero | 947837121 | 2019 Kenworth T270 (red) | 5/24/2021 4:36 PM | 5/24/2021 4:36 PM | 5/24/2021 5:49 PM | $73.85 | 19m | 18m | 36m | 1h 13m | 15.9 | 15 |
| 1875 | | Agero | 499776605 | 2019 Kenworth T270 | 5/24/2021 6:51 PM | 5/24/2021 6:51 PM | 5/24/2021 7:59 PM | $50.35 | 46m | 9m | 13m | 1h 8m | 16.9 | 4.5 |

316 Towing_01036

| Call # | Invoice # | Total Calls | Account | Total Invoiced / PO # | Truck | Total Enroute / Dispatched | Total On Scene / Enroute | Total Towing / Completed | Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Loaded / Towing | Total Time | Total Miles / Unloaded | Avg Miles / Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1876 | | | (No Account Specified) | | T270 (red) | 5/24/2021 6:47 PM | 5/25/2021 1:46 PM | 5/25/2021 3:55 PM | $110.00 | 45m | 32m | 52m | 2h 9m | 0 | 0 |
| 1882 | | | Agero | 233927176 | Truck 316 2019 Kenworth T270 (red) | 5/25/2021 7:50 AM | 5/25/2021 8:20 AM | 5/25/2021 9:48 AM | $63.95 | 53m | 0m | 35m | 1h 28m | 22.3 | 7.2 |
| 1885 | | | Agero | 419429254 | Truck 316 2019 Kenworth T270 (red) | 5/25/2021 10:18 AM | 5/25/2021 10:52 AM | 5/25/2021 12:22 PM | $74.95 | 38m | 9m | 43m | 1h 30m 1h 11m | 23.3 | 2.8 |
| 1887 | | | Allstate | 1048032744 | Truck 316 2019 Kenworth T270 (red) | 5/25/2021 11:02 AM | 5/25/2021 12:03 PM | 5/25/2021 1:45 PM | $77.90 | 47m | 54m | 1m | 1h 42m | 15.5 | 12.3 |
| 1891 | | | Quest | 12640440 | Truck 316 2019 Kenworth T270 (red) | 5/26/2021 8:16 AM | 5/26/2021 8:25 AM | 5/26/2021 11:46 AM | $0.00 | 1h 4m | 12m | 2h 5m | 3h 21m | 19.4 | 64.8 |
| 1895 | | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/25/2021 6:00 PM | 5/25/2021 6:15 PM | 5/25/2021 7:04 PM | $140.00 | 8m | 8m | 33m | 49m | 0.6 | 14.4 |
| 1907 | | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/27/2021 8:02 AM | 5/27/2021 8:03 AM | 5/27/2021 11:46 AM | $0.00 | 2h 10m | 21m | 1h 12m | 3h 43m | 39.8 | 32.7 |
| 1908 | | | Agero | 193874845 | Truck 316 2019 Kenworth T270 (red) | 5/26/2021 11:41 AM | 5/26/2021 11:47 AM | 5/26/2021 4:41 PM | $182.75 | 1h 42m | 39m | 2h 33m | 4h 54m | 9.7 | 62.1 |

316 Towing_01037

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | UnLoaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1914 | | Allstate | 1048044679 | Truck 316 2019 Kenworth T270 (red) | 5/26/2021 5:12 PM | 5/26/2021 5:13 PM | 5/26/2021 7:49 PM | $90.40 | 1h 5m | 16m | 1h 15m | 2h 36m | 15.9 | 16.2 |
| 1924 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/27/2021 11:14 AM | 5/27/2021 11:49 AM | 5/27/2021 3:49 PM | $95.00 | 3h 37m | 0m | 23m | 4h 0m | 3.9 | 2.8 |
| 1926 | | Allstate | 1048050988 | Truck 316 2019 Kenworth T270 (red) | 5/27/2021 2:32 PM | 5/27/2021 3:52 PM | 5/27/2021 7:31 PM | $305.50 | 58m | 58m | 1h 43m | 3h 39m | 15.6 | 88.1 |
| 1938 | | Agero | 696770872 | Truck 316 2019 Kenworth T270 (red) | 5/28/2021 3:57 PM | 5/28/2021 4:01 PM | 5/28/2021 6:38 PM | $150.10 | 0m | 47m | 1h 50m | 2h 37m | 18.9 | 43.7 |
| 1939 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 5/28/2021 10:46 AM | 5/28/2021 10:51 AM | 5/28/2021 12:12 PM | $95.00 | 51m | 11m | 19m | 1h 21m | 5 | 1.6 |
| 1940 | | Allstate | 1048055899 | Truck 316 2019 Kenworth T270 (red) | 5/28/2021 10:50 AM | 5/28/2021 12:17 PM | 5/28/2021 2:38 PM | $85.10 | 47m | 5m | 1h 29m | 2h 21m | 19.7 | 11.9 |
| 1959 | | Agero | 983042802 | Truck 316 2019 Kenworth T270 (red) | 6/1/2021 9:09 AM | 6/1/2021 9:09 AM | 6/1/2021 10:52 AM | $78.40 | 0m | 1h 4m | 39m | 1h 43m | 16.1 | 16.7 |
| 1963 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/1/2021 10:04 AM | 6/1/2021 10:54 AM | 6/1/2021 12:59 PM | $150.00 | 38m | 39m | 48m | 2h 5m | 0 | 0 |
| 1966 | | Allstate | 1048084613 | Truck 316 | 6/1/2021 | 6/1/2021 | 6/1/2021 | $97.20 | 28m | 8m | 48m | 1h | 5.3 | 22.4 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1967 | | | 2019 Kenworth T270 (red) | 1:02 PM | 1:03 PM | 2:27 PM | | | | | 24m | | |
| 1967 | Agero | 612261326 | Truck 316 2019 Kenworth T270 (red) | 6/2/2021 5:23 AM | 6/2/2021 8:47 AM | 6/2/2021 12:22 PM | $168.25 | 1h 6m | 33m | 1h 56m | 3h 35m | 9.7 | 56.3 |
| 1970 | Agero | 577133980 | Truck 316 2019 Kenworth T270 (red) | 6/1/2021 3:39 PM | 6/1/2021 3:39 PM | 6/1/2021 5:43 PM | $65.35 | 56m | 18m | 50m | 2h 4m | 14.4 | 12.5 |
| 1974 | Allstate | 1048087417 | Truck 316 2019 Kenworth T270 (red) | 6/1/2021 6:24 PM | 6/1/2021 6:25 PM | 6/1/2021 8:52 PM | $102.40 | 1h 2m | 21m | 1h 4m | 2h 27m | 16.8 | 19.6 |
| 1981 | Allstate | 1048091303 | Truck 316 2019 Kenworth T270 (red) | 6/2/2021 10:37 AM | 6/2/2021 12:23 PM | 6/2/2021 2:31 PM | $69.40 | 52m | 31m | 45m | 2h 8m | 20.1 | 6.4 |
| 1983 | Agero | 511537082 | Truck 316 2019 Kenworth T270 (red) | 6/2/2021 3:10 PM | 6/2/2021 3:44 PM | 6/2/2021 5:02 PM | $63.50 | 23m | 27m | 28m | 1h 18m | 16 | 10.8 |
| 1988 | Agero | 173375933 | Truck 316 2019 Kenworth T270 (red) | 6/2/2021 4:45 PM | 6/2/2021 5:06 PM | 6/2/2021 6:19 PM | $48.55 | 26m | 22m | 25m | 1h 13m | 15.7 | 0.7 |
| 2001 | Allstate | 1048101082 | Truck 316 2019 Kenworth T270 (red) | 6/3/2021 4:02 PM | 6/3/2021 4:12 PM | 6/3/2021 4:20 PM | $117.60 | 0m | 0m | 8m | 8m | 4.7 | 29.2 |
| 2003 | Allstate | 1048101873 | Truck 316 2019 Kenworth | 6/3/2021 3:02 PM | 6/3/2021 4:20 PM | 6/3/2021 5:45 PM | $94.50 | 38m | 0m | 47m | 1h 25m | 9.7 | 21.5 |

316 Towing_01039

316 Towing_01040

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Total Miles (Unloaded) | Avg Miles (Loaded) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | Agero | 495589941 | Truck 316 2019 Kenworth T270 (red) | 6/3/2021 6:10 PM | 6/3/2021 6:29 PM | 6/3/2021 7:53 PM | $62.45 | 57m | 1m | 26m | 1h 24m | 14.8 | 11.1 |
| 2012 | Allstate | 1048106807 | Truck 316 2019 Kenworth T270 (red) | 6/4/2021 8:26 AM | 6/4/2021 8:26 AM | 6/4/2021 10:09 AM | $58.30 | 1h 7m | 13m | 23m | 1h 43m 36m | 13.5 | 7.1 |
| 2015 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/4/2021 9:02 AM | 6/4/2021 9:02 AM | 6/4/2021 11:54 AM | $150.00 | 1h 50m | 0m | 1h 2m | 2h 52m | 9.4 | 21.4 |
| 2019 | Agero | 553183008 | Truck 316 2019 Kenworth T270 (red) | 6/4/2021 12:06 PM | 6/4/2021 12:13 PM | 6/4/2021 3:52 PM | $124.40 | 1h 7m | 34m | 1h 58m | 3h 39m | 15.6 | 35.4 |
| 2022 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/4/2021 2:06 PM | 6/4/2021 3:52 PM | 6/4/2021 7:20 PM | $230.00 | 1h 34m | 20m | 1h 34m | 3h 28m | 0 | 0 |
| 2028 | Agero | 979762816 | Truck 316 2019 Kenworth T270 (red) | 6/7/2021 8:07 AM | 6/7/2021 8:09 AM | 6/7/2021 9:51 AM | $44.65 | 1h 5m | 27m | 10m | 1h 42m | 11.6 | 5.9 |
| 2030 | Agero | 661399540 | Truck 316 2019 Kenworth T270 (red) | 6/7/2021 8:59 AM | 6/7/2021 9:52 AM | 6/7/2021 11:57 AM | $76.20 | 40m | 21m | 1h 4m | 2h 5m | 18.8 | 14.2 |
| 2036 | Allstate | 1048129576 | Truck 316 2019 Kenworth T270 (red) | 6/7/2021 12:41 PM | 6/7/2021 12:41 PM | 6/7/2021 2:47 PM | $61.80 | 1h 4m | 21m | 41m | 2h 6m | 9.9 | 10.6 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2038 | Allstate | 1048130219 | Truck 316 2019 Kenworth T270 (red) | 6/7/2021 2:15 PM | 6/7/2021 2:48 PM | 6/7/2021 4:23 PM | $83.70 | 41m | 12m | 42m | 1h 35m | 7.7 | 17.9 |
| 2043 | Agero | 551779355 | Truck 316 2019 Kenworth T270 (red) | 6/7/2021 4:55 PM | 6/7/2021 4:57 PM | 6/7/2021 6:10 PM | $48.85 | 28m | 20m | 25m | 1h 13m | 15.9 | 1.2 |
| 2049 | Agero | 297782929 | Truck 316 2019 Kenworth T270 (red) | 6/8/2021 9:20 AM | 6/8/2021 9:35 AM | 6/8/2021 11:03 AM | $57.00 | 30m | 27m | 31m | 1h 28m | 4.3 | 11.8 |
| 2052 | Agero | 913065545 | Truck 316 2019 Kenworth T270 (red) | 6/8/2021 10:32 AM | 6/8/2021 11:04 AM | 6/8/2021 1:17 PM | $81.75 | 31m | 23m | 1h 19m | 2h 13m | 9.7 | 21.7 |
| 2054 | Agero | 887538561 | Truck 316 2019 Kenworth T270 (red) | 6/8/2021 11:59 AM | | 6/8/2021 11:59 AM | $81.75 | 0m | 0m | 0m | 0m | 9.7 | 21.7 |
| 2059 | Allstate | 1048139165 | Truck 316 2019 Kenworth T270 (red) | 6/8/2021 3:32 PM | 6/8/2021 3:39 PM | 6/8/2021 4:52 PM | $56.00 | 30m | 20m | 23m | 1h 13m | 15.5 | 2.6 |
| 2060 | Agero | 133984471 | Truck 316 2019 Kenworth T270 (red) | 6/9/2021 9:45 AM | 6/9/2021 9:55 AM | 6/9/2021 12:06 PM | $137.95 | 54m | 17m | 1h 0m | 2h 11m | 23.3 | 36.2 |
| 2061 | Allstate | 1048140080 | Truck 316 2019 Kenworth T270 (red) | 6/8/2021 4:06 PM | 6/8/2021 5:01 PM | 6/8/2021 8:30 PM | $633.34 | 25m | 30m | 2h 34m | 3h 29m | 27.8 | 98.9 |
| 2078 | Agero | 770990836 | Truck 316 | 6/9/2021 | 6/9/2021 | 6/9/2021 | $40.00 | 15m | 43m | 26m | | 9.7 | 8.7 |

316 Towing_01041

| User | Call # | Invoice # | Total Calls / Account | Total Invoiced / PO # | Avg Invoice / Truck | Total Enroute / Dispatched | Total On Scene / Enroute | Total Towing / Completed | Total Time / Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Unloaded / Towing | Loaded / Total Time | Total Miles / Unloaded | Avg Miles / Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2079 | | Agero | 786093910 | 2019 Kenworth T270 (red) | 12:48 PM | 12:48 PM | 2:12 PM | 24m | 23m | 15m | 1h 25m | 2h 3m | 11.7 | 35.3 |
| | 2081 | | Allstate | 1048148619 | Truck 316 2019 Kenworth T270 (red) | 6/9/2021 2:18 PM | 6/9/2021 2:20 PM | 6/9/2021 4:23 PM | $141.90 | 46m | 15m | 1h 4m | 2h 5m | 20.2 | 30.5 |
| | 2089 | | Agero | 773923498 | Truck 316 2019 Kenworth T270 (red) | 6/9/2021 4:43 PM | 6/9/2021 4:47 PM | 6/9/2021 6:52 PM | $132.00 | 44m | 35m | 1h 27m | 2h 46m | 9.7 | 41.8 |
| | 2092 | | Agero | 156676804 | Truck 316 2019 Kenworth T270 (red) | 6/10/2021 10:04 AM | 6/10/2021 10:04 AM | 6/10/2021 12:50 PM | $47.40 | 1h 0m | 10m | 32m | 1h 42m | 11.6 | 7 |
| | 2094 | | Allstate | 1048163314 | Truck 316 2019 Kenworth T270 (red) | 6/10/2021 1:34 PM | 6/10/2021 1:42 PM | 6/10/2021 3:24 PM | $98.00 | 27m | 32m | 59m | 1h 58m | 15.5 | 19 |
| | 2096 | | Allstate | 1048164254 | Truck 316 2019 Kenworth T270 (red) | 6/10/2021 3:27 PM | 6/10/2021 3:48 PM | 6/10/2021 5:46 PM | $108.90 | 59m | 18m | 1h 20m | 2h 37m | 3.2 | 26.3 |
| | 2098 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/11/2021 8:02 AM | 6/11/2021 8:08 AM | 6/11/2021 10:05 AM | $130.00 | 45m | 23m | 49m | 1h 57m | 7.4 | 0 |
| | 2101 | | Agero | 691583317 | Truck 316 2019 Kenworth | 6/11/2021 9:04 AM | 6/11/2021 10:06 AM | 6/11/2021 12:49 PM | $109.25 | 29m | 25m | 1h 49m | 2h 43m | 9.7 | 32.7 |

316 Towing_01042

| Call # (User) | Invoice # | Account (Total Calls) | PO # (Total Invoiced) | Truck (Avg Invoice) | Dispatched (Total Enroute) | Enroute (Total On Scene) | Completed (Total Towing) | Invoice Total (Total Time) | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2103 | | | | T270 (red) | | | | | | | | | | 48.2 |
| 2120 | | Allstate | 1048168851 | Truck 316 2019 Kenworth T270 (red) | 6/11/2021 10:44 AM | 6/11/2021 12:50 PM | 6/11/2021 3:29 PM | $129.60 | 56m | 17m | 1h 26m | 2h 39m | 5.4 | 14.5 |
| 2123 | | Allstate | 1048187186 | Truck 316 2019 Kenworth T270 (red) | 6/14/2021 8:45 AM | 6/14/2021 8:46 AM | 6/14/2021 12:16 PM | $75.30 | 59m | 1h 1m | 1h 30m | 3h 30m 1h 30m | 10.9 | 5.6 |
| 2127 | | Allstate | 1048188401 | Truck 316 2019 Kenworth T270 (red) | 6/14/2021 10:07 AM | 6/14/2021 10:16 AM | 6/14/2021 12:45 PM | $46.80 | 1h 29m | 32m | 28m | 2h 29m | 9 | 2.8 |
| 2131 | | Agero | 224128388 | Truck 316 2019 Kenworth T270 (red) | 6/14/2021 12:35 PM | 6/14/2021 12:48 PM | 6/14/2021 2:48 PM | $52.60 | 1h 15m | 11m | 34m | 2h 0m | 18.4 | 1.5 |
| 2132 | | Allstate | 1048192530 | Truck 316 2019 Kenworth T270 (red) | 6/14/2021 4:05 PM | 6/14/2021 4:06 PM | 6/14/2021 6:04 PM | $53.60 | 44m | 1h 14m | 0m | 1h 58m | 14.3 | 19.5 |
| 2134 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/14/2021 4:26 PM | 6/14/2021 6:05 PM | 6/14/2021 7:36 PM | $130.00 | 43m | 4m | 44m | 1h 31m | 4.8 | 20.2 |
| 2140 | | Allstate | 1048193381 | Truck 316 2019 Kenworth T270 (red) | 6/15/2021 8:04 AM | 6/15/2021 8:05 AM | 6/15/2021 9:58 AM | $170.00 | 56m | 18m | 39m | 1h 53m | 5.2 | 6.5 |
| | | Agero | 690101233 | Truck 316 2019 Kenworth T270 (red) | 6/15/2021 9:10 AM | 6/15/2021 9:59 AM | 6/15/2021 11:16 AM | $43.75 | 30m | 18m | 29m | 1h 17m | 9.4 | |

316 Towing_01043

| User / Call # | Invoice # | Total Calls / Account | Total Invoiced / PO # | Avg Invoice / Truck | Total Enroute / Dispatched | Total On Scene / Enroute | Total Towing / Completed | Total Time / Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Loaded / Towing | Total Miles / Total Time | Unloaded | Avg Miles / Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2143 | | Allstate | 1048197048 | Truck 316 2019 Kenworth T270 (red) | 6/15/2021 9:26 AM | 6/15/2021 11:17 AM | 6/15/2021 11:27 AM | $113.42 | 0m | 0m | 0m | 10m | 23.3 | 13 |
| 2144 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/15/2021 12:16 PM | 6/15/2021 12:16 PM | 6/15/2021 1:38 PM | $120.00 | 7m | 20m | 55m | 1h 22m | 12.4 | 19.2 |
| 2145 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/15/2021 12:57 PM | 6/15/2021 1:43 PM | 6/15/2021 2:11 PM | $90.00 | 13m | 0m | 15m | 28m | 5.1 | 1.9 |
| 2147 | | | 3243749 | Truck 316 2019 Kenworth T270 (red) | 6/15/2021 1:06 PM | 6/15/2021 2:14 PM | 6/15/2021 3:17 PM | $0.00 | 9m | 16m | 38m | 1h 3m | 11 | 12.8 |
| 2151 | | Agero | 462450231 | Truck 316 2019 Kenworth T270 (red) | 6/15/2021 4:31 PM | 6/15/2021 4:33 PM | 6/15/2021 5:59 PM | $51.55 | 48m | 0m | 38m | 1h 26m | 13.7 | 7.4 |
| 2154 | | Agero | 647779085 | Truck 316 2019 Kenworth T270 (red) | 6/15/2021 6:42 PM | 6/15/2021 6:43 PM | 6/15/2021 7:59 PM | $63.50 | 41m | 0m | 35m | 1h 16m | 3.5 | 14.4 |
| 2160 | | Agero | 883747798 | Truck 316 2019 Kenworth T270 (red) | 6/16/2021 9:18 AM | 6/16/2021 9:18 AM | 6/16/2021 11:04 AM | $46.45 | 59m | 17m | 30m | 1h 46m | 14.3 | 4.7 |
| 2163 | | Agero | 794658960 | Truck 316 2019 Kenworth T270 (red) | 6/16/2021 10:52 AM | 6/16/2021 11:06 AM | 6/16/2021 12:45 PM | $61.75 | 30m | 26m | 43m | 1h 39m | 9.7 | 13.7 |
| 2165 | | (No | | Truck 316 | 6/16/2021 | 6/16/2021 | 6/16/2021 | $280.00 | 46m | 10m | 1h 2m | | 9.4 | 34.5 |

316 Towing_01044

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Enroute | On Scene | Towing | Total Time | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2177 | Account Specified) | | 2019 Kenworth T270 (red) | 1:04 PM | 1:04 PM | 3:02 PM | | | | | 58m | | |
| 2180 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/17/2021 8:46 AM | 6/17/2021 8:46 AM | 6/17/2021 10:39 AM | $110.00 | 56m | 24m | 33m | 1h 53m | 0 | 0 |
| 2185 | Agero | 389932066 | Truck 316 2019 Kenworth T270 (red) | 6/17/2021 12:53 PM | 6/17/2021 1:01 PM | 6/17/2021 3:49 PM | $63.90 | 1h 19m | 42m | 47m | 2h 48m | 14.1 | 12.1 |
| 2186 | Allstate | 1048219256 | Truck 316 2019 Kenworth T270 (red) | 6/17/2021 5:12 PM | 6/17/2021 5:14 PM | 6/17/2021 6:26 PM | $56.40 | 35m | 32m | 5m | 1h 12m | 15.7 | 1.9 |
| 2194 | Agero | 212060719 | Truck 316 2019 Kenworth T270 (red) | 6/17/2021 5:29 PM | 6/17/2021 6:28 PM | 6/17/2021 7:45 PM | $77.35 | 19m | 11m | 47m | 1h 17m | 13.9 | 17.6 |
| | (No Account Specified) | 3257225 | Truck 316 2019 Kenworth T270 (red) | 6/18/2021 10:25 AM | 6/18/2021 10:25 AM | 6/18/2021 12:29 PM | $0.00 | 40m | 38m | 46m | 2h 4m | 11 | 15.9 |
| 2198 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/18/2021 12:45 PM | 6/18/2021 12:46 PM | 6/18/2021 2:14 PM | $200.00 | 32m | 57m | 0m | 1h 28m | 6.2 | 19.8 |
| 2200 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/18/2021 2:22 PM | 6/18/2021 2:22 PM | 6/18/2021 3:23 PM | $100.00 | 55m | 0m | 6m | 1h 1m | 3 | 5.1 |
| 2202 | Allstate | 1048226876 | Truck 316 2019 Kenworth | 6/18/2021 4:26 PM | 6/18/2021 4:27 PM | 6/18/2021 5:55 PM | $52.20 | 52m | 24m | 12m | 1h 28m | 13.6 | 1.7 |

316 Towing_01045

316 Towing_01046

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | UnLoaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2203 | Agero | 994164396 | Truck 316 2019 Kenworth T270 (red) | 6/18/2021 5:06 PM | 6/18/2021 5:57 PM | 6/18/2021 6:57 PM | $43.00 | 14m | 39m | 7m | 1h 0m | 12 | 0.1 |
| 2217 | Allstate | 1048241163 | Truck 316 2019 Kenworth T270 (red) | 6/21/2021 8:54 AM | 6/21/2021 8:54 AM | 6/21/2021 10:45 AM | $78.90 | 42m | 25m | 44m | 1h 51m | 5.3 | 16.3 |
| 2219 | Allstate | 1048241924 | Truck 316 2019 Kenworth T270 (red) | 6/21/2021 10:12 AM | 6/21/2021 10:46 AM | 6/21/2021 11:32 AM | $57.40 | 10m | 16m | 20m | 46m | 13.8 | 6.6 |
| 2220 | | 3269720 | Truck 316 2019 Kenworth T270 (red) | 6/21/2021 11:49 AM | 6/21/2021 11:59 AM | 6/21/2021 1:16 PM | $0.00 | 37m | 11m | 29m | 1h ~~17m~~ 42m | 15.6 | 8.3 |
| 2222 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/21/2021 12:40 PM | 6/21/2021 12:41 PM | 6/21/2021 3:34 PM | $120.00 | 1h 57m | 55m | 1m | 2h 53m | 1.3 | 0 |
| 2225 | Agero | 797057273 | Truck 316 2019 Kenworth T270 (red) | 6/21/2021 2:51 PM | 6/21/2021 3:35 PM | 6/21/2021 4:49 PM | $65.50 | 17m | 16m | 41m | 1h 14m | 2.8 | 15.2 |
| 2229 | Agero | 287033260 | Truck 316 2019 Kenworth T270 (red) | 6/21/2021 4:15 PM | 6/21/2021 4:52 PM | 6/21/2021 6:20 PM | $59.35 | 11m | 43m | 34m | 1h 28m | 18.9 | 7.4 |
| 2282 | Allstate | 1048269607 | Truck 316 2019 Kenworth T270 (red) | 6/24/2021 2:40 PM | 6/24/2021 3:45 PM | 6/24/2021 5:37 PM | $63.20 | 1h 23m | 1m | 28m | 1h 52m | 12.2 | 9.6 |

| User Call # | Invoice # | Account | PO # | Avg Invoice / Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2289 | | Allstate | 1048271536 | Truck 316 2019 Kenworth T270 (red) | 6/24/2021 5:58 PM | 6/24/2021 6:04 PM | 6/24/2021 8:35 PM | $300.17 | 27m | 28m | 1h 36m | 2h 31m | 19.4 | 75.1 |
| 2294 | | Agero | 796567117 | Truck 316 2019 Kenworth T270 (red) | 6/25/2021 8:27 AM | 6/25/2021 8:27 AM | 6/25/2021 11:09 AM | $120.25 | 52m | 45m | 1h 5m | 2h 42m | 9.7 | 37.1 |
| 2296 | | Allstate | 1048275396 | Truck 316 2019 Kenworth T270 (red) | 6/25/2021 10:33 AM | 6/25/2021 11:11 AM | 6/25/2021 12:26 PM | $57.60 | 34m | 16m | 25m | 1h 15m | 11.5 | 8.2 |
| 2298 | | Allstate | 1048277736 | Truck 316 2019 Kenworth T270 (red) | 6/25/2021 12:54 PM | 6/25/2021 12:55 PM | 6/25/2021 3:56 PM | $58.90 | 52m | 20m | 1h 49m | 3h 1m | 14.7 | 6.5 |
| 2301 | | Agero | 929619148 | Truck 316 2019 Kenworth T270 (red) | 6/25/2021 5:41 PM | 6/25/2021 5:55 PM | 6/25/2021 6:44 PM | $54.75 | 23m | 0m | 26m | 49m | 6.4 | 10.9 |
| 2311 | | Allstate | 1048371746 | Truck 316 2019 Kenworth T270 (red) | 6/28/2021 8:01 AM | 6/28/2021 8:18 AM | 6/28/2021 9:54 AM | $45.90 | 1h 4m | 10m | 22m | 1h 36m | 7.8 | 5.3 |
| 2312 | | Allstate | 1048371999 | Truck 316 2019 Kenworth T270 (red) | 6/28/2021 8:48 AM | 6/28/2021 9:55 AM | 6/28/2021 11:43 AM | $115.30 | 22m | 16m | 1h 10m | 1h 48m / 1h 45m | 15 | 25.1 |
| 2316 | | Agero | 137408941 | Truck 316 2019 Kenworth T270 (red) | 6/28/2021 11:37 AM | 6/28/2021 11:40 AM | 6/28/2021 1:29 PM | $40.00 | 55m | 38m | 16m | 1h 49m | 0 | 2.7 |
| 2317 | | Allied | 0000643030 | Truck 316 | 6/28/2021 | 6/28/2021 | 6/28/2021 | $61.00 | 0m | 0m | 32m | | 13.4 | |

316 Towing_01047

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Total Miles (Unloaded) | Avg Miles (Loaded) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2321 | Dispatch Solutions | | 2019 Kenworth T270 (red) | 1:06 PM | 1:30 PM | 2:35 PM | | | | | 5m | | |
| 2331 | Allstate | 1048376338 | 2019 Kenworth T270 (red) | 6/28/2021 5:16 PM | 6/28/2021 5:17 PM | 6/28/2021 7:21 PM | $110.10 | 19m | 27m | 1h 18m | 2h 4m | 9.1 | 26.7 |
| 2331 | Allstate | 1048399772 | 2019 Kenworth T270 (red) | 6/29/2021 8:01 AM | 6/29/2021 8:28 AM | 6/29/2021 9:36 AM | $55.40 | 21m | 22m | 25m | 1h 8m | 15.2 | 3.8 |
| 2332 | Allstate | 1048400041 | 2019 Kenworth T270 (red) | 6/29/2021 9:20 AM | 6/29/2021 9:36 AM | 6/29/2021 10:53 AM | $61.10 | 31m | 0m | 46m | 1h 17m | 14.6 | 7.3 |
| 2334 | Allstate | 1048400368 | 2019 Kenworth T270 (red) | 6/29/2021 10:30 AM | 6/29/2021 10:43 AM | 6/29/2021 11:46 AM | $75.50 | 10m | 19m | 34m | 1h 3m | 15.5 | 11.5 |
| 2336 | Allstate | 1048401021 | 2019 Kenworth T270 (red) | 6/29/2021 11:20 AM | 6/29/2021 11:47 AM | 6/29/2021 1:18 PM | $61.50 | 42m | 33m | 16m | 1h 31m | 18.1 | 5.1 |
| 2337 | (No Account Specified) | | 2019 Kenworth T270 (red) | 6/29/2021 1:45 PM | 6/29/2021 1:48 PM | 6/29/2021 2:51 PM | $95.00 | 5m | 31m | 27m | 1h 3m | 0 | 0 |
| 2339 | Allstate | 1048402031 | 2019 Kenworth T270 (red) | 6/29/2021 3:12 PM | 6/29/2021 1:48 PM | 6/29/2021 7:35 PM | $128.00 | 1h 24m | 3h 8m | 1h 15m | 5h 47m | 15.8 | 28.8 |
| 2340 | Allstate | 1048402454 | 2019 Kenworth T270 | 6/29/2021 2:20 PM | 6/29/2021 2:55 PM | 6/29/2021 5:03 PM | $48.50 | 1h 13m | 29m | 26m | 2h 8m | 11.3 | 5.3 |

316 Towing_01048

316 Towing_01049

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Time Enroute | On Scene Unloaded | Towing Loaded | Total Time | Total Miles UnLoaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2348 | Agero | 717244287 | Truck 316 2019 Kenworth T270 (red) | 6/30/2021 10:36 AM | 6/30/2021 10:39 AM | 6/30/2021 3:13 PM | $82.25 | 58m | 2h 16m | 1h 20m | 4h 34m / 2h 18m | 9.7 | 21.9 |
| 2349 | Agero | 127321896 | Truck 316 2019 Kenworth T270 (red) | 6/30/2021 11:04 AM | 6/30/2021 11:05 AM | 6/30/2021 1:00 PM | $52.30 | 55m | 33m | 27m | 1h 55m / 1h 52m | 18.2 | 1.8 |
| 2353 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 6/30/2021 12:43 PM | 6/30/2021 12:57 PM | 6/30/2021 5:03 PM | $120.00 | 3h 8m | 12m | 46m | 4h 6m | 0 | 0 |
| 2357 | Agero | 895379923 | Truck 316 2019 Kenworth T270 (red) | 6/30/2021 7:21 PM | 6/30/2021 7:24 PM | 6/30/2021 9:36 PM | $156.50 | 18m | 1h 9m | 45m | 2h 12m | 22 | 44.4 |
| 2362 | Allstate | 1048417922 | Truck 316 2019 Kenworth T270 (red) | 7/1/2021 10:52 AM | 7/1/2021 11:19 AM | 7/1/2021 1:08 PM | $75.30 | 20m | 18m | 1h 11m | 1h 49m / 1h 38m | 1.5 | 15.1 |
| 2364 | Allstate | 1048418071 | Truck 316 2019 Kenworth T270 (red) | 7/1/2021 11:32 AM | 7/1/2021 12:57 PM | 7/1/2021 1:35 PM | $50.60 | 0m | 11m | 27m | 38m | 11.6 | 5.8 |
| 2366 | Allstate | 1048418551 | Truck 316 2019 Kenworth T270 (red) | 7/1/2021 1:16 PM | 7/1/2021 1:36 PM | 7/1/2021 8:14 PM | $45.00 | 1h 12m | 0m | 5h 26m | 6h 38m | 3.1 | 0.8 |
| 2373 | Agero | 721796105 | Truck 316 2019 Kenworth T270 (red) | 7/2/2021 8:32 AM | 7/2/2021 8:44 AM | 7/2/2021 12:03 PM | $167.75 | 52m | 54m | 1h 33m | 3h 19m | 9.7 | 56.1 |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | UnLoaded (Total Miles) | Loade (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2374 | | Allstate | 1048424934 | Truck 316 2019 Kenworth T270 (red) | 7/2/2021 8:44 AM | 7/2/2021 1:28 PM | 7/2/2021 2:52 PM | $61.50 | 12m | 55m | 17m | 1h 24m | 2.4 | 10.5 |
| 2378 | | Agero | 344936085 | Truck 316 2019 Kenworth T270 (red) | 7/2/2021 1:47 PM | 7/2/2021 2:53 PM | 7/2/2021 4:43 PM | $89.25 | 0m | 44m | 1h 6m | 1h 50m | 9.7 | 24.7 |
| 2388 | | Agero | 948512382 | Truck 316 2019 Kenworth T270 (red) | 7/5/2021 10:49 AM | 7/5/2021 12:55 PM | 7/5/2021 4:01 PM | $97.00 | 17m | 1h 30m | 1h 19m | 3h 6m | 5.9 | 27.8 |
| 2392 | | Allstate | 1048447057 | Truck 316 2019 Kenworth T270 (red) | 7/5/2021 3:40 PM | 7/5/2021 4:01 PM | 7/5/2021 4:58 PM | $60.40 | 28m | 29m | 0m | 57m | 17.7 | 4.4 |
| 2397 | | Agero | 719721404 | Truck 316 2019 Kenworth T270 (red) | 7/6/2021 10:24 AM | 7/6/2021 10:25 AM | 7/6/2021 11:48 AM | $80.25 | 24m | 13m | 46m | 1h 23m | 4 | 21.1 |
| 2400 | | Agero | 186064031 | Truck 316 2019 Kenworth T270 (red) | 7/6/2021 11:07 AM | 7/6/2021 11:50 AM | 7/6/2021 12:57 PM | $74.95 | 21m | 14m | 32m | 1h 7m | 19.8 | 13.1 |
| 2401 | | Agero | 513365179 | Truck 316 2019 Kenworth T270 (red) | 7/6/2021 12:14 PM | 7/6/2021 12:58 PM | 7/6/2021 5:22 PM | $177.25 | 22m | 1h 45m | 2h 17m | 4h 24m | 9.7 | 25.9 |
| 2407 | | Agero | 876914758 | Truck 316 2019 Kenworth T270 (red) | 7/6/2021 5:44 PM | 7/6/2021 5:52 PM | 7/6/2021 7:10 PM | $78.70 | 40m | 0m | 38m | 1h 18m | 18.3 | 15.5 |
| 2412 | | Agero | 847532128 | Truck 316 | 7/7/2021 | 7/7/2021 | 7/7/2021 | $40.00 | 44m | 49m | 34m | 9.7 | | |

316 Towing_010504

| User | Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene | Towing | Total Time (Loaded) | Total Miles (Unloaded) | Avg Miles (Loaded) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2418 |  |  |  | 2019 Kenworth T270 (red) | 8:25 AM | 8:53 AM | 11:00 AM |  |  |  |  | 7m |  |  |
|  | 2424 |  | Agero | 125043782 | Truck 316 2019 Kenworth T270 (red) | 7/7/2021 11:20 AM | 7/7/2021 11:50 AM | 7/7/2021 1:50 PM | $128.00 | 8m | 29m | 1h 23m | 2h 0m | 9.7 | 40.2 |
|  | 2424 |  | Agero | 302474303 | Truck 316 2019 Kenworth T270 (red) | 7/7/2021 4:24 PM | 7/7/2021 4:55 PM | 7/7/2021 6:38 PM | $55.60 | 1h 0m | 24m | 19m | 1h 43m | 20.4 | 4.5 |
|  | 2427 |  | (No Account Specified) |  | Truck 316 2019 Kenworth T270 (red) | 7/8/2021 8:01 AM | 7/8/2021 9:38 AM | 7/8/2021 12:43 PM | $150.00 | 53m | 1h 27m | 45m | 3h 5m / 2h 33m | 0 | 0 |
|  | 2430 |  | Agero | 221739568 | Truck 316 2019 Kenworth T270 (red) | 7/8/2021 10:27 AM | 7/8/2021 12:11 PM | 7/8/2021 3:05 PM | $122.25 | 41m | 29m | 1h 44m | 2h 54m | 9.7 | 37.9 |
|  | 2433 |  | (No Account Specified) |  | Truck 316 2019 Kenworth T270 (red) | 7/12/2021 7:58 AM | 7/12/2021 8:57 AM | 7/12/2021 11:26 AM | $240.00 | 1h 15m | 0m | 1h 14m | 2h 29m | 0 | 0 |
|  | 2441 |  | Allstate | 1048482925 | Truck 316 2019 Kenworth T270 (red) | 7/8/2021 3:53 PM | 7/8/2021 3:54 PM | 7/8/2021 6:24 PM | $96.50 | 1h 29m | 16m | 45m | 2h 30m | 15.5 | 18.5 |
|  | 2442 |  | Allstate | 1048483212 | Truck 316 2019 Kenworth T270 (red) | 7/8/2021 4:57 PM | 7/8/2021 6:26 PM | 7/8/2021 7:52 PM | $70.00 | 51m | 17m | 18m | 1h 26m | 17.1 | 8.6 |
|  | 2451 |  | Agero | 973466151 | Truck 316 2019 Kenworth T270 (red) | 7/9/2021 10:30 AM | 7/9/2021 11:21 AM | 7/9/2021 1:14 PM | $120.35 | 49m | 0m | 1h 4m | 1h 53m | 15.4 | 33.9 |

316 Towing_01051

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Unloaded) | Total Time (Loaded) | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2454 | Allstate | 1048489455 | Truck 316 2019 Kenworth T270 (red) | 7/9/2021 1:31 PM | 7/9/2021 1:32 PM | 7/9/2021 4:11 PM | $91.20 | 1h 35m | 0m | 1h 4m | 2h 39m | 24.1 | 26 |
| 2458 | Agero | 267488929 | Truck 316 2019 Kenworth T270 (red) | 7/9/2021 4:17 PM | 7/9/2021 4:28 PM | 7/9/2021 5:48 PM | $69.40 | 41m | 15m | 24m | 1h 20m | 27.1 | 6.5 |
| 2460 | Allstate | 1048491850 | Truck 316 2019 Kenworth T270 (red) | 7/9/2021 4:37 PM | 7/9/2021 6:16 PM | 7/9/2021 7:50 PM | $197.40 | 9m | 2m | 1h 23m | 1h 34m | 9.4 | 55.8 |
| 2486 | Agero | 922082367 | Truck 316 2019 Kenworth T270 (red) | 7/12/2021 12:12 PM | 7/12/2021 12:14 PM | 7/12/2021 4:15 PM | $173.25 | 1h 18m | 2h 9m | 34m | 4h 1m 3h 47m | 9.7 | 58.3 |
| 2489 | | 3366788 | Truck 316 2019 Kenworth T270 (red) | 7/12/2021 3:39 PM | 7/12/2021 4:01 PM | 7/12/2021 6:50 PM | $0.00 | 1h 15m | 56m | 38m | 2h 49m | 17 | 27.4 |
| 2494 | Allstate | 1048516315 | Truck 316 2019 Kenworth T270 (red) | 7/13/2021 9:26 AM | 7/13/2021 9:33 AM | 7/13/2021 11:14 AM | $61.00 | 43m | 21m | 37m | 1h 41m | 17.4 | 5.4 |
| 2497 | Allstate | 1048517587 | Truck 316 2019 Kenworth T270 (red) | 7/13/2021 9:37 AM | 7/13/2021 11:15 AM | 7/13/2021 2:46 PM | $104.18 | 1h 36m | 59m | 56m | 3h 31m 1h 50m | 17.6 | 19 |
| 2500 | Allstate | 1048517185 | Truck 316 2019 Kenworth T270 (red) | 7/13/2021 11:16 AM | 7/13/2021 11:42 AM | 7/13/2021 1:23 PM | $126.40 | 26m | 2m | 1h 13m | 1h 41m | 16.5 | 27.8 |

316 Towing_01052

| User / Call # | Total Calls / Invoice # | Account | Total Invoiced / PO # | Avg Invoice / Truck | Total Enroute / Dispatched | Total On Scene / Enroute | Total Towing / Completed | Total Time / Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Loaded / Towing | Total Time | Total Miles / Unloaded | Avg Miles / Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2505 | | Allstate | 1048520417 | Truck 316 2019 Kenworth T270 (red) | 7/13/2021 2:48 PM | 7/13/2021 2:49 PM | 7/13/2021 3:49 PM | $56.40 | 32m | 12m | 16m | 1h 0m | 15.7 | 2.5 |
| 2516 | | Agero | 610119797 | Truck 316 2019 Kenworth T270 (red) | 7/14/2021 7:55 AM | 7/14/2021 7:57 AM | 7/14/2021 10:19 AM | $73.90 | 54m | 47m | 41m | 2h 22m 42m | 15.1 | 7.5 |
| 2517 | | Agero | 501517291 | Truck 316 2019 Kenworth T270 (red) | 7/14/2021 8:20 AM | 7/14/2021 8:39 AM | 7/14/2021 1:03 PM | $113.75 | 0m | 3h 19m | 1h 5m | 4h 24m | 9.7 | 34.5 |
| 2521 | | Agero | 889722317 | Truck 316 2019 Kenworth T270 (red) | 7/14/2021 4:00 PM | 7/14/2021 4:04 PM | 7/14/2021 6:34 PM | $58.65 | 2h 2m | 14m | 14m | 2h 30m 1h 43m | 17.6 | 7.9 |
| 2523 | | Allstate | 1048529388 | Truck 316 2019 Kenworth T270 (red) | 7/14/2021 4:36 PM | 7/14/2021 4:42 PM | 7/14/2021 5:29 PM | $52.10 | 19m | 12m | 16m | 47m | 12.5 | 5.7 |
| 2532 | | Agero | 503359466 | Truck 316 2019 Kenworth T270 (red) | 7/15/2021 8:20 AM | 7/15/2021 8:56 AM | 7/15/2021 11:35 AM | $113.75 | 26m | 1h 6m | 1h 7m | 2h 39m | 9.7 | 34.5 |
| 2538 | | Agero | 885258705 | Truck 316 2019 Kenworth T270 (red) | 7/15/2021 12:47 PM | 7/15/2021 1:05 PM | 7/15/2021 4:55 PM | $146.75 | 24m | 1h 17m | 2h 9m | 3h 50m | 9.7 | 47.7 |
| 2551 | | Allstate | 1048542307 | Truck 316 2019 Kenworth T270 (red) | 7/16/2021 9:14 AM | 7/16/2021 9:47 AM | 7/16/2021 12:37 PM | $79.80 | 2h 12m | 0m | 38m | 2h 59m 40m | 6.3 | 16.6 |
| 2553 | | Agero | 375816461 | Truck 316 | 7/16/2021 | 7/16/2021 | 7/16/2021 | $84.50 | 20m | 3h | 25m | | | 22.8 |

316 Towing_01053

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene | Towing | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2556 | | | 2019 Kenworth T270 (red) | 10:40 AM | 10:27 AM | 2:34 PM | | | 22m | | 7m | | |
| 2568 | Allstate | 1048544480 | 2019 Kenworth T270 (red) | 7/16/2021 12:36 PM | 7/16/2021 2:35 PM | 7/16/2021 3:59 PM | $120.30 | 21m | 19m | 44m | 1h 24m | 18.4 | 24.5 |
| 2569 | Allstate | 1048564095 | Truck 316 2019 Kenworth T270 (red) | 7/19/2021 11:08 AM | 7/19/2021 11:10 AM | 7/19/2021 1:44 PM | $90.00 | 55m | 33m | 1h 6m | 2h 34m | 8.1 | 20 |
| 2572 | Allstate | 1048563432 | Truck 316 2019 Kenworth T270 (red) | 7/19/2021 12:04 PM | 7/19/2021 1:44 PM | 7/19/2021 2:32 PM | $58.40 | 11m | 17m | 20m | 48m | 16.7 | 2.9 |
| 2574 | Allstate | 1048564914 | Truck 316 2019 Kenworth T270 (red) | 7/19/2021 1:01 PM | 7/19/2021 2:32 PM | 7/19/2021 4:01 PM | $30.60 | 40m | 49m | 0m | 1h 29m / 1h 16m | 13.8 | 0 |
| 2575 | Allstate | 1048567794 | Truck 316 2019 Kenworth T270 (red) | 7/19/2021 3:33 PM | 7/19/2021 3:48 PM | 7/19/2021 5:09 PM | $111.00 | 15m | 9m | 57m | 1h 21m | 3.3 | 27 |
| | Allstate | 1048567947 | Truck 316 2019 Kenworth T270 (red) | 7/19/2021 4:06 PM | 7/19/2021 5:10 PM | 7/19/2021 6:53 PM | $66.30 | 46m | 9m | 48m | 1h 43m | 7.4 | 12.1 |
| 2579 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 7/19/2021 7:14 PM | 7/19/2021 7:18 PM | 7/19/2021 8:06 PM | $110.00 | 17m | 13m | 18m | 48m | 0 | 0 |
| 2582 | Allstate | 1048570920 | Truck 316 2019 Kenworth | 7/20/2021 8:42 AM | 7/20/2021 8:52 AM | 7/20/2021 10:50 AM | $56.60 | 1h 5m | 22m | 31m | 1h 58m | 15.8 | 4 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Total Miles (Unloaded) | Avg Miles (Loaded) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2587 | Allstate | 1048573013 | Truck 316 2019 Kenworth T270 (red) | 7/20/2021 11:53 AM | 7/20/2021 12:30 PM | 7/20/2021 1:40 PM | $56.00 | 58m | 0m | 12m | 1h 10m | 15.5 | 0.9 |
| 2588 | Agero | 221857215 | Truck 316 2019 Kenworth T270 (red) | 7/20/2021 12:00 PM | 7/20/2021 1:41 PM | 7/20/2021 9:13 PM | $130.25 | 12m | 5h 41m | 1h 39m | 7h 32m | 9.7 | 41.1 |
| 2592 | Agero | 859113400 | Truck 316 2019 Kenworth T270 (red) | 7/20/2021 2:01 PM | | 7/20/2021 6:40 PM | $104.00 | 0m | 2h 50m | 1h 9m | 0m | 9.7 | 30.6 |
| 2605 | Agero | 720174878 | Truck 316 2019 Kenworth T270 (red) | 7/21/2021 8:41 AM | 7/21/2021 9:03 AM | 7/21/2021 10:26 AM | $54.55 | 40m | 27m | 16m | 1h 23m | 14.2 | 8.3 |
| 2607 | Agero | 261379371 | Truck 316 2019 Kenworth T270 (red) | 7/21/2021 9:47 AM | 7/21/2021 10:26 AM | 7/21/2021 12:56 PM | $122.20 | 41m | 18m | 1h 31m | 2h 30m | 23.3 | 21.9 |
| 2617 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 7/26/2021 10:02 AM | 7/26/2021 4:41 PM | 7/26/2021 6:17 PM | $110.00 | 18m | 41m | 37m | 1h 36m | 0 | 0 |
| 2619 | Allstate | 1048584313 | Truck 316 2019 Kenworth T270 (red) | 7/21/2021 4:26 PM | 7/21/2021 4:28 PM | 7/21/2021 6:24 PM | $45.00 | 1h 7m | 7m | 42m | 1h 56m | 7.4 | 0 |
| 2625 | Agero | 734671509 | Truck 316 2019 Kenworth T270 (red) | 7/22/2021 9:04 AM | 7/22/2021 9:04 AM | 7/22/2021 3:54 PM | $413.75 | 1h 2m | 4h 36m | 1h 12m | 6h 59m 5h 44m | 9.7 | 87.7 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene | Towing | Total Time | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2633 | Allstate | 1048591619 | Truck 316 2019 Kenworth T270 (red) | 7/22/2021 1:18 PM | 7/22/2021 2:48 PM | 7/22/2021 5:28 PM | $88.60 | 1h 6m | 1h 32m | 2m | 2h 40m | 31.8 | 2.9 |
| 2635 | Allstate (Braselton) | 1048592978 | Truck 316 2019 Kenworth T270 (red) | 7/22/2021 5:12 PM | 7/22/2021 5:30 PM | 7/22/2021 6:32 PM | $0.00 | 0m | 15m | 47m | 1h 2m | 31.2 | 22.6 |
| 2645 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 7/23/2021 8:40 AM | 7/23/2021 8:59 AM | 7/23/2021 11:17 AM | $180.00 | 59m | 16m | 1h 3m | 2h 18m | 0 | 0 |
| 2646 | Agero | 187549205 | Truck 316 2019 Kenworth T270 (red) | 7/23/2021 9:17 AM | 7/23/2021 11:45 AM | 7/23/2021 3:35 PM | $281.50 | 40m | 1h 6m | 2h 4m | 3h 50m | 9.7 | 55.2 |
| 2648 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 7/23/2021 11:00 AM | 7/23/2021 11:18 AM | 7/23/2021 12:24 PM | $0.00 | 26m | 0m | 40m | 4h 6m 27m | 0 | 0 |
| 2656 | Allstate | 1048601131 | Truck 316 2019 Kenworth T270 (red) | 7/23/2021 5:09 PM | 7/23/2021 5:18 PM | 7/23/2021 7:43 PM | $56.40 | 1h 50m | 11m | 24m | 2h 25m | 13.6 | 6.4 |
| 2664 | Allstate | 1048615389 | Truck 316 2019 Kenworth T270 (red) | 7/26/2021 8:53 AM | 7/26/2021 9:30 AM | 7/26/2021 10:59 AM | $60.40 | 31m | 18m | 40m | 1h 29m | 12.3 | 8.6 |
| 2669 | Allstate | 1048617113 | Truck 316 2019 Kenworth T270 (red) | 7/26/2021 10:45 AM | 7/26/2021 11:06 AM | 7/26/2021 12:56 PM | $86.60 | 33m | 29m | 48m | 1h 50m | 14.3 | 16 |
| 2670 | Allstate | 1048617446 | Truck 316 | 7/26/2021 | 7/26/2021 | 7/26/2021 | $56.90 | 32m | 3m | 21m | 56m | 11.3 | 8.1 |

316 Towing_01056

| Call # (User) | Invoice # | Account (Total Calls) | PO # (Total Invoiced) | Truck (Avg Invoice) | Dispatched (Total Enroute) | Enroute (Total On Scene) | Completed (Total Towing) | Invoice Total (Total Time) | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Unloaded) | Total Time (Loaded) | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2671 | | | | 2019 Kenworth T270 (red) | 11:21 AM | 12:56 PM | 1:52 PM | $92.30 | 1h 15m | 1h 30m | 2m | 2h 47m | 21.8 | 12.9 |
| 2676 | | Allstate | 1048619274 | Truck 316 2019 Kenworth T270 (red) | 7/26/2021 1:09 PM | 7/26/2021 1:53 PM | 7/26/2021 4:40 PM | $110.00 | 29m | 8m | 22m | 59m | 0 | 0 |
| 2685 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 7/26/2021 5:42 PM | 7/26/2021 6:18 PM | 7/26/2021 7:17 PM | $220.00 | 0m | 41m | 1h 13m | 1h 54m | 0 | 0 |
| 2686 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 7/27/2021 8:19 AM | 7/27/2021 9:29 AM | 7/27/2021 11:23 AM | $47.70 | 1m | 20m | 23m | 44m | 10 | 5.9 |
| 2688 | | Allstate | 1048625647 | Truck 316 2019 Kenworth T270 (red) | 7/27/2021 8:38 AM | 7/27/2021 11:40 AM | 7/27/2021 12:24 PM | $150.25 | 17m | 57m | 1h 34m | 2h 48m | 9.7 | 49.1 |
| 2689 | | Agero | 712735034 | Truck 316 2019 Kenworth T270 (red) | 7/27/2021 9:41 AM | 7/27/2021 2:15 PM | 7/27/2021 5:03 PM | $60.05 | 11m | 6m | 30m | 47m | 17.7 | 8.4 |
| 2694 | | Agero | 133879980 | Truck 316 2019 Kenworth T270 (red) | 7/27/2021 11:39 AM | 7/27/2021 12:27 PM | 7/27/2021 1:14 PM | $0.00 | 49m | 19m | 27m | 1h 35m | 21.9 | 5.9 |
| | | Allstate (Braselton) | 1048631112 | | 7/27/2021 5:33 PM | 7/27/2021 5:52 PM | 7/27/2021 7:27 PM | | | | | | | |

316 Towing_01057

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2705 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 7/28/2021 8:16 AM | 7/28/2021 8:34 AM | 7/28/2021 10:15 AM | $110.00 | 52m | 13m | 36m | 1h 41m | 0 | 0 |
| 2709 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 7/28/2021 11:18 AM | 7/28/2021 11:19 AM | 7/28/2021 12:34 PM | $110.00 | 26m | 24m | 25m | 1h 15m | 0 | 0 |
| 2710 | | Allstate | 1048635522 | Truck 316 2019 Kenworth T270 (red) | 7/28/2021 11:28 AM | 7/28/2021 12:35 PM | 7/28/2021 3:04 PM | $200.00 | 56m | 17m | 1h 16m | 2h 29m | 21.5 | 49 |
| 2713 | | Allstate | 1048637415 | Truck 316 2019 Kenworth T270 (red) | 7/28/2021 1:46 PM | 7/28/2021 3:05 PM | 7/28/2021 5:12 PM | $113.20 | 51m | 12m | 1h 4m | 2h 7m | 21.9 | 19.8 |
| 2715 | | Allstate | 1048639131 | Truck 316 2019 Kenworth T270 (red) | 7/28/2021 4:05 PM | 7/28/2021 5:13 PM | 7/28/2021 7:36 PM | $196.10 | 54m | 24m | 1h 5m | 2h 23m | 13.4 | 53.1 |
| 2724 | | Agero | 340417390 | Truck 316 2019 Kenworth T270 (red) | 7/29/2021 8:45 AM | 7/29/2021 9:39 AM | 7/29/2021 1:40 PM | $275.75 | 14m | 1h 12m | 2h 35m | 4h 1m | 9.7 | 70.9 |
| 2731 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 7/29/2021 1:32 PM | 7/29/2021 1:40 PM | 7/29/2021 6:34 PM | $250.00 | 1h 49m | 23m | 2h 42m | 4h 54m | 0 | 0 |
| 2736 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 7/29/2021 6:35 PM | | 7/29/2021 7:31 PM | $150.00 | 0m | 23m | 33m | 0m | 0 | 0 |
| 2740 | | Allstate | 1048650812 | Truck 316 | 7/30/2021 | 7/30/2021 | 7/30/2021 | $153.63 | 1h 1m | 41m | 34m | 2h 12.6m | 0 | 30.2 |

316 Towing_01058

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing | Loaded Total Time | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2744 | | | 2019 Kenworth T270 (red) | 8:43 AM | 8:45 AM | 11:01 AM | | | | | 16m, 2h, 8m | | |
| 2745 | Allstate | 1048651926 | 2019 Kenworth T270 (red) | 7/30/2021 10:41 AM | 7/30/2021 10:53 AM | 7/30/2021 11:47 AM | $45.00 | 26m | 10m | 18m | 54m | 2.5 | 0.7 |
| 2748 | Allstate | 1048652064 | 2019 Kenworth T270 (red) | 7/30/2021 11:04 AM | 7/30/2021 11:47 AM | 7/30/2021 2:35 PM | $98.60 | 1h 49m | 20m | 39m | 2h 48m | 17.6 | 17.8 |
| 2750 | Allstate | 1048653948 | 2019 Kenworth T270 (red) | 7/30/2021 2:13 PM | 7/30/2021 2:36 PM | 7/30/2021 3:57 PM | $83.10 | 49m | 14m | 18m | 1h 21m | 2.4 | 17.7 |
| | Allstate | 1048655054 | 2019 Kenworth T270 (red) | 7/30/2021 3:19 PM | 7/30/2021 3:58 PM | 7/30/2021 5:58 PM | $58.40 | 1h 31m | 8m | 21m | 2h 0m | 16.7 | 4.9 |
| 2769 | Allstate | 1048670928 | 2019 Kenworth T270 (red) | 8/2/2021 9:50 AM | 8/2/2021 10:11 AM | 8/2/2021 1:48 PM | $289.42 | 1h 39m | 32m | 1h 26m | 3h 37m, 3h 34m | 13.9 | 50.8 |
| 2771 | (No Account Specified) | | 2019 Kenworth T270 (red) | 8/2/2021 11:26 AM | 8/2/2021 1:45 PM | 8/2/2021 3:04 PM | $110.00 | 39m | 18m | 22m | 1h 19m | 0 | 0 |
| 2776 | Allstate | 1048674732 | 2019 Kenworth T270 (red) | 8/2/2021 2:53 PM | 8/2/2021 3:53 PM | 8/2/2021 5:58 PM | $58.40 | 1h 25m | 0m | 40m | 2h 5m | 10.1 | 9.4 |
| 2778 | Allstate | 1048675977 | 2019 Kenworth T270 | 8/2/2021 4:15 PM | 8/2/2021 5:58 PM | 8/2/2021 8:13 PM | $202.50 | 1h 3m | 5m | 1h 7m | 2h 15m | 30.1 | 44.1 |

316 Towing_01059

316 Towing_01060

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Time Enroute | On Scene Unloaded | Towing Loaded | Total Time | Unloaded Total Miles | Loaded Avg Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2785 | | Allstate (Braselton) | 1048679592 | Truck 316 2019 Kenworth T270 (red) | 8/3/2021 7:26 AM | 8/3/2021 7:53 AM | 8/3/2021 11:03 AM | $0.00 | 1h 9m | 30m | 1h 31m | 3h 10m | 6.3 | 36.2 |
| 2789 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 8/3/2021 10:49 AM | 8/3/2021 11:04 AM | 8/3/2021 1:20 PM | $110.00 | 52m | 25m | 59m | 2h 16m | 0 | 0 |
| 2790 | | Allstate (Braselton) | 1048680748 | Truck 316 2019 Kenworth T270 (red) | 8/3/2021 11:33 AM | 8/3/2021 1:20 PM | 8/3/2021 3:26 PM | $171.70 | 37m | 40m | 49m | 2h 6m | 28.7 | 23.1 |
| 2795 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 8/4/2021 8:39 AM | 8/4/2021 9:30 AM | 8/4/2021 11:29 AM | $95.00 | 29m | 46m | 44m | 1h 59m | 0 | 0 |
| 2796 | | Allstate | 1048685018 | Truck 316 2019 Kenworth T270 (red) | 8/3/2021 6:01 PM | 8/3/2021 6:12 PM | 8/3/2021 7:16 PM | $45.00 | 30m | 33m | 1m | 1h 4m | 3 | 3.7 |
| 2797 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 8/3/2021 7:13 PM | 8/3/2021 7:34 PM | 8/3/2021 7:43 PM | $95.00 | 0m | 0m | 9m | 9m | 0 | 0 |
| 2803 | | Allstate | 1048687321 | Truck 316 2019 Kenworth T270 (red) | 8/4/2021 9:16 AM | 8/4/2021 11:29 AM | 8/4/2021 12:43 PM | $111.00 | 12m | 24m | 38m | 1h 14m | 19 | 21 |
| 2807 | | Agero | 139244011 | Truck 316 2019 Kenworth T270 (red) | 8/4/2021 12:23 PM | 8/4/2021 12:44 PM | 8/4/2021 4:32 PM | $98.75 | 37m | 35m | 2h 36m | 3h 48m / 1h 42m | 9.7 | 28.5 |

User

Total Calls · Total Invoiced · Avg Invoice · Total Enroute · Total On Scene · Total Towing · Total Time · Total Miles · Avg Miles

316 Towing_01061

| Call # (User) | Invoice # | Account (Total Calls) | PO # (Total Invoiced) | Truck (Avg Invoice) | Dispatched (Total Enroute) | Enroute (Total On Scene) | Completed (Total Towing) | Invoice Total (Total Time) | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loade (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2809 | | Allstate (Braselton) | 1048691108 | Truck 316 2019 Kenworth T270 (red) | 8/4/2021 2:22 PM | 8/4/2021 2:26 PM | 8/4/2021 6:22 PM | $0.00 | 2h 32m | 12m | 1h 12m | 3h 56m | 14.2 | 2.8 |
| 2818 | | Allstate | 1048695701 | Truck 416 2020 Dodge Ram 5500 (black) | 8/5/2021 7:26 AM | 8/5/2021 8:05 AM | 8/5/2021 9:50 AM | $64.70 | 59m | 17m | 29m | 1h 45m 1h 42m | 15.8 | 7.7 |
| 2820 | | Agero | 531312160 | Truck 316 2019 Kenworth T270 (red) | 8/5/2021 8:35 AM | 8/5/2021 9:47 AM | 8/5/2021 11:13 AM | $45.65 | 37m | 22m | 27m | 1h 26m | 10.6 | 6.9 |
| 2821 | | Allstate | 1048695913 | Truck 316 2019 Kenworth T270 (red) | 8/5/2021 9:12 AM | 8/5/2021 11:14 AM | 8/5/2021 1:55 PM | $86.20 | 1h 52m | 18m | 31m | 2h 41m | 22.2 | 10.6 |
| 2827 | | Allstate | 1048699580 | Truck 316 2019 Kenworth T270 (red) | 8/5/2021 2:53 PM | 8/5/2021 3:13 PM | 8/5/2021 5:31 PM | $84.00 | 1h 0m | 18m | 1h 0m | 2h 18m | 14.5 | 15 |
| 2829 | | Allstate (Braselton) | 1048700393 | Truck 316 2019 Kenworth T270 (red) | 8/5/2021 5:07 PM | 8/5/2021 5:33 PM | 8/5/2021 7:17 PM | $0.00 | 35m | 0m | 1h 9m | 1h 44m | 13.4 | 39.7 |
| 2837 | | Agero | 559276590 | Truck 316 2019 Kenworth T270 (red) | 8/6/2021 8:43 AM | 8/6/2021 10:27 AM | 8/6/2021 11:56 AM | $109.00 | 20m | 50m | 19m | 1h 29m | 21 | 26 |
| 2839 | | Allstate (Braselton) | 1048706114 | Truck 316 2019 Kenworth T270 (red) | 8/6/2021 11:14 AM | 8/6/2021 11:59 AM | 8/6/2021 1:42 PM | $0.00 | 1h 1m | 16m | 26m | 1h 43m | 28.5 | 6.8 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Time Enroute | On Scene | Towing | Total Time (Loaded) | Total Miles (Unloaded) | Avg Miles (Loaded) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2841 | Agero | 910921605 | Truck 316 2019 Kenworth T270 (red) | 8/6/2021 12:16 PM | 8/6/2021 1:43 PM | 8/6/2021 4:01 PM | $76.20 | 31m | 24m | 1h 23m | 2h 18m | 14.8 | 16.6 |
| 2842 | Agero | 204925557 | Truck 316 2019 Kenworth T270 (red) | 8/6/2021 1:30 PM | 8/6/2021 4:01 PM | 8/6/2021 5:36 PM | $82.00 | 0m | 1h 18m | 17m | 1h 35m | 9.7 | 21.8 |
| 2844 | Allstate | 1048708428 | Truck 316 2019 Kenworth T270 (red) | 8/6/2021 3:14 PM | 8/6/2021 5:36 PM | 8/6/2021 7:48 PM | $83.70 | 16m | 22m | 1h 34m | 2h 12m | 8.3 | 17.9 |
| 2851 | Agero | 313524652 | Truck 316 2019 Kenworth T270 (red) | 8/9/2021 8:59 AM | 8/9/2021 9:19 AM | 8/9/2021 11:48 AM | $176.60 | 1h 5m | 27m | 57m | 2h 29m | 25.9 | 28.1 |
| 2853 | Agero | 737982377 | Truck 316 2019 Kenworth T270 (red) | 8/9/2021 9:21 AM | 8/9/2021 11:49 AM | 8/9/2021 1:44 PM | $95.85 | 1h 11m | 0m | 44m | 1h 55m | 25.9 | 17.8 |
| 2856 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 8/9/2021 11:35 AM | 8/9/2021 1:46 PM | 8/9/2021 2:52 PM | $90.00 | 29m | 37m | 0m | 1h 6m | 0 | 0 |
| 2861 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 8/9/2021 5:02 PM | 8/9/2021 5:05 PM | 8/9/2021 8:34 PM | $240.00 | 1h 10m | 36m | 1h 43m | 3h 29m | 0 | 0 |
| 2869 | Allstate | 1048734761 | Truck 316 2019 Kenworth T270 (red) | 8/10/2021 9:15 AM | 8/10/2021 9:15 AM | 8/10/2021 11:23 AM | $127.07 | 56m | 23m | 49m | 2h 8m | 4.4 | 18.9 |
| 2870 | Allstate | 1048734373 | Truck 316 | 8/10/2021 | 8/10/2021 | 8/10/2021 | $103.50 | 33m | 10m | 36m | 2h 8m | 25.9 | 23.9 |

316 Towing_010628

| User | Call # | Invoice # | Total Calls | Account | Total Invoiced | PO # | Avg Invoice | Truck | Total Enroute | Dispatched | Total On Scene | Enroute | Total Towing | Completed | Total Time | Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Unloaded / Towing | Loaded / Towing | Loaded / Total Time | Total Miles / Unloaded | Avg Miles / Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2875 |  |  | (No Account Specified) |  |  |  | 2019 Kenworth T270 (red) |  | 9:32 AM |  | 11:23 AM |  | 12:42 PM |  | $95.00 | 47m | 0m | 20m |  | 19m |  | 0 |
|  | 2877 |  |  | Agero |  | 591047297 |  | 2019 Kenworth T270 (red) |  | 8/10/2021 1:14 PM |  | 8/10/2021 1:17 PM |  | 8/10/2021 2:24 PM |  | $85.50 | 12m | 8m | 45m |  | 1h 7m | 7.7 | 23.2 |
|  | 2878 |  |  | (No Account Specified) |  |  |  | Truck 316 2019 Kenworth T270 (red) |  | 8/10/2021 2:38 PM |  | 8/10/2021 2:41 PM |  | 8/10/2021 3:46 PM |  | $120.00 | 1h 38m | 19m | 34m |  | 1h 5m | 0 | 0 |
|  | 2879 |  |  | Allstate |  | 1048740002 |  | Truck 316 2019 Kenworth T270 (red) |  | 8/10/2021 4:16 PM |  | 8/10/2021 4:23 PM |  | 8/10/2021 6:54 PM |  | $57.70 | 40m | 16m | 21m | 1h 14m | 2h 3m | 14.4 | 6.3 |
|  | 2888 |  |  | Allstate (Braselton) |  | 1048742863 |  | Truck 316 2019 Kenworth T270 (red) |  | 8/11/2021 8:57 AM |  | 8/11/2021 8:58 AM |  | 8/11/2021 11:04 AM |  | $0.00 | 1h 5m | 24m | 37m | 1h 17m | 2h 6m | 13.7 | 13.6 |
|  | 2889 |  |  | Agero |  | 172606128 |  | Truck 316 2019 Kenworth T270 (red) |  | 8/11/2021 9:27 AM |  | 8/11/2021 11:07 AM |  | 8/11/2021 1:09 PM |  | $123.60 | 17m | 32m | 1h 13m |  | 2h 2m | 17.4 | 34 |
|  | 2892 |  |  | Allstate |  | 1048744967 |  | Truck 316 2019 Kenworth T270 (red) |  | 8/11/2021 12:10 PM |  | 8/11/2021 1:10 PM |  | 8/11/2021 2:49 PM |  | $52.90 | 56m | 12m | 31m |  | 1h 39m | 12.3 | 6.1 |
|  | 2893 |  |  | Allstate |  | 1048747719 |  | Truck 316 2019 Kenworth T270 (red) |  | 8/11/2021 3:14 PM |  | 8/11/2021 3:15 PM |  | 8/11/2021 6:04 PM |  | $86.10 | 1h 57m | 0m | 52m |  | 2h 49m | 14.8 | 15.5 |

316 Towing_01063

316 Towing_01064

| Call # | User Invoice # | Total Calls Account | Total Invoiced PO # | Avg Invoice Truck | Total Enroute Dispatched | Total On Scene Enroute | Total Towing Completed | Invoice Total | Avg Time Enroute | Unloaded On Scene | Loaded Towing | Total Time | Total Miles UnLoaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | T270 (red) | | | | | | | | 28m | | |
| 2895 | | Allstate (Braselton) | 1048747862 | Truck 316 2019 Kenworth T270 (red) | 8/11/2021 3:53 PM | 8/11/2021 5:43 PM | 8/11/2021 7:18 PM | $0.00 | 34m | 8m | 53m | 1h 35m | 22.7 | 15 |
| 2902 | | Allstate | 1048751734 | Truck 316 2019 Kenworth T270 (red) | 8/12/2021 8:43 AM | 8/12/2021 9:03 AM | 8/12/2021 10:05 AM | $72.40 | 40m | 22m | 0m | 1h 2m | 12.2 | 0 |
| 2904 | | Agero | 601628235 | Truck 316 2019 Kenworth T270 (red) | 8/12/2021 10:22 AM | 8/12/2021 10:26 AM | 8/12/2021 12:01 PM | $43.30 | 45m | 50m | 0m | 1h 35m 1h 9m | 12.2 | 2.2 |
| 2905 | | Agero | 346898319 | Truck 316 2019 Kenworth T270 (red) | 8/12/2021 10:30 AM | 8/12/2021 11:35 AM | 8/12/2021 2:23 PM | $143.75 | 28m | 35m | 1h 45m | 2h 48m | 9.7 | 46.5 |
| 2912 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 8/12/2021 3:40 PM | 8/12/2021 4:54 PM | 8/12/2021 6:26 PM | $150.00 | 12m | 11m | 1h 9m | 1h 32m | 0 | 0 |
| 2915 | | Allstate (Braselton) | 1048756899 | Truck 316 2019 Kenworth T270 (red) | 8/12/2021 4:57 PM | 8/12/2021 6:27 PM | 8/12/2021 8:08 PM | $0.00 | 48m | 11m | 42m | 1h 41m | 16.4 | 19.6 |
| 2922 | | Allstate | 1048759863 | Truck 316 2019 Kenworth T270 (red) | 8/13/2021 8:05 AM | 8/13/2021 8:56 AM | 8/13/2021 9:57 AM | $69.30 | 1h 0m | 0m | 1m | 1h 1m | 2.1 | 13.1 |
| 2926 | | Allstate | 1048760819 | Truck 316 2019 Kenworth T270 (red) | 8/13/2021 9:29 AM | 8/13/2021 9:58 AM | 8/13/2021 11:11 AM | $68.00 | 57m | 0m | 16m | 1h 13m | 21.5 | 1.5 |

| User Call # | Invoice # Total Calls | Account | Total Invoiced PO # | Avg Invoice Truck | Total Enroute Dispatched | Total On Scene Enroute | Total Towing Completed | Total Time Invoice Total | Avg Time Enroute | Unloaded On Scene | Loaded Towing | Loaded Total Time | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2929 | | Agero | 690510190 | Truck 316 2019 Kenworth T270 (red) | 8/13/2021 11:27 AM | 8/13/2021 11:32 AM | 8/13/2021 2:43 PM | $96.00 | 0m | 1h 58m | 1h 13m | 3h 11m / 1h 2m | 8.3 | 27.4 |
| 2930 | | Agero | 372484581 | Truck 316 2019 Kenworth T270 (red) | 8/13/2021 11:44 AM | 8/13/2021 12:34 PM | 8/13/2021 5:40 PM | $125.75 | 0m | 3h 52m | 1h 14m | 5h 6m | 9.7 | 39.3 |
| 2936 | | Allstate | 1048765232 | Truck 316 2019 Kenworth T270 (red) | 8/13/2021 5:32 PM | 8/13/2021 6:01 PM | 8/13/2021 7:41 PM | $94.70 | 0m | 0m | 35m | 1h 40m | 13.7 | 19.1 |
| 2948 | | Agero | 727679674 | Truck 316 2019 Kenworth T270 (red) | 8/16/2021 9:41 AM | 8/16/2021 9:42 AM | 8/16/2021 11:39 AM | $76.05 | 1h 1m | 25m | 31m | 1h 57m / 1h 49m | 14.7 | 16.6 |
| 2950 | | Agero | 708499702 | Truck 316 2019 Kenworth T270 (red) | 8/16/2021 11:18 AM | 8/16/2021 11:31 AM | 8/16/2021 1:31 PM | $140.00 | 10m | 36m | 1h 14m | 2h 0m | 9.7 | 45 |
| 2957 | | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 8/16/2021 1:45 PM | 8/16/2021 1:46 PM | 8/16/2021 5:09 PM | $110.00 | 1h 42m | 13m | 1h 28m | 3h 23m | 0 | 0 |
| 2963 | | Allstate (Braselton) | 1048787100 | Truck 316 2019 Kenworth T270 (red) | 8/16/2021 7:11 PM | 8/16/2021 7:17 PM | 8/16/2021 9:21 PM | $0.00 | 14m | 20m | 1h 30m | 2h 4m | 26.6 | 10.6 |
| 2967 | | Agero | 366487654 | Truck 316 2019 Kenworth T270 (red) | 8/17/2021 8:05 AM | 8/17/2021 10:55 AM | 8/17/2021 11:48 AM | $62.25 | 0m | 9m | 44m | 53m | 3.6 | 13.9 |
| 2976 | | (No | | Truck 316 | 8/17/2021 | 8/17/2021 | 8/17/2021 | $290.00 | 2h 57m | 24m | 1h | | | |

316 Towing_01065

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg) | On Scene | Towing | Total Time | Total Miles Unloaded | Avg Miles Loade |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Account Specified) | | 2019 Kenworth T270 (red) | 11:29 AM | 1:17 PM | 6:33 PM | | | | 55m | 16m | | |
| 2977 | Agero | 941096242 | Truck 316 2019 Kenworth T270 (red) | 8/17/2021 11:28 AM | 8/17/2021 11:59 AM | 8/17/2021 1:10 PM | $98.90 | 20m | 0m | 52m | 1h 11m | 15.6 | 25.2 |
| 2988 | (No Account Specified) | | Truck 316 2019 Kenworth T270 (red) | 8/20/2021 11:21 AM | 8/20/2021 1:41 PM | 8/20/2021 6:05 PM | $160.00 | 2h 46m | 30m | 1h 8m | 4h 24m | 0 | 0 |
| 2991 | Allstate | 1048825761 | Truck 316 2019 Kenworth T270 (red) | 8/18/2021 12:32 PM | 8/18/2021 12:42 PM | 8/18/2021 3:25 PM | $55.20 | 1h 51m | 29m | 23m | 2h 43m | 6.9 | 8.4 |
| 2994 | Allstate | 1048827458 | Truck 316 2019 Kenworth T270 (red) | 8/18/2021 3:58 PM | 8/18/2021 4:31 PM | 8/18/2021 6:51 PM | $74.95 | 1h 12m | 33m | 35m | 2h 20m | 20.5 | 19.5 |
| 2995 | Allstate (Braselton) | 1048827727 | Truck 316 2019 Kenworth T270 (red) | 8/18/2021 6:30 PM | 8/18/2021 7:02 PM | 8/18/2021 8:27 PM | $0.00 | 1h 3m | 0m | 23m | 1h 25m | 27.1 | 9.3 |
| 3009 | Agero | 226367262 | Truck 316 2019 Kenworth T270 (red) | 8/19/2021 1:32 PM | 8/19/2021 1:41 PM | 8/19/2021 3:44 PM | $140.40 | 27m | 28m | 1h 8m | 2h 3m | 30.1 | 33.1 |
| 3010 | Agero | 267064517 | Truck 316 2019 Kenworth T270 (red) | 8/19/2021 9:09 PM | 8/20/2021 9:42 AM | 8/20/2021 12:44 PM | $582.20 | 28m | 19m | 2h 15m | 3h 2m | 14.8 | 119 |
| 3011 | Allstate (Braselton) | 1048835215 | Truck 316 2019 Kenworth | 8/19/2021 2:25 PM | 8/19/2021 4:26 PM | 8/19/2021 6:06 PM | $0.00 | 1h 13m | 0m | 28m | 1h 40m | 14.6 | 14 |

316 Towing_01067

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Time Enroute | Unloaded On Scene | Loaded Towing | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3015 | Allstate (Braselton) | 1048836361 | T270 (red) | 8/19/2021 5:55 PM | 8/19/2021 6:08 PM | 8/19/2021 7:40 PM | $0.00 | 59m | 33m | 0m | 17.6 | 0 |
| 3024 | Allstate | 1048843254 | Truck 316 2019 Kenworth T270 (red) | 8/20/2021 1:35 PM | 8/20/2021 6:05 PM | 8/20/2021 7:34 PM | $71.70 | 28m | 13m | 48m | 12.7 | 12.1 |
| 3044 | Agero | 240213498 | Truck 416 2020 Dodge Ram 5500 (black) | 8/23/2021 7:29 AM | 8/23/2021 8:16 AM | 8/23/2021 9:44 AM | $74.50 | 1m | 1h 25m | 2m | 3.7 | 18.8 |
| 3046 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 8/23/2021 8:27 AM | 8/23/2021 9:45 AM | 8/23/2021 11:01 AM | $110.00 | 34m | 17m | 25m | 0 | 0 |
| 3050 | Agero | 694451202 | Truck 416 2020 Dodge Ram 5500 (black) | 8/23/2021 10:08 AM | 8/23/2021 11:02 AM | 8/23/2021 1:58 PM | $116.00 | 14m | 39m | 2h 3m | 9.7 | 35.4 |
| 3057 | Agero | 591610242 | Truck 416 2020 Dodge Ram 5500 (black) | 8/23/2021 1:23 PM | 8/23/2021 2:01 PM | 8/23/2021 3:57 PM | $86.45 | 1h 23m | 33m | 0m | 23.3 | 15.6 |
| 3058 | Allstate | 1048865205 | Truck 316 2019 Kenworth T270 (red) | 8/23/2021 3:27 PM | 8/23/2021 3:38 PM | 8/23/2021 5:21 PM | $133.80 | 40m | 26m | 37m | 22.3 | 26.4 |

| User Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3060 | | Agero | 555654391 | Truck 316 2019 Kenworth T270 (red) | 8/23/2021 4:31 PM | 8/23/2021 5:22 PM | 8/23/2021 7:56 PM | $99.50 | 1h 18m | 40m | 36m | 2h 34m | 6.2 | 28.8 |
| 3062 | | Agero | 754999478 | Truck 516 Ram 5500 (red) | 8/23/2021 11:45 PM | 8/24/2021 8:32 AM | 8/24/2021 9:56 AM | $57.75 | 24m | 32m | 28m | 1h 24m | 19.5 | 6.4 |
| 3064 | | Agero | 576538012 | Truck 316 2019 Kenworth T270 (red) | 8/23/2021 8:00 PM | | 8/23/2021 7:59 PM | $25.00 | 0m | 0m | 0m | 0m | 6.2 | 0 |
| 3070 | | Agero | 316165591 | Truck 516 Ram 5500 (red) | 8/24/2021 9:32 AM | 8/24/2021 10:11 AM | 8/24/2021 1:39 PM | $386.75 | 25m | 30m | 2h 33m | 3h 28m | 9.7 | 99.7 |
| 3079 | | Allstate | 1048874358 | Truck 416 2020 Dodge Ram 5500 (black) | 8/24/2021 4:37 PM | 8/24/2021 5:37 PM | 8/24/2021 6:52 PM | $45.00 | 27m | 29m | 19m | 1h 15m | 4.5 | 0 |
| 3081 | | Agero | 136846789 | Truck 416 2020 Dodge Ram 5500 (black) | 8/24/2021 5:18 PM | 8/24/2021 6:52 PM | 8/24/2021 5:36 PM | $140.35 | 0m | 0m | 17m | 0m | 25.9 | 35.6 |
| 3082 | | Agero | 160533890 | Truck 416 2020 Dodge Ram 5500 (black) | 8/24/2021 5:57 PM | 8/24/2021 6:52 PM | 8/24/2021 7:42 PM | $49.90 | 25m | 10m | 15m | 50m | 16.6 | 4.6 |
| 3085 | | | 21152032 | Truck 416 2020 Dodge Ram 5500 (black) | 8/25/2021 7:46 AM | 8/25/2021 8:35 AM | 8/25/2021 10:16 AM | $290.00 | 24m | 19m | 58m | 1h 44m 1h 40m | 0 | 0 |

316 Towing_01068

316 Towing_01069

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3086 | | 21152032 | Truck 416 2020 Dodge Ram 5500 (black) | 8/25/2021 10:31 AM | | 8/25/2021 10:31 AM | $0.00 | 0m | 0m | 0m | 0m | 4.6 | 20.5 |
| 3087 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 8/25/2021 9:58 AM | 8/25/2021 10:15 AM | 8/25/2021 12:20 PM | $120.00 | 33m | 7m | 1h 25m | 2h 5m | 0 | 0 |
| 3089 | Allstate (Braselton) | 1048879280 | Truck 416 2020 Dodge Ram 5500 (black) | 8/25/2021 11:35 AM | 8/25/2021 12:22 PM | 8/25/2021 2:39 PM | $79.75 | 33m | 18m | 1h 26m | 2h 17m | 18.7 | 39.6 |
| 3090 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 8/25/2021 11:35 AM | 8/25/2021 2:40 PM | 8/25/2021 3:50 PM | $150.00 | 1h 5m | 5m | 0m | 1h 10m | 31.3 | 0 |
| 3094 | Allstate | 1048881543 | Truck 416 2020 Dodge Ram 5500 (black) | 8/25/2021 3:01 PM | 8/25/2021 3:59 PM | 8/25/2021 7:46 PM | $123.40 | 3h 4m | 1m | 42m | 3h 47m | 22.2 | 23 |
| 3103 | Agero | 519344898 | Truck 416 2020 Dodge Ram 5500 (black) | 8/26/2021 10:31 AM | 8/26/2021 10:35 AM | 8/26/2021 1:02 PM | $103.15 | 1h 4m | 54m | 29m | 2h 27m | 13.6 | 28.1 |
| 3105 | Agero | 185759105 | Truck 416 2020 Dodge Ram 5500 (black) | 8/26/2021 11:40 AM | 8/26/2021 1:03 PM | 8/26/2021 3:20 PM | $92.00 | 11m | 1h 24m | 42m | 2h 17m | 9.7 | 25.8 |

| Call # (User) | Account (Total Calls) | PO # (Total Invoiced) | Truck (Avg Invoice) | Dispatched (Total Enroute) | Enroute (Total On Scene) | Completed (Total Towing) | Invoice Total (Total Time) | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | UnLoaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3109 | Allstate | 1048888946 | Truck 416 2020 Dodge Ram 5500 (black) | 8/26/2021 1:02 PM | 8/26/2021 3:21 PM | 8/26/2021 5:12 PM | $87.60 | 55m | 6m | 50m | 1h 51m | 17.5 | 14.2 |
| 3114 | Allstate | 1048891539 | Truck 416 2020 Dodge Ram 5500 (black) | 8/26/2021 5:48 PM | 8/26/2021 6:02 PM | 8/26/2021 7:53 PM | $76.40 | 59m | 42m | 10m | 1h 51m | 22.1 | 7.4 |
| 3120 | Allstate (Braselton) | 1048896529 | Truck 416 2020 Dodge Ram 5500 (black) | 8/27/2021 10:31 AM | 8/27/2021 10:45 AM | 8/27/2021 12:39 PM | $0.00 | 57m | 35m | 22m | 1h 54m | 30 | 4.2 |
| 3122 | Agero | 704270150 | Truck 416 2020 Dodge Ram 5500 (black) | 8/27/2021 10:49 AM | 8/27/2021 12:40 PM | 8/27/2021 4:11 PM | $173.00 | 25m | 1h 42m | 1h 24m | 3h 31m | 9.7 | 44.2 |
| 3125 | Allstate (Braselton) | 1048898885 | Truck 416 2020 Dodge Ram 5500 (black) | 8/27/2021 2:45 PM | 8/27/2021 4:12 PM | 8/27/2021 5:50 PM | $0.00 | 54m | 0m | 44m | 1h 38m | 20 | 11.1 |
| 3138 | Allstate | 1048915605 | Truck 416 2020 Dodge Ram 5500 (black) | 8/30/2021 8:12 AM | 8/30/2021 8:14 AM | 8/30/2021 9:49 AM | $90.00 | 50m | 13m | 32m | 1h 35m | 15.7 | 16.2 |
| 3139 | Allstate | 1048915560 | Truck 416 2020 Dodge Ram 5500 (black) | 8/30/2021 8:24 AM | 8/30/2021 9:51 AM | 8/30/2021 11:28 AM | $71.10 | 52m | 14m | 31m | 1h 37m | 16.9 | 9.1 |

316 Towing_01070

316 Towing_01071

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded Total Miles | Loaded Avg Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3142 | Allstate (Braselton) | 1048917148 | Truck 416 2020 Dodge Ram 5500 (black) | 8/30/2021 10:07 AM | 8/30/2021 11:28 AM | 8/30/2021 1:12 PM | $0.00 | 37m | 12m | 55m | 1h 44m | 27.6 | 26. |
| 3143 | Allstate | 1048916453 | Truck 416 2020 Dodge Ram 5500 (black) | 8/30/2021 10:36 AM | 8/30/2021 1:16 PM | 8/30/2021 2:42 PM | $91.30 | 18m | 46m | 22m | 1h 26m | 21.3 | 12.9 |
| 3148 | Allstate | 1048920531 | Truck 416 2020 Dodge Ram 5500 (black) | 8/30/2021 3:43 PM | 8/30/2021 3:47 PM | 8/30/2021 7:09 PM | $177.30 | 1h 23m | 18m | 1h 41m | 3h 22m | 15.7 | 45.3 |
| 3157 | Allstate | 1048925846 | Truck 416 2020 Dodge Ram 5500 (black) | 8/31/2021 9:20 AM | 8/31/2021 9:38 AM | 8/31/2021 12:31 PM | $57.20 | 30m | 17m | 2h 6m | 2h 53m | 14.3 | 6.2 |
| 3163 | Allstate | 1048929992 | Truck 416 2020 Dodge Ram 5500 (black) | 8/31/2021 3:13 PM | 8/31/2021 3:14 PM | 8/31/2021 5:08 PM | $53.90 | 27m | 22m | 1h 5m | 1h 54m | 11.6 | 6.9 |
| 3164 | Agero | 708896760 | Truck 416 2020 Dodge Ram 5500 (black) | 8/31/2021 4:56 PM | 8/31/2021 5:09 PM | 8/31/2021 7:10 PM | $129.15 | 50m | 17m | 54m | 2h 1m | 22.1 | 33.4 |
| 3171 | Agero | 209833836 | Truck 416 2020 Dodge Ram 5500 (black) | 9/1/2021 8:26 AM | 9/1/2021 8:38 AM | 9/1/2021 10:16 AM | $60.85 | 48m | 21m | 29m | 1h 38m | 13.9 | 11 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Unloaded) | Total Time (Loaded) | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3172 | Agero | 385553351 | Truck 416 2020 Dodge Ram 5500 (black) | 9/1/2021 9:12 AM | 9/1/2021 10:57 AM | 9/1/2021 12:29 PM | $89.25 | 0m | 30m | 1h 2m | 1h 32m | 9.7 | 24. |
| 3174 | Allstate | 1048936078 | Truck 416 2020 Dodge Ram 5500 (black) | 9/1/2021 11:06 AM | 9/1/2021 12:29 PM | 9/1/2021 2:53 PM | $63.70 | 1h 33m | 20m | 31m | 2h 24m | 15.6 | 7.5 |
| 3176 | Allstate (Braselton) | 1048937886 | Truck 416 2020 Dodge Ram 5500 (black) | | 9/1/2021 2:54 PM | 9/1/2021 7:22 PM | $133.65 | 1h 27m | 1h 2m | 1h 59m | 4h 28m | 24.4 | 60.9 |
| 3177 | Agero | 212603211 | Truck 416 2020 Dodge Ram 5500 (black) | 9/2/2021 8:00 AM | 9/2/2021 8:18 AM | 9/2/2021 2:16 PM | $462.00 | 39m | 1h 13m | 4h 6m | 5h 58m | 9.7 | 109 |
| 3179 | Agero | 806182405 | Truck 416 2020 Dodge Ram 5500 (black) | 9/2/2021 2:18 PM | 9/2/2021 2:17 PM | | $300.00 | 0m | 0m | 0m | 0m | 9.7 | 109 |
| 3190 | Allstate | 1048945414 | Truck 416 2020 Dodge Ram 5500 (black) | 9/2/2021 1:45 PM | 9/2/2021 5:50 PM | 9/2/2021 7:47 PM | $120.60 | 27m | 42m | 48m | 1h 57m | 13.6 | 27.8 |
| 3192 | Allstate | 1048947083 | Truck 416 2020 Dodge Ram 5500 (black) | 9/3/2021 7:53 AM | 9/3/2021 8:38 AM | 9/3/2021 10:26 AM | $149.14 | 34m | 24m | 50m | 1h 48m | 12.9 | 29.2 |

316 Towing_01072

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing | Total Time (Loaded) | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3193 | Allstate | 1048947332 | Truck 416 2020 Dodge Ram 5500 (black) | 9/2/2021 3:48 PM | 9/2/2021 3:59 PM | 9/2/2021 5:49 PM | $67.60 | 47m | 22m | 41m | 1h 50m | 16.5 | 8.2 |
| 3201 | Allstate | 1048952785 | Truck 416 2020 Dodge Ram 5500 (black) | 9/3/2021 9:41 AM | 9/3/2021 11:01 AM | 9/3/2021 12:22 PM | $52.60 | 11m | 14m | 56m | 1h 21m | 13.8 | 3.3 |
| 3202 | Allstate | 1048951967 | Truck 416 2020 Dodge Ram 5500 (black) | 9/3/2021 10:31 AM | 9/3/2021 12:22 PM | 9/3/2021 2:32 PM | $55.40 | 16m | 16m | 1h 38m | 2h 10m | 15.2 | 2.9 |
| 3204 | Allstate | 1048952567 | Truck 416 2020 Dodge Ram 5500 (black) | 9/3/2021 12:44 PM | 9/3/2021 2:48 PM | 9/3/2021 3:18 PM | $51.30 | 0m | 30m | 0m | 30m | 11.8 | 5.9 |
| 3206 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/3/2021 3:17 PM | 9/3/2021 4:14 PM | 9/3/2021 5:22 PM | $110.00 | 1h 8m | 0m | 0m | 1h 8m | 0 | 0 |
| 3210 | Allstate | 1048956842 | Truck 416 2020 Dodge Ram 5500 (black) | 9/3/2021 4:03 PM | 9/3/2021 5:53 PM | 9/3/2021 8:03 PM | $163.30 | 41m | 17m | 1h 12m | 2h 10m | 4.7 | 32.7 |
| 3218 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/7/2021 7:42 AM | 9/7/2021 8:32 AM | 9/7/2021 10:05 AM | $190.00 | 25m | 29m | 39m | 1h 33m | 0 | 0 |

316 Towing_01073

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3220 | | Agero | 243201668 | Truck 416 2020 Dodge Ram 5500 (black) | 9/7/2021 9:08 AM | 9/7/2021 10:38 AM | 9/7/2021 11:53 AM | $68.95 | 21m | 11m | 43m | 1h 15m | 16.8 | 12.x |
| 3224 | | Agero | 724642317 | Truck 415 2020 Dodge Ram 5500 (black) | 9/7/2021 9:57 AM | 9/7/2021 12:35 PM | 9/7/2021 1:57 PM | $106.25 | 17m | 13m | 52m | 1h 22m | 14.5 | 28.8 |
| 3226 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/7/2021 11:44 AM | 9/7/2021 2:38 PM | 9/7/2021 3:29 PM | $95.00 | 23m | 13m | 15m | 51m | 0 | 0 |
| 3228 | | Agero | 197928141 | Truck 416 2020 Dodge Ram 5500 (black) | 9/7/2021 2:33 PM | 9/7/2021 3:49 PM | 9/7/2021 4:14 PM | $40.00 | 0m | 0m | 25m | 25m | 3.7 | 3.1 |
| 3229 | | Allstate | 1048983066 | Truck 415 2020 Dodge Ram 5500 (black) | 9/7/2021 3:56 PM | 9/7/2021 5:38 PM | 9/7/2021 7:25 PM | $73.40 | 20m | 33m | 54m | 1h 47m | 15.2 | 11 |
| 3237 | | Agero | 211154337 | Truck 416 2020 Dodge Ram 5500 (black) | 9/8/2021 8:51 AM | 9/8/2021 9:00 AM | 9/8/2021 12:02 PM | $120.25 | 42m | 29m | 1h 51m | 3h 2m | 9.7 | 37.1 |
| 3238 | | Allstate | 1048988265 | Truck 416 2020 Dodge Ram 5500 (black) | 9/8/2021 9:40 AM | 9/8/2021 12:02 PM | 9/8/2021 12:58 PM | $47.20 | 27m | 12m | 17m | 56m | 11.1 | 3.2 |

316 Towing_01075

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Total Miles UnLoaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3241 | Allstate | 1048989122 | Truck 416 2020 Dodge Ram 5500 (black) | 9/8/2021 11:43 AM | 9/8/2021 1:59 PM | 9/8/2021 4:05 PM | $194.10 | 4m | 27m | 1h 35m | 2h 6m | 3.7 | 54.? |
| 3243 | Agero | 888859227 | Truck 416 2020 Dodge Ram 5500 (black) | 9/9/2021 8:11 AM | 9/9/2021 9:07 AM | 9/9/2021 12:06 PM | $556.25 | 12m | 19m | 2h 28m | 2h 59m | 9.7 | 99.5 |
| 3247 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/8/2021 3:46 PM | 9/8/2021 5:19 PM | 9/8/2021 6:40 PM | $110.00 | 44m | 14m | 23m | 1h 21m | 0 | 0 |
| 3248 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/8/2021 5:57 PM | 9/8/2021 6:48 PM | 9/8/2021 7:14 PM | $100.00 | 0m | 25m | 1m | 26m | 0 | 0 |
| 3252 | Agero | 145683154 | Truck 416 2020 Dodge Ram 5500 (black) | 9/9/2021 12:07 PM | | 9/9/2021 12:07 PM | $236.25 | 0m | 0m | 0m | 0m | 9.7 | 99.5 |
| 3257 | Agero | 310972214 | Truck 416 2020 Dodge Ram 5500 (black) | 9/9/2021 3:00 PM | 9/9/2021 3:24 PM | 9/9/2021 5:47 PM | $80.00 | 35m | 32m | 1h 16m | 2h 23m | 13.5 | 18.9 |
| 3259 | Agero | 804128872 | Truck 416 2020 Dodge Ram 5500 (black) | 9/9/2021 3:14 PM | 9/10/2021 8:45 AM | 9/10/2021 11:31 AM | $208.00 | 14m | 25m | 2h 7m | 2h 46m | 6.7 | 42.6 |

316 Towing_01076

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3270 | | Allstate | 1049007021 | Truck 416 2020 Dodge Ram 5500 (black) | 9/10/2021 10:57 AM | 9/10/2021 12:30 PM | 9/10/2021 2:47 PM | $184.30 | 3m | 1h 13m | 1h 1m | 2h 17m | 29.1 | 38.7 |
| 3274 | | Agero | 839372257 | Truck 416 2020 Dodge Ram 5500 (black) | 9/10/2021 3:07 PM | 9/10/2021 4:57 PM | 9/10/2021 5:56 PM | $73.85 | 42m | 0m | 17m | 59m | 11.9 | 5.4 |
| 3276 | | Allstate | 1049011466 | Truck 416 2020 Dodge Ram 5500 (black) | 9/10/2021 6:58 PM | 9/10/2021 7:42 PM | 9/10/2021 8:06 PM | $0.00 | 0m | 24m | 0m | 24m | 7.1 | 3.3 |
| 3282 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/13/2021 9:31 AM | 9/13/2021 9:45 AM | 9/13/2021 11:51 AM | $200.00 | 33m | 13m | 1h 20m | 2h 6m | 0 | 0 |
| 3285 | | Allstate | 1049028531 | Truck 416 2020 Dodge Ram 5500 (black) | 9/13/2021 10:57 AM | 9/13/2021 12:01 PM | 9/13/2021 1:19 PM | $59.30 | 3m | 14m | 1h 1m | 1h 18m | 16.4 | 20.5 |
| 3290 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/14/2021 7:16 AM | 9/14/2021 8:19 AM | 9/14/2021 10:05 AM | $150.00 | 34m | 20m | 52m | 1h 46m | 0 | 0 |
| 3310 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/14/2021 10:34 AM | 9/14/2021 11:29 AM | 9/14/2021 3:02 PM | $230.00 | 2h 0m | 0m | 1h 33m | 3h 33m | 0 | 0 |

316 Towing_01077

| User Call # | Total Calls Invoice # | Total Invoiced Account | PO # | Avg Invoice Truck | Total Enroute Dispatched | Total On Scene Enroute | Total Towing Completed | Total Time Invoice Total | Avg Time Enroute | Unloaded On Scene | Loaded Towing | Total Time | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3313 | | Allstate | 1049039292 | Truck 416 2020 Dodge Ram 5500 (black) | 9/14/2021 12:26 PM | 9/14/2021 3:02 PM | 9/14/2021 3:48 PM | $62.60 | 0m | 47m | 0m | 46m | 11.3 | 10 |
| 3315 | | Allstate | 1049040259 | Truck 416 2020 Dodge Ram 5500 (black) | 9/14/2021 3:52 PM | 9/14/2021 5:04 PM | 9/14/2021 6:02 PM | $68.80 | 0m | 11m | 47m | 58m | 15 | 9.6 |
| 3317 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/15/2021 8:36 AM | 9/15/2021 11:01 AM | 9/15/2021 12:07 PM | $160.00 | 0m | 16m | 50m | 1h 6m | 0 | 0 |
| 3323 | | Agero | 743965236 | Truck 416 2020 Dodge Ram 5500 (black) | 9/14/2021 6:06 PM | 9/14/2021 6:22 PM | 9/14/2021 8:05 PM | $62.00 | 47m | 17m | 39m | 1h 43m | 6 | 13.8 |
| 3330 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/15/2021 8:36 AM | 9/15/2021 9:09 AM | 9/15/2021 10:01 AM | $95.00 | 17m | 11m | 24m | 52m | 0 | 0 |
| 3332 | | Agero | 926806817 | Truck 416 2020 Dodge Ram 5500 (black) | 9/15/2021 12:12 PM | 9/15/2021 12:36 PM | 9/15/2021 1:49 PM | $55.15 | 22m | 49m | 2m | 1h 13m | 16.6 | 7.1 |
| 3334 | | Allstate | 1049047897 | Truck 416 2020 Dodge Ram 5500 (black) | 9/15/2021 1:44 PM | 9/15/2021 3:03 PM | 9/15/2021 3:46 PM | $55.50 | 13m | 10m | 20m | 43m | 9.1 | 8.5 |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3336 | | Agero | 569171808 | Truck 416 2020 Dodge Ram 5500 (black) | 9/15/2021 4:19 PM | 9/15/2021 4:19 PM | 9/15/2021 4:19 PM | $25.00 | 0m | 0m | 0m | 0m | 5.5 | 0 |
| 3338 | | Agero | 660690476 | Truck 416 2020 Dodge Ram 5500 (black) | 9/15/2021 5:12 PM | 9/15/2021 5:38 PM | 9/15/2021 9:27 PM | $97.15 | 43m | 21m | 2h 45m | 3h 49m | 13.6 | 25.7 |
| 3343 | | Agero | 360751097 | Truck 416 2020 Dodge Ram 5500 (black) | 9/16/2021 9:35 AM | 9/16/2021 9:44 AM | 9/16/2021 10:47 AM | $69.00 | 30m | 33m | 0m | 1h 3m | 9.4 | 16.6 |
| 3345 | | Agero | 721393283 | Truck 416 2020 Dodge Ram 5500 (black) | 9/16/2021 10:47 AM | | 9/16/2021 10:48 AM | $25.00 | 0m | 0m | 0m | 0m | 9.4 | 0 |
| 3346 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/16/2021 10:59 AM | 9/16/2021 11:13 AM | 9/16/2021 1:12 PM | $160.00 | 17m | 26m | 1h 16m | 0 | 0 | 0 |
| 3348 | | Allstate | 1049054978 | Truck 416 2020 Dodge Ram 5500 (black) | 9/16/2021 11:30 AM | 9/16/2021 1:41 PM | 9/16/2021 2:48 PM | $80.80 | 0m | 27m | 40m | 1h 7m | 15.3 | 13.4 |
| 3351 | | Allstate (Braselton) | 1049058488 | Truck 416 2020 Dodge Ram 5500 (black) | 9/16/2021 4:11 PM | 9/16/2021 4:37 PM | 9/16/2021 7:28 PM | $19.47 | 7m | 24m | 2h 20m | 2h 51m | 21.2 | 20.9 |

316 Towing_01078

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3354 | Allstate | 1049058681 | Truck 416 2020 Dodge Ram 5500 (black) | 9/16/2021 7:11 PM | 9/16/2021 7:37 PM | 9/16/2021 8:22 PM | $122.10 | 7m | 6m | 32m | 45m | 22.3 | 22.5 |
| 3361 | Allstate (Braselton) | 1049062657 | Truck 416 2020 Dodge Ram 5500 (black) | 9/17/2021 9:28 AM | 9/17/2021 9:58 AM | 9/17/2021 11:23 AM | $0.00 | 29m | 19m | 37m | 1h 25m | 20.9 | 10.2 |
| 3365 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 9/17/2021 11:53 AM | 9/17/2021 1:06 PM | 9/17/2021 2:55 PM | $115.00 | 21m | 26m | 1h 2m | 1h 49m | 0 | 0 |
| 3366 | Quest | 12904973 | Truck 416 2020 Dodge Ram 5500 (black) | 9/17/2021 1:21 PM | 9/17/2021 2:56 PM | 9/17/2021 4:03 PM | $42.80 | 3m | 14m | 50m | 1h 7m | 9.4 | 4 |
| 3372 | Allstate | 1049066227 | Truck 416 2020 Dodge Ram 5500 (black) | 9/17/2021 4:03 PM | 9/17/2021 6:09 PM | 9/17/2021 7:07 PM | $48.80 | 34m | 0m | 24m | 58m | 11.9 | 1.9 |
| 3385 | Allstate (Braselton) | 1049092717 | Truck 416 2020 Dodge Ram 5500 (black) | 9/21/2021 9:22 AM | 9/21/2021 9:59 AM | 9/21/2021 11:20 AM | $0.00 | 27m | 17m | 37m | 1h 21m | 21.3 | 8.3 |
| 3389 | Allstate (Braselton) | 1049094203 | Truck 416 2020 Dodge Ram 5500 (black) | 9/21/2021 11:17 AM | 9/21/2021 11:53 AM | 9/21/2021 1:07 PM | $0.00 | 20m | 54m | 0m | 1h 14m | 12.3 | 8.2 |

316 Towing_01079

316 Towing_01080

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3392 | Agero | 588856825 | Truck 416 2020 Dodge Ram 5500 (black) | 9/21/2021 1:11 PM | 9/21/2021 1:44 PM | 9/21/2021 2:56 PM | $89.70 | 25m | 8m | 39m | 1h 12m | 14.8 | 22 |
| 3393 | Allstate | 1049095199 | Truck 416 2020 Dodge Ram 5500 (black) | 9/21/2021 1:37 PM | 9/21/2021 3:18 PM | 9/21/2021 4:25 PM | $79.60 | 1m | 21m | 45m | 1h 7m | 15.6 | 12.8 |
| 3398 | Allstate | 1049097118 | Truck 416 2020 Dodge Ram 5500 (black) | 9/21/2021 4:44 PM | 9/21/2021 5:24 PM | 9/21/2021 6:14 PM | $28.60 | 19m | 31m | 0m | 50m | 12.8 | 0 |
| 3405 | Allstate | 1049100633 | Truck 416 2020 Dodge Ram 5500 (black) | 9/22/2021 7:13 AM | 9/22/2021 8:54 AM | 9/22/2021 9:29 AM | $132.90 | 8m | 0m | 27m | 35m | 29.5 | 21.3 |
| 3406 | Allstate (Braselton) | 1049100633 | Truck 416 2020 Dodge Ram 5500 (black) | 9/22/2021 9:47 AM | | 9/22/2021 9:47 AM | $0.00 | 0m | 0m | 0m | 0m | 14.1 | 22.2 |
| 3408 | Agero | 496840192 | Truck 416 2020 Dodge Ram 5500 (black) | 9/22/2021 9:00 AM | 9/22/2021 10:22 AM | 9/22/2021 11:31 AM | $93.45 | 0m | 13m | 56m | 1h 9m | 19.3 | 20.8 |
| 3411 | Allstate (Braselton) | 1049103694 | Truck 416 2020 Dodge Ram 5500 (black) | 9/22/2021 11:15 AM | 9/22/2021 11:34 AM | 9/22/2021 12:49 PM | $0.00 | 47m | 0m | 28m | 1h 15m | 37.5 | 9.8 |

316 Towing_01081

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3479 | Allstate | 1049163929 | Truck 416 2020 Dodge Ram 5500 (black) | 9/29/2021 1:44 PM | 9/29/2021 1:44 PM | 9/29/2021 3:16 PM | $76.50 | 0m | 27m | 1h 5m | 1h 32m | 4.2 | 15.5 |
| 3482 | Allstate | 1049167312 | Truck 416 2020 Dodge Ram 5500 (black) | 9/29/2021 2:23 PM | 9/29/2021 3:21 PM | 9/29/2021 4:35 PM | $81.30 | 25m | 10m | 39m | 1h 14m | 7.4 | 17.1 |
| 3485 | Allstate | 1049169193 | Truck 416 2020 Dodge Ram 5500 (black) | 9/29/2021 6:22 PM | 9/29/2021 5:39 PM | 9/29/2021 6:23 PM | $23.00 | 43m | 1m | 0m | 44m | 8.7 | 0 |
| 3489 | Allstate | 1049172495 | Truck 416 2020 Dodge Ram 5500 (black) | 9/30/2021 8:14 AM | 9/30/2021 8:42 AM | 9/30/2021 9:58 AM | $54.50 | 28m | 21m | 27m | 1h 16m | 11 | 7.5 |
| 3491 | Allstate | 1049172556 | Truck 416 2020 Dodge Ram 5500 (black) | 9/30/2021 8:38 AM | 9/30/2021 10:45 AM | 9/30/2021 11:25 AM | $66.90 | 0m | 15m | 25m | 40m | 16.3 | 8.1 |
| 3496 | Allstate | 1049173835 | Truck 416 2020 Dodge Ram 5500 (black) | 9/30/2021 11:52 AM | 9/30/2021 2:45 PM | 9/30/2021 3:49 PM | $69.70 | 33m | 31m | 0m | 1h 4m | 10.2 | 13.1 |
| 3497 | Agero | 281465012 | Truck 416 2020 Dodge Ram 5500 (black) | 9/30/2021 2:55 PM | 9/30/2021 4:22 PM | 9/30/2021 5:06 PM | $40.00 | 0m | 18m | 26m | 44m | 5.1 | 2.9 |

316 Towing_01082

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Unloaded) | Total Time (Loaded) | UnLoaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3501 | | 3737780 | Truck 416 2020 Dodge Ram 5500 (black) | 10/1/2021 5:03 AM | 10/1/2021 9:27 AM | 10/1/2021 1:23 AM | $0.00 | 0m | 58m | 0m | 0m | 7 | 31.5 |
| 3506 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/1/2021 10:55 AM | 10/1/2021 11:50 AM | 10/1/2021 1:40 PM | $115.00 | 24m | 43m | 43m | 1h 50m | 0 | 0 |
| 3507 | Allstate | 1049183263 | Truck 416 2020 Dodge Ram 5500 (black) | 10/1/2021 2:12 PM | 10/1/2021 2:58 PM | 10/1/2021 4:15 PM | $76.80 | 0m | 28m | 49m | 1h 17m | 3.2 | 15.6 |
| 3508 | Allstate | 1049184342 | Truck 416 2020 Dodge Ram 5500 (black) | 10/1/2021 2:33 PM | 10/1/2021 4:31 PM | 10/1/2021 7:04 PM | $107.60 | 8m | 35m | 1h 50m | 2h 33m | 11.3 | 25 |
| 3526 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/4/2021 10:45 AM | 10/4/2021 11:00 AM | 10/4/2021 12:37 PM | $95.00 | 45m | 25m | 27m | 1h 37m | 0 | 0 |
| 3529 | Agero | 812387256 | Truck 416 2020 Dodge Ram 5500 (black) | 10/4/2021 11:14 AM | 10/4/2021 12:38 PM | 10/4/2021 2:46 PM | $132.50 | 20m | 1h 9m | 39m | 2h 8m | 18 | 17.2 |
| 3531 | Agero | 374322095 | Truck 416 2020 Dodge Ram 5500 (black) | 10/4/2021 1:04 PM | 10/4/2021 2:48 PM | 10/4/2021 4:24 PM | $96.00 | 42m | 12m | 42m | 1h 36m | 9.3 | 27.4 |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Enroute | On Scene | Towing | Loaded Total Time | Total Miles UnLoaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3536 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/4/2021 6:17 PM | 10/4/2021 7:00 PM | 10/4/2021 8:24 PM | $130.00 | 0m | 12m | 1h 12m | 1h 24m | 0 | 0 |
| 3540 | | Agero | 64884620 | Truck 416 2020 Dodge Ram 5500 (black) | 10/5/2021 8:35 AM | 10/5/2021 10:12 AM | 10/5/2021 2:10 PM | $112.50 | 0m | 1h 50m | 2h 8m | 3h 59m 3h 36m | 9.7 | 34 |
| 3542 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/5/2021 8:46 AM | 10/5/2021 9:25 AM | 10/5/2021 10:12 AM | $110.00 | 13m | 33m | 1m | 47m | 0 | 0 |
| 3546 | | Agero | 624629585 | Truck 416 2020 Dodge Ram 5500 (black) | 10/5/2021 11:13 AM | 10/5/2021 1:48 PM | 10/5/2021 5:12 PM | $121.25 | 1h 46m | 0m | 1h 38m | 3h 24m | 9.7 | 37.5 |
| 3562 | | Agero | 366142109 | Truck 416 2020 Dodge Ram 5500 (black) | 10/6/2021 8:11 AM | 10/6/2021 9:24 AM | 10/6/2021 10:21 AM | $42.25 | 40m | 0m | 17m | 57m | 1.1 | 5.9 |
| 3564 | | Allstate | 1049220707 | Truck 416 2020 Dodge Ram 5500 (black) | 10/6/2021 10:19 AM | 10/6/2021 10:45 AM | 10/6/2021 1:35 PM | $264.90 | 37m | 40m | 1h 33m | 2h 50m | 3.6 | 58.3 |
| 3567 | | Allstate | 1049222007 | Truck 416 2020 Dodge Ram 5500 (black) | 10/6/2021 1:07 PM | 10/6/2021 2:47 PM | 10/6/2021 4:16 PM | $61.80 | 0m | 9m | 1h 20m | 1h 29m | 13.3 | 8.4 |

316 Towing_01083

316 Towing_01084

| Call # (User) | Invoice # | Account (Total Calls) | PO # (Total Invoiced) | Truck (Avg Invoice) | Dispatched (Total Enroute) | Enroute (Total On Scene) | Completed (Total Towing) | Invoice Total (Total Time) | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | UnLoaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3571 | | Agero | 940099474 | Truck 416 2020 Dodge Ram 5500 (black) | 10/6/2021 7:47 PM | 10/7/2021 8:20 AM | 10/7/2021 10:22 AM | $75.80 | 8m | 1h 1m | 53m | 2h 2m | 15.2 | 16.2 |
| 3574 | | | 23219429 | Truck 416 2020 Dodge Ram 5500 (black) | 10/6/2021 6:12 PM | 10/6/2021 6:41 PM | 10/6/2021 7:10 PM | $100.00 | 10m | 19m | 0m | 29m | 2.9 | 2 |
| 3575 | | Allstate | 1049225556 | Truck 316 2019 Kenworth T270 (red) | 10/7/2021 9:03 AM | 10/7/2021 1:07 PM | 10/7/2021 2:45 AM | $57.20 | 22m | 0m | 30m | 0m | 15.2 | 5.6 |
| 3577 | | Agero | 772577999 | Truck 416 2020 Dodge Ram 5500 (black) | 10/7/2021 8:20 AM | 10/7/2021 10:23 AM | 10/7/2021 12:29 PM | $115.95 | 1h 0m | 16m | 50m | 2h 6m | 26.3 | 25.6 |
| 3584 | | Agero | 569248125 | Truck 416 2020 Dodge Ram 5500 (black) | 10/7/2021 4:17 PM | 10/7/2021 5:30 PM | 10/7/2021 6:51 PM | $99.95 | 1h 5m | 2m | 14m | 1h 21m | 17.8 | 24.3 |
| 3585 | | Allstate | 1049232744 | Truck 416 2020 Dodge Ram 5500 (black) | 10/7/2021 4:01 PM | 10/7/2021 4:36 PM | 10/7/2021 5:27 PM | $45.00 | 6m | 24m | 21m | 51m | 4.1 | 4.1 |
| 3598 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/8/2021 2:02 PM | 10/8/2021 2:15 PM | 10/8/2021 3:07 PM | $100.00 | 30m | 10m | 12m | 52m | 0 | 0 |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | UnLoaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3601 | | Allstate | 1049240611 | Truck 416 2020 Dodge Ram 5500 (black) | 10/8/2021 3:44 PM | 10/8/2021 4:44 PM | 10/8/2021 5:29 PM | $70.50 | 0m | 16m | 29m | 45m | 14.8 | 10.3 |
| 3605 | | Allstate | 1049242344 | Truck 416 2020 Dodge Ram 5500 (black) | 10/8/2021 6:02 PM | 10/8/2021 6:18 PM | 10/8/2021 7:13 PM | $52.80 | 25m | 12m | 18m | 55m | 12.4 | 6 |
| 3617 | | Agero | 125676115 | Truck 416 2020 Dodge Ram 5500 (black) | 10/11/2021 8:26 AM | 10/11/2021 8:51 AM | 10/11/2021 12:42 PM | $99.25 | 18m | 1h 35m | 1h 58m | 3h 51m | 9.7 | 44.7 |
| 3624 | | Allstate | 1049257200 | Truck 416 2020 Dodge Ram 5500 (black) | 10/11/2021 11:12 AM | 10/11/2021 12:50 PM | 10/11/2021 2:30 PM | $136.60 | 22m | 21m | 57m | 1h 40m | 40.2 | 30.4 |
| 3629 | | Agero | 604085577 | Truck 416 2020 Dodge Ram 5500 (black) | 10/11/2021 3:42 PM | 10/11/2021 4:29 PM | 10/11/2021 6:47 PM | $281.25 | 24m | 17m | 1h 37m | 2h 18m | 17 | 50.1 |
| 3637 | | Agero | 871420059 | Truck 416 2020 Dodge Ram 5500 (black) | 10/12/2021 8:42 AM | 10/12/2021 9:02 AM | 10/12/2021 12:14 PM | $161.50 | 20m | 54m | 1h 58m | 3h 12m | 9.7 | 49.6 |
| 3639 | | Allstate (Braselton) | 1049267510 | Truck 416 2020 Dodge Ram 5500 (black) | 10/12/2021 12:37 PM | 10/12/2021 2:29 PM | 10/12/2021 3:12 PM | $0.00 | 0m | 0m | 43m | 43m | 14 | 20.2 |

316 Towing_01085

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Time Enroute | On Scene (Unloaded) | Towing (Loaded) | Total Time | Total Miles (Unloaded) | Avg Miles (Loaded) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3643 | Allstate | 1049267637 | Truck 416 2020 Dodge Ram 5500 (black) | 10/12/2021 11:38 AM | 10/12/2021 12:21 PM | 10/12/2021 2:39 PM | $47.40 | 1h 12m | 58m | 8m | 2h 18m 2h 8m | 17.2 | 16 |
| 3645 | Allstate | 1049268429 | Truck 416 2020 Dodge Ram 5500 (black) | 10/12/2021 12:39 PM | 10/12/2021 3:14 PM | 10/12/2021 4:55 PM | $76.00 | 26m | 0m | 1h 15m | 1h 41m | 12 | 14 |
| 3655 | Allstate | 1049274170 | Truck 416 2020 Dodge Ram 5500 (black) | 10/13/2021 8:32 AM | 10/13/2021 8:47 AM | 10/13/2021 9:59 AM | $22.20 | 22m | 6m | 44m | 1h 12m | 9.2 | 12.4 |
| 3662 | Allstate | 1049277071 | Truck 416 2020 Dodge Ram 5500 (black) | 10/13/2021 2:42 PM | 10/13/2021 3:02 PM | 10/13/2021 5:28 PM | $8.60 | 0m | 33m | 1h 53m | 2h 26m | 14.3 | 3.1 |
| 3665 | Allstate | 1049278838 | Truck 416 2020 Dodge Ram 5500 (black) | 10/13/2021 6:07 PM | 10/13/2021 6:42 PM | 10/14/2021 10:07 AM | $0.00 | 28m | 0m | 14h 57m | 15h 25m | 8.8 | 2.1 |
| 3670 | Agero | 576519762 | Truck 416 2020 Dodge Ram 5500 (black) | 10/14/2021 10:10 AM | 10/14/2021 11:00 AM | 10/14/2021 11:57 AM | $5.25 | 13m | 22m | 22m | 57m | 13.5 | 3.5 |
| 3671 | Allstate | 1049282212 | Truck 416 2020 Dodge Ram 5500 (black) | 10/14/2021 8:35 AM | 10/14/2021 10:19 AM | 10/14/2021 11:00 AM | $0.00 | 23m | 0m | 41m | 9.4 | 9.4 | 0.6 |

316 Towing_01086

316 Towing_01087

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing | Total Time | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3674 | | Agero | 256118532 | Truck 416 2020 Dodge Ram 5500 (black) | 10/14/2021 11:31 AM | 10/14/2021 12:43 PM | 10/14/2021 2:20 PM | $106.15 | 0m | 32m | 1h 5m | 1h 37m | 17.1 | 27.2 |
| 3678 | | Allstate | 1049285074 | Truck 416 2020 Dodge Ram 5500 (black) | 10/14/2021 3:25 PM | 10/14/2021 3:38 PM | 10/14/2021 5:25 PM | $89.10 | 28m | 1h 18m | 1m | 1h 47m | 6.6 | 34.7 |
| 3729 | | Geico | G220321291 | Truck 416 2020 Dodge Ram 5500 (black) | 10/18/2021 8:29 AM | 10/18/2021 9:10 AM | 10/18/2021 9:11 AM | $0.00 | 0m | 1m | 0m | 1m | 10.5 | 0 |
| 3732 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/18/2021 9:25 AM | 10/18/2021 10:15 AM | 10/18/2021 10:55 AM | $110.00 | 0m | 12m | 28m | 40m | 0 | 0 |
| 3733 | | Allstate | 1049317812 | Truck 416 2020 Dodge Ram 5500 (black) | 10/18/2021 9:30 AM | 10/18/2021 9:56 AM | 10/18/2021 12:46 PM | $91.40 | 19m | 36m | 55m | 1h 50m | 12.2 | 19 |
| 3734 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/18/2021 9:28 AM | 10/18/2021 9:39 AM | 10/18/2021 10:03 AM | $90.00 | 12m | 12m | 0m | 24m | 4.9 | 0 |
| 3745 | | Allstate | 1049321458 | Truck 416 2020 Dodge Ram 5500 (black) | 10/18/2021 12:58 PM | 10/18/2021 1:28 PM | 10/18/2021 3:21 PM | $70.74 | 1h 2m | 16m | 35m | 1h 53m | 21.5 | 18.2 |

316 Towing_01088

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene | Towing | Total Time | UnLoaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3748 | Agero | 857179099 | Truck 416 2020 Dodge Ram 5500 (black) | 10/18/2021 2:33 PM | 10/18/2021 3:54 PM | 10/18/2021 4:53 PM | $67.85 | 0m | 39m | 20m | 59m | 12.4 | 14.7 |
| 3753 | Allstate | 1049325306 | Truck 416 2020 Dodge Ram 5500 (black) | 10/18/2021 5:46 PM | 10/18/2021 6:13 PM | 10/18/2021 6:59 PM | $58.00 | 32m | 12m | 2m | 46m | 16.5 | 1.3 |
| 3754 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/18/2021 6:28 PM | 10/18/2021 7:10 PM | 10/18/2021 8:21 PM | $110.00 | 36m | 1m | 34m | 1h 11m | 3.5 | 0 |
| 3764 | Allstate | 1049327730 | Truck 416 2020 Dodge Ram 5500 (black) | 10/19/2021 8:37 AM | 10/19/2021 9:13 AM | 10/19/2021 11:03 AM | $66.10 | 28m | 32m | 50m | 1h 50m | 14.4 | 9.1 |
| 3766 | Agero | 973230993 | Truck 416 2020 Dodge Ram 5500 (black) | 10/19/2021 10:36 AM | 10/19/2021 11:32 AM | 10/19/2021 12:09 PM | $40.00 | 0m | 34m | 3m | 37m | 10 | 4.8 |
| 3768 | Agero | 155030499 | Truck 416 2020 Dodge Ram 5500 (black) | 10/19/2021 11:40 AM | 10/19/2021 1:17 PM | 10/19/2021 3:18 PM | $219.45 | 0m | 15m | 1h 46m | 2h 1m | 16.8 | 72.7 |
| 3776 | | 3821875 | Truck 416 2020 Dodge Ram 5500 (black) | 10/19/2021 4:37 PM | 10/19/2021 5:07 PM | 10/19/2021 6:02 PM | $0.00 | 29m | 0m | 26m | 55m | 13.1 | 16.1 |

316 Towing_01089

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | UnLoaded (Total Miles) | Loade (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3779 | Allstate | 1049334008 | Truck 416 2020 Dodge Ram 5500 (black) | 10/19/2021 6:20 PM | 10/19/2021 7:14 PM | 10/19/2021 8:28 PM | $78.90 | 0m | 0m | 1h 15m | 1h 14m | 8.1 | 16.3 |
| 3787 | Agero | 477652062 | Truck 416 2020 Dodge Ram 5500 (black) | 10/20/2021 8:50 AM | 10/20/2021 9:19 AM | 10/20/2021 10:51 AM | $81.75 | 30m | 14m | 48m | 1h 32m | 13.5 | 19.6 |
| 3789 | Allstate | 1049337385 | Truck 416 2020 Dodge Ram 5500 (black) | 10/20/2021 10:01 AM | 10/20/2021 11:52 AM | 10/20/2021 12:38 PM | $52.40 | 16m | 11m | 19m | 46m | 13.7 | 3.5 |
| 3791 | Allstate | 1049338295 | Truck 416 2020 Dodge Ram 5500 (black) | 10/20/2021 11:43 AM | 10/20/2021 12:48 PM | 10/20/2021 1:28 PM | $59.40 | 7m | 13m | 20m | 40m | 17.2 | 4.3 |
| 3792 | Allstate | 1049338823 | Truck 416 2020 Dodge Ram 5500 (black) | 10/20/2021 1:13 PM | 10/20/2021 1:57 PM | 10/20/2021 2:53 PM | $57.20 | 13m | 13m | 30m | 56m | 13.7 | 6.6 |
| 3793 | Geico | G754921293 | Truck 416 2020 Dodge Ram 5500 (black) | 10/20/2021 1:52 PM | 10/20/2021 3:39 PM | 10/20/2021 4:29 PM | $0.00 | 0m | 14m | 36m | 50m | 21.9 | 10 |
| 3795 | Geico | G828521293 | Truck 416 2020 Dodge Ram 5500 (black) | 10/21/2021 11:19 PM | 10/21/2021 8:22 AM | 10/21/2021 11:50 AM | $0.00 | 37m | 35m | 2h 16m | 3h 28m | 3.9 | 64.3 |

316 Towing_01090

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Unloaded) | Total Time (Loaded) | UnLoaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3799 | Geico | G1031221293 | Truck 416 2020 Dodge Ram 5500 (black) | 10/20/2021 4:15 PM | 10/20/2021 5:12 PM | 10/20/2021 6:06 PM | $0.00 | 0m | 21m | 33m | 54m | 21.6 | 12.3 |
| 3802 | Allstate | 1049341160 | Truck 416 2020 Dodge Ram 5500 (black) | 10/20/2021 5:30 PM | 10/20/2021 6:43 PM | 10/20/2021 7:38 PM | $49.50 | 40m | 0m | 15m | 55m | 12.1 | 5.1 |
| 3811 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/21/2021 10:37 AM | 10/21/2021 1:24 PM | 10/21/2021 2:02 PM | $100.00 | 7m | 31m | 0m | 38m | 0 | 0 |
| 3814 | Allstate | 1049347253 | Truck 416 2020 Dodge Ram 5500 (black) | 10/21/2021 2:05 PM | 10/21/2021 4:30 PM | 10/21/2021 5:03 PM | $121.80 | 0m | 16m | 17m | 33m | 28.6 | 18.2 |
| 3817 | Agero | 381218144 | Truck 416 2020 Dodge Ram 5500 (black) | 10/21/2021 11:04 PM | 10/22/2021 9:05 AM | 10/22/2021 11:15 AM | $187.15 | 29m | 25m | 1h 16m | 2h 10m | 16.6 | 31.9 |
| 3821 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/21/2021 5:25 PM | 10/21/2021 6:04 PM | 10/21/2021 7:40 PM | $110.00 | 47m | 29m | 20m | 1h 36m | 17.6 | 0 |
| 3828 | Agero | 891853637 | Truck 416 2020 Dodge Ram 5500 (black) | 10/22/2021 11:38 AM | | 10/22/2021 11:38 AM | $77.15 | 0m | 0m | 0m | 0m | 16.6 | 31.9 |

316 Towing_01091

| User<br>Call # | Total Calls<br>Invoice # | Total Invoiced<br>Account | Avg Invoice<br>PO # | Total Enroute<br>Truck | Total On Scene<br>Dispatched | Total Towing<br>Enroute | Total Time<br>Completed | Invoice Total | Avg Time<br>Enroute | Unloaded<br>On Scene | Loaded<br>Towing | Loaded<br>Total Time | Total Miles<br>UnLoaded | Avg Miles<br>Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3832 | Allstate | 1049353123 | Truck 416 2020 Dodge Ram 5500 (black) | 10/22/2021 10:18 AM | 10/22/2021 11:53 AM | | 10/22/2021 12:38 PM | $51.60 | 11m | 10m | 24m | 45m | 13.3 | 2.4 |
| 3834 | Agero | 948855136 | Truck 416 2020 Dodge Ram 5500 (black) | 10/22/2021 11:01 AM | 10/22/2021 1:16 PM | | 10/22/2021 2:56 PM | $67.40 | 22m | 1h 11m | 7m | 1h 40m | 11.1 | 15.3 |
| 3835 | Allstate | 1049354436 | Truck 416 2020 Dodge Ram 5500 (black) | 10/22/2021 11:18 AM | 10/22/2021 3:10 PM | | 10/22/2021 4:23 PM | $52.40 | 5m | 12m | 56m | 1h 13m | 12.5 | 5.8 |
| 3839 | Allstate | 1049355966 | Truck 416 2020 Dodge Ram 5500 (black) | 10/22/2021 2:00 PM | 10/22/2021 4:23 PM | | 10/22/2021 5:04 PM | $55.00 | 5m | 36m | 0m | 41m | 15 | 1.5 |
| 3845 | Geico | G1086021295 | Truck 416 2020 Dodge Ram 5500 (black) | 10/22/2021 4:44 PM | 10/22/2021 5:32 PM | | 10/22/2021 6:54 PM | $113.60 | 26m | 21m | 35m | 1h 22m | 19.9 | 9.6 |
| 3859 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/25/2021 5:18 AM | 10/25/2021 8:21 AM | | 10/25/2021 9:59 AM | $100.00 | 1h 4m | 23m | 11m | 1h 38m | 0 | 0 |
| 3877 | Allstate | 1049373878 | Truck 416 2020 Dodge Ram 5500 (black) | 10/25/2021 9:36 AM | 10/25/2021 11:50 AM | | 10/25/2021 12:41 PM | $57.70 | 7m | 11m | 33m | 51m | 14.4 | 6.3 |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3884 | | Agero | 775975944 | Truck 416 2020 Dodge Ram 5500 (black) | 10/25/2021 1:28 PM | 10/25/2021 1:47 PM | 10/25/2021 3:11 PM | $46.55 | 38m | 26m | 20m | 1h 24m | 14.2 | 5.1 |
| 3885 | | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/25/2021 2:07 PM | 10/25/2021 3:48 PM | 10/25/2021 5:00 PM | $170.00 | 11m | 15m | 46m | 1h 12m | 0 | 0 |
| 3898 | | Allstate | 1049380164 | Truck 416 2020 Dodge Ram 5500 (black) | 10/25/2021 5:50 PM | 10/25/2021 6:39 PM | 10/25/2021 7:47 PM | $52.80 | 0m | 7m | 1h 1m | 1h 8m | 10.3 | 7.4 |
| 3905 | | Agero | 384952549 | Truck 416 2020 Dodge Ram 5500 (black) | 10/26/2021 8:23 AM | 10/26/2021 8:41 AM | 10/26/2021 11:09 AM | $70.05 | 46m | 23m | 1h 19m | 2h 28m 2h 8m | 18.2 | 12.1 |
| 3908 | | Agero | 956663950 | Truck 516 2020 Ram 5500 (red) | | | 10/26/2021 9:12 AM | $94.70 | 0m | 0m | 0m | 0m | 13.8 | 24.6 |
| 3909 | | Allstate | 1049384035 | Truck 416 2020 Dodge Ram 5500 (black) | 10/26/2021 9:59 AM | 10/26/2021 10:49 AM | 10/26/2021 11:47 AM | $0.00 | 0m | 20m | 38m | 58m | 9.7 | 1.5 |
| 3910 | | Geico | G367421299 | Truck 416 2020 Dodge Ram 5500 (black) | 10/26/2021 11:19 AM | 10/26/2021 11:50 AM | 10/26/2021 12:54 PM | $110.50 | 0m | 15m | 49m | 1h 4m | 3.2 | 19.7 |

316 Towing_01092

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Unloaded) | Total Time (Loaded) | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3912 | (No Account Specified) | | Truck 416 2020 Dodge Ram 5500 (black) | 10/26/2021 11:20 AM | 10/26/2021 2:43 PM | 10/26/2021 3:45 PM | $100.00 | 15m | 19m | 28m | 1h 2m | 0 | 0 |
| 3913 | Geico | G194821298 | Truck 416 2020 Dodge Ram 5500 (black) | 10/26/2021 11:03 AM | 10/26/2021 12:55 PM | 10/26/2021 1:57 PM | $34.90 | 42m | 0m | 20m | 1h 2m | 16.1 | 0.9 |
| 3915 | Allstate | 1049386608 | Truck 416 2020 Dodge Ram 5500 (black) | 10/26/2021 1:39 PM | 10/26/2021 4:40 PM | 10/26/2021 6:21 PM | $208.10 | 14m | 11m | 1h 16m | 1h 41m | 27.6 | 43.3 |
| 3919 | Allstate | 1049389460 | Truck 416 2020 Dodge Ram 5500 (black) | 10/26/2021 4:55 PM | 10/26/2021 7:22 PM | 10/26/2021 8:23 PM | $59.10 | 1m | 1h 0m | 0m | 1h 1m | 11.2 | 8.9 |
| 3928 | Allstate | 1049392185 | Truck 516 Ram 5500 (red) | 10/27/2021 8:58 AM | 10/27/2021 9:38 AM | 10/27/2021 10:30 AM | $63.60 | 5m | 47m | 0m | 52m | 15.4 | 7.6 |
| 3930 | Geico | G380821300 | Truck 516 Ram 5500 (red) | 10/27/2021 10:26 AM | 10/27/2021 10:47 AM | 10/27/2021 11:13 AM | $61.00 | 11m | 15m | 0m | 26m | 10.5 | 0 |
| 3935 | Geico | G489821300 | Truck 516 Ram 5500 (red) | 10/27/2021 11:22 AM | 10/27/2021 11:48 AM | 10/27/2021 12:21 PM | $61.00 | 12m | 21m | 0m | 33m | 10.5 | 0 |
| 3936 | (No Account Specified) | | Truck 516 Ram 5500 (red) | 10/27/2021 1:15 PM | 10/27/2021 1:36 PM | 10/27/2021 4:02 PM | $320.00 | 16m | 28m | 1h 42m | 2h 26m | 0 | 0 |
| 3940 | Allstate | 1049397807 | Truck 516 | 10/27/2021 | 10/27/2021 | 10/27/2021 | $0.00 | 14m | 17m | 29m | 0 | 27.3 | 1.3 |

316
Towing_01093

316 Towing_01094

| User | Call # | Invoice # | Total Calls | Total Invoiced | Avg Invoice | Total Enroute | Total On Scene | Total Towing | Total Time | Avg Time | Unloaded | Unloaded | Loaded | Total Miles | Avg Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | UnLoaded | Loaded |
| | 3948 | | (Braselton) | | Ram 5500 (red) | 4:38 PM | 5:18 PM | 6:18 PM | | | | | 0m | | 0 |
| | 3952 | | Geico | G122121301 | Truck 516 Ram 5500 (red) | 10/28/2021 7:45 AM | 10/28/2021 8:44 AM | 10/28/2021 9:30 AM | $60.20 | 21m | 25m | 0m | 46m | 10.1 | 4 |
| | 3957 | | Geico | G364921301 | Truck 516 Ram 5500 (red) | 10/28/2021 10:22 AM | 10/28/2021 10:44 AM | 10/28/2021 11:58 AM | $107.60 | 32m | 19m | 23m | 1h 14m | 25.3 | 38.8 |
| | 3961 | | Geico | G631021301 | Truck 516 Ram 5500 (red) | 10/28/2021 12:35 PM | 10/28/2021 1:03 PM | 10/28/2021 3:56 PM | $200.40 | 7m | 38m | 2h 8m | 2h 53m | 19.5 | 33.4 |
| | | | Geico | G1020921301 | Truck 516 Ram 5500 (red) | 10/28/2021 4:27 PM | 10/28/2021 6:19 PM | 10/28/2021 8:36 PM | $251.00 | 1h 3m | 15m | 59m | 2h 17m | 52.9 | 0 |
| | 3969 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 10/29/2021 7:50 AM | 10/29/2021 8:58 AM | 10/29/2021 9:57 AM | $110.00 | 0m | 59m | 0m | 59m | 0 | 5.8 |
| | 3972 | | Geico | G306421302 | Truck 516 Ram 5500 (red) | 10/29/2021 9:44 AM | 10/29/2021 10:29 AM | 10/29/2021 11:32 AM | $89.40 | 0m | 30m | 33m | 1h 3m | 13.5 | 34.8 |
| | 3976 | | Agero | 874565742 | Truck 516 Ram 5500 (red) | 10/29/2021 12:50 PM | 10/29/2021 1:35 PM | 10/29/2021 3:19 PM | $124.25 | 1m | 20m | 1h 23m | 1h 44m | 16.5 | 0 |
| | 3980 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 10/29/2021 4:35 PM | 10/29/2021 5:19 PM | 10/29/2021 6:43 PM | $130.00 | 18m | 51m | 15m | 1h 24m | 0 | 0 |
| | 4002 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/1/2021 7:01 AM | 11/1/2021 8:37 AM | 11/1/2021 9:50 AM | $120.00 | 9m | 15m | 49m | 1h 13m | 0 | 0 |

316 Towing_01095

| Call # | Account | PO # | Truck | Dispatched (Total Enroute) | Enroute (Total On Scene) | Completed (Total Towing) | Invoice Total (Total Time) | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4004 | Allstate | 1049431349 | Truck 516 Ram 5500 (red) | 11/1/2021 8:09 AM | 11/1/2021 10:13 AM | 11/1/2021 11:38 AM | $62.70 | 19m | 20m | 46m | 1h 25m | 2.8 | 10.9 |
| 4005 | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/1/2021 8:41 AM | 11/1/2021 12:05 PM | 11/1/2021 1:28 PM | $100.00 | 24m | 39m | 20m | 1h 23m | 0 | 0 |
| 4007 | Geico | G373821305 | Truck 516 Ram 5500 (red) | 11/1/2021 9:43 AM | 11/1/2021 1:31 PM | 11/1/2021 2:47 PM | $81.80 | 13m | 23m | 40m | 1h 16m | 13.6 | 3.2 |
| 4009 | Geico | G511821305 | Truck 516 Ram 5500 (red) | 11/1/2021 10:45 AM | 11/1/2021 2:49 PM | 11/1/2021 3:17 PM | $541.00 | 10m | 18m | 0m | 28m | 20 | 152 |
| 4016 | Agero | 866777238 | Truck 516 Ram 5500 (red) | 11/1/2021 4:54 PM | 11/1/2021 5:46 PM | 11/1/2021 7:26 PM | $69.90 | 25m | 31m | 44m | 1h 40m | 18.6 | 11.8 |
| 4024 | Geico | G156021306 | Truck 516 Ram 5500 (red) | 11/2/2021 8:18 AM | 11/2/2021 8:35 AM | 11/2/2021 9:15 AM | $55.80 | 24m | 16m | 0m | 40m | 7.9 | 0 |
| 4028 | Geico | G310121306 | Truck 516 Ram 5500 (red) | 11/2/2021 9:44 AM | 11/2/2021 10:00 AM | 11/2/2021 11:02 AM | $88.60 | 29m | 14m | 19m | 1h 2m | 20.9 | 0.6 |
| 4031 | Agero | 915267294 | Truck 516 Ram 5500 (red) | 11/2/2021 10:27 AM | 11/2/2021 11:03 AM | 11/2/2021 1:51 PM | $168.95 | 59m | 21m | 1h 28m | 2h 48m | 17.3 | 52.2 |
| 4039 | Agero | 991440747 | Truck 516 Ram 5500 (red) | 11/2/2021 2:32 PM | 11/2/2021 3:19 PM | 11/2/2021 4:15 PM | $77.65 | 0m | 54m | 2m | 56m | 17.1 | 15.8 |
| 4042 | Geico | G110212121306 | Truck 516 Ram 5500 (red) | 11/4/2021 7:51 AM | 11/4/2021 8:44 AM | 11/4/2021 10:23 AM | $99.00 | 15m | 19m | 1h 5m | 1h 39m | 13.8 | 23.8 |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Time Enroute | On Scene (Unloaded) | Towing (Loaded) | Total Time | Total Miles UnLoaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4043 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/2/2021 5:54 PM | 11/2/2021 6:02 PM | 11/2/2021 7:09 PM | $110.00 | 29m | 16m | 22m | 1h 7m | 0 | 0 |
| 4054 | | Allstate | 1049450623 | Truck 516 Ram 5500 (red) | 11/3/2021 8:34 AM | 11/3/2021 11:34 AM | 11/3/2021 1:17 PM | $53.50 | 54m | 12m | 37m | 1h 43m | 11.4 | 6.9 |
| 4055 | | Allstate (Braselton) | 1049450623 | Truck 516 Ram 5500 (red) | 11/3/2021 10:44 AM | | 11/3/2021 10:43 AM | $0.00 | 0m | 0m | 0m | 0m | 11.4 | 6.9 |
| 4059 | | Allstate | 1049453930 | Truck 516 Ram 5500 (red) | 11/3/2021 2:30 PM | 11/3/2021 2:47 PM | 11/3/2021 4:12 PM | $76.30 | 19m | 13m | 53m | 1h 25m | 12.9 | 13.5 |
| 4079 | | Allstate | 1049460053 | Truck 516 Ram 5500 (red) | 11/4/2021 11:11 AM | 11/4/2021 11:47 AM | 11/4/2021 1:28 PM | $51.70 | 22m | 29m | 50m | 1h 41m | 15.3 | 18.7 |
| 4087 | | Geico | G821821308 | Truck 516 Ram 5500 (red) | 11/4/2021 2:10 PM | 11/4/2021 2:18 PM | 11/4/2021 3:36 PM | $30.70 | 32m | 29m | 17m | 1h 18m | 12.5 | 1.9 |
| 4099 | | Agero | 750260983 | Truck 516 Ram 5500 (red) | 11/5/2021 8:47 AM | 11/5/2021 9:02 AM | 11/5/2021 11:46 AM | $217.25 | 39m | 18m | 1h 47m | 2h 44m | 13.5 | 45 |
| 4106 | | Geico | G661721309 | Truck 516 Ram 5500 (red) | 11/5/2021 12:58 PM | 11/5/2021 1:06 PM | 11/5/2021 3:11 PM | $123.60 | 50m | 21m | 54m | 2h 5m | 18.9 | 13.6 |
| 4111 | | Allstate | 1049472102 | Truck 516 Ram 5500 (red) | 11/5/2021 4:02 PM | 11/5/2021 5:30 PM | 11/5/2021 6:18 PM | $56.30 | 14m | 12m | 22m | 48m | 12.5 | 7.1 |
| 4120 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/8/2021 8:01 AM | 11/8/2021 9:50 AM | 11/8/2021 11:21 AM | $170.00 | 27m | 0m | 1h 4m | 1h 31m | 0 | 0 |

316 Towing_01096

316 Towing_01097

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Unloaded) | Total Time (Loaded) | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4141 | | Geico | G183221312 | Truck 516 Ram 5500 (red) | 11/8/2021 8:08 AM | 11/8/2021 9:09 AM | 11/8/2021 9:54 AM | $94.80 | 24m | 21m | 0m | 45m 41m | 18.9 | 4 |
| 4146 | | Allstate | 1049490175 | Truck 516 Ram 5500 (red) | 11/8/2021 10:21 AM | 11/8/2021 12:22 PM | 11/8/2021 1:16 PM | $66.50 | 14m | 40m | 0m | 54m | 14.9 | 8.9 |
| 4149 | | Allstate | 1049492128 | Truck 516 Ram 5500 (red) | 11/8/2021 12:15 PM | 11/8/2021 2:38 PM | 11/8/2021 3:03 PM | $67.10 | 4m | 21m | 0m | 25m | 11 | 11.7 |
| 4157 | | Agero | 713733068 | Truck 516 Ram 5500 (red) | 11/8/2021 3:06 PM | 11/8/2021 3:15 PM | 11/8/2021 4:56 PM | $85.00 | 40m | 21m | 40m | 1h 41m | 21.5 | 16.1 |
| 4167 | | Agero | 278492663 | Truck 516 Ram 5500 (red) | 11/8/2021 6:54 PM | 11/8/2021 7:18 PM | 11/8/2021 8:22 PM | $40.00 | 21m | 0m | 43m | 1h 4m | 1.5 | 1.7 |
| 4173 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/9/2021 8:22 AM | 11/9/2021 9:05 AM | 11/9/2021 9:56 AM | $100.00 | 20m | 6m | 25m | 51m | 0 | 0 |
| 4178 | | Allstate | 1049501463 | Truck 516 Ram 5500 (red) | 11/9/2021 11:20 AM | 11/9/2021 12:01 PM | 11/9/2021 1:30 PM | $187.32 | 14m | 12m | 1h 3m | 1h 29m | 19.2 | 39.6 |
| 4184 | | Geico | G960221313 | Truck 516 Ram 5500 (red) | 11/9/2021 2:58 PM | 11/9/2021 4:13 PM | 11/9/2021 5:20 PM | $84.20 | 6m | 54m | 7m | 1h 7m | 19.3 | 0.2 |
| 4191 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/9/2021 5:49 PM | 11/9/2021 6:26 PM | 11/9/2021 7:43 PM | $110.00 | 24m | 23m | 30m | 1h 17m | 0 | 0 |
| 4200 | | Allstate | 1049507142 | Truck 516 Ram 5500 (red) | 11/10/2021 8:50 AM | 11/10/2021 9:27 AM | 11/10/2021 10:22 AM | $54.80 | 22m | 18m | 15m | 55m | 14.9 | 3 |

| User Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4202 | | Allstate | 1049507920 | Truck 516 Ram 5500 (red) | 11/10/2021 9:21 AM | 11/10/2021 10:57 AM | 11/10/2021 11:27 AM | $0.00 | 19m | 11m | 0m | 30m | 5.5 | 0 |
| 4203 | | Geico | G335021314 | Truck 516 Ram 5500 (red) | 11/10/2021 10:35 AM | 11/10/2021 12:10 PM | 11/10/2021 1:48 PM | $161.00 | 13m | 16m | 1h 9m | 1h 38m | 20.8 | 24.8 |
| 4207 | | Allstate | 1049510138 | Truck 516 Ram 5500 (red) | 11/10/2021 1:13 PM | 11/10/2021 2:25 PM | 11/10/2021 3:32 PM | $65.60 | 15m | 10m | 42m | 1h 7m | 13.4 | 9.6 |
| 4213 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/10/2021 4:32 PM | 11/10/2021 5:34 PM | 11/10/2021 6:10 PM | $100.00 | 0m | 9m | 27m | 36m | 0 | 0 |
| 4215 | | Allstate | 1049513308 | Truck 516 Ram 5500 (red) | 11/10/2021 5:03 PM | | 11/10/2021 7:31 PM | $94.50 | 0m | 0m | 50m | 0m | 4.2 | 21.5 |
| 4223 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/11/2021 8:47 AM | 11/11/2021 9:00 AM | 11/11/2021 11:00 AM | $160.00 | 40m | 27m | 53m | 2h 0m | 0 | 0 |
| 4225 | | Allstate | 1049517439 | Truck 516 Ram 5500 (red) | 11/11/2021 10:45 AM | 11/11/2021 11:40 AM | 11/11/2021 12:20 PM | $55.80 | 34m | 6m | 0m | 40m | 6.9 | 23.6 |
| 4228 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/11/2021 1:00 PM | 11/11/2021 1:33 PM | 11/11/2021 2:36 PM | $90.00 | 31m | 32m | 0m | 1h 52m | 0 | 0 |
| 4229 | | Geico | G759221315 | Truck 516 Ram 5500 (red) | 11/11/2021 1:58 PM | 11/11/2021 2:25 PM | 11/11/2021 3:14 PM | $103.20 | 8m | 37m | 4m | 49m | 11.7 | 11.6 |
| 4231 | | Allstate | 1049519673 | Truck 516 Ram 5500 (red) | 11/11/2021 2:36 PM | 11/11/2021 3:32 PM | 11/11/2021 4:38 PM | $57.40 | 34m | 16m | 16m | 1h 6m | 16.2 | 2 |

316 Towing_01098

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | UnLoaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4233 | Allstate | 1049520834 | Truck 516 Ram 5500 (red) | 11/11/2021 4:37 PM | 11/11/2021 5:20 PM | 11/11/2021 7:19 PM | $49.70 | 34m | 14m | 1h 11m | 1h 59m | 10.4 | 6.3 |
| 4246 | Allstate | 1049523497 | Truck 516 Ram 5500 (red) | 11/12/2021 7:16 AM | 11/12/2021 8:41 AM | 11/12/2021 9:40 AM | $45.60 | 24m | 14m | 21m | 59m | 10.3 | 4 |
| 4250 | Agero | 513913800 | Truck 516 Ram 5500 (red) | 11/12/2021 10:52 AM | 11/12/2021 11:00 AM | 11/12/2021 1:15 PM | $86.50 | 33m | 1h 32m | 10m | 2h 15m | 9.7 | 23.6 |
| 4254 | Agero | 461783572 | Truck 516 Ram 5500 (red) | 11/12/2021 11:40 AM | 11/12/2021 1:21 PM | 11/12/2021 2:21 PM | $51.50 | 9m | 19m | 32m | 1h 0m | 8.8 | 9.6 |
| 4259 | Geico | G786421316 | Truck 516 Ram 5500 (red) | 11/12/2021 2:07 PM | 11/12/2021 3:41 PM | 11/12/2021 5:40 PM | $124.80 | 1h 2m | 13m | 44m | 1h 59m | 18.9 | 14 |
| 4265 | Allstate | 1049529621 | Truck 516 Ram 5500 (red) | 11/12/2021 6:05 PM | 11/12/2021 6:43 PM | 11/12/2021 7:33 PM | $76.10 | 0m | 0m | 44m | 50m | 12.5 | 13.7 |
| 4302 | Geico | G164921319 | Truck 516 Ram 5500 (red) | 11/15/2021 7:58 AM | 11/15/2021 8:46 AM | 11/15/2021 9:00 AM | $57.00 | 5m | 9m | 0m | 14m | 8.5 | 0 |
| 4304 | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/15/2021 8:35 AM | 11/15/2021 9:33 AM | 11/15/2021 10:03 AM | $95.00 | 7m | 9m | 14m | 30m | 0 | 0 |
| 4310 | Agero | 895742851 | Truck 516 Ram 5500 (red) | 11/15/2021 12:10 PM | 11/15/2021 12:27 PM | 11/15/2021 2:46 PM | $113.70 | 43m | 45m | 51m | 2h 19m | 25.8 | 25 |
| 4316 | Allstate (Braselton) | 1049548757 | Truck 516 Ram 5500 (red) | 11/15/2021 1:54 PM | 11/15/2021 3:32 PM | 11/15/2021 5:29 PM | $0.00 | 22m | 14m | 1h 21m | 1h 57m | 28.4 | 35 |

316 Towing_01099

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time (Loaded) | UnLoaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4326 | Geico | G1594221319 | Truck 516 Ram 5500 (red) | 11/15/2021 6:10 PM | 11/15/2021 6:46 PM | 11/15/2021 7:48 PM | $147.20 | 23m | 0m | 39m | 1h 2m | 17.5 | 22.4 |
| 4334 | Allstate | 1049555425 | Truck 516 Ram 5500 (red) | 11/16/2021 8:42 AM | 11/16/2021 9:23 AM | 11/16/2021 10:09 AM | $49.90 | 12m | 6m | 28m | 46m | 11.4 | 5.7 |
| 4343 | Allstate | 1049556528 | Truck 516 Ram 5500 (red) | 11/16/2021 11:47 AM | 11/16/2021 12:14 PM | 11/16/2021 1:19 PM | $62.10 | 16m | 24m | 25m | 1h 5m | 12.4 | 9.1 |
| 4349 | Allstate | 1049558483 | Truck 516 Ram 5500 (red) | 11/16/2021 2:39 PM | 11/16/2021 3:20 PM | 11/16/2021 4:11 PM | $54.50 | 8m | 30m | 13m | 51m | 14.3 | 5.3 |
| 4351 | Allstate | 1049558987 | Truck 516 Ram 5500 (red) | 11/16/2021 4:18 PM | 11/16/2021 4:43 PM | 11/16/2021 6:11 PM | $66.30 | 14m | 9m | 1h 5m | 1h 28m | 3.9 | 12.1 |
| 4381 | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/18/2021 9:17 AM | 11/18/2021 9:35 AM | 11/18/2021 10:38 AM | $110.00 | 34m | 29m | 0m | 1h 3m | 0 | 0 |
| 4383 | Allstate | 1049572270 | Truck 516 Ram 5500 (red) | 11/18/2021 9:56 AM | 11/18/2021 11:15 AM | 11/18/2021 12:22 PM | $32.30 | 25m | 15m | 27m | 1h 7m | 13.4 | 13.5 |
| 4387 | Agero | 498140537 | Truck 516 Ram 5500 (red) | 11/18/2021 1:22 PM | 11/18/2021 1:38 PM | 11/18/2021 3:02 PM | $79.75 | 25m | 16m | 43m | 1h 24m | 6.9 | 20.9 |
| 4392 | Agero | 673817092 | Truck 516 Ram 5500 (red) | 11/18/2021 3:16 PM | | 11/18/2021 4:59 PM | $60.00 | 0m | 14m | 37m | 0m | 14 | 10.6 |
| 4395 | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/18/2021 4:28 PM | 11/18/2021 5:42 PM | 11/18/2021 6:23 PM | $100.00 | 11m | 13m | 17m | 41m | 0 | 0 |

316 Towing_01100

| User | Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4405 | | Allstate | 1049580660 | Truck 516 Ram 5500 (red) | 11/19/2021 8:21 AM | 11/19/2021 9:01 AM | 11/19/2021 9:29 AM | $56.00 | 0m | 13m | 15m | 28m | 15.5 | 2.1 |
| | 4408 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/19/2021 10:44 AM | 11/19/2021 11:11 AM | 11/19/2021 12:28 PM | $110.00 | 27m | 15m | 35m | 1h 17m | 0 | 0 |
| | 4413 | | Geico | G766721323 | Truck 516 Ram 5500 (red) | 11/19/2021 1:37 PM | 11/19/2021 1:53 PM | 11/19/2021 2:22 PM | $533.80 | 0m | 0m | 30m | 29m | 19.4 | 150 |
| | 4415 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/19/2021 2:48 PM | 11/19/2021 3:27 PM | 11/19/2021 4:45 PM | $120.00 | 0m | 1h 18m | 0m | 1h 18m | 0 | 0 |
| | 4419 | | Allied Dispatch Solutions | 0006795555 | Truck 516 Ram 5500 (red) | 11/19/2021 4:52 PM | 11/19/2021 6:03 PM | 11/19/2021 7:27 PM | $74.00 | 0m | 32m | 52m | 1h 24m | 12.1 | 10.2 |
| | 4443 | | Geico | G144821326 | Truck 516 Ram 5500 (red) | 11/22/2021 7:51 AM | 11/22/2021 8:45 AM | 11/22/2021 10:10 AM | $88.10 | 46m | 0m | 40m | 1h 25m | 21.1 | 0.3 |
| | 4447 | | Geico | G481021326 | Truck 516 Ram 5500 (red) | 11/22/2021 10:31 AM | 11/22/2021 11:50 AM | 11/22/2021 12:37 PM | $79.20 | 12m | 16m | 19m | 47m | 14.7 | 1.6 |
| | 4448 | | Geico | G665221326 | Truck 516 Ram 5500 (red) | 11/22/2021 11:40 AM | 11/22/2021 1:14 PM | 11/22/2021 2:46 PM | $83.10 | 0m | 21m | 1h 11m | 1h 32m | 12.6 | 4.3 |
| | 4449 | | Geico | G780121326 | Truck 516 Ram 5500 (red) | 11/22/2021 12:49 PM | 11/22/2021 2:47 PM | 11/22/2021 5:29 PM | $314.50 | 10m | 31m | 2h 1m | 2h 42m | 27.5 | 71.5 |
| | 4473 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/23/2021 8:20 AM | 11/23/2021 8:59 AM | 11/23/2021 10:09 AM | $170.00 | 0m | 24m | 46m | 1h 10m | 0 | 0 |

316 Towing_01101

| User | Call # | Invoice # | Total Calls / Account | Total Invoiced / PO # | Avg Invoice / Truck | Total Enroute / Dispatched | Total On Scene / Enroute | Total Towing / Completed | Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Loaded / Towing | Loaded / Total Time | Total Miles / Unloaded | Avg Miles / Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4475 | | Agero | 748204215 | Truck 516 Ram 5500 (red) | 11/26/2021 11:26 AM | 11/26/2021 11:46 AM | 11/26/2021 1:09 PM | $67.75 | 25m | 14m | 44m | 1h 23m | 6.7 | 16.1 |
| | 4478 | | Agero | 523000017 | Truck 516 Ram 5500 (red) | 11/23/2021 11:03 AM | 11/23/2021 11:45 AM | 11/23/2021 1:39 PM | $74.45 | 16m | 45m | 53m | 1h 54m | 13.8 | 16.5 |
| | 4481 | | Allstate | 1049613217 | Truck 516 Ram 5500 (red) | 11/23/2021 12:30 PM | 11/23/2021 2:00 PM | 11/23/2021 4:00 PM | $41.00 | 21m | 46m | 53m | 2h 0m | 13.4 | 16.4 |
| | 4491 | | Geico | G1366721327 | Truck 516 Ram 5500 (red) | 11/23/2021 6:12 PM | 11/23/2021 6:40 PM | 11/23/2021 7:15 PM | $56.40 | 35m | 0m | 0m | 35m | 8.2 | 0 |
| | 4501 | | Geico | G377421328 | Truck 516 Ram 5500 (red) | 11/24/2021 10:30 AM | 11/24/2021 11:07 AM | 11/24/2021 12:30 PM | $90.10 | 13m | 9m | 1h 1m | 1h 23m 1h 4m | 17.6 | 3.3 |
| | 4504 | | Geico | G444321328 | Truck 516 Ram 5500 (red) | 11/24/2021 11:07 AM | 11/24/2021 12:11 PM | 11/24/2021 12:44 PM | $77.60 | 0m | 20m | 13m | 33m | 15.1 | 0.8 |
| | 4507 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/24/2021 12:20 PM | | 11/24/2021 2:43 PM | $95.00 | 0m | 53m | 0m | 0m | 0 | 0 |
| | 4510 | | Agero | 645624657 | Truck 516 Ram 5500 (red) | 11/24/2021 3:05 PM | 11/24/2021 3:38 PM | 11/24/2021 5:03 PM | $51.25 | 16m | 47m | 22m | 1h 25m | 5.9 | 9.5 |
| | 4512 | | Geico | G810321327 | Truck 516 Ram 5500 (red) | 11/24/2021 4:29 PM | 11/24/2021 5:36 PM | 11/24/2021 6:44 PM | $68.30 | 6m | 35m | 27m | 1h 8m | 20.2 | 9.3 |
| | 4528 | | Agero | 2890621151 | Truck 516 Ram 5500 (red) | 11/26/2021 1:14 PM | | 11/26/2021 1:13 PM | $27.75 | 0m | 0m | 0m | 0m | 6.7 | 16.1 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Time Enroute | On Scene | Towing | Total Time Loaded | Total Miles UnLoaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4533 | Allstate | 1049634115 | Truck 516 Ram 5500 (red) | 11/26/2021 3:38 PM | 11/26/2021 4:12 PM | 11/26/2021 4:52 PM | $0.00 | 13m | 13m | 14m | 40m | 7.4 | 3.1 |
| 4568 | Agero | 406581787 | Truck 516 Ram 5500 (red) | 11/29/2021 7:54 AM | 11/29/2021 8:38 AM | 11/29/2021 10:15 AM | $60.40 | 12m | 30m | 55m | 1h 37m | 15.1 | 10.1 |
| 4572 | Allstate | 1049650693 | Truck 516 Ram 5500 (red) | 11/29/2021 9:29 AM | 11/29/2021 10:49 AM | 11/29/2021 12:02 PM | $95.90 | 4m | 35m | 34m | 1h 13m | 15.5 | 18.3 |
| 4581 | Allstate | 1049653173 | Truck 516 Ram 5500 (red) | 11/29/2021 12:08 PM | 11/29/2021 1:09 PM | 11/29/2021 2:14 PM | $16.50 | 1m | 1h 3m | 1m | 1h 5m | 16.3 | 6.3 |
| 4582 | Geico | G851721333 | Truck 516 Ram 5500 (red) | 11/29/2021 12:27 PM | 11/29/2021 2:14 PM | 11/29/2021 4:33 PM | $134.40 | 43m | 13m | 1h 23m | 2h 19m | 9.3 | 23.6 |
| 4592 | Allstate | 1049657176 | Truck 516 Ram 5500 (red) | 11/29/2021 4:53 PM | 11/29/2021 5:53 PM | 11/29/2021 6:48 PM | $65.60 | 6m | 12m | 37m | 55m | 11.3 | 11 |
| 4604 | Agero | 920582372 | Truck 516 Ram 5500 (red) | 11/30/2021 2:08 PM | 11/30/2021 2:56 PM | 11/30/2021 5:39 PM | $120.00 | 0m | 2h 20m | 23m | 2h 43m | 9.7 | 37 |
| 4606 | (No Account Specified) | | Truck 516 Ram 5500 (red) | 11/30/2021 8:48 AM | 11/30/2021 9:19 AM | 11/30/2021 10:16 AM | $140.00 | 11m | 15m | 31m | 57m | 0 | 0 |
| 4613 | Geico | G449021334 | Truck 516 Ram 5500 (red) | 11/30/2021 10:54 AM | 11/30/2021 11:17 AM | 11/30/2021 11:52 AM | $45.40 | 0m | 9m | 26m | 35m | 10.7 | 8 |
| 4615 | Allstate (Braselton) | 1049663030 | Truck 516 Ram 5500 (red) | 11/30/2021 12:27 PM | 11/30/2021 1:28 PM | 11/30/2021 2:25 PM | $0.00 | 15m | 1m | 41m | 57m | 3 | 14.4 |

316 Towing_01103

316 Towing_01104

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute (Avg Time) | On Scene (Unloaded) | Towing (Loaded) | Total Time | Unloaded (Total Miles) | Loaded (Avg Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4621 | | Allstate | 1049665916 | Truck 516 Ram 5500 (red) | 11/30/2021 4:02 PM | 11/30/2021 6:44 PM | 11/30/2021 7:53 PM | $98.60 | 0m | 56m | 13m | 1h 9m | 16.1 | 18.8 |
| 4624 | | Agero | 678306827 | Truck 516 Ram 5500 (red) | 12/1/2021 9:36 AM | 12/1/2021 11:56 AM | 12/1/2021 4:11 PM | $175.95 | 0m | 18m | 3h 57m | 4h 15m | 14.8 | 56.5 |
| 4634 | | Agero | 523744914 | Truck 516 Ram 5500 (red) | 12/1/2021 8:16 AM | 12/1/2021 10:03 AM | 12/1/2021 11:34 AM | $83.50 | 12m | 24m | 55m | 1h 31m | 5.8 | 22.4 |
| 4640 | | Geico | G1037421335 | Truck 516 Ram 5500 (red) | 12/1/2021 11:53 PM | 12/2/2021 8:52 AM | 12/2/2021 10:00 AM | $91.90 | 14m | 15m | 39m | 1h 8m | 13.7 | 6.5 |
| 4643 | | Geico | G1352821335 | Truck 516 Ram 5500 (red) | 12/1/2021 6:18 PM | 12/1/2021 6:41 PM | 12/1/2021 7:59 PM | $107.10 | 1h 12m | 0m | 7m | 1h 18m | 17.7 | 8.9 |
| 4654 | | Geico | G279421336 | Truck 516 Ram 5500 (red) | 12/2/2021 9:34 AM | | 12/2/2021 10:36 AM | $55.60 | 0m | 0m | 0m | 0m | 7.8 | 0 |
| 4655 | | Agero | 163539709 | Truck 516 Ram 5500 (red) | 12/2/2021 10:19 AM | 12/2/2021 11:20 AM | 12/2/2021 1:34 PM | $109.75 | 1m | 50m | 1h 23m | 2h 14m | 9.7 | 32.9 |
| 4657 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 12/2/2021 10:52 AM | 12/2/2021 1:40 PM | 12/2/2021 3:20 PM | $110.00 | 22m | 4m | 1h 14m | 1h 40m | 0 | 0 |
| 4658 | | Geico | G717721336 | Truck 516 Ram 5500 (red) | 12/2/2021 1:43 PM | 12/2/2021 3:27 PM | 12/2/2021 4:55 PM | $109.10 | 35m | 26m | 27m | 1h 28m | 17.5 | 9.7 |
| 4662 | | Allstate | 1049682333 | Truck 516 Ram 5500 (red) | 12/2/2021 4:53 PM | 12/2/2021 5:41 PM | 12/2/2021 6:53 PM | $58.20 | 16m | 11m | 45m | 1h 12m | 9.3 | 9.4 |

| User | Call # | Invoice # | Total Calls / Account | Total Invoiced / PO # | Avg Invoice / Truck | Total Enroute / Dispatched | Total On Scene / Enroute | Total Towing / Completed | Total Time / Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Towing | Loaded / Total Time | Total Miles / UnLoaded | Avg Miles / Loade |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4676 | | Allstate | 1049686228 | Truck 516 Ram 5500 (red) | 12/3/2021 8:43 AM | 12/3/2021 9:22 AM | 12/3/2021 10:24 AM | $6.90 | 10m | 14m | 38m | 1h 2m | 8.5 | 7.3 |
| | 4677 | | Geico | G202621337 | Truck 516 Ram 5500 (red) | 12/3/2021 9:57 AM | 12/3/2021 11:30 AM | 12/3/2021 12:34 PM | $146.50 | 0m | 0m | 1h 4m | 1h 4m | 14 | 24.5 |
| | 4680 | | Allstate | 1049686979 | Truck 516 Ram 5500 (red) | 12/3/2021 11:09 AM | 12/3/2021 1:02 PM | 12/3/2021 2:00 PM | $25.60 | 1m | 0m | 58m | 58m | 14.1 | 10.8 |
| | 4689 | | Geico | G983721337 | Truck 516 Ram 5500 (red) | 12/3/2021 3:48 PM | 12/3/2021 4:23 PM | 12/3/2021 6:16 PM | $97.00 | 19m | 45m | 49m | 1h 53m | 17.6 | 5.6 |
| | 4691 | | Agero | 762549529 | Truck 516 Ram 5500 (red) | 12/3/2021 4:20 PM | 12/3/2021 7:14 PM | 12/3/2021 8:25 PM | $96.40 | 0m | 21m | 50m | 1h 11m | 20.1 | 21.5 |
| | 4728 | | Allstate | 1049707412 | Truck 516 Ram 5500 (red) | 12/6/2021 9:16 AM | 12/6/2021 9:59 AM | 12/6/2021 10:44 AM | $54.50 | 20m | 0m | 26m | 45m | 13.4 | 5.9 |
| | 4731 | | Geico | G444021340 | Truck 516 Ram 5500 (red) | 12/6/2021 10:26 AM | 12/6/2021 11:17 AM | 12/6/2021 12:02 PM | $92.60 | 7m | 14m | 24m | 45m | 11.8 | 8 |
| | 4733 | | Geico | G554621340 | Truck 516 Ram 5500 (red) | 12/6/2021 11:21 AM | 12/6/2021 12:21 PM | 12/6/2021 1:29 PM | $116.50 | 12m | 18m | 38m | 1h 8m | 9.2 | 17.7 |
| | 4737 | | Allstate | 1049711302 | Truck 516 Ram 5500 (red) | 12/6/2021 1:47 PM | 12/6/2021 2:35 PM | 12/6/2021 3:42 PM | $7.00 | 15m | 23m | 29m | 1h 7m | 11.1 | 6.6 |
| | 4740 | | Allstate | 1049711431 | Truck 516 Ram 5500 (red) | 12/6/2021 2:11 PM | 12/6/2021 4:02 PM | 12/6/2021 4:52 PM | $0.00 | 13m | 26m | 11m | 50m | 4.2 | 2.7 |

316 Towing_01105

| User Call # | Invoice # | Total Calls Account | Total Invoiced PO # | Avg Invoice | Truck | Total Enroute Dispatched | Total On Scene Enroute | Total Towing Completed | Total Time Invoice Total | Avg Time Enroute | Unloaded On Scene | Towing | Loaded Total Time | Total Miles UnLoaded | Avg Miles Loade |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4744 | | Geico | G1543221340 | | Truck 516 Ram 5500 (red) | 12/6/2021 6:18 PM | 12/6/2021 6:49 PM | 12/6/2021 7:43 PM | $59.20 | 14m | 40m | 0m | 54m | 9.6 | 0 |
| 4756 | | Allstate | 1049715167 | | Truck 516 Ram 5500 (red) | 12/7/2021 8:37 AM | 12/7/2021 9:27 AM | 12/7/2021 10:09 AM | $49.00 | 11m | 14m | 17m | 42m | 12 | 4 |
| 4758 | | Allstate | 1049717821 | | Truck 516 Ram 5500 (red) | 12/7/2021 10:29 AM | 12/7/2021 10:58 AM | 12/7/2021 12:43 PM | $130.00 | 42m | 52m | 11m | 1h 45m | 26.1 | 37.6 |
| 4761 | | Agero | 516191781 | | Truck 516 Ram 5500 (red) | 12/7/2021 11:21 AM | 12/7/2021 12:46 PM | 12/7/2021 1:50 PM | $91.45 | 9m | 2m | 53m | 1h 4m | 16.8 | 21.5 |
| 4769 | | (No Account Specified) | | | Truck 516 Ram 5500 (red) | 12/7/2021 3:41 PM | 12/7/2021 4:18 PM | 12/7/2021 5:41 PM | $100.00 | 18m | 1h 1m | 4m | 1h 23m | 0 | 0 |
| 4785 | | (No Account Specified) | | | Truck 516 Ram 5500 (red) | 12/8/2021 9:33 AM | | 12/8/2021 11:02 AM | $130.00 | 0m | 12m | 28m | 0m | 0 | 0 |
| 4788 | | Allstate | 1049727282 | | Truck 516 Ram 5500 (red) | 12/8/2021 11:41 AM | 12/8/2021 12:22 PM | 12/8/2021 12:56 PM | $57.80 | 9m | 7m | 18m | 34m | 16.4 | 3.6 |
| 4791 | | Allstate (Braselton) | 1049729003 | | Truck 516 Ram 5500 (red) | 12/8/2021 1:59 PM | 12/8/2021 2:21 PM | 12/8/2021 3:08 PM | $0.00 | 31m | 16m | 0m | 47m | 13.2 | 0 |
| 4793 | | Geico | G937321342 | | Truck 516 Ram 5500 (red) | 12/8/2021 3:12 PM | 12/8/2021 4:06 PM | 12/8/2021 5:18 PM | $108.60 | 1m | 8m | 1h 3m | 1h 12m | 17.4 | 9.6 |
| 4801 | | Allstate | 1049733625 | | Truck 516 Ram 5500 (red) | 12/9/2021 8:38 AM | 12/9/2021 9:14 AM | 12/9/2021 10:06 AM | $10.60 | 33m | 0m | 19m | 52m | 15.3 | 4 |

316 Towing_01106

| User | Call # | Invoice # | Total Calls Account | Total Invoiced PO # | Avg Invoice Truck | Total Enroute Dispatched | Total On Scene Enroute | Total Towing Completed | Total Time Invoice Total | Avg Time Enroute | Unloaded On Scene | Towing | Loaded Total Time | Total Miles UnLoaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4803 | | Agero | 400624306 | Truck 516 Ram 5500 (red) | 12/9/2021 10:40 AM | 12/9/2021 11:09 AM | 12/9/2021 12:42 PM | $83.70 | 21m | 20m | 52m | 1h 33m | 12.3 | 21.1 |
| | 4807 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 12/9/2021 2:36 PM | 12/9/2021 3:04 PM | 12/9/2021 4:23 PM | $130.00 | 15m | 27m | 37m | 1h 19m | 0 | 0 |
| | 4810 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 12/9/2021 4:07 PM | 12/9/2021 4:39 PM | 12/9/2021 5:41 PM | $115.00 | 20m | 18m | 24m | 1h 2m | 0 | 0 |
| | 4826 | | Allstate | 1049744277 | Truck 516 Ram 5500 (red) | 12/10/2021 10:30 AM | 12/10/2021 11:01 AM | 12/10/2021 12:37 PM | $83.70 | 24m | 27m | 45m | 1h 36m | 14.2 | 15.1 |
| | 4830 | | Geico | G741021344 | Truck 516 Ram 5500 (red) | 12/10/2021 1:37 PM | 12/10/2021 1:59 PM | 12/10/2021 4:26 PM | $84.50 | 31m | 52m | 1h 4m | 2h 27m | 21.4 | 13.9 |
| | 4835 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 12/10/2021 5:20 PM | 12/10/2021 5:23 PM | 12/10/2021 7:06 PM | $110.00 | 29m | 20m | 54m | 1h 43m | 0 | 0 |
| | 4894 | | Geico | G16621348 | Truck 516 Ram 5500 (red) | 12/14/2021 8:36 AM | 12/14/2021 9:15 AM | 12/14/2021 11:11 AM | $96.70 | 1m | 1h 3m | 52m | 1h 56m | 18.8 | 4.7 |
| | 4898 | | Geico | G265121348 | Truck 516 Ram 5500 (red) | 12/14/2021 9:26 AM | 12/14/2021 11:14 AM | 12/14/2021 12:20 PM | $99.80 | 23m | 35m | 8m | 1h 6m | 9.1 | 12.2 |
| | 4899 | | Geico | G372421348 | Truck 516 Ram 5500 (red) | 12/15/2021 8:55 AM | 12/15/2021 10:02 AM | 12/15/2021 11:13 AM | $86.50 | 0m | 22m | 49m | 1h 11m | 10.7 | 6.7 |
| | 4903 | | Geico | G649521348 | Truck 516 Ram 5500 (red) | 12/14/2021 12:23 PM | 12/14/2021 12:51 PM | 12/14/2021 1:36 PM | $96.30 | 12m | 13m | 20m | 45m | 19.5 | 4.1 |

316 Towing_01107

| User / Call # | Invoice # | Total Calls / Account | Total Invoiced / PO # | Avg Invoice / Truck | Total Enroute / Dispatched | Total On Scene / Enroute | Total Towing / Completed | Total Time / Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Loaded / Towing | Total Time (Loaded) | Total Miles / Unloaded | Avg Miles / Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4907 | | Geico | G841421348 | Truck 516 Ram 5500 (red) | 12/14/2021 2:06 PM | 12/14/2021 2:33 PM | 12/14/2021 4:16 PM | $112.40 | 18m | 22m | 1h 3m | 1h 43m | 16 | 26.8 |
| 4925 | | Geico | G529221349 | Truck 516 Ram 5500 (red) | 12/15/2021 11:36 AM | 12/15/2021 12:06 PM | 12/15/2021 12:39 PM | $66.20 | 23m | 10m | 0m | 33m | 13.1 | 0 |
| 4929 | | Geico | G1016421349 | Truck 516 Ram 5500 (red) | 12/15/2021 3:31 PM | 12/15/2021 3:54 PM | 12/15/2021 4:55 PM | $98.10 | 22m | 39m | 0m | 1h 1m | 17.7 | 5.9 |
| 4933 | | Allstate | 1049787449 | Truck 516 Ram 5500 (red) | 12/15/2021 5:01 PM | 12/15/2021 6:21 PM | 12/15/2021 7:46 PM | $144.40 | 8m | 26m | 51m | 1h 25m | 31.5 | 23.8 |
| 4937 | | Geico | G135921350 | Truck 516 Ram 5500 (red) | 12/16/2021 8:02 AM | 12/16/2021 8:55 AM | 12/16/2021 9:13 AM | $58.00 | 5m | 13m | 0m | 18m | 9 | 0 |
| 4939 | | Allstate | 1049790291 | Truck 516 Ram 5500 (red) | 12/16/2021 8:32 AM | 12/16/2021 9:27 AM | 12/16/2021 10:34 AM | $63.40 | 4m | 19m | 44m | 1h 7m | 13.8 | 8.6 |
| 4943 | | Allstate | 1049792296 | Truck 516 Ram 5500 (red) | 12/16/2021 11:41 AM | 12/16/2021 12:21 PM | 12/16/2021 1:27 PM | $69.50 | 9m | 21m | 36m | 1h 6m | 10.1 | 13.1 |
| 4947 | | Allstate | 1049793614 | Truck 516 Ram 5500 (red) | 12/16/2021 1:56 PM | 12/16/2021 2:38 PM | 12/16/2021 4:50 PM | $78.20 | 25m | 20m | 1h 27m | 2h 12m | 15.8 | 12.2 |
| 4951 | | Allstate (Braselton) | 1049794490 | Truck 516 Ram 5500 (red) | 12/16/2021 3:28 PM | 12/16/2021 4:58 PM | 12/16/2021 6:49 PM | $45.00 | 18m | 16m | 1h 17m | 1h 51m 1h 42m | 29.7 | 44.9 |
| 4957 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 12/16/2021 5:46 PM | 12/16/2021 6:40 PM | 12/16/2021 7:37 PM | $95.00 | 36m | 8m | 13m | 57m | 0 | 0 |

316 Towing_01108

| User Call # | Invoice # | Account | Total Invoiced PO # | Avg Invoice Truck | Total Enroute Dispatched | Total On Scene Enroute | Total Towing Completed | Total Time Invoice Total | Avg Time Enroute | Unloaded On Scene | Towing | Loaded Total Time | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4960 | | Agero | 450378359 | Truck 516 Ram 5500 (red) | 12/17/2021 8:50 AM | 12/17/2021 9:49 AM | 12/17/2021 11:17 AM | $87.95 | 0m | 25m | 1h 3m | 1h 28m | 16.3 | 20.4 |
| 4963 | | Geico | G423921351 | Truck 516 Ram 5500 (red) | 12/17/2021 11:19 AM | 12/17/2021 11:58 AM | 12/17/2021 12:43 PM | $75.40 | 10m | 21m | 14m | 45m | 11.6 | 2.4 |
| 4966 | | Allstate | 1049800865 | Truck 516 Ram 5500 (red) | 12/17/2021 12:58 PM | 12/17/2021 1:21 PM | 12/17/2021 2:36 PM | $70.70 | 35m | 11m | 29m | 1h 15m | 16.4 | 9.3 |
| 4968 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 12/17/2021 2:44 PM | 12/17/2021 3:32 PM | 12/17/2021 4:19 PM | $110.00 | 0m | 14m | 33m | 47m | 0 | 0 |
| 4971 | | Allstate (Braselton) | 1049803144 | Truck 516 Ram 5500 (red) | 12/17/2021 4:49 PM | 12/17/2021 5:40 PM | 12/17/2021 7:38 PM | $45.00 | 19m | 26m | 1h 13m | 1h 58m | 17.6 | 64.6 |
| 5002 | | Geico | G136221354 | Truck 516 Ram 5500 (red) | 12/20/2021 7:46 AM | 12/20/2021 8:36 AM | 12/20/2021 9:46 AM | $77.10 | 20m | 33m | 17m | 1h 10m | 11.4 | 3.1 |
| 5006 | | Geico | G519321354 | Truck 516 Ram 5500 (red) | 12/20/2021 10:45 AM | 12/20/2021 11:18 AM | 12/20/2021 12:10 PM | $87.70 | 12m | 23m | 17m | 52m | 15.2 | 4.1 |
| 5013 | | Allstate (Braselton) | 1049822973 | Truck 516 Ram 5500 (red) | 12/20/2021 2:42 PM | 12/20/2021 3:20 PM | 12/20/2021 4:52 PM | $51.16 | 0m | 1h 32m | 0m | 1h 32m | 25.6 | 28.5 |
| 5022 | | Allstate | 1049825999 | Truck 516 Ram 5500 (red) | 12/20/2021 5:02 PM | 12/20/2021 6:11 PM | 12/20/2021 7:13 PM | $62.00 | 18m | 19m | 25m | 1h 2m | 18.5 | 1.2 |
| 5038 | | Allstate | 1049831563 | Truck 516 Ram 5500 (red) | 12/21/2021 12:06 PM | 12/21/2021 12:59 PM | 12/21/2021 4:24 PM | $147.88 | 18m | 25m | 2h 42m | 3h 25m 2h 32m | 15.6 | 27.2 |

316 Towing_01109

| User Call # | Invoice # | Total Calls Account | Total Invoiced PO # | Truck | Avg Invoice | Total Enroute Dispatched | Total On Scene Enroute | Total Towing Completed | Total Time Invoice Total | Avg Time Enroute | Unloaded On Scene | Loaded Towing | Loaded Total Time | Total Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5040 | | Allstate | 1049831715 | Truck 516 Ram 5500 (red) | | 12/21/2021 12:49 PM | 12/21/2021 3:31 PM | 12/21/2021 4:40 PM | $78.20 | 0m | 21m | 48m | 1h 9m | 10.1 | 16 |
| 5049 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | | 12/21/2021 6:02 PM | | 12/21/2021 7:22 PM | $90.00 | 0m | 16m | 21m | 0m | 0 | 0 |
| 5056 | | Allstate | 1049837215 | Truck 516 Ram 5500 (red) | | 12/22/2021 8:05 AM | 12/22/2021 8:44 AM | 12/22/2021 10:26 AM | $64.20 | 18m | 16m | 1h 8m | 1h 42m | 7.6 | 11.4 |
| 5058 | | Allstate | 1049838972 | Truck 516 Ram 5500 (red) | | 12/22/2021 11:05 AM | 12/22/2021 11:42 AM | 12/22/2021 12:29 PM | $53.70 | 1m | 11m | 35m | 47m | 11.8 | 6.7 |
| 5060 | | Allstate | 1049840410 | Truck 516 Ram 5500 (red) | | 12/22/2021 12:18 PM | 12/22/2021 1:06 PM | 12/22/2021 2:02 PM | $55.20 | 0m | 13m | 43m | 56m | 15.1 | 4.2 |
| 5062 | | Allstate | 1049839898 | Truck 516 Ram 5500 (red) | | 12/22/2021 1:24 PM | 12/22/2021 2:17 PM | 12/22/2021 3:34 PM | $69.90 | 16m | 33m | 28m | 1h 17m | 17.2 | 8.5 |
| 5063 | | Allstate (Braselton) | 1049841289 | Truck 516 Ram 5500 (red) | | 12/22/2021 2:30 PM | 12/22/2021 4:09 PM | 12/22/2021 4:59 PM | $45.00 | 0m | 0m | 37m | 50m | 34 | 14.3 |
| 5064 | | Geico | G1076121356 | Truck 516 Ram 5500 (red) | | 12/22/2021 4:19 PM | 12/22/2021 5:36 PM | 12/22/2021 6:48 PM | $98.90 | 27m | 14m | 31m | 1h 12m | 20.2 | 4.5 |
| 5065 | | Allstate (Braselton) | 1049841861 | Truck 516 Ram 5500 (red) | | 12/22/2021 5:33 PM | 12/22/2021 6:48 PM | 12/22/2021 7:47 PM | $0.00 | 32m | 4m | 23m | 59m | 13.6 | 3.4 |
| 5067 | | Allstate | 1049845722 | Truck 516 Ram 5500 (red) | | 12/23/2021 9:11 AM | 12/23/2021 9:46 AM | 12/23/2021 11:46 AM | $107.60 | 29m | 16m | 1h 15m | 2h 0m | 14.6 | 22.8 |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5075 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 12/23/2021 4:43 PM | 12/23/2021 5:07 PM | 12/23/2021 5:24 PM | $85.00 | 0m | 17m | 0m | 17m | 0 | 0 |
| 5076 | | (No Account Specified) | | Truck 516 Ram 5500 (red) | 12/23/2021 5:21 PM | 12/23/2021 5:49 PM | 12/23/2021 7:13 PM | $95.00 | 11m | 25m | 48m | 1h 24m | 0 | 0 |
| 5101 | | Geico | G515421361 | Truck 516 Ram 5500 (red) | 12/27/2021 11:00 AM | 12/27/2021 11:43 AM | 12/27/2021 12:43 PM | $88.10 | 0m | 11m | 49m | 1h 0m | 8.2 | 23.9 |
| 5106 | | Geico | G866121361 | Truck 516 Ram 5500 (red) | 12/27/2021 1:05 PM | 12/27/2021 1:44 PM | 12/27/2021 2:51 PM | $108.60 | 1m | 26m | 40m | 1h 7m | 22.2 | 6.4 |
| 5111 | | Geico | G1058321361 | Truck 516 Ram 5500 (red) | 12/27/2021 2:21 PM | 12/27/2021 3:29 PM | 12/27/2021 4:18 PM | $105.50 | 1m | 34m | 14m | 49m | 13.6 | 11.1 |
| 5117 | | Allstate | 1049873478 | Truck 516 Ram 5500 (red) | 12/27/2021 4:09 PM | 12/27/2021 5:30 PM | 12/27/2021 6:09 PM | $56.80 | 13m | 13m | 13m | 39m | 15.9 | 0.9 |
| 5123 | | Allstate | 1049874209 | Truck 516 Ram 5500 (red) | 12/27/2021 6:32 PM | 12/27/2021 7:24 PM | 12/27/2021 8:04 PM | $68.00 | 6m | 31m | 3m | 40m | 13.4 | 10.4 |
| 5131 | | Allstate | 1049876260 | Truck 516 Ram 5500 (red) | 12/28/2021 8:22 AM | 12/28/2021 9:02 AM | 12/28/2021 10:16 AM | $78.90 | 11m | 22m | 41m | 1h 14m | 13 | 14.3 |
| 5134 | | Allstate | 1049878867 | Truck 516 Ram 5500 (red) | 12/28/2021 11:11 AM | 12/28/2021 11:48 AM | 12/28/2021 12:44 PM | $53.80 | 14m | 11m | 31m | 56m | 14.4 | 5 |
| 5136 | | Allstate | 1049879314 | Truck 516 Ram 5500 (red) | 12/28/2021 11:25 AM | 12/28/2021 1:09 PM | 12/28/2021 1:50 PM | $56.10 | 0m | 12m | 29m | 41m | 14.8 | 5.5 |

316 Towing_01111

316 Towing_01112

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Total Miles UnLoaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5141 | (No Account Specified) | | Truck 516 Ram 5500 (red) | | | | $130.00 | 0m | 0m | 42m | 0m | 0 | 0 |
| 5146 | Allstate | 1049883801 | Truck 516 Ram 5500 (red) | 12/28/2021 5:52 PM | 12/28/2021 6:55 PM | 12/28/2021 7:37 PM | $76.00 | 12m | 30m | 0m | 42m | 19.5 | 9 |
| 5154 | Allstate | 1049885214 | Truck 516 Ram 5500 (red) | 12/29/2021 8:03 AM | 12/29/2021 8:45 AM | 12/29/2021 9:58 AM | $92.40 | 16m | 17m | 40m | 1h 13m | 13.6 | 18.4 |
| 5155 | Allstate | 1049885246 | Truck 516 Ram 5500 (red) | 12/29/2021 8:10 AM | 12/29/2021 10:44 AM | 12/29/2021 10:51 AM | $45.00 | 7m | 0m | 0m | 7m | 3.6 | 1.3 |
| 5156 | Geico | G268421363 | Truck 516 Ram 5500 (red) | 12/29/2021 10:21 AM | 12/29/2021 12:01 PM | 12/29/2021 12:17 PM | $75.40 | 0m | 16m | 0m | 16m | 17.7 | 0 |
| 5157 | Agero | 965089907 | Truck 516 Ram 5500 (red) | 12/29/2021 11:03 AM | 12/29/2021 12:43 PM | 12/29/2021 1:50 PM | $84.75 | 1m | 17m | 49m | 1h 7m | 5.6 | 22.9 |
| 5159 | (No Account Specified) | | Truck 516 Ram 5500 (red) | 12/29/2021 1:52 PM | 12/29/2021 2:29 PM | 12/29/2021 3:27 PM | $95.00 | 0m | 37m | 21m | 58m | 0 | 0 |
| 5162 | Allstate | 1049891388 | Truck 516 Ram 5500 (red) | 12/29/2021 3:32 PM | 12/29/2021 4:09 PM | 12/29/2021 5:54 PM | $55.40 | 26m | 25m | 54m | 1h 45m | 15.2 | 4.8 |
| 5164 | (No Account Specified) | | Truck 516 Ram 5500 (red) | 12/29/2021 4:24 PM | 12/29/2021 6:13 PM | 12/29/2021 8:02 PM | $0.00 | 22m | 40m | 47m | 1h 49m | 0 | 0 |
| 5169 | Geico | G1463521363 | Truck 516 Ram 5500 (red) | 12/30/2021 7:20 AM | 12/30/2021 9:00 AM | 12/30/2021 10:30 AM | $147.00 | 42m | 25m | 23m | 1h 30m | 42.9 | 5.4 |

| User | Call # | Invoice # | Total Calls / Account | Total Invoiced / PO # | Avg Invoice / Truck | Total Enroute / Dispatched | Total On Scene / Enroute | Total Towing / Completed | Total Time / Invoice Total | Avg Time / Enroute | Unloaded / On Scene | Loaded / Towing | Total Time | Total Miles / Unloaded | Avg Miles / Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5174 | | Allstate | 1049895652 | Truck 516 Ram 5500 (red) | 12/30/2021 10:24 AM | 12/30/2021 12:15 PM | 12/30/2021 1:01 PM | $132.30 | 0m | 46m | 0m | 46m | 6.1 | 34.1 |

REDACTED



316 Towing_01114

REDACTED

| Call Number | Cancel Date | Cancel Reason | Cancel Notes | Dispatcher | Driver |
|---|---|---|---|---|---|
| 1511 | 4/19/2021 7:06 PM | Digital Cancel Request Confirmed by Allstate at 7:06 PM | | Viktoria Yakovenko | Brent Johnson |
| 1523 | 4/22/2021 8:59 PM | she'd too big | He found another provider that will do it for 275 | Viktoria Yakovenko | Brent Johnson |
| 1535 | 4/21/2021 5:33 PM | Customer called back to cancel | | Viktoria Yakovenko | Brent Johnson |
| 1536 | 4/21/2021 6:40 PM | Cancelled | The customer asked to cancel because he found the company who can be there much quicker and do the job | Viktoria Yakovenko | Brent Johnson |
| 1570 | 4/26/2021 2:53 PM | The customer asked to cancel | much cheaper | Diana Koziatynska | Brent Johnson |
| 1595 | 4/28/2021 4:58 PM | Agero cancelled | Agero cancelled the call in | Viktoria Yakovenko | Brent Johnson |
| 1641 | 5/3/2021 3:48 PM | Agero cancelled the call in Swoop without notifying us | Swoop without notifying us | Diana Koziatynska | Brent Johnson |
| 1654 | 5/4/2021 1:47 PM | Digital Cancel Request Confirmed by Allstate at 1:47 PM | | Diana Koziatynska | Brent Johnson |

EXHIBIT 1 — tabbies

| ID | Timestamp / Note | Description | Name | Name |
|---|---|---|---|---|
| 1656 | 5/4/2021 2:45 PM | Allstate Cancelled: This dispatch is not eligible for a GOA. If you feel this is in error, you may contest a GOA on the Payment Services web site after 24 hours. | Diana Koziatynska | Brent Johnson |
| 1675 | 5/5/2021 5:18 PM | Agero cancelled | Viktoria Yakovenko | Brent Johnson |
| 1678 | 5/6/2021 9:24 AM | Agero told the customer asked to cancel the service (Agero told the customer asked to cancel the service) | Diana Koziatynska | Brent Johnson |
| 1682 | 5/6/2021 3:08 PM Speed. Job Cancel. | Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf and it has been approved. You may submit for payment on the Payment Services web site after 24 hours. | Diana Koziatynska | Brent Johnson |
| 1727 | 5/12/2021 9:19 AM | Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf and it has been approved. You may submit for payment on the Payment Services web site after 24 hours. (The customer called back and asked to cancel the service) | Diana Koziatynska | Brent Johnson |
| 1730 | 5/12/2021 11:03 AM | The customer called back and asked to cancel the service | Diana Koziatynska | Brent Johnson |

| ID | Date/Time | Note | | |
|---|---|---|---|---|
| 1739 | 5/13/2021 9:55 AM | Called Agero to find out the model and Cx phone number. They say they don't have this PO. Cancelled the call | Diana Koziatynska | Brent Johnson |
| 1753 | 5/14/2021 4:40 PM | It is impossible to get through to the client | Diana Koziatynska | Brent Johnson |
| 1768 | 5/17/2021 11:25 AM | Cancelled | Diana Koziatynska | Brent Johnson |
| 1775 | 5/17/2021 2:24 PM | The car leaks oil | Diana Koziatynska | Brent Johnson |
| 1793 | 5/18/2021 6:40 PM | Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf and it has been approved. You may submit for payment on the Payment Services web site after 24 hours. | Viktoria Yakovenko | Brent Johnson |
| 1796 | 5/19/2021 8:31 AM | Called the customer. Informed that we can't tow the car because it's old, in bad condition, and all covered in ants | Viktoria Yakovenko | Brent Johnson |

| ID | Date / Status | Notes | Agent | Reviewer |
|---|---|---|---|---|
| 1799 | 5/19/2021 8:51 AM web site after 24 hours. | Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf, unfortunately it is not eligible for a GOA. If you feel this is in error, you may contest a GOA on the Payment Services | Viktoria Yakovenko | Brent Johnson |
| 1814 | 5/19/2021 7:59 PM Cancelled | | Viktoria Yakovenko | Brent Johnson |
| 1836 | 5/21/2021 9:23 AM Cancelled by Agero digitally. | | Diana Koziatynska | Brent Johnson |
| 1847 | 5/21/2021 6:16 PM Gone on Arrival | Customer cancelled the call | Viktoria Yakovenko | Brent Johnson |
| 1858 | 5/24/2021 7:57 AM Provider cancelled request | | Valeria Brovkina | Brent Johnson |
| 1896 | 5/25/2021 6:12 PM Cancelled | We do not have an equipment available at the | Viktoria Yakovenko | Brent Johnson |
| 1944 | 5/28/2021 3:58 PM moment | | Diana Koziatynska | Brent Johnson |
| 1973 | 6/1/2021 6:24 PM Gone on Arrival | Drop off will be closed when we arrive, there is nowhere to leave the car | Viktoria Yakovenko | Brent Johnson |
| 2000 | 6/3/2021 2:13 PM Cancelled by Agero digitally. | | Diana Koziatynska | Brent Johnson |
| 2005 | 6/3/2021 6:08 PM Gone on Arrival | There is a bill left to pay before they will release the vehicle and cx is not answering the phone | Viktoria Yakovenko | Brent Johnson |
| 2035 | 6/7/2021 11:12 AM The customer cancelled the call | The customer cancelled the call | Diana Koziatynska | Brent Johnson |

| ID | Date/Time & Notes | | Name | Name |
|----|----|----|----|----|
| 2041 | 6/7/2021 3:40 PM | Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf, unfortunately it is not eligible for a GOA. If you feel this is in error, you may contest a GOA on the Payment Services web site after 24 hours. Speed. Job Cancel. | Diana Koziatynska | Brent Johnson |
| 2044 | 6/7/2021 6:00 PM | Customer called back to cancel | Viktoria Yakovenko | Brent Johnson |
| 2055 | 6/8/2021 1:35 PM | The customer asked to cancel. The car started | The customer asked to cancel. The car started | Diana Koziatynska | Brent Johnson |
| 2062 | 6/9/2021 9:41 AM | Called the customer about the overage. He told me the tow was cancelled. No one notified us though | Called the customer about the overage. He told me the tow was cancelled. No one notified us though | Viktoria Yakovenko | Brent Johnson |
| 2108 | 6/11/2021 6:56 PM | Gone on Arrival | The car started | Viktoria Yakovenko | Brent Johnson |
| 2300 | 6/25/2021 5:24 PM | Gone on Arrival | | Viktoria Yakovenko | Brent Johnson |
| 2319 | 6/28/2021 5:13 PM | IAA is closed Agero will call back tomorrow to offer us this job | | Diana Koziatynska | Brent Johnson |
| 2396 | 7/6/2021 10:18 AM | Digital Cancel Request Confirmed by Allstate at 10:18 AM | | Diana Koziatynska | Brent Johnson |
| 2416 | 7/7/2021 11:12 AM | Cancelled by Agero digitally. | | Diana Koziatynska | Brent Johnson |
| 2527 | 7/15/2021 6:36 AM | Customer called back to cancel | | Viktoria Yakovenko | Brent Johnson |

| ID | Date/Time | Note | Note 2 | Name | Brent Johnson |
|----|-----------|------|--------|------|----------------|
| 2548 | 7/16/2021 9:33 AM | When the driver was at the pick-up, the customer informed me that the call was cancelled about 2 hours ago | When the driver was at the pick-up, the customer informed me that the call was cancelled about 2 hours ago | Valeria Brovkina | Brent Johnson |
| 2557 | 7/16/2021 3:35 PM | The customer cancelled the service because they found another provider | The customer cancelled the service because they found another provider | Diana Koziatynska | Brent Johnson |
| 2558 | 7/16/2021 5:05 PM Gone on Arrival | | Customer change pickup address, the car needs to be picked up in Sandy Springs, we don't cover this area, ask for goa | Viktoria Yakovenko | Brent Johnson |

| ID | Date/Time & Description | | |
|---|---|---|---|
| 2627 | 7/22/2021 12:28 PM Unable to tow this Sprinter. The driver came to check this Sprinter. We can't tow it because it doesn't shift, secondly, it's positioned in such a way that we can't pick it up. Asked Allstate to cancel and GOA. They approved GOA | Diana Koziatynska | Brent Johnson |
| 2632 | 7/22/2021 12:34 PM Digital Cancel Request Confirmed by Allstate at 12:34 PM | Diana Koziatynska | Brent Johnson |
| 2652 | 7/23/2021 3:08 PM Digital Cancel Request Confirmed by Allstate at 3:08 PM | Diana Koziatynska | Brent Johnson |
| 2654 | 7/23/2021 4:59 PM Customer called back to cancel. Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf and it has been approved. You may submit for payment on the Payment Services web site after 24 hours. | Viktoria Yakovenko | Brent Johnson |
| 2655 | 7/23/2021 5:08 PM Speed. Job Cancel. | Viktoria Yakovenko | Brent Johnson |

| ID | Detail | Note | Agent | Name |
|---|---|---|---|---|
| 2665 | 7/26/2021 11:27 AM Eastside Towing. GOA | The car was towed by another towing provider Eastside Towing on Friday. Requested GOA | Diana Koziatynska | Brent Johnson |
| | Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf and it has been approved. You may submit for payment on the Payment Services web site after 24 hours. | | | |
| 2751 | 7/30/2021 4:58 PM Speed. Job Cancel. | | Diana Koziatynska | Brent Johnson |
| 2753 | 7/30/2021 6:56 PM Gone on Arrival | | Viktoria Yakovenko | Brent Johnson |
| 2772 | 8/2/2021 12:19 PM Customer cancelled | | Diana Koziatynska | Brent Johnson |
| 2773 | 8/2/2021 3:33 PM pick-up. | It turned out there's a payout needed at the pick-up. | Eli Kudrin | Brent Johnson |
| | Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf and it has been approved. You may submit for payment on the Payment Services web site after 24 hours. | | | |
| 2787 | 8/3/2021 9:53 AM Payment Services web site after 24 hours. | | Diana Koziatynska | Brent Johnson |
| 2792 | 8/3/2021 4:17 PM Gone on Arrival | | Diana Koziatynska | Brent Johnson |
| 2812 | 8/4/2021 6:52 PM Gone on Arrival | | Viktoria Yakovenko | Brent Johnson |
| 2814 | 8/5/2021 7:25 AM Equipment not available ) | | Viktoria Yakovenko | Brent Johnson |
| 2825 | 8/5/2021 2:37 PM Cancelled by Agero digitally. | | Diana Koziatynska | Brent Johnson |

| ID | Date/Time | Description | Reason | Name | Brent Johnson |
|----|-----------|-------------|--------|------|---------------|
| 2835 | 8/6/2021 10:31 AM | GOA. The customer is not answering there phone and no one is there | GOA. The customer is not answering there phone and no one is there | Diana Koziatynska | Brent Johnson |
| 2858 | 8/9/2021 4:44 PM | Gone on Arrival | | Diana Koziatynska | Brent Johnson |
| 2862 | 8/10/2021 9:18 AM | Payout is needed at the pick-up | Payout is needed at the pick-up | Viktoria Yakovenko | Brent Johnson |
| 2913 | 8/12/2021 4:10 PM | Customer called back to cancel | | Viktoria Yakovenko | Brent Johnson |
| 2958 | 8/16/2021 3:13 PM | Customer informed dispatch that the vehicle was already picked up by another company) | | Eli Kudrin | Brent Johnson |
| 2961 | 8/16/2021 6:39 PM | Gone on Arrival | | Viktoria Yakovenko | Brent Johnson |
| 2984 | 8/18/2021 12:21 PM | Gone on Arrival | | Eli Kudrin | Brent Johnson |
| 2990 | 8/18/2021 12:47 PM | Gone on Arrival | | Viktoria Yakovenko | Brent Johnson |

| ID | Date | Note | Details | | |
|----|------|------|---------|---|---|
| 2993 | 8/19/2021 12:00 PM | Double-dispatch | When Brent arrived at the pick-up, another tow company, Streetforce Towing, was already loading the vehicle. Requested Allstate for GOA. They didn't want to approve it for long time because 'you didn't notify us that the call was rescheduled'. Eventually, they agreed to approve the GOA. | Viktoria Yakovenko | Brent Johnson |
| 3065 | 8/23/2021 8:07 PM | Duplicate | | Viktoria Yakovenko | Brent Johnson |
| 3076 | 8/24/2021 5:19 PM | Cancelled by Agero digitally. Digital Cancel Request Confirmed by Allstate at | | Diana Koziatynska | Brent Johnson |
| 3080 | 8/24/2021 5:19 PM | Digital Cancel Request Confirmed by Allstate at | | Viktoria Yakovenko | Brent Johnson |
| 3093 | 8/25/2021 1:15 PM | GOA. The customer is not at the pick-up, didn't | | Diana Koziatynska | Brent Johnson |
| 3096 | 8/26/2021 9:34 AM | reply to calls, no way to leave VM | | Viktoria Yakovenko | Brent Johnson |

| ID | Note | | |
|---|---|---|---|
| 3112 | Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf, unfortunately it is not eligible for a GOA. If you feel this is in error, you may contest a GOA on the Payment Services 8/26/2021 4:54 PM web site after 24 hours. Speed. Job Cancel. | Viktoria Yakovenko | Brent Johnson |
| 3127 | 8/27/2021 7:15 PM Gone on Arrival | Viktoria Yakovenko | Brent Johnson |
| 3135 | Digital Cancel Request Confirmed by Allstate at 8/30/2021 7:57 AM 7:57 AM | Valeria Brovkina | Brent Johnson |
| 3159 | Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf, unfortunately it is not eligible for a GOA. If you feel this is in error, you may contest a GOA on the Payment Services 8/31/2021 12:33 PM web site after 24 hours. Speed. Job Cancel. | Diana Koziatynska | Brent Johnson |
| 3160 | Digital Cancel Request Confirmed by Allstate at 8/31/2021 1:37 PM 1:37 PM | Diana Koziatynska | Brent Johnson |
| 3161 | Swoop can't get CVV code for the credit card. 8/31/2021 2:05 PM They will assign another SP | Swoop can't get CVV code for the credit card. They will assign another SP. / Diana Koziatynska | Brent Johnson |
| 3167 | 8/31/2021 7:26 PM Cancelled | Viktoria Yakovenko | Brent Johnson |
| 3194 | 9/2/2021 4:05 PM No available drivers | Diana Koziatynska | Brent Johnson |
| 3273 | 9/10/2021 3:49 PM The customer asked to cancel | Diana Koziatynska | Brent Johnson |
| 3296 | 9/13/2021 9:29 PM .) It requires dollies which we don't have on | Eli Kudrin | Brent Johnson |
| 3308 | 9/14/2021 10:36 AM flatbeds | Diana Koziatynska | Brent Johnson |

| ID | Detail | | |
|----|--------|--|--|
| 3335 | This call was changed to jumpstart with another<br>9/15/2021 4:19 PM po | Diana Koziatynska | Brent Johnson |
| 3356 | 9/16/2021 7:11 PM Customer cancel | Viktoria Yakovenko | Brent Johnson |
| 3407 | The car can't be put into neutral and doesn't<br>9/22/2021 8:30 AM have keys | Diana Koziatynska | Brent Johnson |
| 3480 | Allstate Cancelled: The customer has cancelled<br>this dispatch. An automated GOA request was<br>submitted on your behalf and it has been<br>approved. You may submit for payment on the<br>Payment Services web site after 24 hours.<br>9/29/2021 1:22 PM The customer asked to cancel The customer<br>asked to cancel | Diana Koziatynska | Brent Johnson |
| 3493 | 9/30/2021 12:11 PM Speed. Job Cancel. | Diana Koziatynska | Brent Johnson |
| 3498 | 9/30/2021 3:56 PM The customer cancelled - the car started | Eli Kudrin | Brent Johnson |
| 3499 | 9/30/2021 7:21 PM Gone on Arrival | Viktoria Yakovenko | Brent Johnson |
| 3543 | 10/6/2021 8:20 AM Cancelled by Agero digitally. | Eli Kudrin | Brent Johnson |
| 3551 | The car is stuck in the mud, we'll be stuck too if<br>10/5/2021 7:10 PM we come any closer | Diana Koziatynska | Brent Johnson |
| 3560 | 10/6/2021 2:14 AM Driver unavailable ) | Valeria Brovkina | Brent Johnson |
| 3569 | 10/6/2021 4:13 PM Customer called back to cancel | Diana Koziatynska | Brent Johnson |
| 3608 | 10/8/2021 7:01 PM Cancel | Viktoria Yakovenko | Brent Johnson |
| 3656 | 10/13/2021 1:25 PM Cancelled by Agero digitally. | Eli Kudrin | Brent Johnson |
| 3657 | 10/13/2021 2:40 PM j | Eli Kudrin | Brent Johnson |
| 3681 | 10/15/2021 8:11 AM Customer cancelled call via Insurance company ) | Eli Kudrin | Brent Johnson |
| 3750 | 10/18/2021 5:06 PM Motor Club Cancelled | Eli Kudrin | Brent Johnson |
| 3798 | 10/20/2021 4:14 PM Another job priority | Agero/Phone Call | Brent Johnson |
| 3812 | 10/21/2021 4:31 PM Gone on Arrival | Diana Koziatynska | Brent Johnson |
| 3822 | 10/21/2021 6:21 PM Motor Club Cancelled | Viktoria Yakovenko | Brent Johnson |
| 3830 | Digital Cancel Request Confirmed by Allstate at<br>10/22/2021 10:18 AM 10:18 AM | Diana Koziatynska | Brent Johnson |
| 3844 | 10/22/2021 4:09 PM Customer called back to cancel | Viktoria Yakovenko | Brent Johnson |

| ID | Note | Comment | | |
|---|---|---|---|---|
| 3848 | 10/22/2021 7:34 PM Customer cancel | called Agero and asked to cancel | Viktoria Yakovenko | Brent Johnson |
| 3886 | 10/25/2021 2:08 PM we don't work with Taylor's 24hr Wrecker service | | AnastasiaH | Brent Johnson |
| 3895 | 10/25/2021 5:49 PM Motor Club Cancelled | | Viktoria Yakovenko | Brent Johnson |
| 3943 | 10/27/2021 5:27 PM Digital Cancel Request Confirmed by Allstate at 5:27 PM | | Viktoria Yakovenko | Brent Johnson |
| 3945 | 10/27/2021 6:25 PM Agero canceled | | Viktoria Yakovenko | Brent Johnson |
| 3973 | 10/29/2021 1:03 PM Cancelled | | Diana Koziatynska | Brent Johnson |
| 3979 | 10/29/2021 3:51 PM We can't make it before 4pm | | Diana Koziatynska | Brent Johnson |
| 4013 | 11/1/2021 4:48 PM Speed. Job Cancel. Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf and it has been approved. You may submit for payment on the Payment Services web site after 24 hours. | | Diana Koziatynska | Brent Johnson |
| 4035 | 11/2/2021 2:02 PM The customer cancelled | The customer cancelled | Diana Koziatynska | Brent Johnson |
| 4058 | 11/3/2021 2:04 PM GOA. The car started | | Diana Koziatynska | Brent Johnson |
| 4093 | 11/4/2021 6:50 PM Gone on Arrival | | Viktoria Yakovenko | Brent Johnson |
| 4112 | 11/5/2021 6:59 PM Gone on Arrival | | Viktoria Yakovenko | Brent Johnson |
| 4161 | 11/8/2021 6:07 PM Gone on Arrival | | Viktoria Yakovenko | Brent Johnson |
| 4182 | 11/9/2021 1:20 PM Motor Club Cancelled | | Diana Koziatynska | Brent Johnson |
| 4189 | 11/9/2021 5:41 PM We can't tow motorcycle | | Viktoria Yakovenko | Brent Johnson |
| 4235 | 11/11/2021 4:56 PM We could do winch only using KW | | Viktoria Yakovenko | Brent Johnson |
| 4249 | 11/12/2021 10:54 AM GOA | | Diana Koziatynska | Brent Johnson |
| 4347 | 11/16/2021 2:12 PM Speed. Job Cancel. Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf and it has been approved. You may submit for payment on the Payment Services web site after 24 hours. | | Diana Koziatynska | Brent Johnson |

| ID | Date/Description | | |
|---|---|---|---|
| 4384 | 11/18/2021 10:31 AM 10:31 AM Digital Cancel Request Confirmed by Allstate at | Diana Koziatynska | Brent Johnson |
| 4391 | 11/18/2021 4:10 PM Gone on Arrival | Eli Kudrin | Brent Johnson |
| | Allstate Cancelled: The customer has cancelled this dispatch. An automated GOA request was submitted on your behalf and it has been approved. You may submit for payment on the Payment Services web site after 24 hours. | | |
| 4397 | 11/18/2021 6:43 PM Speed. Job Cancel. | Viktoria Yakovenko | Brent Johnson |
| 4410 | 11/19/2021 1:52 PM New PO for this call) | Diana Koziatynska | Brent Johnson |
| 4472 | 11/23/2021 8:03 AM There's a payout needed. | Eli Kudrin | Brent Johnson |
| 4492 | 11/24/2021 8:19 AM Cancelled by Agero digitally. | Viktoria Yakovenko | Brent Johnson |
| 4508 | 11/24/2021 2:27 PM Customer called back to cancel | Diana Koziatynska | Brent Johnson |
| 4526 | 11/26/2021 10:30 AM Motor Club Cancelled | Diana Koziatynska | Brent Johnson |
| 4605 | 11/30/2021 8:44 AM Motor Club Cancelled | Diana Koziatynska | Brent Johnson |
| 4610 | 11/30/2021 10:51 AM Motor Club Cancelled | Diana Koziatynska | Brent Johnson |
| 4612 | 11/30/2021 1:29 PM GOA | Diana Koziatynska | Brent Johnson |
| 5021 | 12/20/2021 4:54 PM Cancelled | Viktoria Yakovenko | Brent Johnson |
| 5036 | 12/21/2021 12:34 PM The customer doesn't need a service | Diana Koziatynska | Brent Johnson |
| 5037 | 12/21/2021 12:00 PM Motor Club Cancelled | Diana Koziatynska | Brent Johnson |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**DUSTIN HYDE, Individually and on**                          **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                     No. 2:22-cv-103-RWS

**316 TOWING & ROAD SERVICE, INC.,**                    **DEFENDANTS**
**and MAKSIM LISOVSKIY**

### DECLARATION OF BRENT JOHNSON

I, Brent Johnson, do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1.     My name is Brent Johnson, and I am over the age of eighteen and duly qualified to execute this declaration.

2.     I am a resident and domiciliary of the State of Georgia.

3.     Defendants 316 Towing & Road Service, Inc., and Maksim Lisovskiy (collectively "Defendant" or "Defendants") own and operate a towing company.

4.     I was employed by Defendants to work as a Driver from April of 2021 until January of 2022.

5.     As a Driver my primary duties consisted of towing Defendants' customers' vehicles and the work attendant to that.


EXHIBIT
8

6.      The duties other Drivers and I performed were rote and routine, and we sought input from supervisors when our duties were not rote or routine.

7.      In carrying out our duties, other Drivers and I followed the processes put in place by Defendants and others.

8.      Defendants classified me as exempt from the overtime requirements of the FLSA and paid me a salary.

9.      Defendants classified me as an independent contractor.

10.      Defendants also employed other Drivers, and I am personally familiar with the conditions under which other Drivers worked. I am aware of the policies that Defendants apply to all their Drivers.

11.      Defendants also classified other Drivers as independent contractors and paid them a salary. I know this because I spoke to other Drivers about the way we were paid.

12.      As a Driver, I was primarily responsible for towing cars for Defendants' customers.

13.      Other Drivers had the same or similar duties as I did. I know this because I worked alongside other Drivers and observed them receiving and responding to calls to tow vehicles and because we talked about the duties we performed.

14.     I was directly hired by Defendants, and Defendants controlled mine and the other Drivers' work schedules, duties, protocols, applications, assignments and employment conditions, and kept at least some records regarding our employment.

15.     In performing services for Defendants, other Drivers and I were not required to utilize any professional education relevant to our job duties.

16.     I did not financially invest in Defendants' business.

17.     I did not share in Defendants' profits or losses.

18.     Defendants set prices for the towing services.

19.     Defendants determined mine and other Drivers' pay scale for services without input from or negotiation with us.

20.     Defendants decided whether and how many Drivers to hire.

21.     I was hired to work for Defendants for a continuous and ongoing period of time.

22.     I did not make any decisions regarding advertising of Defendants' business.

23.     Throughout my employment, Defendants determined the hours that I and the other Drivers worked and maintained our work schedule.

24.     If I or other Drivers refused an assignment from Defendants, we risked discipline, up to and including termination. I know this was true for other Drivers

because on several occasions I overheard Defendants threaten to fire Drivers when they said they did not want to take a certain assignment.

25.    I and other Drivers were required to arrive at work at the time determined by Defendant and remain until the end of our scheduled shifts.

26.    Defendants set the policies and rules regarding mine and other Drivers' employment, and Defendants required me and the other Drivers to follow these policies and rules.

27.    Defendants regularly scheduled me to work more than 40 hours per week, and I regularly worked more than 40 hours per week for Defendants.

28.    Other Drivers worked similar schedules to me. I know this because Defendants regularly or occasionally scheduled other Drivers to work more than 40 hours per week, and I observed other Drivers working schedules similar to mine and discussed the hours we worked with other Drivers.

29.    Other Drivers were sometimes required to be "on call" before and after their regular shifts and to respond to calls outside of their regular working hours. I know this because I spoke to other Drivers about the hours they worked outside of their regular shifts.

30.    Defendants did not provide me or other Drivers with a timekeeping system whereby we could track our hours worked.

31.   Other Drivers and I were not paid overtime premiums for any of the hours we worked over 40 per week. I know this is true for other Drivers because other Drivers and I discussed the way we were paid.

32.   Other Drivers and I never agreed that our salary would be sufficient to cover all hours worked.

33.   Based on the number of Drivers who worked with me, I estimate that there are approximately 6 individuals who worked as Drivers for Defendants since April 1, 2021, although I do not know the exact number of the employees.

34.   Based on the experience and the knowledge I have regarding the job duties and pay of Defendants' Drivers, I believe that there are other Drivers who would want to join this lawsuit if they were made aware of the opportunity to join the lawsuit.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 26th day of August 2022.

_____
**BRENT JOHNSON**

| Week End | Towbook Hours Sum | Hours Est. | Pay | Eff. Hourly Rate | GA MW | MW Damages· | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|---|---|---|
| 4/23/2021 | 40.98 | 60.00 | $ 852.05 | $ 14.20 | $ 7.25 | $ - | $ 142.01 | $ 284.02 |
| 4/30/2021 | 50.83 | 60.00 | $ 850.00 | $ 14.17 | $ 7.25 | $ - | $ 141.67 | $ 283.33 |
| 5/7/2021 | 38.00 | 60.00 | $ 850.00 | $ 14.17 | $ 7.25 | $ - | $ 141.67 | $ 283.33 |
| 5/14/2021 | 31.92 | 60.00 | $ 850.00 | $ 14.17 | $ 7.25 | $ - | $ 141.67 | $ 283.33 |
| 5/21/2021 | 41.17 | 60.00 | $ 971.49 | $ 16.19 | $ 7.25 | $ - | $ 161.91 | $ 323.83 |
| 5/28/2021 | 42.05 | 60.00 | $ 850.00 | $ 14.17 | $ 7.25 | $ - | $ 141.67 | $ 283.33 |
| 6/4/2021 | 31.48 | 60.00 | $ 850.00 | $ 14.17 | $ 7.25 | $ - | $ 141.67 | $ 283.33 |
| 6/11/2021 | 41.15 | 60.00 | $ 971.49 | $ 16.19 | $ 7.25 | $ - | $ 161.91 | $ 323.83 |
| 6/18/2021 | 37.95 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 6/25/2021 | 19.87 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 7/2/2021 | 45.88 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 7/9/2021 | 34.90 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 7/16/2021 | 35.55 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 7/23/2021 | 43.42 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 7/30/2021 | 45.43 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 8/6/2021 | 45.95 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 8/13/2021 | 44.45 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 8/20/2021 | 37.23 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 8/27/2021 | 44.98 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 9/3/2021 | 45.43 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 9/10/2021 | 26.87 | 60.00 | $ 900.00 | $ 15.00 | $ 7.25 | $ - | $ 150.00 | $ 300.00 |
| 9/17/2021 | 32.95 | 60.00 | $ 1,900.00 | $ 31.67 | $ 7.25 | $ - | $ 316.67 | $ 633.33 |
| 9/24/2021 | 8.72 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 10/1/2021 | 12.90 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 10/8/2021 | 29.15 | 60.00 | $ 1,900.00 | $ 31.67 | $ 7.25 | $ - | $ 316.67 | $ 633.33 |
| 10/15/2021 | 39.63 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 10/22/2021 | 35.00 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 10/29/2021 | 32.77 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 11/5/2021 | 27.35 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 11/12/2021 | 30.25 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 11/19/2021 | 19.38 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 11/26/2021 | 18.30 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 12/3/2021 | 34.40 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 12/10/2021 | 23.47 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 12/17/2021 | 23.25 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| 12/24/2021 | 19.68 | 60.00 | $ 1,050.00 | $ 17.50 | $ 7.25 | $ - | $ 175.00 | $ 350.00 |
| 12/31/2021 | 17.32 | 60.00 | $ 950.00 | $ 15.83 | $ 7.25 | $ - | $ 158.33 | $ 316.67 |
| | | | | | | | $ 5,990.84 | $ 11,981.67 |

EXHIBIT

9



# Invoice

Brent Johnson

█████████████

Dacula, Ga 30019

Phone: ████████

Email: ██████████████

Invoice Number:  01

Invoice Date:  04/23/2020

Payment Due:  04/23/2020

Accidental occupational  insurance  +100.00

total 950.00

Amount Due: 850.00 +  *82.05* = *852.05*

**Bill To**

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

*1242*



**EXHIBIT**

**10**

316Towing_00056



# Invoice

Brent Johnson

███████████

Dacula, Ga 30019

Phone: ███████

Email: ████████████

Invoice Number:  02

Invoice Date:  04/30/2021

Payment Due:  04/30/2021

Accidental  occupational  insurance  +100.00

total 950.00

Amount Due:  850.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

*1245*



# Invoice

Brent Johnson

████████████████

Dacula, Ga 30019

Phone: ████████████

Email: ██████████████████

Invoice Number:  03

Invoice Date:  05/07/2021

Payment Due:  05/07/2021

Accidental occupational insurance +100.00

total 950.00

Amount Due: 850.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

*1253*



# Invoice

Brent Johnson

█████████████

Dacula, Ga 30019

Phone: █████████████

Email: █████████████████

Invoice Number:  04

Invoice Date:  05/14/2021

Payment Due:  05/14/2021

Accidental occupational insurance +100.00

total 950.00

Amount Due: 850.00

**Bill To**

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

*1258*



# Invoice

Brent Johnson

███████████████

Dacula, Ga 30019

Phone: ███████████

Email: █████████████████

Invoice Number:  05

Invoice Date:  05/21/2021

Payment Due:  05/21/2021

Accidental occupational insurance
+100.00

total 950.00

Amount Due: 850.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver





# Invoice

Brent Johnson

Dacula, Ga 30019

Phone:

Email:

Invoice Number:  06

Invoice Date:  05/28/2021

Payment Due:  05/28/2021

Accidental  occupational  insurance
+100.00

total 950.00

Amount Due: 850.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

*1276*



# Invoice

Brent Johnson

██████████

Dacula, Ga 30019

Phone: ██████████

Email: ████████████████

Invoice Number: 07

Invoice Date: 06/04/2021

Payment Due: 06/04/2021

Accidental occupational insurance
+100.00

total 950.00

Amount Due: 850.00

**Bill To**

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

*1283*



# Invoice

Brent Johnson

Dacula, Ga 30019

Phone:

Email:

Invoice Number:  08

Invoice Date:  06/11/2021

Payment Due:  06/11/2021

Accidental  occupational  insurance
+100.00

total 950.00

Amount Due: 850.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

1292

316Towing_00063



# Invoice

Brent Johnson

███████████████

Dacula, Ga 30019

Phone: ███████████

Email: ████████████████

Invoice Number:  09

Invoice Date:  06/18/2021

Payment Due:  06/18/2021

Accidental occupational insurance
+100.00

total 1000.00

Amount Due: 900.00

**Bill To**

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

*1305*

316Towing_00064



# Invoice

Brent Johnson

███████████████

Dacula, Ga 30019

Phone: ████████████

Email: ██████████████████

Invoice Number: 10

Invoice Date: 06/25/2021

Payment Due: 06/25/2021

Accidental occupational insurance
+100.00

total 1000.00

Amount Due: 900.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

1316



# Invoice

Brent Johnson

Dacula, Ga 30019

Phone:

Email:

Invoice Number:  11

Invoice Date:  07/02/2021

Payment Due:  07/02/2021

Accidental occupational insurance
+100.00

total 1000.00

Amount Due: 900.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

*1 3 21*

316Towing_00066



# Invoice

Brent Johnson

Dacula, Ga 30019

Phone:

Email:

Invoice Number:  12

Invoice Date:  07/09/2021

Payment Due:  07/09/2021

Accidental occupational insurance +100.00

total 1000.00

Amount Due:  900.00

**Bill To**

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

**Towing Driver**

1328



# Invoice

Brent Johnson

Dacula, Ga 30019

Phone:

Email:

Invoice Number:   13

Invoice Date:   07/16/2021

Payment Due:   07/16/2021

Accidental occupational insurance +100.00

total 1000.00

Amount Due: 900.00  /334

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

316Towing_00068



# Invoice

Brent Johnson

Dacula, Ga 30019

Phone:

Email:

Invoice Number:  14

Invoice Date:  07/23/2021

Payment Due:  07/23/2021

Accidental  occupational  insurance
+100.00

total 1000.00

Amount Due: 900.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

1345



# Invoice

Brent Johnson

Dacula, Ga 30019

Phone:

Email:

Invoice Number:  15

Invoice Date:  07/30/2021

Payment Due:  07/30/2021

Accidental occupational insurance
+100.00

total 1000.00

Amount Due: 900.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

1346

316Towing_00070



# Invoice

Brent Johnson

████████████

Dacula, Ga 30019

Phone: ████████

Email: ████████████

Invoice Number:  16

Invoice Date:  08/06/2021

Payment Due:  08/06/2021

Accidental occupational insurance
+100.00

total 1000.00

Amount Due: 900.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

*1356*



# Invoice

Brent Johnson

███████████

Dacula, Ga 30019

Phone: ███████████

Email: ███████████████

Invoice Number: 17

Invoice Date: 08/13/2021

Payment Due: 08/13/2021

Accidental occupational insurance +100.00

total 1000.00

Amount Due: 900.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

*1363*



# Invoice

Brent Johnson

██████████████

Dacula, Ga 30019

Phone: ██████████

Email: ████████████████

Invoice Number:  18

Invoice Date:  08/20/2021

Payment Due:  08/20/2021

Accidental occupational insurance
+100.00

total 1000.00

Amount Due: 900.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

*1372*

# Invoice

**Brent Johnson**

████████████

Dacula, GA 30019

Phone: ████████████

Invoice Number:  21

Invoice Date:  09/10/21

Payment Due:  09/10/21

Amount Due: $950

Occupational insurance -$50

Total: $900

Bill To

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

**Period:** 09/06/2021 - 09/10/2021

*1388*

316Towing_00074



# **Invoice**

Brent Johnson

███████████████

Dacula, Ga 30019

Phone: ███████████

Email: ████████████████

Invoice Number:  22

Invoice Date:  09/17/2021

Payment Due:  09/17/2021

Accidental occupational insurance
+150.00

total 1100.00

Amount Due: 950.00

Bill To

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

*1394*



# Invoice

Brent Johnson

███████████

Dacula, Ga 30019

Phone: ███████████

Email: ███████████

Invoice Number:  23

Invoice Date:  09/22/2021

Payment Due:  09/22/2021

Accidental occupational insurance +150.00

total 625.00

Amount Due:  475.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

ch # 1400

316Towing_00076



# Invoice

Brent Johnson

████████████████

Dacula, Ga 30019

Phone: ████████████

Email: ████████████████████

Invoice Number:   19

Invoice Date:   08/27/2021

Payment Due:   08/27/2021

Accidental occupational insurance
+100.00

total 1000.00

Amount Due: 900.00

Bill To

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

*1378*



# Invoice

Brent Johnson

██████████

Dacula, Ga 30019

Phone: ██████████

Email: ██████████

Invoice Number:  20

Invoice Date:  09/03/2021

Payment Due:  09/03/2021

Accidental occupational insurance
+100.00

total 1000.00

Amount Due: 900.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

*1385*



# Invoice

Brent Johnson

████████████

Dacula, Ga 30019

Phone: ████████████

Email: ████████████

Invoice Number:  24

Invoice Date:  10/01/2021

Payment Due:  10/01/2021

Accidental occupational insurance
+150.00

total 625.00

Amount Due:  475.00

Bill To

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

*1412*

# Invoice

Brent Johnson

▓▓▓▓▓▓▓▓▓

Dacula, Ga 30019

Phone: ▓▓▓▓▓▓

Email: ▓▓▓▓▓▓▓▓

Invoice Number: 25

Invoice Date: 10/08/2021

Payment Due: 10/08/2021

Extra +$50.00

Accidental occupational insurance: -$50

total $950.00

Amount Due: $ 950.00

**Bill To**

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

ch# 1417



# Invoice

Brent Johnson

████████████

Dacula, Ga 30019

Phone: ████████

Email: ██████████████

Invoice Number:  26

Invoice Date:  10/15/2021

Payment Due:  10/15/2021

Accidental occupational insurance
→$50.00

total $1000.00

Amount Due: $ 950.00

**Bill To**

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

*1423*

# Invoice

Brent Johnson

████████████████

Dacula, Ga 30019

Phone: ████████████

Email: ████████████████████

Invoice Number: 27

Invoice Date: 10/22/2021

Payment Due: 10/22/2021

Accidental occupational insurance
total $1000.00
-$50.00

Amount Due: $ 950.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

Period 10.18.- 10.22.2021

*1434*

316Towing_00082

# Invoice

Brent Johnson

████████████████

Dacula, Ga 30019

Phone: ████████████

Email: ██████████████████

Invoice Number: 28

Invoice Date: 10/29/2021

Payment Due: 10/29/2021

total $1000.00

Occupational insurance -$50

Amount Due: $ 950.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

Period 10/25-10/29/2021

*1440*

# Invoice

Brent Johnson

███████████████

Dacula, Ga 30019

Phone: ████████████

Email: ████████████████████

Invoice Number:  29

Invoice Date:  11/05/2021

Payment Due:  11/05/2021

Accidental occupational insurance

-$50.00

total $1000.00

Amount Due: $ 950.00

**Bill To**

 316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

check # 1445

316Towing_00084

# Invoice

Brent Johnson

██████████████

Dacula, Ga 30019

Phone: ████████████

Email: ██████████████████

Invoice Number: 30

Invoice Date: 11/12/2021

Payment Due: 11/12/2021

Total $810.00

Advance $190

Occupational insurance  -$50.00

Amount Due: $ 950.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

Period 11.08-11.12.2021

1456





# Invoice

Brent Johnson

████████████

Dacula, Ga 30019

Phone: ████████████

Email: ████████████████

Invoice Number: 33

Invoice Date: 12/03/2021

Payment Due: 12/03/2021

Advance $190

Amount due $810

Accidental occupational insurance

-$50.00

Total: $ 950.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

Period 11/29/21-12/3/21

*check # 1486*

# Invoice

Brent Johnson

███████████

Dacula, Ga 30019

Phone: ███████████

Email: ███████████████

Invoice Number:   31

Invoice Date:   11/19/2021

Payment Due:   11/19/2021

Accidental occupational insurance

-$50.00

total $1000.00

Amount Due: $ 950.00

Bill To

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

# 1465

# Invoice

Brent Johnson

████████████

Dacula, Ga 30019

Phone: ████████████

Email: ████████████████

Invoice Number: 35

Invoice Date: 12/17/2021

Payment Due: 12/17/2021

Amount due $800

Advance $200

Accidental occupational insurance

-$50.00

Total: $ 950.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

Period 12/13-12/17/21

*check 1501*

# Invoice

Brent Johnson

████████████

Dacula, Ga 30019

Phone: ████████

Email: ████████████

Invoice Number: 36

Invoice Date: 12/23/2021

Payment Due: 12/23/2021

Amount due $800

Advance $200

Accidental occupational insurance

-$50.00

total $950

**Bill To**

316 Towing and Road Service Inc.

**796 Bill Rutledge Road, Winder, GA, 30680**

**Towing Driver**

**Period 12/20-12/23/21**

*1510*

# Invoice

Brent Johnson

████████████████

Dacula, Ga 30019

Phone: ████████████

Email: ████████████████████

Invoice Number: 37

Invoice Date: 12/30/2021

Payment Due: 12/30/2021

Amount due $800

Advance $200

Accidental occupational insurance

-$50.00

total $1000.00

Amount Due: $ 950.00

Bill To

316 Towing and Road Service Inc.

796 Bill Rutledge Road, Winder, GA, 30680

Towing Driver

Period 12/27-12/30/21

*check 1522*

**Department of the Treasury**
Internal Revenue Service
Kansas City MO 64108

MITCHELL-HANDSCHUH LAW GROUP
3390 PEACHTREE RD NE STE 520
ATLANTA, GA 30326

96064


EXHIBIT
11

# RAIVS Requests for Tax Return Photocopy of Taxpayer Filed Returns

| Taxpayer | Date |
|---|---|
| BRENT JOHNSON | 07/24/2023 |

**Refer to all checked boxes for your request for the taxpayer named above.**

☐ 1. You must resubmit your request on the most current version available of Form 4506. You must also check the box above the Signature Line, which is the Attestation Box, on the revised form.

☐ 2. We can't respond to your request without additional information. You must submit a new Form 4506 with the corrections checkmarked in this form.

☐ 3. We can't provide any of the items you requested.

☒ 4. We are enclosing the items you requested (or providing them to the third party on line 5 of your request) except for those listed below. Please refer to the checked boxes in this letter for more information.

    ☒ Copy of Tax Returns/Forms for tax years:
    2021

    ☐ Copy of Tax Returns for tax years mailed to you prevously

☐ 5. We can't accept altered forms (e.g., white-out, line-through, write-overs, labels/stickers, etc.) or required entries on your forms are illegible. Please complete and submit a new Form 4506.

☐ 6. The taxpayer's information does not match our records, is incomplete or is missing. You must submit a new Form 4506 and correct the items checked below:

    ☐ Name (Lines 1a/2a or Line 3)

    ☐ Employer Identification or Social Security Number (Lines 1b/2b)

    **Note**: Please ensure your TIN matches your name (SSN for individuals, EIN for businesses).

    ☐ Address (Lines 3 and/or 4)

    **Note**: Be sure to include your apartment or unit number with your address. If necessary, submit a *Change of Address* (Form 8822).

☐ 7. The taxpayer's address does not match our records. You must provide one of the following when you resubmit your request:

    • Copies of two pieces of identification bearing the taxpayer's signature
    • An original notarized statement affirming the taxpayer's identity
    • A signed statement worded as follows: "I certify under penalty of perjury under laws of the United States of America that I am the taxpayer who filed the return/ forms/transcripts request for the tax periods of

    _____ "

☐ 8. You asked us to send information to more than one third party. You must submit a separate Form 4506 for each third party recipient.

☐ 9. The information we need to release taxpayer information to a third party is incomplete. The name and address of the third party should be on line 5 of Form 4506.

☐ 10. Lines 6 through 8 of Form 4506 must be complete.

☐ 11. The tax form listed on Line 6 of Form 4506 is incorrect or invalid.

☐ 12. Your line 6 entry indicates you are requesting tax return information for more than one type of tax form. You must submit a separate Form 4506 for each type of tax form.

☐ 13. We can't provide Form _____ information.

☒ 14. You or your third party will receive a refund for your payment in 4–6 weeks because:

    ☒ Some or all of the products you requested were unavailable.

    ☐ You overpaid.

    ☐ We could not consider your request.

    ☐ Some or all of the products you requested don't require a fee.

☐ 15. We are returning your payment to you or your designated third party.

☐ 16. The refund will be issued to the taxpayer. The box on line 9 of Form 4506 has no designation for the issuance of a refund to anyone other than the taxpayer.

☐ 17. You sent your request without a payment or with an insufficient payment. A fee of $43 is required for each tax year requested.

☐ 18. You must submit a newly-signed Form 4506 with payment. We are processing the refund for this request, which you should receive in 4-6 weeks. We can't credit it to a new request.

☐ 19. Our office can't process requests for Forms 5500, Annual Return/Report of Employee Benefit Plan. You can get a copy of Form 5500 by writing to:

    Public Disclosure Office, Room N-1513
    Pension and Welfare Benefits Administration
    200 Constitution Ave., NW
    Washington, DC 20210

☐ 20. We can't provide a copy of Form 5500-EZ, the plan period you requested (Dec. 1999 through Dec. 2008) because it is unavailable.

☐ 21. We don't have a record of receiving Forms

_____

for tax years _____ .

☐ 22. Tax returns are available only for a limited number of years. We no longer have the returns you requested for tax years

_____.

We destroyed these returns by authorization of the United States Congress.

☐ 23. In place of tax returns that have been destroyed, we are providing other tax account information.

☐ 24. We have no record of receiving a tax return for tax

year(s) _____ . However, the IRS prepared a substitute return for this tax year. You can request information about the substitute return under the Freedom of Information Act (FOIA). We are enclosing an information sheet (Notice 1356) on how to submit a request. You can find more information on our website at www.irs.gov.

☐ 25. Tax information for tax year(s) _____

_____ isn't available until

_____.

☐ 26. Tax returns for tax years _____ are not currently available. If you filed your returns, please resubmit your request in 60 days.

☐ 27. Our records show you submitted an extension of time to file your return. Please resubmit your request 6 weeks after the date you file your return (3 weeks if you file electronically).

☐ 28. Some or all of the tax returns you requested are not available.

☐ In place of the unavailable photocopy for tax years

_____ , we are providing return information free of charge.

☐ Neither a tax return nor return information is

available for years _____ .

☐ 29. We can't provide the information requested for tax

years _____ . We can only provide tax information for jointly filed tax years to the spouses who signed and filed the returns.

☐ 30. We can't provide state tax documents. Please contact your local state office.

☐ 31. Your request didn't have the appropriate signature, title, or date. Please refer to the enclosed information to determine the appropriate signature for the type of return you are requesting information about.

☐ 32. You must submit one of the following authorizations to meet IRS guidelines for receiving information about another taxpayer:

a. **Form 2848** (Power of Attorney) that specifies which tax forms or tax matters, tax years, and acts are authorized by the taxpayer. NOTE: If you filed a joint return, you and your spouse must each file Form 2848.

b. **Form 8821** (Tax Information Authorization) that specifies which tax forms or tax matters are authorized by the taxpayer.

c. **Certificate of Guardianship** or other court document granting similar authorization.

☐ 33. To receive information about an estate, trust, or deceased taxpayer, you must submit one of the following documents that gives you the authority to act on behalf of the estate. NOTE: The death of a taxpayer makes all previous certificates of guardianship and powers of attorney invalid.

a. Certificate of Guardianship over the estate

b. Letters Testamentary

c. A Will probated by the court

d. Other court documents identifying you as the Personal Representative, Administrator, Executor, Trustee, Beneficiary with material interest in the estate, etc., or granting similar authority.

☐ 34. The proof of authorization you provided doesn't cover all of the requested items. To get the information you requested for

Forms _____

for tax years _____

you must provide an authorization that identifies those items.

☐ 35. We are still processing the remainder of your request and will provide a final response within 2 to 4 weeks.

☐ 36. We can't provide the Form W-2/W-3 information you requested. The Social Security Administrator (SSA) may be able to provide social earnings information. You can call the SSA at 1-800-772-1213 or submit a written request and the required fee (for non-retirement requests) to:

Social Security Administration Division of Earnings Records Operations
PO Box 33003
Baltimore, MD 21290-3003

You can also request the earnings information from the employer who issued your W-2.

☐ 37. We notified the third party listed on line 5 of your Form 4506 that we couldn't complete your request. However, we can't tell a third party the reasons why. The third party may contact you to get the information we need to complete your request.

| Signature and Forms Filed | Signature and Date Requirements |
|---|---|
| Form 1065, *US Return of Partnership Income* | Signature of one of the following:<br>• Partner<br>• Limited Partner<br>Current date |
| Form 1120, *US Corporation Income Tax Return or Form 1120-S (small business), US Income Tax Return for an "S" Corporation* | Signature of one of the following:<br>• President<br>• Vice President<br>• Secretary<br>• Treasurer<br>• Assistant Treasurer<br>• Chief Accounting Officer<br>• Any Tax Officer, including Controller<br>• 1% Shareholder (for Corporations)<br>• Shareholder (for S-Corporations)<br>Current date |
| Form 1120 LLC, *US Corporation Income Tax Return,* or Form 1120-S LLC, *US Income Tax Return for an "S" Corporation* | Signature of the **Managing Member**<br>Exception: If a Form 8832, *Entity Classification Election*, has been filed then Signature can be:<br>• President<br>• Vice President<br>• Secretary<br>• Treasurer<br>Current date |
| LLC is for a Multi Member Partnership | Signature of one of the following:<br>• Partner<br>• Limited Partner<br>Current date |
| LLC is for a Multi Member Corporation | Signature of one of the following:<br>• President<br>• Vice President<br>• Secretary<br>• Treasurer<br>• Assistant Treasurer<br>• Chief Accounting Officer<br>Current date |
| Form 94X series, *Employment Tax Returns* | Signature of one of the following:<br>• Signature is based on the actual Filing Requirement of the requestor (example: Filing Requirement is for Form 1120 you would use the 1120 signature requirements.)<br>Current date |
| Dissolved Corporations | Signature of one of the following:<br>• President<br>• Vice President<br>• Secretary<br>• Treasurer<br>Current date |
| Form 1041, *US Income Tax for Estates and Trusts*<br>**For Estates:** | Signature of one of the following:<br>• Executor/Executrix<br>• Administrator/Personal Representative<br>• Trustee<br>• Heir at law<br>• Next of kin<br>• Beneficiary<br>Current date |
| Form 1041, *US Income Tax for Estates and Trusts*<br>**For Trusts:** | Signature of one of the following:<br>• Trustee<br>• Beneficiary<br>Current date |

Page 4

| Forms Filed | Signature and Date Requirements |
|---|---|
| Sole Proprietor | Signature of one of the following:<br>• Owner<br>• Sole Proprietor<br>Current date |
| Form 1040, *US Individual Income Tax Return* | Signature of one of the following:<br>• The taxpayer (individual return)<br>• The taxpayer named on either Line 1 or Line 2 of your request (joint return)<br>Current date |
| SSN W-2, Form 1099 | Signature of one of the following:<br>• The taxpayer who received the wages |
| EIN W-2 | Signature of one of the following:<br>• Officer of organization<br>• Authorized delegate |

You can get the forms, schedules, or publications you need by visiting our website at www.irs.gov/formspubs or calling 1-800-TAX-Form (1-800-829-3676).

If you have questions about the information in this form, you can call the Return and Income Verification Services Team at:

( 816 ) 499-5849 _____ or fax us at ( 855 ) 821-0094 _____.

Refer to IDRS # 96064 _____.

For all other inquiries, you can call:
- 1-267-941-1000 for returns with an international address
- 1-800-829-8374 for individual returns with Schedules C, E, F, or Form 2106
- 1-800-829-0922 for individual returns
- 1-800-829-0115 for business returns

Enclosures:

☐ Original or copy of request

☐ Signature letter

☐ Notice 1356

☐ Original taxpayer documents



**Internal Revenue Service**

Customer Service Center
Kansas City, MO 64999

Official Business
Penalty for Private Use, $300

$000.63ª

US POSTAGE PAID
UNITED STATES
POSTAL SERVICE
ZIP 64109
041L12100120

3036561108 C006