# Exhibit 4

**In the Matter Of:**

HYDE V. 316 TOWING & ROAD SERVICE

2:22-cv-103-RWS

---

**KEVIN BRINDLEY**

*September 29, 2023*

---



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF GEORGIA
 2                      GAINESVILLE DIVISION

 3
      DUSTIN HYDE, Individually,    )
 4    and on Behalf of All Other    )
      Similarly Situated,           )
 5                                  )   CIVIL ACTION FILE
                   Plaintiff,       )
 6                                  )   NO. 2:22-cv-103-RWS
              vs.                   )
 7                                  )
      316 TOWING & ROAD SERVICE,    )
 8    INC., and MAKSIM LISOVSKIY,   )
                                    )
 9                 Defendants.      )
      _____)
10

11

12              Deposition of KEVIN BRINDLEY, taken on

13         behalf of the Defendants, pursuant to Notice

14         and agreement of counsel, in accordance with

15         the Federal Rules of Civil Procedure, before

16         Cynthia B. Gatewood, Certified Court Reporter,

17         at 3390 Peachtree Road NE, Suite 520, Atlanta,

18         Georgia, on the 29th day of September 2023,

19         commencing at the hour of 2:29 p.m.

20

21

22

23

24

25
```



1                    INDEX TO EXAMINATIONS

2    EXAMINATION                                            PAGE

3    Cross-Examination by Mr. Handschuh                        4

4

5                      INDEX TO EXHIBITS

6    DEFENDANTS'
        EXHIBIT              DESCRIPTION                    PAGE
7
         D-1         Third Amended Notice to Take            7
8                    Deposition of Kevin Brindley

9        D-2         not tendered

10       D-3         Driver Application                     22

11       D-4         Plaintiff Kevin Brindley's            39
                     Responses to Defendants' First
12                   Interrogatories, Requests for
                     Production of Documents, and
13                   Requests for Admission

14       D-5         Independent Contractor and Lease      37
                     Agreement
15
         D-6         Towbook Log                           77
16
         D-7         not tendered
17
         D-8         Damages Spreadsheet                   88
18
         D-9         not tendered
19
         D-10        IRS Response                          94
20

21

22                        -   -   -

23

24

25



1    APPEARANCES OF COUNSEL:

2

     On behalf of the Plaintiff:
3
             SEAN SHORT
4            Attorney at Law
             Sanford Law Firm PLLC
5            Suite 510, Kirkpatrick Plaza
             10800 Financial Centre Parkway
6            Little Rock, Arkansas 72211
             Phone:  (501) 904-1650
7            Email:  sean@sanfordlawfirm.com

8

     On behalf of the Defendants:
9
             JEREMY R. HANDSCHUH
10           AMANDA I. ELLIOTT
             Attorneys at Law
11           Mitchell-Handschuh Law Group
             3390 Peachtree Road NE
12           Suite 520
             Atlanta, Georgia 30326
13           Phone:  (404) 262-9488
             Email:  jeremy@m-hlawgroup.com
14           Email:  amanda@m-hlawgroup.com

15

     Also Present:
16
             Maksim Lisovskiy
17

18

19
                                  -  -  -
20

21

22
             (Disclosure, as required by the Georgia
23       Board of Court Reporting, was made by the court
         reporter, a written copy of which is attached
24       hereto.)

25



1                        KEVIN BRINDLEY,

2       having been first duly sworn, was examined and

3       testified as follows:

4                        CROSS-EXAMINATION

5       BY MR. HANDSCHUH:

6            Q.    Mr. Brindley, could you please spell your

7       name -- excuse me -- state your name and spell it for

8       the record.

9            A.    Kevin Brindley, K-e-v-i-n, B-r-i-n-d-l-e-y.

10           Q.    All right.  Mr. Brindley, my name is Jeremy

11      Handschuh, and I'm an attorney that represents

12      Defendant 316 Towing and Road Service, Inc., and Maksim

13      Lisovskiy in the lawsuit pending in the Northern

14      District of Georgia, the Civil Action File Number

15      22-cv-103-RWS.  And this is a deposition in which I'll

16      ask you questions, and you must answer them truthfully,

17      unless your attorney tells you clearly and directly not

18      to answer.  Do you understand this?

19           A.    Yes, sir.

20           Q.    Okay.  And although no judge is present,

21      this is a formal legal proceeding just like testifying

22      in court.  And you're under the same legal obligation

23      to tell the truth, whole truth, and nothing but the

24      truth.  Do you understand that?

25           A.    Yes, sir.



KEVIN BRINDLEY                                    September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                              5

 1       Q.    Okay.  And if you don't understand any of my
 2   questions, please feel free to say so, and I'll
 3   rephrase it for you.
 4       A.    Yes, sir.
 5       Q.    Okay.  If you answer a question, you'll be
 6   assumed to understand it otherwise.
 7       A.    Yes, sir.
 8       Q.    Okay.  Therefore, if you don't fully
 9   understand the question, please, please, let me know
10   immediately, and I'll rephrase it until you can
11   understand it.
12       A.    Yes, sir.
13       Q.    Also, should you determine at any point in
14   time that you need to clarify an earlier answer, would
15   you please let me know?
16       A.    Yes, sir.
17       Q.    Okay.  And then is there anything on your
18   mind today that would prevent you from being able to
19   testify completely and truthfully today?
20       A.    No, sir.
21       Q.    Okay.  You're not suffering under any
22   medical condition?
23       A.    No, sir.
24       Q.    Not under the influence of alcohol or drugs?
25       A.    No, sir.

1      Q.    Okay.  And you're not -- you don't have any

2   family or other circumstances that are causing you to

3   be distracted currently?

4      A.    No, sir.

5      Q.    Okay.  If you could -- Cindy here is our

6   court reporter, and she's taking what is called

7   transcription of our discussion during this deposition.

8   I just ask that we try to allow each person to finish

9   either the question or the answer because Cindy will

10  have trouble if we're both speaking at the same time.

11     A.    Yes, sir.

12     Q.    Is that agreeable?

13     A.    Yes, sir.

14     Q.    If I do it, just feel free to say, you know,

15  "Give me a moment to finish," and vice versa.  We're

16  just trying to have one person speak at a time.

17     A.    Yes, sir.

18     Q.    In addition, if you can't hear me or there's

19  some issue where you might need to take a break, just

20  let me know.

21     A.    Yes, sir.

22          MR. HANDSCHUH:  Okay.  We can revisit, Sean,

23       the issue of waiver of signature.  But do you

24       agree that all objections, except as to the form

25       of the question, are reserved until introduction



1    at trial?

2              MR. SHORT:  Yes.

3    BY MR. HANDSCHUH:

4         Q.   Okay.  Also, just in normal conversation

5    between people, typically you can head nod or shake

6    your head, you know, side to side in disagreement or in

7    agreement.  I'll just ask and I'll try to point out

8    that I'm trying to obtain verbal responses.  And so if

9    that occurs, I'll just ask you, you know, to verbalize

10   it.  So it might be a little awkward, but that's all

11   I'm doing is to try to get it verbalized.  Should my,

12   you know, statement not match up entirely with, you

13   know, what I supply, "Is that a yes," feel free to

14   elaborate.

15        A.   Yes, sir.

16             (Exhibit Number D-1 was marked for

17        identification.)

18   BY MR. HANDSCHUH:

19        Q.   Okay.  Showing you what's been previously

20   marked as Exhibit 1.  If you would, just take a moment

21   to flip through that briefly.  I'd just like to know --

22   that is the deposition notice for you today.  Wanted to

23   see if you recognize that and understood you're giving

24   your testimony in that action.  Did you have a chance

25   to review Exhibit 1?



KEVIN BRINDLEY                                      September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                                  8

1        A.    Yes, sir.

2        Q.    Okay.  Have you seen that document before?

3        A.    Yes, sir.

4        Q.    Okay.  And you understand you're giving

5   testimony in that action pursuant to that notice?

6        A.    Yes, sir.

7        Q.    Can you state your current address.

8        A.    ███████████████████  Dickson, Tennessee

9   37055.

10       Q.    Okay.  And how long have you lived there?

11       A.    Just under a year.

12       Q.    Okay.  Where did you live previous to

13  Dickson?  And just by the way --

14       A.    Winder, Georgia.

15       Q.    Okay.  I will be going in a chronology.  So,

16  if you could, once you're in Winder, give me that

17  address and how long you lived there.

18       A.    From the beginning of when I --

19       Q.    We'll go backwards.

20       A.    -- originally lived to Winder?  Okay.  Where

21  I lived previous to this address.

22       Q.    Correct.

23       A.    ████████████████  Winder, Georgia.  I'm

24  not --

25       Q.    Is there an address number?



```
 1        A.    I'm trying to think of it.

 2        Q.    Okay.

 3        A.    ████

 4        Q.    Okay.  How long do you think you lived

 5   there?

 6        A.    Hold on.  I'm sorry.

 7        Q.    Okay.

 8        A.    I think it's -- the Dickson address is ███

 9   ██████████████.

10        Q.    Okay.

11        A.    And the Winder address would be -- give me

12   just one second.

13        Q.    How long do you think you lived at the

14   Winder address?

15        A.    I lived at the Winder address on ████████

16   █████  for two years plus.

17        Q.    Okay.

18        A.    And then before that I lived on --

19        Q.    Did you find the street address for

20   ██████████?

21        A.    No, sir.  I can get it.

22        Q.    Tell you what.  We may take a break at some

23   point.  Just for the interest of time, if you want to

24   return to that, we can circle back on that address.

25        A.    Yes, sir.
```




```
 1         Q.    But that was two years, so that puts us into
 2   about 2020.  Where did you live before Winder, Georgia?
 3         A.    I believe the address on ███████████
 4   was ███████████████████.
 5         Q.    How do you spell ██████████?
 6         A.    ███████████████████.
 7         Q.    Okay.  And where did you live before the
 8   ███████████ address?
 9         A.    ███████████████████.
10         Q.    Okay.  Where is that?
11         A.    Winder, Georgia.
12         Q.    Okay.  How long did you live at that
13   address?
14         A.    For one year.
15         Q.    Okay.  Have you always lived in Georgia?
16         A.    No.
17         Q.    Where did you live before Georgia?
18         A.    Tennessee.
19         Q.    Tennessee.  Okay.  Have you lived in any
20   other state?
21         A.    No.
22         Q.    Okay.  Can you state your date of birth.
23         A.    ███████████████.
24         Q.    Okay.  Are you married?
25         A.    No, sir.
```



1     Q.    Are you divorced?

2     A.    No, sir.

3     Q.    Do you have any children?

4     A.    Yes.

5     Q.    Are any of them over the age of 18?

6     A.    No.

7     Q.    Okay.  I asked have you been divorced.  Have

8  you ever been arrested?

9     A.    Yes.

10    Q.    Okay.  What were you arrested for?

11    A.    Theft.  I mean, how far are we going back?

12    Q.    Yeah.  This will be similar to the address.

13 So if there are multiples, just --

14    A.    Oh, well, there's nothing on those addresses

15 then.

16    Q.    No.  What I'm saying is, similar to kind of

17 recounting the history, if you could let me know --

18 okay.  Let me break this up.  Any felony convictions?

19    A.    Yes.

20    Q.    That's the theft?

21    A.    Yes.

22    Q.    Where was that action?

23    A.    Nashville, Tennessee.

24    Q.    What year was that?

25          THE WITNESS:  What does that have to do with



1        this?

2                MR. SHORT:  It could be relevant, so you

3        just have to answer it.

4                THE WITNESS:  Okay.

5     BY MR. HANDSCHUH:

6        Q.    What year was that?

7        A.    2016.

8        Q.    Okay.  Any other felony convictions?

9        A.    Just theft.

10       Q.    Okay.  And any misdemeanor convictions?

11       A.    Assault, 2016.

12       Q.    Was that in Nashville also?

13       A.    Yes.

14       Q.    Separate incident or same incident?

15       A.    Separate.

16       Q.    Any other misdemeanors?

17       A.    Like how far do we want to go back?

18       Q.    Yeah.  Just anything over the age of 18 for

19    you.

20       A.    Just multiple misdemeanor marijuana charges,

21    drug charges.

22       Q.    What years were those, and how many and

23    where?

24       A.    Nashville, I'd say probably five.

25       Q.    Do you know what years?



1        A.    Not right offhand.

2        Q.    Have you served any prison time?

3        A.    Yes.

4        Q.    Okay.  When was that?

5        A.    2016 -- or 2017.

6        Q.    One year?

7        A.    Yes.  Well, less than.

8        Q.    Okay.  Any other -- just one prison term?

9        A.    Yes.

10       Q.    Okay.  Besides the assault and the

11   misdemeanor drug charges for marijuana, any other

12   misdemeanor arrests?

13       A.    No.

14       Q.    No?  Okay.  And just to clarify, you're not

15   under the influence of marijuana currently?

16       A.    No.

17       Q.    Okay.  Do you have -- on your MVR, do you

18   have any major violations on your MVR currently?

19       A.    No.

20       Q.    No?  Okay.  Has your license ever been

21   suspended or revoked?

22       A.    They were suspended in 2016.

23       Q.    Was that part of the punishment?

24       A.    No.  It was over a missed court date because

25   I was in jail.



1     Q.    Failure to appear?

2     A.    Yeah, failure to appear.  They suspended my

3  license.  When I got out, I was able to pay the ticket.

4     Q.    Okay.  Any other -- so that's once for

5  failure to appear your licensed was revoked or

6  suspended.  Any other instances when it was revoked or

7  suspended?

8     A.    I'm not sure of the exact date.  Somewhere

9  around 2011 I believe, 2012 possibly, I did receive a

10  DUI, and they were mandatory suspended for a year.

11     Q.    Okay.  Now, was that a misdemeanor charge?

12     A.    Yes, sir.

13     Q.    Were you convicted?

14     A.    Yes, sir.  First offense.

15     Q.    All right.  Any -- just kind of just to be

16  complete, I want to make sure.  We just went over the

17  felonies.  There's only one.

18     A.    Yeah.

19     Q.    Right?  Okay.  Then I asked if there was

20  assault and then misdemeanor drug charges, and I

21  believe you said yes.  Now we have the DUI charge.

22     A.    Yep.

23     Q.    Do you think there's anything else?

24     A.    Not that I believe -- I mean, we're talking

25  a long time ago, my friend.



1      Q.    Okay.  Meaning pre-2011.

2      A.    Yes, sir.

3      Q.    Okay.  Anything -- any convictions for

4  dishonesty?

5      A.    No.

6      Q.    Or anything --

7      A.    No.

8      Q.    Any convictions related to fraud or --

9      A.    No, sir.

10      Q.    -- or lying?

11      A.    No, sir.

12      Q.    Or forgery?

13      A.    No, sir.

14      Q.    Okay.  Any other instances with arrests that

15  would be -- you know, I just want to give you a chance.

16  I know you may not have been prepared to testify to

17  that.  If anything else comes up, let me know.

18      A.    I would have been better prepared, but I

19  didn't think we was going to go over a criminal

20  background.  Like I said, this is what I can remember

21  off the top of my head.  But, I mean, there may be,

22  like I said, I don't know how many misdemeanor charges

23  for possession.

24      Q.    Okay.

25      A.    You know, I'm just trying to work with you.



1     Q.    Okay.  Any other -- you know, other than the

2    number or location, any other types of misdemeanors or

3    felonies you can recall?

4     A.    No.

5     Q.    Okay.  Have you graduated high school?

6     A.    No, sir.

7     Q.    Okay.  To what point did you finish

8    education?

9     A.    Eleventh grade.

10    Q.    Have you attended any college?

11    A.    No, sir.

12    Q.    Do you have any licenses or certifications

13   from any organization or government?

14    A.    I have a driver's license.

15    Q.    Driver's license?

16    A.    I have a wrecker permit that's issued by the

17   Metro Nashville government.

18    Q.    Okay.  And that's to operate I take it a

19   nonconsensual towing company?

20    A.    Yes, sir.

21    Q.    And that's -- what is the name of the entity

22   that owns that?

23    A.    That owns what?

24    Q.    The license.

25    A.    Nashville Department of Transportation?



1    Q.    No.  I mean, to whom did it issue?  Did it

2  issue it to you individually or to a company?

3    A.    To me individually.

4    Q.    Okay.  Aside from the wrecker permit, any

5  other licenses issued to you?

6    A.    No.

7    Q.    Okay.  What about any certifications from

8  like an organization?

9    A.    No, sir.

10    Q.    Have you ever attended commercial driving

11  license school?

12    A.    No, sir.

13    Q.    Have you ever worked for Hemphill Towing?

14    A.    Yes, sir.

15    Q.    Okay.  When did you work for Hemphill

16  Towing?

17    A.    Between 2018 -- or, no, 2000 -- it's either

18  2017 or 2018.  I'm not 100 percent sure.  I worked

19  there for three years, so I believe it was 2017.

20    Q.    Okay.

21    A.    I'm sorry.  I take that back.  It was 2018.

22  My son was born 2019 in February, so it was 2018.

23    Q.    I see.  Okay.  All right.  And while you

24  worked at Hemphill Towing, did you happen to know a

25  Dustin Hyde, Reynaldo Brown, or Brent Johnson?



KEVIN BRINDLEY                                    September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                              18

1          A.    Yes.

2          Q.    Okay.  Did you know all three of them?

3          A.    I don't know the Reynaldo guy.

4          Q.    You don't know Reynaldo?  Okay.  But you

5     remember Brent Johnson and --

6          A.    Yes.

7          Q.    -- Dustin Hyde?  Okay.  How long did you

8     work with them?

9          A.    As individuals?

10         Q.    Uh-huh (affirmative).

11         A.    I worked with --

12         Q.    At Hemphill Towing.

13         A.    I worked at Hemphill Towing for just over

14    three years before I started at 316.

15         Q.    Okay.  And that entire time you believe

16    Brent and Dustin Hyde were there, or did they come at

17    different times?

18         A.    No.  They were there when I hired on, but

19    they left before I did.

20         Q.    Okay.  Now, are you referring to 316 or

21    Hemphill?  Sorry.  I'm just talking on Hemphill still.

22         A.    Yeah.  Yes, sir, Hemphill.

23         Q.    So they left Hemphill before you did.

24         A.    Yes, sir.

25         Q.    I see.  Okay.  Are you currently employed?



1    A.    Yes, sir.

2    Q.    Are you employed as the wrecker on behalf of

3 yourself as a sole proprietor in Nashville?

4    A.    I work for a company.

5    Q.    Okay.  What's that name?

6    A.    Priority Wrecker Service.

7    Q.    Okay.  Where is that located?

8    A.    Nashville, Tennessee.  Well, Franklin,

9 Tennessee.

10    Q.    Okay.  Is that a suburb?

11    A.    Yes, sir.  It's just outside of Nashville to

12 the south.

13    Q.    Do you recall where you may have worked

14 before Hemphill Towing?

15    A.    Rush Towing.

16    Q.    Rush?  Okay.  And were you a tow driver

17 there as well?

18    A.    Yes.

19    Q.    Okay.  Let's see.  Do you currently work for

20 anyone else or derive any income -- and by income, I

21 want to make sure.  It can be not just a paycheck from

22 a company but also, you know, a side hustle, a gig

23 where you're just earning money.  Any, you know,

24 current secondary jobs?

25    A.    No, sir.



1    Q.    Okay.  So it's solely you're dedicated to

2    Priority Wrecker Service.

3    A.    80 hours a week, yes, sir.

4    Q.    Are you familiar with a Fortem HR, LLC?

5    A.    (Witness shakes head negatively.)

6    Q.    Do you believe you may be leased onto

7    Priority Wrecker Service through another company?

8    A.    No.

9    Q.    No?  So you don't know Fortem HR,

10   F-o-r-t-e-m?

11   A.    Never heard of it.

12   Q.    Do your payments from Priority Wrecker

13   Service come directly from Priority Wrecker, or does it

14   come from a different company?

15   A.    It comes from a payroll company, but it's a

16   Priority Wrecker Service check.

17   Q.    Okay.  So can you -- bringing our attention

18   now back to 316, at one point in time you were a driver

19   for 316; correct?

20   A.    Yes, sir.

21   Q.    And that's a tow company in Winder, Georgia?

22   A.    Yes, sir.

23   Q.    Okay.  Can you just tell me -- there's

24   obviously a story about how either you looked for them

25   or they found you.  Can you walk us through the story



1  of how you first got to know 316?

2       A.    So as we spoke earlier about Dustin Hyde, he

3  went to work for 316.  He lived fairly close to where I

4  did.  We became friends.  Even though we didn't work

5  together any longer, we still remained friends.  He had

6  introduced me to Eli once before.  They were trying to

7  get me to come and work for 316, and I kind of just

8  brushed them off, and I wasn't ready to make the move.

9       Q.    Okay.

10      A.    And I'd say probably another year had went

11  by, and after that I met with Dustin and Eli again and

12  kind of talked more about coming to work there.  I

13  didn't quite start then.  I put them off for I'd say

14  probably another month.  And then I went and talked to

15  Eli one day, met up with him and talked to him, and

16  that's when he hired me.

17      Q.    Okay.  When you were -- is it fair to say

18  that it was the application process with 316?  Is that

19  how you would refer to it, meaning just the onboarding

20  or at least, you know, the time until you were hired?

21      A.    No, because once we filled out the

22  application is when I was hired that day.

23      Q.    Okay.

24      A.    But -- or two or three days later I had a

25  drug test to go take.  But I was just meeting them to



1  kind of feel the company out, feel them out.

2      Q.    Okay.

3      A.    Before I made a major move.

4      Q.    When you were deciding whether or not to be

5  hired, were you dealing exclusively with Eli at 316?

6  Were you dealing with anyone else?

7      A.    No, I dealt strictly with Eli when I was

8  hired.

9            (Exhibit Number D-3 was marked for

10      identification.)

11 BY MR. HANDSCHUH:

12     Q.    All right.  Handing you what's been

13 previously marked as Exhibit 3.  If you would, take a

14 moment for me and thumb through that document, and then

15 let me know once you're finished.

16     A.    All right.

17     Q.    You've had a chance to review Exhibit 3?

18     A.    Yes, sir.

19     Q.    All right.  So at the time -- and this would

20 have brought us to early -- on or about October 5th,

21 2021, a time when you were speaking with Eli.  When you

22 -- did you take the -- you mentioned receiving -- it

23 was a handbook of materials of various information

24 about the company; correct?

25     A.    Yes.



1    Q.    An application to review and sign and so

2    forth?

3    A.    Yes, sir.

4    Q.    Now, I just want to make sure of the timing.

5    Did you receive that packet and then wait the month, or

6    did you wait the month and then come back for the

7    packet?  I think you said -- was it just receive the

8    packet, then sign it, and then drug test?

9    A.    Yes, sir.

10   Q.    All right.  But you had time to take the

11   information they'd given to you home to review and

12   sign, do you recall?

13   A.    No, sir.  So, like I said, the month before

14   I hired on, that was just a decision part of mine.

15   That wasn't based on a packet or an application or

16   anything like that.  That was just me waiting my final

17   month to quit my previous job to come work here.  The

18   Monday that I started -- I believe it was a Monday.  It

19   may have been a Tuesday.  I'm not 100 percent sure.

20   Q.    Okay.

21   A.    The day that I started is when I received

22   the packet.

23   Q.    Okay.  I appreciate that.  Does October 5,

24   2021, sound about right?

25   A.    Yeah.



1        Q.    Okay.

2        A.    Yeah.

3        Q.    Taking a look here -- and you'll see tabs

4    that have been applied to Exhibit 3.  If you could for

5    me, flip through the first half.  But then three pages

6    back -- right there, that one.  Perfect.  All right.

7    So you're looking at a page which at the top -- let's

8    see.  It states "Referred by," and then there's an

9    underline.  Do you see that?

10       A.    Yes, sir.

11       Q.    Okay.  Is that your handwriting on the date

12   of the application?

13       A.    Yes, sir.

14       Q.    Okay.  What date did you put in there?

15       A.    October 4th, 2021.

16       Q.    Okay.  So that matches with the on or about,

17   you know, starting on October 5th, 2021; correct?

18       A.    Yes.

19       Q.    Okay.  And within this application, this is

20   your handwriting on this application?  If you could

21   thumb through, it's --

22       A.    Yes, sir.

23       Q.    -- four to five pages.  Okay.  No one helped

24   you fill this out.  You filled this out on your own?

25       A.    Correct.



1      Q.    Moving to the page that speaks -- with the
2   sticky, Motor Carrier History.
3      A.    Yes, sir.
4      Q.    And then you identified here your previous
5   work history.
6      A.    Yes, sir.
7      Q.    Okay.  And there you set forth Hemphill
8   Towing and then Rush Towing?
9      A.    Yes, sir.
10      Q.    Okay.  And then for any of these previous
11   employers, were you terminated?
12      A.    Not outright fired, just kind of -- really
13   it was kind of quit.
14      Q.    You quit?  Okay.
15      A.    Yes, sir.
16      Q.    So you would have quit for all of these
17   carriers versus being terminated?
18      A.    Yes, sir.
19      Q.    Okay.  What was the conflict in drivers?
20   What was that referring to?
21      A.    Just driver drama.
22      Q.    Really?  Okay.  Does anything in particular
23   come to mind in terms of any termination due to a
24   conflict, or was that also your decision following a
25   conflict to depart?



1      A.    I made the decision to leave without a

2   conflict.  It was just -- I just didn't want to work

3   with the guys I worked with anymore.

4      Q.    Really?  Okay.  Turning on to the --

5   continuing turning the pages for me to receive -- or

6   arrive at the signature page.  And here, this is the

7   page that begins with there's an asterisk and states

8   "Includes vehicles."

9      A.    Yep.

10     Q.    You're seeing that?

11     A.    Yes, sir.

12     Q.    And then there appears to be an applicant's

13  signature.  Is that your signature?

14     A.    Yes, sir.

15     Q.    Okay.  And then you handwrote your name

16  underneath it?

17     A.    Yes, sir.

18     Q.    And then you dated this October 4, 2021?

19     A.    Yes, sir.

20     Q.    Okay.  And, if you would, flip for me to the

21  next tabbed page.  And go one page back, if you don't

22  mind.  Sorry.

23          MS. ELLIOTT:  I can find it.

24          MR. HANDSCHUH:  This is the one that says

25  Driver's Daily Log Compliance.

1           MR. SHORT:  I think it's -- for mine it's
2     two pages forward.
3           MR. HANDSCHUH:  Forward?  Okay.  Sorry.
4   BY MR. HANDSCHUH:
5     Q.   Got it.  Okay.  So now we're viewing the
6   page within Exhibit 3 that has Driver's Daily Log
7   Compliance.  Do you see this document?
8     A.   Yes, sir.
9     Q.   Okay.  Can you read this, and let me know
10  once you're finished.
11    A.   "I hereby acknowledge receipt of a" --
12    Q.   I'm sorry.  To yourself.
13    A.   Oh, okay.
14    Q.   And just let me know that you -- I'd like to
15  ask you a question, so give you a chance to read it.
16    A.   Okay.  I've read it.
17    Q.   Okay.  And so is this your signature at the
18  bottom of this log compliance document?
19    A.   Yes, sir.
20    Q.   Okay.  And you dated that October 4th, 2021?
21    A.   Yes, sir.
22    Q.   And within that document, you acknowledged
23  receipt of a copy of 316's Daily Log Compliance manual.
24    A.   I never received a copy of anything.  That
25  was all in that packet.



1      Q.    Okay.  But at least for purposes of this

2   compliance document, you did sign acknowledging that

3   you'd received the compliance policy.

4      A.    Yes, sir.  There was I believe something

5   within the packet that you read --

6      Q.    Okay.

7      A.    -- that was with the application and

8   everything and handed it back to him.

9      Q.    I see.  Okay.  Are you familiar with what

10  10,000 GVW means?  Does that means 10,000 gross vehicle

11  weight?

12     A.    Yes, sir.

13     Q.    Okay.  Is that a way for just classifying

14  the size of various pieces of equipment?

15     A.    Yes, sir.

16     Q.    Are you familiar with what might be over

17  10,000 pounds or perhaps under 26,000 pounds?

18     A.    Yes, sir.

19     Q.    And you've learned that just through your

20  history in the industry, I take it?

21     A.    Yes, sir.

22     Q.    Now flipping, if you would, to the next tab

23  and then one page.  If you would, I'd like you to

24  review the page which begins at the top with

25  Independent Contractor Application Checklist.  Do you



1   see that?

2        A.    Yes, sir.

3        Q.    Can you read that page and then the page

4   that follows, and let me know when you're done.

5        A.    Okay.

6        Q.    All right.  Do you recognize this document

7   as being the application checklist as well as the

8   questionnaire part of the application packet for being

9   a driver for 316?

10       A.    Yes, sir.

11       Q.    Okay.  And so did you write your name at the

12  top left of the document that's entitled Independent

13  Contractor Application Checklist?

14       A.    Yes, sir.

15       Q.    And you dated that October 4th, 2021?

16       A.    Correct.

17       Q.    Okay.  Then on the following page, is this

18  document check marked and filled out by you with your

19  handwriting?

20       A.    It has my signature and my handwriting on

21  it.  I can't verify that those are my check marks

22  because they just don't look familiar to me.  To be

23  honest with you, the lines are a little too straight.

24       Q.    Okay.  Are any of these check marks in the

25  wrong place?



1      A.    Yeah.

2      Q.    Which ones?

3      A.    I believe the number 3 question.

4      Q.    Okay.

5      A.    Let's see.  And there was another one at the

6    bottom.

7      Q.    So you think you should have answered yes on

8    number 3?

9      A.    Correct.  I'm not saying they're not my

10   check marks.  I'm just -- I don't write a lot of check

11   marks, but those just don't look like -- they're kind

12   of perfect, to tell you the truth.

13     Q.    Okay.  Well, it appears on number 3, it just

14   asks whether you've been cited for driving under the

15   influence.  But I do see that on number 1 you had

16   already checked that off as yes.

17     A.    Correct.

18     Q.    So you're thinking, retrospect, maybe both

19   should have been checked off as yes?

20     A.    Yes.

21     Q.    With respect to the section of this page

22   which is entitled Pre-Contract Questionnaire, do you

23   see that at the top?

24     A.    Yes, sir.

25     Q.    Okay.  And then just the portion that's "The



1  Work" in the middle, I'm going to go through these

2  questions that you see there.

3       A.   Okay.

4       Q.   It asks, "You will be an independent

5  contractor driver and responsible for your own food and

6  lodging on the road unless authorized."  And it's

7  stated, "Do you understand this?"  And then "No" is

8  checked off; is that correct?

9       A.   That is correct.

10      Q.   Okay.  You didn't understand that at the

11 time?

12      A.   I may have marked no because we didn't

13 travel out of town.

14      Q.   Okay.  Now, this is asking if you understood

15 it.  Did you --

16      A.   Oh, okay.

17      Q.   Did at any point you seek clarification on

18 this?

19      A.   This is probably just some mistakes, simple

20 mistakes.

21      Q.   Okay.  So perhaps you did understand what he

22 was asking --

23      A.   Yes.

24      Q.   -- you and you --

25      A.   Yes, sir.



1      Q.     -- should have checked yes.

2      A.     Yes, sir.

3      Q.     Okay.

4      A.     Sorry to speak over you also.

5      Q.     Sure.  I appreciate catching yourself.  I'll

6   do likewise.  The second one states, "As an independent

7   contractor driver, you could be subjected to a

8   preemployment, random, post accident, and/or reasonable

9   cause drug test."  And it asked, "Do you understand

10  this?"

11     A.     Yeah.

12     Q.     And then "No" is checked off.  Is that

13  correct, or is that --

14     A.     Again, I'm in question of the check marks.

15  I had to take a drug test to get hired on, and all jobs

16  have random drug tests.  So that's definitely something

17  I would have understood.

18     Q.     Okay.  So regardless of having checked no,

19  now -- perhaps that was placed in the wrong place, but

20  at the time of the application you understand a drug

21  test was required.

22     A.     Yes, sir.

23     Q.     Okay.  Then next in 3 it says, "316 Towing

24  and Road Service pays independent contractors when

25  contracts, including drivers -- drivers' daily logs and



1  support paperwork are complete and turned in on time.

2  All settlements and advances are on the EFS system.  Do

3  you understand?"  And then "No" is checked off.

4       A.    We didn't do -- well, I understand -- I

5  understand it.  There may have been a question with the

6  Driver's Daily Logs.

7       Q.    Okay.

8       A.    I feel like their application was more based

9  on their trucking business versus the towing business.

10      Q.    What trucking business is that?

11      A.    The -- his other business, MMM Express or

12  something.

13      Q.    Okay.  Any other entity besides MMM Express?

14      A.    I have no idea what the man owns.

15      Q.    Okay.  Do you know what MMM Express's

16  applications look like?

17      A.    I believe it's the same packet.

18      Q.    Have you seen it before?

19      A.    I have not.

20      Q.    Okay.  So how would you know if they're

21  similar?

22      A.    Just some of the questions and forms in

23  there, they were nowhere near towing related.

24      Q.    But in terms of whether they were towing

25  related or not, did you know they came from MMM



1   Express?

2        A.    Well, like, for example, EFS system, that's

3   a trucking system.

4        Q.    Sure.  So that may not have, in your

5   opinion, related to a tow truck company.  But I'm just

6   asking on what basis did you believe these documents

7   came from MMM Express?  Do you know that or --

8        A.    I don't know 100 percent sure.  But I've

9   been in the automotive industry for 30 years.  I do

10  know that towing, tow companies don't normally accept

11  EFS payment other than trucking towing companies for

12  the big trucks.  Light-duty tow trucks don't accept

13  payment because your average person, me or you, don't

14  walk around with EFS checks in our pocket.

15       Q.    Right.  So I think -- I understand that

16  you're saying you thought some of the questions were

17  more appropriate for perhaps a motor carrier versus a

18  tow company; correct?

19       A.    Correct.

20       Q.    But I'm not sure you have, unless you tell

21  me what it was, any knowledge personally of documents

22  you've seen, people you've talked to, that MMM Express

23  had the same or similar documents.

24       A.    No, I can't say 100 percent that they do

25  have the same document.



1    Q.    Okay.  You can't say 100 percent, but on

2    what basis, other than believing that this may have

3    been used for a motor carrier, what do you use to tie

4    this to MMM Express?  Did you look at any documents,

5    talk to any people?

6    A.    Like I didn't speak with anyone.  Like I

7    said, when I was flipping through the packet, it's like

8    50 pages thick.  A lot of the forms in there, I believe

9    some of them are even in here that are left blank

10    because they have nothing to do with the towing.

11    Q.    Again, I understand not towing related.  But

12    I'm asking for every -- you know, you stated you were

13    relying on your -- I want to make sure I'm clear --

14    your experience in the industry to know that you

15    thought some of these documents related to a motor

16    carrier; correct?

17    A.    Correct.

18    Q.    But how did you go from they relate to a

19    motor carrier to they relate to MMM Express?

20    A.    Just a matter of opinion.

21    Q.    Okay.  So you didn't see documents or talk

22    to anybody to come to that conclusion.

23    A.    No.  No, sir.

24    Q.    Moving on to number 4, "As an independent

25    contractor, you will receive a 1099 form near at



1    the" -- excuse me -- "form at the end of the year and

2    not a W-2 form.  You will be responsible for your own

3    taxes.  This means that 316 Towing and Road Service

4    will not withhold any taxes or Social Security from

5    your settlement, and you will receive your full

6    settlement."  And it asked, "Do you understand this?

7    And then "Yes" is checked off.

8        A.    Correct.

9        Q.    Okay.  Was that incorrect, or is that

10   incorrect for check mark yes?

11       A.    That's correct.

12       Q.    Okay.  And then in number 5 it asks, "If

13   transporting vehicles over 10K, 10,000 gross vehicle

14   weight rating on this job, you're required to keep a

15   DOT logbook.  Do you know how to keep a logbook, or can

16   someone teach you before you become an independent

17   contractor?"  And then "Yes" is checked off.

18       A.    Yes, sir.

19       Q.    Okay.  Is that wrong?

20       A.    That's correct.

21       Q.    Okay.  Then at the end, finally it asks, "Do

22   you still wish to apply for independent contractor

23   status?"  And then "Yes" is checked off.

24       A.    Correct.

25       Q.    Is there any reason to believe that was



 1  incorrect?

 2        A.    No, sir.

 3        Q.    And does that appear to be your signature

 4  dated October 4th, 2021?

 5        A.    Yes, sir.

 6        Q.    So at the time of the application, you knew

 7  that you were being hired on with 316 as an independent

 8  contractor?

 9        A.    Yes, sir.

10              (Exhibit Number D-5 was marked for

11        identification.)

12  BY MR. HANDSCHUH:

13        Q.    Okay.  Handing to you what's been previously

14  marked as Exhibit 5.  If you would, similar to

15  Exhibit 3, look through this document.  And then, once

16  you're finished, please let me know.

17        A.    Okay.

18        Q.    All right.  Is this a copy of the

19  Independent Contractor and Lease Agreement that -- I'm

20  going to ask you just during the depo you can't speak

21  to your attorney.

22        A.    Okay.  Yes, sir.  Sorry.

23        Q.    Only unless he instructs you not to answer.

24        A.    Okay.

25        Q.    For purposes of Exhibit 5 -- which you've



1   had a chance to look through; correct?

2       A.    Correct.

3       Q.    This is a copy -- true and correct copy of

4   the Independent Contractor and Lease Agreement which

5   you initialed on each page and then signed at the end

6   with your name?

7       A.    Yes, sir.

8       Q.    And now turning to the signature page, this

9   would have been the -- it's dated the 4th of

10  October 2021?

11      A.    Correct.

12      Q.    Okay.  And then underneath it, as

13  contractor, you signed -- printed your name and then

14  signed it.

15      A.    Yes, sir.

16      Q.    Okay.

17      A.    Actually, I signed it in the wrong spot.

18      Q.    Okay.  But you intended to sign for

19  contractor on the other side.

20      A.    Yes, sir.

21      Q.    Okay.  Do you believe that there is -- do

22  you refer to this document as a 1099 contract?  Would

23  you refer to it as a 1099 contract?

24      A.    I guess that's agreeable.

25  /  /  /



1              (Exhibit Number D-4 was marked for

2        identification.)

3    BY MR. HANDSCHUH:

4        Q.    Okay.  I'll introduce to you Exhibit 4.  If

5    you'd take a look at that document, and then let me

6    know once you've had a chance to review it.  I'll bring

7    your attention, just so you know, to particular

8    questions.  I just ask for the interest of time if you

9    would just look through the -- you'll have a chance if

10   I ask any questions to read the provision, but I just

11   would like to know if you've ever seen this document

12   before.

13       A.    I've never seen this document -- this

14   packet.

15       Q.    Do you remember -- and I don't want to know

16   any communications with your attorney or their office,

17   but did at some point in time, do you believe, you may

18   have been interviewed over the telephone to fill out

19   information?

20       A.    I have been interviewed over the telephone.

21       Q.    Okay.  So perhaps you didn't see the final

22   product, but you were involved in responding to

23   questions?

24       A.    Yes, sir.

25       Q.    Okay.  Do you believe that these are the



1  question responses served in this matter on your

2  behalf?

3       A.    Yes.

4       Q.    And feel free to thumb through the whole

5  thing just so you can -- let me know if that opinion

6  changes.

7       A.    Okay.

8       Q.    All right.  So going to page 5, I'd ask that

9  you please review Interrogatory Number 5 and the

10  response.  And then, just after you've had a chance to

11  read that, let me know you're finished.

12       A.    Okay.

13       Q.    All right.  So in the Answer Number 5 on

14  page 6, do you see the sentence that states, "There was

15  also a 1099 contract that I did sign"?

16       A.    Yes, sir.

17       Q.    Okay.  Now drawing your attention back to

18  Exhibit 5, if you would just flip below the one you're

19  on.  The whole exhibit.  Sorry.  Yeah, side by side.

20  Is this Exhibit 5, I'm pointing to 5, is that -- this

21  is in your terms.  I'm just asking is Exhibit 5 the

22  1099 contract?

23       A.    I guess it is.  It doesn't physically say

24  1099 on it, but I guess you can consider this --

25       Q.    Okay.



1       A.      -- a 1099 contract.

2       Q.      I'm also just asking, if you didn't believe

3  this to be the 1099, is there a different document that

4  you haven't seen that you believe was the 1099

5  document?

6       A.      I can't recall.  I've never had another job

7  that was 1099, so I couldn't specifically tell you what

8  a 1099 contract looks like.

9       Q.      Okay.  So you don't believe there's any

10 other independent contractor agreement with 316 other

11 than Exhibit 5?

12      A.      I believe so, yes, sir.

13      Q.      Okay.  If you happen to have it, would you

14 please produce it in this action through your attorney?

15      A.      I mean, I don't have it.

16      Q.      Okay.  I just want to make sure that when

17 you're referring to 1099 contract, we're speaking about

18 Exhibit 5.

19      A.      Okay.  Yes, sir.

20      Q.      That's correct?

21      A.      Yes, sir.

22      Q.      Okay.  Because I take it this was derived

23 from your input.  So if it was something else, I'm just

24 asking for the conversation purpose.

25      A.      Well, like I said, the packet that he gave



 1  me was about an inch thick, and I filled out all kinds
 2  of stuff.  So that --
 3      Q.    Did you --
 4      A.    -- that was three years ago, two and a half
 5  years ago.
 6      Q.    Any of the documents within Exhibit 3, which
 7  you had a chance to review, would you consider any of
 8  those to be the 1099 contract?
 9      A.    No.
10      Q.    Okay.  So so far today you haven't seen
11  something else that you would couch as a 1099 contract.
12      A.    No, sir.
13      Q.    That's Exhibit 5.
14      A.    Correct.
15      Q.    You then state in the previous sentence,
16  "They had a large portion" -- well, let's go ahead and
17  start at the sentence that says, "One day I decided to
18  fill out an application, took a drug test.  Then after
19  three days it came back negative, so they hired me.
20  They gave me a handbook of materials of various
21  information about the company."  And that company was
22  316; right?
23      A.    Yes, sir.
24      Q.    Okay.  They didn't give you any information
25  on MMM Express?



```
 1        A.    No, sir.

 2        Q.    Okay.  It said, "They had a large portion

 3   devoted to their tractor trailer business that didn't

 4   involve what I was doing and was more for commercial

 5   driver's license stuff."  Can you identify for me

 6   within Exhibit 3 and Exhibit 5 which portion you

 7   believe related to commercial driver's license stuff?

 8        A.    I guess I really don't see anything that --

 9        Q.    And you're looking at Exhibit 5?

10        A.    Yes, sir.

11        Q.    Okay.  What about in Exhibit 3?  And I'm

12   just asking for you to identify it.  If you think

13   perhaps what you stated in Answer 5 is incorrect, just

14   let me know, but I'm looking to see what portions you

15   thought.

16        A.    So just one word that sticks out to me that

17   makes me feel in reference to an 18-wheeler business is

18   tractor.

19        Q.    Okay.

20        A.    Other than that, I guess there's nothing in

21   there.

22        Q.    Where did you see tractor?

23        A.    Let's see.  The No Rider Policy, "All

24   persons are unauthorized and are strictly forbidden to

25   be in any tractor."
```



1       Q.    Okay.  Now -- go ahead.

2       A.    I guess that's it.  Like I said, it just --

3       Q.    Okay.  Did that reference to a tractor, did

4  that identify in any way Triple M Express?

5       A.    Negative.

6       Q.    Okay.  And so just solely you just thought

7  that that rider policy, that looked more like something

8  for an 18-wheeler business.

9       A.    Correct.

10       Q.    Okay.

11       A.    In the towing business, you have riders all

12  the time.  People's car break down and they have to

13  ride with you.

14       Q.    Okay.  Did you ever discuss not signing that

15  document with anyone?

16       A.    No.

17       Q.    Okay.  And so there's nothing else within

18  the application that tended to lead you to believe it

19  was for a tractor trailer business.

20       A.    No, sir.

21       Q.    Okay.  And within Answer Number 5, you also

22  stated that "Eli Kudrin was the one that hired me.  I

23  dealt with him for everything while being hired."  Does

24  that track with your recollection at this time?

25       A.    Yes, sir.



1       Q.    Okay.  So you didn't deal with Max during

2  the hiring process?

3       A.    No, sir.

4       Q.    Did you ever deal with Max at any point in

5  time?

6       A.    Just shook his hand a few times.

7       Q.    Really?  Okay.  Maybe --

8       A.    Small conversation.

9       Q.    Okay.  Seeing him at the office perhaps?

10      A.    Yes, sir.

11      Q.    Okay.  But nothing -- you weren't reporting

12  to Max as a supervisor?

13      A.    No, sir.

14      Q.    Okay.  Turning your attention back to

15  Exhibit 5, and if you would for me turn to the first --

16  there's a tab on your Exhibit 5.

17      A.    The first one?

18      Q.    Yeah, the first one, please.  Thanks.  Do

19  you see that subsection D entitled Independent

20  Contractor Status?

21      A.    Yes, sir.

22      Q.    Okay.  And then it states, "It is the intent

23  of the parties for contractor" -- and that refers to

24  you; correct?

25      A.    Okay.  Yes, sir.



1    Q.    Is that right?  Is there a different

2    contractor here?

3    A.    No, sir.

4    Q.    Okay.  And it states, "to retain the status

5    of an independent contractor in business for federal

6    and state law purposes."

7    A.    Correct.

8    Q.    And then that was initialed by you below

9    that particular --

10   A.    Yes, sir.

11   Q.    -- provision?  Okay.  And then continuing

12   forward back to the signature page, section 9.  Do you

13   see that's entitled Alternative Dispute Resolution?

14   Sorry.  Number 9 on that signature page.

15   A.    Oh, okay.  Yes, sir.

16   Q.    All right.  And you see that subsection, it

17   has an underlying title of Alternative Dispute

18   Resolution?

19   A.    Yes, sir.

20   Q.    And that states, "The parties agree that any

21   dispute concerning the terms of this agreement will be

22   submitted to mediation followed by binding arbitration

23   before a tribunal convened under the rules of the

24   American Arbitration Association at Atlanta, Georgia."

25   A.    Okay.



1      Q.    Okay.  Do you recall at any point in time

2   participating in a mediation in this lawsuit?  And that

3   would have meant some third party would have been

4   convened to help settle any claims you may have had.

5      A.    No.

6      Q.    Okay.  What about any arbitration

7   proceeding?

8      A.    The only person I spoke with is the

9   attorney.

10      Q.    Okay.  And you're pointing to your attorney

11   here in the room?

12      A.    Yes, sir.

13      Q.    Okay.  And so arbitration I'll represent to

14   you would have been, unlike a court, a method of

15   resolving disputes before an arbitrator.  Have you ever

16   participated in that for this lawsuit?

17      A.    No, sir.

18      Q.    Do you know why?

19      A.    I -- no.

20      Q.    You don't?  Okay.  Turning the page to the

21   identification of equipment, during your employment as

22   an independent contractor for 316, did you drive a

23   Dodge Ram 4500?

24      A.    I did.

25      Q.    Okay.  And was that vehicle, did it have a



1  gross vehicle weight rating over 10,000 pounds?

2       A.    I believe so.

3       Q.    Okay.  Why would you believe that?

4       A.    I'm not exactly sure the weight of that

5  particular truck, but just based on general knowledge,

6  I believe it would be over --

7       Q.    Okay.

8       A.    -- over 10,000.

9       Q.    So you can't say the exact weight.

10      A.    Right.

11      Q.    But you're sure it's over 10,000.

12      A.    Yes, sir.

13      Q.    Okay.  And then turning your attention, if

14  you would for me, the second to last page.  Yes.  If

15  you would, this one is entitled Addendum to Contractor

16  Agreement.  If you could for me, take a moment to read

17  that.  I'd like to ask you a question.

18      A.    Okay.

19      Q.    All right.  Do you recall, is this -- see

20  your signature at the bottom of this document?

21      A.    Yes, sir.

22      Q.    Okay.  And that was dated October 4th, 2021?

23      A.    Yes, sir.

24      Q.    Okay.  And then it's also initialed?

25      A.    Yes, sir.



1      Q.    Okay.  And here it states that "The parties

2    agree as follows:  Contractor is free to accept or

3    reject assignments on any load from 316 Towing and Road

4    Service"?

5      A.    Yes, sir.

6      Q.    Do you see that?  Okay.  And then also it

7    states in subsection F at the bottom that "The written

8    contract does not prohibit contractor from pickup,

9    transportation, or delivery of property for more than

10   one common carrier or any other person or entity when

11   utilizing a motor vehicle agreement other than that

12   leased hereunder."  Do you see that language?

13     A.    Yes, sir.

14     Q.    Okay.  So at the time you knew, when you

15   were being onboarded by 316, that you were being hired

16   as an independent contractor?

17     A.    Yes, sir.

18     Q.    Okay.  Did you ever speak to someone about a

19   classification of a different manner, as an employee?

20     A.    No, sir.

21     Q.    No?  Okay.  Can you explain with whom you

22   dealt for purposes of determining your initial pay rate

23   and how that pay was determined?

24     A.    Eli.

25     Q.    Okay.  Did you talk with anyone besides Eli?



```
 1        A.     No, sir.

 2        Q.     Okay.  Do you recall whether you were hired

 3   at a rate of $900 a week?

 4        A.     Yes, sir.

 5        Q.     How did that -- how did you come to that

 6   number?

 7        A.     He lowballed me, to tell you the truth.

 8        Q.     Really?

 9        A.     He just started me out at 900.

10        Q.     Okay.  Did you -- when you say lowballed,

11   did he go lower than nine and you had to counter?

12        A.     No.  It was supposed to be more, but then

13   come payday it was nine.

14        Q.     Okay.

15        A.     Hundred.

16        Q.     What was it supposed to be?

17        A.     It was supposed to be a thousand.

18        Q.     Okay.  Did you discuss at any time why it

19   was only 900?

20        A.     He said that's what he was going to start me

21   out as.

22        Q.     Okay.  Did you object to that or refuse to

23   work for that amount?

24        A.     I didn't refuse to work for that because I

25   needed a job.  But there was an understanding that I
```



1  would get a raise in two months.

2      Q.    Oh, I see.  Okay.  So you were in almost --

3  you were expecting raises to occur relatively soon.

4      A.    Yes, sir.

5      Q.    Okay.  When did that discussion occur in

6  the, you know, time line?  Was that at the application

7  time?

8      A.    The first week --

9      Q.    First week?

10     A.    -- paycheck.

11     Q.    Oh, okay.  Okay.  So you perhaps received

12 your first paycheck and then were not satisfied with

13 the amount and you went to talk to him?

14     A.    Correct.

15     Q.    And then discussed possible raises within

16 the next few months.

17     A.    Correct.

18     Q.    And that satisfied you at the time.

19     A.    At the time.

20     Q.    Okay.  Did you -- that was a weekly rate; is

21 that correct?

22     A.    Yes, sir.

23     Q.    Okay.  Do you know how much -- was that to

24 cover all work for the week at $900?

25     A.    Yes, sir.



1       Q.    Okay.

2       A.    Well, just my scheduled work.

3       Q.    Okay.  What do you mean by scheduled work?

4       A.    I worked a schedule of 12:00 noon to

5   midnight.

6       Q.    Okay.  But that $900 was to compensate you

7   for any of the work that you performed.

8       A.    Between those hours, yes, sir.

9       Q.    Okay.  If it was work outside of those

10  hours, were you compensated for that?

11      A.    Yes.

12      Q.    Okay.  How often were you working outside of

13  those hours?

14      A.    I'd say once or twice a week.

15      Q.    Really?  Okay.  What were you doing --

16      A.    Working late.

17      Q.    So it was working late and extending the

18  shift --

19      A.    The shift.

20      Q.    -- to complete -- okay.  Was it ever you

21  were just called at some time that you weren't on your

22  shift?

23      A.    I got calls sometimes before my shift

24  started they would send me calls.

25      Q.    Really?  Okay.



1       A.    So -- because everything's done on an app on

2   your phone.

3       Q.    Is that the Towbook?

4       A.    Yes, sir.

5       Q.    Okay.  And all of the trips were being

6   reported in Towbook?

7       A.    Yes, sir.

8       Q.    Okay.  And you mentioned that you received

9   raises.  Does it sound correct that you received your

10  next raise of about -- up to 950 and then a thousand

11  dollars say within the first month or two?

12      A.    Not in the first month or two.  It went to

13  950 after two months, and then a few months after that

14  it went to a thousand.

15      Q.    Okay.  Did you ever submit invoices?

16      A.    Yes, sir.

17      Q.    Okay.

18      A.    We had to submit an invoice every week to

19  receive our check.

20      Q.    Okay.  And so that was an invoice that you

21  created each week to submit to 316 for purposes of your

22  check.

23      A.    Yes, sir.

24      Q.    So that would have reflected the -- go

25  ahead.



1      A.    But Eli would change those invoices

2   sometimes without your knowledge and only pay you what

3   he deemed.

4      Q.    Okay.

5      A.    So say if I worked late and I told him I'd

6   do it for a hundred bucks.  I submit it on a check, and

7   he feels like it's only worth 50.  After I submit the

8   invoice by email and get the check, some days it would

9   be short.  Sometimes it would be not what you sent in

10  there.  Other times he would send a message back to

11  correct your invoice.  But numerous times he just took

12  it upon himself to -- if I submit a thousand dollar

13  invoice, sometimes he would only give me 950.  I'm just

14  saying not that exact number, but from time to time the

15  invoice submitted would not be the check received.

16     Q.    Okay.  For purposes of this litigation, have

17  you had a chance to produce those invoices, meaning

18  supply us with a copy?

19     A.    I mean, they're all in email.

20     Q.    Okay.  Had you supplied those to your

21  attorney?

22     A.    No, sir.

23     Q.    Okay.  Can you do so for purposes of

24  supplying us with a copy?

25     A.    Right now?



1       Q.     Later today after this deposition.

2       A.     Okay.

3       Q.     Or at some point thereafter.

4       A.     Yes, sir.

5       Q.     Okay.  But you do believe that at least

6    for -- do you recall about how many times the invoices

7    may have been changed?

8       A.     I'd say maybe less than ten.

9       Q.     Okay.  Was it closer to one or two or --

10      A.     We'll say eight to ten.

11      Q.     Eight to ten.  Okay.  And how much in total

12   would you say the deductions were for?

13      A.     Sometimes it would be 50.  Sometimes it

14   would be a hundred.

15      Q.     Okay.  So how much in total?

16      A.     I'd say probably 500 bucks.

17      Q.     Okay.  Did you ever receive any other

18   benefits or incentives for working for 316 Towing?

19      A.     No, sir.

20      Q.     Okay.  Were you offered or receive any stock

21   or ownership interest or bonuses?

22      A.     No, sir.

23      Q.     Okay.  Can you describe --

24      A.     I'm sorry.  I did.  I got a new hire

25   referral bonus.



1         Q.    Okay.  But that was for purposes of the

2    referral, not necessarily just a part of performing

3    your duties.

4         A.    Correct.

5         Q.    Okay.  Any other bonuses besides the new

6    hire referral?

7         A.    No, sir.

8         Q.    Okay.  Did you have the title of driver

9    while you were working for 316?

10        A.    Yes, sir.

11        Q.    Okay.  Can you describe your main job

12   duties?

13        A.    Go out and assist broke down motorists.

14        Q.    Okay.  And so would that mean -- did you

15   refer to them as jobs while you were at -- or did you

16   refer to them as customers or trips?  I want to use

17   your terminology.

18        A.    Calls.

19        Q.    Calls.  Okay.  So you responded to calls,

20   and these would be calls from people for roadside

21   service?

22        A.    Yes, sir.

23        Q.    Whether that be a tow or a lockout or a

24   battery or gas?

25        A.    Correct.



KEVIN BRINDLEY                                      September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                                 57

1        Q.    Things of that nature.

2        A.    Yes, sir.

3        Q.    Okay.  Did you have any other additional job

4    duties?

5        A.    No, sir.

6        Q.    Okay.  And your name -- or, rather, your

7    role was a driver; correct?

8        A.    Correct.

9        Q.    Okay.  Did any -- who -- did you work with

10   Dustin Hyde while you were at 316?

11       A.    Yes, sir.

12       Q.    Okay.  At that point in time, was Dustin

13   Hyde ever your driver manager?

14       A.    He called hisself a driver manager, but I

15   never -- I didn't know him as titled as a driver

16   manager, just what he called hisself.

17       Q.    Okay.  But you knew that Dustin Hyde at

18   least at the time stated that he had a role different

19   than just a driver.

20       A.    Correct.

21       Q.    And you understood that he had named himself

22   driver manager.

23       A.    Correct.

24       Q.    At that time given he -- did you know of any

25   other driver managers at 316?



1       A.    No, sir.

2       Q.    Okay.  Did you -- were you supervised by

3  Dustin Hyde?

4       A.    I was supervised by Eli.

5       Q.    Eli.  Okay.  So not -- you didn't believe

6  that you needed to respond to Dustin Hyde.

7       A.    Right.

8       Q.    Okay.  Instead you would correspond and deal

9  with Eli.

10      A.    Yes, sir.

11      Q.    Okay.

12      A.    That's the only person I dealt with.

13      Q.    Okay.  You never dealt with anyone else at

14  316?

15      A.    No, sir.

16      Q.    And we talked about Maksim or Max rather.

17  You know him as the same person?

18      A.    Yes, sir.

19      Q.    Okay.  Only brief conversations seeing each

20  other in the hallway.

21      A.    Yes, sir.

22      Q.    Okay.  Do you have Exhibit 4 there

23  underneath 3?  Yes.  No, I'd like to draw your

24  attention back to 4.  And, if you could, I will direct

25  you to the page.  This is Request for Admission Number



1   2 on page 18.  Oh, yes, along the bottom.

2        A.    I gotcha.

3        Q.    Sorry.  Okay.  So 18, Request for Admission

4   Number 2, if you could read that, and then let me know

5   once you're done.

6        A.    Okay.

7        Q.    Okay.  Here you were asked to "Please admit

8   you have never been an employee of Lisovskiy," which is

9   the last name for Max; correct?

10       A.    Correct.

11       Q.    Okay.  And you said, "Denied.  Lisovskiy,"

12  Max, "was the owner, and Eli worked for Lisovskiy."

13  And then you stated, "and plaintiff did the work

14  assigned by Eli on behalf of Lisovskiy."  My question

15  is how do you know -- on what are you relying in your

16  response here to say that Eli assigned work on behalf

17  of Lisovskiy?

18       A.    So, from my understanding, Eli was the

19  manager.  Like I said, I never met Max until I started

20  working there.  All of my job reporting went to Eli.  I

21  never spoke anything to do with towing with Max other

22  than, "How is everything?"

23       Q.    Okay.

24       A.    So that's probably why I said that Max is

25  the owner, but I worked for Eli.



KEVIN BRINDLEY                                    September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                            60

1        Q.    But I'm just asking on what you were relying

2   when it says that if you did any work assigned by Eli

3   that was on behalf of Lisovskiy.  What are you -- was

4   that based on documents you had seen, conversation you

5   had overheard?  What is that based on?

6        A.    So Max is the owner.  Eli runs the company.

7   So if Eli gives me a call, it's obviously the higher up

8   would be from him is how I -- I don't know how that is

9   worded.  I mean, I see how it's worded.

10       Q.    Now, does that mean that you're assuming

11  because he is the owner it would have -- he would have

12  been acting on behalf of Max; is that correct?  You're

13  saying, "Well, Eli would have been doing it on behalf

14  of the owner."

15       A.    Right.  Chain of command.

16       Q.    Any other basis to confirm that that

17  actually was occurring, or is that just your

18  presumption based on his being the owner?

19       A.    Presumption.

20       Q.    Okay.  Nothing else than just that

21  presumption.

22       A.    Yes, sir.

23       Q.    Okay.  You didn't talk to anybody.

24       A.    No, sir.

25       Q.    You didn't talk to Dustin about it.



1        A.      No, sir.

2        Q.      You didn't talk to any of the other drivers

3   about it.

4        A.      No, sir.

5        Q.      You didn't talk to Eli about it.

6        A.      No, sir.

7        Q.      You didn't talk to Max about it.

8        A.      No, sir.

9        Q.      Okay.  So you just assume solely based on

10  being the owner that Eli must be acting on his behalf.

11       A.      Right.

12       Q.      Okay.  But as you stated, that was just an

13  assumption.

14       A.      Correct.

15       Q.      Okay.  Moving to Request for Admission 21,

16  and this is related to the same issue.  If you could

17  flip to that page and then read that and let me know.

18       A.      Okay.

19       Q.      And this one states, "Please state that

20  Lisovskiy personally neither supervised nor controlled

21  your work schedule, duties, protocols, applications, or

22  assignments with 316 Towing."

23       A.      Okay.

24       Q.      And it says -- you responded, "Denied to the

25  extent that Defendant Lisovskiy had final say over any



1   decisions made by Manager Eli regarding work schedule,

2   duties, protocols, applications, or assignments with

3   316 Towing."

4        A.   Okay.

5        Q.   Do you know on what facts, documents,

6   conversations, whatever the case may be, how do you

7   know that Lisovskiy had the final say?

8        A.   Eli would often use the term "Max says."

9        Q.   "Max says"?

10       A.   Yes.

11       Q.   Okay.  And when would he say, "Max says"?

12       A.   Just in different conversations and stuff.

13       Q.   Okay.  Now, here this says that "any

14   decisions made by Eli."  So that would be basically any

15   and all decisions Eli was making Max had final say.

16       A.   Usually that's how ownership works.  The

17   owner usually has the final say.

18       Q.   Okay.  Is that coming back, similar to

19   Admission Number 2, that was a presumption that he had

20   final say because he was the owner?

21       A.   Correct.

22       Q.   Okay.  Anything else that you relied upon

23   for that belief?

24       A.   Other than he's the one that signed the

25   checks.



1    Q.    Okay.  So nothing else.  You never overheard

2  decisions that they were making, you know --

3    A.    No.

4    Q.    -- within earshot?

5    A.    No.

6    Q.    You never saw documents?

7    A.    No.

8    Q.    You didn't receive that information from

9  Dustin Hyde?

10    A.    No.

11    Q.    From another driver?

12    A.    No.

13    Q.    Okay.  You didn't receive it from Eli?

14    A.    I'll receive -- not that Max was the

15  ownership or had final say or nothing like that.  It's

16  just assumption.

17    Q.    Okay.

18    A.    The man that signs the checks is usually the

19  one that makes the final decisions.

20    Q.    Okay.  But that's what you're basing that

21  on.

22    A.    Correct.

23    Q.    I just want to make sure.  Okay.  All right.

24  And you never signed any agreement personally with Max

25  during your role as a driver for 316; correct?



1    A.    Not personally with Max, no, sir.

2    Q.    Okay.  Did Max ever reach out to you

3  personally regarding your, you know, duties or any jobs

4  that occurred?

5    A.    No, sir.

6    Q.    Okay.  Were you ever handed any checks by

7  Max personally?

8    A.    Not by Max hisself, no, sir.

9    Q.    Okay.  And was Max involved, to your

10  knowledge, in your hiring or firing?

11    A.    I have no idea if --

12    Q.    Okay.  So you have no idea --

13    A.    Yeah, if Eli discussed it with him or not.

14  I'm sure he had to get approval to bring another driver

15  onboard.

16    Q.    But you don't know for certain.

17    A.    Don't know for certain.

18    Q.    Okay.  Do you recall at one point in time

19  Dustin Hyde perhaps giving up the title of driver

20  manager at any time?

21    A.    I never knew that he had technically the

22  title of driver manager.

23    Q.    Okay.  Were you given perhaps or were you

24  considered one of the more seasoned drivers --

25    A.    Yes.



1        Q.    -- at 316?  Okay.

2        A.    Yes, sir.

3        Q.    So do you believe perhaps Hyde just didn't

4   supervise you as much as others?

5        A.    I don't believe -- I'm not a hundred percent

6   sure that he supervised anyone but hisself.

7        Q.    Okay.  So you don't know whether or not he

8   had additional duties or not.

9        A.    I have no idea if he did or not.

10       Q.    Okay.  Have you ever spoken to Dustin Hyde

11  since he's left 316?

12       A.    Yes.

13       Q.    Okay.  When have you spoken to him?

14       A.    Just occasionally he'll call and ask how my

15  kids are doing, just how life's treating me, check on

16  us.

17       Q.    Okay.  Has he ever called to speak to you

18  about this lawsuit?

19       A.    We've never really discussed the lawsuit

20  other than when he first filed and he told me that he'd

21  done it.  But I was still an employee at 316, and I

22  just kind of brushed it off.

23       Q.    Okay.  And did he advise you of any attempt

24  or opportunity for you to join in the lawsuit?

25       A.    Yes, sir.



KEVIN BRINDLEY                                    September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                               66

1     Q.    He did?  Okay.  What did he say to you?

2     A.    He just told me what was going on and asked

3  me if I'd be interested in it.  And, like I said, I

4  told him -- you know, I just kind of brushed it off,

5  paid it no mind because I was currently working there.

6  And then after I left someone contacted me and --

7     Q.    Who was that?

8     A.    Dustin.

9     Q.    Dustin?  Okay.

10    A.    Had contacted me and gave me the

11 information, and that's where we went from there.

12    Q.    Okay.  So he would have contacted you

13 personally at some point after -- would that have been

14 October 2022?

15    A.    Yes, sir, it was after.

16    Q.    Okay.  Do you recall receiving any notice in

17 the mail regarding this lawsuit?

18    A.    Yes, sir.

19    Q.    Okay.  Did that mailing come before or after

20 Dustin spoke to you about the lawsuit?

21    A.    Afterwards, after I told him to give them my

22 number.

23    Q.    Okay.  Okay.  Did you receive one of those

24 mailings in the mail?

25    A.    Yes, sir.



KEVIN BRINDLEY                                   September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                             67

1      Q.    Do you recall if that mailing arrived before

2   Dustin had reached out to you?

3      A.    No, right afterwards.

4      Q.    Afterwards?  Okay.

5      A.    They wouldn't have had my information and

6   address.

7      Q.    Okay.  Okay.  For purposes of your schedule,

8   can you walk me through a little bit what your schedule

9   was and whether it changed over time and then who was

10  responsible for setting that schedule?

11     A.    So originally it was noon to midnight,

12  Monday through Friday.  Then a few weeks later or a few

13  months later, short-staffed for night shift, so I

14  worked from noon until 5:30 in the morning, a.m.  And

15  then I done that for just about I think like a month,

16  give or take maybe a month, a little over a month.  And

17  then my schedule was changed back to noon to midnight.

18     Q.    Okay.  And who was responsible for telling

19  you what your schedule was going to be?

20     A.    Eli.

21     Q.    Okay.  Anyone else involved in that process?

22     A.    No.

23     Q.    Did you at any point in time during the

24  shifts, did you have to report to an office?

25     A.    Yes, sir.  I mean, not necessarily report to

1  the office; but for any kind of repair work or to pick

2  up your check and stuff like that, you reported to the

3  office.

4       Q.   Okay.  But at least when -- when did you --

5  did your shift begin when you logged into Towbook?

6       A.   Yes, sir.

7       Q.   And so when you logged into Towbook, did you

8  need to be in any particular location?

9       A.   Winder.

10       Q.   Winder.  Okay.  So you mean the -- does that

11  mean the coverage area?

12       A.   Yes, sir.

13       Q.   Okay.  Those would be the coverage area for

14  the 316 and the coverage it could handle for reporting

15  roadside assistance from the insurance companies.

16       A.   Correct.

17       Q.   Okay.  But within being nearby for coverage

18  purposes that 316 covered near Winder, Georgia, was

19  there any, you know, limitation as to where you could

20  wait while you were on shift?

21       A.   I had to wait within inside the area.  I

22  couldn't venture out to the other side of town or

23  something to go visit or do anything.  I had to stay

24  within the -- they call it the zone --

25       Q.   Okay.



KEVIN BRINDLEY                                    September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                            69

1        A.    -- area, zone area.

2        Q.    How big was the zone?  Can you describe --

3        A.    I considered it 30 miles.

4        Q.    30 miles.  Okay.

5        A.    Yeah.

6        Q.    So 30 miles from Winder.  Within that

7   30 miles -- is that air miles in like a --

8        A.    Like a 30-mile radius -- circumference.

9        Q.    Okay.  Or diameter rather?

10       A.    Yeah.

11       Q.    Like a straight line of 30 miles.

12       A.    Well, a circle.

13       Q.    Oh, circle.  All right.  So within that

14   circle, was there any requirement that you be in any

15   particular place, like you have to come report to 316's

16   office to sign into Towbook?

17       A.    No.

18       Q.    Okay.  Could you be anywhere during that

19   time?

20       A.    Well, truthfully, I stayed logged in 24/7.

21       Q.    Oh, really?  Okay.

22       A.    But, I mean, I just had to be available at

23   noon.

24       Q.    Okay.  Okay.  So it didn't matter where you

25   were during your shift, quote, unquote.

1        A.    During the downtime?

2        Q.    Correct.

3        A.    Yeah, it didn't matter.

4        Q.    So long as you were within the coverage

5   area.

6        A.    Service area, yes, sir.

7        Q.    Okay.  Were you free -- if you weren't

8   responding to a job or a call, were you free to

9   basically go home if you decided?

10       A.    If that's what you wanted to do.

11       Q.    What about run a personal errand?

12       A.    If that's what you wanted to do.

13       Q.    Okay.  Was there any limitation placed on

14  what you could do while you were waiting for a call?

15       A.    Just be available for the call within the

16  acceptable -- acceptable response time, you know, just

17  you could do whatever you wanted to do.

18       Q.    Okay.  Now, for purposes of the service

19  area, as you mentioned, would sometimes you actually

20  have to travel beyond that area for purposes of, you

21  know, responding to a call?

22       A.    Occasionally.

23       Q.    Okay.  And was it ever a requirement that

24  you remained logged in in Towbook at any time?

25       A.    No.



1      Q.    You just chose voluntarily to be logged in

2    24/7?

3      A.    Yeah.

4      Q.    Okay.  Are you aware as to whether or not

5    logbook -- or Towbook, rather, logs the calls that

6    you're responding to?

7      A.    Yeah, it logs them.

8      Q.    Okay.  And so by logging it means it would

9    have been tracking by GPS the amount of time that you

10   were spending driving, responding to a call, and

11   completing the call.

12     A.    Correct.  It has timestamps.

13     Q.    Okay.  And so you would have created those

14   by hitting start on the Towbook app and then complete?

15     A.    Correct.

16     Q.    At the end?  Okay.  And would you go home to

17   eat lunch about once or twice a week while you weren't

18   on call but on this shift, as you put it?

19     A.    Occasionally, yes, sir.

20     Q.    Okay.  Did you wait in any particular areas

21   for this time?  Where would you end up -- you know, it

22   looks like you worked for 316 for about a year.  Were

23   there any particular areas that you weren't responding

24   to a call that you would wait?

25     A.    Just in the Winder area.



KEVIN BRINDLEY                                    September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                              72

1      Q.    Okay.  But nowhere -- Eli never told you you

2  need to -- you know, besides the service coverage area

3  you need to stay here.

4      A.    That came after I left.

5      Q.    Okay.  So while -- did you ever perform any

6  personal errands while you were on your shift?

7      A.    I mean, I would stop at like Walmart or

8  something if nothing was going on instead of sitting in

9  the truck wasting fuel.

10     Q.    Okay.

11     A.    I'd, you know, run in and walk around

12 Walmart, buy a pack of bubble gum, some chips,

13 something, you know.

14     Q.    Okay.  But there was nothing prohibiting you

15 from -- if you so chose, from running that errand as

16 long as you were available when Towbook gave you the

17 call.

18     A.    Correct.

19     Q.    Would you ever network with repair shops?

20     A.    Like explain network.

21     Q.    Sure.  No, I think just -- let's see.

22 Looking at Exhibit 4, if you go to Request for

23 Admission 26.

24     A.    Okay.  So basically just to go and

25 conversate.



1          Q.     Okay.  And so did anyone tell you to go to
2     those repair shops?
3          A.     No.
4          Q.     Okay.  You just decided to do so on your
5     own.
6          A.     Correct.
7          Q.     Okay.  What do you mean by network?  I mean,
8     I understand the traditional idea of business
9     networking, but what kind of networking was going on?
10         A.     Like trying to get them to call us.  You
11    know, I'd tow a car to them, hang out with them, give
12    them a business card, just trying to get more business.
13         Q.     Okay.  Did Eli ever tell you to do that?
14         A.     No.  It's just in human nature to -- or it's
15    in the wrecker -- it's just --
16         Q.     Were some of your friends working at these
17    repair shops?
18         A.     I have many friends that work at repair
19    shops.
20         Q.     Okay.  Do you think maybe you also happened
21    to see your friends while visiting these repair shops?
22         A.     Yeah.
23         Q.     But nothing was prohibiting you given you
24    could choose what you wanted to do while you were on
25    the shift but not on a call.



KEVIN BRINDLEY                                    September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                              74

1        A.    Right.

2        Q.    All right.  What about washing truck?  What

3   does that refer to?

4        A.    I would wash the truck in the downtime, go

5   by the car wash, wash the truck, keep it clean.

6        Q.    Okay.

7        A.    Presentable.

8        Q.    Did anyone tell you to do that?

9        A.    We were told to wash our trucks.

10       Q.    Okay.  But not specifically as to a time as

11  to when.

12       A.    No.  Just keep them clean.

13       Q.    Okay.  Do you know whether or not in any

14  attempts with your networking, were any of them

15  successful where later on you maybe handled trips for

16  them or calls?

17       A.    No.

18       Q.    None of it was successful.  Okay.  So if

19  Towbook is capturing the time that's spent with your

20  driving in transit or onsite for the calls, do you

21  understand that Towbook would have been capturing all

22  the time that you had spent working, or was there time

23  it wasn't being input into Towbook?

24       A.    We done a daily checklist before our shift

25  through Towbook, but that wasn't required like before



KEVIN BRINDLEY                                    September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                            75

1  you start or whatever.  It's just a daily report.  But

2  there is no clock-in and clock-out.  It's just, you

3  know, they send you a call through that, it goes ding,

4  ding, ding, you go do it.

5      Q.    Okay.  Turning your attention back to

6  Exhibit 4 and Response Number 6.

7          MR. SHORT:  You're looking at

8      interrogatories or requests for admission?

9          MR. HANDSCHUH:  Yes, interrogatories.  This

10     is on page 7 of 24.

11     A.    Okay.

12 BY MR. HANDSCHUH:

13     Q.    All right.  And then can you turn to page 19

14 of 24 for me and read Request for Admission Number 6.

15     A.    It says, "Denied."  Okay.  I read it.

16     Q.    Okay.  So here you're admitting that within

17 Towbook there was timestamps for different stages of

18 each tow job.

19     A.    Correct.

20     Q.    Okay.  And so anytime that you spent either

21 driving to a call or completing a call, that would be

22 reflected in Towbook.

23     A.    Yes, sir.

24     Q.    Okay.  But then you did state that there's

25 work for defendants that you performed outside of



1  Towbook, and you identified that to be washing the

2  truck or picking up employees' vehicles.

3       A.    Correct.

4       Q.    Okay.  Any other work that wasn't tracked

5  within Towbook?

6       A.    No.

7       Q.    Okay.  How often were you washing the truck?

8       A.    Once a week at least.

9       Q.    Okay.  How long did it take?

10      A.    Depends on how dirty it was.  I'd say around

11  about an hour.

12      Q.    Hour?  Okay.  And then picking up employees'

13  vehicles, whose vehicles were you picking up?

14      A.    I don't exactly know their names.  They were

15  from the MMM Express.

16      Q.    MMM Express?

17      A.    Yeah.

18      Q.    Okay.  How many vehicles did you pick up

19  over your employment?

20      A.    Two.

21      Q.    Two.  Okay.  How long did those jobs take?

22      A.    An hour each.

23      Q.    Okay.

24      A.    Give or take, you know.

25      Q.    Besides a weekly truck wash and picking up



1  two employee vehicles, any other work that Towbook

2  wasn't capturing?

3      A.    No.

4          (Exhibit Number D-6 was marked for

5      identification.)

6  BY MR. HANDSCHUH:

7      Q.    Handing you what's been marked previously as

8  Exhibit 6.  If you would, please take a look at that,

9  and then let me know once you're finished.

10     A.    Okay.

11     Q.    All right.  Have you ever seen this document

12 before?

13     A.    I've seen -- I've never seen this in person

14 here, but I have seen similar printouts of stuff like

15 this.

16     Q.    Okay.  So you're familiar with some of the

17 printouts that the Towbook system will generate.

18     A.    Yes, sir.

19     Q.    Okay.  So I'd like to just ask a high-level

20 question first.  And this just states on the first page

21 October 5, 2021.  Do you see that right at the top,

22 Call Number 3541?

23     A.    Okay.

24     Q.    That would have related and corresponded to

25 your start date; correct?



1        A.    Correct.

2        Q.    Okay.  And then if you go to the last page,

3   27 of 27.

4        A.    I actually started the day before that day,

5   but I ran no calls the first day.

6        Q.    I see.  Okay.  Going to the last page.

7        A.    Okay.

8        Q.    I note that this just happens to have an

9   October 17, 2022, date.  Do you see that?

10       A.    Yes, sir.

11       Q.    All right.  Do you have any reason to

12   believe that this printout does not represent an

13   accurate depiction of the amount of time that was spent

14   responding to calls?  If you look on the --

15       A.    I see it.

16       Q.    -- right-hand side at the top, you'll see

17   the amount of total time for each call.

18       A.    Yes, sir.

19       Q.    Do you have any reason say for October 5,

20   just as an example -- if you could look at those

21   entries, and then let me know once you're finished.

22       A.    Okay.

23       Q.    Do you have any reason to believe that for

24   October 5 any calls -- you know, does that appear to be

25   correct for the amount of time that would have been



1  spent completing those calls?

2      A.    Seems to be accurate.

3      Q.    Okay.  Do you have any reason to doubt its

4  accuracy?

5      A.    No.

6      Q.    Okay.  Do you have any reason to believe

7  that you received any calls via text message or phone

8  call?

9      A.    Like tow calls?

10     Q.    Correct.

11     A.    No.  Everything was done off Towbook.

12     Q.    Everything was in Towbook.  Okay.  So you

13  never received a call from Eli.

14     A.    Other than to go to the employees'

15  vehicles --

16     Q.    The two employees.

17     A.    -- or to tow a vehicle for -- I believe it

18  was either for Max or Max's father.  I'm not exactly

19  sure who it was.

20     Q.    Was that the second tow job you referred to?

21  You said employees' vehicles, and you said you did that

22  twice.

23     A.    No, I done that twice.  And then one time I

24  towed a vehicle for -- it was either Max or his dad,

25  one of the two.



1        Q.    Okay.

2        A.    I'm not sure who.

3        Q.    Okay.

4        A.    I just was asked to go do it.

5        Q.    But that would have been, to your

6   recollection, about three such trips.

7        A.    Right.

8        Q.    Okay.  Do you recall whether or not -- you

9   know, we saw that you signed a document that stated you

10  were permitted to accept or reject assignments freely.

11  Were you able to reject calls or cancel calls?

12       A.    Yeah, I could deny calls.

13       Q.    Okay.  Talk to me about that.  What does

14  that mean?

15       A.    They would be dispatched to me.  It would be

16  something that wouldn't -- the type of truck I drove

17  did not -- could not tow.

18       Q.    Okay.

19       A.    So, of course, I would deny those.  They

20  would be --

21       Q.    Was yours --

22       A.    -- too big.

23       Q.    -- a flatbed?

24       A.    Negative.

25       Q.    Okay.  So is that perhaps one distinction?



1    Maybe it was a job for a flatbed --

2         A.    Correct.

3         Q.    -- and you didn't have one?

4         A.    Correct.

5         Q.    Okay.  Any other times when you would reject

6    calls?

7         A.    No.

8         Q.    Did you ever receive any threats or docked

9    pay for rejecting calls?

10        A.    No.  I didn't really reject calls unless,

11   like I said, they were too big for the type truck I

12   drove or, like I said, needed to be on a flatbed.

13        Q.    Okay.  But did you understand, having signed

14   that document that we referred to earlier, that you

15   were free to accept or reject calls as they came in?

16        A.    Correct.

17        Q.    Okay.  You just -- it just so happened that

18   during your tenure you just didn't exercise that right

19   very often.

20        A.    Correct.

21        Q.    All right.  The trips that you would take,

22   would they generally be about a mile to 75 miles round

23   trip?

24        A.    Round about, yes, sir.

25        Q.    Okay.  So it was relatively some local



 1   service.

 2        A.    Local, yeah.

 3        Q.    Okay.  But from time to time would you be

 4   asked to travel to another state for particular calls?

 5        A.    Yes.

 6        Q.    Okay.  Which states would you travel to?

 7        A.    North Carolina, South Carolina.  I believe

 8   that's it.

 9        Q.    Okay.  And would those trips also have been

10   dispatched to you via Towbook?

11        A.    Yes, sir.

12        Q.    Okay.  Do you recall about how many such

13   trips to the Carolinas you took?

14        A.    Less than five.

15        Q.    Okay.  During your role as a driver for 316,

16   were you ever asked to collect any payments from

17   customers?

18        A.    Most of the stuff was through motor clubs,

19   and they did have some customer pay that paid by credit

20   card.

21        Q.    Okay.  And so would it be limited to your

22   collecting overages, or would you collect the entire

23   amount from calls?

24        A.    Just the overages, whatever the -- whatever

25   it said in Towbook.



1     Q.    I see.  Okay.  So it wasn't a part of your

2    responsibility or duties as the driver to every time

3    collect the --

4     A.    No.

5     Q.    -- payment from the customer.

6     A.    I hardly ever collected payment from the

7    customer.

8     Q.    Okay.  Do you know about how many times you

9    did it?

10     A.    Very limited.

11     Q.    Okay.  Would you say maybe once?

12     A.    More than that.  I'd say over the whole year

13    less than -- that I collected, probably less than 50.

14     Q.    Okay.  And would those include certain

15    customers that were paying overages by cash?

16     A.    Yeah.

17     Q.    Okay.  Of that 50, how many do you think

18    were cash?

19     A.    We'll just say half.  I don't know.

20     Q.    Okay.  Of the other half where there's going

21    to be a card involved, can you explain the process?

22    Let's say you just showed up, but there's an overage on

23    Towbook.  What are we doing?  How are you getting me to

24    pay?

25     A.    They would pay with a credit card.



1    Q.    Tell me that process.  Would you call

2  dispatch?

3    A.    No.  We had a -- I believe it was a Chime

4  account or something --

5    Q.    Okay.

6    A.    -- that we typed it all in there.

7    Q.    Okay.  And were you ever issued a company

8  cell phone?

9    A.    No.

10    Q.    Okay.  That Chime was connected to your

11  personal cell phone?

12    A.    Yes, sir.

13    Q.    Okay.  How long were you using Chime for?

14    A.    Just during the employment of 316.  That's

15  the only time I've ever used it.

16    Q.    Did that stay consistent throughout the

17  entire time?

18    A.    To using it?

19    Q.    Uh-huh (affirmative).

20    A.    Yeah.

21    Q.    Okay.  So it's not as if there was some

22  point in time during your years' long stint as a driver

23  that, oh, we did that the first half but not the second

24  half?  Nothing like that?

25    A.    No.



1    Q.    Okay.  You testified earlier that you had

2    the opportunity to accept or reject loads.  And I'd

3    like you to look at Exhibit 4 again, Request for

4    Admission Number 28.  This is on page 23.

5    A.    Okay.

6    Q.    So this asks you to "admit that 316 Towing

7    never disciplined or threatened to terminate you for

8    rejecting a request from a potential customer," and

9    then you denied that.  Can you explain for me why you

10   denied that?  Do you know?

11   A.    So there was a time I was sick, and Eli

12   basically told me to bring the truck back, if I wasn't

13   going to work to bring the truck back.  I had COVID,

14   and I still ended up going and doing the tow, but

15   that's the only time I can recall that I was threatened

16   with termination.

17   Q.    Okay.  So let me unpack that.  It sounds as

18   though from time to time you're allowed to take the Ram

19   4500, you could take that back home?

20   A.    Yeah.

21   Q.    Okay.

22   A.    Yes, sir.

23   Q.    And so there's only one instance that you

24   can recall where, you know, being ill with COVID,

25   that's the time you believe you may have been



1  threatened with termination for not responding to the
2  call?
3      A.   Correct.
4      Q.   Okay.  Was that ever in writing?
5      A.   No.
6      Q.   Okay.  Was that over a text message?
7      A.   Verbal.
8      Q.   Okay.  And what was the nature of that
9  threat, do you recall?
10     A.   Basically --
11     Q.   What did he say to you?
12     A.   -- "Do your job or bring the truck back."
13     Q.   Okay.  Did you know whether or not he wanted
14  the truck back so that another driver could use it?
15     A.   There were no other drivers.  Everybody else
16  had trucks.
17     Q.   Okay.  And who owned the Ram 4500?
18     A.   To my knowledge, Max.
19     Q.   Okay.  But it wasn't you.
20     A.   No.
21     Q.   Okay.  And did you -- we saw that in the
22  application questionnaire you circled "yes" for the
23  hours of service logbook.  Do you recall that?
24     A.   Yes.
25     Q.   Okay.  And so at least at some point in time



1    you understood that you were asked to maintain logs.

2         A.    Towing companies don't use logbooks.

3         Q.    Okay.  But at least in the documentation you

4    saw that you were --

5         A.    Yeah.

6         Q.    -- supplied a policy --

7         A.    Yes, sir.

8         Q.    Okay.  So that was available to you should

9    you have chosen to utilize it.

10        A.    Correct.

11        Q.    Okay.  Let me ask you, did you ever work for

12   any other companies while employed by 316?

13        A.    No.

14             MR. HANDSCHUH:  Off the record.

15             (A brief recess was taken.)

16   BY MR. HANDSCHUH:

17        Q.    All right.  Mr. Brindley, returning back to

18   our questioning about your time as a driver at 316, I

19   wanted to ask you to please turn to, within Exhibit 4,

20   Request for Admission Number 7.  And this would be on

21   page 19 of 24.  If you could, please read that, and

22   then let me know when you're finished.

23        A.    You said number 7?

24        Q.    Correct.

25        A.    Okay.



1    Q.    All right.  And that states, "Please admit

2  that you never performed more than 40 hours of work for

3  316 Towing in any given week between 2019 and 2022."

4  And then you denied and stated, "Plaintiff consistently

5  worked at least 60 hours per week."

6    A.    Correct.

7    Q.    Can you explain to me how you came to

8  60 hours per week?

9    A.    12-hour shifts, five days a week, five times

10  12 is 60.

11    Q.    Okay.  Is it any more complicated than that?

12    A.    No.

13        (Exhibit Number D-8 was marked for

14        identification.)

15  BY MR. HANDSCHUH:

16    Q.    Okay.  Let's see.  Handing you what's been

17  marked previously as Exhibit 8, and I'll represent to

18  you that this is a demand that has been conveyed by

19  your counsel on your behalf to settle your claims in

20  this matter.  Are you familiar with these claims

21  amounts?

22    A.    Never seen these.

23    Q.    Never seen them?  Okay.  Do you have any

24  idea how $25,941.85 was determined?

25    A.    Probably hours after 40.



1     Q.    Okay.  So you think that for purposes of

2  this lawsuit that you're entitled to overtime for any

3  hours, basically 20 hours a week, because --

4     A.    Correct.

5     Q.    -- it would be 60 minus 40.

6     A.    20 plus.  Some weeks were more.

7     Q.    Okay.  And then you had more.

8     A.    Correct.

9     Q.    Okay.  We discussed earlier within

10  Towbook -- this was Exhibit 6.  And on the first page

11  I'd just like to walk with you real quick.  Let's just

12  take one day where you would have claimed a shift that

13  you worked 12 hours that day.

14     A.    Okay.

15     Q.    Is that right?

16     A.    Yeah.

17     Q.    Okay.  And so within Towbook, you can see on

18  the column that states total time -- do you see that

19  there?

20     A.    Yes, sir.

21     Q.    You have one for one hours --

22     A.    Yes, sir, yes, sir.

23     Q.    -- 41 minutes.  We can call it an hour 45.

24  Then we have 45 minutes, and that equals approximately

25  five hours.



1        A.    Okay.

2        Q.    Responding to calls.  Where, not reflective

3   for October 5 -- and this is just an example.  What

4   were you doing for the additional seven hours here?

5        A.    Waiting on calls, working my shift.

6        Q.    Okay.

7        A.    Being available.

8        Q.    Okay.  But during that time that you were

9   waiting and being available, any time that's not

10  reflected in Towbook for the calls or the handful of

11  jobs that you handled outside of Towbook, you would

12  have been waiting for a call; is that right?

13       A.    Correct.

14       Q.    Okay.  And then, as we discussed earlier,

15  during that waiting time there was no requirement that

16  you be anywhere or do any particular thing.

17       A.    Just be available.

18       Q.    Okay.  Do you have any other basis for

19  alleging any of your damages in this lawsuit?  Do you

20  estimate your damages in this lawsuit in any other way?

21       A.    Just wages that I feel are deserved.

22       Q.    Okay.  So aside from the 20 hours, taking 60

23  minus 40, could you estimate any other overtime that

24  you believe is due to you from some other method?

25       A.    I mean, there was that month, give or take,



1   that I was working 18 hours.

2        Q.    Okay.  That's when you had the 12:00 p.m. to

3   5:30 shift?

4        A.    Yes, sir.

5        Q.    Okay.  And during that time, the time that

6   you were putting in there would have been tracked in

7   Towbook for the time you're responding to calls?

8        A.    If they sent a call, yeah.

9        Q.    Okay.  Okay.

10       A.    Just because there wasn't a call at

11  9 o'clock does not mean I wasn't told to be available

12  at 9 o'clock.

13       Q.    Okay.  And for purposes of this month,

14  you're stating that otherwise, except for this one

15  single month, you believe that unpaid overtime here is

16  20 hours per week.

17       A.    Right, yes, sir.

18       Q.    Okay.  And then any amount that you were

19  working for that month, it would have been those hours,

20  87 hours per week over 40.

21       A.    Correct.

22       Q.    Okay.  Is there any other way that you could

23  estimate any unpaid damages in this matter?

24       A.    No.

25       Q.    Would it surprise you to learn that, in



KEVIN BRINDLEY                                    September 29, 2023
HYDE V. 316 TOWING & ROAD SERVICE                              92

1  fact, your Towbook reflected only about 26 hours per
2  week of responding to calls?
3       A.    That's not my problem.  I understand that,
4  but --
5       Q.    Do you have any reason to doubt that you
6  were driving or responding to calls for more than
7  26 hours per week?
8       A.    No, only what's documented.
9       Q.    So you would just rely what Towbook --
10      A.    Yeah.
11      Q.    -- set forth.
12      A.    I worked for 316 Towing.  And if they --
13 their phone line rang and they sent me a call, I'd go
14 do it.  But I'm not -- I wasn't the only driver, so I'm
15 not going to get every call.  So, like I said, if a
16 call didn't come in until 11:15 a.m. but my shift
17 started at 9:00, that two hours and 15 minutes is
18 un-reflected with anything to do with Towbook because
19 there is no clock-in, clock-out.
20      Q.    Okay.  Did you report any of that time on
21 any hours of service logs?
22      A.    Just my schedule.  I didn't record it on
23 nothing.
24      Q.    Okay.  But you testified earlier that you
25 had received the compliance manual and you had the



1   opportunity to, but you just chose not to?

2        A.    Correct.

3        Q.    Okay.  Do you know why you chose not to?

4        A.    Chose not to --

5        Q.    Maintain the hours of service.

6        A.    Because it's -- it was a schedule.  You work

7   from this time to this time.  I'm available from this

8   time to this time.  There was -- like I said, there's

9   no clock-in at this time, no clock-out at this time.

10  It's be available from these times.

11       Q.    But in terms of being able to track, there

12  wasn't a -- I understand no punch-in clock or punch-out

13  clock; correct?

14       A.    Correct.

15       Q.    Okay.  But in addition to Towbook, you had

16  at your disposal for purposes of tracking your time an

17  hours of service logbook.

18       A.    I didn't check my time.

19       Q.    Okay.  But at least in signing the

20  documentation you knew that was available to you?

21       A.    Yeah.

22       Q.    Okay.  But you just chose not to use it for

23  whatever reason.

24       A.    I didn't need to.

25       Q.    Okay.  Did you ever at any point in time



1   raise any objections to being classified as an

2   independent contractor driver?

3        A.   No.

4        Q.   Okay.  And that would have been for the

5   entirety of your stint as a driver for 316?

6        A.   Correct.

7             (Exhibit Number D-10 was marked for

8        identification.)

9   BY MR. HANDSCHUH:

10       Q.   Handing you what's been marked previously as

11  Exhibit 10.  If you could please review that document,

12  and then let me know when you're finished.

13       A.   Okay.

14       Q.   All right.  Were you aware that we had

15  requested during this litigation a copy of your 2021

16  and 2022 tax returns?

17       A.   Yeah.

18       Q.   Okay.  And does this appear to be your 2021

19  tax return?

20       A.   Correct.

21       Q.   Okay.  And does this reflect income on the

22  first page of your 1040 in the amount of $40,507?

23       A.   That's what it says, yes, sir.

24       Q.   And that would have been a mixture of at

25  least some portion of payment from Hemphill as well as



1    316, if I'm tracking that correctly?

2         A.    2021 should have only been -- okay, yeah.

3    Yes, sir.

4         Q.    Okay.  Because previous to 316 you were

5    working in 2021 for Hemphill?

6         A.    Correct.

7         Q.    Okay.  If you could for me, turn to the last

8    page.  You'll see a W-2.

9         A.    Okay.

10        Q.    And so it states "Fortem HR"?

11        A.    Okay.

12        Q.    Do you know who that is?  That's a W-2

13   issued to you?

14        A.    I have no idea what that is.

15        Q.    Is that some kind of payment agent on behalf

16   of Hemphill?

17        A.    So Hemphill did have a payroll company.

18        Q.    Okay.  If this isn't Hemphill and this is

19   your tax return, do you have any idea who Fortem HR

20   would have been?

21        A.    No.

22        Q.    Okay.  Do you know why this sets forth

23   40,507?

24        A.    Okay.

25        Q.    Do you see that?



1     A.    I do.

2     Q.    And then back to the first page of the 1040,

3  that first tab, do you see how that number matches up?

4     A.    Yep.

5     Q.    Do you know where you may have included any

6  payments you would have been receiving on your tax

7  returns for 316?

8     A.    Yeah, I don't -- I'm not understanding this.

9     Q.    Okay.  Did you fill out this -- did you fill

10  out this particular 1040, or did you hire a firm to do

11  it or a service of some kind?

12     A.    I believe -- I believe they were done

13  through like H & R Block or something.

14     Q.    Okay.

15     A.    I'm not exactly 100 percent sure.  I'm not

16  trying to --

17     Q.    Oh, sure.  No, I'm just asking.  So when you

18  go down then to line 8, it speaks to other income, and

19  it states 11,480.  Do you know where that came from?

20     A.    No.

21     Q.    Okay.  Turn to the second to last page.

22  This states, "Self-Employment Tax."  Do you see that?

23     A.    Yeah.

24     Q.    Were you at any point self-employed in 2021?

25     A.    No, sir.



1    Q.    Okay.  So do you know where a net profit of

2    11,480 is coming from on this self-employment tax?

3    A.    I'm really not sure about any of this to do

4    anything with the taxes.  Yeah, I'm not sure about any

5    of this.  I don't do my taxes myself.

6    Q.    Okay.

7    A.    So --

8    Q.    If it's not 316 being the source of the

9    11,480, do you know who it would be or where the

10   reflection of what you earned for 316 is --

11   A.    So I believe the 11,000 for 2021 for those

12   three months, that should possibly coexist with my

13   payment from 316.

14   Q.    Okay.  So if you were earning 900 a month --

15   A.    No, a week.

16   Q.    Or, excuse me, a week.  Excuse me.  So

17   that's 3,600 a month, and let's just double that.

18   7,200.

19   A.    Triple.

20   Q.    Triple?

21   A.    October, November, December.

22   Q.    That's right.  Okay.  So that's going to

23   be -- okay, yeah, there we have about 10,800, I

24   believe.

25   A.    There's more weeks than four in some months.



1    Q.    Okay.  Sure.  So it looks -- but do you know

2  why the -- you mentioned you didn't have any stock

3  interest in 316 -- why this was set forth in a

4  self-employment tax?

5    A.    I have no idea.

6    Q.    Was that because you had been issued a 1099

7  or independent contractor and so you were treating your

8  income there as being an independent contractor?

9    A.    Like I said, my -- I don't do my taxes.  I

10  just give my receipts and stuff to my tax lady, and she

11  does the taxes.  That's all I know.

12    Q.    Okay.  So --

13    A.    Other than that, I don't know nothing about

14  these taxes.

15    Q.    Okay.  So you don't know whether or not

16  you -- for purposes of your 316 income, you can't deny

17  that you declared that to be self-employment income and

18  not employment that would have been a wage from a

19  different company.

20    A.    Correct.

21    Q.    Okay.  That's why it's not up there in the

22  40,507 line.

23    A.    I suppose.

24    Q.    Okay.  Have you filed taxes for 2022?

25    A.    I don't need to answer that.  I don't have



1  to answer that.  I prefer not to answer that.

2        Q.    Do you have a copy of your returns and you

3  just haven't produced them?

4        A.    I have a copy, yes, sir.

5        Q.    Of 2022?

6        A.    Yes, sir.

7        Q.    Okay.  Would you please -- we have asked for

8  those in discovery.  Can you make sure to supply a copy

9  to your counsel?

10       A.    Sure.

11       Q.    Okay.  Do you know about when you may have

12  filed those taxes?

13       A.    I have not filed.

14       Q.    Okay.  Are you operating under an extension?

15       A.    What does that have to do with anything?

16       Q.    I'm just asking whether you're expecting a

17  different deadline for your taxes.

18       A.    I don't want to talk about my taxes.

19       Q.    So right now you won't testify to whether

20  you have an extension.

21       A.    I believe I have an extension, but I'm not a

22  hundred percent sure.  I don't want to sit here and lie

23  to you.  I just know that I have not paid the taxes,

24  and that's all I know.

25            MR. HANDSCHUH:  Okay.  Well, thank you very



1   much, Mr. Brindley, for your time.  At this point,

2   no further questions.

3           THE WITNESS:  Thank you.

4           MR. HANDSCHUH:  Then, Sean, I think for the

5   last one, waiver of signature?

6           MR. SHORT:  We'll read and sign.

7           MR. HANDSCHUH:  Okay.

8           (Deposition concluded at 4:58 p.m.)

9                       -  -  -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1              E R R A T A   S H E E T

2

3         Pursuant to Rule 30(e) of the Federal Rules of
Civil Procedure and/or O.C.G.A. 9-11-30(e), any changes
4  in form or substance which you desire to make to your
deposition testimony shall be entered upon the
5  deposition with a statement of the reasons given for
making them.

6

7         To assist you in making any such corrections,
please use the form below.  If supplemental or
additional pages are necessary, please furnish same and
8  attach them to this errata sheet.

9
                              - - -
10

11         I, the undersigned, KEVIN BRINDLEY, hereby
certify that I have read the foregoing deposition and
12  that said transcript is true and accurate, with the
exception of the following changes noted below, if any:

13

14

15  Page_____/Line_____/Should Read:_____

16  _____

17  Reason:_____

18

19  Page_____/Line_____/Should Read:_____

20  _____

21  Reason:_____

22

23  Page_____/Line_____/Should Read:_____

24  _____

25  Reason:_____



1   Page_____/Line_____/Should Read:_____

2   _____

3   Reason:_____

4

5   Page_____/Line_____/Should Read:_____

6   _____

7   Reason:_____

8

9   Page_____/Line_____/Should Read:_____

10  _____

11  Reason:_____

12

13  Page_____/Line_____/Should Read:_____

14  _____

15  Reason:_____

16

17  Page_____/Line_____/Should Read:_____

18  _____

19  Reason:_____

20

21                          _____
                            KEVIN BRINDLEY,

22  Sworn to and subscribed before me,

23  _____, Notary Public.

24  This _____ day of _____ 2023.

25  My Commission Expires:_____.



```
1              C E R T I F I C A T E

2

3   STATE OF GEORGIA:

4   PAULDING COUNTY:

5

6           I hereby certify that the foregoing

7       transcript was taken down, as stated in the

8       caption, and the questions and answers thereto

9       were reduced to the written page under my

10      direction and that the foregoing pages 1

11      through 102 represent a true and correct

12      transcript of the evidence given.

13          I further certify that I am not of kin

14      or counsel to the parties in the case, am not

15      in the regular employ of counsel for any of

16      said parties, nor am I anywise interested in

17      the result of said case.  The witness did

18      reserve the right to read and sign the

19      transcript.

20          This, the 19th day of October 2023.

21

22

23

24      _____
        CYNTHIA B. GATEWOOD, CCR-B-1400
25
```



1                          DISCLOSURE

2    STATE OF GEORGIA:
     COUNTY OF PAULDING:
3
                    Deposition of KEVIN BRINDLEY
4
             Pursuant to Article 10.B of the Rules and
5    Regulations of the Board of Court Reporting of the
     Judicial Council of Georgia, I make the following
6    disclosure:

7            I am a Georgia Certified Court Reporter.  I am
     here as a representative of Regency-Brentano, Inc.
8

9            I am not disqualified for a relationship of
     interest under the provisions of O.C.G.A. §9-11-28(c).
10

11           Regency-Brentano, Inc., was contacted by Esquire
     Deposition Solutions to provide court reporting
12   services for this deposition.

13
             Regency-Brentano, Inc., will not be taking this
14   deposition under any contract that is prohibited by
     O.C.G.A. §15-14-37 (a) and (b).
15

16           Regency-Brentano, Inc., has no exclusive
     contract to provide reporting services with any party
17   to the case, any counsel in the case, or any reporter
     or reporting agency from whom a referral might have
18   been made to cover this deposition.

19
             Regency-Brentano, Inc., will charge its usual
20   and customary rates to all parties in the case, and a
     financial discount will not be given to any party to
21   this litigation.

22

23

24
                         CYNTHIA B. GATEWOOD, CCR-B-1400
25                       Date:  September 29, 2023



**$**

**$25,941.85**
  88:24

**$40,507**
  94:22

**$900**
  50:3
  51:24
  52:6

**1**

**1**
  7:20,25
  30:15

**10**
  94:11

**10,000**
  28:10,17
  36:13
  48:1,8,11

**10,800**
  97:23

**100**
  17:18
  23:19
  34:8,24
  35:1
  96:15

**1040**
  94:22
  96:2,10

**1099**
  35:25
  38:22,23
  40:15,22,
  24 41:1,
  3,4,7,8,
  17 42:8,
  11 98:6

**10K**
  36:13

**11,000**
  97:11

**11,480**
  96:19
  97:2,9

**11:15**
  92:16

**12**
  88:10
  89:13

**12-hour**
  88:9

**12:00**
  52:4 91:2

**15**
  92:17

**155**
  8:8

**159**
  10:9

**17**
  78:9

**18**
  11:5
  12:18
  59:1,3
  91:1

**18-wheeler**
  43:17
  44:8

**19**
  75:13
  87:21

**195**
  10:4

**1979**
  10:23

**2**

**2**
  59:1,4
  62:19

**20**
  89:3,6
  90:22
  91:16

**2000**
  17:17

**2011**
  14:9

**2012**
  14:9

**2016**
  12:7,11
  13:5,22

**2017**
  13:5
  17:18,19

**2018**
  17:17,18,
  21,22

**2019**
  17:22
  88:3

**2020**
  10:2

**2021**
  22:21
  23:24
  24:15,17
  26:18
  27:20
  29:15
  37:4
  38:10
  48:22
  77:21
  94:15,18

**95:2,5**
**96:24**
**97:11**

**2022**
  66:14
  78:9 88:3
  94:16
  98:24
  99:5

**21**
  61:15

**22-cv-103-
rws**
  4:15

**23**
  85:4

**24**
  75:10,14
  87:21

**24/7**
  69:20
  71:2

**26**
  72:23
  92:1,7

**26,000**
  28:17

**27**
  78:3

**28**
  85:4

**29th**
  10:23

**3**

**3**
  22:13,17
  24:4 27:6
  30:3,8,13
  32:23

**37:15**
**42:6**
**43:6,11**
**58:23**

**3,600**
  97:17

**30**
  34:9
  69:3,4,6,
  7,11

**30-mile**
  69:8

**316**
  4:12
  18:14,20
  20:18,19
  21:1,3,7,
  18 22:5
  29:9
  32:23
  36:3 37:7
  41:10
  42:22
  47:22
  49:3,15
  53:21
  55:18
  56:9
  57:10,25
  58:14
  61:22
  62:3
  63:25
  65:1,11,
  21 68:14,
  18 71:22
  82:15
  84:14
  85:6
  87:12,18
  88:3
  92:12
  94:5
  95:1,4
  96:7



97:8,10,
13 98:3,
16

**316's**
27:23
69:15

**3541**
77:22

**37055**
8:9

---

**4**

**4**
26:18
35:24
39:4
58:22,24
72:22
75:6 85:3
87:19

**40**
88:2,25
89:5
90:23
91:20

**40,507**
95:23
98:22

**41**
89:23

**45**
89:23,24

**4500**
47:23
85:19
86:17

**4th**
24:15
27:20
29:15
37:4 38:9

48:22

---

**5**

**5**
23:23
36:12
37:14,25
40:8,9,
13,18,20,
21 41:11,
18 42:13
43:6,9,13
44:21
45:15,16
77:21
78:19,24
90:3

**50**
35:8 54:7
55:13
83:13,17

**500**
55:16

**515**
9:3,8

**5:30**
67:14
91:3

**5th**
22:20
24:17

---

**6**

**6**
40:14
75:6,14
77:8
89:10

**60**
88:5,8,10

89:5
90:22

---

**7**

**7**
75:10
87:20,23

**7,200**
97:18

**75**
81:22

---

**8**

**8**
88:17
96:18

**80**
20:3

**87**
91:20

---

**9**

**9**
46:12,14
91:11,12

**900**
50:9,19
97:14

**950**
53:10,13
54:13

**9:00**
92:17

---

**A**

**a.m.**

67:14
92:16

**accept**
34:10,12
49:2
80:10
81:15
85:2

**acceptable**
70:16

**accident**
32:8

**account**
84:4

**accuracy**
79:4

**accurate**
78:13
79:2

**acknowledge**
27:11

**acknowledged**
27:22

**acknowledging**
28:2

**acting**
60:12
61:10

**action**
4:14 7:24
8:5 11:22
41:14

**Addendum**
48:15

**addition**
6:18
93:15

**additional**

57:3 65:8
90:4

**address**
8:7,17,
21,25
9:8,11,
14,15,19,
24 10:3,
8,13
11:12
67:6

**addresses**
11:14

**admission**
58:25
59:3
61:15
62:19
72:23
75:8,14
85:4
87:20

**admit**
59:7 85:6
88:1

**admitting**
75:16

**advances**
33:2

**advise**
65:23

**affirmative**
18:10
84:19

**age**
11:5
12:18

**agent**
95:15

**agree**
6:24
46:20



49:2

agreeable
6:12
38:24

agreement
7:7 37:19
38:4
41:10
46:21
48:16
49:11
63:24

ahead
42:16
44:1
53:25

air
69:7

alcohol
5:24

alleging
90:19

allowed
85:18

Alternative
46:13,17

American
46:24

amount
50:23
51:13
71:9
78:13,17,
25 82:23
91:18
94:22

amounts
88:21

and/or
32:8

anymore

26:3

anytime
75:20

app
53:1
71:14

appears
26:12
30:13

applicant's
26:12

application
21:18,22
23:1,15
24:12,19,
20 28:7,
25 29:7,
8,13
32:20
33:8 37:6
42:18
44:18
51:6
86:22

applications
33:16
61:21
62:2

applied
24:4

apply
36:22

approval
64:14

approximately
89:24

arbitration
46:22,24
47:6,13

arbitrator
47:15

area
68:11,13,
21 69:1
70:5,6,
19,20
71:25
72:2

areas
71:20,23

arrested
11:8,10

arrests
13:12
15:14

arrive
26:6

arrived
67:1

asks
30:14
31:4
36:12,21
85:6

assault
12:11
13:10
14:20

assigned
59:14,16
60:2

assignments
49:3
61:22
62:2
80:10

assist
56:13

assistance
68:15

Association
46:24

assume
61:9

assumed
5:6

assuming
60:10

assumption
61:13
63:16

asterisk
26:7

Atlanta
46:24

attempt
65:23

attempts
74:14

attended
16:10
17:10

attention
20:17
39:7
40:17
45:14
48:13
58:24
75:5

attorney
4:11,17
37:21
39:16
41:14
47:9,10
54:21

authorized
31:6

automotive
34:9

average
34:13

aware
71:4
94:14

awkward
7:10

_____

B

B-R-I-N-D-
L-E-Y
4:9

back
9:24
11:11
12:17
17:21
20:18
23:6 24:6
26:21
28:8
40:17
42:19
45:14
46:12
54:10
58:24
62:18
67:17
75:5
85:12,13,
19 86:12,
14 87:17
96:2

background
15:20

backwards
8:19

based
23:15
33:8 48:5
60:4,5,18



61:9

**basically**
62:14
70:9
72:24
85:12
86:10
89:3

**basing**
63:20

**basis**
34:6 35:2
60:16
90:18

**battery**
56:24

**begin**
68:5

**beginning**
8:18

**begins**
26:7
28:24

**behalf**
19:2 40:2
59:14,16
60:3,12,
13 61:10
88:19
95:15

**belief**
62:23

**believing**
35:2

**benefits**
55:18

**big**
34:12
69:2
80:22
81:11

**binding**
46:22

**birth**
10:22

**bit**
67:8

**blank**
35:9

**Block**
96:13

**bonus**
55:25

**bonuses**
55:21
56:5

**born**
17:22

**bottom**
27:18
30:6
48:20
49:7 59:1

**break**
6:19 9:22
11:18
44:12

**Brent**
17:25
18:5,16

**briefly**
7:21

**Brindley**
4:6,9,10
87:17
100:1

**bring**
39:6
64:14
85:12,13
86:12

**bringing**
20:17

**broke**
56:13

**brought**
22:20

**Brown**
17:25

**brushed**
21:8
65:22
66:4

**bubble**
72:12

**bucks**
54:6
55:16

**business**
33:9,10,
11 43:3,
17 44:8,
11,19
46:5
73:8,12

**buy**
72:12

───────────

───────────

C

───────────

**call**
60:7
65:14
68:24
70:8,14,
15,21
71:10,11,
18,24
72:17
73:10,25
75:3,21
77:22
78:17

79:8,13
84:1 86:2
89:23
90:12
91:8,10
92:13,15,
16

**called**
6:6 52:21
57:14,16
65:17

**calls**
52:23,24
56:18,19,
20 71:5
74:16,20
78:5,14,
24 79:1,
7,9
80:11,12
81:6,9,
10,15
82:4,23
90:2,5,10
91:7
92:2,6

**cancel**
80:11

**capturing**
74:19,21
77:2

**car**
44:12
73:11
74:5

**card**
73:12
82:20
83:21,25

**Carolina**
82:7

**Carolinas**
82:13

**carrier**
25:2
34:17
35:3,16,
19 49:10

**carriers**
25:17

**case**
62:6

**cash**
83:15,18

**catching**
32:5

**causing**
6:2

**cell**
84:8,11

**certificati
ons**
16:12
17:7

**Chain**
60:15

**chance**
7:24
15:15
22:17
27:15
38:1
39:6,9
40:10
42:7
54:17

**change**
54:1

**changed**
55:7
67:9,17

**charge**
14:11,21

**charges**



12:20,21
13:11
14:20
15:22

**check**
20:16
29:18,21,
24 30:10
32:14
36:10
53:19,22
54:6,8,15
65:15
68:2
93:18

**checked**
30:16,19
31:8
32:1,12,
18 33:3
36:7,17,
23

**checklist**
28:25
29:7,13
74:24

**checks**
34:14
62:25
63:18
64:6

**children**
11:3

**Chime**
84:3,10,
13

**chips**
72:12

**choose**
73:24

**chose**
71:1
72:15

93:1,3,4,
22

**chosen**
87:9

**chronology**
8:15

**Cindy**
6:5,9

**circle**
9:24
69:12,13,
14

**circled**
86:22

**circumferen**
**ce**
69:8

**circumstanc**
**es**
6:2

**cited**
30:14

**Civil**
4:14

**claimed**
89:12

**claims**
47:4
88:19,20

**clarificati**
**on**
31:17

**clarify**
5:14
13:14

**classificat**
**ion**
49:19

**classified**
94:1

**classifying**
28:13

**clean**
74:5,12

**clear**
35:13

**clock**
93:12,13

**clock-in**
75:2
92:19
93:9

**clock-out**
75:2
92:19
93:9

**close**
21:3

**closer**
55:9

**clubs**
82:18

**coexist**
97:12

**collect**
82:16,22
83:3

**collected**
83:6,13

**collecting**
82:22

**college**
16:10

**column**
89:18

**command**
60:15

**commercial**
17:10
43:4,7

**common**
49:10

**communicati**
**ons**
39:16

**companies**
34:10,11
68:15
87:2,12

**company**
16:19
17:2
19:4,22
20:7,14,
15,21
22:1,24
34:5,18
42:21
60:6 84:7
95:17
98:19

**compensate**
52:6

**compensated**
52:10

**complete**
14:16
33:1
52:20
71:14

**completely**
5:19

**completing**
71:11
75:21
79:1

**compliance**
26:25
27:7,18,
23 28:2,3
92:25

**complicated**

88:11

**conclusion**
35:22

**condition**
5:22

**confirm**
60:16

**conflict**
25:19,24,
25 26:2

**connected**
84:10

**considered**
64:24
69:3

**consistent**
84:16

**consistentl**
**y**
88:4

**contacted**
66:6,10,
12

**continuing**
26:5
46:11

**contract**
38:22,23
40:15,22
41:1,8,17
42:8,11
49:8

**contractor**
28:25
29:13
31:5 32:7
35:25
36:17,22
37:8,19
38:4,13,
19 41:10



45:20,23
46:2,5
47:22
48:15
49:2,8,16
94:2
98:7,8

contractors
32:24

contracts
32:25

controlled
61:20

convened
46:23
47:4

conversate
72:25

conversation
7:4 41:24
45:8 60:4

conversations
58:19
62:6,12

conveyed
88:18

convicted
14:13

convictions
11:18
12:8,10
15:3,8

copy
27:23,24
37:18
38:3
54:18,24
94:15
99:2,4,8

correct
8:22
20:19
22:24
24:17,25
29:16
30:9,17
31:8,9
32:13
34:18,19
35:16,17
36:8,11,
20,24
38:1,2,3,
11 41:20
42:14
44:9
45:24
46:7
51:14,17,
21 53:9
54:11
56:4,25
57:7,8,
20,23
59:9,10
60:12
61:14
62:21
63:22,25
68:16
70:2
71:12,15
72:18
73:6
75:19
76:3
77:25
78:1,25
79:10
81:2,4,
16,20
86:3
87:10,24
88:6
89:4,8
90:13

91:21
93:2,13,
14 94:6,
20 95:6
98:20

correctly
95:1

correspond
58:8

corresponded
77:24

couch
42:11

counsel
88:19
99:9

counter
50:11

court
4:22 6:6
8:8,23
9:9,16
13:24
47:14

cover
51:24

coverage
68:11,13,
14,17
70:4 72:2

covered
68:18

COVID
85:13,24

created
53:21
71:13

credit
82:19
83:25

Creekstone
8:8 9:9

criminal
15:19

CROSS-
EXAMINATION
4:4

current
8:7 19:24

customer
82:19
83:5,7
85:8

customers
56:16
82:17
83:15

_____

D

_____

D-1
7:16

D-10
94:7

D-3
22:9

D-4
39:1

D-5
37:10

D-6
77:4

D-8
88:13

dad
79:24

daily
26:25
27:6,23
32:25

33:6
74:24
75:1

damages
90:19,20
91:23

date
10:22
13:24
14:8
24:11,14
77:25
78:9

dated
26:18
27:20
29:15
37:4 38:9
48:22

day
21:15,22
23:21
42:17
78:4,5
89:12,13

days
21:24
42:19
54:8 88:9

deadline
99:17

deal
45:1,4
58:8

dealing
22:5,6

dealt
22:7
44:23
49:22
58:12,13

December



97:21

**decided**
42:17
70:9 73:4

**deciding**
22:4

**decision**
23:14
25:24
26:1

**decisions**
62:1,14,
15 63:2,
19

**declared**
98:17

**dedicated**
20:1

**deductions**
55:12

**deemed**
54:3

**Defendant**
4:12
61:25

**defendants**
75:25

**delivery**
49:9

**demand**
88:18

**denied**
59:11
61:24
75:15
85:9,10
88:4

**deny**
80:12,19
98:16

**depart**
25:25

**Department**
16:25

**Depends**
76:10

**depiction**
78:13

**depo**
37:20

**deposition**
4:15 6:7
7:22 55:1

**derive**
19:20

**derived**
41:22

**describe**
55:23
56:11
69:2

**deserved**
90:21

**determine**
5:13

**determined**
49:23
88:24

**determining**
49:22

**devoted**
43:3

**diameter**
69:9

**Dickson**
8:8,13
9:8

**ding**
75:3,4

**direct**
58:24

**directly**
4:17
20:13

**dirty**
76:10

**disagreement**
7:6

**disciplined**
85:7

**discovery**
99:8

**discuss**
44:14
50:18

**discussed**
51:15
64:13
65:19
89:9
90:14

**discussion**
6:7 51:5

**dishonesty**
15:4

**dispatch**
84:2

**dispatched**
80:15
82:10

**disposal**
93:16

**dispute**
46:13,17,
21

**disputes**
47:15

**distinction**

80:25

**distracted**
6:3

**District**
4:14

**divorced**
11:1,7

**docked**
81:8

**document**
8:2 22:14
27:7,18,
22 28:2
29:6,12,
18 34:25
37:15
38:22
39:5,11,
13 41:3,5
44:15
48:20
77:11
80:9
81:14
94:11

**documentation**
87:3
93:20

**documented**
92:8

**documents**
34:6,21,
23 35:4,
15,21
42:6 60:4
62:5 63:6

**Dodge**
47:23

**dollar**
54:12

**dollars**
53:11

**DOT**
36:15

**double**
97:17

**doubt**
79:3 92:5

**downtime**
70:1 74:4

**drama**
25:21

**draw**
58:23

**drawing**
40:17

**drive**
10:3,4
47:22

**driver**
19:16
20:18
25:21
29:9 31:5
32:7 56:8
57:7,13,
14,15,19,
22,25
63:11,25
64:14,19,
22 82:15
83:2
84:22
86:14
87:18
92:14
94:2,5

**driver's**
16:14,15
26:25
27:6 33:6
43:5,7



**drivers**
25:19
32:25
61:2
64:24
86:15

**drivers'**
32:25

**driving**
17:10
30:14
71:10
74:20
75:21
92:6

**drove**
80:16
81:12

**drug**
12:21
13:11
14:20
21:25
23:8
32:9,15,
16,20
42:18

**drugs**
5:24

**due**
25:23
90:24

**DUI**
14:10,21

**Dustin**
17:25
18:7,16
21:2,11
57:10,12,
17 58:3,6
60:25
63:9
64:19

65:10
66:8,9,20
67:2

**duties**
56:3,12
57:4
61:21
62:2 64:3
65:8 83:2

——————————

——————————
**E**
——————————

**earlier**
5:14 21:2
81:14
85:1 89:9
90:14
92:24

**early**
22:20

**earned**
97:10

**earning**
19:23
97:14

**earshot**
63:4

**eat**
71:17

**education**
16:8

**EFS**
33:2
34:2,11,
14

**elaborate**
7:14

**Eleventh**
16:9

**Eli**
21:6,11,

15 22:5,
7,21
44:22
49:24,25
54:1
58:4,5,9
59:12,14,
16,18,20,
25 60:2,
6,7,13
61:5,10
62:1,8,
14,15
63:13
64:13
67:20
72:1
73:13
79:13
85:11

**ELLIOTT**
26:23

**email**
54:8,19

**employed**
18:25
19:2
87:12

**employee**
49:19
59:8
65:21
77:1

**employees**
79:16

**employees'**
76:2,12
79:14,21

**employers**
25:11

**employment**
47:21
76:19

84:14
98:18

**end**
36:1,21
38:5
71:16,21

**ended**
85:14

**entire**
18:15
82:22
84:17

**entirety**
94:5

**entitled**
29:12
30:22
45:19
46:13
48:15
89:2

**entity**
16:21
33:13
49:10

**entries**
78:21

**equals**
89:24

**equipment**
28:14
47:21

**errand**
70:11
72:15

**errands**
72:6

**estimate**
90:20,23
91:23

**everything'**
s
53:1

**exact**
14:8 48:9
54:14

**exclusively**
22:5

**excuse**
4:7 36:1
97:16

**exercise**
81:18

**exhibit**
7:16,20,
25 22:9,
13,17
24:4 27:6
37:10,14,
15,25
39:1,4
40:18,19,
20,21
41:11,18
42:6,13
43:6,9,11
45:15,16
58:22
72:22
75:6
77:4,8
85:3
87:19
88:13,17
89:10
94:7,11

**expecting**
51:3
99:16

**experience**
35:14

**explain**
49:21



72:20
83:21
85:9 88:7

**Express**
33:11,13
34:1,7,22
35:4,19
42:25
44:4
76:15,16

**Express's**
33:15

**extending**
52:17

**extension**
99:14,20,
21

**extent**
61:25

———————

**F**

———————

**F-O-R-T-E-M**
20:10

**fact**
92:1

**facts**
62:5

**failure**
14:1,2,5

**fair**
21:17

**fairly**
21:3

**familiar**
20:4
28:9,16
29:22
77:16
88:20

**family**
6:2

**father**
79:18

**February**
17:22

**federal**
46:5

**feel**
5:2 6:14
7:13 22:1
33:8 40:4
43:17
90:21

**feels**
54:7

**felonies**
14:17
16:3

**felony**
11:18
12:8

**File**
4:14

**filed**
65:20
98:24
99:12,13

**fill**
24:24
39:18
42:18
96:9

**filled**
21:21
24:24
29:18
42:1

**final**
23:16
39:21

61:25
62:7,15,
17,20
63:15,19

**finally**
36:21

**find**
9:19
26:23

**finish**
6:8,15
16:7

**finished**
22:15
27:10
37:16
40:11
77:9
78:21
87:22
94:12

**fired**
25:12

**firing**
64:10

**firm**
96:10

**flatbed**
80:23
81:1,12

**flip**
7:21 24:5
26:20
40:18
61:17

**flipping**
28:22
35:7

**food**
31:5

**forbidden**

43:24

**forgery**
15:12

**form**
6:24
35:25
36:1,2

**formal**
4:21

**forms**
33:22
35:8

**Fortem**
20:4,9
95:10,19

**forward**
27:2,3
46:12

**found**
20:25

**Franklin**
19:8

**fraud**
15:8

**free**
5:2 6:14
7:13 40:4
49:2
70:7,8
81:15

**freely**
80:10

**Friday**
67:12

**friend**
14:25

**friends**
21:4,5
73:16,18,
21

**fuel**
72:9

**full**
36:5

**fully**
5:8

———————

**G**

———————

**gas**
56:24

**gave**
41:25
42:20
66:10
72:16

**general**
48:5

**generally**
81:22

**generate**
77:17

**Georgia**
4:14
8:14,23
10:2,11,
15,17
20:21
46:24
68:18

**gig**
19:22

**give**
6:15 8:16
9:11
15:15
27:15
42:24
54:13
66:21
67:16
73:11



76:24
90:25
98:10

**giving**
7:23 8:4
64:19

**gotcha**
59:2

**government**
16:13,17

**GPS**
71:9

**grade**
16:9

**graduated**
16:5

**gross**
28:10
36:13
48:1

**guess**
38:24
40:23,24
43:8,20
44:2

**gum**
72:12

**guy**
18:3

**guys**
26:3

**GVW**
28:10

―――――――――

**H**

―――――――――

**half**
24:5 42:4
83:19,20
84:23,24

**hallway**
58:20

**hand**
45:6

**handbook**
22:23
42:20

**handed**
28:8 64:6

**handful**
90:10

**Handing**
22:12
37:13
77:7
88:16
94:10

**handle**
68:14

**handled**
74:15
90:11

**Handschuh**
4:5,11
6:22 7:3,
18 12:5
22:11
26:24
27:3,4
37:12
39:3
75:9,12
77:6
87:14,16
88:15
94:9
99:25
100:4,7

**handwriting**
24:11,20
29:19,20

**handwrote**

26:15

**hang**
73:11

**happen**
17:24
41:13

**happened**
73:20
81:17

**he'll**
65:14

**head**
7:5,6
15:21
20:5

**hear**
6:18

**heard**
20:11

**helped**
24:23

**Hemphill**
17:13,15,
24 18:12,
13,21,22,
23 19:14
25:7
94:25
95:5,16,
17,18

**hereunder**
49:12

**high**
16:5

**high-level**
77:19

**higher**
60:7

**hire**
55:24

56:6
96:10

**hired**
18:18
21:16,20,
22 22:5,8
23:14
32:15
37:7
42:19
44:22,23
49:15
50:2

**hiring**
45:2
64:10

**hisself**
57:14,16
64:8 65:6

**history**
11:17
25:2,5
28:20

**hitting**
71:14

**Hold**
9:6

**home**
23:11
70:9
71:16
85:19

**honest**
29:23

**hour**
76:11,12,
22 89:23

**hours**
20:3
52:8,10,
13 86:23
88:2,5,8,

25 89:3,
13,21,25
90:4,22
91:1,16,
19,20
92:1,7,
17,21
93:5,17

**HR**
20:4,9
95:10,19

**human**
73:14

**hundred**
50:15
54:6
55:14
65:5
99:22

**hustle**
19:22

**Hyde**
17:25
18:7,16
21:2
57:10,13,
17 58:3,6
63:9
64:19
65:3,10

―――――――――

**I**

―――――――――

**idea**
33:14
64:11,12
65:9 73:8
88:24
95:14,19
98:5

**identificat
ion**
7:17



22:10
37:11
39:2
47:21
77:5
88:14
94:8

identified
25:4 76:1

identify
43:5,12
44:4

ill
85:24

immediately
5:10

incentives
55:18

inch
42:1

incident
12:14

include
83:14

included
96:5

Includes
26:8

including
32:25

income
19:20
94:21
96:18
98:8,16,
17

incorrect
36:9,10
37:1
43:13

independent
28:25
29:12
31:4
32:6,24
35:24
36:16,22
37:7,19
38:4
41:10
45:19
46:5
47:22
49:16
94:2
98:7,8

individually
17:2,3

individuals
18:9

industry
28:20
34:9
35:14

influence
5:24
13:15
30:15

information
22:23
23:11
39:19
42:21,24
63:8
66:11
67:5

initial
49:22

initialed
38:5 46:8
48:24

input

41:23
74:23

inside
68:21

instance
85:23

instances
14:6
15:14

instructs
37:23

insurance
68:15

intended
38:18

intent
45:22

interest
9:23 39:8
55:21
98:3

interested
66:3

interrogatories
75:8,9

Interrogatory
40:9

interviewed
39:18,20

introduce
39:4

introduced
21:6

introduction
6:25

invoice
53:18,20

54:8,11,
13,15

invoices
53:15
54:1,17
55:6

involve
43:4

involved
39:22
64:9
67:21
83:21

issue
6:19,23
17:1,2
61:16

issued
16:16
17:5 84:7
95:13
98:6

_____

J

_____

jail
13:25

Jeremy
4:10

job
23:17
36:14
41:6
50:25
56:11
57:3
59:20
70:8
75:18
79:20
81:1
86:12

jobs
19:24
32:15
56:15
64:3
76:21
90:11

Johnson
17:25
18:5

join
65:24

judge
4:20

_____

K

_____

K-E-V-I-N
4:9

Kevin
4:9

kids
65:15

kind
11:16
14:15
21:7,12
22:1
25:12,13
30:11
65:22
66:4 68:1
73:9
95:15
96:11

kinds
42:1

knew
37:6
49:14
57:17
64:21



93:20

knowledge
   34:21
   48:5 54:2
   64:10
   86:18

Kudrin
   44:22

_____

        L

lady
   98:10

language
   49:12

large
   42:16
   43:2

late
   52:16,17
   54:5

law
   46:6

lawsuit
   4:13
   47:2,16
   65:18,19,
   24 66:17,
   20 89:2
   90:19,20

lead
   44:18

learn
   91:25

learned
   28:19

Lease
   37:19
   38:4

leased

20:6
49:12

leave
   26:1

left
   18:19,23
   29:12
   35:9
   65:11
   66:6 72:4

legal
   4:21,22

license
   13:20
   14:3
   16:14,15,
   24 17:11
   43:5,7

licensed
   14:5

licenses
   16:12
   17:5

lie
   99:22

life's
   65:15

Light-duty
   34:12

likewise
   32:6

limitation
   68:19
   70:13

limited
   82:21
   83:10

lines
   29:23

Lisovskiy

4:13
59:8,11,
12,14,17
60:3
61:20,25
62:7

litigation
   54:16
   94:15

live
   8:12
   10:2,7,
   12,17

lived
   8:10,17,
   20,21
   9:4,13,
   15,18
   10:15,19
   21:3

LLC
   20:4

load
   49:3

loads
   85:2

local
   81:25
   82:2

located
   19:7

location
   16:2 68:8

lockout
   56:23

lodging
   31:6

log
   26:25
   27:6,18,
   23

logbook
   36:15
   71:5
   86:23
   93:17

logbooks
   87:2

logged
   68:5,7
   69:20
   70:24
   71:1

logging
   71:8

logs
   32:25
   33:6
   71:5,7
   87:1
   92:21

long
   8:10,17
   9:4,13
   10:12
   14:25
   18:7 70:4
   72:16
   76:9,21
   84:13,22

longer
   21:5

looked
   20:24
   44:7

lot
   30:10
   35:8

lowballed
   50:7,10

lower
   50:11

lunch
   71:17

lying
   15:10

_____

        M

made
   22:3 26:1
   62:1,14

mail
   66:17,24

mailing
   66:19
   67:1

mailings
   66:24

main
   56:11

maintain
   87:1 93:5

major
   13:18
   22:3

make
   14:16
   19:21
   21:8 23:4
   35:13
   41:16
   63:23
   99:8

makes
   43:17
   63:19

making
   62:15
   63:2

Maksim
   4:12
   58:16



man
33:14
63:18

manager
57:13,14,
16,22
59:19
62:1
64:20,22

managers
57:25

mandatory
14:10

manner
49:19

manual
27:23
92:25

March
10:23

marijuana
12:20
13:11,15

mark
36:10

marked
7:16,20
22:9,13
29:18
31:12
37:10,14
39:1
77:4,7
88:13,17
94:7,10

marks
29:21,24
30:10,11
32:14

married
10:24

match
7:12

matches
24:16
96:3

materials
22:23
42:20

matter
35:20
40:1
69:24
70:3
88:20
91:23

Max
45:1,4,12
58:16
59:9,12,
19,21,24
60:6,12
61:7
62:8,9,
11,15
63:14,24
64:1,2,7,
8,9
79:18,24
86:18

Max's
79:18

meaning
15:1
21:19
54:17

means
28:10
36:3 71:8

meant
47:3

mediation
46:22
47:2

medical
5:22

meeting
21:25

mentioned
22:22
53:8
70:19
98:2

message
54:10
79:7 86:6

met
21:11,15
59:19

method
47:14
90:24

Metro
16:17

middle
31:1

midnight
52:5
67:11,17

mile
81:22

miles
69:3,4,6,
7,11
81:22

mind
5:18
25:23
26:22
66:5

mine
23:14
27:1

minus
89:5

90:23

minutes
89:23,24
92:17

misdemeanor
12:10,20
13:11,12
14:11,20
15:22

misdemeanor
s
12:16
16:2

missed
13:24

mistakes
31:19,20

mixture
94:24

MMM
33:11,13,
15,25
34:7,22
35:4,19
42:25
76:15,16

moment
6:15 7:20
22:14
48:16

Monday
23:18
67:12

money
19:23

month
21:14
23:5,6,
13,17
53:11,12
67:15,16
90:25

91:13,15,
19 97:14,
17

months
51:1,16
53:13
67:13
97:12,25

morning
67:14

motor
25:2
34:17
35:3,15,
19 49:11
82:18

motorists
56:13

move
21:8 22:3

Moving
25:1
35:24
61:15

multiple
12:20

multiples
11:13

MVR
13:17,18

———————

N

———————

named
57:21

names
76:14

Nashville
11:23
12:12,24
16:17,25



19:3,8,11

nature
57:1
73:14
86:8

nearby
68:17

necessarily
56:2
67:25

needed
50:25
58:6
81:12

negative
42:19
44:5
80:24

negatively
20:5

net
97:1

network
72:19,20
73:7

networking
73:9
74:14

night
67:13

nod
7:5

nonconsensual
16:19

noon
52:4
67:11,14,
17 69:23

normal

7:4

North
82:7

Northern
4:13

note
78:8

notice
7:22 8:5
66:16

November
97:21

number
4:14 7:16
8:25 16:2
22:9
30:3,8,
13,15
35:24
36:12
37:10
39:1
40:9,13
44:21
46:14
50:6
54:14
58:25
59:4
62:19
66:22
75:6,14
77:4,22
85:4
87:20,23
88:13
94:7 96:3

numerous
54:11

―――――――

O

―――――――

object

50:22

objections
6:24 94:1

obligation
4:22

obtain
7:8

occasionall
y
65:14
70:22
71:19

occur
51:3,5

occurred
64:4

occurring
60:17

occurs
7:9

October
22:20
23:23
24:15,17
26:18
27:20
29:15
37:4
38:10
48:22
66:14
77:21
78:9,19,
24 90:3
97:21

offense
14:14

offered
55:20

offhand
13:1

office
39:16
45:9
67:24
68:1,3
69:16

onboard
64:15

onboarded
49:15

onboarding
21:19

onsite
74:20

operate
16:18

operating
99:14

opinion
34:5
35:20
40:5

opportunity
65:24
85:2 93:1

organizatio
n
16:13
17:8

originally
8:20
67:11

outright
25:12

overage
83:22

overages
82:22,24
83:15

overheard

60:5 63:1

overtime
89:2
90:23
91:15

owned
86:17

owner
59:12,25
60:6,11,
14,18
61:10
62:17,20

ownership
55:21
62:16
63:15

owns
16:22,23
33:14

―――――――

P

―――――――

p.m.
91:2

pack
72:12

packet
23:5,7,8,
15,22
27:25
28:5 29:8
33:17
35:7
39:14
41:25

pages
24:5,23
26:5 27:2
35:8

paid
66:5



82:19
99:23

**paperwork**
33:1

**part**
13:23
23:14
29:8  56:2
83:1

**participate
d**
47:16

**participati
ng**
47:2

**parties**
45:23
46:20
49:1

**party**
47:3

**pay**
14:3
49:22,23
54:2  81:9
82:19
83:24,25

**paycheck**
19:21
51:10,12

**payday**
50:13

**paying**
83:15

**payment**
34:11,13
83:5,6
94:25
95:15
97:13

**payments**

20:12
82:16
96:6

**payroll**
20:15
95:17

**pays**
32:24

**pending**
4:13

**people**
7:5  34:22
35:5
56:20

**People's**
44:12

**percent**
17:18
23:19
34:8,24
35:1  65:5
96:15
99:22

**perfect**
24:6
30:12

**perform**
72:5

**performed**
52:7
75:25
88:2

**performing**
56:2

**permit**
16:16
17:4

**permitted**
80:10

**person**
6:8,16

34:13
47:8
49:10
58:12,17
77:13

**personal**
70:11
72:6
84:11

**personally**
34:21
61:20
63:24
64:1,3,7
66:13

**persons**
43:24

**phone**
53:2  79:7
84:8,11
92:13

**physically**
40:23

**pick**
68:1
76:18

**picking**
76:2,12,
13,25

**pickup**
49:8

**pieces**
28:14

**place**
29:25
32:19
69:15

**plaintiff**
59:13
88:4

**pocket**

34:14

**point**
5:13  7:7
9:23  16:7
20:18
31:17
39:17
45:4  47:1
55:3
57:12
64:18
66:13
67:23
84:22
86:25
93:25
96:24
100:1

**pointing**
40:20
47:10

**policy**
28:3
43:23
44:7  87:6

**portion**
30:25
42:16
43:2,6
94:25

**portions**
43:14

**possession**
15:23

**possibly**
14:9
97:12

**post**
32:8

**potential**
85:8

**pounds**

28:17
48:1

**pre-2011**
15:1

**Pre-
contract**
30:22

**preemployme
nt**
32:8

**prefer**
99:1

**prepared**
15:16,18

**present**
4:20

**Presentable**
74:7

**presumption**
60:18,19,
21 62:19

**prevent**
5:18

**previous**
8:12,21
23:17
25:4,10
42:15
95:4

**previously**
7:19
22:13
37:13
77:7
88:17
94:10

**printed**
38:13

**printout**
78:12



printouts
  77:14,17

Priority
  19:6
  20:2,7,
  12,13,16

prison
  13:2,8

problem
  92:3

proceeding
  4:21 47:7

process
  21:18
  45:2
  67:21
  83:21
  84:1

produce
  41:14
  54:17

produced
  99:3

product
  39:22

profit
  97:1

prohibit
  49:8

prohibiting
  72:14
  73:23

property
  49:9

proprietor
  19:3

protocols
  61:21
  62:2

provision

39:10
46:11

punch-in
  93:12

punch-out
  93:12

punishment
  13:23

purpose
  41:24

purposes
  28:1
  37:25
  46:6
  49:22
  53:21
  54:16,23
  56:1 67:7
  68:18
  70:18,20
  89:1
  91:13
  93:16
  98:16

pursuant
  8:5

put
  21:13
  24:14
  71:18

puts
  10:1

putting
  91:6

Q

question
  5:5,9
  6:9,25
  27:15
  30:3

32:14
33:5 40:1
48:17
59:14
77:20

questioning
  87:18

questionnai
re
  29:8
  30:22
  86:22

questions
  4:16 5:2
  31:2
  33:22
  34:16
  39:8,10,
  23 100:2

quick
  89:11

quit
  23:17
  25:13,14,
  16

quote
  69:25

R

radius
  69:8

raise
  51:1
  53:10
  94:1

raises
  51:3,15
  53:9

Ram
  47:23
  85:18

86:17

ran
  78:5

random
  32:8,16

rang
  92:13

rate
  49:22
  50:3
  51:20

rating
  36:14
  48:1

reach
  64:2

reached
  67:2

read
  27:9,15,
  16 28:5
  29:3
  39:10
  40:11
  48:16
  59:4
  61:17
  75:14,15
  87:21
  100:6

ready
  21:8

real
  89:11

reason
  36:25
  78:11,19,
  23 79:3,6
  92:5
  93:23

reasonable

32:8

recall
  16:3
  19:13
  23:12
  41:6 47:1
  48:19
  50:2 55:6
  64:18
  66:16
  67:1 80:8
  82:12
  85:15,24
  86:9,23

receipt
  27:11,23

receipts
  98:10

receive
  14:9
  23:5,7
  26:5
  35:25
  36:5
  53:19
  55:17,20
  63:8,13,
  14 66:23
  81:8

received
  23:21
  27:24
  28:3
  51:11
  53:8,9
  54:15
  79:7,13
  92:25

receiving
  22:22
  66:16
  96:6

recess
  87:15



recognize
    7:23 29:6

recollectio
n
    44:24
    80:6

record
    4:8 87:14
    92:22

recounting
    11:17

refer
    21:19
    38:22,23
    56:15,16
    74:3

reference
    43:17
    44:3

referral
    55:25
    56:2,6

referred
    24:8
    79:20
    81:14

referring
    18:20
    25:20
    41:17

refers
    45:23

reflect
    94:21

reflected
    53:24
    75:22
    90:10
    92:1

reflection
    97:10

reflective
    90:2

refuse
    50:22,24

reject
    49:3
    80:10,11
    81:5,10,
    15 85:2

rejecting
    81:9 85:8

relate
    35:18,19

related
    15:8
    33:23,25
    34:5
    35:11,15
    43:7
    61:16
    77:24

relevant
    12:2

relied
    62:22

rely
    92:9

relying
    35:13
    59:15
    60:1

remained
    21:5
    70:24

remember
    15:20
    18:5
    39:15

repair
    68:1
    72:19

73:2,17,
18,21

rephrase
    5:3,10

report
    67:24,25
    69:15
    75:1
    92:20

reported
    53:6 68:2

reporter
    6:6

reporting
    45:11
    59:20
    68:14

represent
    47:13
    78:12
    88:17

represents
    4:11

request
    58:25
    59:3
    61:15
    72:22
    75:14
    85:3,8
    87:20

requested
    94:15

requests
    75:8

required
    32:21
    36:14
    74:25

requirement
    69:14

70:23
90:15

reserved
    6:25

Resolution
    46:13,18

resolving
    47:15

respect
    30:21

respond
    58:6

responded
    56:19
    61:24

responding
    39:22
    70:8,21
    71:6,10,
    23 78:14
    86:1 90:2
    91:7
    92:2,6

response
    40:10
    59:16
    70:16
    75:6

responses
    7:8 40:1

responsibil
ity
    83:2

responsible
    31:5 36:2
    67:10,18

retain
    46:4

retrospect
    30:18

return
    9:24
    94:19
    95:19

returning
    87:17

returns
    94:16
    96:7 99:2

review
    7:25
    22:17
    23:1,11
    28:24
    39:6 40:9
    42:7
    94:11

revisit
    6:22

revoked
    13:21
    14:5,6

Reynaldo
    17:25
    18:3,4

ride
    44:13

rider
    43:23
    44:7

riders
    44:11

right-hand
    78:16

road
    4:12 31:6
    32:24
    36:3 49:3

roadside
    56:20
    68:15



role
  57:7,18
  63:25
  82:15

room
  47:11

round
  81:22,24

rules
  46:23

run
  70:11
  72:11

running
  72:15

runs
  60:6

Rush
  19:15,16
  25:8

─────────

        S

S-H-E-N-A-
N-D-O-A-H
  10:6

satisfied
  51:12,18

schedule
  52:4
  61:21
  62:1
  67:7,8,
  10,17,19
  92:22
  93:6

scheduled
  52:2,3

school
  16:5
  17:11

Sean
  6:22
  100:4

seasoned
  64:24

secondary
  19:24

section
  30:21
  46:12

Security
  36:4

seek
  31:17

self-
employed
  96:24

self-
employment
  96:22
  97:2
  98:4,17

send
  52:24
  54:10
  75:3

sentence
  40:14
  42:15,17

Separate
  12:14,15

served
  13:2 40:1

service
  4:12 19:6
  20:2,7,
  13,16
  32:24
  36:3 49:4
  56:21
  70:6,18

72:2 82:1
  86:23
  92:21
  93:5,17
  96:11

set
  25:7
  92:11
  98:3

sets
  95:22

setting
  67:10

settle
  47:4
  88:19

settlement
  36:5,6

settlements
  33:2

shake
  7:5

shakes
  20:5

Shenandoah
  8:23
  9:15,20
  10:3,4,5,
  8

shift
  52:18,19,
  22,23
  67:13
  68:5,20
  69:25
  71:18
  72:6
  73:25
  74:24
  89:12
  90:5 91:3
  92:16

shifts
  67:24
  88:9

shook
  45:6

shops
  72:19
  73:2,17,
  19,21

short
  7:2 12:2
  27:1 54:9
  75:7
  100:6

short-
staffed
  67:13

showed
  83:22

Showing
  7:19

sick
  85:11

side
  7:6 19:22
  38:19
  40:19
  68:22
  78:16

sign
  23:1,8,12
  28:2
  38:18
  40:15
  69:16
  100:6

signature
  6:23
  26:6,13
  27:17
  29:20
  37:3 38:8

46:12,14
  48:20
  100:5

signed
  38:5,13,
  14,17
  62:24
  63:24
  80:9
  81:13

signing
  44:14
  93:19

signs
  63:18

similar
  11:12,16
  33:21
  34:23
  37:14
  62:18
  77:14

simple
  31:19

single
  91:15

sir
  4:19,25
  5:4,7,12,
  16,20,23,
  25 6:4,
  11,13,17,
  21 7:15
  8:1,3,6
  9:21,25
  10:25
  11:2
  14:12,14
  15:2,9,
  11,13
  16:6,11,
  20 17:9,
  12,14
  18:22,24



19:1,11,
25 20:3,
20,22
22:18
23:3,9,13
24:10,13,
22 25:3,
6,9,15,18
26:11,14,
17,19
27:8,19,
21 28:4,
12,15,18,
21 29:2,
10,14
30:24
31:25
32:2,22
35:23
36:18
37:2,5,9,
22 38:7,
15,20
39:24
40:16
41:12,19,
21 42:12,
23 43:1,
10 44:20,
25 45:3,
10,13,21,
25 46:3,
10,15,19
47:12,17
48:12,21,
23,25
49:5,13,
17,20
50:1,4
51:4,22,
25 52:8
53:4,7,
16,23
54:22
55:4,19,
22 56:7,
10,22

57:2,5,11
58:1,10,
15,18,21
60:22,24
61:1,4,6,
8 64:1,5,
8 65:2,25
66:15,18,
25 67:25
68:6,12
70:6
71:19
75:23
77:18
78:10,18
81:24
82:11
84:12
85:22
87:7
89:20,22
91:4,17
94:23
95:3
96:25
99:4,6

**sit**
99:22

**sitting**
72:8

**size**
28:14

**Small**
45:8

**Social**
36:4

**sole**
19:3

**solely**
20:1 44:6
61:9

**son**
17:22

**sound**
23:24
53:9

**sounds**
85:17

**source**
97:8

**south**
19:12
82:7

**speak**
6:16 32:4
35:6
37:20
49:18
65:17

**speaking**
6:10
22:21
41:17

**speaks**
25:1
96:18

**specifically**
41:7
74:10

**spell**
4:6,7
10:5

**spending**
71:10

**spent**
74:19,22
75:20
78:13
79:1

**spoke**
21:2 47:8
59:21
66:20

**spoken**
65:10,13

**spot**
38:17

**stages**
75:17

**start**
21:13
42:17
50:20
71:14
75:1
77:25

**started**
18:14
23:18,21
50:9
52:24
59:19
78:4
92:17

**starting**
24:17

**state**
4:7 8:7
10:20,22
42:15
46:6
61:19
75:24
82:4

**stated**
31:7
35:12
43:13
44:22
57:18
59:13
61:12
80:9 88:4

**statement**
7:12

**states**
24:8 26:7
32:6
40:14
45:22
46:4,20
49:1,7
61:19
77:20
82:6 88:1
89:18
95:10
96:19,22

**stating**
91:14

**status**
36:23
45:20
46:4

**stay**
68:23
72:3
84:16

**stayed**
69:20

**sticks**
43:16

**sticky**
25:2

**stint**
84:22
94:5

**stock**
55:20
98:2

**stop**
72:7

**story**
20:24,25

**straight**
29:23
69:11



street
  9:19

strictly
  22:7
  43:24

stuff
  42:2
  43:5,7
  62:12
  68:2
  77:14
  82:18
  98:10

subjected
  32:7

submit
  53:15,18,
  21 54:6,
  7,12

submitted
  46:22
  54:15

subsection
  45:19
  46:16
  49:7

suburb
  19:10

successful
  74:15,18

suffering
  5:21

supervise
  65:4

supervised
  58:2,4
  61:20
  65:6

supervisor
  45:12

supplied

54:20
  87:6

supply
  7:13
  54:18
  99:8

supplying
  54:24

support
  33:1

suppose
  98:23

supposed
  50:12,16,
  17

surprise
  91:25

suspended
  13:21,22
  14:2,6,7,
  10

system
  33:2
  34:2,3
  77:17

—————————

T

—————————

tab
  28:22
  45:16
  96:3

tabbed
  26:21

tabs
  24:3

taking
  6:6 24:3
  90:22

talk

35:5,21
  49:25
  51:13
  60:23,25
  61:2,5,7
  80:13
  99:18

talked
  21:12,14,
  15 34:22
  58:16

talking
  14:24
  18:21

tax
  94:16,19
  95:19
  96:6,22
  97:2
  98:4,10

taxes
  36:3,4
  97:4,5
  98:9,11,
  14,24
  99:12,17,
  18,23

teach
  36:16

technically
  64:21

telephone
  39:18,20

telling
  67:18

tells
  4:17

ten
  55:8,10,
  11

tended
  44:18

Tennessee
  8:8
  10:18,19
  11:23
  19:8,9

tenure
  81:18

term
  13:8 62:8

terminate
  85:7

terminated
  25:11,17

termination
  25:23
  85:16
  86:1

terminology
  56:17

terms
  25:23
  33:24
  40:21
  46:21
  93:11

test
  21:25
  23:8
  32:9,15,
  21 42:18

testified
  85:1
  92:24

testify
  5:19
  15:16
  99:19

testifying
  4:21

testimony
  7:24 8:5

tests
  32:16

text
  79:7 86:6

theft
  11:11,20
  12:9

thick
  35:8 42:1

thing
  40:5
  90:16

Things
  57:1

thinking
  30:18

thought
  34:16
  35:15
  43:15
  44:6

thousand
  50:17
  53:10,14
  54:12

threat
  86:9

threatened
  85:7,15
  86:1

threats
  81:8

thumb
  22:14
  24:21
  40:4

ticket
  14:3

tie
  35:3



time
  5:14
  6:10,16
  9:23 13:2
  14:25
  18:15
  20:18
  21:20
  22:19,21
  23:10
  31:11
  32:20
  33:1 37:6
  39:8,17
  44:12,24
  45:5 47:1
  49:14
  50:18
  51:6,7,
  18,19
  52:21
  54:14
  57:12,18,
  24 64:18,
  20 67:9,
  23 69:19
  70:16,24
  71:9,21
  74:10,19,
  22 78:13,
  17,25
  79:23
  82:3 83:2
  84:15,17,
  22 85:11,
  15,18,25
  86:25
  87:18
  89:18
  90:8,9,15
  91:5,7
  92:20
  93:7,8,9,
  16,18,25
  100:1

times

18:17
45:6
54:10,11
55:6 81:5
83:8 88:9
93:10

timestamps
  71:12
  75:17

timing
  23:4

title
  46:17
  56:8
  64:19,22

titled
  57:15

today
  5:18,19
  7:22
  42:10
  55:1

told
  54:5
  65:20
  66:2,4,21
  72:1 74:9
  85:12
  91:11

top
  15:21
  24:7
  28:24
  29:12
  30:23
  77:21
  78:16

total
  55:11,15
  78:17
  89:18

tow
  19:16

20:21
34:5,10,
12,18
56:23
73:11
75:18
79:9,17,
20 80:17
85:14

Towbook
53:3,6
68:5,7
69:16
70:24
71:5,14
72:16
74:19,21,
23,25
75:17,22
76:1,5
77:1,17
79:11,12
82:10,25
83:23
89:10,17
90:10,11
91:7
92:1,9,18
93:15

towed
  79:24

towing
  4:12
  16:19
  17:13,16,
  24 18:12,
  13 19:14,
  15 25:8
  32:23
  33:9,23,
  24 34:10,
  11 35:10,
  11 36:3
  44:11
  49:3

55:18
59:21
61:22
62:3 85:6
87:2 88:3
92:12

town
  31:13
  68:22

track
  44:24
  93:11

tracked
  76:4 91:6

tracking
  71:9
  93:16
  95:1

tractor
  43:3,18,
  22,25
  44:3,19

traditional
  73:8

trailer
  43:3
  44:19

transcripti
on
  6:7

transit
  74:20

transportat
ion
  16:25
  49:9

transportin
g
  36:13

travel
  31:13

70:20
82:4,6

treating
  65:15
  98:7

trial
  7:1

tribunal
  46:23

trip
  81:23

Triple
  44:4
  97:19,20

trips
  53:5
  56:16
  74:15
  80:6
  81:21
  82:9,13

trouble
  6:10

truck
  34:5 48:5
  72:9
  74:2,4,5
  76:2,7,25
  80:16
  81:11
  85:12,13
  86:12,14

trucking
  33:9,10
  34:3,11

trucks
  34:12
  74:9
  86:16

true
  38:3



truth
    4:23,24
    30:12
    50:7
truthfully
    4:16 5:19
    69:20
Tuesday
    23:19
turn
    45:15
    75:13
    87:19
    95:7
    96:21
turned
    33:1
turning
    26:4,5
    38:8
    45:14
    47:20
    48:13
    75:5
type
    80:16
    81:11
typed
    84:6
types
    16:2
typically
    7:5

——————————

        U
——————————

Uh-huh
    18:10
    84:19
un-
reflected

92:18

unauthorize
d
    43:24
underline
    24:9
underlying
    46:17
underneath
    26:16
    38:12
    58:23
understand
    4:18,24
    5:1,6,9,
    11 8:4
    31:7,10,
    21 32:9,
    20 33:3,
    4,5 34:15
    35:11
    36:6 73:8
    74:21
    81:13
    92:3
    93:12
understandi
ng
    50:25
    59:18
    96:8
understood
    7:23
    31:14
    32:17
    57:21
    87:1
unlike
    47:14
unpack
    85:17
unpaid

91:15,23

unquote
    69:25
utilize
    87:9
utilizing
    49:11

——————————

        V
——————————

vehicle
    28:10
    36:13
    47:25
    48:1
    49:11
    79:17,24
vehicles
    26:8
    36:13
    76:2,13,
    18 77:1
    79:15,21
venture
    68:22
verbal
    7:8 86:7
verbalize
    7:9
verbalized
    7:11
verify
    29:21
versa
    6:15
versus
    25:17
    33:9
    34:17
vice

6:15

viewing
    27:5
violations
    13:18
visit
    68:23
visiting
    73:21
voluntarily
    71:1

——————————

        W
——————————

W-2
    36:2
    95:8,12
wage
    98:18
wages
    90:21
wait
    23:5,6
    68:20,21
    71:20,24
waiting
    23:16
    70:14
    90:5,9,
    12,15
waiver
    6:23
    100:5
walk
    20:25
    34:14
    67:8
    72:11
    89:11
Walmart

72:7,12

wanted
    7:22
    70:10,12,
    17 73:24
    86:13
    87:19
wash
    74:4,5,9
    76:25
washing
    74:2
    76:1,7
wasting
    72:9
week
    20:3 50:3
    51:8,9,24
    52:14
    53:18,21
    71:17
    76:8
    88:3,5,8,
    9 89:3
    91:16,20
    92:2,7
    97:15,16
weekly
    51:20
    76:25
weeks
    67:12
    89:6
    97:25
weight
    28:11
    36:14
    48:1,4,9
Williamsbur
g
    10:9
Winder



8:14,16,
20,23
9:11,14,
15 10:2,
11 20:21
68:9,10,
18 69:6
71:25

**withhold**
36:4

**word**
43:16

**worded**
60:9

**work**
15:25
17:15
18:8
19:4,19
21:3,4,7,
12 23:17
25:5 26:2
31:1
50:23,24
51:24
52:2,3,7,
9 57:9
59:13,16
60:2
61:21
62:1 68:1
73:18
75:25
76:4 77:1
85:13
87:11
88:2 93:6

**worked**
17:13,18,
24 18:11,
13 19:13
26:3 52:4
54:5
59:12,25

67:14
71:22
88:5
89:13
92:12

**working**
52:12,16,
17 55:18
56:9
59:20
66:5
73:16
74:22
90:5
91:1,19
95:5

**works**
62:16

**worth**
54:7

**wrecker**
16:16
17:4
19:2,6
20:2,7,
12,13,16
73:15

**write**
29:11
30:10

**writing**
86:4

**written**
49:7

**wrong**
29:25
32:19
36:19
38:17

─────────
**Y**
─────────

**year**

8:11
10:14
11:24
12:6 13:6
14:10
21:10
36:1
71:22
83:12

**years**
9:16 10:1
12:22,25
17:19
18:14
34:9
42:4,5

**years'**
84:22

─────────
**Z**
─────────

**zone**
68:24
69:1,2



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DUSTIN HYDE, individually and on )
Behalf of All Other Similarly Situated )
                                       )
Plaintiff,                             )
                                       )
    v.                                 )     Civil Action File No: 2:22-cv-103-RWS
                                       )
316 TOWING & ROAD SERVICE,             )     **JURY TRIAL DEMANDED**
INC., and MAKSIM LISOVSKIY             )
                                       )
Defendants.                            )
                                       )

## <u>THIRD AMENDED NOTICE TO TAKE DEPOSITION OF</u><br><u>KEVIN BRINDLEY</u>

TO: Kevin Brindley and his attorneys of record: Josh Sandford, Esq. and Colby

Qualls, Esq., Sanford Law Firm, PLLC and Matthew W. Herrington, Esq., Delong,

Caldwell, Bridgers, Fitzpatrick & Benjamin

PLEASE TAKE NOTICE that at 2:00 PM (EST) on September 29, 2023 at the office

located at 3390 Peachtree Road, Suite 520, Atlanta, GA 30326, the Defendants in

the above-styled action will, pursuant to F.R.C.P. Rule 30(b), proceed to take the

deposition of Plaintiff Kevin Brindley before an authorized court reporter. The

deposition will continue from day to day until completed. The deposition will

commence before an officer duly authorized by law to administer oaths for the



purposes of discovery and any other purpose allowed under the Federal Rules of

Civil Procedure.

Respectfully submitted this 28th day of July 2023.


MITCHELL - HANDSCHUH                    /s/ Jeremy R. Handschuh
LAW GROUP                               Jeremy R. Handschuh, Esq.
3390 Peachtree Road, NE, Suite 520      Georgia Bar No. 418099
Atlanta, Georgia 30326                  Amanda I. Elliott, Esq.
T: (404) 262 - 9488                     Georgia Bar No. 137633
F: (404) 231 - 3774                     *Counsel for Defendants*
E: jeremy@m-hlawgroup.com
E: amanda@m-hlawgroup.com


*Counsel for the Defendants certifies that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*

# DQ FILE
## TAB 1



√ Copy of Current DL/CDL

√ Copy of Current Medical Card (2 years)

  √ Med Card National Registry

√ Application

  √ Employment history CDL 10 years

√ Data Sheet

___ VOE subject to FMCSA__1st,__2nd,__3rd

√ Current MVR

√ Pre-Employment Drug Test

√ Single License

√ Driving Record Authorization

√ Annual Driving Record Review

√ Substance Abuse Awareness Training and Certificate

√ 7 Days HOS (before 1st trip for 6 mnts)

√ Clearinghouse Record and Authorization

EXHIBIT
3
tabbies

Form MCSA-5876

OMB No. 2126-0006    Expiration Date: 11/30/2021

**Medical Examiner's Certificate**

I certify that I have examined  Last Name: Brindley   First Name: Kevin   in accordance with (please check only one):

○ the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when (check all that apply) OR

○ the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) with any applicable State variances (which will only be valid for intrastate operations), and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when (check all that apply):

☐ Wearing corrective lenses    ☐ Accompanied by a _____ waiver/exemption    ☐ Driving within an exempt intracity zone (49 CFR 391.62) (Federal)
☐ Wearing hearing aid    ☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate    ☐ Qualified by operation of 49 CFR 391.64 (Federal)
☐ Grandfathered from State requirements (State)

The information I have provided regarding this physical examination is true and complete. A complete Medical Examination Report Form, MCSA-5875, with any attachments embodies my findings completely and correctly, and is on file in my office.

Medical Examiner's Certificate Expiration Date
2/24/2?

| Medical Examiner's Signature | Medical Examiner's Telephone Number | Date Certificate Signed |
|---|---|---|
|  |  | 2/24/2? |

Medical Examiner's Name (please print or type)
DR. ALONZO M. BORJA, D.C

○ MD    ○ Physician Assistant    ○ Advanced Practice Nurse
○ DO    ● Chiropractor    ○ Other Practitioner (specify)

Medical Examiner's State License, Certificate, or Registration Number
█████8165

Issuing State
GEORGIA

National Registry Number
█████0229

Driver's Signature

Driver's License Number

Issuing State/Province
TN

Driver's Address
Street Address: ████████████████    City: Winder    State/Province: GA    Zip Code: 30680

CLP/CDL Applicant/Holder
○ Yes  ● No

**This document contains sensitive information and is for official use only. Improper handling of this information could negatively affect individuals. Handle and secure this information appropriately to prevent inadvertent disclosure by keeping the documents under the control of authorized persons. Properly dispose of this document when no longer required to be maintained by regulatory requirements.**

**Refered by:** _____

If a 316 Towing and Road Service's independent contractor referred you, please name driver above.

**Date of Application:** _10_ / _14_ / _2021_

## Driver's Application for Qualification

### *Personal Information*

Name (First, Last Name): _Kevin Lewis Brindley_

Date of birth: ███████████

Can you provide legal proof of legal age?: _Yes_

Are you a U.S. Citizen? _Yes_

Current Address (Street, City, State and Zip): ██████████████  _Winder GA 30686_

How long at this address (years/months): _9 Months_

Previous addresses for past 3 years (Street, City, State and Zip):

_____ ████████████████ _Winder GA 30680_ _____

_____

Social Security Number: ████████████

Cell phone: ████████████

Emergency contact (name and phone number): _Valarie Verhage_ ████████████

Do you have the legal right to work in the U.S.? _Yes_

Have you ever worked for this company before? _No_  If yes, when and reason for leaving

_____

Have you ever been bonded? _No_  if yes, name of bonding company_____

Have you ever been convicted of a crime? _____ if yes, please explain_____

Are you currently on a parole or probation? _No_  if yes, please explain_____

Is there any reason you might not be able to perform the functions of the job for whic you have applied?_____

If yes, explain _No_ _____

## Accident Record for Past 3 years – Preventable and/or Non-Preventable

| Date | Location | # of Injuries | # of Fatalities | Hazmat Y/N | Police Report # |
|------|----------|---------------|-----------------|------------|-----------------|
|  | N/A |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## Traffic Convictions and Forfreitures for Past 3 years

| Date | Location | Charged | Convinced Y/N | Commercial Vehicle Y/N |
|------|----------|---------|---------------|------------------------|
|  | N/A |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Have you ever been denied a license, permit or priviledge to operate a motor vehicle?_____ No _____

Has any license, permit or priviledge ever been suspended or revoked?_____ Yes _____

Have you ever been disquilified under the Federal Motor Carrier Safety Regulations for the following?_____ No _____

No serious violations?_____ No _____If so, please explain _____

Operating under the influence of alcohol or drugs?_____ No _____

Have you ever been convied of a felony that would preclude your entering any Canadain Providence?_____ Yes _____

### Driving Experience

| Class of Equipment | Circle type of equipment | Dates From (M/Y) to (M/Y) | Approximate Number of Miles |
|---|---|---|---|
| | Van/Reeer/Flatbed/Straight | | |
| Rollback - Toowtruck | | 2004 - Present | ? |
| | | | |
| | | | |
| | | | |

List states operated in for the last 5 years _GA , TN_

Do you have any mountain driving experience? _No_ if yes, what areas of country_____

Have you had any Defensive Driving Courses? _No_

If yes, what courses and when _N/A_

List any truck schools you have attended _N/A_

Are you capable of driving a vehicle with a standard transmission? _Yes_

Circle the shift patterns you can drive: (5 speed)   10 speed   13 speed   18 speed   (other) _6 - Speed_

### Motor Carrier History

All contractor applications to drive in interstate commerce must provide the following information on all work employment during the proceeding 3 years. Contractor applicants holding a CDL to drive a commercial moto vehicle in interstate commerce shall provide 10 years information for work for which the applicant operated su vehicle. (Note: list work history in reverse order starting with the most recent. Add more sheets if necessary.) driving experience was prior to 10 years ago, list it, to support your driving skills.

| | |
|---|---|
| Motor Carrier Name: *Hemphill Towing* | Position Held: *Operator* |
| | Salary/Wage: *30% Comp* |
| Address: *3629 Buford Hwy* | Dates Employed: From *11/18* To *10/21* |
| City, State, Zip: *Duluth GA* | Position held was subject to the FMCSR'S Y *✓* N |
| Contact: *Hemphill* | Reason for Leaving: *Personal* |
| Telephone Number:<br>Fax Number: *678-765-7556* | Job was designated as a safety sensitive function, subject to alcohol and controlled substance testing as required by 49 CFR Part 40   Yes___ No *✓* |

| | |
|---|---|
| Motor Carrier Name: *Rush Towing* | Position Held: *Operator* |
| | Salary/Wage: *30% Comm.* |
| Address: | Dates Employed: From *2.18* To *6.18* |
| City, State, Zip: *Cookeville  TN* | Position held was subject to the FMCSR'S Y___ N *✓* |
| Contact: | Reason for Leaving: *Moved to GA* |
| Telephone Number:<br>Fax Number: | Job was designated as a safety sensitive function, subject to alcohol and controlled substance testing as required by 49 CFR Part 40   Yes___ No *✓* |

| | |
|---|---|
| Motor Carrier Name: *West Nashville Wrecker* | Position Held: *Operator* |
| | Salary/Wage: *30% Comp* |
| Address: | Dates Employed: From *5.16* To *6.17* |
| City, State, Zip: *Nashville  TN* | Position held was subject to the FMCSR'S Y *✓* N |
| Contact: | Reason for Leaving: *Conflict in Drivers* |
| Telephone Number:<br>Fax Number: | Job was designated as a safety sensitive function, subject to alcohol and controlled substance testing as required by 49 CFR Part 40   Yes___ No___ |

| | |
|---|---|
| Motor Carrier Name: | Position Held: |
| | Salary/Wage: |
| Address: | Dates Employed: From        To |
| City, State, Zip: | Position held was subject to the FMCSR'S Y___ N___ |
| Contact: | Reason for Leaving: |
| Telephone Number:<br>Fax Number: | Job was designated as a safety sensitive function, subject to alcohol and controlled substance testing as required by 49 CFR Part 40   Yes___ No___ |

## Motor Carrier History

All contractor applications to drive in interstate commerce must provide the following information on all work or employment during the proceeding 3 years. Contractor applicants holding a CDL to drive a commercial motor* vehicle in interstate commerce shall provide 10 years information for work for which the applicant operated such vehicle. (Note: list work history in reverse order starting with the most recent. Add more sheets if necessary.) If driving experience was prior to 10 years ago, list it, to support your driving skills.

| Motor Carrier Name: | | Position Held: |
| --- | --- | --- |
| | | Salary/Wage: |
| Address: | | Dates Employed: From          To |
| City, State, Zip: | | Position held was subject to the FMCSR'S Y____N____ |
| Contact: | | Reason for Leaving: |
| Telephone Number:<br>Fax Number: | | Job was designated as a safety sensitive function, subject to alcohol and controlled substance testing as required by 49 CFR Part 40      Yes____No_____ |

| Motor Carrier Name: | | Position Held: |
| --- | --- | --- |
| | | Salary/Wage: |
| Address: | | Dates Employed: From          To |
| City, State, Zip: | | Position held was subject to the FMCSR'S Y____N____ |
| Contact: | | Reason for Leaving: |
| Telephone Number:<br>Fax Number: | | Job was designated as a safety sensitive function, subject to alcohol and controlled substance testing as required by 49 CFR Part 40      Yes____No_____ |

| Motor Carrier Name: | | Position Held: |
| --- | --- | --- |
| | | Salary/Wage: |
| Address: | | Dates Employed: From          To |
| City, State, Zip: | | Position held was subject to the FMCSR'S Y____N____ |
| Contact: | | Reason for Leaving: |
| Telephone Number:<br>Fax Number: | | Job was designated as a safety sensitive function, subject to alcohol and controlled substance testing as required by 49 CFR Part 40      Yes____No_____ |

| Motor Carrier Name: | | Position Held: |
| --- | --- | --- |
| | | Salary/Wage: |
| Address: | | Dates Employed: From          To |
| City, State, Zip: | | Position held was subject to the FMCSR'S Y____N____ |
| Contact: | | Reason for Leaving: |
| Telephone Number:<br>Fax Number: | | Job was designated as a safety sensitive function, subject to alcohol and controlled substance testing as required by 49 CFR Part 40      Yes____No_____ |

| Motor Carrier Name: | | Position Held: |
| --- | --- | --- |
| | | Salary/Wage: |
| Address: | | Dates Employed: From                To |
| City, State, Zip: | | Position held was subject to the FMCSR'S Y____N____ |
| Contact: | | Reason for Leaving: |
| Telephone Number:<br>Fax Number: | | Job was designated as a safety sensitive function, subject to alcohol and controlled substance testing as required by 49 CFR Part 40      Yes____No_____ |

| Motor Carrier Name: | | Position Held: |
| --- | --- | --- |
| | | Salary/Wage: |
| Address: | | Dates Employed: From                To |
| City, State, Zip: | | Position held was subject to the FMCSR'S Y____N____ |
| Contact: | | Reason for Leaving: |
| Telephone Number:<br>Fax Number: | | Job was designated as a safety sensitive function, subject to alcohol and controlled substance testing as required by 49 CFR Part 40      Yes____No_____ |

* includes vehicles having a GVWR of 26,001 lbs. or more, vehicles designed to transport 15 or more passengers, or any size vehicle used to transport hazardous materials in a quantity require placarding.

**The federal Motor Carrier Safety Regulations (FMCSRs) apply to anyone operating a motor vehicle on a highway in interstate commerce to transport passengers or property when the vehicle: 1. weighs or has a GVWR of 10,001 lbs. or more. 2. is designed or used to transport 9 or more passengers, or 3. is of any size and is used to transport hazardous materials in a quantity required placarding

This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Applicant's Signature _KLBly_                Date _10-4-21_

Applicant's Printed Name _Kevin Lewis Brindley_

Reviewed by _Eli Kudrin_            Date _10-4-21_

Title _Manager_

# PAST EMPLOYMENT VERIFICATION

Sent to:_____    Fax Number _____

Previous Employer

Requested by: **316 Towing and Road Service**    **Phone:   470-300-7788**
**796 Bill Rutledge Rd. Winder, GA 30680**    **Fax:      678-298-7958**

Name of Applicant: _Kevin Lewis Brindley_    Social Security #: ▮▮▮▮▮▮▮

Signature of the Driver: _____    Date: _10-4-21_

Job Title: _Wreker Operator_

Hire Date:_____ Termination Date:_____

Resigned: Yes /No
If Discharged, why?_____    Discharged: Yes /No
_____

Eligible for Rehire? Yes _____ No _____ Upon Review _____ If No, please explain:_____

Equipment: Type of Tractor/Truck:_____    Trailer Length:_____

Refrigerated_____ Flatbeds_____ Vans_____ Tanker_____ Other _____

Commodities Hauled: Areas of _____

Operation:_____

Overall Performance: Poor_____    Fair_____ Good_____ Excellent_____

**Accident information below requested in accordance with FMCSR Part 391.23. (Accidents within last 36 months.)**

Accidents: # Preventable:_____ Description:_____

# Non-Preventable:_____ Description:_____

**Drug/Alcohol information below requested in accordance with DOT 49 CFR Part 40. (Tests done in last 36 months.)**

Tested positive for controlled substance in last 3 years?                 Yes_____ No_____

Had a breath alcohol test result with a concentration of .04 or greater in the last 3 years?    Yes_____ No_____

Ever refused a required test for drugs or alcohol in the last 3 years?         Yes_____ No_____

Violated other D.O.T. drug/alcohol regulations?                      Yes_____ No_____

Have you received information from a previous employer that this individual has violated
D.O.T. drug/alcohol regulations?                            Yes_____ No_____

If Yes, please give type of test, date of test, and SAP information (if applicable):

Person Providing Information : _EWK_

1. I hereby authorize the above-mentioned employer/school to release all information as to my character, work habits, performance, experience, fitness, together with reasons for termination concerning my employment to 316 Towing and Road Service (or their authorized agents) which may request such information in connection with my application for employment with 316 Towing and Road Service.
2. In conformity with 49 CFR part 40, I hereby authorize the above-mentioned employer/school and their agents to furnish 316 Towing and Road Service. the above-requested information concerning D.O.T. drug and alcohol tests including pre-employment tests during the previous 3 years; the dates when I tested positive; the dates when I tested .04 or greater; the dates when I refused (including a verified adulterated or substituted result) to be tested for drugs and alcohol; and any other violations of 49 CFR part 40 and any information the above-mentioned employer/school and/or their authorized agents have received regarding violations of 49 CFR part 40 from my previous employers covered by D.O.T.
3. I hereby release the above-mentioned employer/school and their authorized agents from any and all liability of any type as a result of providing the above-requested information to 316 Towing and Road Service

By signing below, I certify that I have read and fully understand Parts 1, 2, and 3 of this release and that I executed this release voluntarily, with the knowledge that any and all information released could affect my being employed with M316 Towing and Road Service

It is expressly acknowledged, understood and agreed that the information provided by the applicant regarding the applicant's employment during the previous three (3) years in accordance with Section 391.21(b)(10) of the Federal Motor Carrier Safety Regulations ("FMCSR") may be used, and the applicant's prior employers may be contacted, for the purpose of investigating the applicant's safety performance history information as required by paragraphs (d) and (e) of Section 391.23 of the FMCSR. The applicant has certain due process rights under the FMCSR regarding the information received as a result of these investigations, as described below.

Applicant's Due Process Rights: 1) The right to review information provided by previous employers; 2) The right to have errors in the information corrected by the previous employer and for that previous employer to re-send the corrected information to 316 Towing and Road Service; and 3) The right to have a rebuttal statement attached to the alleged erroneous information, if the previous employer and the driver cannot agree on the accuracy of the information.

Drivers who have previous Department of Transportation regulated employment history in the preceding three years, and wish to review previous employer-provided investigative information, must submit a written request to the Safety Compliance Manager of 316 Towing and Road Service., which may be done at any time, including when applying, or as late as thirty (30) days after being employed or being notified of denial of employment. 316 Towing and Road Service will provide this information to the applicant within five (5) business days after receiving the written request. If, however, 316 Towing and Road Service. has not yet received the requested information from the previous employer(s), then it will provide the information to the applicant within five (5) business days after it receives the requested safety performance history information. If the driver has not arranged to pick up or receive the requested records within thirty (30) days of 316 Towing and Road Service. making them available, 316 Towing and Road Service will consider the driver to have waived the request to review the records

# INFORMATION DATA SHEET

## NOTICE TO DRIVERS

THE COMMERCIAL MOTOR VEHICLE SAFETY ACT OF 1986 PROVIDES FOR A NEW SET OF CONTROLS OVER DRIVERS OF COMMERCIAL VEHICLES. THE NEW LAW APPLIES TO ALL DRIVERS OPERATING VEHICLES AND COMBINATIONS WITH A GROSS WEIGHT RATING OVER 26,000 POUNDS, AND TO ANY VEHICLE, REGARDLESS OF WEIGHT, TRANSPORTING HAZARDOUS MATERIALS.

THE FOLLOWING PROVISIONS OF THE LEGISLATION BECOME EFFECTIVE JULY 1, 1987:

1.  NO DRIVER MAY POSSESS MORE THAN ONE LICENSE, AND NO MOTOR CARRIER MAY USE A DRIER HAVING MORE THAN ONE LICENSE. A LIMITED EXCEPTION IS MADE FOR DRIVERS WHO ARE SUBJECT TO NON-RESIDENT LICENSING REQUIREMENTS OF ANY STATE. THIS EXCEPTION DOES NOT APPLY AFTER DECEMBER 31, 1989.

2.  A DRIVER CONVICTED OF A TRAFFIC VIOLATION (OTHER THAN PARKING) IN ANY VEHICLE MUST NOTIFY THE MOTOR CARRIER AND THE STATE WHICH ISSUED THE LICENSE TO THAT DRIVER OF THE CONVICTION WITHIN 30 DAYS.

3.  ANY PERSON APPLYING FOR A JOB AS A COMMERCIAL VEHICLE DRIVER MUST INFORM THE PROSPECTIVE EMPLOYER OF ALL PREVIOUS EMPLOYMENT AS THE DRIVER OF THE COMMERCIAL VEHICLE FOR THE PAST 10 YEARS, IN ADDITION TO ANY OTHER REQUIRED INFORMATION ABOUT THE APPLICANT'S EMPLOYMENT HISTORY.

4.  THE FEDERAL MOTOR CARRIER SAFETY REGULATIONS REQUIRE THAT A DRIVER WHO LOSES ANY PRIVILEGE TO OPERATE A COMMERCIAL VEHICLE, OR WHO IS DISQUALIFIED FROM OPERATING A COMMERCIAL VEHICLE, MUST NOTIFY THE MOTOR CARRIER THE NEXT BUSINESS DAY.

5.  PENALTIES – ANY VIOLATION OF THE ABOVE IS PUNISHABLE BY A FINE NOT TO EXCEED $2,500. WILLFUL VIOLATION OF (1) OR (3), ABOVE, OR FAILURE TO NOTIFY THE MOTOR CARRIER WITHIN 30 DAYS OF THE LOSS OF ANY PRIVILEGE TO OPERATE A COMMERCIAL VEHICLE CAN RESULT IN CRIMINAL PENALTIES NOT TO EXCEED $5,000 AND/OR 90 DAYS IN JAIL.

THIS CERTIFIES THAT I COMPLETED THIS APPLICATION, AND THAT ALL ENTRIES ON IT AND INFORMATION IN IT ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE. I AUTHORIZE THIS COMPANY TO FURTHER INVESTIGATE MY PAST EMPLOYMENT REFERENCES, CRIMINAL AND CREDIT STANDING AND DRIVING RECORD.

SIGNED: _____ DATE: _10-4-21_

10/4/21, 11:26 AM                                   DRIVER'S LICENSE REPORT

**SambaSafety**         PO Box 1970         Rancho Cordova, CA 95741-1970
**TENNESSEE Driver Record - E5588**        **Order Date: 10/04/2021**        Seq #: 0

| Host Used: | Online | | Bill Code: | |
|---|---|---|---|---|
| Rec Type: | DATABASE RECORD | | Reference: | |
| | | | License: | ▮▮▮▮ |
| | | | Name: | **BRINDLEY, KEVIN LEWIS** |
| | | | Address: | ▮▮▮▮ |
| | | | City, St: | NASHVILLE, TN 37210 |

| Sex: | MALE | Weight: | 205 lbs. | DOB: | ▮▮▮▮ | Age: | 42 |
|---|---|---|---|---|---|---|---|
| Eyes: | BLUE | Height: | 6'01" | Iss Date: | 02/23/2018 | | |
| Hair: | BALD | | | Exp Date: | 02/23/2026 | | |

**STATUS: VALID**

MVR Score: 0 CLEAN

## Violations/Convictions    Failures To Appear    Accidents

| TYPE | VIOL | CONV | ACD | AVD | V/C | DESCRIPTION | C | SPEED | LOCATION/TICKET | ACCD | AT FAULT | PT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCD | 01/26/2016 | | - | AA01 | - | ** ACCIDENT ** | N | | TENNESSEE | *ACC* | | - |

## Suspensions/Revocations

| ACTIONS | ORD/DATE | EFF/DATE | CLEAR/DATE | END/DATE | CODE | AVD | DESCRIPTION | NEW SUSP |
|---|---|---|---|---|---|---|---|---|
| SUSPENSION | | 04/18/2016 | | | 194 | DE15 | WTHDRWL-FAIL SATISFY FINE/COST/TAX | |
| SUSPENSION | | 12/15/2016 | | | 194 | DE15 | WTHDRWL-FAIL SATISFY FINE/COST/TAX | |
| SUSPENSION | | 05/16/2018 | | | 194 | DE15 | WTHDRWL-FAIL SATISFY FINE/COST/TAX | |
| SUSPENSION | | 05/16/2018 | | | 194 | DE15 | WTHDRWL-FAIL SATISFY FINE/COST/TAX | |
| SUSPENSION | | 05/16/2018 | | | 194 | DE15 | WTHDRWL-FAIL SATISFY FINE/COST/TAX | |
| SUSPENSION | | 05/16/2018 | | | 194 | DE15 | WTHDRWL-FAIL SATISFY FINE/COST/TAX | |

## License and Permit Information

License: PERSONAL        Issue: 02/23/2018    Expire: 02/23/2026    Status: VALID

Class: D                 SINGLE VEH < 26K

Endorsement: FOR HIRE-NON COMMERCIAL CLASS D

## Miscellaneous State Data

EXPIRATION DATES IN THIS DOCUMENT MAY HAVE BEEN EXTENDED PURSUANT TO EXECUTIVE
     OR LEGISLATIVE ACTION OF THE ISSUING JURISDICTION RELATED TO COVID-19.
     PLEASE CONSULT WITH THE JURISDICTION FOR FURTHER DETAILS.
WITH RESPECT TO REPORTED ACCIDENTS, UNLESS THIS DOCUMENT SPECIFICALLY REPORTS FAULT, NO
DETERMINATION IS MADE AS TO FAULT.

CONFIDENTIAL INFORMATION - TO BE USED AS PER STATE AND FEDERAL LAWS.
MISUSE MAY RESULT IN A CRIMINAL PROSECUTION

END OF REPORT FOR BRINDLEY, KEVIN LEWIS          (CONTROL NUMBER: B2TNXQ)

# @screen. Specimen Result Certificate

| ID Number:   7902577149 | Report printed on   10/4/2021 1:47:06 PM | Page 1 of 1 |
|---|---|---|

Attention:
Eli Kudrin
316 Towing and Road Services
796 Bill Rutledge Road
Winder, GA 30680

Collection Site:
44658 - Optimum Health of Hamilton Mill

Verification Date     10/2/2021 02:42 PM

Medical Review Officer:
Dr. Brian N. Heinen
151 Leon Ave.
Eunice, LA 70535
888-382-2281

| | | | | |
|---|---|---|---|---|
| Donor Name: | Brindley, Kevin | | Donor SSN: | ███████ |
| Date Of Test: | 10/1/2021 | | Donor ID: | |
| ID Number: | 7902577149 | | Reason for Test: | Pre-employment |
| | | | Regulation: | Non-DOT |
| Laboratory: | ALERE | | Specimen Type: | Urine |

## Drugs Tested:

| Drug Name | Result | Laboratory Screening Cutoff * | Laboratory Confirmation Cutoff * | Drug Name | Result | Laboratory Screening Cutoff * | Laboratory Confirmation Cutoff * |
|---|---|---|---|---|---|---|---|
| Marijuana | Negative | 50 ng/ml | 15 ng/ml | Opiates | Negative | 2000 ng/ml | 2000 ng/ml |
| Cocaine | Negative | 300 ng/ml | 150 ng/ml | PCP | Negative | 25 ng/ml | 25 ng/ml |
| Amphetamines | Negative | 1000 ng/ml | 500 ng/ml | | | | |

## Final Result Disposition: **Negative**

### TO BE COMPLETED BY THE MEDICAL REVIEW OFFICER

I have reviewed the laboratory results for the specimen identified by this form in accordance with applicable Federal requirements. My determination/verification is:

| ☑ Negative | ☐ Positive | ☐ Test Cancelled | |
| ☐ Dilute | | ☐ Adulterated | ☐ Refusal to test because ☐ Substituted |

REMARKS:

| Dr. Brian N. Heinen | *Brian N Heinen MD* | 10/2/2021  02:42 PM |
|---|---|---|
| (PRINT) Medical Review Officer's Name | Signature of Medical Review Officer | Date (Mo./Day/Yr.) |

\* Represents laboratory screening and confirmation values.          † Represents class (Sub-Class Abbreviation)

## CERTIFTION OF COMPLIANCE WITH DRIVER LICENSE REQUIREMENTS

**MOTOR CARRIER INSTRUCTIONS:** The requirements in Part 383 and 391 apply to every driver who operates in intrastate, interstate, or foreign commerce and operates a commercial vehicle that can transport 15 people or transports hazardous materials that require placarding.

**DRIVER REQUIREMENTS:** Parts 383 and 391 of the Federal Motor Carrier Safety Regulations contain some requirements of which you as a driver must comply. These requirements are in effect as of July 1, 1987. They are as follows:

1.      POSSESS ONLY ONE LICENSE: You, as a commercial vehicle driver, may not possess more than one motor vehicle operator's license. If you have more than one license, keep the license from your state of residence and return the additional license to the states that issued them. DESTROYING a license does not close the record in the state that issued it; you must notify the state.

2.      NOTIFICATION OF LICNESE SUSPENSION, REVOCATION OR CANCELLATION: Sections 392.42 and 383.33 of the Federal Motor Carrier safety Regulations require that you notify the motor carrier you are contracted to the NEXT BUSINESS DAY of any revocation or suspension of your driver's license. In addition, Section 383.31 requires that any time you violate a state or local traffic law (other than parking), you must report it within 30 days to: 1) the motor carrier with whom you are contracted, and 2) the state that issued your license (if the violation occurs in a state other than the one which issued your license). The notification to both the employer and state must be in writing. This requirement can be met by supplying both with a copy of the citation.

The following license is the only one I posses:

Driver's License Number: ████████      State: _TN_   Expires _02-23-26_

Driver's Printed Name: _Kevin Lewis Brindley_  Driver's Signature: _[signature]_      Date: _____

Review by: _Eli Kudrin_ Title: _Manager_

---

### AUTHORIZATION FOR CHECK OF DRIVING RECORD

I, _____ , authorize 316 Towing and Road Service to perform checks into my driving record, as required by the US DOT Federal Motor Carrier Safety Regulations Part 391.23 (a) (1). I release all parties involved in such investigations from any and all liability resulting from this background check.

A driving record abstract will be obtained from the State of _____  If you have held a driver's license from a state other than the current license issuer in the previous 3 years, list State(s) and license number(s)

Driver's Name (Printed): _Kevin Brindley_  Driver's Signature: _____  Date: _10-4-21_

Review by: _Eli Kudrin_ Title: _Manager_

## ANNUAL CERTIFICATE OF VIOLATIONS AND REVIEW OF DRIVING RECORD

| | |
|---|---|
| | |

Driver Name: Kevin Lewis Brindley   License #: ▓▓▓▓▓▓   ST: GA

### ANNUAL CERTIFICATE OF VIOLATIONS

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months. [ ] Violations are as listed below.  [ ] I have had no violations.

| Date of Conviction | Offense | Location | Type of Motor Vehicle operated |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

Date of Certification:

Driver Signature: _(signature)_

Reviewed By: _E.K._    Title: Manager

### ANNUAL REVIEW OF DRIVING RECORD

In accordance with 49 Code of Federal Regulations Section 391.25, (Federal Motor Carrier Safety Regulations), all information pertinent to the above driver's safety of operation, including the list of violations furnished by him in accordance with 49 CFR Section 391.27, has been reviewed for the past 12 months.

Reviewer: E. K.    Date: 10-4-21

NORTHAMERICAN TRANSPORTATION ASSOCIATION INC.                    DRUG AND ALCOHOL SUBSTANCE ABUSE COMPLIANCE HANDBOOK

# DRIVER
## CERTIFICATE OF SUBSTANCE ABUSE AWARENESS TRAINING
### §382.601

I, _Kevin Brindley_ certify that

In accordance with 49 CFR, Part 382.601 (b)(1-10). I have received training and education materials relating to my company's or organization's adherence and implementation of 49 CFR, Part 382, Subparts A-F

I further certify that:

I have received a copy of the SUBSTANCE ABUSE AWARENESS TRAINING DRIVER HANDBOOK, and I have reviewed and understood the material contained therein. I have also been informed of the name of the person designated by my company to answer questions about 49 CFR, Part 382, Subparts A-F.

And

I have received a copy of the Company's Written Substance Abuse Policy and Drive Assistance Policy.

_Kevin L. Brindley_
**Driver Printed Name**

_3/6 Towing_
**Company Name**

_(signature)_
**Driver's Signature**

_____
**Program Administrator's Name**

Signed this _Forth_ day of _October_, 2021

*This form should be torn out and retained in the Driver's Qualification File.*

— ONLY THIS ORIGINAL, SIGNED FORM IS VALID —

THE PERFORATED EDGE MUST BE PRESENT IN ORDER FOR THIS FORM TO BE VALID

## SEVEN-DAY PRIOR LOG FORM

### (data sheet for new, casual, or temporary drivers)

NAME: _Kevin L. Brindle_          SSN #: ▮▮▮▮▮▮

ADDRESS: ▮▮▮▮▮▮          PHONE #: ▮▮▮▮▮▮

DRIVER'S LICENSE #: ▮▮▮▮▮ _-TNDL_          STATE: _TN_

### Instructions:

*At the time of initial employment as a driver, or when being employed occasionally, the regulations of the Department of Transportation [FMCSR 395.8 (j)(2)] require the motor carrier to obtain from you a signed statement giving the total time on duty during the immediately preceding 7 days and the time at which you were last relieved from duty prior to beginning work for the motor carrier. In the spaces below, show the number of hours worked (on duty) in each of the last 7 days.*

| DAY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | TOTAL |
|-----|---|---|---|---|---|---|---|-------|
| DATE | | | | | | | | |
| HOURS WORKES | | | | | | | | |

Date and start time of the last <u>qualified</u> 34-hour restart: _____ ____:____ am/pm

*I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at:*

_____ on _10th_ _October_ _2021_

| time | day | month | year |
|------|-----|-------|------|

Signature: _[signature]_

Witness: _Eli Kudrin_          Date: _10-4-21_

### Company Representative

*316 Towing and Road Service does not provide legal advice to its customers, nor does it advise insureds on employment related issues, therefore the subject matter is not intended to serve as legal or employment advice for any issue(s) that may arise in the operations of its insureds. Legal advice should always be sought from the insured's legal counsel. 316 Towing and Road Service shall have neither liability nor responsibility to any person or entity with respect to any loss, action or inaction alleged to be caused directly or indirectly as a result of the information contained herein.*

*THE BELOW DISCLOSURE AND AUTHORIZATION LANGUAGE IS FOR MANDATORY USE BY ALL ACCOUNT HOLDERS*

## IMPORTANT DISCLOSURE

### REGARDING BACKGROUND REPORTS FROM THE *PSP Online Service*

In connection with your application for employment with 316 Towing and Road Service ("Prospective Employer"), Prospective Employer, its employees, agents or contractors may obtain one or more reports regarding your driving, and safety inspection history from the Federal Motor Carrier Safety Administration (FMCSA).

When the application for employment is submitted in person, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer will provide you with a copy of the report upon which its decision was based and a written summary of your rights under the Fair Credit Reporting Act before taking any final adverse action. If any final adverse action is taken against you based upon your driving history or safety report, the Prospective Employer will notify you that the action has been taken and that the action was based in part or in whole on this report.

When the application for employment is submitted by mail, telephone, computer, or other similar means, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer must provide you within three business days of taking adverse action oral, written or electronic notification: that adverse action has been taken based in whole or in part on information obtained from FMCSA; the name, address, and the toll free telephone number of FMCSA; that the FMCSA did not make the decision to take the adverse action and is unable to provide you the specific reasons why the adverse action was taken; and that you may, upon providing proper identification, request a free copy of the report and may dispute with the FMCSA the accuracy or completeness of any information or report. If you request a copy of a driver record from the Prospective Employer who procured the report, then, within 3 business days of receiving your request, together with proper identification, the Prospective Employer must send or provide to you a copy of your report and a summary of your rights under the Fair Credit Reporting Act.

Neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. You may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If you challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. Your request will be forwarded by the DataQs system to the appropriate State for adjudication.

Any crash or inspection in which you were involved will display on your PSP report. Since the PSP report does not report, or assign, or imply fault, it will include all Commercial Motor Vehicle (CMV) crashes where you were a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, all inspections, with or without violations, appear on the PSP report. State citations associated with Federal Motor Carrier Safety Regulations (FMCSR) violations that have been adjudicated by a court of law will also appear, and remain, on a PSP report.

The Prospective Employer cannot obtain background reports from FMCSA without your authorization.

## AUTHORIZATION

If you agree that the Prospective Employer may obtain such background reports, please read the following and sign below:

I authorize 316 Towing and Road Service ("Prospective Employer") to access the FMCSA Pre-Employment Screening Program (PSP) system to seek information regarding my commercial driving safety record and information regarding my safety inspection history. I understand that I am authorizing the release of safety performance information including crash data from the previous five (5) years and inspection history from the previous three (3) years. I understand and acknowledge that this release of information may assist the Prospective Employer to make a determination regarding my suitability as an employee.

I further understand that neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. I understand I may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If I challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. I understand my request will be forwarded by the DataQs system to the appropriate State for adjudication.

I understand that any crash or inspection in which I was involved will display on my PSP report. Since the PSP report does not report, or assign, or imply fault, I acknowledge it will include all CMV crashes where I was a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, I understand all inspections, with or without violations, will appear on my PSP report, and State citations associated with FMCSR violations that have been adjudicated by a court of law will also appear, and remain, on my PSP report.

I have read the above Disclosure Regarding Background Reports provided to me by Prospective Employer and I understand that if I sign this Disclosure and Authorization, Prospective Employer may obtain a report of my crash and inspection history. I hereby authorize Prospective Employer and its employees, authorized agents, and/or affiliates to obtain the information authorized above.

Date: _10-4-21_

_____
Signature

_____
Name (Please Print)

NOTICE: This form is made available to monthly account holders by NIC on behalf of the U.S. Department of Transportation, Federal Motor Carrier Safety Administration (FMCSA). Account holders are required by federal law to obtain an Applicant's written or electronic consent prior to accessing the Applicant's PSP report. Further, account holders are required by FMCSA to use the language contained in this Disclosure and Authorization form to obtain an Applicant's consent. The language must be used in whole, exactly as provided. Further, the language on this form must exist as one stand-alone document. The language may NOT be included with other consent forms or any other language.

NOTICE:  The prospective employment concept referenced in this form contemplates the definition of "employee" contained at 49 C.F.R. 383.5.

_LAST UPDATED 2/11/2016_

## DRUG & ALCOHOL CLEARINGHOUSE
## CONSENT FOR LIMITED QUERIES

**NOTICE TO DRIVER:** The Commercial Driver's License (CDL) Drug & Alcohol Clearinghouse is a federal database containing information about CDL drivers who have violated the Federal Motor Carrier Safety Administration's (FMCSA's) drug or alcohol regulations in 49 CFR Part 382. Whether you have committed such a violation or not, each motor carrier for whom you drive is required to check whether the Clearinghouse has any information about you, both at the time of hire and annually. When conducting an annual inquiry, the motor carrier has the option to request a "limited" report that only indicates whether the Clearinghouse has any information about you. Before a motor carrier may request a limited report, they must have your written authorization, per §382.701(b). This authorization may be valid for more than one year. If a limited query ever reveals that the Clearinghouse has information about you, you will be required to log in to the Clearinghouse website within 24 hours to grant electronic consent for the motor carrier to obtain your full Clearinghouse record.

**NOTICE TO MOTOR CARRIER:** This consent form authorizes you to run a "limited query" to check whether the Clearinghouse has information about the driver identified below. If it does, then you must obtain a full Clearinghouse record within 24 hours, per §382.701(b). This consent form must be retained until 3 years after the date of the last limited query you perform for this driver, based on the authorization below.

### AUTHORIZATION

I, _____Kevin L. Brindle_____, hereby authorize
(Driver's printed name)

### 316 Towing and Road Service
(Name of motor carrier)

to conduct limited annual queries of the FMCSA's Drug & Alcohol Clearinghouse, to determine if a Clearinghouse record exists for me. This consent is valid from the date shown below until my employment with the above-named motor carrier ceases or until I am no longer subject to the drug and alcohol testing rules in 49 CFR Part 382 for the above-named motor carrier.

I understand that if any limited query reveals that the Clearinghouse contains information about me, I must grant electronic consent within 24 hours, via the Clearinghouse website, for the motor carrier to obtain my full Clearinghouse record. Refusal to provide such consent will result in my removal from safety-sensitive duties.

Driver's Signature: _____

ID Number: ██████████        Date: _10-4-21_____

Copyright 2019 J. J. Keller & Associates, Inc. All rights reserved.

# INSPECTIONS/TRAININGS
## TAB 2

✓ Substance Abuse Training Booklet receipt

✓ CSA / FMCSA Training Booklet Receipt

Other Training Certificates / Inspections

# Driver Receipt

I acknowledge receipt of J. J. Keller's *CSA: Know the BASICs*
Driver Handbook, which covers the following topics:

- Introduction
- CSA Overview
- Getting to Know the BASICs
  - Unsafe Driving BASIC
  - Hours-of-Service Compliance BASIC
  - Driver Fitness BASIC
  - Controlled Substances and Alcohol BASIC
  - Vehicle Maintenance BASIC
  - Hazardous Materials Compliance BASIC
  - Crash Indicator BASIC
- Safety Measurement System (SMS) Methodology
- BASIC Scores
- Intervention
- Conclusion
- Frequently Asked Questions
- Quiz

_Kevin L. Brinkley_
**Driver's Name (Printed)**

_[signature]_      10-4
**Driver's Signature**      **Date**

316 Towing and Road Service
**Company**

_[signature]_      10-4
**Company Official's Signature**      **Date**

Copyright J. J. Keller & Associates, Inc.

REMOVABLE PAGE - PULL SLOWLY FROM TOP RIGHT CORNER

# DRIVER'S RECEIPT

I acknowledge receipt of J. J. Keller's *Alcohol & Drug Testing: What Drivers Need to Know* Driver Handbook containing the following topics:

- Introduction
- Abbreviations and Definitions of Key Terms
- Who is Covered by the Alcohol and Drug Regulations?
- What is a Safety-sensitive Function?
- What are the Alcohol and Drug Prohibitions?
- What Tests are Required and When Will I Be Tested?
  - Pre-employment
  - Post-accident
  - Random
  - Reasonable suspicion
  - Return-to-duty
  - Follow-up
- What Happens if I Refuse to Be Tested?
- How is Alcohol Testing Performed?
- How is Drug Testing Performed?
- What are the Consequences of Violating the Alcohol and Drug Prohibitions?
- Your Alcohol and Drug Testing Records
- Where Can I Go for Help?
- The Effects of Alcohol and Drugs on the Body

_____   10-4-21
Driver's Signature       Date

316 Towing and Road Service
Company

_____   10-4-21
Trainer's Signature      Date

316 Towing and Road Service
Company

**NOTE:** This receipt shall be read and signed by the driver. A responsible company supervisor shall countersign the receipt and place it in the driver's training file.

Copyright J. J. Keller & Associates, Inc.

REMOVABLE PAGE - PULL SLOWLY FROM TOP RIGHT CORNER

# INSURANCE/ POLICIES

## TAB 3

- Occupational Accident
- Company Safety Policy
- Cell Phone Policy
- Log Compliance Policy
- No Rider Policy

OCCUPATIONAL ACCIDENT INSURANCE INDIVIDUAL OWNER-OPERATOR APPLICATION



**GREAT AMERICAN**
**INSURANCE GROUP**
**Trucking**

301 E. Fourth Street, 22N
Cincinnati, OH 45202-4201
Toll Free 800-643-7882
Fax 513-333-6998

*"We take care of the Owner-Operator better than anyone!"*

## 1. Schedule of Benefits : Plan D

| DESCRIPTION OF BENEFITS | OCCUPATIONAL | NON-OCCUPATIONAL | PASSENGER |
|---|---|---|---|
| **ACCIDENTAL DEATH (MAXIMUM)** Survivor's Benefit (Lump Sum) | $300,000 Principal Sum ($50,000+$2000/Mth Up To 125 Mths) | $15,000 Principal Sum ($500 Per Month Up To 30 Mths) | $50,000 principal SUM ($25,500+$1,000/Mth 25 Mths) |
| **ACCIDENTAL DISMEMBERMENT** Including Paralysis, And Severe Burn Benefits Incurral Period | 104 Weeks | 104 Weeks | 104 Weeks |
| **ACCIDENTAL MEDICAL EXPENSE** Accidental Dental Benefit | $1,000,000 MAXIMUM BENEFIT AMOUNT $1000 Per Injury/ $10,000 Lifetime | $10,000 Maximum Benefit Amount Not Covered | $50,000 Maximum Benefit Not Covered |
| Deductible | 0 | 0 | $100 |
| Incurral Period | 104 Weeks | 104 Weeks | 104 Weeks |
| **ACCIDENTAL MEDICAL EXPENSE** | $1,000,000 MAXIMUM | $10,000 MAXIMUM | $50,000 MAXIMUM |
| **RIDER LIMIT FOR:** Hernia or Hemorrhoid or Occupational Disease or Occupational Cumulative Trauma Max Benefit Period | $7,500 PER ACCIDENT OR INJURY SUBJECT TO A $15,000 LIFETIME MAXIMUM 10 WEEKS | Not Covered | Not Covered |
| **TEMPORARY TOTAL DISABILITY** Waiting Period Duration-Maximum Benefit Period | $700 MAX/$200 MIN PER WEEK 7 Days 104 Weeks | Not Covered | Not Covered |
| **RIDER LIMIT FOR:** Hernia or Hemorrhoid or Occupational Disease or Occupational Cumulative Trauma Max Benefit Period | 10 WEEKS | | |
| **CONTINUOUS TOTAL DISABILITY** Waiting Period Duration-Maximum Benefit Period | $700 MAX/$200 MIN PER WEEK 104 WEEKS Up To Social Security Retirement Age | Not Covered | Not Covered |
| **CERTIFICATE AGGREGATE AND COMBINED SINGLE LIMIT ANY ONE ACCIDENT** | $1,000,000 | | |

This coverage is not Workers' Compensation Insurance or for any other purpose except occupational accidents (unless non-occupational benefits apply). This policy does not cover disease unless otherwise endorsed.

The list of benefits is only a brief description of the actual coverages. Certain exclusions and limitations do apply. For complete details please refer to your policy. In the event of any conflict between the information listed here and the actual policy, the insurance policy will govern in all cases.

## 2. Driver And Beneficiary Information

Indicate type of driver:

☐ Owner-operator   ☐ Co-driver   ☐ Contract-driver   ☐ Scheduled co-driver   ☐ Fleet driver   ☐ Team driver
☑ Other, including an authorized passenger (applicable on plans B or D only)  Towing Driver

Paid by ☑ 1099   ☐ W-2   CDL number: _____   Contracted by: 316 Towing

Unit Number/Vehicle Identification Number 216, 316, 416, 516, 616

OCCUPATIONAL ACCIDENT INSURANCE INDIVIDUAL OWNER-OPERATOR APPLICATION

## 2. Driver And Beneficiary Information *Continued*

Name _Kevin Lewis Bradley_

Address _[redacted]_          City _Winder_          State _GA_          Zip _30680_

D.O.B. _[redacted]_          Home phone number _[redacted]_

Beneficiary name _Valarie Verhage_          Relationship _Mother of Children_

| History: Please explain all yes answers on a separate sheet of paper | Yes | No |
|---|---|---|
| Have you been injured in a work-related accident during the past 36 months? | ☐ | ☒ |
| Have you received medical treatment for a health-related condition in the past 36 months? | ☐ | ☒ |
| Are you presently under a physicians care or taking any prescription medications? | ☐ | ☒ |
| Do you have any health restrictions or limitations on the type of work you can perform? | ☐ | ☒ |
| Do you load or unload? | ☒ | ☐ |
| Do you have a disability rating? If yes, please provide % of disability and area affected on a separate sheet of paper | ☐ | ☒ |

I ☒ accept ☐ reject the occupational accident insurance offered by the above listed motor carrier. I understand that coverage becomes effective when this application has been received and approved by Great American Insurance Company or its authorized agent. I understand that I will no longer be eligible for coverage upon my 65th birthday and that coverage will therefore cease. I further understand that coverage terminates on the date the policy is terminated; or I am no longer under contract with the above mentioned motor carrier; or my premium is not paid. I also understand that coverage may be available on an individual policy subject to underwriting guidelines in effect at termination of the above policy.

Driver signature _[signature]_          Date: _10-4-2021_

**Medical Information Authorization:** I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company or any other organization, institution or person that has any records, including any medical history for the above named person to furnish such information or copies of records to the insurance companies association or its representatives. A photographic copy of this authorization shall be as valued as the original.

Driver signature _[signature]_          Date: _10-4-21_

## FLORIDA STATUTE 817.234(1)(b)
"Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree."

## NEW MEXICO STATUTE 59A-16C-8
"Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties."

## OHIO INSURANCE CODE 3999.21
"Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insured, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud."

## STATEMENT OF COMPANY SAFETY POLICY

It is, and will continue to be the policy of 316 Towing and Road Service to conduct all operations as safely and efficiently as possible.

As a motor carrier we have the ultimate responsibility to perform our work and driving skills in a professional manner. It is our duty and moral responsibility to drive in a manner that reflects a genuine concern for the motoring public, those with whom we share the nation's highways.

To accomplish this, we are assigning the responsibility for our safety program to all management and supervisory personnel. Management and drivers alike will be held accountable for their actions and performance regarding personal and motor transport safety. Compliance with Motor Carrier regulations is expected from each individual within the organization.

Our safety director will be responsible to administer our safety program to insure that safety standards are met throughout the organization. Each person will have the responsibility of performing his/her job in a safe and efficient manner.

### WHEN IT COMES TO SAFETY, AT 316 Towing and Road Service, THERE WILL BE NO CUTTING CORNERS.

The health and safety of our employees and independent contractors, as well as the monitoring public, is of major importance to the success and longevity of this company and will be addressed accordingly.

### ACKNOWLEDGEMENT

I hereby acknowledge receipt of a copy of 316 Towing and Road Service's Corporate Safety Policy

_____

**Independent Contractor's Signature**

_10-4-21_

**Date**

_Kevin Brindley_

**Independent Contractor's Printed Name**

_Eli Kudrin_

**Reviewed By**

## 316 Towing and Road Service

### Cell Phone Policy

In order to ensure the safety of our company drivers and to comply with state and federal regulations regarding hand held cell phone usage by commercial motor vehicle drivers. 316 Towing and Road Service has adopted the following policy while operating company vehicles in interstate and intrastate commerce.

1. All independent contractors while driving a commercial motor vehicle (CMV), as defined in 49 CFR Part 390.5, are prohibited from holding, dialing, or reaching for a hand held cellular phone. This includes all push-to-talk type phones, such as Nextel.

2. A driver of a CMV is allowed to initiate, answer, or terminate a call by touching a single button on a mobile phone or headset provided it can be done while seated in a normal manner and seat-belted as required by law. Any such movement must be accomplished without removing the driver's eyes from the roadway. Thus hands-free technology is permissible provide the use does not cause distraction.

3. All independent contractors, operating *any* type of vehicle, are prohibited from texting at all times while operating a company or personal vehicle while engaged in any activity on behalf of the company.

4. All independent contractors must minimize other distractions which take away from concentrating on driving, as driving while distracted constitutes a hazard, and could be a traffic infraction in some states such as Maine. Distractions include, but are not limited to, eating, reading, talking to passengers, and performing other activities which tend to cause the driver to remove their eyes from the road or divert their attention from the task of driving.

**Driving is defined as:** operating a commercial motor vehicle on a highway, including while temporarily stationary because of traffic, traffic control device, or other temporary delays. Driving would not include operating a CMV when the driver has moved the vehicle to the side of, or off, a highway and has halted in a location where the vehicle can remain stationary.

**Exemption:** The regulations and this policy do not prevent drivers of commercial motor vehicles from using a hand held mobile phone to communicate with law enforcement or other emergency services if necessary.

### Acknowledgement

I acknowledge that I have received a written copy of the cell phone and distracted driving policy. I fully understand the policy and agree to abide by the terms, and that I am willing to accept the consequences of failing to follow the policy.

_____
Independent contractor Signature

10-4-21
Date

# To: ALL D.O.T. and CDL   Drivers

# Driver's Daily Log Compliance

## Acknowledgement

**I hereby acknowledge receipt of a copy of 316 Towing and Road Service Driver's Daily Log Compliance Policy. I am further aware that I must keep an updated medical card on my person when driving or operating vehicles over 10,000 GVW.**

Independent Contractor's Printed Name: _Kevin L. Brindley_

Independent Contractor's Signature: _Kh Blly_

Date: _10-4-21_

# NO RIDER POLICY

Unless specifically authorized in writing to do so by **316 Towing and Road Service** under whose authority the commercial motor vehicle is being operated, no driver shall transport any person or permit any person to be transported in any vehicle of the motor carrier.

The ONLY authorized passengers that may be allowed are defined as follows:

1.   The other driver in a driving team contracted to motor carrier

2.   Another contracted driver of the motor carrier as directed by motor carrier's dispatch person.

## ALL OTHER PERSONS ARE UNAUTHORIZED AND ARE STRICKLY FORBIDDEN TO BE IN ANY TRACTOR.

Any non-contracted driver caught with an unauthorized passenger may be suspended for one (1) week or their contract may be terminated.

Any contracted driver caught with an unauthorized passenger may have their contract terminated.

Independent Contractor's Acknowledgement:

I have read and completely understand the NO-RIDER POLICY. I agree to follow all guidelines as set forth in this policy.

Executed at Winder, Georgia on ___4th of October 2021___.

For **316 Towing and Road Service**          INDEPENDENT CONTRACTOR

By: Authorized Agent                                By: Authorized Agent

## PTI - PRE TRIP INSPECTION

<u>Driver needs to do it every morning when starting the logbook</u>

<u>There are 4 main things that driver should check during his PTI</u>

1) Oil level - very important

2) Coolant level

3) Tires (check with hammer) - the most pricey category for our company, where we spent the most. Make sure you have the hammer and the gauge in the truck. If the sound is not right when slamming the tires, only then use the gauge to measure the PSI (normal PSI for steer tires - 110 PSI, all others - 100 PSI). The only reason the tire can blow out is because of the low PSI for a continuous period of time driving on it.

4) Tire Seals (visually check for any kind of leaks around the tires)

DATE

NAME

SIGNATURE OF ACKNOWLEDGEMENT

*10-4-21*

*Kevin L. Bradley*

# AUTHORIZATIONS/CONTRACT

## TAB 4

W-9

PSP Record and Authorization

Guidelines for Independent Contractors

Application Checklist

Independent Contractor Agreement

Driver's Rights

Fair Credit Reporting Act

Bank Info

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the
requester. Do not
send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Kevin Lewis Brindley

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC

☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**6** City, state, and ZIP code

Winder   GA   30680

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

[redacted]

or

**Employer identification number**

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**

Signature of U.S. person ▶

Date ▶ 10-4-21

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

# 316 Towing and Road Service's
## Guidelines for Independent Contractors

**The following are our driving criteria standards which may be modified by management when other desirable risk characteristics are present:**

- No major violations in the past five (5) years.
- No more than two minor violations in the past three years or not more than one chargeable accident with one minor violation in the past three years.
- Drivers between the ages of 21 and 25 years old will be allowed to operate light to medium duty units. These drivers will be hired on a case to case basis.
- All drivers operating heavy and extra heavy trucks or tractor trailer units must be 25 years old with at least two (2) years experience driving similar type vehicles.
- A physician statement must be obtained on drivers 65 years of age and older. This statement must be signed and dated by a physician.
- All drivers must be reported at inception and throughout the policy term.
- All drivers must have a valid license for the class of vehicle being operated.
- All accidents are considered "at fault" unless the police report is provided with the initial application showing the driver was "not at fault" or not contributing to the occurrence.

## Minor violations include:

- **Failure to Yield**
- **Speeding**
- **Improper Lights**
- **Illegal Passing**
- **Improper Towing**
- **Improper Turning**

## Major violations include:

- **Driving while intoxicated**
- **Illegal possession of alcohol/narcotics in a vehicle**
- **Unlawful use of vehicle**
- **Speed Contest or Racing**
- **Reckless Driving**
- **Driving while license is suspended**
- **Wrong way on a one way street**
- **Wrong side of the Road**
- **Excessive Acceleration**
- **Fleeing/attempting to Elude a Police Officer**

**Independent Contractor
Application Checklist**

Name: *Kevin L. Brindley*

Date: *10-4-21*

796 Bill Rutledge Rd
Winder, GA 30680

When filling out the enclosed forms please make sure you fill out all spaces provided.
**PLEASE PRINT NEATLY** or it will slow down the hiring process. It could also result in your not
being considered as our company requires detailed condition reports to be filled out on each
vehicle you will move.

Please complete this checklist to ensure you application is complete. Incomplete submissions
may result in a delay for your hire, or may not be considered at the discretion of the Driver
Hiring Manager.

- **Regular / DOT Drivers** Must complete the Driver's Application for Qualification to
  include **past 3 years** employment, sign and date the application
- **CDL Drivers** Must complete the Driver's Application for Qualification to include **past
  10 years** employment, sign and date the application
- Must provide a copy of **DOT Physical Long Form**
- Must provide clear copy of **Driver's License**
- Must fill out and sign **Certification of Violations and Annual Review**
- Must fill out and sign **Employment and Safety History**
- Must fill out and sign the **Drug and Alcohol Policy Signature Page**
- Must fill out and sign **Request / Consent for Information** from previous employer on
  alcohol and controlled substance testing
- Must fill out and sign **Single License and Compliance Certification and MVR Release**
  Form
- You must get a copy of your **past 3 years driving record** from the **Department of Motor
  Vehicles.** This must not be older than **30 days** when we receive it.

All drivers are required to take a 5 Panel DOT Regulated Drug Screen (to include Chain of
Custody form). You will be instructed where to go once your application has been approved.

### 316 Towing and Road Service's
### Pre-Contract
### Questionnaire

**Driving Record**

1. Have you ever been cited for driving while intoxicated or impaired?
   Yes ✓  No ☐

2. Have you ever been cited for careless, reckless driving or as a habitual traffic offender?
   Yes ☐  No ✓

3. Have you ever been cited for driving under the influence or marijuana or other drugs?
   Yes ☐  No ✓

4. Has your license ever been suspended or revoked for any reason?
   Yes ✓  No ☐

   If yes, please explain: _Revoked - 2017 - Tickets_

5. Have you had more than 2 moving violations in past 3 years?
   Yes ☐  No ✓

6. Have you had more than 2 chargable accidents in past 3 years?
   Yes ☐  No ✓

**The Work**

1. You will be an independent contractor driver and responsible for your own food and lodging on the road (unless authorized). Do you understand this?   Yes ☐  No ✓

2. As an independent contractor driver you could be subjected to a Pre- employment, Random, Post Accident, and /or a Reasonable Cause Drug test. Do you understand this?   Yes ☐  No ✓

3. 316 Towing and Road Service pays independent contractors when contracts including drivers
   Driver's daily logs and support paperwork are complete and turned in on time.
   All settlements and advances are on the EFS System. Do you understand?   Yes ☐  No ✓

4. As an independent contractor you will receive a 1099 form at the end of the year and not a W-2 form. You will be responsible for your own taxes. This means that 316 Towing and Road Service will not withhold any taxes or Social Security from your settlement, and you will receive your full settlement. Do you understand this?   Yes ✓  No ☐

5. If transporting vehicles over 10K on this job you are required to keep a DOT Log Book. Do you know how to keep a log book or can someone teach you before you become an Independent Contractor?   Yes ✓  No ☐

**DO YOU STILL WISH TO APPLY FOR INDEPENDENT CONTRACTOR STATUS**   Yes ✓  No ☐
If Yes Sign Below:

_(signature)_

(Applicant's Signature)

10-4-21
(Date)

# A Driver's Rights Regarding Past References And the Qualification Process

Under new federal regulations, which became effective 10-20-2004 motor carriers are required to give more extensive background information on the performance of commercial drivers than ever before. For example, full details of any accidents in the prior three year period must be supplied together with a complete history of all alcohol and drug testing – including refused tests, alcohol tests producing a result of 0.02 or greater as well as alcohol tests producing results of 0.04.

It is a driver's right to see the information provided by former carrier-employers, if he/she wishes. The government has established a protocol for exercising that right which must be followed:

1) You have a right to see the information provided by prior employers, if you request it using the correct form within 30 days of joining a motor carrier.

2) You have a right to request that prior motor carrier employer correct information provided, if you request this using the correct form.

3) You have a right to rebut a prior motor carrier's refusal to correct information, if you use the correct form.

316 Towing and Road Service will provide these forms to you, if you choose to exercise your rights under these new regulations.

**I HAVE READ THE ABOVE AND UNDERSTAND MY DRIVER'S RIGHTS**

_KBly_
**(Independent Contractor's Signature)**

_10-4-21_
**(Date)**

_Kevin L. Brindley_
**(Independent Contractor's Printed Nam**

# Fair Credit Reporting Act Disclosure Statement

In accordance with the provisions of Section 604(b)(2)(A) of the Fair Credit Reporting Act, Public Law 91-508, as amended by the Consumer Credit Reporting Act of 1996 (Title II, Subtitle D, Chapter I, of Public Law 104-208), you are being informed that reports verifying your previous employment, previous drug and alcohol test results, and your driving record may be obtained on you for employment purposes. These reports are required by Sections 382.413, 391.23, and 391.25 of the Federal Motor Carrier Safety Regulations.

_____          10-4-21
Aplicant's Signature                              Date

_____          ▮▮▮▮▮▮▮▮
Kevin L. Brindley
Print Name                                       Social Security Numb

## 316 TOWING AND ROAD SERVICE

## ACCOUNT INFORMATION FOR 1099 DRIVER PAYROLL

Please fill out the following:

Driver's name: _Kevin L. Brindley_____

Current address: ████████████████ _Winder  GA  30680_

_____

Account information:

Name on account_____

Name of the bank _____

Routing #_____

Account #_____

FID #_____

Or SSN #_____

Payroll is Thursday on weekly basis.

OO Loads that include in payroll go by delivery date. Pay period is from Monday to Sunday to be paid the following week.
FF Pay period is from Thursday to Thursday. We hold 1 load first 2 paychecks.

Charges include but not limited to:

135$ a month - occupational accidental insurance
35$ a month - ELD service fee
70$ one time fee - pre-employment drug test

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

DUSTIN HYDE, individually and )
on Behalf of All Other Similarly )
Situated )
                           )
Plaintiff, )
                           )
     v. )        Civil Action File No: 2:22-cv-103-
                           )               RWS
316 TOWING & ROAD )
SERVICE, INC., and MAKSIM )
LISOVSKIY )

Defendants.

**PLAINTIFF KEVIN BRINDLEY'S RESPONSES TO DEFENDANTS' FIRST SET OF
INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND
REQUESTS FOR ADMISSION**

Plaintiff Kevin Brindley ("Plaintiff") by and through his attorney Josh Sanford of

Sanford Law Firm, PLLC, hereby submits his Answers to Defendants' First Set of

Interrogatories and Requests for Production of Documents, and states as follows:

### INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify the individual(s) who participated in

answering these interrogatories, and for each, identify the individual's relationship to you.

**ANSWER NO. 1:** Plaintiff with the assistance of Counsel.

**INTERROGATORY NO. 2:** Please identify every entity, individual, or organization

(including yourself and companies you own) for whom you have performed work in

exchange for compensation as either an employee, officer, partner, owner, or

Page 1 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission



EXHIBIT

4

tabbies®

independent contractor since April 14, 2020.  For each entity, individual, or organization, provide:

      (a) The telephone number, address, EEIN, and full legal name as it appears on any check stub, W-2, or 1099 you may have received;

      (b) The name, contact information, and address of any individual who either supervised, managed, or otherwise directed the work you performed;

      (c) The time periods during which you performed work, including the beginning and end dates of your employment or engagement for each;

      (d) A description of the payment and timekeeping practices relevant to the work you performed, including whether such work was paid on an hourly, salaried, per-job, or piecemeal basis;

      (e) A description of any programs, software, apps, documents, or records that were used to log or track work performed; and

      (f) A description of the manner of any and all work that you performed, including job descriptions, locations, whether the work was performed remotely or on-site, and your specific duties.

**ANSWER NO. 2:** Objection. This Interrogatory is overbroad and seeks information that is not relevant to the extent that it requests information beyond the scope of the time Plaintiff worked for Defendants.

Regarding the requested information that is within the time Plaintiff worked for Defendants, Defendants already have the information or is more easily accessible by Defendants. Plaintiff was not working for anyone else while employed with Defendants.

Page 2 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

**INTERROGATORY NO. 3:** For each workweek from April 14, 2020 through June 1, 2022 that you claim you performed more than 40 hours of work for 316 Towing and for which you allege you were not properly compensated under the Fair Labor Standards Act, state the precise number of hours you claim you worked. For each week for which you cannot give a precise number, state why you are unable to do so. Your answer should be organized by providing responsive information for each separate workweek.

**ANSWER NO. 3:** Objection. This Interrogatory is unduly burdensome because Defendants are legally responsible for maintaining records of hours worked. The Supreme Court established the standard of proof for an award of back wages in FLSA cases where an employer has kept inadequate or inaccurate records in *Anderson v. Mt. Clemens Pottery Co.,* 328 U.S. 680, 686-88 (1946). In that case, the Court held that when an employer has failed to keep adequate or accurate records of employees' hours, employees should not effectively be penalized by denying them recovery of back wages on the ground that the precise extent of their uncompensated work cannot be established. *Id.* at 687; *see Reich v. S. New England Telecomm. Corp.*, 121 F.3d 58, 69 (2d Cir. 1997); *Dove v. Coupe*, 759 F.2d 167, 174 (D.C. Cir. 1985). Specifically, the Supreme Court concluded that where an employer has not maintained adequate or accurate records of hours worked, an employee need only prove that "he has in fact performed work for which he was improperly compensated" and produce "sufficient evidence to show the amount and extent of that work as a matter of just and reasonable inference." *Mt. Clemens*, 328 U.S. at 687. Once the employee establishes the amount of uncompensated work as a matter of "just and reasonable inference," the burden then shifts to the employer "to come forward with evidence of the precise amount of work performed or with evidence to negate

Page 3 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

the reasonableness of the inference to be drawn from the employee's evidence." *Id.* at 687-88.  If the employer fails to meet this burden, the court may award damages to the employee "even though the result be only approximate." *Id.* at 688.

In this case, Plaintiff does not know if Defendants kept records of hours worked by Plaintiff.  If Defendants did not keep such records, Plaintiff is entitled to prove his damages under the just and reasonable inference standard enunciated in *Mt. Clemens.*

Regarding Plaintiff's general hours worked during his employment with Defendants, Plaintiff states as follows: I had a few different schedules. I was originally hired to do a 12pm-12am shift, then after about month I started working 12pm-5:30am for about a month. After that month, I went back to 12pm-12am. I worked Monday through Friday. I did not work Saturday or Sunday. I would say I was averaging 60 hours per week while on the 12pm-12am shift. I was averaging about 87 hours per week on the 12pm-5:30am shift. I worked there from Oct. 4, 2021, until about Oct. 28, 2022. Sometimes, I would be in the middle of a call at the end of my shift and would have to finish the call which could take up to 2 hours. This would usually happen about once a week, maybe two. This would occur because I was the only driver that was on at that time, and I couldn't pass it to anyone else.

**INTERROGATORY NO. 4:** For each workweek from April 14, 2020 through June 1, 2022 that you claim you performed more than 40 hours of work for 316 Towing and for which you allege you were not properly compensated under the Fair Labor Standards Act, describe every physical location from which you performed work for 316 Towing and the number of total hours spent at each location.  For time spent at roadside or otherwise unknown locations while assisting 316 Towing customers, you may state "assisting

Page 4 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

customer" instead of providing an exact physical location. For time spent in transit, you may specify "in transit" or "commuting" instead of providing an exact physical location. For each week for which you cannot give a precise number, state why you are unable to do so. Your answer should be organized by providing responsive information for each separate workweek.

**ANSWER NO. 4:** Objection. This Interrogatory is unduly burdensome in that it seeks discovery of information that is already in possession of Defendants and that is not reasonable to retain in normal personal records or memory. Defendants may access this information as easily, or more easily, than Plaintiff by reviewing Defendants' own records.

Regarding information Plaintiff can recall, Plaintiff states as follows: Our office was in Winder, Georgia, in Barrow County. We operated in and around there, but we would travel in a wider area. It would usually take an hour or less to arrive at each tow site depending on the traffic and road conditions. It would take 10-15 minutes to hook up the car. I spoke to the customer for about 5-10 minutes to go over the reason we were towing and any malfunctions with the car that they knew of. Depending on the distance, our trip with the car hooked up, could take 1 mile or sometimes 75 miles. It just depended on the job.

**INTERROGATORY NO. 5:** Please describe in detail the process by which you were hired or began working for 316 Towing, including detailed descriptions of all conversations, meetings, documents, training materials, offers, benefits information, protocols, handbooks, or agreements that were exchanged between you and any employee or representative of 316 Towing prior to and within the first two weeks of beginning work for 316 Towing.

Page 5 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

**ANSWER NO. 5:** Objection. This Interrogatory is unduly burdensome in that it seeks discovery of information that is already in possession of Defendants and that is not reasonable to retain in normal personal records or memory. Defendants may access this information as easily, or more easily, than Plaintiff by reviewing Defendants' own records. Regarding information Plaintiff can recall, Plaintiff states as follows:  Basically, they had sought me out for two years to work for them. One day I decided to fill out an application. I took a drug test, then after 3 days it came back negative, so they hired me. They gave me a handbook of materials of various information about the company. They had a large portion devoted to their tractor trailer business that didn't involve what I was doing and was more for commercial driver's license stuff. There was also a 1099 contract that I did sign. Eli Kudrin was the one who hired me. I dealt with him for everything while being hired. When I first started I received $900 per week. About two months later I went to $950, then after a few more months $1000, and a month after that I went to $1100. Everything was paid by company check.

**INTERROGATORY NO. 6:** Please identify each cellular phone, smartphone, smartwatch, and any other mobile telecommunication device that you have used to transmit or receive communications, including phone calls, text messages, emails, or other app-based notifications, for or on behalf of any business or organization, including those which you own or have an interest in, since April 14, 2023. For each, please provide the make, model, date acquired, any assigned telephone number, and the name of any entity or individual who supplied or paid for the device or cellular service at any point in time.

Page 6 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

**ANSWER NO. 6:** Objection. This Interrogatory is overbroad and seeks information that is not relevant to the extent that it requests information beyond the scope of the time Plaintiff worked for Defendants and for entities not a party to this lawsuit.

Regarding the phone Plaintiff used while working for Defendants, Plaintiff states as follows: I did not have company cell phone from Defendants. I had to use my personal cell phone. It was an LG phone and we used an app named TowBook to receive jobs and for communication we used WhatsApp. My carrier wass Verizon and phone number was

████████████

**INTERROGATORY NO. 7:** For each Request for Admission that you have denied, please describe in detail, and not in summary fashion, the factual bases supporting your denial.

**ANSWER NO. 7:** Objection. Plaintiff objects to this Interrogatory to the extent that it seeks information protected by Attorney-Client Privilege and/or the Attorney Work-Product Doctrine. Furthermore, Plaintiff objects to this Interrogatory as duplicative in that in Plaintiff's corresponding Responses to any such Request for Admission(s) that Plaintiff denied, Plaintiff described in detail which aspects of the Request were denied and why. Please see Plaintiff's Response to Defendants' First Set of Requests for Admission.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:** Any and all documents that you believe support the allegations asserted by you in the First or Second Claim for Relief of your Complaint.

**RESPONSE NO. 1:** Any responsive documents relevant to this Request are in Defendants' possession or are more easily accessible by Defendants. Regarding any

Page 7 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 2:** Any and all documents relating to the allegation in Paragraphs 22, 27, 28, 72, 83, and 85 of the Complaint.

**RESPONSE NO. 2:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 3:** Any and all documents relating to your claim for damages and other relief, including but not limited to all documents relating to the claim for damages set forth in the Prayer for Relief of the Complaint and your Initial Disclosures.

**RESPONSE NO.3:** Plaintiff restates and incorporates Answer No 3 hereto.

**REQUEST FOR PRODUCTION NO. 4:** Any and all documents relating to any admission you contend 316 Towing or Lisovskiy has made at any time from April 14, 2020 through the present in relation to any of the allegations of the Complaint.

**RESPONSE NO. 4:** See Defendants' Answer and responses to discovery. Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 5:** Any and all documents evidencing or relating to any facts you believe or contend refute or contradict any of Defendants' defenses, as asserted in their Answer.

Page 8 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

**RESPONSE NO. 5:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 6:** Any and all documents or exhibits that you intend to reference, rely upon, or introduce into evidence at the trial of this Suit.

**RESPONSE NO. 6:** Objection. This Request is unduly burdensome in that it seeks to have Plaintiff marshal all his evidence prior to the end of discovery. Plaintiff reserves the right to reference, rely upon, or introduce into evidence at trial any documents produced as part of Plaintiffs' Initial Disclosures and any documents produced in Plaintiffs' responses to Defendants' First Set of Requests for Production of Documents.

**REQUEST FOR PRODUCTION NO. 7:** Any and all documents relating to each expert you intend to call as a witness at trial in this Suit, including but not limited to documents and communications sent to or received from each expert, resumes, curriculum vitae, oral or written reports, and any supporting data or information.

**RESPONSE NO. 7:** No expert witnesses have been identified at this time. Plaintiff does not intend to rely on expert witnesses; however, if and when any are identified, Plaintiff will timely supplement this Response.

**REQUEST FOR PRODUCTION NO. 8:** All affidavits, sworn statements, notes, and other documents sent to, received from, or otherwise relating to any person you intend to call as a witness at trial, either in person, through deposition testimony, or through an affidavit regarding any claim or defense in this Suit.

**RESPONSE NO. 8:** Objection. This Request seeks information that is protected by the Attorney Work-Product Doctrine to the extent that it requests unfiled written

Page 9 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

statements, opt-in forms, consent to join forms, and/or declarations which Plaintiff's attorneys may have drafted or may draft and to the extent that it otherwise requests witness statements to Plaintiff's counsel. Any affidavits or sworn statements which Plaintiff intends or decides to rely on in support of any motion will be filed and therefore provided to Defendants. To the extent Plaintiff would rely on such documents at trial, Plaintiff will produce them pursuant to these Requests or otherwise in accordance with the Federal Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 9:** Any and all documents or communications between you and any person or entity (other than your attorney) from April 14, 2020 through present, relating to the allegations in the Complaint, including but not limited to correspondence, emails, handwritten notes, memos, recordings, journal entries, and communications with any government agency.

**RESPONSE NO. 9:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 10:** Any and all documents you obtained from any person or entity from April 14, 2020 through present relating to the allegations in the Complaint, including but not limited to any written statements, affidavits, declarations, sworn statements, notes, sworn testimony, documents obtained by subpoena, documents received in response to Freedom of Information Act (FOIA) requests, and documents received from any government agency.

**RESPONSE NO. 10:** Objection. Plaintiff restates and reincorporates Response No. 8 hereto. Plaintiff has no responsive documents or statements from third-parties

Page 10 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

pursuant to subpoenas and/or FOIA requests, or otherwise, but will provide such documents if any are obtained.

**REQUEST FOR PRODUCTION NO. 11:** Any and all social media postings or communications relating to the allegations in the Complaint, including but not limited to postings on Facebook, LinkedIn, Twitter, YouTube, Instagram, Snapchat, WhatsApp, Reddit, blogs, wikis, and other social media sites.

**RESPONSE NO. 11:** Objection. This Request is overbroad and unduly burdensome in that it requests that Plaintiff produce social media postings or communications relating to the allegations in the Complaint not within Plaintiff's own knowledge or possession. Additionally, in *Palma v. Metro PCS Wireless, Inc.*, 8:13-cv-698-T-33MAP, 18 F. Supp. 3d 1346, 1347-48 (M.D. Fla., Apr. 29, 2014), the Defendants in a collective action under the FLSA moved to compel production of "all posts to Plaintiffs' social media accounts that relate[d] to 'any job descriptions or similar statements about th[e] case or job duties and responsibilities or hours worked which Plaintiff posted on LinkedIn, Facebook, or other social media sites," including "all private messages Plaintiffs sent from these sites." *Id.* The Defendants in *Palma* claimed that the plaintiffs "may have posted comments which contradict[ed] their testimony in the case about breaks and hours worked." *Id.* The court there denied the motion, holding that the request for social media records was too broad: "[Although] social media content is neither privileged nor protected by any right of privacy, . . . Defendant 'does not have a generalized right to rummage at will through information that Plaintiff has limited from public view.'" *Id.* (citations omitted). In addition, the court found that the burden associated with producing such records was not justified "when Defendant ha[d] nothing more than its 'hope that there

Page 11 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

might be something of relevance' in the social media posts." *Id*. (citation omitted). *See Jewell v. Aaron's, Inc.*, CV 12-0563, 2013 U.S. Dist. LEXIS 102182, at *10-*11 (N.D. Ga., July 19, 2013) (in an FLSA collective action for, *inter alia*, alleged failure to pay employees for meal periods, denying discovery of social media information to show that employees were, in fact, taking lunch breaks); *see also Davenport v. State Farm Mut. Auto. Ins. Co.*, No. 3:11-cv-632-J-JBT, 2012 U.S. Dist. LEXIS 20944, at *3 (M.D. Fla. Feb. 21, 2012) ("Otherwise, the Defendant would be allowed to engage in the proverbial fishing expedition, in the hope that there might be something of relevance in Plaintiff's [SNS] account[s]." ); *Mackelprang v. Fidelity Nat'l Title Agency of Nevada, Inc.*, 2007 U.S. Dist. LEXIS 2379, 2007 WL 119149 at *7 (D. Nev. Jan. 9, 2007) ("Ordering . . . release of all of the private email messages on Plaintiff's Myspace.com internet account would allow Defendants to cast too wide a net for any information that might be relevant and discoverable.").

Regarding social media postings or communications that Plaintiff can recall, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 12:** Any and all documents relating to any contracts, agreements, or correspondence in connection with your working relationship with either 316 Towing or Lisovskiy, including but not limited to any compensation or employment agreement or contract for tow truck services, onboarding documents, waivers, manuals, handbooks, training materials, or other written documents from 316 Towing characterize the work you performed or your working relationship with 316 Towing.

Page 12 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

**RESPONSE NO. 12:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, please see attached.

**REQUEST FOR PRODUCTION NO. 13:** Any and all documents relating to any work you performed for 316 Towing, relevant to any claim or defense in this Suit, at any time from April 14, 2020 through June 1, 2022, in exchange for any form of compensation, including but not limited to invoices for tow truck services provided, days and hours worked, shift schedules, calendars, Towbook records, uniforms, safety meetings, routes, store visits, use of electronic devices, product promotions, tips, badges, sales, training, new products, contests, product pricing, customers, paychecks, compensation records, inspection reports, and schedule for completion of work.

**RESPONSE NO. 13:** Plaintiff restates and incorporates Answer No 3 hereto.

**REQUEST FOR PRODUCTION NO. 14:** Any and all documents relating to any benefits offered or provided to you by 316 Towing or Lisovskiy at any time from April 14, 2020 through present, including but not limited to pension, 401k, profit sharing, stock options, health insurance, life insurance, dental benefits, disability insurance, workers' compensation coverage, unemployment insurance, malpractice insurance, payment of professional dues, fees, or continuing education, reimbursement of moving expenses, business expenses, or tuition, paid time off, paid vacation, and paid sick leave.

**RESPONSE NO. 14:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

Page 13 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

**REQUEST FOR PRODUCTION NO. 15:** Any and all documents relating to any expenses you incurred at any time from April 14, 2020 through June 1, 2022 in connection with the work you performed for 316 Towing, including but not limited to mileage, vehicle maintenance and repair, tools, equipment, supplies, meals, travel, uniforms, professional licenses and certifications, attendance at conferences and seminars, tuition, cell phone, fax, postage, and home office.

**RESPONSE NO. 15:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants. Regarding any responsive documents relevant to this Request that are in Plaintiff's possession, Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 16:** Any and all documents relating to your efforts to obtain employment or compensation in exchange for work or services at any time from April 14, 2020 through June 1, 2022, including but not limited to all versions of your resume, applications for employment, cover letters, reference letters, job inquiries, offers of employment, employment agreements, contracts, bids, proposals, job advertisements and postings, termination notices, resignation notices, rejection letters, and any other communications with any prospective employer or customer.

**RESPONSE NO. 16:** Objection. This Request seeks information that goes beyond the scope allowed by Rule 26 and has no importance to resolving the issues in this case or establishing any claims or defenses. In *Smith v. FracTech Services, LLC*, the court held, over the defendant's objection, that the plaintiffs' places of employment other than the defendant should be excluded as irrelevant and unfairly prejudicial. 2011 U.S. Dist. LEXIS 3165, *117-118 (E.D. Ark. Jan. 11, 2011). The same reasoning applies here. This lawsuit does not have anything to do with any of Plaintiff's experiences at places of

Page 14 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

employment or Plaintiff's compensation before or after Plaintiff's employment with Defendants ended. Additionally, Plaintiff objects to this Request to the extent that it seeks documents reflecting Plaintiff's job title for Defendants. It is axiomatic under the FLSA that mere titles and treatment are insufficient to determine a worker's employee status, but rather courts must examine the economic reality of the worker's relationship to the business. *Tony & Susan Alamo Found. v. Sec'y of Labor*, 471 U.S. 290, 301 (1985) (citing *Goldberg v. Whitaker House Co-op, Inc.,* 366 U.S. 28, 33 (1961)).

**REQUEST FOR PRODUCTION NO. 17:** Any and all documents relating to any business, partnership, limited liability company, corporation, sole proprietorship, nonprofit, joint venture, or other entity you have been employed by, owned, served as an officer for, held a stake in, or performed work for in exchange for compensation at any time from April 14, 2020 through June 1, 2022, including but not limited to business logos, business cards and letterhead, documents filed with local, state, or federal governments, documentation of assets, business entity formation and dissolution documents, licenses, customer reviews, referrals and recommendations, offer letters, employment agreements or contracts, independent contractor arrangements, consulting agreements, bills, invoices, paychecks, paystubs, websites and social media accounts, advertising, business directory listings, insurance coverage, including but not limited to general liability and workers' compensation, receipts, settlement payments, statements of work, W2s, Form 1099s, IRS Schedule C, social security benefits, disability benefits, unemployment insurance benefits, workers' compensation benefits, employer identification numbers (EIN or FEIN), building and equipment leases, annual reports, bank accounts, business

Page 15 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

expenses, mileage logs, loans and other forms of financial assistance, and claims, charges, grievances, or complaints made by or against each such entity.

**RESPONSE NO. 17:** Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 18:** Any and all documents in which you characterize your working relationship with 316 Towing and/or Lisovskiy, including but not limited to loan and credit applications, resumes, online profiles, and leases.

**RESPONSE NO. 18:** Plaintiff has no responsive documents.

**REQUEST FOR PRODUCTION NO. 19:** Any and all emails, letters, facsimiles, text messages, social media messages, direct messages, or other communications between you and (i) 316 Towing, (ii) Lisovskiy, or (iii) any other independent contractor or employee of 316 Towing.

**RESPONSE NO. 19:** Any responsive documents are in Defendants' possession or more easily accessible by Defendants in regards to (i) and (ii). With regard to (iii), Plaintiff restates and incorporates Response No. 11 hereto. Additionally, this Request is overbroad and seeks information that is not relevant and that can only be used for a fishing expedition against Plaintiff to the extent that it seeks all emails, letters, facsimiles, text messages, social media messages, direct messages or other communications between Plaintiff and 316 Towing, Lisovskiy or any other independent contractor or employee of 316 Towing, regardless of whether the communications themselves relate to the allegations in this case. The information requested is not proportional to the needs of this case because any communications between Plaintiff and 316 Towing, Lisovskiy or any other independent contractor or employee of 316 Towing are of no importance to resolving the issues in this case or establishing any claims or defences unless they relate

Page 16 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

to the allegations in the Complaint.

An earlier version of Rule 26 contained language referring to "information reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1) (amended 2015). This language was not intended to define the scope of discovery, but because it was incorrectly used in that way, it was removed in 2015. Fed. R. Civ. P. 26 advisory committee's notes note the 2015 amendment. This change was "intended to send a signal to district judges to become more hands-on in the process of regulating—mostly limiting—discovery on relevance grounds alone." *Kennicott v. Sandia Corp.*, 327 F.R.D. 454, 467 (D.N.M. 2018).

While some older cases may reference or quote the old rule, such cases cannot be persuasive where their reasoning is based on deleted language. *ArcelorMittal Ind. Harbor LLC v. Amex Nooter, LLC*, No. 2:15-CV-195-PRC, 2016 U.S. Dist. LEXIS 89117 (N.D. Ind. July 8, 2016). The standard now requires a party to show that the information sought is relevant to a claim or defense, and the old "reasonably calculated" language should be omitted entirely. *Reibert v. CSAA Fire & Cas. Ins. Co.*, No. 17-CV-350-CVE-JFJ, 2018 U.S. Dist. LEXIS 860 (N.D. Okla. Jan. 3, 2018). While the scope of discovery remains broad after the 2015 amendments, it does not authorize "fishing expeditions" where a party seeks discovery in hopes of finding evidence that it has no reason to believe exists. *Id.*

Regarding communications in Plaintiff's possession between Plaintiff and 316 Towing, Lisovskiy or any other independent contractor or employee of 316 Towing which relate to this case, Plaintiff has no responsive documents.

Page 17 of 24
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS**
**Plaintiff Kevin Brindley's Answers and Responses to Defendants'**
**First Set of Interrogatories, Requests for Production, and Requests for Admission**

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Please admit that you have never been an employee of 316 Towing.

**ADMISSION NO. 1:** Denied. Plaintiff followed the usual path of employer-employee relationships; Defendants treated them as independent contractors only for tax purposes and for Defendants' convenience. Plaintiff did not have any professional input on the business and did not have any control over his schedule. Plaintiff worked the hours Defendants assigned and used their equipment. Plaintiff was never asked for input on any business decisions. Plaintiff did not financially invest in Defendants' business, share profits or losses in Defendants' business or set prices for services.

**REQUEST FOR ADMISSION NO. 2:** Please admit that you have never been an employee of Lisovskiy.

**ADMISSION NO. 2:** Denied, Lisovskiy was the owner and Eli worked for Lisovskiy, and Plaintiff did the work assigned by Eli on behalf of Lisovskiy.

**REQUEST FOR ADMISSION NO. 3:** Please admit that you have never been an independent contractor for Lisovskiy.

**ADMISSION NO. 3:** Admitted, Plaintiff was an employee of Lisovskiy.

**REQUEST FOR ADMISSION NO. 4:** Please admit that you were never required to perform work for 316 Towing outside of the State of Georgia.

**ADMISSION NO. 4:** Denied. Plaintiff had to go to South Carolina and North Carolina a few times.

**REQUEST FOR ADMISSION NO. 5:** Please admit that the time you spent answering calls, driving to and from customers, and performing roadside services for 316

Page 18 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

Towing's customer was captured by a timekeeping software called "Towbook."

**ADMISSION NO. 5:** Admit in part.  Not all of my time was captured.

**REQUEST FOR ADMISSION NO. 6:** Please admit that 316 Towing's records, which include data from Towbook, accurately capture all work that you performed for 316 Towing.

**ADMISSION NO. 6:** Deny. Everything was time stamped for the different stages of each tow job. Accepting the job, in transit, on site, etc., but Plaintiff also performed work for Defendants outside of Towbook, such as washing the truck or picking up employees' vehicles.

**REQUEST FOR ADMISSION NO. 7:** Please admit that you never performed more than 40 hours of work for 316 Towing in any given week between 2019 and 2022.

**ADMISSION NO. 7:** Denied, Plaintiff consistently worked at least 60 hours per week.

**REQUEST FOR ADMISSION NO. 8:** Please admit that you received additional compensation from 316 Towing for worked performed outside of your scheduled on-call period.

**ADMISSION NO. 8:** Denied. Plaintiff was paid a set amount weekly by Defendants.

**REQUEST FOR ADMISSION NO. 9:** Please admit that you have been adequately compensated for all hours of work that you performed for 316 Towing.

**ADMISSION NO. 9:** Denied. Plaintiff was not paid overtime for any hours worked over 40 in a week.

**REQUEST FOR ADMISSION NO. 10:** Please admit that you have received at least $7.25 per hour in compensation for all hours of work performed for 316 Towing.

Page 19 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

**ADMISSION NO. 10:** Admitted in part but denied as to whether that is relevant in weeks in which Plaintiff worked more than 40 hours.

**REQUEST FOR ADMISSION NO. 11:** Please admit that 316 Towing did not supervise the manner in which you performed work.

**ADMISSION NO. 11:** Denied. Plaintiff was supervised by Eli. If Plaintiff was sent a call, he had to take it.

**REQUEST FOR ADMISSION NO. 12:** Please admit that 316 Towing did not direct the manner in which you performed work.

**ADMISSION NO. 12:** Denied. Defendants told Plaintiff which jobs he had to take and how to record the jobs in their system and what Defendants' customers would be charged for the job.

**REQUEST FOR ADMISSION NO. 13:** Please admit that 316 Towing did not control the manner in which you performed work.

**ADMISSION NO. 13:** Denied. Defendants dispatched the jobs. Plaintiff didn't have a list to pick from. If they sent a call, Plaintiff had to take it.

**REQUEST FOR ADMISSION NO. 14:** Please admit that you completed and signed 316 Towing's "Pre-Contract Questionnaire."

**ADMISSION NO. 14:** Plaintiff lacks sufficient information to admit or deny this Request, therefore denied. Plaintiff remembers a new hire packet and filling out everything in it, but he doesn't recall specifically completing and signing this document.

**REQUEST FOR ADMISSION NO. 15:** Please admit that you completed, initialed, and signed 316 Towing's "Independent Contractor and Lease Agreement."

Page 20 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

**ADMISSION NO. 15:** Denied as written.   Plaintiff cannot admit to signing a document that was not attached to the Requests that were served on him.

**REQUEST FOR ADMISSION NO. 16:** Please admit that you agreed in writing that any dispute arising from the terms of the Independent Contractor and Lease Agreement would be submitted to mediation followed by binding arbitration.

**ADMISSION NO. 16:** See Answer No. 15.

**REQUEST FOR ADMISSION NO. 17:** Please admit that you never signed any contract or other agreement with Lisovskiy, personally, including but not limited to any compensation or employment agreement or contract for your tow truck services.

**ADMISSION NO. 17:** Admitted.

**REQUEST FOR ADMISSION NO. 18:** Please admit that you never worked as a tow truck driver for Lisovskiy, personally.

**ADMISSION NO. 18:** Denied. Lisovskiy never contacted Plaintiff personally, but Plaintiff did have to pick up employee's cars that had broken down. These were off the TowBook app and not recorded. These always came from Eli. This happened fewer than 10 times. These would usually take under 2 hours.

**REQUEST FOR ADMISSION NO. 19:** Please admit that you were never paid by Lisovskiy, personally.

**ADMISSION NO. 19:** Admitted in part and denied in part. Admitted in part to the extent that Defendant Lisovskiy never handed checks to Plaintiff personally, denied in part to the extent that all checks Plaintiff received had Defendant Lisovskiy's signature on them.

Page 21 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

**REQUEST FOR ADMISSION NO. 20:** Please admit that Lisovskiy, personally, neither hired nor fired you.

**ADMISSION NO. 20:** Admitted in part. It was all done by Eli, who worked for Lisovskiy.

**REQUEST FOR ADMISSION NO. 21:** Please admit that Lisovskiy, personally, neither supervised nor controlled your work schedule, duties, protocols, applications, or assignments with 316 Towing.

**ADMISSION NO. 21:** Denied to the extent that Defendant Lisovskiy had final say over any decisions made by Manager Eli regarding work schedule, duties, protocols, applications or assignments with 316 Towing.

**REQUEST FOR ADMISSION NO. 22:** Please admit that Lisovskiy, personally, never maintained your payroll records.

**ADMISSION NO. 22:** Plaintiff has insufficient information and knowledge regarding whether Defendant Lisovskiy personally maintained Plaintiff's payroll records, therefore denied.

**REQUEST FOR ADMISSION NO. 23:** Please admit that, during the time that you were scheduled to be on-call, you were not required to report to an office.

**ADMISSION NO. 23:** Admitted.

**REQUEST FOR ADMISSION NO. 24:** Please admit that during the time that you were scheduled to be on-call, you would spend at least part of your on-call period at home or engaged in personal activities.

**ADMISSION NO. 24:** Admitted. Plaintiff would go by the house to eat lunch once or twice a week, but usually waited in a parking lot for a call to come in.

**Page 22 of 24**
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS**
**Plaintiff Kevin Brindley's Answers and Responses to Defendants'**
**First Set of Interrogatories, Requests for Production, and Requests for Admission**

**REQUEST FOR ADMISSION NO. 25:** Please admit that during at least part of the time you were scheduled to be on-call, you would perform work for another company or individual from a computer.

**ADMISSION NO. 25:** Denied.  Plaintiff did not work for another company or individual while employed by Defendants.

**REQUEST FOR ADMISSION NO. 26:** Please admit that during at least part of the time you were scheduled to be on-call, you would attend to personal responsibilities and errands.

**ADMISSION NO. 26:** Denied. From time to time Plaintiff would go wash Defendants' truck, or go network with repair shops around town.

**REQUEST FOR ADMISSION NO. 27:** Please admit that you frequently rejected calls from potential clients during the time that you were scheduled to be on-call.

**ADMISSION NO. 27:** Denied.

**REQUEST FOR ADMISSION NO. 28:** Please admit that 316 Towing never disciplined or threatened to terminate you for rejecting a request from a potential customer.

**ADMISSION NO. 28:** Denied.

**REQUEST FOR ADMISSION NO. 29:** Please admit that you never raised objections to 316 Towing that the compensation you received was inadequate for the amount of work you performed.

**ADMISSION NO. 29:** Objection.  This request is irrelevant.

**REQUEST FOR ADMISSION NO. 30:** Please admit that you never raised objections to 316 Towing concerning your classification as an independent contractor.

Page 23 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

**ADMISSION NO. 30:** Admitted.

Respectfully submitted,

**DUSTIN HYDE, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing was

served via email on May 26, 2023, to the attorneys listed below:

Jeremy R. Handschuh, Esq.
Amanda I. Elliott, Esq.
MITCHELL-HANDSCHUH LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
Telephone: (404) 262-9488
Facsimile: (404) 231-3774
jeremy@m-hlawgroup.com
amanda@m-hlawgroup.com

*/s/ Josh Sanford*
**Josh Sanford**

Page 24 of 24
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Plaintiff Kevin Brindley's Answers and Responses to Defendants'
First Set of Interrogatories, Requests for Production, and Requests for Admission

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**DUSTIN HYDE, Individually and on**                                **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                        No. 2:22-cv-103-RWS

**316 TOWING & ROAD SERVICE, INC.,**                          **DEFENDANTS**
**and MAKSIM LISOVSKIY**

## VERIFICATION

I, Kevin Brindley, verify under penalty of perjury that the factual information

contained in the foregoing Answers to Defendants' First Set of Interrogatories is true and

correct to the best of my knowledge, information and belief.

Executed on May 26, 2023.

**KEVIN BRINDLEY**

## INDEPENDENT CONTRACTOR AND LEASE AGREEMENT

This Independent Contractor Agreement is made between 316 Towing and Road Service (hereinafter referred to as "Carrier") and _____, (hereinafter referred to as "Contractor").

WHEREAS, Carrier is a for-hire motor carrier operating in interstate commerce and subject to the rules and regulations of the Federal Motor Carrier Safety Administration, the U.S. Department of Transportation, and other federal and state agencies; and

WHEREAS, Contractor is a (check where applicable):  (1) A Sole Proprietorship ☐; (2) Limited Liability Corporation or Partnership ☐; or (3) A Corporation ☐ which owns or leases the equipment identified in Appendix A attached hereto; and

WHEREAS, the parties desire to enter an independent contractor relationship and lease agreement in accordance with applicable law;

NOW, THEREFORE, the parties agree as follows:

This Agreement shall govern the lease of equipment identified on Appendix A with driver by Contractor to Carrier for the continuing performance of a series of separate transportation contracts, the payment for which shall be determined in accordance with the agreed compensation set forth in Appendix B.

1. <u>Compliance with Federal Statutes and Regulations</u>.  The parties acknowledge and agree that this contract is governed by Federal Regulation, to wit: 49 C.F.R. 376 and it is the intent of the parties that this Agreement fully comply with such regulations without creating indicia of control which would otherwise frustrate the intent of the parties to create an independent contractor relationship.  See 49 C.F.R. 376.12(c)(4).

Accordingly, the parties agree as follows:

A. Carrier shall exercise that level of dominion and control over the leased equipment required by Federal Motor Carrier Safety Regulations including the execution of an original and 2 copies of this Lease by the parties with a copy or notice of this Lease to be kept on the equipment during its term in accordance with 49 C.F.R. 376.11(a) and 49 C.F.R. 376.12(l).

B. Receipts specifying the identity of the equipment and stating the date and time possession is transferred shall be issued in the form set forth in Appendix C in the time and manner as required by 49 C.F.R. 376.11(b).

C. During the period of the Lease, Carrier shall identify the equipment in accordance with FMCSA requirements found at 49 C.F.R. 390.21 and Contractor warrants that it will immediately execute a receipt for return of the equipment as provided for in Appendix C, and remove or submit for removal all identification that the equipment is operated subject to the safety duties and obligations of Carrier. Within five calendar days of termination of the lease,

Initial Here: _____

EXHIBIT
tabbies
5

Contractor shall return to Carrier by mail or in person all identification devices, other than those painted directly on the equipment, as well as the executed receipt. Carrier may withhold final payment to Contractor, pursuant to 49 C.F.R. 376.12(f) until this requirement is complied with.

        D.     Records of Equipment. Carrier shall keep records covering each separate job or trip for which Contractor's services are retained in accordance with 376.11(d). Contractor warrants that it will instruct its driver to issue, obtain and carry while in transit bills of lading covering each trip which identify the lading and indicating the point of origin, the time and date of departure, the point of final destination, and confirm that the transportation is provided under the responsibility of Carrier.

        E.     Contractor warrants that it is the title holder or has equitable ownership of the leased equipment in accordance with 49 C.F.R. 376.12(a).

        F.     The Lease shall commence with the time of the giving of the receipt for possession and shall continue from month to month until terminated by either party in accordance with the termination provisions herein.

        G.     To fulfill the exclusive possession and responsibilities of the regulations, the authorized Carrier shall have exclusive possession, control and use of the equipment for the duration of the lease and the concomitant safety duties imposed by the Federal Motor Carrier Safety Administration's regulations. See 49 C.F.R. 376.12(c) and the safety regulations found at 49 C.F.R. 390-399.

        H.     Contractor recognizes Carrier's regulatory duty to *inter alia* maintain driver qualification files, monitor driver's hours of service, conduct pre-employment and random drug and alcohol screening, verify equipment maintenance and repair, ensure proper securement, transport of freight in accordance with reasonable dispatch and highway restrictions governing the transportation of hazardous and overweight and over-dimensional loads. Contractor certifies that it is familiar with these regulatory requirements, will so instruct its driver personnel in proper compliance and will indemnify and hold Carrier harmless from any breach by it or its employees of this duty or failure to offer reasonable cooperation.

        I.     Calculation of Compensation. Compensation set forth in Appendix B is based upon a percentage of the line haul revenue derived from each load or trip tendered by Carrier to Contractor and accepted for transport. Line haul revenue shall be that amount reflected upon the rated freight submitted by Carrier to its customer for payment for the services rendered by Contractor and accordingly shall exclude charges paid to interline carriers, pickup and delivery fees for services not performed by Contractor, expenses for over-dimensional permits, escort service and accessorial charges not earned by line haul equipment or its drivers such as lumpers or rigging expenses. Other expenses not attributable to the services rendered by Contractor shall also be excluded from line haul revenue. In accordance with 49 C.F.R. 376.12(g), Carrier will give Contractor before or at the time of settlement a copy of the rated freight bill or computer-generated document containing the same information. Upon request, Contractor may view other documents as required by regulation. In addition to the agreed

Initial Here: _[signature]_

percentage of line haul revenue, Contractor shall receive 100% of any fuel surcharge, if any, collectible by Carrier as reflected on its rated freight bill.

J.     Non-Reimbursable Expenses.  For the consideration specified above, Contractor agrees to be solely responsible for the following additional expenses:

(1)     Identification Devices.  (At its expense upon termination of lease, Contractor removing identification devices, offering suitable evidence to Carrier that such devices have been removed, or submit the equipment to Carrier for its removal.)

(2)     Cost of Fuel.

(3)     Fuel Taxes.

(4)     Permits of all types.

(5)     Tolls, ferries, accessorial services, base plate and licenses.

(6)     The hiring and settling of wages for its drivers and the payment of all employment taxes, worker's compensation insurance,

(7)     The maintenance of all equipment in accordance with DOT standards.

(8)     The payment of all operating expenses including Federal Highway Use Taxes, personal property taxes, fines incurred by it.

(9)     Furnishing all tools, including tie-downs and load securement equipment, and safety equipment required by the DOT and/or FMCSA.

(10)    Cost pertaining to the proper training and instruction of Contractor and its employees.

(11)    Compatible on-board computer and tracing technology to meet Shipper's requirements.  Attached hereto as Appendix D is a list of tools and other devices which Contractor is required to provide pursuant to this Agreement which can be purchased or rented to Contractor by Carrier for the fees stated therein.  If Contractor elects to purchase or rent these items by executing the addendum in the place provided, the cost of same will be charged back to settlements until such time as the tool or device is returned in good condition, ordinary wear and tear excepted.

Initial Here: _____

(12)   <u>Property Damage to Carrier's Trailer</u>.  Contractor shall be responsible for any property damage to Carrier's trailer equipment or other equipment beyond ordinary wear and tear.

(13)   <u>Fines for Oversize or Overweight Shipments</u>.  Unless trailers are preloaded and sealed or containerized, Contractor or its employees shall be responsible for confirming that all lading is suitable for transportation in accordance with applicable weight and dimensional limitations imposed by in-transit states or authorized by special permits obtained for transportation of the shipment. Contractor shall be responsible for all fines, penalties and claims resulting from failure to comply with this obligation.

(14)   With respect to fuel purchases set forth in Subparagraph 3 above, Contractor recognizes that Carrier is required by IFTA to file taxes governing fuel taxes for its services and accordingly agrees to purchase sufficient fuel within each state in which its equipment operates to assure payment of fuel taxes.  Contractor agrees to provide Carrier with satisfactory proof of such purchases and to pay any applicable deficiency.

(15)   With respect to base plates, if purchased in the name of Carrier, upon termination of the lease Carrier will transfer the plates to another unit if possible, crediting Contractor with any refund or credit it received.  If Carrier is unable to transfer the plates to another unit, then no refund or credit will be due to Contractor.

(16)   Detention time.

K.   <u>Payment</u>.  In accordance with 49 C.F.R. 376.12(f) Carrier agrees to pay Contractor within 15 days after submission of necessary delivery documents to secure payment from shipper and driver log books required by the U.S. DOT.  Because the parties recognize that the U.S. DOT regulations now require the Carrier to maintain supporting documents including but not limited to trip reports, weight tickets, evidence of toll receipts and fees, as well as other documents, Contractor agrees to submit these additional documents with its settlement.  If such documentation is not provided within 5 working days of Carrier's request, Contractor agrees to a settlement deduction of $50 per occurrence to reimburse Carrier for the administrative expense of re-requesting the documentation.  I

L.   <u>Chargeback Options</u>.  Carrier shall be entitled to chargeback to Contractor and deduct from settlement the following: (1) all payments paid by Carrier for authorized advances and costs incurred by Carrier on behalf of Contractor as a result of Contractor's obligations enumerated in J above.  In addition, any advance specifically confirmed in writing, the purchase of any goods or services from Carrier by Contractor as specifically authorized in this Agreement or otherwise and specifically enumerated fine or penalty may be deducted for the

Initial Here: _____

specific amount provided for herein or at Carrier's cost without markup. Contractor will be afforded copies of documents necessary to determine the validity of any charge.

M. <u>Products, Equipment or Services from Carrier</u>. Contractor is not required to purchase or rent any products, equipment or services from Carrier as a condition of entering this Lease. Any product, equipment or service which Contractor elects to purchase shall be enumerated in Appendix D or by subsequent addenda.

N. <u>Insurance</u>. Carrier has a legal obligation under federal statute to provide bodily injury and property damage insurance to the public for the use of the leased equipment pursuant to 49 U.S.C. 13906 during the term of this Lease. Contractor agrees to carry non-trucking liability (so-called "deadhead and bobtail") insurance with a combined single limit of not less than $500,000 and will provide proof of such coverage to Carrier during the term of this Agreement. Contractor further agrees that it is its sole duty to require and maintain at its expense worker's compensation insurance or other insurance required by the provision of any applicable employer's liability law on all drivers and any other employees required by Contractor or hired by Contractor to perform the services under this Agreement. A certificate of worker's compensation will be furnished upon request. If Contractor elects to obtain and if Contractor maintains that worker's compensation is not required due to statutory exemption, it will provide evidence of comparable occupational accident insurance and otherwise warrants that it will indemnify and hold harmless Carrier against any allegation of cut-through liability.

If Contractor elects to purchase any insurances from sources available through Carrier, such coverage will be set forth in Appendix D and Carrier will provide Contractor with a copy of each policy upon request, providing to Contractor a certificate of insurance naming the insurer, the policy number, the effective dates, the amount of coverage, the cost to lessor and any deductible.

O. <u>Cargo and Accident Deductible</u>. Notwithstanding any public liability insurance or cargo insurance maintained by Carrier, Contractor agrees to pay to Carrier an amount equal to the first $2500 of the expense incurred by Carrier and paid to it any cargo claimant or accident victim as a result of the negligence of Contractor or its employees in the performance of this contract. Prior to any such deductions, Carrier shall provide to Contractor with a written explanation and itemization of any deductions for cargo or property damage made from any compensation of money owed to Contractor.

P. <u>Notification Requirement</u>. Contractor further agrees to immediately notify Carrier of any potential cargo claim, accident, fine, citation or out-of-service order incurred by Contractor or its employees in order to ensure Carrier's compliance with its customer and safety obligations.

If for any reason Contractor fails to return Carrier's equipment or remove placards within 24 hours of termination, Contractor acknowledges that Carrier may seek a writ of replevin and agrees to pay all attendant attorney's fees and costs as well as the cost of recovery incurred by Carrier in recovering its equipment and removing its placards.

Initial Here: _____

Q.    Escrow of Funds.  The Contractor shall deposit with the Carrier a performance bond issued by a Surety Company approved by Carrier in the amount of $2,500.00 per vehicle, or at his option, may furnish in lieu thereof a $500.00 cash bond to guarantee the full, complete and competent performance of the Contractor's obligations under this contract. These obligations include the settlement of all accounts between Contractor, its employees or agents, and Carrier, reimbursement of authorized chargeback items, and the return of all regulatory agency permits, tags and identifications issued in the name of the Carrier and the Contractor upon expiration or termination of the Contract or upon the execution of a receipt for the equipment.

The Contractor shall receive notice through the settlement process of any transaction involving the escrow funds, to include any withdrawals or any other adjustments to the escrow account.  Contractor shall have the right to an accounting for transactions involving the escrow fund at any time.  The Carrier shall compute interest on the escrow funds at least quarterly.  For purposes of calculating the balance of the escrow fund on which interest must be paid, the Carrier may deduct a sum equal to the average advance made to the Contractor during the period of time for which the interest is to be paid.  The interest rate that is to be applicable to said interest payments shall be set at a rate equal to the average yield or equivalent coupon issue yield on 13-week Treasury Bills as established in the weekly auction by the Department of Treasury at the beginning of each period for which interest is to be calculated.

If for any reason Contractor fails to return Carrier's equipment or remove placards within 24 hours of request, Contractor acknowledges that Carrier may seek a writ of replevin and agrees to pay all attendant attorney's fees and court costs as well as the cost of recovery incurred by Carrier in recovering its equipment and removing its placards.

Carrier shall return any remaining escrow funds to Contractor no later than 45 days from the date of termination.

R.    Impermissive Use of Equipment.  The parties contemplate that Contractor may use trailer equipment owned by Carrier to provide the contracted services.  Such equipment may be used without additional charge for the purpose of providing services for Carrier or with Carrier's express permission.  During the term of this Agreement, if Contractor moves or pulls Carrier's trailer from Carrier's terminal or other location without Carrier's authorization, Contractor will be assessed 15¢ per mile for the total number of miles and all other charges incurred in securing and returning such trailer subject to a minimum charge of $50 per day.

2.    Contractor Independence/Control of Operations.

A.    Federal and State Laws.  At all times, Independent Contractor shall remain solely responsible for payment of all federal and state taxes accruing as a result of its maintenance and use of the leased vehicle, retention and payment of driver personnel to perform services under this agreement.  Contractor warrants that it is familiar with and shall comply with all applicable employment laws and applicable taxes including and not limited to federal and state income tax, state worker's compensation, unemployment compensation taxes, and overtime

Initial Here: _____

requirements which may be applicable.  Contractor shall indemnify and hold Carrier harmless from these obligations.

To the extent not inconsistent with federal, state and safety regulations, including but not limited to hours of service requirements, highway speed limits and other restrictions, Contractor shall be free to set the method and time of performance for all delivery of loads accepted by it. The parties agree and understand that federal and state laws and regulations impose duties on carriers including the maintaining of records of Contractor operations, equipment maintenance, hours of service, reporting for state tax purposes all miles run by the vehicle as well as additional obligations imposed by Carrier's insurer whose federal filings are a prerequisite of operations. Contractor agrees to comply with these federal duties and statutes with respect to the equipment leased to Carrier and will provide all necessary supporting documents as required by law. Contractor warrants that it will only permit driver personnel to perform service under this Contract who have been credentialed and approved by Carrier in accordance to US DOT requirements.

B.  <u>Customer-Specific Requirements</u>.  The parties agree that in the performance of this contract, Carrier in its sole discretion will tender Contractor individual loads, subject to its equipment availability on a load-by-load basis.  It is agreed that any load may have customer-imposed service requirements which will be conveyed to the Contractor at time of tender.  Contractor agrees to accept or reject the load tender and is not subject to forced dispatch. In accepting the load, Contractor agrees to perform in accordance with any special ground rules imposed by the customer and further warrants that the expected service can be provided in a safe and non-negligent fashion in accordance with its drivers' available hours of service.

C.  <u>Routes and Methods</u>.  The parties agree that federal regulation requires a Carrier to be responsible for accounting for all miles run by the involved commercial vehicle while under lease and for the hours of service of the driver operating the leased vehicle, regardless of whether the truck is under dispatch.  Notwithstanding these requirements, Contractor is free to select the routing for performing any dispatch consistent with state and federal highway speed limits, weight and other restrictions.  Carrier will assist Contractor by providing practical routing information for its use. Contractor agrees to indemnify and hold harmless Carrier from any claim, fine, loss or damage which arises from the "deadhead or bobtail" use by it of the equipment.

Contractor agrees to indemnify and hold harmless Contractor from any claim, fine or assessment arising out of its failure to comply with the warranties and representations contained in this paragraph.

D.  <u>Independent Contractor Status</u>.  It is the intent of the parties for Contractor to retain the status of an independent contractor in business for federal and state law purposes. Carrier's control over Contractor shall be limited to that control required by federal and state statutes and regulations governing the conduct of motor carriers.  Contractor shall train all of its driver personnel in accordance with U.S. DOT requirements and shall submit all driver personnel to Carrier for qualification, safety and training to the extent required by federal regulations. Neither Contractor nor its driver employees shall be required to attend other employment

Initial Here: _____

training meetings held by the company nor shall they be subject to the company employment manual. Contractor shall have the right to substitute other qualified drivers to perform the services subject to Carrier's confirmation that Contractor's driver meets the driver qualifications established by the U.S. DOT and its insurers.

Contractor warrants that no driver will be used until the driver has been qualified by Carrier in accordance with federal safety requirements. At all times, Contractor shall remain responsible for hiring and supervising his employees and for paying their salaries and all relevant taxes. Contractor warrants compliance with all federal and state employment laws and shall indemnify and hold Carrier harmless from its failure to discharge such obligations.

Contractor shall at all times be free to set its hours of operations consistent with the federally imposed hours of service requirements and the scope of the work accepted and the customer's service expectations. Contractor is free to work when and where it chooses and shall accept or reject work assignments on a load by load basis. Contractor agrees to comply with any scope of work requirement imposed by the customer service conditions when accepting a job assignment but is otherwise free to schedule the order of its work.

Where shipper requires same and to facilitate efficient dispatch, Contractor agrees to provide electronic notification of its operating status including when equipment is loaded, unloaded or otherwise available to dispatch. Otherwise no oral or written report other than the supporting documents and logs required by the DOT, bills of lading and shipping documents required by the customer for payments and fuel taxes as required by IFTA shall be required.

Contractor shall be solely responsible for furnishing the power equipment used to provide service and shall keep same in good repair in accordance with federal regulation and inspection requirements. Contractor shall be solely responsible for the payments on the leased equipment on the subject equipment and shall have the right to make all crucial decisions with respect to the maintenance and operation of such equipment.

Consistent with the leasing regulations which require Carrier to have exclusive possession and control of the equipment, Contractor shall be free with notice to work for other carriers or customers. When Contractor works for other carriers or customers, Contractor shall not operate under, or display, the placards or other identifying equipment of Carrier. Contractor shall have the right to discharge any driver it employs at any time. Contractor agrees that it shall reassign any driver which Carrier in its sole discretion determines is unqualified to comply with Carrier's federal imposed safety duties.

Contractor warrants as a condition of this contract that all equipment will be continually operated in accordance with U.S. DOT safety regulations in a non-negligent fashion.

Contractor shall accept work assignments on a job by job or load by load basis and agrees to comply with any ground rules or scope of work requirements established by the shipper as a service condition imposed on the work provided. Carrier does not guarantee Contractor a profit or limit its profit margin for contracts performed.

Initial Here: _____

3.    Standard Operating Procedures.  Because Carrier's customers require on-board communication to track delivery times, confirm pickups and deliveries and obtain advice about in-transit conditions, Contractor agrees to obtain on-board communication devices compatible with Carrier's system.  Such equipment may be obtained and installed by Contractor in leased unit at its choosing.  If purchased or leased from Carrier, Contractor's decision will be reflected in Appendix D and deduction from settlement will be authorized.

Unless Contractor or its driver notifies Carrier to the contrary, for the parties' mutual benefit, Carrier will tender loads to Contractor's driver using such on-board communications in real time based upon the availability of shipments, the equipment, and notice provided electronically that the leased equipment is available for a new contract consistent with the driver's available hours of service and its location.  To facilitate these standard operating procedures, Contractor agrees to afford Carrier reasonable notice if its driver or unit is otherwise unavailable to accept additional loads.

4.    Contractors, Warranties, and Indemnification. As consideration for entering into this agreement, Contractor warrants as follows:

  a.  that it is properly licensed and authorized to conduct its independent trade or business in accordance with local and state laws;

  b.  that it will comply with all federal, state, and local taxing authorities that are applicable to its trade or business and will pay all applicable withholding and employment taxes and insurance payments as they come due by reason of its retention of personnel to provide the contracted service;

  c.  that it will not accept or incur any payment obligation on behalf of Carrier without its express written approval; and

  d.  that it will promptly notify Carrier of any acts that result in any type of loss, shortage, citation, fine, or out of service order incurred in the course of its use or maintenance of the lease equipment during the period of this lease.

5.    Contractor agrees to indemnify and hold Carrier harmless from any breach of the above warranties or if other claim laws or damage arising out of the negligent or willful acts or omission of it, its officers, directors, employees, or agent

6.    Integrated Claim. The Parties agree that this contact sets forth the full understanding of the Parties and shall not be modified or changed in any way except by express written addendum.

7.    Termination. This Contract may be terminated by either party on fifteen (15) days written notice.  If, in the sole opinion of Carrier, the driver qualified by Contractor to provide services fails to comply with the Federal Motor Carrier Safety Regulations, Carrier may terminate this Agreement at any time.

Initial Here: _____

8.     <u>Claims Notification</u>. The Parties recognize in accordance with federal statute, Carrier has 6 months from the issuance of any freight invoice to file an undercharged claim with its Shipper. Accordingly, the Parties agree that Contractor will review its settlements and notify Carrier not later than 165 days after issuance of its disputed amount or thereafter will be barred.

9.     <u>Alternative Dispute Resolution</u>. The parties agree that any dispute concerning the terms of this Agreement will be submitted to mediation followed by binding arbitration before a tribunal convened under the rules of the American Arbitration Association at Atlanta, GA.

10.    <u>Venue and Jurisdiction</u>. This agreement is made pursuant to the requirements of federal law and otherwise subject to the laws of the State of Georgia.  The parties agree that that any lawsuit shall be filed in a court of competent jurisdiction in Gwinnett County.

Dated this _Forth_ day of _October_, 20_21_.

[CARRIER]:316 Towing and Road Service          [CONTRACTOR]:_____

_____          _____

_____          _____
Signature                                Signature

_Kevin L. Brindley_                       _Eli Kudrin_
Print Name                               Print Name

_Wrecker Operator_                        _Manager_
Title                                    Title

Initial Here: _____

## APPENDIX A

### IDENTIFICATION OF EQUIPMENT

| | Make | Year | Serial No. |
|---|---|---|---|
| Tractor | Dodge Ram 4500 | 2019 | #216 |
| Trailer | | | |
| Trailer | | | |
| Trailer | | | |
| Trailer | | | |
| Trailer | | | |

Name of Contractor: Kevin Brindley

Phone: _____  Fax: _____

Address: _____

FID No. _____  or SSN: _____

I certify that the above named Contractor is the title holder or beneficial owner of the identified equipment authorized to receive payments for the use of this equipment pursuant to the terms of this Agreement.

_____
Signature

10-4-21
_____
Date

Initial Here: _____

APPENDIX D

Equipment Owner _____

Tractor Number _____    Trailer Number _____

Jeep _____    Booster _____    Stinger _____

## I. INITIAL START-UP COSTS TO BE PAID BY CONTRACTOR:

| | |
|---|---|
| Tractor Base Plate – Owner to furnish own base plate | ☐ Yes   ☐ No |
| CARRIER to furnish base plate at a charge of | $ _____ |
| Trailer Plate – Owner to furnish own trailer plate | ☐ Yes   ☐ No |
| CARRIER to furnish trailer plate at a charge of | $ _____ |
| Permit Package – 48 State | No Charge |
| Truck Escrow – In lieu of providing a Performance Bond as identified in the Independent Contractor Agreement, CONTRACTOR may post escrow money in the amount of | $ _____ |
| Owner to provide Surety Bond | ☐ Yes   ☐ No |
| Owner to escrow money | $ _____ |
| Initial Leasing Cost Total | $ _____ |

CONTRACTOR authorizes CARRIER to withhold from Contractor's weekly settlements in payments of $ _____ for ten (10) of the first eleven (11) settlements to pay the Initial Leasing Cost Total.

## II. INSURANCE:

Insurance Charges – Owner will furnish required insurance at minimum levels as identified in the Independent Contractor Lease Agreement for:

| | |
|---|---|
| Occupational Accident | ☐ Yes   ☐ No |
| Bobtail | ☐ Yes   ☐ No |
| Physical Damage | ☐ Yes   ☐ No |

CARRIER will make available to CONTRACTOR insurance at the following:

| | |
|---|---|
| Occupational Accident | $_____ per week |
| Bobtail | $_____ per month |
| Physical Damage | $_____ per $1000 |

Initial Here: _____

**III. BANK FEES:**

Electronic Financial Transaction Charges – The CARRIER utilizes ComData/Fleet One/EFS services for electronic financial transactions. The following ComData/Fleet One/EFS fee schedule applies and will be deducted as incurred regardless of cost to Company:

| | |
|---|---|
| Service Fee for 1st time card use per day | $_____ |
| Service Fee for each card use per day after initial 1st time use | $_____ |
| ATM Withdrawal (U.S.) | $_____ |
| ATM Withdrawal (international Fee) | $_____ |
| ATM Balance Inquiry | $_____ |
| ATM Decline | $_____ |
| Transfer money to a bank account | $_____ |
| POS Debit Transactions | $_____ |
| Comcheck Draft | $_____ |
| Comdata Answer Plus Phone Service | $_____ per minute* |

* A per call charge of $_____ applies to all calls originating from a payphone.
See ComData informational sheet for additional information regarding ComData services.

**IV. REIMBURSABLES TO CONTRACTOR**

Amount to be reimbursed on the first settlement for travel expense to orientation:

_____ X _____ = _____

Total Miles           Travel Pay           Total Reimbursement

Travel Pay will be paid at the rate of $_____ per mile for all miles up to 499 from drivers' place of residence to orientation location and at the rate of $_____ per mile for all miles 500 and greater from drivers' place of residence to orientation location.

**V. MAINTENANCE RESERVE**

Maintenance Reserve Participation (circle one)                    Accept     Decline

A minimum of $_____ will be deducted from each settlement

2290 Reserve Participation (circle one)                           Accept     Decline

A draw will be made until a maximum of $_____ has been escrowed towards payment of your 2290.

I have reviewed this schedule of initial leasing costs and other associated costs and agree to these deductions from my settlements. I have received a complying certificate of insurance for any insurance which I elect to purchase through Company and understand that a copy of the policy/policies will be provided upon request.

Contractor: _Kevin L. Brindley_          Date: _10-4-21_

Witness: _____          Date: _10-4-21_

Initial Here: _____

## ADDENDUM TO CONTRACTOR AGREEMENT

The parties agree as follows:

(a)   Contractor is free to accept or reject assignments of any load from 316 Towing and Road Service

(b)   Contractor's remuneration is based upon trips or deliveries accomplished.

(c)   Services provided by Contractor will be performed utilizing the vehicle or vehicles leased by Contractor pursuant to the lease.

(d)   The written Lease to which this addendum is attached is in compliance with O.C.G.A. 34-8-35(n)(17).

(e)   Contractor warrants that it knows it is responsible to pay estimated Social Security taxes and federal and state income taxes.

    (i)   **Social Security tax Contractor must pay is higher than the Social Security tax an individual would pay if he or she were an employee.**

    (ii)   **The services or work provided by Contractor are not covered by unemployment compensation laws of Georgia.**

(f)   The written contract does not prohibit Contractor from pickup, transportation or delivery of property for more than one common carrier or any other person or entity when utilizing a motor vehicle agreement other than that leased hereunder.

_____
Contractor Signature

Date: _10-4-21_____

Initial Here: _____

## APPENDIX C

### RECEIPT FOR EQUIPMENT

This Receipt is issued by Carrier to the beneficial owner _316 Towing and Road Services_
for VIN No. _____ this date for possession of the
equipment pursuant to an Independent Contractor Agreement.  This Receipt shall serve as
compliance with 49 C.F.R. '376.11 as evidence of a continuing 30 day lease for Carrier to
transport general commodities without exception.  A copy of the original Lease is kept by Carrier
at **796 Bill Rutledge Rd, Winder, GA 30680**    [address].

Received this _____ day of _____, 20_____ at _____ A.M. / P.M.

By: _____ (Authorized Agent of Carrier)

---

**RELEASE OF EQUIPMENT** (To be completed upon termination of agreement)

Independent Contractor hereby acknowledges receipt of Equipment described in this Agreement.

Hour _____ A.M. / P.M.  Date_____ Place_____

Independent Contractor Signature_____

---

Initial Here: _____

Towbook - Reports

https://app.towbook.com/Reports/CallAnalysis/ReportType=DriverActivity&ownerUserId=&...

# Report Summary

Date Range: 10/7/2021 12:00 A.M. to 12/20/2022 11:59 P.M.   Driver: [INACTIVE] Kevin Bradley   [Update]

| Metric | Value |
| --- | --- |
| Total Calls | 923 |
| Average Enroute | 43m |
| Average OnScene | 25m |
| Average Towing | 29m |
| Average Time per Call | 1h 32m |
| Average Unloaded Miles | 15.6 |
| Average Loaded Miles | 9.8 |

Driver Activity - Top 10



Kevin Bradley — Avg Time (mins)

| User | Total Calls | Total Invoiced | Avg Invoice | Total Enroute | Total On Scene | Total Towing | Total | Avg Time | Unloaded | Loaded | Total Miles | Avg Miles |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Kevin Bradley | 923 | $80,566.95 | $89.07 | 656h 9m | 334h 7m | 446h 33m | 1d 14h 36m / 1385h 4m | 1h 30m | 14388.5 | 9077.8 | 23466.3 | 25.4 |

| Call # | Invoice # | Account | PO # | Truck | Dispatched | Enroute | On Scene | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3541 | | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | | | | | | | | | | | |
| 3544 | | | 1049211097 | Truck 216 2019 Ram 4500 (red) | 10/5/2021 9:11 AM | 10/5/2021 9:13 AM | 10/5/2021 9:27 AM | 10/5/2021 11:42 AM | $160.00 | 34m | 13m | 7m | 27m | 1h 4m | 0 |
| 3548 | | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 10/5/2021 12:35 PM | 10/5/2021 12:36 PM | 10/5/2021 2:36 PM | 10/5/2021 2:31 PM | $40.00 | 13m | 1h 29m | 24m | 1h 55m | 0 | 0 |
| 3549 | | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 10/5/2021 1:00 PM | 10/5/2021 2:36 PM | 10/5/2021 2:32 PM | 10/5/2021 3:52 PM | $115.00 | 34m | 10m | 36m | 1h 20m | 0 | 0 |
| 3552 | | Agero | 95834/863 | Truck 216 2019 Ram 4500 (red) | 10/5/2021 4:06 PM | 10/5/2021 4:08 PM | 10/5/2021 5:37 PM | 10/5/2021 5:37 PM | $66.60 | 32m | 12m | 45m | 1h 29m | 17.4 | 11.2 |
| 3555 | | Allstate (Braxlion) | 1049216585 | Truck 216 2019 Ram 4500 (red) | 10/5/2021 5:15 PM | 10/5/2021 5:16 PM | 10/5/2021 5:37 PM | 10/5/2021 6:35 PM | $48.60 | 21m | 25m | 23m | 1h 9m | 11.8 | 4.9 |
| 3565 | | Allstate (Braxlion) | 1049220110 | Truck 216 2019 Ram 4500 (red) | 10/6/2021 10:57 AM | 10/6/2021 12:14 PM | 10/6/2021 1:58 PM | 10/6/2021 1:58 PM | $0.00 | 26m | 26m | 54m | 1h 46m | 24.4 | 23.8 |
| 3568 | | Agero | 3254011176 | Truck 216 2019 Ram 4500 (red) | 10/6/2021 2:19 PM | 10/6/2021 12:14 PM | 10/6/2021 3:39 PM | 10/6/2021 3:39 PM | $54.65 | 44m | 32m | 2m | 1h 18m | 13.6 | 8.7 |
| 3570 | | Allstate | 1049224567 | Truck 216 2019 Ram 4500 (red) | 10/6/2021 4:11 PM | 10/6/2021 4:12 PM | 10/6/2021 5:25 PM | 10/6/2021 5:25 PM | $72.20 | 27m | 18m | 28m | 1h 13m | 14.9 | 10.8 |
| 3572 | | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 10/6/2021 5:23 PM | | | 10/6/2021 6:17 PM | $95.00 | 51m | 0m | 28m | 1h 13m | 0 | 0 |
| 3573 | | Allstate | 1049225275 | Truck 216 2019 Ram 4500 (red) | 10/6/2021 5:27 PM | 10/6/2021 6:18 PM | 10/6/2021 7:05 PM | 10/6/2021 7:05 PM | $45.80 | 7m | 40m | 0m | 47m | 10.4 | 10.4 |
| 3580 | | Allstate | 1049227993 | Truck 216 2019 Ram 4500 (red) | 10/7/2021 12:11 PM | 10/7/2021 12:30 PM | 10/7/2021 2:21 PM | 10/7/2021 2:21 PM | $88.70 | 9m | 36m | 1h 6m | 1h 51m | 15.2 | 16.1 |
| 3583 | | Allstate | 1049233254 | Truck 216 2019 Ram 4500 (red) | 10/7/2021 2:36 PM | 10/7/2021 2:44 PM | 10/7/2021 3:53 PM | 10/7/2021 3:53 PM | $54.60 | 20m | 32m | 17m | 1h 9m | 14.8 | 2.9 |
| 3587 | | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 10/7/2021 4:16 PM | 10/7/2021 4:18 PM | 10/7/2021 5:57 PM | 10/7/2021 5:57 PM | $110.00 | 56m | 2m | 41m | 1h 39m | 0 | 0 |
| 3590 | | Allstate (Braxlion) | 1049213613 | Truck 216 2019 Ram 4500 (red) | 10/7/2021 6:44 PM | 10/7/2021 6:44 PM | 10/7/2021 8:32 PM | 10/7/2021 8:32 PM | $0.00 | 40m | 16m | 52m | 1h 48m | 24.5 | 26.7 |
| 3591 | | Allstate (Braxlion) | 1049214799 | Truck 216 2019 Ram 4500 (red) | 10/7/2021 8:42 PM | | 10/7/2021 10:24 PM | 10/7/2021 10:24 PM | $0.00 | 56m | 44m | 0m | 1h 40m | 27.4 | 0.9 |
| 3597 | | Allstate (Braxlion) | 1049238485 | Truck 216 2019 Ram 4500 (red) | 10/8/2021 2:03 PM | 10/8/2021 2:06 PM | 10/8/2021 3:20 PM | 10/8/2021 3:20 PM | $32.40 | 33m | 0m | 0m | 1h 2m | 17.2 | 11 |
| 3602 | | Allstate (Braxlion) | 1049239996 | Truck 216 2019 Ram 4500 (red) | 10/8/2021 3:52 PM | 10/8/2021 4:26 PM | 10/8/2021 6:39 PM | 10/8/2021 6:39 PM | $0.00 | 56m | 33m | 44m | 2h 13m / 2h 11m | 34.5 | 10.9 |
| 3606 | | Agero | 631678501 | Truck 216 2019 Ram 4500 (red) | 10/8/2021 6:35 PM | 10/8/2021 6:37 PM | 10/8/2021 8:35 PM | 10/8/2021 8:35 PM | $42.10 | 50m | 12m | 56m | 1h 58m | 10.4 | 5.6 |
| 3610 | | Allstate (Braxlion) | 1049243910 | Truck 216 2019 Ram 4500 (red) | 10/8/2021 8:49 PM | | 10/8/2021 10:52 PM | 10/8/2021 10:52 PM | $22.55 | 24m | 11m | 1h 28m | 1h 59m | 23 | 28.5 |
| 3611 | | Agero | 950139465 | Truck 216 2019 Ram 4500 (red) | 10/9/2021 10:53 PM | | 10/9/2021 12:13 AM | 10/9/2021 12:13 AM | $45.10 | 57m | 0m | 0m | 1h 20m | 13.4 | 3 |
| 3620 | | Agero | 1049256840 | Truck 216 2019 Ram 4500 (red) | 10/11/2021 10:50 AM | 10/11/2021 10:50 AM | 10/11/2021 2:08 PM | 10/11/2021 2:08 PM | $129.10 | 1h 6m | 26m | 1h 20m | 3h 12m | 17.7 | 42.9 |
| 3631 | | Allstate | 1049261219 | Truck 216 2019 Ram 4500 (red) | 10/11/2021 4:24 PM | 10/11/2021 4:36 PM | 10/11/2021 4:38 PM | 10/11/2021 6:39 PM | $552.40 | 58m | 11m | 54m | 2h 3m | 13.7 | 2.5 |

EXHIBIT 6   tabbles

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3632 | Allstate | 1049262815 | Truck 216 2019 Ram 4500 (red) | 10/11/2023 6:39 PM | 10/11/2023 6:49 PM | 10/11/2023 11:29 PM | $371.35 | 8m | 1h 9m | 3h 22m | 4h 40m | 2.9 | 73.6 |
| 3642 | (No Account Specified) | 1049267177 | Truck 216 2019 Ram 4500 (red) | 10/21/2023 12:15 PM | 10/21/2023 12:15 PM | 10/21/2023 12:57 PM | $90.00 | 19m | 3m | | 37m 36m | 0 | 0 |
| 3644 | Allstate | 1049267177 | Truck 216 2019 Ram 4500 (red) | 10/21/2023 11:49 AM | 10/21/2023 12:55 PM | 10/21/2023 2:45 PM | $206.11 | 17m | 16m | 17m | 1h 54m | 9.1 | 38.5 |
| 3658 | Allstate | 1049263227 | Truck 216 2019 Ram 4500 (red) | 10/21/2023 12:11 PM | 10/21/2023 12:12 PM | 10/13/2021 2:26 PM | $189.90 | 47m | 8m | 40m | 1h 59m | 17.6 | 29.9 |
| 3659 | Agero | 599750995 | Truck 216 2019 Ram 4500 (red) | 10/13/2021 12:40 PM | 10/13/2021 1:56 PM | 10/13/2021 3:38 PM | $26.20 | 53m | 9m | 40m | 1h 42m | 14.8 | 12.6 |
| 3664 | (No Account Specified) | 520748321 | Truck 216 2019 Ram 4500 (red) | 10/13/2021 4:46 PM | 10/13/2021 4:50 PM | 10/13/2021 6:01 PM | $110.00 | 33m | 32m | 6m | 1h 11m | 0 | |
| 3667 | Agero | | Truck 216 2019 Ram 4500 (red) | 10/13/2021 9:17 PM | 10/13/2021 9:25 PM | 10/13/2021 10:42 PM | $34.40 | 50m | 27m | | 1h 11m | | 4 |
| 3679 | Allstate | 1049286255 | Truck 216 2019 Ram 4500 (red) | 10/14/2021 2:42 PM | 10/14/2021 3:47 PM | 10/14/2021 3:47 PM | $57.00 | 51m | 9m | 1h 0m | 1h 0m | 15.9 | 8.4 |
| 3680 | Allstate (Braselton) | 1049286298 | Truck 216 2019 Ram 4500 (red) | 10/14/2021 2:51 PM | 10/14/2021 3:47 PM | 10/14/2021 6:01 PM | $37.00 | 57m | 1h 37m | 2h 14m | 2h 14m | 13.5 | 6.4 |
| 3682 | Allstate | 1049286779 | Truck 216 2019 Ram 4500 (red) | 10/24/2021 4:19 PM | 10/24/2021 7:18 PM | 10/24/2021 7:18 PM | $184.50 | 0m | 57m | | 2h 0m | 13.4 | 50.3 |
| 3686 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 10/24/2021 11:18 AM | 10/24/2021 12:51 PM | 10/24/2021 11:54 PM | $110.00 | 29m | 33m | | 1h 33m | | 9.1 |
| 3697 | Allstate | G37232128B | Truck 216 2019 Ram 4500 (red) | 10/15/2021 11:16 AM | 10/15/2021 1:23 PM | 10/15/2021 2:43 PM | $19.70 | 37m | 10m | 12m | 1h 20m | 15.5 | 7.9 |
| 3707 | Geico | G11532128B | Truck 216 2019 Ram 4500 (red) | 10/15/2021 6:18 PM | 10/15/2021 6:20 PM | 10/15/2021 7:11 PM | $19.70 | 11m | 14m | 55m | 55m | 19.6 | 3.2 |
| 3717 | Allstate | 1049265592 | Truck 216 2019 Ram 4500 (red) | 10/24/2021 11:18 AM | 10/24/2021 12:51 PM | 10/24/2021 2:53 PM | $78.90 | 19m | 1m | 12m | 1h 2m | 15.7 | 27.5 |
| 3737 | Geico | 429648976 | Truck 216 2019 Ram 4500 (red) | 10/18/2021 10:08 PM | 10/18/2021 10:38 PM | 10/18/2021 10:11 PM | $250.00 | 0m | 1h 33m | | 1h 42m | | 6 |
| 3738 | Agero | 1049319207 | Truck 216 2019 Ram 4500 (red) | 10/18/2021 12:42 PM | 10/18/2021 2:54 PM | 10/18/2021 4:24 PM | $46.45 | 23m | 10m | 51m | 1h 27m | 15.7 | 9.1 |
| 3741 | Agero | 1049265509 | Truck 216 2019 Ram 4500 (red) | 10/18/2021 12:42 PM | 10/18/2021 2:54 PM | 10/18/2021 11:20 AM | $38.10 | 0m | 10m | | 1h 30m | 10.6 | 17.3 |
| 3751 | Allstate | 1049319207 | Truck 216 2019 Ram 4500 (red) | 10/18/2021 2:40 PM | 10/18/2021 4:46 PM | 10/18/2021 6:57 PM | $3.74 | 44m | 17m | 50m | 1h 30m | 14.3 | 18.4 |
| 3755 | Allstate (Braselton) | G17120121291 | Truck 216 2019 Ram 4500 (red) | 10/18/2021 6:18 PM | 10/18/2021 6:52 PM | 10/18/2021 8:19 PM | $50.00 | 13m | 10m | | 26.6 | 6 | 0.8 |
| 3759 | Geico | G659321292 | Truck 216 2019 Ram 4500 (red) | 10/18/2023 8:42 PM | 10/18/2023 8:42 PM | 10/18/2021 10:11 PM | $50.00 | 1h 29m | 0m | | 1h 27m | 9.1 | 26.8 |
| 3761 | Geico | 23796090 | Truck 216 2019 Ram 4500 (red) | 10/18/2021 10:08 PM | 10/18/2021 10:38 PM | 10/18/2021 11:49 PM | $350.00 | 17m | 24m | 30m | 1h 11m | 2.8 | 16 |
| 3770 | Geico | G659321292 | Truck 216 2019 Ram 4500 (red) | 10/19/2021 12:39 PM | 10/19/2021 1:05 PM | 10/19/2021 2:13 PM | $50.00 | 47m | 23m | 21m | 1h 8m | 4.9 | 32 |
| 3775 | Allstate (Braselton) | 1049332110 | Truck 216 2019 Ram 4500 (red) | 10/19/2021 3:27 PM | 10/19/2021 4:28 PM | 10/19/2021 5:14 PM | $50.00 | 5m | 2m | 39m | 1h 8m | 16.6 | 26 |
| 3777 | Allstate (Braselton) | 1049332420 | Truck 216 2019 Ram 4500 (red) | 10/19/2021 4:45 PM | 10/19/2021 5:15 PM | 10/19/2021 7:23 PM | $89.25 | 54m | 29m | 46m | 1h 46m | 29.9 | 22.8 |
| 3796 | Agero | 9550629561 | Truck 216 2019 Ram 4500 (red) | 10/20/2021 3:11 PM | 10/20/2021 3:11 PM | 10/20/2021 4:57 PM | $50.00 | 30m | 52m | 2h 46m | 14.7 | 24.7 |
| 3800 | Geico | G105442129B | Truck 216 2019 Ram 4500 (red) | 10/20/2021 4:17 PM | 10/20/2021 4:58 PM | 10/20/2021 5:42 PM | $50.00 | 45m | 0m | | 0 | 9.7 | |
| 3801 | Allstate (Braselton) | 1049340914 | Truck 216 2019 Ram 4500 (red) | 10/20/2021 4:35 PM | 10/20/2021 5:43 PM | 10/20/2021 7:01 PM | $50.00 | 29m | 37m | 44m | 16m–1m 1h 9m | 10.7 | 0 |
| 3803 | Allstate | 1049341866 | Truck 216 2019 Ram 4500 (red) | 10/20/2021 5:52 PM | 10/20/2021 6:51 PM | 10/20/2021 7:44 PM | $62.20 | 43m | 10m | 12m | 53m | 18 | 15 |
| 3804 | Agero | 6606871111 | Truck 216 2019 Ram 4500 (red) | 10/20/2023 7:09 PM | 10/20/2023 7:44 PM | 10/20/2021 8:50 PM | $64.35 | 21m | 25m | 20m | 1h 4m | 20.7 | 20.7 |
| 3805 | Allstate | 1049342592 | Truck 216 2019 Ram 4500 (red) | 10/20/2023 7:09 PM | 10/20/2023 8:50 PM | 10/20/2021 10:31 PM | $53.40 | 38m | 50m | 13m | 4h 55m | 25.4 | 1.1 |
| 3807 | Geico | G139052129B | Truck 216 2019 Ram 4500 (red) | 10/20/2023 7:42 PM | 10/20/2023 10:32 PM | 10/21/2021 2:25 AM | $50.00 | 56m | 29m | 2h 28m | 1h 46m | 13.7 | 5.5 |
| 3809 | Geico | G201721294 | Truck 216 2019 Ram 4500 (red) | 10/21/2023 9:17 AM | 10/21/2023 12:23 PM | 10/21/2021 2:46 PM | $50.00 | 1h 2m | 1m | 1h 20m | 3h 53m | 26 | 4.1 |
| 3816 | Geico | G818921294 | Truck 216 2019 Ram 4500 (red) | 10/21/2023 2:46 PM | 10/21/2023 3:47 PM | 10/21/2021 4:16 PM | $50.00 | 34m | 33m | 22m | 2h 23m | 16.7 | 4.5 |
| 3819 | Geico | | Truck 216 2019 Ram 4500 (red) | 10/21/2023 4:41 PM | 10/21/2023 4:41 PM | 10/21/2021 5:51 PM | $40.00 | 42m | 28m | 1h 20m | 1h 29m | 9.3 | 4.6 |
| 3820 | Agero | 5026635175 | Truck 216 2019 Ram 4500 (red) | 10/21/2023 5:06 PM | 10/21/2023 6:54 PM | 10/21/2021 6:54 PM | $53.70 | 47m | 47m | 12m | 1h 10m | 18.3 | 5.5 |

https://app.towbook.com/Reports/CallAnalysis?reportType=Driver.Activity&ownerUserId=&...

| Call # | Account | PO # | Truck | Dispatched | Enroute | On Scene | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3825 | Allstate | 1049350946 | Truck 216 2019 Ram 4500 (red) | 10/21/2021 8:40 PM | 10/21/2021 8:51 PM | 10/21/2021 9:11 PM | 10/21/2021 9:48 PM | $0.00 | 11m | 39m | 7m | 57m | 2.8 | 4 |
| 3831 | Agero | 9881451611 | Truck 216 2019 Ram 4500 (red) | 10/22/2021 12:15 AM | 10/22/2021 1:23 PM | 10/22/2021 1:23 PM | 10/22/2021 3:35 PM | $54.80 | 29.19m | 1h 1m | 20m | 57m | 13.2 | 9 |
| 3838 | Allstate | G573221295 | Truck 216 2019 Ram 4500 (red) | 10/22/2021 1:23 PM | 10/22/2021 7:53 PM | 10/22/2021 7:57 PM | 10/22/2021 10:44 PM | $25.00 | 53m | 1m | 1h 3m | 1h 44m | 11.6 | 1.5 |
| 3842 | Geico | G895421295 | Truck 216 2019 Ram 4500 (red) | 10/22/2021 3:13 PM | 10/22/2021 5:03 PM | 10/22/2021 3:35 PM | 10/22/2021 5:05 PM | $110.00 | 45m | 12m | 33m | 1h 30m | 11.5 | 9.2 |
| 3846 | (No Account Specified) | G123021295 | Truck 216 2019 Ram 4500 (red) | 10/22/2021 5:03 PM | 10/22/2021 5:21 PM | 10/22/2021 5:21 PM | 10/22/2021 6:55 PM | $95.60 | 40m | 4m | 12m | 1h 30m | 0 | 0 |
| 3847 | Geico | 1049338654 | Truck 216 2019 Ram 4500 (red) | 10/22/2021 6:10 PM | 10/22/2021 7:37 PM | 10/22/2021 7:37 PM | 10/22/2021 6:55 PM | $42.40 | 51m | 16m | 50m | 1h 24m-1h 5m | 3.7 | 0 |
| 3850 | Allstate | 1049338854 | Truck 216 2019 Ram 4500 (red) | 10/22/2021 6:30 PM | 10/22/2021 7:22 PM | 10/22/2021 7:46 PM | 10/22/2021 9:17 PM | $50.10 | 32m | 27m | 1h 25m | 1h 55m | 15.3 | 0.8 |
| 3855 | Allstate | 1049355594 | Truck 216 2019 Ram 4500 (red) | 10/22/2021 6:54 PM | 10/22/2021 7:22 PM | 10/22/2021 9:17 PM | 10/22/2021 9:17 PM | $61.30 | 39m | 9m | 54m | 54m | 18 | 5.1 |
| 4040 | Allstate | 1049454564 | Truck 216 2019 Ram 4500 (red) | 10/22/2021 9:03 PM | 10/22/2021 3:09 PM | 10/22/2021 10:01 PM | 10/22/2021 10:11 PM | $58.20 | 22m | 1m | 26m | 1h 37m | 4.1 | 24.4 |
| 4045 | Allstate | 1049447932 | Truck 216 2019 Ram 4500 (red) | 11/2/2021 2:41 PM | 11/2/2021 7:53 PM | 11/2/2021 7:57 PM | 11/2/2021 4:46 PM | $144.00 | 1h 0m | 39m | 34m | 28.47m | 33.4 | 22.4 |
| 4060 | Allstate | 1049456606 | Truck 216 2019 Ram 4500 (red) | 11/2/2021 2:53 PM | 11/2/2021 7:57 PM | 11/2/2021 7:46 PM | 11/2/2021 10:44 PM | $50.00 | 32m | 16m | 17m | 2h 47m | 10.3 | 6.5 |
| 4066 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 11/2/2021 3:13 PM | 11/2/2021 6:23 PM | 11/2/2021 6:23 PM | 11/2/2021 7:46 PM | $90.00 | 49m | 27m | 45m | 1h 16m | 0 | 0 |
| 4082 | Geico | G61102130B | Truck 216 2019 Ram 4500 (red) | 11/2/2021 10:01 PM | 11/2/2021 10:27 PM | 11/2/2021 10:27 PM | 11/2/2021 11:52 PM | $83.00 | 39m | 1m | 1h 25m | 1h 25m | 9.7 | 38.2 |
| 4105 | Allstate | 1049469900 | Truck 216 2019 Ram 4500 (red) | 11/4/2021 11:26 AM | 11/4/2021 12:04 PM | 11/4/2021 12:04 PM | 11/4/2021 3:02 PM | $137.10 | 1h 4m | 30m | 26m | 2h 9m | 18.6 | 33.3 |
| 4113 | Allstate | 1049475528 | Truck 216 2019 Ram 4500 (red) | 11/4/2021 11:20 AM | 11/4/2021 11:54 AM | 11/4/2021 1:48 PM | 11/4/2021 5:11 PM | $138.10 | 59m | 21m | 1h 53m | 2h 53m | 21.9 | 28.1 |
| 4115 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 11/4/2021 1:38 PM | 11/4/2021 3:02 PM | 11/4/2021 3:02 PM | 11/4/2021 4:04 PM | $0.00 | 1h 31m | 24m | 0m | 1h 16m | 9.1 | 4.9 |
| 4147 | Geico | G641321312 | Truck 216 2019 Ram 4500 (red) | 11/5/2021 7:19 PM | 11/5/2021 7:33 PM | 11/5/2021 7:33 PM | 11/5/2021 8:39 PM | $124.40 | 45m | 59m | 10m | 1h 54m | 9.4 | 20.2 |
| 4153 | Geico | G995421312 | Truck 216 2019 Ram 4500 (red) | 11/5/2021 5:30 PM | 11/5/2021 5:38 PM | 11/5/2021 5:38 PM | 11/5/2021 7:10 PM | $83.80 | 53m | 10m | 24m | 1h 25m | 14.3 | 3.4 |
| 4163 | Agero | 9528697301 | Truck 216 2019 Ram 4500 (red) | 11/5/2021 12:49 PM | 11/5/2021 1:11 PM | 11/5/2021 1:11 PM | 11/5/2021 4:04 PM | $0.00 | 1h 14m | 21m | 57m | 2h 51m | 15.3 | 7.9 |
| 4169 | Allstate | 1049496785 | Truck 216 2019 Ram 4500 (red) | 11/8/2021 7:56 PM | 11/8/2021 9:02 PM | 11/8/2021 9:02 PM | 11/8/2021 9:02 PM | $155.20 | 0m | 0m | 0m | 0m | 4.5 | 0 |
| 4171 | Allstate (Braeflion) | 1049496962 | Truck 216 2019 Ram 4500 (red) | 11/8/2021 9:39 PM | 11/8/2021 9:39 PM | 11/8/2021 9:39 PM | 11/8/2021 11:20 PM | $0.00 | 56m | 26m | 19m | 1h 41m | 24 | 6.5 |
| 4190 | Geico | G12680721313 | Truck 216 2019 Ram 4500 (red) | 11/9/2021 6:23 PM | 11/9/2021 6:24 PM | 11/9/2021 6:24 PM | 11/9/2021 8:53 PM | $156.50 | 50m | 0m | 48m | 1h-3h-1h-38m | 6.5 | 24.7 |
| 4193 | (No Account Specified) | G126721313 | Truck 216 2019 Ram 4500 (red) | 11/9/2021 7:39 PM | 11/9/2021 8:02 PM | 11/9/2021 8:02 PM | 11/9/2021 8:53 PM | $110.00 | 39m | 3m | 3m | 5m | 18.7 | 0 |
| 4214 | Allstate (Braeflion) | 1049512739 | Truck 216 2019 Ram 4500 (red) | 11/9/2021 4:52 PM | 11/9/2021 4:57 PM | 11/9/2021 4:57 PM | 11/9/2021 7:06 PM | $0.00 | 0m | 20m | 48m | 5m | 24.7 | 22.3 |
| 4234 | Allstate | 1049520858 | Truck 216 2019 Ram 4500 (red) | 11/11/2021 4:38 PM | 11/11/2021 5:06 PM | 11/11/2021 5:06 PM | 11/11/2021 8:49 PM | $88.20 | 31m | 36m | 36m | 2h-3h 0m-1h 43m | 21.4 | 11.8 |
| 4236 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 11/11/2021 5:35 PM | 11/11/2021 5:59 PM | 11/11/2021 5:59 PM | 11/11/2021 7:39 PM | $160.00 | 1h 11m | 5m | 29m | 2h 6m | 5 | 0 |
| 4237 | Agero | 8580127495 | Truck 216 2019 Ram 4500 (red) | 11/11/2021 11:17 AM | 11/11/2021 12:27 PM | 11/11/2021 12:27 PM | 11/11/2021 2:39 PM | $57.25 | 1h 37m | 20m | 44m | 2h 6m | 21 | 5.3 |
| 4240 | Agero | 9652433B0 | Truck 216 2019 Ram 4500 (red) | 11/11/2021 8:29 PM | 11/11/2021 8:59 PM | 11/11/2021 8:59 PM | 11/11/2021 10:31 PM | $46.75 | 20m | 1h 3m | 0m | 1h 3m | 14.5 | 2.2 |
| 4241 | Geico | G141521315 | Truck 216 2019 Ram 4500 (red) | 11/11/2021 8:57 PM | 11/11/2021 8:59 PM | 11/11/2021 8:59 PM | 11/11/2021 9:28 PM | $71.60 | 29m | 1h 3m | 28m | 1h 3m | 15.8 | 0 |
| 4243 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 11/11/2021 9:53 PM | 11/11/2021 10:36 PM | 11/11/2021 10:36 PM | 11/11/2021 11:44 PM | $130.00 | 0m | 0m | 1h 8m | 1h 8m | 20.8 | 0 |
| 4564 | Geico | G117731316 | Truck 216 2019 Ram 4500 (red) | 11/11/2021 5:27 PM | 11/12/2021 5:28 PM | 11/12/2021 5:28 PM | 11/12/2021 6:53 PM | $81.60 | 1h 3m | 0m | 1h 25m | 1h 25m | . | |
| 4269 | Geico | G144042133 | Truck 216 2019 Ram 4500 (red) | 11/12/2021 8:24 PM | 11/12/2021 8:55 PM | 11/12/2021 8:55 PM | 11/12/2021 9:54 PM | $35.20 | 1h 1m | 28m | 0m | 1h 29m | 17.6 | 0 |
| 4271 | Allstate (Braeflion) | 1049530264 | Truck 216 2019 Ram 4500 (red) | 11/12/2021 9:59 PM | 11/12/2021 9:59 PM | 11/12/2021 9:59 PM | 11/12/2021 10:53 PM | $0.00 | 31m | 23m | 0m | 54m | 16 | 0 |
| 4313 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 11/15/2021 1:25 PM | 11/15/2021 1:38 PM | 11/15/2021 1:38 PM | 11/15/2021 2:21 PM | $100.00 | 23m | 23m | 0m | 43m | 0 | 0 |

| User Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | Unloaded | On Scene | Loaded | Towing | Total Time | Total Miles Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4314 | Allstate | 1045648738 | Truck 216 2019 Ram 4500 (red) | 11/15/2021 1:48 PM | 11/15/2021 2:22 PM | 11/15/2021 4:07 PM | $14.60 | 31m | 42m | 32m | | 1h 45m | 14 | 7.2 | |
| 4317 | Allstate (Braeltion) | 1045649754 | Truck 216 2019 Ram 4500 (red) | 11/15/2021 1:48 PM | 11/15/2021 1:56 PM | 11/15/2021 5:56 PM | $0.00 | 7m | 2m | 7m | | 1h 48m | 7.3 | 0.8 | |
| 4328 | Allstate | 1045615650 | Truck 216 2019 Ram 4500 (red) | 11/15/2021 8:42 PM | 11/15/2021 8:43 PM | 11/15/2021 9:46 PM | $34.40 | 52m | 11m | | | 1h 30m | 12.2 | 0 | |
| 4329 | Allstate | 1045533811 | Truck 216 2019 Ram 4500 (red) | 11/15/2021 10:04 PM | 11/15/2021 10:06 PM | 11/15/2021 11:37 PM | $93.40 | 39m | 52m | | | 1h 31m | 18.6 | 15.4 | |
| 4344 | Allstate | 1045556604 | Truck 216 2019 Ram 4500 (red) | 11/16/2021 11:59 AM | 11/16/2021 12:03 PM | 11/16/2021 1:26 PM | $45.00 | 1h 6m | 17m | | | 1h 23m | 7.5 | 4.8 | |
| 4357 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 11/16/2021 3:38 PM | 11/16/2021 9:42 PM | 11/16/2021 10:51 PM | $95.00 | 53m | 15m | | | 1h 59m | | | |
| | | | | | | | | | | | | | | | |
| 4364 | Allstate | 1045655174 | Truck 216 2019 Ram 4500 (red) | 11/17/2021 1:45 PM | 11/17/2021 2:06 PM | 11/17/2021 3:26 PM | $57.50 | 36m | 7m | | | 1h 20m | 6.9 | 9.2 | |
| 4369 | Geico | G1003021321 | Truck 216 2019 Ram 4500 (red) | 11/17/2021 3:38 PM | 11/17/2021 3:40 PM | 11/17/2021 5:34 PM | $100.20 | 1h 9m | 45m | | | 1h 54m | 14.7 | 8.6 | |
| 4373 | Geico | G1325021321 | Truck 216 2019 Ram 4500 (red) | 11/17/2021 6:28 PM | 11/17/2021 6:39 PM | 11/17/2021 7:05 PM | $44.60 | 30m | 6m | | | 1h 9m | 2.3 | 0 | |
| 4374 | Allstate (Braeltion) | 1045570277 | Truck 216 2019 Ram 4500 (red) | 11/18/2021 10:25 AM | 11/18/2021 11:37 PM | 11/17/2021 11:23 PM | $59.60 | 51m | 21m | | | 1h 31m | 28.8 | 0 | |
| 4375 | Geico | G1419821321 | Truck 216 2019 Ram 4500 (red) | 11/17/2021 7:32 PM | 11/17/2021 8:59 PM | 11/18/2021 10:01 PM | $0.00 | 1h 30m | 1m | | | 2h 1m | 43 | 0 | |
| 4377 | Geico | 3955420 | Truck 216 2019 Ram 4500 (red) | 11/17/2021 9:47 PM | 11/17/2021 11:04 PM | 11/17/2021 10:01 PM | $122.00 | 1h 1m | 1m | | | 2h 26m 1h 1m | 41 | 0 | |
| 4379 | (No Account Specified) | G1475021321 | Truck 216 2019 Ram 4500 (red) | 11/18/2021 8:56 PM | 11/18/2021 8:59 PM | 11/17/2021 11:20 PM | $122.00 | 1h 10m | 38m | | | 1h 33m | 38.8 | 9.2 | |
| 4386 | Allstate (Braeltion) | 1045573932 | Truck 216 2019 Ram 4500 (red) | 11/18/2021 9:11 AM | 11/18/2021 9:32 AM | 11/18/2021 9:34 PM | $100.00 | 41m | 16m | | | 1h 20m | 0 | 0 | |
| 4393 | Geico | G1024621322 | Truck 216 2019 Ram 4500 (red) | 11/18/2021 3:14 PM | 11/18/2021 4:00 PM | 11/18/2021 3:14 PM | $100.00 | 32m | 0m | | | 48m | 28.8 | 0 | |
| 4396 | Allstate (Braeltion) | G1165321322 | Truck 216 2019 Ram 4500 (red) | 11/18/2021 5:25 PM | 11/18/2021 5:48 PM | 11/18/2021 8:43 PM | $213.20 | 48m | 0m | | | 2h 1m | 19.6 | 43 | |
| 4399 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 11/18/2021 8:57 PM | 11/18/2021 8:59 PM | 11/18/2021 10:30 PM | $100.00 | 1h 10m | 1m | | | 1h 33m | 0 | 0 | |
| 4412 | Allstate (Braeltion) | 1045938114 | Truck 216 2019 Ram 4500 (red) | 11/19/2021 12:19 PM | 11/19/2021 12:24 PM | 11/19/2021 2:27 PM | $60.83 | 39m | 52m | | | 1h 55m | 18.5 | 17.3 | |
| 4420 | Agero | 427704544 | Truck 216 2019 Ram 4500 (red) | 11/19/2021 5:45 PM | 11/19/2021 5:47 PM | 11/19/2021 8:20 PM | $60.25 | 1h 37m | 47m | | | 2h 33m | 2.6 | 13.1 | |
| 4453 | Agero | 662944371 | Truck 216 2019 Ram 4500 (red) | 11/21/2021 1:52 PM | 11/21/2021 1:52 PM | 11/21/2021 3:14 PM | $56.10 | 51m | 9m | | | 1h 22m | 15.9 | 7.9 | |
| 4456 | Allstate (Braeltion) | 1045606604 | Truck 216 2019 Ram 4500 (red) | 11/21/2021 2:45 PM | 11/21/2021 3:18 PM | 11/21/2021 5:47 PM | $0.00 | 1h 4m | 37m | | | 2h 22m | 13.9 | 24 | |
| 4462 | Geico | G1625121326 | Truck 216 2019 Ram 4500 (red) | 11/22/2021 7:04 PM | 11/22/2021 7:04 PM | 11/22/2021 7:57 PM | $75.40 | 39m | 14m | | | 53m | 17.7 | 0 | |
| 4465 | Geico | 000601627 | Truck 216 2019 Ram 4500 (red) | 11/22/2021 7:55 PM | 11/22/2021 7:57 PM | 11/22/2021 9:19 PM | $115.00 | 53m | 7m | | | 1h 24m 1h 1m | 16 | 8.9 | |
| 4466 | Allied Dispatch Solutions | 0006801681 | Truck 216 2019 Ram 4500 (red) | 11/22/2021 9:17 PM | 11/22/2021 9:17 PM | 11/22/2021 11:49 PM | $350.00 | 41m | 22m | | | 2h 32m | 22.3 | 66.9 | |
| 4487 | Geico | G1006021327 | Truck 216 2019 Ram 4500 (red) | 11/23/2021 8:18 PM | 11/23/2021 3:19 PM | 11/23/2021 4:57 PM | $117.20 | 43m | 30m | | | 1h 38m | 15.9 | 9.8 | |
| 4490 | Geico | G1288121327 | Truck 216 2019 Ram 4500 (red) | 11/23/2021 5:31 PM | 11/23/2021 5:32 PM | 11/23/2021 6:59 PM | $130.30 | 1h 27m | 23m | | | 1h 27m | 17 | 17.1 | |
| 4493 | Geico | G1457821327 | Truck 216 2019 Ram 4500 (red) | 11/23/2021 7:11 PM | 11/23/2021 7:18 PM | 11/23/2021 8:57 PM | $94.40 | 1h 14m | 5m | | | 1h 39m | 1.6 | 0 | |
| 4497 | Allstate (Braeltion) | 1045617582 | Truck 216 2019 Ram 4500 (red) | 11/24/2021 8:48 PM | 11/24/2021 9:01 PM | 11/24/2021 10:04 PM | $0.00 | 1h 3m | 0m | | | 1h 35m | 22.3 | 0 | |
| 4509 | Allstate | 1045612815 | Truck 216 2019 Ram 4500 (red) | 11/24/2021 5:09 PM | 11/24/2021 5:18 PM | 11/24/2021 6:48 PM | $58.40 | 40m | 28m | | | 1h 30m | 11.2 | 12 | |
| 4513 | Geico | G1101621328 | Truck 216 2019 Ram 4500 (red) | 11/24/2021 4:36 PM | 11/24/2021 4:37 PM | 11/24/2021 5:18 PM | $272.20 | 39m | 22m | | | 41m | 16.1 | 0 | |
| 4517 | Allstate | 1045625298 | Truck 216 2019 Ram 4500 (red) | 11/24/2021 7:17 PM | 11/24/2021 7:28 PM | 11/24/2021 8:21 PM | $65.40 | 27m | 4m | | | 53m | 17.5 | 6.8 | |
| 4518 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 11/24/2021 9:21 PM | 11/24/2021 9:26 PM | 11/24/2021 10:39 PM | $100.00 | 57m | 6m | | | 1h 3m | 0 | 0 | |
| 4532 | Allstate | 1045633913 | Truck 216 2019 Ram 4500 (red) | 11/26/2021 2:59 PM | 11/26/2021 3:00 PM | 11/26/2021 3:52 PM | $0.00 | 44m | 0m | | | 52m | 2.2 | 0 | |
| 4577 | Allstate | 1045655378 | Truck 216 2019 Ram 4500 (red) | 11/29/2021 10:16 AM | 11/29/2021 12:06 PM | 11/29/2021 1:52 PM | $0.00 | 30m | 7m | | | 1h 46m | 8.6 | 2.2 | |
| 4589 | Allstate | 1045656378 | Truck 216 2019 Ram 4500 (red) | 11/29/2021 2:45 PM | 11/29/2021 2:45 PM | 11/29/2021 3:50 PM | $0.00 | 23m | 0m | | | 1h 5m | 14.3 | 3 | |

| User | Call # | Invoice # | Account | Total Calls | Total Invoiced | PO # | Avg Invoice | Truck | Dispatched | Enroute | Total Towing | Completed | Invoice Total | Avg Time Enroute | On Scene | Towing | Total Time | Total Miles | Avg Miles Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4594 | | Geico | | | G15089021333 | | Truck 216 2019 Ram 4500 (red) | 11/29/2021 5:31 PM | 11/29/2021 5:33 PM | 11/29/2021 9:01 PM | 11/29/2021 9:01 PM | $169.80 | 2h 2m | 11m | | 3h 28m | 54.3 | 20.4 | |
| | 4599 | | Geico | | | G19487221333 | | Truck 216 2019 Ram 4500 (red) | 11/29/2021 9:12 PM | 11/29/2021 9:12 PM | 11/29/2021 10:10 PM | 11/29/2021 11:27 PM | $76.80 | 58m | 0m | | 1h 29m | 18.4 | 0 | |
| | 4622 | | Geico | | | G11330213334 | | Truck 216 2019 Ram 4500 (red) | 11/30/2021 4:03 PM | 11/30/2021 4:04 PM | 11/30/2021 5:06 PM | 11/30/2021 5:06 PM | $76.80 | 53m | 29m | | 1h 22m | 20.8 | 0 | |
| | 4625 | | Geico | | | G13071213334 | | Truck 216 2019 Ram 4500 (red) | 11/30/2021 5:38 PM | 11/30/2021 5:40 PM | 11/30/2021 6:53 PM | 11/30/2021 6:53 PM | $91.30 | 53m | 21m | | 1h 13m | 21.5 | 1.1 | |
| | 4626 | | Geico | | | G15922213334 | | Truck 216 2019 Ram 4500 (red) | 11/30/2021 6:25 PM | 11/30/2021 6:54 PM | 11/30/2021 8:29 PM | 11/30/2021 8:28 PM | $81.60 | 1h 0m | 11m | | 1h 33m | 0.7 | | |
| | 4630 | | Geico | | | G15466821388 | | Truck 216 2019 Ram 4500 (red) | 11/30/2021 10:04 PM | 11/30/2021 10:21 PM | 11/30/2021 11:10 PM | 11/30/2021 11:10 PM | $77.50 | 39m | 24m | | 1h 35m | 15.4 | 0.7 | |
| | 4637 | | (No Account Specified) | | | | | Truck 216 2019 Ram 4500 (red) | 12/1/2021 1:33 PM | 12/1/2021 1:33 PM | 12/1/2021 2:55 PM | 12/1/2021 4:13 PM | $0.00 | 22m | 56m | | 1h 19m | 0 | 15.2 | |
| | 4642 | | Geico | | | G13092521335 | | Truck 216 2019 Ram 4500 (red) | 12/1/2021 5:51 PM | 12/1/2021 5:54 PM | 12/1/2021 10:05 PM | 12/1/2021 10:05 PM | $100.00 | 41m | 24m | | 1h 11m | 10 | 8.3 | |
| | 4644 | | Allstate | | | G16048721355 | | Truck 216 2019 Ram 4500 (red) | 12/1/2021 6:27 PM | 12/1/2021 6:29 PM | 12/1/2021 7:58 PM | 12/1/2021 7:58 PM | $109.90 | 48m | 6m | | 1h 29m | 6.2 | 0 | |
| | 4646 | | Allstate | | | G10467621121 | | Truck 216 2019 Ram 4500 (red) | 12/1/2021 6:59 PM | 12/1/2021 7:59 PM | 12/1/2021 8:54 PM | 12/1/2021 8:54 PM | $109.60 | 26m | 17m | | 1h 5m | 9.1 | 2.1 | |
| | 4648 | | Geico | | | G14564821355 | | Truck 216 2019 Ram 4500 (red) | 12/1/2021 9:45 PM | 12/1/2021 9:45 PM | 12/1/2021 11:27 PM | 12/1/2021 11:27 PM | $45.00 | 50m | 12m | | 1h 29m | 27.2 | 3.4 | |
| | 4653 | | Allstate (Bruelton) | | | G19653721356 | | Truck 216 2019 Ram 4500 (red) | 12/1/2021 9:08 AM | 12/1/2021 12:47 PM | 12/1/2021 12:47 PM | 12/1/2021 12:47 PM | $0.00 | 46m | 34m | | 2h 0m | 14 | 8.7 | |
| | 4660 | | Allstate | | | G98032121356 | | Truck 216 2019 Ram 4500 (red) | 12/2/2021 3:47 PM | 12/2/2021 4:28 PM | 12/2/2021 4:28 PM | 12/2/2021 4:28 PM | $64.10 | 37m | 1m | | 55m | 8.7 | 10.1 | |
| | 4664 | | Geico | | | G15062221356 | | Truck 216 2019 Ram 4500 (red) | 12/2/2021 2:27 PM | 12/2/2021 2:28 PM | 12/2/2021 5:23 PM | 12/2/2021 5:23 PM | $89.80 | 32m | 35m | | 55m | 16.2 | 4.6 | |
| | 4665 | | Allstate | | | G10466823735 | | Truck 216 2019 Ram 4500 (red) | 12/2/2021 5:03 PM | 12/2/2021 5:24 PM | 12/2/2021 5:24 PM | 12/2/2021 5:24 PM | $8.20 | 17m | 0m | | 52m | 14 | 8.7 | |
| | 4666 | | Allstate | | | G15466821375 | | Truck 216 2019 Ram 4500 (red) | 12/2/2021 6:16 PM | 12/2/2021 6:16 PM | 12/2/2021 6:16 PM | 12/2/2021 6:16 PM | $0.00 | 35m | 22m | | | 15.5 | 4.6 | |
| | 4668 | | Allstate (Bruelton) | | | G14666821393 | | Truck 216 2019 Ram 4500 (red) | 12/2/2021 6:17 PM | 12/2/2021 6:17 PM | 12/2/2021 7:16 PM | 12/2/2021 8:17 PM | $56.40 | 30m | 20m | | 59m | 7.7 | 8.8 | |
| | 4671 | | Geico | | | G14240021336 | | Truck 216 2019 Ram 4500 (red) | 12/2/2021 6:47 PM | 12/2/2021 7:16 PM | 12/2/2021 8:17 PM | 12/2/2021 8:17 PM | $59.60 | 31m | 30m | | 1h 1m | 9.8 | 0 | |
| | 4693 | | Geico | | | G11108121337 | | Truck 216 2019 Ram 4500 (red) | 12/2/2021 8:53 PM | 12/2/2021 9:03 PM | 12/2/2021 11:07 PM | 12/2/2021 11:07 PM | $188.10 | 58m | 1h 6m | | 2h 4m | 20.7 | 33.9 | |
| | 4695 | | Geico | | | G13161321337 | | Truck 216 2019 Ram 4500 (red) | 12/2/2021 4:59 PM | 12/2/2021 5:02 PM | 12/2/2021 6:59 PM | 12/2/2021 6:59 PM | $112.20 | 18m | 32m | | 1h 57m | 10.5 | 15.4 | |
| | 4732 | | Geico | | | G13161321337 | | Truck 216 2019 Ram 4500 (red) | 12/3/2021 7:47 PM | 12/3/2021 7:49 PM | 12/3/2021 10:06 PM | 12/3/2021 10:06 PM | $81.20 | 1h 8m | 18m | | 2h 57m | 20.6 | 0 | |
| | 4745 | | Allstate (Bruelton) | | | G19721397 | | Truck 216 2019 Ram 4500 (red) | 12/3/2021 12:31 PM | 12/3/2021 1:49 PM | 12/3/2021 3:08 PM | 12/3/2021 3:08 PM | $48.40 | 34m | 3m | | 2h 15m | 20.2 | 0 | |
| | 4756 | | Allstate | | | G14072169 | | Truck 216 2019 Ram 4500 (red) | 12/6/2021 6:51 PM | 12/6/2021 7:08 PM | 12/6/2021 9:00 PM | 12/6/2021 9:00 PM | $0.00 | 37m | 42m | | 1h 52m | 11.4 | 5 | |
| | 4773 | | Allstate (Bruelton) | | | G14183721341 | | Truck 216 2019 Ram 4500 (red) | 12/7/2021 2:26 PM | 12/7/2021 2:26 PM | 12/7/2021 4:18 PM | 12/7/2021 4:18 PM | $12.60 | 53m | 48m | | 1h 52m | 18.3 | 27.8 | |
| | 4777 | | Geico | | | G15650213141 | | Truck 216 2019 Ram 4500 (red) | 12/7/2021 4:48 PM | 12/7/2021 4:49 PM | 12/7/2021 6:50 PM | 12/7/2021 6:50 PM | $0.00 | 53m | 0m | | 2h 1m | 16.3 | 5 | |
| | 4779 | | Geico | | | G14872210 | | Truck 216 2019 Ram 4500 (red) | 12/7/2021 8:08 PM | 12/7/2021 8:08 PM | 12/7/2021 8:38 PM | 12/7/2021 8:38 PM | $0.00 | 32m | 32m | | 25.1m | 12.3 | 17.2 | |
| | 4796 | | Geico | | | G14821341 | | Truck 216 2019 Ram 4500 (red) | 12/7/2021 9:40 PM | 12/7/2021 9:44 PM | 12/7/2021 11:00 PM | 12/7/2021 11:00 PM | $98.00 | 0m | 0m | | 0m | 11.9 | 17.2 | |
| | 4798 | | Allstate (Bruelton) | | | G13093721657 | | Truck 216 2019 Ram 4500 (red) | 12/8/2021 7:09 PM | 12/8/2021 7:48 PM | 12/8/2021 8:51 PM | 12/8/2021 8:51 PM | $63.80 | 49m | 7m | | 1h 16m | 25.6 | 0.6 | |
| | 4799 | | Allstate | | | G14082213342 | | Truck 216 2019 Ram 4500 (red) | 12/8/2021 7:45 PM | 12/8/2021 8:51 PM | 12/8/2021 9:52 PM | 12/8/2021 9:52 PM | $588.60 | 52m | 0m | | 1h 3m | 19.1 | 0.6 | |
| | 4812 | | Geico | | | G19721363 | | Truck 216 2019 Ram 4500 (red) | 12/8/2021 8:15 PM | 12/8/2021 8:51 PM | 12/8/2021 10:59 PM | 12/8/2021 10:59 PM | $67.70 | 17m | 37m | | 1h 6m | 14.3 | 11.3 | |
| | 4819 | | (No Account Specified) | | | G19721343 | | Truck 216 2019 Ram 4500 (red) | 12/9/2021 10:50 PM | 12/9/2021 4:31 PM | 12/9/2021 10:59 PM | 12/9/2021 12:17 AM | $376.60 | 36m | 1m | | 37m | 20.8 | 0 | |
| | 4831 | | Allstate | | | G14074732 | | Truck 216 2019 Ram 4500 (red) | 12/9/2021 2:22 PM | 12/9/2021 2:23 PM | 12/10/2021 4:02 PM | 12/10/2021 12:17 AM | $3150.00 | 58m | 20m | | 1h 18m | 12.5 | 2.4 | |
| | 4873 | | Allstate | | | G14072552 | | Truck 216 2019 Ram 4500 (red) | 12/13/2021 10:22 AM | 12/13/2021 12:37 PM | 12/13/2021 2:26 PM | 12/13/2021 2:26 PM | $550.00 | 53m | 19m | | 1h 39m | 14.1 | 17.2 | |
| | 4892 | | Allstate | | | G14077168S | | Truck 216 2019 Ram 4500 (red) | 12/13/2021 9:49 PM | 12/13/2021 9:57 PM | 12/13/2021 11:04 PM | 12/13/2021 11:04 PM | $89.80 | 0m | 32m | | 1h 54m | 8.1 | 16.5 | |
| | 4904 | | Allstate | | | G14077593 | | Truck 216 2019 Ram 4500 (red) | 12/24/2021 12:32 PM | 12/24/2021 12:32 PM | 12/24/2021 3:34 PM | 12/24/2021 3:34 PM | $579.50 | 35m | 11m | | 3h 2m | 16.1 | 44.7 | |
| | | | | | | | | | | | | | $2560.12 | 1h 10m | | | | | | |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4811 | Allstate | 1049777199 | Truck 216 2019 Ram 4500 (red) | 12/24/2021 4:18 PM | 12/24/2021 4:18 PM | 12/24/2021 5:08 PM | $57.60 | 17m | 33m | 0m | 50m | 13.8 | 0 |
| 4812 | Geico | 6116721348 | Truck 216 2019 Ram 4500 (red) | 12/24/2021 7:15 PM | 12/24/2021 7:15 PM | 12/24/2021 8:26 PM | $589.50 | 23m | 48m | 2m | 1h 13m | 15.8 | 4.3 |
| 4913 | Geico | 6951221348 | Truck 216 2019 Ram 4500 (red) | 12/24/2021 6:28 PM | 12/24/2021 6:28 PM | 12/24/2021 8:26 PM | $93.20 | 59m | 30m | 26m | 2h 12m | 46.6 | 0 |
| 4919 | Geico | 6153951348 | Truck 216 2019 Ram 4500 (red) | 12/24/2021 8:29 PM | 12/24/2021 8:40 PM | 12/24/2021 9:23 PM | $79.20 | 0m | 15m | 28m | 43m | 14.7 | 1.6 |
| 4923 | Allstate | 1049782003 | Truck 216 2019 Ram 4500 (red) | 12/24/2021 9:41 AM | 12/24/2021 1:05 PM | 12/24/2021 2:27 PM | $370.00 | 17m | 58m | 52m | 1h 22m | 10.1 | 31.6 |
| 4967 | Agero | 421278930 | Truck 216 2019 Ram 4500 (red) | 12/15/2021 3:21 PM | 12/15/2021 3:23 PM | 12/15/2021 5:43 PM | $79.00 | 1h 20m | 52m | 17m | 1h 1m | 15.5 | 17.3 |
| 4973 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 12/17/2021 7:14 PM | 12/17/2021 7:14 PM | 12/17/2021 8:16 PM | $110.00 | 12m | 17m | 32m | 1h 1m | 0 | 0 |
| 4974 | Agero | 455564457 | Truck 216 2019 Ram 4500 (red) | 12/17/2021 7:56 PM | 12/17/2021 8:32 PM | 12/17/2021 9:32 PM | $120.00 | 48m | 58m | 2m | 1h 30m | 8.8 | 0.2 |
| 4975 | Geico | 6153831351 | Truck 216 2019 Ram 4500 (red) | 12/17/2021 10:54 PM | 12/17/2021 11:18 PM | 12/18/2021 12:37 AM | $278.80 | 1h 11m | 46m | 48m | 1h 20m | 19.4 | 0 |
| 5009 | Allstate | 1049882038 | Truck 216 2019 Ram 4500 (red) | 12/20/2021 11:54 AM | 12/20/2021 11:56 AM | 12/20/2021 2:49 PM | $95.00 | 45m | 59m | 54m | 2h 15m | 16.1 | 17.6 |
| 5014 | Allstate | 1049882974 | Truck 216 2019 Ram 4500 (red) | 12/21/2021 3:03 PM | 12/21/2021 3:03 PM | 12/21/2021 4:22 PM | $77.70 | 20m | 36m | 24m | 1h 25m | 33.3 | 13.4 |
| 5018 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 12/20/2021 5:14 PM | 12/20/2021 5:29 PM | 12/20/2021 6:57 PM | $8.20 | 51m | 30m | 2b 12m | 1h 28m | 20.8 | 8.7 |
| 5020 | Allstate | 1049826531 | Truck 216 2019 Ram 4500 (red) | 12/20/2021 3:52 PM | 12/20/2021 4:07 PM | 12/20/2021 5:08 PM | $38.20 | 15m | 15m | 0m | 1h 0m | 14.1 | 0 |
| 5033 | Allstate | 1049830565 | Truck 216 2019 Ram 4500 (red) | 12/21/2021 10:56 AM | 12/21/2021 12:05 PM | 12/21/2021 2:13 PM | $69.50 | 1h 11m | 9m | 15m | 1h 20m | 14.6 | 10.1 |
| 5042 | Geico | 6995521355 | Truck 216 2019 Ram 4500 (red) | 12/21/2021 1:12 PM | 12/21/2021 2:10 PM | 12/21/2021 6:41 PM | $106.80 | 59m | 24m | 2h 26m | 2h 12m | 33.3 | 13.4 |
| 5047 | Allstate (Braselton) | 6116412355 | Truck 216 2019 Ram 4500 (red) | 12/21/2021 5:04 PM | 12/21/2021 5:10 PM | 12/21/2021 6:07 PM | $80.80 | 24m | 36m | 54m | 2h 12m | 14.4 | 0 |
| 5050 | Geico | 6128331355 | Truck 216 2019 Ram 4500 (red) | 12/21/2021 5:57 PM | 12/21/2021 6:40 PM | 12/21/2021 7:08 PM | $63.80 | 30m | 2m | 28m | 28m | 11.9 | 0 |
| 5051 | Allstate (Braselton) | 1049885163 | Truck 216 2019 Ram 4500 (red) | 12/21/2021 6:14 PM | 12/21/2021 7:09 PM | 12/21/2021 8:17 PM | $48.08 | 20m | 2m | 20m | 1h 8m | 26.8 | 2.3 |
| 5073 | Geico | 6942221357 | Truck 216 2019 Ram 4500 (red) | 12/23/2021 4:01 PM | 12/23/2021 4:02 PM | 12/23/2021 6:37 PM | $67.80 | 50m | 2m | 0m | 2h 15m | 13.9 | 0 |
| 5079 | Geico | 6125542357 | Truck 216 2019 Ram 4500 (red) | 12/23/2021 6:38 PM | 12/23/2021 6:42 PM | 12/23/2021 8:26 PM | $98.20 | 12m | 12m | 32m | 1h 44m | 2.6 | 0 |
| 5110 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 12/27/2021 2:19 PM | 12/27/2021 2:20 PM | 12/27/2021 5:25 PM | $230.00 | 1h 23m | 12m | 27m | 3h 5m | 17.7 | 0 |
| 5116 | Geico | 6113042361 | Truck 216 2019 Ram 4500 (red) | 12/27/2021 4:18 PM | 12/27/2021 5:26 PM | 12/27/2021 6:18 PM | $112.60 | 25m | 6m | 1m | 52m | 10.4 | 0 |
| 5124 | Geico | 6169721361 | Truck 216 2019 Ram 4500 (red) | 12/27/2021 7:40 PM | 12/27/2021 7:46 PM | 12/27/2021 8:56 PM | $81.40 | 1h 4m | 1m | 6m | 1h 10m | 20.7 | 0 |
| 5126 | Geico | 6169679150 | Truck 216 2019 Ram 4500 (red) | 12/27/2021 9:23 PM | 12/27/2021 9:25 PM | 12/27/2021 11:01 PM | $45.00 | 13m | 53m | 39m | 1h 35m | 13.5 | 0 |
| 5137 | Allstate | 1049879150 | Truck 216 2019 Ram 4500 (red) | 12/28/2021 12:04 PM | 12/28/2021 12:06 PM | 12/28/2021 2:06 PM | $545.00 | 39m | 6m | 53m | 2h 0m | 15.7 | 0 |
| 5138 | Allstate | 1049890035 | Truck 216 2019 Ram 4500 (red) | 12/28/2021 1:03 PM | 12/28/2021 2:07 PM | 12/28/2021 3:48 PM | $77.40 | 20m | 39m | 2h 0m | 3h 50m | 34.8 | 0 |
| 5144 | Geico | G1095421362 | Truck 216 2019 Ram 4500 (red) | 12/28/2021 4:11 PM | 12/28/2021 4:13 PM | 12/28/2021 5:54 PM | $121.90 | 29m | 7m | 59m | 1h 41m | 12.4 | 14.2 |
| 5147 | Allstate | 1049883859 | Truck 216 2019 Ram 4500 (red) | 12/28/2021 6:08 PM | 12/28/2021 6:08 PM | 12/28/2021 7:49 PM | $63.10 | 1h 5m | 12m | 24m | 1h 41m | 22.4 | 10.7 |
| 5149 | Allstate (Braselton) | 1049884256 | Truck 216 2019 Ram 4500 (red) | 12/28/2021 8:17 PM | 12/28/2021 8:19 PM | 12/28/2021 9:52 PM | $0.00 | 1h 6m | 7m | 7m | 1h 33m | 10.5 | 0 |
| 5161 | Allstate | 1049890480 | Truck 216 2019 Ram 4500 (red) | 12/29/2021 3:27 PM | 12/29/2021 3:27 PM | 12/29/2021 4:59 PM | $56.00 | 26m | 26m | 26m | 1h 32m | 10.7 | 8.2 |
| 5163 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 12/29/2021 3:45 PM | 12/29/2021 5:00 PM | 12/29/2021 5:48 PM | $100.00 | 48m | 0m | 0m | 48m | 7.2 | 0 |
| 5166 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 12/29/2021 6:19 PM | 12/29/2021 6:21 PM | 12/29/2021 8:04 PM | $56.00 | 20m | 6m | 26m | 1h 20m | 31.9 | 0 |
| 5167 | Allstate | 1049891259 | Truck 216 2019 Ram 4500 (red) | 12/29/2021 6:39 PM | 12/29/2021 8:03 PM | 12/29/2021 9:36 PM | $118.10 | 17m | 56m | 1m | 1h 25m | 10.7 | 0 |
| 5168 | Geico | G1314421363 | Truck 216 2019 Ram 4500 (red) | 12/29/2021 7:04 PM | 12/29/2021 9:27 PM | 12/29/2021 10:28 PM | $125.60 | 25m | 37m | 0m | 1h 2m | 22.8 | 26.5 |
| 5175 | Allstate | 1049896236 | Truck 216 2019 Ram 4500 (red) | 12/30/2021 12:07 PM | 12/30/2021 12:39 PM | 12/30/2021 1:55 PM | $56.60 | 58m | 9m | 9m | 1h 16m | 15.8 | 1.6 |

| User | Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | Unloaded | On Scene | Loaded | Towing | Total Time | Total Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 5176 | (No Account Specified) |  | Truck 216 2019 Ram 4500 (red) | 12/30/2021 1:11 PM | 12/30/2021 1:56 PM | 12/30/2021 4:13 PM | $130.00 | 1h 5m | 12m | 0m | 1h 0m | 2h 17m | 0 |  |
|  | 5180 | Geico | G909521364 | Truck 216 2019 Ram 4500 (red) | 12/30/2021 4:14 PM | 12/30/2021 5:29 PM | 12/30/2021 5:29 PM | $125.00 | 14m | 14m | 20m | 3h 15m | 2.2 |  |  |
|  | 5182 | Geico | G108872136A | Truck 216 2019 Ram 4500 (red) | 12/30/2021 5:02 PM | 12/30/2021 5:53 PM | 12/30/2021 6:44 PM | $88.40 | 41m | 19m | 51m | 9.2 |  |  |  |
|  | 5186 | Allstate (Braselton) | 1049900359 | Truck 216 2019 Ram 4500 (red) | 12/30/2021 6:55 PM | 12/30/2021 6:57 PM | 12/30/2021 9:55 PM | $1.54 | 1h 6m | 42m | 1h 10m | 2h 56m | 13.6 |  |  |
|  | 5187 | (No Account Specified) |  | Truck 216 2019 Ram 4500 (red) | 12/30/2021 9:52 PM | 12/30/2021 9:53 PM | 12/30/2021 10:48 PM | $110.00 | 24m | 57m | 55m | 21 |  |  |  |
|  | 5222 | Geico | G235620003 | Truck 216 2019 Ram 4500 (red) | 1/3/2022 1:32 PM | 1/3/2022 1:37 PM | 1/3/2022 7:37 PM | $276.60 | 36m | 1m | 1h 35m | 2h 6m | 31.8 |  |  |
|  | 5227 | Allstate | 1049922214 | Truck 216 2019 Ram 4500 (red) | 1/3/2022 12:28 PM | 1/3/2022 1:43 PM | 1/3/2022 4:15 PM | $89.70 | 26m | 25m | 24m | 1h 15m | 9.1 |  |  |
|  | 5235 | Geico | G222832003 | Truck 216 2019 Ram 4500 (red) | 1/3/2022 9:30 PM | 1/3/2022 9:29 PM | 1/3/2022 10:14 PM | $276.60 | 44m | 18.3 |  |  |  |  |  |
|  | 5232 | Allstate | 1049921464 | Truck 216 2019 Ram 4500 (red) | 1/3/2022 4:52 PM | 1/3/2022 5:38 PM | 1/3/2022 7:44 PM | $198.60 | 1m | 0m | 44m | 2h 6m | 9.7 |  |  |
|  | 5229 | Allstate | 1049923709 | Truck 216 2019 Ram 4500 (red) | 1/3/2022 1:59 PM | 1/3/2022 3:12 PM | 1/3/2022 3:53 PM | $50.00 | 39m | 2m | 0m | 41m | 1.2 |  |  |
|  | 5238 | Allstate | 1049924310 | Truck 216 2019 Ram 4500 (red) | 1/3/2022 12:38 PM | 1/3/2022 1:43 PM | 1/3/2022 3:12 PM | $69.30 | 51m | 38m | 1h 29m | 12.4 |  |  |  |
|  | 5240 | Allstate | 1049933137 | Truck 216 2019 Ram 4500 (red) | 1/2/2022 10:51 AM | 1/2/2022 12:18 PM | 1/3/2022 1:18 PM | $276.60 | 28m | 25m | 0m | 56.2 |  |  |  |
|  | 5245 | Allstate (Braselton) | 1049934169 | Truck 216 2019 Ram 4500 (red) | 1/4/2022 12:36 PM | 1/4/2022 1:32 PM | 1/3/2022 3:03 PM | $0.00 | 29m | 8m | 10m | 1h 4m, 1h 29m | 16.8 |  |  |
|  | 5250 | Allstate | 1049936912 | Truck 216 2019 Ram 4500 (red) | 1/4/2022 2:49 PM | 1/4/2022 2:51 PM | 1/4/2022 4:16 PM | $60.20 | 1h 8m | 0m | 1h 25m | 25.2 |  |  |  |
|  | 5254 | Allstate | 1049938736 | Truck 216 2019 Ram 4500 (red) | 1/4/2022 4:53 PM | 1/4/2022 5:00 PM | 1/4/2022 5:55 PM | $57.00 | 34m | 17m | 55m | 1.2 |  |  |  |
|  | 5256 | Allstate | 885582320 | Truck 216 2019 Ram 4500 (red) | 1/4/2022 6:44 PM | 1/4/2022 7:59 PM | 1/4/2022 7:59 PM | $66.20 | 0m | 21m | 41m | 16 |  |  |  |
|  | 5268 | Allstate (Braselton) | 1049943074 | Truck 216 2019 Ram 4500 (red) | 1/5/2022 10:44 AM | 1/5/2022 12:10 PM | 1/5/2022 2:43 PM | $55.55 | 1m | 0m | 44m | 2h 6m | 15.3 |  |  |
|  | 5277 | Geico | G116742005 | Truck 216 2019 Ram 4500 (red) | 1/5/2022 3:53 PM | 1/5/2022 3:54 PM | 1/5/2022 4:19 PM | $45.00 | 10m | 10m | 22m | 12.3 |  |  |  |
|  | 5279 | Allstate | 1049947511 | Truck 216 2019 Ram 4500 (red) | 1/5/2022 4:45 PM | 1/5/2022 5:08 PM | 1/5/2022 6:27 PM | $76.30 | 8m | 54m | 1h 6m | 15.8 |  |  |  |
|  | 5281 | Geico | G138212005 | Truck 216 2019 Ram 4500 (red) | 1/5/2022 5:29 PM | 1/5/2022 5:29 PM | 1/5/2022 8:07 PM | $63.20 | 6m | 0m | 0m | 12.9 |  |  |  |
|  | 5282 | (No Account Specified) |  | Truck 216 2019 Ram 4500 (red) | 1/5/2022 6:29 PM | 1/5/2022 6:38 PM | 1/5/2022 7:15 PM | $90.00 | 34m | 4m | 0m | 10m | 13.8 |  |  |
|  | 5283 | Agero | 227772244 | Truck 216 2019 Ram 4500 (red) | 1/5/2022 6:43 PM | 1/5/2022 7:17 PM | 1/4/2022 7:59 PM | $58.75 | 0m | 1m | 1h 6m | 1h 6m | 11.1 |  |  |
|  | 5284 | Allied Dispatch Solutions | 0006889479 | Truck 216 2019 Ram 4500 (red) | 1/5/2022 9:44 PM | 1/5/2022 9:50 PM | 1/5/2022 8:21 PM | $100.00 | 25m | 25m | 2h 33m | 15 |  |  |  |
|  | 5285 | Geico | G173932005 | Truck 216 2019 Ram 4500 (red) | 1/5/2022 10:03 PM | 1/5/2022 10:59 PM | 1/5/2022 10:59 PM | $58.50 | 16m | 5m | 1h 53m | 25m | 9.5 |  |  |
|  | 5293 | Geico | 1049952951 | Truck 216 2019 Ram 4500 (red) | 1/6/2022 11:38 AM | 1/6/2022 12:37 PM | 1/5/2022 11:41 PM | $588.50 | 28m | 14m | 0m | 9m | 13.6 |  |  |
|  | 5295 | Allstate | 1049956689 | Truck 216 2019 Ram 4500 (red) | 1/6/2022 11:56 AM | 1/6/2022 1:43 PM | 1/6/2022 1:42 PM | $87.20 | 33m | 0m | 10m | 42m | 5.7 |  |  |
|  | 5300 | Geico | G962922006 | Truck 216 2019 Ram 4500 (red) | 1/6/2022 3:37 PM | 1/6/2022 3:33 PM | 1/6/2022 3:07 PM | $66.00 | 6m | 4m | 0m | 37m | 13 |  |  |
|  | 5303 | Allstate | 1049957343 | Truck 216 2019 Ram 4500 (red) | 1/6/2022 3:58 PM | 1/6/2022 4:03 PM | 1/6/2022 4:03 PM | $588.60 | 30m | 0m | 23m | 1h 35m | 15.9 |  |  |
|  | 5306 | Allstate | 1049957873 | Truck 216 2019 Ram 4500 (red) | 1/6/2022 5:30 PM | 1/6/2022 5:51 PM | 1/6/2022 5:24 PM | $201.79 | 21m | 7m | 53m | 1h 21m | 36.7 |  |  |
|  | 5312 | Allstate | 1049963654 | Truck 216 2019 Ram 4500 (red) | 1/7/2022 12:06 PM | 1/7/2022 1:30 PM | 1/7/2022 2:31 PM | $55.40 | 15m | 1m | 45m | 1h 46m | 38.7 |  |  |
|  | 5316 | Allstate | 1049964187 | Truck 216 2019 Ram 4500 (red) | 1/7/2022 1:21 PM | 1/7/2022 3:04 PM | 1/7/2022 2:54 PM | $56.40 | 28m | 13m | 45m | 1h 24m | 8.8 |  |  |
|  | 5322 | Allstate | G141182007 | Truck 216 2019 Ram 4500 (red) | 1/7/2022 6:27 PM | 1/7/2022 6:30 PM | 1/7/2022 3:56 PM | $57.40 | 32m | 20m | 0m | 52m | 13.5 |  |  |
|  | 5329 | Geico | G161352007 | Truck 216 2019 Ram 4500 (red) | 1/7/2022 9:20 PM | 1/7/2022 7:41 PM | 1/7/2022 7:41 PM | $74.40 | 1h 0m | 11m | 0m | 1h 11m | 17.2 |  |  |
|  | 5332 | Geico | 1049984795 | Truck 216 2019 Ram 4500 (red) | 1/10/2022 11:31 AM | 1/10/2022 12:04 PM | 1/7/2022 10:48 PM | $117.00 | 46m | 1m | 25m | 1h 11m | 21.6 |  |  |
|  | 5336 | Allstate | 1049983725 | Truck 216 2019 Ram 4500 (red) | 1/10/2022 11:12 PM | 1/10/2022 1:24 PM | 1/10/2022 2:55 PM | $83.40 | 30m | 0m | 30m | 1h 31m | 16.8 |  |  |

Towbook - Reports

| User | Call # | Invoice # | Account | Total Calls | Total Invoiced | PO # | Avg Invoice | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Total Miles | Uncloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 5359 |  | Geico |  |  | G1291520010 |  | Truck 21© 2019 Ram 4500 (red) | 1/10/2022 3:19 PM | 1/10/2022 3:20 PM | 1/10/2022 4:22 PM | $83.40 | 52m | 11m | 0m | 1h 2m | 21.7 | 0 |  |
|  | 5363 |  | Allstate |  |  | 10489838987 |  | Truck 21© 2019 Ram 4500 (red) | 1/10/2022 4:48 PM | 1/10/2022 4:54 PM | 1/10/2022 5:38 PM | $45.00 | 27m | 18m | 44m |  | 2.9 | 3.8 |  |
|  | 5365 |  | Geico |  |  | G1597520010 |  | Truck 21© 2019 Ram 4500 (red) | 1/10/2022 5:21 PM | 1/10/2022 6:07 PM | 1/10/2022 7:30 PM | $88.80 | 51m | 32m | 1h 23m |  | 26.4 | 0 |  |
|  | 5368 |  | Geico |  |  | G1631420010 |  | Truck 21© 2019 Ram 4500 (red) | 1/10/2022 5:56 PM | 1/10/2022 7:31 PM | 1/10/2022 7:33 PM | $125.00 | 0m | 2m | 2m |  | 130 | 0 |  |
|  | 5375 |  | Allstate |  |  | 1049994182 |  | Truck 21© 2019 Ram 4500 (red) | 1/11/2022 9:48 AM | 1/11/2022 12:05 PM | 1/11/2022 12:05 PM | $54.30 | 19m | 2h 4m | 2h 2m 1h 16m |  | 3 | 8.1 |  |
|  | 5379 |  | Allstate |  |  | 1049996728 |  | Truck 21© 2019 Ram 4500 (red) | 1/11/2022 1:17 PM | 1/11/2022 2:27 PM | 1/11/2022 2:27 PM | $0.00 | 9m | 57m | 0m |  | 3.8 | 0 |  |
|  | 5382 |  | (No Account Specified) |  |  | 1050010076 |  | Truck 21© 2019 Ram 4500 (red) | 1/11/2022 3:28 PM | 1/11/2022 3:29 PM | 1/11/2022 4:42 PM | $100.00 | 1h 13m | 0m | 1h 13m |  | 0 | 0 |  |
|  | 5387 |  | Geico |  |  | G1351352011 |  | Truck 21© 2019 Ram 4500 (red) | 1/11/2022 5:12 PM | 1/11/2022 5:13 PM | 1/11/2022 6:09 PM | $70.50 | 31m | 10m | 56m |  | 6 | 4.5 |  |
|  | 5388 |  | Allstate |  |  | 1050000415 |  | Truck 21© 2019 Ram 4500 (red) | 1/11/2022 5:41 PM | 1/11/2022 6:14 PM | 1/11/2022 7:32 PM | $128.30 | 56m | 22m | 1h 18m |  | 16.7 | 28.3 |  |
|  | 5390 |  | Allstate |  |  | 1050001662 |  | Truck 21© 2019 Ram 4500 (red) | 1/11/2022 6:45 PM | 1/11/2022 7:33 PM | 1/11/2022 8:28 PM | $56.10 | 1h 0m | 46m | 1h 55m |  | 8.7 | 8.7 |  |
|  | 5392 |  | Allstate |  |  | 1050001799 |  | Truck 21© 2019 Ram 4500 (red) | 1/11/2022 7:24 PM | 1/11/2022 7:26 PM | 1/11/2022 10:34 PM | $132.00 | 33m | 51m |  |  | 28 | 22 |  |
|  | 5400 |  | Allstate |  |  | 1050004551 |  | Truck 21© 2019 Ram 4500 (red) | 1/12/2022 10:08 AM | 1/12/2022 2:19 PM | 1/12/2022 2:56 PM | $71.80 | 1h 17m | 0m | 33m |  | 15.9 | 10 |  |
|  | 5401 |  | Geico |  |  | G542720012 |  | Truck 21© 2019 Ram 4500 (red) | 1/12/2022 11:40 AM | 1/12/2022 2:19 PM | 1/12/2022 2:56 PM | $106.20 | 33m | 58m | 2h 7m |  | 20.6 | 6 |  |
|  | 5402 |  | Agero |  |  | 58493322 |  | Truck 21© 2019 Ram 4500 (red) | 1/12/2022 1:33 PM | 1/12/2022 4:26 PM | 1/12/2022 6:00 PM | $41.80 | 32m | 25m | 1h 38m |  | 11.2 | 3 |  |
|  | 5409 |  | Geico |  |  | 1050010076 |  | Truck 21© 2019 Ram 4500 (red) | 1/12/2022 6:08 PM | 1/12/2022 7:05 PM | 1/12/2022 8:17 PM | $81.90 | 35m | 16m | 1h 12m |  | 17.2 | 12.5 |  |
|  | 5410 |  | Allstate (Bruelton) |  |  | 1050010076 |  | Truck 21© 2019 Ram 4500 (red) | 1/12/2022 8:17 PM | 1/12/2022 8:17 PM | 1/12/2022 8:17 PM | $0.00 | 0m | 0m | 0m |  | 0 | 0 |  |
|  | 5411 |  | Allstate |  |  | 1050010124 |  | Truck 21© 2019 Ram 4500 (red) | 1/12/2022 6:19 PM | 1/12/2022 8:17 PM | 1/12/2022 10:35 PM | $94.60 | 1h 6m | 17m | 2h 8m |  | 19.5 | 15.2 |  |
|  | 5475 |  | Geico |  |  | G613022013 |  | Truck 21© 2019 Ram 4500 (red) | 1/13/2022 12:49 PM | 1/13/2022 1:02 PM | 1/13/2022 2:28 PM | $101.80 | 1h 0m | 26m | 1h 26m |  | 15.9 | 0 |  |
|  | 5429 |  | Geico |  |  | G828322013 |  | Truck 21© 2019 Ram 4500 (red) | 1/13/2022 2:37 PM | 1/13/2022 2:39 PM | 1/13/2022 3:44 PM | $99.80 | 1h 5m | 0m | 1h 55m |  | 14.9 | 0 |  |
|  | 5432 |  | Allstate |  |  | 1050017781 |  | Truck 21© 2019 Ram 4500 (red) | 1/13/2022 4:15 PM | 1/13/2022 4:16 PM | 1/13/2022 5:50 PM | $52.00 | 12m | 0m | 1h 13m |  | 13.5 | 3.9 |  |
|  | 5434 |  | Allstate |  |  | 1050018177 |  | Truck 21© 2019 Ram 4500 (red) | 1/13/2022 5:39 PM | 1/13/2022 5:39 PM | 1/13/2022 8:16 PM | $53.20 | 1h 16m | 36m | 3h 2h 37m |  | 14.1 | 1.6 |  |
|  | 5438 |  | Allstate |  |  | 1050019566 |  | Truck 21© 2019 Ram 4500 (red) | 1/13/2022 7:38 PM | 1/13/2022 8:17 PM | 1/13/2022 9:04 PM | $110.08 | 8m | 31m | 47m |  | 15.3 | 21.4 |  |
|  | 5441 |  | Geico |  |  | G140322013 |  | Truck 21© 2019 Ram 4500 (red) | 1/13/2022 8:56 PM | 1/13/2022 9:35 PM | 1/13/2022 10:42 PM | $50.40 | 1h 17m | 20m | 1h 37m |  | 5.2 | 0 |  |
|  | 5446 |  | Allstate |  |  | 1050021792 |  | Truck 21© 2019 Ram 4500 (red) | 1/14/2022 10:59 AM | 1/14/2022 12:20 PM | 1/14/2022 2:52 PM | $158.60 | 43m | 41m | 1h 8m |  | 12.8 | 4.1 |  |
|  | 5455 |  | Geico |  |  | G134802014 |  | Truck 21© 2019 Ram 4500 (red) | 1/14/2022 8:12 PM | 1/14/2022 8:21 PM | 1/14/2022 9:21 PM | $99.40 | 17m | 0m | 1h 0m |  | 29.7 | 0 |  |
|  | 5484 |  | Geico |  |  | G323822016 |  | Truck 21© 2019 Ram 4500 (red) | 1/17/2022 12:32 PM | 1/17/2022 13:33 PM | 1/17/2022 2:02 PM | $111.80 | 53m | 36m | 1h 29m |  | 15.9 | 0.8 |  |
|  | 5487 |  | Allstate |  |  | 1050044683 |  | Truck 21© 2019 Ram 4500 (red) | 1/17/2022 1:29 PM | 1/17/2022 2:03 PM | 1/17/2022 3:32 PM | $55.00 | 57m | 32m | 1h 26m |  | 15.3 | 1.9 |  |
|  | 5497 |  | Geico |  |  | G111822017 |  | Truck 21© 2019 Ram 4500 (red) | 1/17/2022 3:56 PM | 1/17/2022 4:04 PM | 1/17/2022 4:59 PM | $50.40 | 31m | 19m | 1h 3m |  | 13.7 | 11.4 |  |
|  | 5500 |  | Geico |  |  | G144742017 |  | Truck 21© 2019 Ram 4500 (red) | 1/17/2022 4:38 PM | 1/17/2022 5:00 PM | 1/17/2022 5:22 PM | $85.80 | 18m | 5m | 55m |  | 22.9 | 0 |  |
|  | 5511 |  | Allstate |  |  | 1050051193 |  | Truck 21© 2019 Ram 4500 (red) | 1/18/2022 10:23 AM | 1/18/2022 10:24 AM | 1/18/2022 11:48 AM | $3.60 | 1h 22m | 0m | 1h 22m |  | 11.8 | 1.6 |  |
|  | 5515 |  | (No Account Specified) |  |  |  |  | Truck 21© 2019 Ram 4500 (red) | 1/18/2022 12:42 PM | 1/18/2022 12:51 PM | 1/18/2022 2:54 PM | $190.00 | 57m | 12m | 2h 3m |  | 0 | 0 |  |
|  | 5519 |  | Allstate (Bruelton) |  |  | 1050055488 |  | Truck 21© 2019 Ram 4500 (red) | 1/18/2022 4:06 PM | 1/18/2022 4:11 PM | 1/18/2022 4:11 PM | $0.00 | 0m | 4m | 0m |  | 29.5 | 0 |  |
|  | 5523 |  | Allstate |  |  | 1050057628 |  | Truck 21© 2019 Ram 4500 (red) | 1/18/2022 5:10 PM | 1/18/2022 5:13 PM | 1/18/2022 7:04 PM | $45.00 | 1h 3m | 5m | 1h 51m |  | 9.3 | 3.1 |  |
|  | 5530 |  | Allstate |  |  | G1711352018 |  | Truck 21© 2019 Ram 4500 (red) | 1/18/2022 8:50 PM | 1/18/2022 8:50 PM | 1/18/2022 10:35 PM | $195.40 | 52m | 24m | 1h 45m |  | 34.4 | 27.2 |  |
|  | 5544 |  | Allstate (Bruelton) |  |  | 1050062936 |  | Truck 21© 2019 Ram 4500 (red) | 1/19/2022 1:11 PM | 1/19/2022 1:12 PM | 1/19/2022 2:33 PM | $0.00 | 47m | 35m | 1h 21m |  | 19.7 | 13.5 |  |

Towbook - Reports

https://app.towbook.com/Reports/CallAnalysis?reportType=DriverActivity&ownerUserId=&...

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | Unloaded | On Scene | Loaded | Towing | Total Time | Uncloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5549 | Geico | 03031122019 | Truck 216 2019 8am 4500 (red) | 1/19/2022 3:00 PM | 1/19/2022 3:14 PM | 1/19/2022 5:08 PM | $326.30 | 44m | 13m | 57m | | | 1h 54m | 20.7 | 13.3 |
| 5555 | Allstate (Braselton) | 1050066594 | Truck 216 2019 8am 4500 (red) | 1/19/2022 6:34 PM | 1/19/2022 6:34 PM | 1/19/2022 8:11 PM | $0.11 | 41m | 4m | 46m | | | 1h 37m | 27.4 | 21.6 |
| 5556 | Geico | G143462019 | Truck 216 2019 8am 4500 (red) | 1/19/2022 7:49 PM | 1/19/2022 8:11 PM | 1/19/2022 8:15 PM | $89.20 | 0m | 4m | 0m | 4m | 4m | | 9.6 | 0 |
| 5557 | Geico | G151452019 | Truck 216 2019 8am 4500 (red) | 1/19/2022 9:13 PM | 1/19/2022 9:20 PM | 1/19/2022 10:58 PM | $146.20 | 41m | 10m | 47m | | 1h 38m | | 11.3 | 26.2 |
| 5560 | Geico | G647622020 | Truck 216 2019 8am 4500 (red) | 1/20/2022 1:04 PM | 1/20/2022 1:06 PM | 1/20/2022 2:55 PM | $81.40 | 1h 22m | 27m | 10m | | 1h 49m | | 20.7 | 0 |
| 5572 | Allstate | 1050072367 | Truck 218 2019 8am 4500 (red) | 1/20/2022 1:44 PM | 1/20/2022 2:06 PM | 1/20/2022 4:23 PM | $256.23 | 15m | 1h 1m | 1h 1m | | 1h 72m | | 15.5 | 40.1 |
| 5573 | Allstate | 1050073885 | Truck 216 2019 8am 4500 (red) | 1/20/2022 3:15 PM | 1/20/2022 4:24 PM | 1/20/2022 4:23 PM | $62.00 | 1h 17m | 16m | 26m | | 1h 59m | | 9.2 | 0 |
| 5580 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 1/20/2022 6:54 PM | 1/20/2022 7:04 PM | 1/20/2022 8:13 PM | $140.00 | 23m | 16m | 46m | | 1h 9m | | 0 | 0 |
| 5591 | Allstate | 1050080312 | Truck 216 2019 8am 4500 (red) | 1/21/2022 12:08 PM | 1/21/2022 12:45 PM | 1/21/2022 2:04 PM | $47.70 | 27m | 53m | 0m | | 1h 19m | | 4.4 | 5.9 |
| 5599 | Allstate | 1050083156 | Truck 216 2019 8am 4500 (red) | 1/21/2022 5:24 PM | 1/21/2022 5:36 PM | 1/21/2022 6:59 PM | $58.00 | 19.8m | 25m | 0m | | 1h 33m | | 16.5 | 0.7 |
| 5600 | Allied Dispatch Solutions | 0006926421 | Truck 216 2019 8am 4500 (red) | 1/21/2022 5:38 PM | 1/21/2022 6:59 PM | 1/21/2022 7:25 PM | $100.00 | 22m | 10m | 25m | | 0m | | 17.5 | 0 |
| 5602 | Geico | 1050084527 | Truck 216 2019 8am 4500 (red) | 1/21/2022 6:37 PM | 1/21/2022 7:25 PM | 1/21/2022 8:27 PM | $48.20 | 20m | 1m | 26m | | 1h 2m | | 11.6 | 4 |
| 5649 | Allstate (Braselton) | 1050101618 | Truck 216 2019 8am 4500 (red) | 1/24/2022 11:44 AM | 1/24/2022 12:27 PM | 1/24/2022 1:41 PM | $0.00 | 48m | 29m | 1m | | 1h 19m | | 9.6 | 9.8 |
| 5656 | Allstate | 1050103043 | Truck 216 2019 8am 4500 (red) | 1/24/2022 1:24 PM | 1/24/2022 1:42 PM | 1/24/2022 3:16 PM | $66.00 | 37m | 57m | 0m | | 1h 34m | | 8.5 | 12 |
| 5664 | Allstate | 1050105258 | Truck 216 2019 8am 4500 (red) | 1/24/2022 4:25 PM | 1/24/2022 4:30 PM | 1/24/2022 5:39 PM | $0.00 | 21m | 11m | 57m | | 1h 31m | | 7.13 | 0 |
| 5665 | Allstate | G155432024 | Truck 216 2019 8am 4500 (red) | 1/24/2022 6:02 PM | 1/24/2022 6:03 PM | 1/24/2022 7:34 PM | $167.20 | 1h 4m | 16m | 16m | | 1h 35m | | 14.9 | 10.8 |
| 5666 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 1/24/2022 8:17 PM | 1/24/2022 8:31 PM | 1/24/2022 9:19 PM | $110.00 | 23m | 0m | 27m | | 48m | | 0 | 0 |
| 5671 | Allstate | 1050108671 | Truck 216 2019 8am 4500 (red) | 1/24/2022 10:36 PM | 1/24/2022 10:40 PM | 1/24/2022 11:40 PM | $86.40 | 44m | 1m | 15m | | 1h 0m | | 15.4 | 15.2 |
| 5679 | Allstate (Braselton) | 1050113964 | Truck 216 2019 8am 4500 (red) | 1/25/2022 11:33 AM | 1/25/2022 12:14 PM | 1/25/2022 1:30 PM | $0.00 | 42m | 15m | 19m | | 1h 16m | | 21.9 | 1.8 |
| 5686 | Allstate (Braselton) | 1050115975 | Truck 216 2019 8am 4500 (red) | 1/25/2022 5:09 PM | 1/25/2022 5:14 PM | 1/25/2022 7:36 PM | $0.00 | 46m | 15m | 1m | | 1h 16m | | 2.4 | 12.7 |
| 5689 | Geico | G140562025 | Truck 216 2019 8am 4500 (red) | 1/25/2022 7:06 PM | 1/25/2022 7:07 PM | 1/25/2022 8:13 PM | $106.60 | 50m | 16m | 0m | | 2h2m 1h 53m | | 18.3 | 0 |
| 5691 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 1/25/2022 8:17 PM | 1/25/2022 8:18 PM | 1/25/2022 9:33 PM | $150.00 | 1h 15m | 0m | 0m | | 1h 15m | | 31.8 | 39 |
| 5708 | Allstate (Braselton) | 1050123218 | Truck 216 2019 8am 4500 (red) | 1/26/2022 2:37 PM | 1/26/2022 3:06 PM | 1/26/2022 5:44 PM | $0.00 | 36m | 1h 37m | 0m | | 2h 38m | | 0 | 0 |
| 5711 | Geico | G134922026 | Truck 216 2019 8am 4500 (red) | 1/26/2022 5:48 PM | 1/26/2022 5:51 PM | 1/26/2022 7:52 PM | $137.60 | 40m | 31m | 6m | | 2h 1m | | 8.7 | 18.4 |
| 5714 | Geico | G138662026 | Truck 216 2019 8am 4500 (red) | 1/26/2022 7:48 PM | 1/26/2022 7:53 PM | 1/26/2022 9:10 PM | $81.80 | 33m | 0m | 1h 17m | | 1h 17m | | 12.8 | 5.8 |
| 5715 | Geico | G147622026 | Truck 216 2019 8am 4500 (red) | 1/26/2022 9:21 PM | 1/26/2022 9:21 PM | 1/26/2022 10:30 PM | $41.80 | 34m | 35m | 0m | | 1h 9m | | 20.9 | 0 |
| 5726 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 1/27/2022 11:33 AM | 1/27/2022 12:58 PM | 1/27/2022 2:01 PM | $100.00 | 1h 3m | 8m | 0m | | 1h 23m | | 0 | 0 |
| 5742 | Geico | G135552027 | Truck 216 2019 8am 4500 (red) | 1/27/2022 6:47 PM | 1/27/2022 7:08 PM | 1/27/2022 8:31 PM | $113.00 | 49m | 26m | 0m | | 1h 23m | | 22.3 | 7.8 |
| 5746 | Geico | G142002027 | Truck 216 2019 8am 4500 (red) | 1/27/2022 7:49 PM | 1/27/2022 8:32 PM | 1/27/2022 9:49 PM | $98.00 | 22m | 36m | 0m | | 1h 17m | | 19.6 | 5.1 |
| 5747 | Allstate | 1050135601 | Truck 216 2019 8am 4500 (red) | 1/28/2022 8:23 PM | 1/28/2022 8:49 PM | 1/28/2022 10:33 PM | $63.50 | 22m | 15m | 7m | | 44m | | 15.5 | 7.5 |
| 5761 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 1/28/2022 1:52 PM | 1/28/2022 1:55 PM | 1/28/2022 2:25 PM | $50.00 | 30m | 0m | 0m | | 30m | | 0 | 0 |
| 5762 | Geico | G074722028 | Truck 216 2019 8am 4500 (red) | 1/28/2022 2:48 PM | 1/28/2022 3:15 PM | 1/28/2022 5:00 PM | $115.50 | 1h 10m | 35m | 0m | | 1h 45m | | 29.4 | 3.9 |
| 5772 | Geico | G139832028 | Truck 216 2019 8am 4500 (red) | 1/28/2022 8:10 PM | 1/28/2022 8:11 PM | 1/28/2022 8:44 PM | $49.00 | 22m | 11m | 0m | | 33m | | 4.5 | 0 |
| 5808 | Geico | G865922031 | Truck 216 2019 8am 4500 (red) | 1/31/2022 1:06 PM | 1/31/2022 1:21 PM | 1/31/2022 3:22 PM | $196.20 | 46m | 0m | 0m | | 2h 1m | | 22.2 | 5.6 |
| 5817 | Allstate (Braselton) | 1050163384 | Truck 216 2019 8am 4500 (red) | 1/31/2022 3:52 PM | 1/31/2022 3:52 PM | 1/31/2022 5:08 PM | $0.00 | 43m | 11m | 22m | | 1h 16m | | 19.2 | 5.7 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Total Miles | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5822 | Allstate (Braselton) | 1050166914 | Truck 216 2019 Ram 4500 (red) | 1/31/2022 7:27 PM | 1/31/2022 7:29 PM | 1/31/2022 10:37 PM | $7.81 | 1h 6m | 9m | 8m | 3h 54m | 26.1 | 24.7 |
| 5839 | Allstate | 1050171583 | Truck 216 2019 Ram 4500 (red) | 2/1/2022 11:44 AM | 2/1/2022 11:46 AM | 2/1/2022 1:21 PM | $91.70 | 14m | 38m | 39m | 1h 35m | 16.4 | 16.3 |
| 5850 | Geico | G1491922012 | Truck 216 2019 Ram 4500 (red) | 2/1/2022 8:02 PM | 2/1/2022 8:17 PM | 2/1/2022 10:18 PM | $99.80 | 55m | 31m | 1h 7m | 2h 1m | 15.1 | 7.8 |
| 5866 | Allstate | 1050183212 | Truck 216 2019 Ram 4500 (red) | 2/2/2022 3:43 PM | 2/2/2022 4:21 PM | 2/2/2022 5:26 PM | $59.10 | 29m | 0m | 25m | 1h 5m | 29.9 | 9.7 |
| 5871 | Allstate | 1050184672 | Truck 216 2019 Ram 4500 (red) | 2/2/2022 5:08 PM | 2/2/2022 5:26 PM | 2/2/2022 7:29 PM | $45.00 | 37m | 25m | 2h 3m | 2h 3m | 7.8 | 2.2 |
| 5876 | Geico | G1386292033 | Truck 216 2019 Ram 4500 (red) | 2/2/2022 7:48 PM | 2/2/2022 8:03 PM | 2/2/2022 10:56 PM | $279.20 | 1h 12m | 9m | 2h 55m | 2h 55m | 34 | 57.6 |
| 5904 | Geico | G2475220051 | Truck 216 2019 Ram 4500 (red) | 2/4/2022 10:01 AM | 2/4/2022 12:53 PM | 2/4/2022 2:58 PM | $89.30 | 45m | 41m | 39m | 2h 5m | 9.1 | 8.7 |
| 5918 |  | 4300099 | Truck 216 2019 Ram 4500 (red) | 2/4/2022 3:53 PM | 2/4/2022 3:54 PM | 2/4/2022 8:46 PM | $50.00 | 24m | 39m | 3h 10m | 4h 57m | 22.9 | 75.9 |
| 5965 | Geico | G778622038 | Truck 216 2019 Ram 4500 (red) | 2/7/2022 12:06 PM | 2/7/2022 12:06 PM | 2/7/2022 1:09 PM | $80.20 | 52m | 11m | 0m | 1h 3m | 20.1 | 0 |
| 5974 | Allstate (Braselton) | 1050226759 | Truck 216 2019 Ram 4500 (red) | 2/7/2022 5:37 PM | 2/7/2022 5:38 PM | 2/7/2022 9:04 PM | $0.00 | 14m | 38m | 39m | 1h 33m | 16.9 | 13.5 |
| 5975 | Agero | 821479221 | Truck 216 2019 Ram 4500 (red) | 2/7/2022 5:42 PM | 2/7/2022 8:45 PM | 2/7/2022 8:45 PM | $14.65 | 15m | 14m | 1h 35m | 1h 35m | 7.8 |  |
| 5977 | Geico | G1720322028 | Truck 216 2019 Ram 4500 (red) | 2/7/2022 7:09 PM | 2/7/2022 7:09 PM | 2/7/2022 10:24 PM | $145.10 | 12m | 35m | 52m | 1h 39m | 28 | 14.7 |
| 5985 | Geico | G1720322039 | Truck 216 2019 Ram 4500 (red) | 2/8/2022 10:31 AM | 2/8/2022 12:05 PM | 2/8/2022 12:27 PM | $109.20 | 30m | 0m | 47m | 1h 17m | 8.4 | 26.4 |
| 5994 | Allstate | 1050230899 | Truck 216 2019 Ram 4500 (red) | 2/8/2022 1:11 PM | 2/8/2022 1:22 PM | 2/8/2022 2:37 PM | $590.10 | 1h 11m | 0m | 4m | 1h 17m | 13.1 | 6.3 |
| 5996 | Geico | G750422039 | Truck 216 2019 Ram 4500 (red) | 2/8/2022 2:38 PM | 2/8/2022 2:39 PM | 2/8/2022 4:34 PM | $141.40 | 25m | 14m | 1h 55m | 1h 55m | 19.1 | 13.1 |
| 6001 | Allstate | G912322039 | Truck 216 2019 Ram 4500 (red) | 2/8/2022 6:48 PM | 2/8/2022 6:49 PM | 2/8/2022 9:45 PM | $210.20 | 1h 11m | 0m | 1h 15m | 1h 15m | 13.1 | 19.4 |
| 6018 | Geico | 1050238586 | Truck 216 2019 Ram 4500 (red) | 2/9/2022 1:00 PM | 2/9/2022 1:17 PM | 2/9/2022 2:44 PM | $103.60 | 53m | 34m | 1h 39m | 1h 27m | 14.3 | 57.2 |
| 6021 | Geico | G875722040 | Truck 216 2019 Ram 4500 (red) | 2/9/2022 2:17 PM | 2/9/2022 2:44 PM | 2/9/2022 4:13 PM | $384.60 | 43m | 10m | 26m | 1h 27m | 14.4 | 9.6 |
| 6038 | Allstate | 1050244069 | Truck 216 2019 Ram 4500 (red) | 2/10/2022 5:10 PM | 2/10/2022 5:39 PM | 2/10/2022 7:22 PM | $72.40 | 46m | 8m | 22m | 1h 29m | 11.8 | 17 |
| 6044 | Allstate | 1050254821 | Truck 216 2019 Ram 4500 (red) | 2/10/2022 8:05 PM | 2/10/2022 8:13 PM | 2/10/2022 9:19 PM | $45.40 | 48m | 3m | 8m | 1h 49m | 12.9 | 12.2 |
| 6045 | Geico | G1368422041 | Truck 216 2019 Ram 4500 (red) | 2/10/2022 8:13 PM | 2/10/2022 10:09 PM | 2/10/2022 11:29 PM | $115.10 | 46m | 26m | 8m | 1h 20m | 11.5 |  |
| 6067 | Allstate (Braselton) | G1450622041 | Truck 216 2019 Ram 4500 (red) | 2/11/2022 6:08 PM | 2/11/2022 7:07 PM | 2/11/2022 9:05 PM | $0.00 | 54m | 26m | 2h 3m | 2h 3m | 17.8 | 11.5 |
| 6117 | Geico | G1502632215 | Truck 216 2019 Ram 4500 (red) | 2/14/2022 6:26 PM | 2/14/2022 6:29 PM | 2/14/2022 8:21 PM | $146.70 | 11m | 8m | 1h 52m | 1h 52m | 26.4 | 14.8 |
| 6119 | Geico | G1668622045 | Truck 216 2019 Ram 4500 (red) | 2/14/2022 7:48 PM | 2/14/2022 8:21 PM | 2/14/2022 10:23 PM | $94.20 | 1h 3m | 28m | 2h 3m | 2h 3m | 32.2 | 12.1 |
| 6137 | Geico | 1050291764 | Truck 216 2019 Ram 4500 (red) | 2/15/2022 2:28 PM | 2/15/2022 2:28 PM | 2/15/2022 2:45 PM | $0.00 | 1h 12m | 0m | 2h 7m | 2h 7m | 27.1 | 0 |
| 6144 | Allstate (Braselton) | 1050296999 | Truck 216 2019 Ram 4500 (red) | 2/15/2022 9:46 AM | 2/15/2022 1:22 PM | 2/15/2022 3:19 PM | $0.00 | 1h 1m | 33m | 1h 14m | 1h 57m | 24.9 | 19.1 |
| 6155 | Allstate | 1050300261 | Truck 216 2019 Ram 4500 (red) | 2/16/2022 3:38 PM | 2/16/2022 3:39 PM | 2/16/2022 4:59 PM | $61.20 | 39m | 25m | 16m | 1h 20m | 21.6 | 17 |
| 6157 | Geico | G1021422047 | Truck 216 2019 Ram 4500 (red) | 2/16/2022 4:36 PM | 2/16/2022 5:00 PM | 2/16/2022 6:21 PM | $143.10 | 1h 16m | 16m | 16m | 1h 21m | 8.3 | 10.4 |
| 6160 | Geico | G1188222047 | Truck 216 2019 Ram 4500 (red) | 2/16/2022 6:12 PM | 2/16/2022 6:32 PM | 2/16/2022 10:40 PM | $63.40 | 1h 10m | 3m | 2m | 2h 21m | 35.5 | 9 |
| 6162 | Geico | G1386522047 | Truck 216 2019 Ram 4500 (white) | 2/16/2022 8:46 PM | 2/16/2022 9:01 PM | 2/16/2022 10:40 PM | $120.80 | 44m | 0m | 0m | 1h 39m | 11.7 | 13.4 |
| 6173 | Agero | 999890087 | Truck 616 Ram 5500 (white) | 2/17/2022 12:21 PM | 2/17/2022 12:38 PM | 2/17/2022 2:01 PM | $33.70 | 9m | 35m | 0m | 1h 25m | 16.8 | 14.4 |
| 6178 | Geico | G686322048 | Truck 616 Ram 5500 (white) | 2/17/2022 1:47 PM | 2/17/2022 2:02 PM | 2/17/2022 2:36 PM | $555.60 | 27m | 7m | 34m | 1h 39m | 14.4 | 0 |
| 6186 | Agero | 198190602 | Truck 616 Ram 5500 (white) | 2/17/2022 5:40 PM | 2/17/2022 5:48 PM | 2/17/2022 7:55 PM | $35.40 | 44m | 23m | 0m | 2h 7m | 7.8 | 12.5 |
| 6191 | Allstate | 1050311575 | Truck 616 Ram 5500 (white) | 2/17/2022 9:06 PM | 2/17/2022 9:18 PM | 2/17/2022 10:43 PM | $87.40 | 12m | 38m | 0m | 1h 25m | 21.1 | 13.8 |
| 6199 | Geico | G583422049 | Truck 616 Ram 5500 (white) | 2/18/2022 12:25 PM | 2/18/2022 12:51 PM | 2/18/2022 1:50 PM | $92.10 | 23m | 5m | 5m | 59m | 11.7 | 7.9 |

| User | Call # | Invoice # | Total Calls | Account | Total Invoiced | Avg Invoice | PO # | Truck | Total Enroute | Total On Scene | Dispatched | Enroute | Total Towing | Completed | Total Time | Invoice Total | Enroute | Unloaded | On Scene | Loaded | Towing | Total Time | Total Miles Uncloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6202 | | | Geico | | | 4367061 | Truck 616 Ram 5500 (white) | | | 2/18/2022 3:24 PM | 2/18/2022 5:17 PM | | 2/18/2022 6:07 PM | | $0.00 | 0m | 42m | 8m | 50m | | 1h 43m | 13.7 | 11.8 |
| | 6203 | | | Geico | | | G777522049 | Truck 616 Ram 5500 (white) | | | 2/18/2022 2:11 PM | 2/18/2022 2:56 PM | | 2/18/2022 5:16 PM | | $98.40 | 37m | 24m | 0m | | | 2h 40m | 17.7 | 6 |
| | 6209 | | | Geico | | | G1212112049 | Truck 616 Ram 5500 (white) | | | 2/18/2022 9:30 PM | 2/18/2022 9:30 PM | | 2/18/2022 9:30 PM | | $396.60 | 0m | 1h 13m | 0m | 16m | | 1h 29m | 25.6 | |
| | 6243 | | | Allstate | | | 1050133090 | Truck 616 Ram 5500 (white) | | | 2/18/2022 9:03 AM | 2/18/2022 12:16 PM | | 2/18/2022 1:35 PM | | $113.20 | 58m | 21m | 0m | 1h 19m | | 1h 19m | 19.2 | 21.6 |
| | 6257 | | | Geico | | | G676722052 | Truck 616 Ram 5500 (white) | | | 2/21/2022 12:36 PM | 2/21/2022 1:38 PM | | 2/21/2022 5:05 PM | | $185.00 | 54m | 1h 45m | 48m | 3h 27m | | 3h 27m | 40 | 20 |
| | 6268 | | | Agero | | | 102286545 | Truck 616 Ram 5500 (white) | | | 2/21/2022 8:00 PM | 2/21/2022 8:01 PM | | 2/21/2022 10:49 PM | | $79.00 | 57m | 43m | | 1h 12m | | 1h 12m | 26.5 | 26.7 |
| | 6281 | | | (No Account Specified) | | | | Truck 616 Ram 5500 (white) | | | 2/22/2022 11:50 AM | 2/22/2022 12:02 PM | | 2/22/2022 1:14 PM | | $160.00 | 20m | 53m | | | | | 0 | |
| | 6252 | | | Agero | | | 619671356 | Truck 616 Ram 5500 (white) | | | 2/22/2022 7:25 PM | 2/22/2022 7:33 PM | | 2/22/2022 10:02 PM | | $61.90 | 1h 46m | 14m | 16m | 2h 29m | | 2h 29m | 34.6 | |
| | 6303 | | | Allstate | | | 1050356719 | Truck 616 Ram 5500 (white) | | | 2/23/2022 1:32 PM | 2/23/2022 1:43 PM | | 2/23/2022 2:52 PM | | $56.80 | 12m | 14m | 0m | 1h 5m | | 1h 5m | 15.9 | 3 |
| | 6304 | | | Geico | | | G820502054 | Truck 616 Ram 5500 (white) | | | 2/23/2022 2:08 PM | 2/23/2022 2:53 PM | | 2/23/2022 3:09 PM | | $116.80 | 43m | 16m | 16m | 1h 9m | | 1h 9m | 18.4 | |
| | 6307 | | | Geico | | | 1050375881 | Truck 616 Ram 5500 (white) | | | 2/23/2022 3:27 PM | 2/23/2022 3:30 PM | | 2/23/2022 4:39 PM | | $56.80 | 36m | 22m | 11m | 1h 8m | | 1h 8m | 15.9 | 3 |
| | 6309 | | | Allstate (Braestion) | | | G709122059 | Truck 616 Ram 5500 (white) | | | 2/23/2022 4:24 PM | 2/23/2022 4:40 PM | | 2/23/2022 4:39 PM | | $12.00 | 16m | | 23m | | | | 0 | |
| | 6314 | | | Agero | | | 334471557 | Truck 616 Ram 5500 (white) | | | 2/23/2022 10:13 PM | 2/23/2022 10:17 PM | | 2/24/2022 12:10 AM | | $134.43 | 53m | 51m | 1m | 1h 36m | | 1h 36m | 47.3 | |
| | 6313 | | | Geico | | | G1120622055 | Truck 616 Ram 5500 (white) | | | 2/23/2022 5:52 PM | 2/23/2022 5:56 PM | | 2/24/2022 6:01 PM | | $9.60 | 56m | 21m | 0m | 2h 16m | | 2h 16m | 5 | |
| | 6324 | | | Allstate | | | 1050367886 | Truck 616 Ram 5500 (white) | | | 2/24/2022 7:11 PM | 2/24/2022 7:38 PM | | 2/24/2022 9:34 PM | | $84.50 | 1h 46m | 44m | 44m | 2h 5m | | 2h 5m | 15.7 | 2.7 |
| | 6354 | | | Allstate | | | 1050376885 | Truck 616 Ram 5500 (white) | | | 2/25/2022 10:15 PM | 2/25/2022 10:16 PM | | 2/25/2022 11:21 PM | | $556.80 | 44m | 24m | 15.5m | 1h 55m | | 1h 55m | 0 | |
| | 6390 | | | Geico | | | G709122059 | Truck 616 Ram 5500 (white) | | | 2/28/2022 12:09 PM | 2/28/2022 12:13 PM | | 2/28/2022 1:49 PM | | $165.40 | 51m | | 24m | 1h 36m | | 1h 36m | 27.5 | 21.8 |
| | 6392 | | | Agero | | | G20954303 | Truck 216 2019 Ram 4500 (red) | | | 2/28/2022 1:06 PM | 2/28/2022 1:50 PM | | 2/28/2022 3:18 PM | | $24.25 | 17m | 1m | 54m | 1h 28m | | 1h 28m | 14.7 | 0 |
| | 6401 | | | Geico | | | G1299622059 | Truck 216 2019 Ram 4500 (red) | | | 2/28/2022 5:07 PM | 2/28/2022 7:58 PM | | 2/28/2022 7:24 PM | | $151.00 | 0m | 38m | 54m | 1h 26m | | 1h 26m | 13.2 | |
| | 6404 | | | Allstate (Braestion) | | | 1050198055 | Truck 216 2019 Ram 4500 (red) | | | 2/28/2022 8:18 PM | 2/28/2022 7:58 PM | | 2/28/2022 8:18 PM | | $0.00 | 18m | 17m | 36m | | | | 23.4 | 10.1 |
| | 6411 | | | Agero | | | 1050406055 | Truck 216 2019 Ram 4500 (red) | | | 2/28/2022 9:20 PM | 2/28/2022 9:35 PM | | 2/28/2022 10:48 PM | | $55.00 | 32m | 2m | 39m | 1h 13m | | 1h 13m | 2.5 | |
| | 6414 | | | Allstate | | | 1050406483 | Truck 216 2019 Ram 4500 (red) | | | 3/1/2022 12:16 PM | 3/1/2022 12:43 PM | | 3/1/2022 2:08 PM | | $56.40 | 21m | 2m | 0m | 1h 25m | | 1h 25m | 4.3 | |
| | 6422 | | | Allstate (Braestion) | | | 1050407647 | Truck 216 2019 Ram 4500 (red) | | | 3/1/2022 5:13 PM | 3/1/2022 5:15 PM | | 3/1/2022 8:56 PM | | $0.00 | 21m | 1m | 0m | 3h 41m | | 3h 41m | 32.8 | 37.5 |
| | 6475 | | | Geico | | | G663722063 | Truck 216 2019 Ram 4500 (red) | | | 3/4/2022 1:29 PM | 3/4/2022 2:01 PM | | 3/4/2022 2:49 PM | | $66.70 | 27m | 21m | 0m | 48m | | 48m | 7.8 | 3.2 |
| | 6476 | | | Allstate | | | 1050431508 | Truck 216 2019 Ram 4500 (red) | | | 3/4/2022 1:43 PM | 3/4/2022 2:49 PM | | 3/4/2022 4:05 PM | | $64.80 | 21m | 19m | 19m | 1h 16m | | 1h 16m | 11.8 | 3.7 |
| | 6479 | | | Allstate | | | 1050437716 | Truck 216 2019 Ram 4500 (red) | | | 3/4/2022 3:10 PM | 3/4/2022 4:06 PM | | 3/4/2022 6:29 PM | | $83.50 | 44m | 56m | 56m | 2h 23m | | 2h 23m | 17.3 | 11 |
| | 6518 | | | Allstate | | | 1050458329 | Truck 216 2019 Ram 4500 (red) | | | 3/7/2022 1:34 PM | 3/7/2022 1:38 PM | | 3/7/2022 2:57 PM | | $45.00 | 31m | 1m | 1m | 1h 1m+1h 13m | | 1h 1m+1h 13m | 5.8 | 2.1 |
| | 6520 | | | (No Account Specified) | | | | Truck 216 2019 Ram 4500 (red) | | | 3/7/2022 2:38 PM | 3/7/2022 2:51 PM | | 3/7/2022 4:20 PM | | $45.00 | 23m | 36m | 36m | 1h 29m | | 1h 29m | 0 | |
| | 6544 | | | Agero | | | 138272564 | Truck 216 2019 Ram 4500 (red) | | | 3/8/2022 10:55 AM | 3/8/2022 12:01 PM | | 3/8/2022 4:00 PM | | $92.75 | 24m | 1h 51m | 1h 44m | 3h 59m | | 3h 59m | 9.7 | 42.1 |
| | 6552 | | | Allstate | | | 1050464670 | Truck 216 2019 Ram 4500 (red) | | | 3/8/2022 5:33 PM | 3/8/2022 5:45 PM | | 3/8/2022 6:32 PM | | $559.10 | 15m | 9m | 27m | 47m | | 47m | 5.9 | |
| | 6553 | | | Allstate | | | 1050456048 | Truck 216 2019 Ram 4500 (red) | | | 3/8/2022 6:26 PM | 3/8/2022 6:33 PM | | 3/8/2022 9:38 PM | | $45.00 | 48m | 5h | 27m | 39.5m | | 39.5m | 15.7 | 2.4 |
| | 6563 | | | Allstate | | | 1050472644 | Truck 216 2019 Ram 4500 (red) | | | 3/10/2022 12:08 PM | 3/10/2022 1:05 PM | | 3/10/2022 2:55 PM | | $595.70 | 1h 50m | 29m | 22m | 1h 50m | | 1h 50m | 2.4 | |
| | 6564 | | | Allstate | | | 1050481610 | Truck 216 2019 Ram 4500 (red) | | | 3/10/2022 12:43 PM | 3/10/2022 4:42 PM | | 3/10/2022 7:10 PM | | $60.80 | 56m | 56m | 36m | 2h 27m | | 2h 27m | 21.3 | 14.1 |
| | 6595 | | | Allstate (Braestion) | | | 1050487594 | Truck 216 2019 Ram 4500 (red) | | | 3/11/2022 12:48 PM | 3/11/2022 2:36 PM | | 3/11/2022 2:36 PM | | $220.00 | 16m | 34m | 22m | 2h 32m | | 2h 32m | 13.6 | 9.4 |
| | 6596 | | | (No Account Specified) | | | | Truck 216 2019 Ram 4500 (red) | | | 3/11/2022 1:39 PM | 3/11/2022 2:36 PM | | 3/11/2022 5:59 PM | | $0.00 | 29m | 1h 15m | 34m | 3h 39m | | 3h 39m | 9.4 | 0 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6632 | (No Account Specified) | G103882073 | Truck 216 2019 8am 4500 (red) | 3/17/2022 12:04 PM | 3/17/2022 2:06 PM | 3/17/2022 3:29 PM | $110.00 | 1h 1m | 28m | 0m | 1h 32m | 0 | 0 |
| 6636 | | | Truck 216 2019 8am 4500 (red) | 3/14/2022 12:50 PM | 3/14/2022 2:11 PM | 3/14/2022 2:48 PM | $200.00 | 44m | 28m | 4m | 1h 15m | 0 | 0 |
| 6637 | Geco | G65122075 | Truck 216 2019 8am 4500 (red) | 3/14/2022 2:40 PM | 3/14/2022 2:48 PM | 3/14/2022 4:33 PM | $234.70 | 31m | 1h 18m | 4m | 1h 45m | 43.1 | |
| 6644 | Allstate | 10505109118 | Truck 216 2019 8am 4500 (red) | 3/14/2022 5:35 PM | 3/14/2022 6:01 PM | 3/14/2022 7:50 PM | $60.80 | 1h 4m | 20m | 0m | 1h 49m | 6.8 | |
| 6675 | Geco | G65122075 | Truck 216 2019 8am 4500 (red) | 3/16/2022 1:41 PM | 3/16/2022 1:44 PM | 3/16/2022 3:28 PM | $87.20 | 1h 5m | 24m | 33m | 1h 44m | 15.2 | |
| 6679 | Geco | 333918684 | Truck 216 2019 8am 4500 (red) | 3/16/2022 4:11 PM | 3/16/2022 2:54 PM | 3/16/2022 3:28 PM | $28.25 | 1h 6m | 13m | 34m | 1h 44m | 19 | |
| 6681 | Agero | 394000774 | Truck 216 2019 8am 4500 (red) | 3/16/2022 3:23 PM | 3/16/2022 3:38 PM | 3/16/2022 4:47 PM | $22.90 | 0m | 27m | 44m | 1h 15m | 1.4 | |
| 6685 | Allstate | 10505387B1 | Truck 216 2019 8am 4500 (red) | 3/16/2022 6:38 PM | 3/16/2022 8:27 PM | 3/16/2022 9:51 PM | $53.00 | 25m | 10m | 26m | 1h 26m | 12.6 | |
| 6686 | Allstate | 10505288563 | Truck 216 2019 8am 4500 (red) | 3/16/2022 6:37 PM | 3/16/2022 7:03 PM | 3/16/2022 8:26 PM | $108.90 | 29m | 1m | 46m | 1h 23m | 14 | 5 |
| 6698 | Geco | G548932076 | Truck 216 2019 8am 4500 (red) | 3/17/2022 12:36 PM | 3/17/2022 1:01 PM | 3/17/2022 1:52 PM | $61.00 | 36m | 29m | 0m | 1h 26m | 11.2 | 25.5 |
| 6707 | Geco | G828822076 | Truck 216 2019 8am 4500 (red) | 3/17/2022 3:15 PM | 3/17/2022 3:29 PM | 3/17/2022 5:00 PM | $57.60 | 43m | 8m | 0m | 1h 31m | 10.5 | 0 |
| 6712 | Geco | G106808220?6 | Truck 216 2019 8am 4500 (red) | 3/17/2022 5:35 PM | 3/17/2022 5:36 PM | 3/17/2022 7:22 PM | $101.10 | 1h 28m | 1m | 0m | 1h 31m | 8.8 | 0 |
| 6720 | Geco | G542332077 | Truck 216 2019 8am 4500 (red) | 3/18/2022 12:30 PM | 3/18/2022 12:59 PM | 3/18/2022 1:44 PM | $71.40 | 42m | 31m | 33m | 1h 46m | 17.7 | 6.9 |
| 6723 | Allstate | 10505418?49 | Truck 216 2019 8am 4500 (red) | 3/18/2022 1:38 PM | 3/18/2022 1:45 PM | 3/18/2022 3:56 PM | $54.50 | 23m | 3m | 0m | 1h 23m | 15.7 | 0 |
| 6724 | Allstate | 10505?61823 | Truck 216 2019 8am 4500 (red) | 3/18/2022 1:45 PM | 3/18/2022 2:57 PM | 3/18/2022 2:58 PM | $49.20 | 2m | 17m | 0m | 45m | 5.9 | 0 |
| 6730 | Geco | G884222080 | Truck 216 2019 8am 4500 (red) | 3/18/2022 11:34 AM | 3/18/2022 12:21 PM | 3/18/2022 1:47 PM | $52.40 | 21m | 36m | 31m | 1h 26m | 13.7 | 5.9 |
| 6770 | Geco | G115222080 | Truck 216 2019 8am 4500 (red) | 3/21/2022 1:57 PM | 3/21/2022 1:48 PM | 3/21/2022 3:00 PM | $56.40 | 1h 1m | 14m | 0m | 1h 32m | 12.1 | 2 |
| 6774 | Geco | G884222080 | Truck 216 2019 8am 4500 (red) | 3/21/2022 3:35 PM | 3/21/2022 4:07 PM | 3/21/2022 4:49 PM | $90.20 | 1h 1m | 11m | 33m | 1h 26m | 13.4 | 4.4 |
| 6776 | Geco | G115222080 | Truck 216 2019 8am 4500 (red) | 3/21/2022 11:55 AM | 3/21/2022 12:03 PM | 3/21/2022 3:00 PM | $56.60 | 24m | 18m | 0m | 1h 32m | 8.2 | 0 |
| 6806 | Allstate | 10505179079 | Truck 216 2019 8am 4500 (red) | 3/23/2022 11:46 AM | 3/23/2022 12:48 PM | 3/23/2022 2:49 PM | $90.00 | 1h 1m | 18m | 0m | 1h 32m | 10.1 | 0 |
| 6806 | Allstate | 10505179021 | Truck 216 2019 8am 4500 (red) | 3/23/2022 11:37 AM | 3/23/2022 1:21 PM | 3/23/2022 1:19 PM | $45.00 | 12m | 11m | 9m | 42m | 1.7 | 0 |
| 6828 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 3/23/2022 3:23 PM | 3/23/2022 2:26 PM | 3/24/2022 6:26 PM | $218.00 | 16m | 10m | 0m | 1h 2m | 55.5 | 4.9 |
| 6829 | Geco | 10505722094 | Truck 316 2016 Kenworth T270 (red) | 3/24/2022 3:51 PM | 3/24/2022 4:48 PM | 3/24/2022 6:57 PM | $595.00 | 1h 21m | 16m | 4h 34m | 59.5m | 5.5 | |
| 6839 | Geco | G100502209?4 | Truck 216 2019 8am 4500 (red) | 3/24/2022 3:00 PM | 3/24/2022 3:01 PM | 3/24/2022 4:20 PM | $216.10 | 50m | 1h 19m | 0m | 20.9m | 43.9 | |
| 6842 | Geco | G815622084 | Truck 216 2019 8am 4500 (red) | 3/25/2022 5:10 PM | 3/25/2022 5:16 PM | 3/25/2022 6:14 PM | $67.00 | 1h 15m | 1m | 0m | 1h 15m | 13.5 | 0 |
| 6957 | Geco | G105122084 | Truck 216 2019 8am 4500 (red) | 3/25/2022 11:55 AM | 3/25/2022 12:03 PM | 3/25/2022 1:48 PM | $37.00 | 51m | 7m | 0m | 58m | 19.7 | 0 |
| 6961 | (No Account Specified) | G49342220?91 | Truck 216 2019 8am 4500 (red) | 4/1/2022 3:18 PM | 4/1/2022 4:15 PM | 4/1/2022 1:48 PM | $101.20 | 1h 1m | 11m | 43m | 1h 45m | 7.7 | 13.6 |
| 7009 | Allstate | 10505617309 | Truck 216 2019 8am 4500 (red) | 4/1/2022 1:23 PM | 4/1/2022 1:31 PM | 4/1/2022 2:26 PM | $160.00 | 1h 1m | 0m | 0m | 2h 13m | 0 | 0 |
| 7012 | Geco | G100502209?4 | Truck 216 2019 8am 4500 (red) | 4/2/2022 5:16 PM | 4/4/2022 5:51 PM | 4/4/2022 9:25 PM | $65.10 | 50m | 18m | 50m | 2h 22m | 15.4 | 8.1 |
| 7017 | Geco | G100502209?4 | Truck 316 2016 Kenworth T270 (red) | 4/4/2022 10:15 PM | 4/4/2022 12:35 PM | 4/4/2022 3:53 PM | $220.40 | 1h 11m | 37m | 38m | 29.22m | 16.6 | 47.4 |
| 7030 | Agero | 998802080 | Truck 316 2016 Kenworth T270 (red) | 4/5/2022 12:39 PM | 4/5/2022 12:35 PM | 4/5/2022 2:39 PM | $90.00 | 54m | 1h 33m | 50m | 39.38m | 19.5 | 2 |
| 7042 | Geco | G293882209?6 | Truck 216 2019 8am 4500 (red) | 4/6/2022 10:43 AM | 4/6/2022 12:07 PM | 4/6/2022 1:44 PM | $15.70 | 52m | 0m | 27m | 1h 48m | 14.8 | 8.4 |
| 7047 | Geco | G624022096 | Truck 216 2019 8am 4500 (red) | 4/6/2022 1:12 PM | 4/6/2022 1:44 PM | 4/6/2022 2:57 PM | $101.90 | 38m | 8m | 51m | 1h 37m | 11.8 | 11.1 |
| 7075 | Geco | G109852209?7 | Truck 216 2019 8am 4500 (red) | 4/7/2022 6:03 PM | 4/7/2022 7:04 PM | 4/7/2022 8:08 PM | $88.80 | 40m | 0m | 33m | 1h 13m | 4.6 | 15 |
| 7088 | Allstate | 10507260559 | Truck 216 2019 8am 4500 (red) | 4/8/2022 12:30 PM | 4/8/2022 12:47 PM | 4/8/2022 1:57 PM | $63.80 | 18m | 0m | 0m | 1h 4m | 0 | 4.6 |
| 7091 | Allstate | 10507260609 | Truck 216 2019 8am 4500 (red) | 4/8/2022 1:58 PM | 4/8/2022 2:00 PM | 4/8/2022 5:24 PM | $588.80 | 36m | 0m | 26m | 1h 24m | 8.7 | 11.9 |
| | | | | | | | $188.45 | 43m | 0m | 0m | 3h 24m | 36.5 | 3.1 |

Towbook - Reports

https://app.towbook.com/Reports/CallAnalysis/reportType=Driver:Activity&ownerUserId=&...

| User | Call # | Invoice # | Total Calls | Account | Total Invoiced | PO # | Avg Invoice | Truck | Total Enroute | Dispatched | Total On Scene | Enroute | Total Towing | Completed | Total Time | Invoice Total | Enroute | On Scene | Loaded | Towing | Total Time | Total Miles | Uncloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7131 | | | Agero | | 403280285 | | Truck 216 2019 8am 4500 (red) | | | | | | | | $58.15 | 40m | 7m | 28m | 1h 15m | | 13.6 | 6.1 |
| | 7135 | | | Allstate | | 1050726851 | | Truck 216 2019 8am 4500 (red) | 4/11/2022 12:34 PM | 4/11/2022 1:03 PM | 4/11/2022 2:09 PM | 4/11/2022 2:38 PM | | | $54.90 | 54m | 36m | 2h 0m | 3h 8m | | 10 | 8.3 |
| | 7144 | | | Geico | | G134802102 | | Truck 216 2019 8am 4500 (red) | 4/12/2022 8:13 AM | 4/11/2022 1:42 PM | 4/12/2022 12:18 PM | 4/11/2022 1:49 PM | | $104.00 | 38m | 32m | 2h 0m | 1h 33m | | 19.6 | 6.6 |
| | 7153 | | | Geico | | G479202102 | | Truck 216 2019 8am 4500 (red) | 4/12/2022 11:41 AM | 4/12/2022 1:51 PM | 4/12/2022 2:38 PM | | | $102.40 | 22m | 16m | 47m | 1h 33m | | 11.2 | 4 |
| | 7159 | | | Allstate | | 1050736710 | | Truck 216 2019 8am 4500 (red) | 4/12/2022 4:12 PM | 4/12/2022 4:52 PM | 4/12/2022 7:00 PM | | | $64.80 | 50m | 8m | 1h 10m | 2h 8m | | 14.8 | 8.4 |
| | 7161 | | | Geico | | G153842102 | | Truck 216 2019 8am 4500 (red) | 4/12/2022 11:54 PM | 4/13/2022 12:41 AM | 4/13/2022 12:51 AM | | | $60.20 | 42m | 16m | 1h 10m | 2h 0m | | 10.1 | 0 |
| | 7171 | | | Geico | | 1050743706 | | Truck 216 2019 8am 4500 (red) | 4/13/2022 1:53 PM | 4/13/2022 2:03 PM | 4/13/2022 4:59 PM | | | $567.61 | 21m | 11m | 2h 24m | 2h 55m | | 7.9 | 65.2 |
| | 7178 | | | Allstate (Braselton) | | 1050746083 | | Truck 216 2019 8am 4500 (red) | 4/13/2022 5:27 PM | 4/13/2022 5:59 PM | 4/13/2022 8:42 PM | | | $328.81 | 59m | 34m | 1h 10m | 2h 43m | | 19.5 | 40.9 |
| | 7189 | | | (No Account Specified) | | G109162104 | | Truck 216 2019 8am 4500 (red) | 4/14/2022 4:04 PM | 4/14/2022 5:54 PM | 4/14/2022 7:03 PM | | | $0.00 | 30m | 0m | 1h 9m | 1h 9m | | 0 | 0 |
| | 7191 | | | Geico | | G428021104 | | Truck 216 2019 8am 4500 (red) | 4/14/2022 11:26 AM | 4/14/2022 12:13 PM | 4/14/2022 12:52 PM | | | $85.30 | 40m | 15m | 1h 4m | 1h 9m | | 14.3 | 3.9 |
| | 7193 | | | Allstate | | 1050750607 | | Truck 216 2019 8am 4500 (red) | 4/14/2022 11:46 AM | 4/14/2022 1:17 PM | 4/14/2022 2:52 PM | | | $55.40 | 40m | 9m | 32m | 1h 35m | | 15.2 | 2.1 |
| | 7196 | | | Allstate | | 1050755534 | | Truck 216 2019 8am 4500 (red) | 4/14/2022 3:02 PM | 4/14/2022 3:18 PM | 4/14/2022 5:18 PM | | | $56.60 | 19m | 21m | 2h 0m | 2h 0m | | 6.5 | 12.2 |
| | 7198 | | | Geico | | 1050758294 | | Truck 216 2019 8am 4500 (red) | 4/14/2022 5:40 PM | 4/14/2022 7:30 PM | 4/14/2022 8:59 PM | | | $597.60 | 57m | 20m | 54m | 1h 29m | | 28.8 | 0 |
| | 7205 | | | Allstate (Braselton) | | 1050758294 | | Truck 216 2019 8am 4500 (red) | 4/15/2022 11:24 AM | 4/15/2022 12:13 PM | 4/15/2022 2:28 PM | | | $0.00 | 32m | 15m | 1h 20m | 1h 55m | | 11.4 | 39.7 |
| | 7214 | | | Allstate | | 6927422105 | | Truck 216 2019 8am 4500 (red) | 4/15/2022 3:54 PM | 4/15/2022 3:54 PM | 4/15/2022 4:51 PM | | | $67.00 | 8m | 49m | 57m | 1h 55m | | 14.1 | 9.6 |
| | 7215 | | | Geico | | 1050777945 | | Truck 216 2019 8am 4500 (red) | 4/15/2022 4:27 PM | 4/15/2022 5:01 PM | 4/15/2022 9:42 PM | | | $308.00 | 8m | 15m | 13h 32m | 13h 32m | | 48.3 | 48.8 |
| | 7239 | | | Allstate (Braselton) | | 1050776780 | | Truck 216 2019 8am 4500 (red) | 4/18/2022 9:58 AM | 4/18/2022 11:04 PM | 4/18/2022 3:00 PM | | | $0.00 | 1h 2m | 1h 22m | 1h 51m | 1h 54m | | 13.7 | 10 |
| | 7241 | | | Allstate (Braselton) | | 1050777510 | | Truck 216 2019 8am 4500 (red) | 4/18/2022 10:58 AM | 4/18/2022 2:47 PM | 4/18/2022 4:38 PM | | | $0.00 | 12m | 10m | 1h 1m | 1h 51m | | 34.8 | 28.3 |
| | 7252 | | | Allstate (Braselton) | | 1050760607 | | Truck 216 2019 8am 4500 (red) | 4/18/2022 12:00 PM | 4/18/2022 2:40 PM | 4/18/2022 12:55 PM | | | $0.00 | 38m | 24m | 1h 33m | 2h 63m–2h 63m | | 22.9 | 12.3 |
| | 7262 | | | Geico | | G506422109 | | Truck 216 2019 8am 4500 (red) | 4/19/2022 12:32 PM | 4/19/2022 12:56 PM | 4/19/2022 1:46 PM | | | $108.30 | 11m | 10m | 38m | 1h 3m | | 15.9 | 43.1 |
| | 7264 | | | Geico | | G473622110 | | Truck 216 2019 8am 4500 (red) | 4/19/2022 2:22 PM | 4/19/2022 2:34 PM | 4/19/2022 2:48 PM | | | $271.80 | 39m | 0m | 50m | 1h 14m | | 15.9 | 0 |
| | 7266 | | | Geico | | G81632109 | | Truck 216 2019 8am 4500 (red) | 4/19/2022 11:44 AM | 4/19/2022 12:19 PM | 4/19/2022 2:00 PM | | | $67.80 | 41m | 33m | 1h 1m | 1h 16m | | 13.9 | 0 |
| | 7287 | | | Geico | | 1050799267 | | Truck 216 2019 8am 4500 (red) | 4/20/2022 6:50 PM | 4/20/2022 7:18 PM | 4/20/2022 8:24 PM | | | $120.60 | 40m | 0m | 1h 1m | 1h 4m | | 18.3 | 13 |
| | 7293 | | | Allstate (Braselton) | | G128212110 | | Truck 216 2019 8am 4500 (red) | 4/20/2022 7:18 PM | 4/20/2022 8:25 PM | 4/20/2022 10:14 PM | | | $0.00 | 7m | 37m | 22m | 1h 46m | | 1.3 | 4.7 |
| | 7294 | | | Geico | | 1050801846 | | Truck 216 2019 8am 4500 (red) | 4/20/2022 7:50 PM | 4/20/2022 8:25 PM | 4/20/2022 11:00 AM | | | $154.40 | 46m | 22m | 1h 49m | 1h 49m | | 25.9 | 19.2 |
| | 7296 | | | Allstate | | 1050804688 | | Truck 216 2019 8am 4500 (red) | 4/21/2022 12:29 AM | 4/21/2022 12:30 AM | 4/21/2022 1:00 AM | | | $54.00 | 30m | 1m | 0m | 30m | | 10.9 | 7.4 |
| | 7306 | | | Allstate | | 1050805164 | | Truck 216 2019 8am 4500 (red) | 4/21/2022 1:15 PM | 4/21/2022 1:21 PM | 4/21/2022 3:23 PM | | | $84.60 | 38m | 47m | 1h 39m | 2h 2m | | 7.8 | 18.2 |
| | 7312 | | | Allstate | | 1050807065 | | Truck 216 2019 8am 4500 (red) | 4/21/2022 2:16 PM | 4/21/2022 3:23 PM | 4/21/2022 6:19 PM | | | $115.70 | 30m | 7m | 2h 39m | 2h 56m | | 15.8 | 24.7 |
| | 7312 | | | Allstate | | G5022112 | | Truck 216 2019 8am 4500 (red) | 4/21/2022 6:01 PM | 4/21/2022 2:52 PM | 4/21/2022 8:45 PM | | | $196.90 | 28m | 23m | 2h 56m | 2h 56m | | 19.5 | 47.3 |
| | 7318 | | | Allstate | | G443822112 | | Truck 216 2019 8am 4500 (red) | 4/22/2022 12:26 AM | 4/22/2022 12:50 AM | 4/22/2022 2:43 AM | | | $120.50 | 33m | 42m | 1h 55m | 1h 55m | | 21.7 | 10.7 |
| | 7319 | | | Geico | | G798822115 | | Truck 216 2019 8am 4500 (red) | 4/22/2022 11:42 AM | 4/22/2022 12:05 PM | 4/22/2022 1:07 PM | | | $66.40 | 14m | 0m | 39m | 1h 2m | | 13.2 | 0 |
| | 7390 | | | Geico | | 889328312 | | Truck 216 2019 8am 4500 (red) | 4/25/2022 1:00 PM | 4/25/2022 1:01 PM | 4/25/2022 1:40 PM | | | $51.80 | 48m | 14m | 39m | 1h 7m | | 5.9 | 0 |
| | 7392 | | | Agero | | G103162102113 | | Truck 216 2019 8am 4500 (red) | 4/25/2022 1:13 PM | 4/25/2022 1:48 PM | 4/25/2022 3:56 PM | | | $513.15 | 39m | 30m | 39m | 1h 2m | | 24.1 | 25.8 |
| | 7397 | | | Geico | | G558802117 | | Truck 216 2019 8am 4500 (red) | 4/27/2022 1:13 PM | 4/25/2022 3:59 PM | 4/25/2022 5:57 PM | | | $86.50 | 58m | 40m | 2h 8m | 2h 8m | | 6.5 | 11 |
| | 7435 | | | Geico | | G558802117 | | Truck 216 2019 8am 4500 (red) | 4/27/2022 12:37 PM | 4/27/2022 12:38 PM | 4/27/2022 3:08 PM | | | $220.80 | 1h 37m | 0m | 53m | 2h 30m | | 50.9 | 18 |

| User | Call # | Invoice # | Total Calls | Account | Total Invoiced | PO # | Avg Invoice | Truck | Total Enroute | Total On Scene | Dispatched | Total Towing | Enroute | Completed | Total Time | Invoice Total | Avg Time | Enroute | Unloaded | On Scene | Loaded | Towing | Total Time | Total Miles | Uncloaded | Avg Miles | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7442 | | | Agero | | 974455373 | | Truck 216 2019 Ram 4500 (red) | | | 4/28/2022 2:03 AM | 4/28/2022 2:24 AM | 4/28/2022 2:54 AM | 4/28/2022 4:28 AM | $329.15 | 56m | 0m | 34m | 2h 27m | 2h 46m | 42.6 | 21.1 | |
| | 7458 | | | Allstate | | 1050880121 | | Truck 216 2019 Ram 4500 (red) | | | 4/28/2022 2:46 PM | 4/28/2022 5:52 PM | 4/28/2022 3:19 PM | $282.91 | 0m | 14m | 20m | 2h 22m | 2h 35m | 15.6 | 71.6 | |
| | 7478 | | | Allstate | | G64402119 | | Truck 216 2019 Ram 4500 (red) | | | 4/28/2022 1:21 PM | 4/28/2022 1:36 PM | 4/29/2022 3:01 PM | $330.00 | 37m | 49m | 48m | 2h 25m | 2.9 | 26.4 | |
| | 7481 | | | Geico | | G733321119 | | Truck 216 2019 Ram 4500 (red) | | | 4/29/2022 2:11 PM | 4/29/2022 3:01 PM | 4/29/2022 4:24 PM | $76.20 | 58m | 25m | 7m | 1h 23m | 18.1 | 26.4 | |
| | 7517 | | | Geico | | G5021221122 | | Truck 216 2019 Ram 4500 (red) | | | 4/29/2022 11:05 AM | 4/29/2022 11:39 AM | 4/29/2022 12:59 PM | $79.90 | 47m | 26m | 7m | 1h 20m | 17.3 | 0.1 | |
| | 7523 | | | Geico | | G871022122 | | Truck 216 2019 Ram 4500 (red) | | | 5/2/2022 1:48 PM | 5/2/2022 2:14 PM | 5/2/2022 3:35 PM | $132.90 | 41m | 8m | 26m | 1h 30m | 16.1 | |
| | 7524 | | | Allstate (Braselton) | | 1050890917 | | Truck 216 2019 Ram 4500 (red) | | | 5/2/2022 2:09 PM | 5/2/2022 3:38 PM | 5/2/2022 4:54 PM | $69.00 | 48m | 47m | 20m | 1h 16m | 19.8 | 13 | |
| | 7527 | | | Allstate (Braselton) | | 1050883145 | | Truck 216 2019 Ram 4500 (red) | | | 5/2/2022 3:37 PM | 5/2/2022 4:54 PM | 5/2/2022 7:22 PM | $77.89 | 52m | 58m | 38m | 2h 28m | 11.9 | 48.3 | |
| | 7557 | | | Allstate | | 1050905582 | | Truck 216 2019 Ram 4500 (red) | | | 5/4/2022 9:40 AM | 5/4/2022 11:06 AM | 5/4/2022 11:36 AM | $5.90 | 25m | 5m | 5m | 30m | 12.9 | 0 | |
| | 7524 | | | Geico | | 1050916017 | | Truck 216 2019 Ram 4500 (red) | | | 5/5/2022 11:07 PM | 5/5/2022 12:44 PM | 5/5/2022 5:20 PM | $336.58 | 50m | 10m | 1h 11m | 2h 35m | 21.4 | 48.7 | |
| | 7540 | | | Geico | | G916922125 | | Truck 216 2019 Ram 4500 (red) | | | 5/5/2022 4:09 PM | 5/5/2022 5:23 PM | 5/5/2022 7:10 PM | $276.20 | 47m | 32m | 1h 48m | 1h 11m | 15.6 | |
| | 7582 | | | Geico | | G708822129 | | Truck 216 2019 Ram 4500 (red) | | | 5/9/2022 12:11 PM | 5/9/2022 12:36 PM | 5/9/2022 2:04 PM | $45.00 | 30m | 21m | 0m | 1h 28m | 5.6 | 2.3 | |
| | 7534 | | | Allstate | | 1050946532 | | Truck 216 2019 Ram 4500 (red) | | | 5/9/2022 12:39 PM | 5/9/2022 2:05 PM | 5/9/2022 3:32 PM | $10.20 | 41m | 59m | 1h 27m | 15 | 12.1 | |
| | 7637 | | | Allstate | | G123602123 | | Truck 216 2019 Ram 4500 (red) | | | 5/9/2022 4:20 PM | 5/9/2022 4:22 PM | 5/9/2022 5:14 PM | $67.80 | 28m | 55m | 52m | 1h 37m | 15.1 | 0 | |
| | 7643 | | | Geico | | 1050954226 | | Truck 216 2019 Ram 4500 (red) | | | 5/10/2022 9:50 AM | 5/10/2022 11:50 AM | 5/9/2022 2:10 PM | $45.00 | 53m | 7m | 2h 20m | 13.9 | 0 | |
| | 7652 | | | Allstate (Braselton) | | G571822130 | | Truck 216 2019 Ram 4500 (red) | | | 5/10/2022 12:11 PM | 5/10/2022 1:50 PM | 5/10/2022 1:50 PM | $45.00 | 32m | 7m | 2h 23m | 18.3 | 30.3 | |
| | 7653 | | | Geico | | G573822130 | | Truck 216 2019 Ram 4500 (red) | | | 5/10/2022 6:42 PM | 5/10/2022 6:42 PM | 5/10/2022 7:09 PM | $44.80 | 0m | 5m | 2h 23m | 7.4 | 0 | |
| | 7056 | | | Geico | | G130602130 | | Truck 416 2020 Dodge Ram 5500 (black) | | | 5/10/2022 6:47 PM | 5/10/2022 7:54 PM | 5/10/2022 7:09 PM | $49.60 | 21m | 6m | 27m | 4.8 | 0 | |
| | 7659 | | | Geico | | G133322130 | | Truck 416 2020 Dodge Ram 5500 (black) | | | 5/10/2022 6:58 PM | 5/10/2022 7:54 PM | 5/10/2022 8:23 AM | $112.60 | 40m | 0m | 13h 27m | 11.5 | 8.2 | |
| | 7660 | | | Agero | | 416470601 | | Truck 416 2020 Dodge Ram 5500 (black) | | | 5/10/2022 8:08 PM | 5/10/2022 10:58 PM | 5/10/2022 10:58 PM | $14.40 | 19m | 22m | 13h 28m | 19.6 | 1.9 | |
| | 7675 | | | [No Account Specified] | | 1050867999 | | Truck 216 2019 Ram 4500 (red) | | | 5/11/2022 2:42 PM | 5/11/2022 2:43 PM | 5/11/2022 2:56 PM | $0.00 | 15m | 17m | 1h 32m | 0 | 0 | |
| | 7679 | | | Allstate (Braselton) | | 1050967999 | | Truck 216 2019 Ram 4500 (red) | | | 5/11/2022 2:56 PM | 5/11/2022 4:59 PM | 5/11/2022 6:40 PM | $0.00 | 25m | 41m | 1h 41m | 28.1 | 0 | |
| | 7481 | | | Allstate (Braselton) | | 1050966602 | | Truck 216 2019 Ram 4500 (red) | | | 5/11/2022 7:22 PM | 5/11/2022 7:22 PM | 5/11/2022 11:05 PM | $97.71 | 36m | 8m | 2h 10m | 3h 4m | 26.6 | 66.3 | |
| | 7683 | | | Geico | | G146882131 | | Truck 216 2019 Ram 4500 (red) | | | 5/11/2022 11:39 PM | 5/11/2022 11:49 PM | 5/11/2022 12:50 AM | $66.40 | 25m | 8m | 3h 45m | 13.2 | 0 | |
| | 7692 | | | Geico | | 1050972826 | | Truck 216 2019 Ram 4500 (red) | | | 5/12/2022 12:08 PM | 5/12/2022 12:28 PM | 5/12/2022 2:12 PM | $92.30 | 36m | 58m | 1h 44m | 10.7 | 20.3 | |
| | 7699 | | | Allstate | | 1050974306 | | Truck 216 2019 Ram 4500 (red) | | | 5/12/2022 2:27 PM | 5/12/2022 3:14 PM | 5/12/2022 4:08 PM | $45.00 | 11m | 18m | 54m | 7.2 | 4.2 | |
| | 7703 | | | Allstate | | 1050975988 | | Truck 216 2019 Ram 4500 (red) | | | 5/12/2022 4:50 PM | 5/12/2022 4:57 PM | 5/12/2022 5:57 PM | $5.80 | 6m | 0m | 1h 0m | 12.9 | 0 | |
| | 7707 | | | Allstate (Braselton) | | 1050977933 | | Truck 216 2019 Ram 4500 (red) | | | 5/12/2022 6:54 PM | 5/12/2022 7:32 PM | 5/12/2022 5:27 PM | $45.00 | 30m | 12m | 1h 55m | 14.7 | 0 | |
| | 7706 | | | Allstate | | 1050977922 | | Truck 216 2019 Ram 4500 (red) | | | 5/12/2022 7:58 PM | 5/12/2022 7:32 PM | 5/12/2022 9:57 PM | $0.00 | 0m | 54m | 1h 55m | 12.2 | 16.2 | |
| | 7710 | | | Geico | | G146662132 | | Truck 216 2019 Ram 4500 (red) | | | 5/12/2022 9:58 PM | 5/12/2022 10:06 PM | 5/12/2022 11:00 PM | $70.80 | 33m | 0m | 54m | 15.4 | 0 | |
| | 7728 | | | Geico | | G722622133 | | Truck 216 2019 Ram 4500 (red) | | | 5/13/2022 1:53 PM | 5/13/2022 1:55 PM | 5/13/2022 3:24 PM | $106.40 | 55m | 5m | 1h 29m | 27.7 | 2 | |
| | 7729 | | | Allstate | | 1050988515 | | Truck 216 2019 Ram 4500 (red) | | | 5/13/2022 2:42 PM | 5/13/2022 3:24 PM | 5/13/2022 3:24 PM | $140.70 | 14m | 5m | 2h 0m | 14.5 | 33.9 | |
| | 7751 | | | Allstate | | G478922136 | | Truck 216 2019 Ram 4500 (red) | | | 5/16/2022 10:42 AM | 5/16/2022 12:14 PM | 5/16/2022 5:24 PM | $183.30 | 32m | 11m | 1h 37m | 18.1 | |
| | 7790 | | | Geico | | 379933485 | | Truck 216 2019 Ram 4500 (red) | | | 5/16/2022 3:19 PM | 5/16/2022 4:50 PM | 5/16/2022 6:41 PM | $56.75 | 11m | 56m | 1h 39m | 10.5 | 14.5 | |
| | 7792 | | | Geico | | G97892136 | | Truck 216 2019 Ram 4500 (red) | | | 5/16/2022 2:19 PM | 5/16/2022 2:22 PM | 5/16/2022 2:58 PM | $103.70 | 16m | 2m | 18m | 36m | 11.2 | 12.1 | |

| User | Call # | Invoice # | Total Calls | Account | Total Invoiced | PO # | Avg Invoice | Truck | Total Enroute | Dispatched | Total On Scene | Enroute | Total Towing | Completed | Total Time | Invoice Total | Avg Time Enroute | Unloaded | On Scene | Loaded | Towing | Total Time | Total Miles Uncloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7393 | | | Geico | | G10886221J6 | | Truck 216 2019 Ram 4500 (red) | | 5/16/2022 3:15 PM | | 5/16/2022 3:16 PM | | 5/16/2022 4:45 PM | | $97.70 | 29m | 21m | 39m | 1h7m | | 16.9 | 6.3 |
| | 7798 | | | Allstate | | 10510079J23 | | Truck 216 2019 Ram 4500 (red) | | 5/16/2022 7:50 PM | | 5/16/2022 8:30 PM | | 5/16/2022 8:30 PM | | $50.00 | 29m | 0m | 15m | 44m | | 12.6 | 1.1 |
| | 7810 | | | Allstate | | GS12232137 | | Truck 216 2019 Ram 4500 (red) | | 5/17/2022 11:15 AM | | 5/17/2022 12:45 PM | | 5/17/2022 2:25 PM | | $155.80 | 1h 10m | 22m | 1h 40m | 1h 45m | | 28.4 | 7 |
| | 7814 | | | Geico | | G52232137 | | Truck 216 2019 Ram 4500 (red) | | 5/17/2022 2:27 PM | | 5/17/2022 2:28 PM | | 5/17/2022 3:14 PM | | $48.60 | 46m | 0m | 46m | 46m | | 4.3 | 7 |
| | 7815 | | | Allstate (Braselton) | | G80442137 | | Truck 216 2019 Ram 4500 (red) | | 5/17/2022 2:28 PM | | 5/17/2022 3:34 PM | | 5/17/2022 5:23 PM | | $0.00 | 1h 3m | 10m | 2m | 1h 46m 1h 13m | | 11.6 | 17 |
| | 7816 | | | Ageo | | 716059925 | | Truck 216 2019 Ram 4500 (red) | | 5/17/2022 3:35 PM | | 5/17/2022 4:47 PM | | 5/17/2022 5:23 PM | | $58.45 | 0m | 35m | 36m | 36m | | 22.3 | 1.4 |
| | 7830 | | | Allstate | | 10510189J7 | | Truck 216 2019 Ram 4500 (red) | | 5/18/2022 9:55 AM | | 5/18/2022 12:00 PM | | 5/18/2022 12:33 PM | | $45.00 | 16m | 36m | 33m | | | 4.8 | 2 |
| | 7839 | | | Geico | | G14285223J38 | | Truck 216 2019 Ram 4500 (red) | | 5/18/2022 9:21 PM | | 5/18/2022 9:35 PM | | 5/18/2022 11:33 PM | | $149.20 | 1h 8m | 9m | 41m | 1h 55m | | 29.9 | 14.8 |
| | 7849 | | | Geico | | GS19321239 | | Truck 216 2019 Ram 4500 (red) | | 5/19/2022 12:15 PM | | 5/19/2022 12:38 PM | | 5/19/2022 2:08 PM | | $144.30 | 34m | 24m | 32m | 1h 30m | | 19.2 | 20.3 |
| | 7853 | | | Geico | | G925422139 | | Truck 216 2019 Ram 4500 (red) | | 5/19/2022 4:01 PM | | 5/19/2022 4:13 PM | | 5/19/2022 5:01 PM | | $84.70 | 49m | 0m | 0m | 48m | | 10.9 | 10.9 |
| | 7858 | | | Allstate | | G925422143 | | Truck 216 2019 Ram 4500 (red) | | 5/19/2022 6:02 PM | | 5/19/2022 6:55 PM | | 5/19/2022 7:49 PM | | $57.40 | 34m | 20m | 0m | 1h 38m | | 13.7 | 0 |
| | 7868 | | | Allstate | | G1125022143 | | Truck 216 2019 Ram 4500 (red) | | 5/20/2022 10:10 AM | | 5/20/2022 12:10 PM | | 5/20/2022 1:17 PM | | $48.50 | 27m | 13m | 27m | 1h 7m | | 10.4 | 5.9 |
| | 7875 | | | [No Account Specified] | | | | Truck 216 2019 Ram 4500 (red) | | 5/20/2022 2:18 PM | | 5/20/2022 2:21 PM | | 5/20/2022 2:40 PM | | $100.00 | 19m | 0m | 0m | 1h 7m | | 0 | 0 |
| | 7881 | | | Geico | | G1125022143 | | Truck 216 2019 Ram 4500 (red) | | 5/20/2022 4:40 PM | | 5/20/2022 4:45 PM | | 5/20/2022 5:35 PM | | $66.40 | 50m | 0m | 55m | 50m | | 13.2 | 0 |
| | 7882 | | | Geico | | G1046222140 | | Truck 216 2019 Ram 4500 (red) | | 5/20/2022 7:24 PM | | 5/20/2022 7:46 PM | | 5/20/2022 7:46 PM | | $56.60 | 20m | 20m | 0m | 22m | | 9 | 0 |
| | 7885 | | | Geico | | G1046222140 | | Truck 216 2019 Ram 4500 (red) | | 5/20/2022 5:35 PM | | 5/20/2022 5:36 PM | | 5/20/2022 8:16 PM | | $98.20 | 1h 20m | 0m | 0m | 1h 20m | | 9 | 0 |
| | 7887 | | | Geico | | G1125022140 | | Truck 216 2019 Ram 4500 (red) | | 5/20/2022 6:25 PM | | 5/20/2022 8:59 PM | | 5/20/2022 10:59 PM | | $124.70 | 1h 5m | 24m | 30m | 2h 0m | | 22.6 | 11.5 |
| | 7906 | | | Geico | | G926222143 | | Truck 216 2019 Ram 4500 (red) | | 5/21/2022 1:37 PM | | 5/21/2022 1:53 PM | | 5/21/2022 3:31 PM | | $94.00 | 34m | 20m | 0m | 2h 0h | | 13.1 | 7.6 |
| | 7926 | | | Geico | | G1125022143 | | Truck 216 2019 Ram 4500 (red) | | 5/21/2022 3:07 PM | | 5/21/2022 3:32 PM | | 5/21/2022 4:36 PM | | $94.90 | 21m | 24m | 19m | 1h 38m | | 13.1 | 7.6 |
| | 7928 | | | Allstate | | 1051069A50 | | Truck 216 2019 Ram 4500 (red) | | 5/23/2022 5:43 PM | | 5/23/2022 8:15 PM | | 5/23/2022 8:15 PM | | $46.50 | 49m | 0m | 44m | 1h 4m | | 9.5 | 10.3 |
| | 7936 | | | Allstate | | G16737221A3 | | Truck 216 2019 Ram 4500 (red) | | 5/23/2022 6:19 PM | | 5/23/2022 9:35 PM | | 5/23/2022 11:06 PM | | $84.40 | 23m | 23m | 44m | 1h 33m | | 5.3 | 0 |
| | 7940 | | | Ageo | | 44154J201 | | Truck 216 2019 Ram 4500 (red) | | 5/23/2022 9:24 PM | | 5/23/2022 9:35 PM | | 5/24/2022 2:51 PM | | $84.40 | 30m | 0m | 0m | 1h 33m | | 4.4 | 0 |
| | 7948 | | | Ageo | | 44154J201 | | Truck 216 2019 Ram 4500 (red) | | 5/24/2022 11:32 AM | | 5/24/2022 12:26 PM | | 5/24/2022 2:51 PM | | $11.15 | 32m | 17m | 28m | 2h 25m 2h :10m | | 12.6 | 7.9 |
| | 7957 | | | Allstate | | 10510704J5 | | Truck 216 2019 Ram 4500 (red) | | 5/24/2022 1:00 PM | | 5/24/2022 3:39 PM | | 5/24/2022 4:47 PM | | $81.30 | 17m | 44m | 18m | 2h 26m | | 17.1 | 17.1 |
| | 7958 | | | Ageo | | 46061864 | | Truck 216 2019 Ram 4500 (red) | | 5/24/2022 2:35 PM | | 5/24/2022 2:36 PM | | 5/24/2022 3:51 PM | | $51.15 | 4m | 7m | 53m | 1h 8m | | 7.4 | 7.9 |
| | 7962 | | | Ageo | | 1051080880 | | Truck 216 2019 Ram 4500 (red) | | 5/24/2022 9:09 PM | | 5/24/2022 9:13 PM | | 5/24/2022 10:34 PM | | $18m | 37m | 18m | | | 12.6 | 4.8 |
| | 7976 | | | Allstate | | 10510847J00 | | Truck 216 2019 Ram 4500 (red) | | 5/25/2022 12:21 PM | | 5/25/2022 12:25 PM | | 5/25/2022 2:51 PM | | $555.00 | 45m | 44m | 0m | 1h 21m | | 7.9 | 43.5 |
| | 7981 | | | Allstate | | 1051067J283 | | Truck 216 2019 Ram 4500 (red) | | 5/25/2022 5:29 PM | | 5/25/2022 5:48 PM | | 5/25/2022 7:34 PM | | $160.50 | 17m | 0m | 0m | 1h 37m | | 7.9 | 0 |
| | 7997 | | | Allstate | | 10510092826 | | Truck 216 2019 Ram 4500 (red) | | 5/26/2022 12:46 PM | | 5/26/2022 12:28 PM | | 5/26/2022 2:01 PM | | $0.00 | 1h 29m | 31m | 1h 46m | 1h 46m | | 10.5 | 0 |
| | 7998 | | | Allstate (Braselton) | | 10510093J33 | | Truck 216 2019 Ram 4500 (red) | | 5/26/2022 2:26 PM | | 5/26/2022 2:02 PM | | 5/26/2022 4:47 PM | | $0.00 | 38m | 24m | 1h 4 5m | 1h 33m | | 20.6 | 10.5 |
| | 8001 | | | Ageo | | 84410090J0 | | Truck 216 2019 Ram 4500 (red) | | 5/26/2022 3:03 PM | | 5/26/2022 3:47 PM | | 5/26/2022 5:25 PM | | $71.20 | 34m | 14m | 57m | 1h 4 5m | | 17.5 | 14.6 |
| | 8003 | | | Geico | | G83566221J46 | | Truck 216 2019 Ram 4500 (red) | | 5/26/2022 6:27 PM | | 5/26/2022 6:24 PM | | 5/26/2022 7:53 PM | | $97.90 | 14m | 4m | 37m | | | 13.4 | 8.7 |
| | 8007 | | | Geico | | G11B622146 | | Truck 216 2019 Ram 4500 (red) | | 5/26/2022 8:10 PM | | 5/26/2022 8:32 PM | | 5/27/2022 12:23 AM | | $55.00 | 1h 8m | 21m | 0m | 1h 29m | | 7.9 | 0 |
| | 8009 | | | Geico | | G13297221J46 | | Truck 116 2018 Spencer | | 5/27/2022 10:08 PM | | 5/27/2022 8:22 PM | | 5/27/2022 10:30 PM | | $83.40 | 1h 27m | 2h 33m | 0m | 4h 0m | | 21.7 | 0 |
| | 8011 | | | Geico | | G14584221J46 | | Truck 116 2018 Spencer | | 5/27/2022 10:08 PM | | | | 5/27/2022 10:30 PM | | $0.00 | 0m | 23m | 0m | | | 9.9 | 0 |
| | 8022 | | | Geico | | G7289221J47 | | Truck 116 2018 Spencer | | 5/27/2022 1:57 PM | | 5/27/2022 2:09 PM | | 5/27/2022 3:07 PM | | $79.80 | 33m | 1m | 24m | 58m | | 12.3 | 3.4 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Total Time | Miles (Uncloaded) | Miles (Loaded) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8030 | Geico | 69424221347 | Truck 216 2019 Ram 4500 (red) | 5/27/2022 3:49 PM | 5/27/2022 3:49 PM | 5/27/2022 4:51 PM | $58.40 | 1h 2m | 9.2 | 0 |
| 8033 | Allstate (Brazilian) | 1051105708 | Truck 216 2019 Ram 4500 (red) | 5/27/2022 6:43 PM | 5/27/2022 6:45 PM | 5/27/2022 8:53 PM | $263.25 | 2h 10m | 19.3 | 29.1 |
| 8079 | Allstate | 69377221150 | Truck 216 2019 Ram 4500 (red) | 5/30/2022 6:24 PM | 5/30/2022 6:45 PM | 5/30/2022 8:27 PM | $275.00 | 1h 42m | 17.1 | 0 |
| 8051 | Allstate | 1051129805 | Truck 216 2019 Ram 4500 (red) | 5/31/2022 1:08 PM | 5/31/2022 2:02 PM | 5/31/2022 3:32 PM | $45.60 | 1h 30m | 10.3 | 4.1 |
| 8092 | Geico | 66472221151 | Truck 216 2019 Ram 4500 (red) | 5/31/2022 11:35 AM | 5/31/2022 12:08 PM | 5/31/2022 12:26 PM | $555.60 | 1h 30m | 7.8 | 0 |
| 8096 | Allstate | 1051129385 | Truck 216 2019 Ram 4500 (red) | 5/31/2022 11:49 AM | 5/31/2022 2:02 PM | 5/31/2022 2:02 PM | $55.60 | 50m | 10.6 | 26.3 |
| 8106 | Allstate | 1051132649 | Truck 216 2019 Ram 4500 (red) | 5/31/2022 2:57 PM | 5/31/2022 3:32 PM | 5/31/2022 6:04 PM | $87.90 | 2h 32m | 9.9 | 19.3 |
| 8108 | Allstate | 1051133350 | Truck 216 2019 Ram 4500 (red) | 5/31/2022 4:33 PM | 5/31/2022 6:04 PM | 5/31/2022 7:52 PM | $89.20 | 1h 48m | 16.8 | 15.2 |
| 8111 | Geico | 61471821351 | Truck 216 2019 Ram 4500 (red) | 5/31/2022 5:13 PM | 5/31/2022 5:20 PM | 5/31/2022 5:20 PM | $61.60 | 0m | 10.8 | 0 |
| 8114 | Allstate | 1051135455 | Truck 216 2019 Ram 4500 (red) | 5/31/2022 8:00 PM | 5/31/2022 8:21 PM | 5/31/2022 9:39 PM | $50.00 | 1h 18m | 4.7 | 0 |
| 8116 | Allstate (Brazilian) | 1051138058 | Truck 216 2019 Ram 4500 (red) | 5/31/2022 8:25 PM | 5/31/2022 9:39 PM | 5/31/2022 10:22 PM | $57.90 | 43m | 4.7 | 0 |
| 8120 | Agero | 589937769 | Truck 216 2019 Ram 4500 (red) | 6/1/2022 8:27 AM | 6/1/2022 12:08 PM | 6/1/2022 1:01 PM | $59.50 | 53m | 12.8 | 0 |
| 8126 | Geico | G1007221552 | Truck 216 2019 Ram 4500 (red) | 6/1/2022 11:31 AM | 6/1/2022 1:03 PM | 6/1/2022 2:04 PM | $218.70 | 1h 1m | 11.7 | 13.5 |
| 8132 | Geico | G1082221552 | Truck 216 2019 Ram 4500 (red) | 6/1/2022 3:30 PM | 6/1/2022 3:34 PM | 6/1/2022 5:00 PM | $23.80 | 1h 26m | 8.7 | 5 |
| 8133 | Geico | G1082621552 | Truck 216 2019 Ram 4500 (red) | 6/1/2022 4:18 PM | 6/1/2022 4:58 PM | 6/1/2022 5:33 PM | $45.00 | 35m | 4.6 | 0 |
| 8135 | Allstate | 1051146516 | Truck 216 2019 Ram 4500 (red) | 6/1/2022 4:40 PM | 6/1/2022 6:43 PM | 6/1/2022 6:43 PM | $77.40 | 50m | 8.7 | 0 |
| 8137 | Allstate (Brazilian) | 1051144770 | Truck 216 2019 Ram 4500 (red) | 6/1/2022 5:30 PM | 6/1/2022 6:43 PM | 6/1/2022 7:50 PM | $45.00 | 1h 3m | 15 | 16.7 |
| 8139 | Allstate (Brazilian) | 1051144250 | Truck 216 2019 Ram 4500 (red) | 6/1/2022 6:43 PM | 6/1/2022 7:36 PM | 6/1/2022 7:50 PM | $50.00 | 1h 3m | 20.3 | 0 |
| 8148 | Allstate (Brazilian) | 1051147903 | Truck 216 2019 Ram 4500 (red) | 6/2/2022 5:52 AM | 6/2/2022 12:10 PM | 6/2/2022 12:48 AM | $50.00 | 5h 12m | 25.2 | 13.2 |
| 8155 | Allstate | 1051150528 | Truck 216 2019 Ram 4500 (red) | 6/2/2022 2:11 PM | 6/2/2022 2:11 PM | 6/2/2022 3:14 PM | $49.20 | 1h 3m | 9.7 | 62.9 |
| 8174 | Allstate | 1051150116 | Truck 216 2019 Ram 4500 (red) | 6/2/2022 11:16 PM | 6/2/2022 11:03 PM | 6/2/2022 2:46 PM | $100.00 | 1h 2m | 12.1 | 2.6 |
| 8177 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 6/3/2022 2:28 PM | 6/3/2022 2:49 PM | 6/3/2022 3:15 PM | $57.60 | 26m | 0 | 0 |
| 8131 | Geico | G983022154 | Truck 216 2019 Ram 4500 (red) | 6/3/2022 4:23 PM | 6/3/2022 4:27 PM | 6/3/2022 5:00 PM | $50.60 | 38m | 13.8 | 0 |
| 8181 | Geico | G1154922154 | Truck 216 2019 Ram 4500 (red) | 6/3/2022 6:56 AM | 6/3/2022 5:59 PM | 6/3/2022 6:40 PM | $100.00 | 26m | 0 | 0 |
| 8189 | Geico | G1096022155 | Truck 216 2019 Ram 4500 (red) | 6/4/2022 8:17 AM | 6/4/2022 8:17 AM | 6/4/2022 9:35 AM | $158.20 | 1h 13m | 15.8 | 0 |
| 8182 | Geico | G1154922155 | Truck 216 2019 Ram 4500 (red) | 6/4/2022 6:56 AM | 6/4/2022 6:56 AM | 6/4/2022 11:52 AM | $50.00 | 1h 3m | 32.9 | 5.3 |
| 8192 | Allstate (Brazilian) | 1051184881 | Truck 216 2019 Ram 4500 (red) | 6/4/2022 9:23 AM | 6/4/2022 9:35 AM | 6/4/2022 11:52 AM | $45.00 | 2h 22m | 32.9 | 13.9 |
| 8195 | Allstate | 1051166435 | Truck 216 2019 Ram 4500 (red) | 6/4/2022 11:55 AM | 6/4/2022 11:56 AM | 6/4/2022 12:39 PM | $45.00 | 43m | 14.8 | 2 |
| 8200 | Agero | 510420023 | Truck 216 2019 Ram 4500 (red) | 6/4/2022 2:40 PM | 6/4/2022 2:51 PM | 6/4/2022 4:10 PM | $54.60 | 1h 19m | 8.4 | 9.4 |
| 8205 | Geico | G892221255 | Truck 216 2019 Ram 4500 (red) | 6/4/2022 5:22 PM | 6/4/2022 7:04 PM | 6/4/2022 7:04 PM | $51.00 | 1h 42m | 8 | 2.8 |
| 8208 | Allstate | 1051169997 | Truck 216 2019 Ram 4500 (red) | 6/4/2022 6:59 PM | 6/4/2022 7:35 PM | 6/4/2022 8:01 PM | $69.40 | 26m | 6.2 | 6.2 |
| 8226 | Allstate | 1051178177 | Truck 216 2019 Ram 4500 (red) | 6/6/2022 9:44 AM | 6/6/2022 12:02 PM | 6/6/2022 1:24 PM | $48.60 | 1h 22m | 17.9 | 17.9 |
| 8232 | Allstate | 1051181196 | Truck 216 2019 Ram 4500 (red) | 6/6/2022 12:48 PM | 6/6/2022 1:55 PM | 6/6/2022 2:10 PM | $83.70 | 35m | 8.5 | 4 |
| 8234 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 6/6/2022 1:34 PM | 6/6/2022 2:20 PM | 6/6/2022 3:56 PM | $50.60 | 1h 36m | 12.8 | 0 |
| 8244 | Allstate | 1051183935 | Truck 416 2020 Dodge Ram 5500 (black) | 6/6/2022 5:20 PM | 6/6/2022 5:39 PM | 6/6/2022 5:46 PM | $100.00 | 2h 57m | 8.8 | 12 |
| 8247 | Allstate | 1051184163 | Truck 416 2020 Dodge Ram 5500 (black) | 6/6/2022 6:34 PM | 6/6/2022 7:36 PM | 6/6/2022 9:46 PM | $56.20 | 1h 42m | 15.6 | 2.7 |

https://app.towbook.com/Reports/CallAnalysis?reportType=Driver/Activity&ownerUserId=&...

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | Unloaded | On Scene | Towing | Loaded | Total Time | Total Miles | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8249 | Allstate (Braselton) | 1051185785 | Truck 216 2019 8am 4500 (red) | 6/6/2022 8:35 PM | 6/6/2022 3:18 PM | 6/7/2022 8:33 AM | $15.95 | 1h 50m | 9h 25m | 0m | 0m | | 11h 15m | 10.8 | 23.9 |
| 8264 | Geico | G141212158 | Truck 216 2019 8am 4500 (red) | 6/7/2022 8:40 PM | 6/7/2022 8:03 PM | 6/7/2022 10:00 PM | $88.40 | 59m | 21m | 21m | 7m | | 1h 20m | 24.2 | 0 |
| 8265 | | 1051195132 | Truck 216 2019 8am 4500 (red) | 6/8/2022 8:18 PM | 6/8/2022 8:12 AM | 6/8/2022 12:02 AM | $3.00 | 0m | 0m | 0m | 0m | | 0m | 11.5 | 0 |
| 8273 | Allstate | 1051197332 | Truck 216 2019 8am 4500 (red) | 6/8/2022 12:01 AM | 6/8/2022 12:09 AM | 6/8/2022 1:16 PM | $95.40 | 50m | 36m | 1m | 36m | | 1h 27m | 4.1 | 21.8 |
| 8267 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 6/8/2022 11:17 AM | 6/8/2022 7:42 AM | 6/9/2022 3:37 PM | $170.00 | 5h 45m | 28m | 1m | | | 7h 55m | 0 | 0 |
| 8252 | Geico | G303221160 | Truck 216 2019 8am 4500 (red) | 6/9/2022 8:37 AM | 6/9/2022 2:42 AM | 6/9/2022 5:15 PM | $57.40 | 0m | 7m | 7m | | | 1h 16m | 13.7 | 0 |
| 8304 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 6/11/2022 10:44 AM | 6/11/2022 11:08 AM | 6/11/2022 12:15 PM | $170.00 | 1h 0m | 0m | 24m | | | 1h 16m | 0 | 0 |
| 8314 | Agero | 961286012 | Truck 216 2019 8am 4500 (red) | 6/9/2022 3:52 PM | 6/9/2022 3:59 PM | 6/9/2022 5:15 PM | $344.90 | 1h 34m | 2h 28m | 28m | 1h 3m | | 6h 57m | 35.1 | 31.9 |
| 8316 | Allstate | 1051216046 | Truck 216 2019 8am 4500 (red) | 6/10/2022 1:17 PM | 6/10/2022 3:12 PM | 6/10/2022 10:08 PM | $163.16 | 45m | 1h 2m | 24m | | | 1h 55m | 15.6 | 28.7 |
| 8319 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 6/10/2022 12:04 PM | 6/10/2022 12:30 PM | 6/10/2022 2:25 PM | $110.00 | 0m | 24m | 45m | | | | 28.7 | 0 |
| 8334 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 6/10/2022 1:15 PM | 6/10/2022 2:26 PM | 6/10/2022 3:11 PM | $170.00 | 21m | 24m | | | | 1h 46m | 2.6 | 18.2 |
| 8336 | Allstate (Braselton) | 1051225096 | Truck 216 2019 8am 4500 (red) | 6/11/2022 12:12 PM | 6/11/2022 12:15 PM | 6/11/2022 2:03 PM | $0.00 | 0m | 13m | 10m | | | | 18.2 | 0 |
| 8375 | Allstate | 1051237745 | Truck 216 2019 8am 4500 (red) | 6/13/2022 12:33 PM | 6/11/2022 3:14 PM | 6/11/2022 4:56 PM | $97.50 | 1h 4m | 28m | 10m | | | 1h 42m | 21.1 | 22.5 |
| 8381 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 6/13/2022 4:08 PM | 6/13/2022 4:08 PM | 6/13/2022 7:22 PM | $200.00 | 1h 9m | 36m | 24m | | | 3h 14m | 4 | 0 |
| 8393 | Geico | G576522165 | Truck 216 2019 8am 4500 (red) | 6/14/2022 12:00 PM | 6/14/2022 12:15 PM | 6/14/2022 1:25 PM | $67.20 | 34m | 36m | 0m | | | 1h 10m | 13.6 | 0 |
| 8395 | Allstate (Braselton) | 1051247092 | Truck 216 2019 8am 4500 (red) | 6/14/2022 12:26 PM | 6/14/2022 2:01 PM | 6/14/2022 2:01 PM | $0.00 | 1h 35m | 0m | 36m | | | 36m | 14.2 | 0 |
| 8399 | Allstate | 1051248558 | Truck 216 2019 8am 4500 (red) | 6/14/2022 1:12 PM | 6/14/2022 2:02 PM | 6/14/2022 4:07 PM | $92.70 | 23m | 35m | 1h 9m | | | 2h 5m | 9.5 | 20.9 |
| 8407 | Allstate (Braselton) | 1051249871 | Truck 216 2019 8am 4500 (red) | 6/14/2022 4:18 PM | 6/14/2022 4:19 PM | 6/14/2022 5:42 PM | $0.00 | 0m | 1h 9m | | | | 1h 23m | 17 | 15.2 |
| 8409 | Geico | 1051250372 | Truck 216 2019 8am 4500 (red) | 6/14/2022 5:00 PM | 6/14/2022 6:02 PM | 6/14/2022 6:19 PM | $0.00 | 50m | 5m | 12m | | | 17m | 17.9 | 3.2 |
| 8414 | Allstate (Braselton) | G127092216S | Truck 216 2019 8am 4500 (red) | 6/14/2022 5:45 PM | 6/14/2022 6:21 PM | 6/14/2022 7:25 PM | $70.80 | 48m | 16m | 16m | 24m | | 1h 4m | 22.8 | 17.9 |
| 8416 | Geico | 1051252018 | Truck 216 2019 8am 4500 (red) | 6/14/2022 7:13 PM | 6/14/2022 7:58 PM | 6/14/2022 8:29 PM | $73.20 | 0m | 3m | 3m | | | 31m | 14.4 | 14.4 |
| 8426 | Allstate | 1051254729 | Truck 216 2019 8am 4500 (red) | 6/15/2022 11:00 AM | 6/15/2022 2:38 PM | 6/15/2022 4:04 PM | $70.20 | 20m | 16m | 16m | 33m | | 1h 36m | 16 | 9.4 |
| 8429 | Allstate | 1051254493 | Truck 216 2019 8am 4500 (red) | 6/15/2022 10:00 AM | 6/15/2022 12:15 PM | 6/15/2022 3:13 PM | $45.00 | 48m | 16m | | | | | 8.7 | 0 |
| 8432 | Allstate | 1051257089 | Truck 216 2019 8am 4500 (red) | 6/15/2022 1:24 PM | 6/15/2022 4:07 PM | 6/15/2022 8:02 PM | $296.18 | 1h 2m | 1h 16m | 24m | 31m | | 2h 5m | 53.6 | 53.6 |
| 8439 | Geico | G115592216G | Truck 216 2019 8am 4500 (red) | 6/15/2022 5:12 PM | 6/15/2022 5:13 PM | 6/15/2022 5:30 PM | $46.00 | 0m | 18m | | | | 17m | 7.4 | 0 |
| 8444 | Geico | G128112216G | Truck 216 2019 8am 4500 (red) | 6/15/2022 6:26 PM | 6/15/2022 9:24 PM | 6/15/2022 11:12 PM | $108.00 | 16m | 2h 18m | | | | 2h 36m | 0 | 0 |
| 8449 | Allstate | G101892216? | Truck 216 2019 8am 4500 (red) | 6/16/2022 4:35 PM | 6/16/2022 2:49 PM | 6/16/2022 6:40 PM | $47.60 | 1h 9m | 1h 52m | | | | 1h 48m | 5.1 | 4.8 |
| 8466 | Geico | G101892216? | Truck 216 2019 8am 4500 (red) | 6/16/2022 6:40 PM | 6/16/2022 6:40 PM | 6/16/2022 8:39 PM | $82.40 | 0m | 0m | | | | 1h 15m | 11.5 | 1.1 |
| 8470 | Allstate (Braselton) | 1051268818 | Truck 216 2019 8am 4500 (red) | 6/16/2022 6:41 PM | 6/16/2022 8:43 PM | 6/16/2022 10:16 PM | $0.00 | 13m | 0m | 28m | | | 1h 48m | 5.1 | 17.6 |
| 8472 | Geico | G125762167 | Truck 216 2019 8am 4500 (red) | 6/16/2022 6:45 PM | 6/16/2022 9:37 PM | 6/16/2022 10:16 PM | $78.20 | 5m | 34m | 21m | 49m | | 1h 54m | 19.1 | 10.8 |
| 8487 | Geico | G668922168 | Truck 216 2019 8am 4500 (red) | 6/17/2022 1:15 PM | 6/17/2022 1:33 PM | 6/17/2022 3:27 PM | $141.10 | 13m | 17m | 49m | | | 1h 54m | 25.4 | 5.1 |
| 8579 | Allstate | 1051288982 | Truck 216 2019 8am 4500 (red) | 6/20/2022 1:57 PM | 6/20/2022 2:25 PM | 6/20/2022 3:31 PM | $15.60 | 1h 2m | 2h 2m | | 1h 6m | | 1h 6m | 17.8 | 0 |
| 8540 | Allstate | 1051301863 | Truck 216 2019 8am 4500 (red) | 6/20/2022 7:10 PM | 6/20/2022 7:43 PM | 6/20/2022 8:36 PM | $15.00 | 0m | 4m | | | | | 0 | 0 |
| 8548 | Allstate (Braselton) | 1051306869 | Truck 216 2019 8am 4500 (red) | 6/21/2022 6:07 PM | 6/21/2022 6:07 PM | 6/21/2022 6:07 PM | $61.20 | 0m | 0m | 53m | | | 53m | 17.5 | 5.4 |
| 8566 | Geico | G459122173 | Truck 216 2019 8am 4500 (red) | 6/22/2022 11:26 AM | 6/22/2022 12:03 PM | 6/22/2022 11:34 PM | $136.80 | 1h 6m | 0m | 0m | | | 1h 31m | 15.9 | 20 |

Towbook - :Reports

https://app.towbook.com/Reports/CallAnalysis?reportType=Driver.Activity&ownerUserId=&...

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Loaded | Total Time | Total Miles Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8375 | Geico | G864122173 | Truck 21G 2019 8am 4500 (red) | 6/22/2024 3:03 PM | 6/22/2024 3:04 PM | 6/22/2024 4:03 PM | $91.20 | 24m | | 5m | 59m | 14.1 | 6 |
| 8590 | Allstate (Braselton) | 1051326712 | Truck 21G 2019 8am 4500 (red) | 6/23/2023 3:01 PM | 6/23/2023 3:10 PM | 6/23/2023 5:10 PM | $15.18 | 1h 20m | 11m | 53m | 1h 33m | 20.3 | 25.8 |
| 8593 | Geico | G1118322174 | Truck 21G 2019 8am 4500 (red) | 6/23/2023 2:51 PM | 6/23/2023 2:53 PM | 6/23/2023 2:45 PM | $74.30 | 1h 20m | 0m | 53m | 1h 13m | 8.2 | 4.3 |
| 8604 | Allstate (Braselton) | 1051318483 | Truck 21G 2019 8am 4500 (red) | 6/24/2022 1:31 PM | 6/24/2022 1:45 PM | 6/24/2022 3:17 PM | $0.00 | 52m | 0m | 43m | 1h 32m | 17.7 | 9.4 |
| 8606 | Geico | G859422175 | Truck 21G 2019 8am 4500 (red) | 6/24/2022 3:07 PM | 6/24/2022 3:18 PM | 6/24/2022 3:26 PM | $0.00 | 1h 7m | 1h 1m | 0m | 2h 8m | 30.5 | 10.9 |
| 8642 | Allstate (Braselton) | 1051354146 | Truck 21G 2019 8am 4500 (red) | 6/27/2022 10:14 AM | 6/27/2022 12:04 PM | 6/27/2022 1:40 PM | $338.70 | 31m | 57m | 0m | 1h 36m | 26.3 | 34.9 |
| 8650 | Geico | G41922178 | Truck 21G 2019 8am 4500 (red) | 6/27/2022 12:19 PM | 6/27/2022 1:41 PM | 6/27/2022 2:50 PM | $73.00 | 53m | 17m | 0m | 1h 10m | 16.5 | 0 |
| 8651 | Allstate | 1051356435 | Truck 21G 2019 8am 4500 (red) | 6/27/2022 1:37 PM | 6/27/2022 2:49 PM | 6/27/2022 3:20 PM | $15.40 | 1m | 30m | 31m | | 17.7 | 0 |
| 8670 | Allstate (Braselton) | 1051365140 | Truck 21G 2019 8am 4500 (red) | 6/28/2022 1:14 PM | 6/28/2022 1:24 PM | 6/28/2022 3:16 PM | $0.00 | 35m | 5m | 1h 32m | | 21.6 | 24.3 |
| 8673 | Allstate (Braselton) | 1051366288 | Truck 21G 2019 8am 4500 (red) | 6/28/2022 2:21 PM | 6/28/2022 3:12 PM | 6/28/2022 5:40 PM | $0.00 | 1h 13m | 1h 16m | 2h 24m | | 21.3 | 0.2 |
| 8675 | Geico | G937122179 | Truck 21G 2019 8am 4500 (red) | 6/28/2022 4:39 PM | 6/28/2022 4:41 PM | 6/28/2022 6:11 PM | $112.10 | 44m | 1m | 5h 15m | | 23.3 | 5.4 |
| 8684 | Allstate (Braselton) | G213222181 | Truck 21G 2019 8am 4500 (red) | 6/29/2022 11:54 AM | 6/29/2022 1:52 PM | 6/29/2022 3:04 PM | $0.00 | 38m | 24m | | | 14.6 | 24.3 |
| 8700 | Geico | 1051379935 | Truck 21G 2019 8am 4500 (red) | 6/29/2022 12:40 PM | 6/29/2022 4:43 PM | 6/29/2022 7:18 PM | $62.20 | 28m | 0m | 1h 58m | | 11.3 | 20 |
| 8715 | Allstate | 36290077 | Truck 21G 2019 8am 4500 (red) | 6/30/2022 6:27 PM | 6/30/2022 6:22 PM | 6/30/2022 7:18 PM | $0.00 | 37m | 29m | 50m | | 8.6 | 0 |
| 8717 | Agero | 1051441321 | Truck 21G 2019 8am 4500 (red) | 6/30/2022 7:55 PM | 6/30/2022 7:19 PM | 6/30/2022 8:09 PM | $0.00 | 11m | 2m | 57m | | 2.7 | 4.7 |
| 8721 | Agero | G150942182 | Truck 21G 2019 8am 4500 (red) | 7/1/2022 9:09 PM | 7/1/2022 9:18 PM | 6/30/2022 8:17 PM | $112.10 | 11m | 0m | | | 4.1 | 4.1 |
| 8742 | Allstate | 1051421005 | Truck 21G 2019 8am 4500 (red) | 7/1/2022 9:07 PM | 7/1/2022 10:59 PM | 7/1/2022 11:35 PM | $585.30 | 17m | 15m | 1h 35m | | 14.9 | 3.9 |
| 8748 | Geico | G112492182 | Truck 21G 2019 8am 4500 (red) | 7/1/2022 3:33 AM | 7/1/2022 12:09 PM | 7/1/2022 1:20 PM | $54.80 | 32m | 41m | | | 15.2 | 3.3 |
| 8654 | Allstate | G118492186 | Truck 21G 2019 8am 4500 (red) | 7/5/2022 3:33 PM | 7/5/2022 4:38 PM | 7/5/2022 4:38 PM | $81.20 | 28m | 8m | 1h 1m | | 15.4 | 15.4 |
| 8816 | Geico | G147822186 | Truck 21G 2019 8am 4500 (red) | 7/5/2022 4:42 PM | 7/5/2022 4:43 PM | 7/5/2022 2:54 PM | $593.30 | 47m | 13m | 59m | | 14.7 | 6.3 |
| 8819 | Agero | 228561120 | Truck 21G 2019 8am 4500 (red) | 7/5/2022 4:43 PM | 7/5/2022 4:56 PM | 7/5/2022 7:18 PM | $569.80 | 56m | 15m | 2h 1m 13m | | 14.9 | 0 |
| 8820 | Geico | G167672186 | Truck 21G 2019 8am 4500 (red) | 7/5/2022 6:18 PM | 7/5/2022 7:19 PM | 7/5/2022 9:12 PM | $140.60 | 1h 45m | 3m | 2h 22m | | 18.9 | 19.9 |
| 8824 | Geico | G178822186 | Truck 21G 2019 8am 4500 (red) | 7/5/2022 7:31 PM | 7/5/2022 9:13 PM | 7/5/2022 10:04 PM | $99.60 | 1h 13m | 29m | 1h 53m | | 8.1 | 12.8 |
| 8826 | Geico | G178822186 | Truck 21G 2019 8am 4500 (red) | 7/6/2022 7:21 PM | 7/6/2022 9:29 PM | 7/6/2022 10:04 PM | $24.20 | 26m | 25m | 1h 51m | | 17.1 | 0 |
| 8846 | Agero | 67264624534 | Truck 21G 2019 8am 4500 (red) | 7/6/2022 12:10 PM | 7/6/2022 3:33 PM | 7/6/2022 4:36 PM | $284.00 | 29m | 0m | 2h 55m | | 9.7 | 49.1 |
| 8851 | Allstate (Braselton) | 1051458225 | Truck 21G 2019 8am 4500 (red) | 7/6/2022 3:31 PM | 7/6/2022 3:32 PM | 7/6/2022 4:38 PM | $0.00 | 35m | 18m | 1h 4m | | 21.2 | 6.7 |
| 8852 | Allstate (Braselton) | 1051436572 | Truck 21G 2019 8am 4500 (red) | 7/6/2022 4:16 PM | 7/6/2022 4:48 PM | 7/6/2022 6:12 PM | $57.20 | 32m | 11m | 18m | | 16.1 | 2.4 |
| 8855 | Geico | G120892187 | Truck 21G 2019 8am 4500 (red) | 7/6/2022 5:26 PM | 7/6/2022 6:01 PM | 7/6/2022 7:00 PM | $0.00 | 18m | 34m | 59m | | 5.4 | 0 |
| 8856 | Geico | 1051438288 | Truck 21G 2019 8am 4500 (red) | 7/6/2022 6:35 PM | 7/6/2022 7:40 PM | 7/6/2022 8:34 PM | $88.00 | 0m | 16m | 1h 2m 1h 13m | | 18.4 | 5.4 |
| 8859 | Geico | G140892187 | Truck 21G 2019 8am 4500 (red) | 7/6/2022 2:37 PM | 7/6/2022 2:40 PM | 7/6/2022 8:34 PM | $45.00 | 42m | 13m | 54m | | 15 | 0 |
| 8660 | Geico | G145872187 | Truck 21G 2019 8am 4500 (red) | 7/6/2022 8:13 PM | 7/6/2022 8:35 PM | 7/6/2022 9:28 PM | $70.00 | 45m | 8m | 53m | | 18.5 | 0 |
| 8862 | Geico | 36593297 | Truck 21G 2019 8am 4500 (red) | 7/6/2022 9:52 PM | 7/6/2022 10:02 PM | 7/6/2022 10:53 PM | $77.00 | 37m | 19m | 0m | | 3.7 | 0 |
| 8654 | Geico | G160702187 | Truck 21G 2019 8am 4500 (red) | 7/6/2022 10:50 PM | 7/7/2022 11:20 PM | 7/7/2022 1:34 AM | $0.00 | 1h 15m | 0m | 5m | | 36.2 | 27.5 |
| 8865 | Geico | G150872187 | Truck 21G 2019 8am 4500 (red) | 7/7/2022 12:21 PM | 7/7/2022 12:39 PM | 7/7/2022 1:53 PM | $125.00 | 37m | 58m | 34m | 1h 35m | 18.8 | 18.2 |
| 8274 | Agero | 126917330 | Truck 21G 2019 8am 4500 (red) | 7/7/2022 2:21 PM | 7/7/2022 2:57 PM | 7/7/2022 3:06 PM | $118.75 | 12m | 37m | 1m | 2h 9m | 9.7 | 36.5 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Total Time | Miles Unloaded | Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8875 | Geico | G718822188 | Truck 216 2019 8am 4500 (red) | 7/7/2022 1:35 PM | 7/7/2022 2:22 PM | 7/7/2022 3:03 PM | $83.80 | 19m | 18m | 41m 35m | 10.4 | 6 |
| 8882 | Geico | G329622188 | Truck 216 2019 8am 4500 (red) | 7/7/2022 6:42 PM | 7/7/2022 7:14 PM | 7/7/2022 7:56 PM | $46.20 | 20m | 0m | | 3.1 | 0 |
| 8884 | Allstate | G1157212188 | Truck 216 2019 8am 4500 (red) | 7/7/2022 7:30 PM | 7/7/2022 7:54 PM | 7/7/2022 8:57 PM | $65.40 | 23m | 20m | 1h 1m | 12.7 | 0 |
| 8898 | Allstate | 1051455098 | Truck 216 2019 8am 4500 (red) | 7/8/2022 12:33 PM | 7/8/2022 12:57 PM | 7/8/2022 1:58 PM | $18.40 | 45m | 16m | 1h 1m | 19.2 | 0 |
| 8902 | Allstate | 1051455044 | Truck 216 2019 8am 4500 (red) | 7/8/2022 1:52 PM | 7/8/2022 1:58 PM | 7/8/2022 2:57 PM | $60.40 | 10m | 38m | 59m | 16.5 | 5.8 |
| 8907 | Agero | 956105112 | Truck 216 2019 8am 4500 (red) | 7/8/2022 3:36 PM | 7/8/2022 3:39 PM | 7/8/2022 5:45 PM | $0.00 | | 21m | | 4 | 2 |
| 8913 | Agero | 988938948 | Truck 216 2019 8am 4500 (red) | 7/8/2022 6:27 PM | 7/8/2022 6:46 PM | 7/8/2022 8:49 PM | $46.90 | 48m | 38m | 2h 3m | 26.3 | 4.7 |
| 8915 | Geico | G1443122189 | Truck 216 2019 8am 4500 (red) | 7/8/2022 8:50 PM | 7/8/2022 8:57 PM | 7/8/2022 11:32 PM | $140.10 | 56m | 1h 1m | 2h 35m | 16.8 | 20.5 |
| 8971 | Geico | G664422192 | Truck 216 2019 8am 4500 (red) | 7/11/2022 11:55 AM | 7/11/2022 12:17 PM | 7/11/2022 2:08 PM | $100.80 | 43m | 42m | 1h 51m | 14.4 | 9 |
| 8973 | Allstate | 1051477037 | Truck 216 2019 8am 4500 (red) | 7/11/2022 2:34 PM | 7/11/2022 2:45 PM | 7/11/2022 3:19 PM | $0.00 | 23m | 11m | | 9.1 | 0 |
| 8975 | Allstate | 1051476948 | Truck 216 2019 8am 4500 (red) | 7/11/2022 3:31 PM | 7/11/2022 3:32 PM | 7/11/2022 4:54 PM | $52.50 | 34m | 48m | 1h 15m | 13.4 | 0 |
| 8979 | Agero | 393035591 | Truck 216 2019 8am 4500 (red) | 7/11/2022 5:47 PM | 7/11/2022 5:52 PM | 7/11/2022 6:23 PM | $24.25 | 14m | 0m | 31m | 2.9 | 14.7 |
| 8983 | Allstate | G1141675900 | Truck 216 2019 8am 4500 (red) | 7/11/2022 7:39 PM | 7/11/2022 7:53 PM | 7/11/2022 8:38 PM | $24.45 | 15m | 16m | 45m | 5.2 | 7.5 |
| 8985 | Geico | 36851655 | Truck 216 2019 8am 4500 (red) | 7/11/2022 9:59 PM | 7/11/2022 10:06 PM | 7/11/2022 11:40 PM | $46.50 | 1h 7m | 1h 13m | | 7.5 | 2.6 |
| 8994 | Agero | G703822193 | Truck 216 2019 8am 4500 (red) | 7/12/2022 2:25 PM | 7/12/2022 3:22 PM | 7/12/2022 6:37 PM | $214.60 | 34m | 15m | 1h 46m | 17.5 | 0 |
| 8995 | Agero | S294593078 | Truck 216 2019 8am 4500 (red) | 7/12/2022 1:57 PM | 7/12/2022 2:07 PM | 7/12/2022 3:21 PM | $40.80 | 20m | 16m | 1h 35m | 15.2 | 11.4 |
| 9004 | Geico | 36898383 | Truck 216 2019 8am 4500 (red) | 7/12/2022 5:50 PM | 7/12/2022 6:49 PM | 7/12/2022 8:46 PM | $110.90 | 29m | 23m | 1h 57m | 11.7 | 20.3 |
| 9006 | Geico | G1324692193 | Truck 216 2019 8am 4500 (red) | 7/13/2022 8:37 AM | 7/13/2022 12:00 PM | 7/13/2022 2:05 PM | $175.00 | 43m | 1m | 2h 5m | 16.4 | 10.7 |
| 9008 | Geico | G1458522193 | Truck 216 2019 8am 4500 (red) | 7/12/2022 9:00 AM | 7/12/2022 9:22 AM | 7/13/2022 11:32 PM | $63.60 | 38m | 33m | 2h 10m | 0 | 3.5 |
| 9027 | Geico | G990622194 | Truck 216 2019 8am 4500 (red) | 7/13/2022 4:00 PM | 7/13/2022 4:37 PM | 7/13/2022 5:40 PM | $110.60 | 38m | 25m | 1h 3m | 19.6 | 8.8 |
| 9030 | Geico | 36950701 | Truck 216 2019 8am 4500 (red) | 7/13/2022 5:31 PM | 7/13/2022 5:50 PM | 7/13/2022 6:54 PM | $109.15 | 47m | 1m | 1h 6m | 15.9 | 10.7 |
| 9031 | Geico | G1246122194 | Truck 216 2019 8am 4500 (red) | 7/13/2022 6:48 PM | 7/13/2022 6:55 PM | 7/13/2022 7:28 PM | $81.40 | 31m | 2m | 33m | 20.7 | 6.3 |
| 9036 | Geico | G1461022194 | Truck 216 2019 8am 4500 (red) | 7/13/2022 9:29 PM | 7/13/2022 9:34 PM | 7/13/2022 10:59 PM | $85.90 | 55m | 19m | 1h 25m | 11 | 11.4 |
| 9044 | Agero | 36838450 | Truck 216 2019 8am 4500 (red) | 7/14/2022 12:47 PM | 7/14/2022 1:09 PM | 7/14/2022 1:59 PM | $31.30 | 50m | 0m | 50m | 14.2 | 0 |
| 9046 | Agero | 121921588 | Truck 216 2019 8am 4500 (red) | 7/14/2022 3:31 PM | 7/14/2022 4:23 PM | 7/14/2022 6:48 PM | $85.00 | 37m | 0m | 2h 25m | 15.1 | 16.1 |
| 9049 | (No Account Specified) | 722146 | Truck 216 2019 8am 4500 (red) | 7/14/2022 2:17 PM | 7/14/2022 2:38 PM | 7/14/2022 3:25 PM | $142.00 | 17m | 32m | 1h 7m | 16.4 | 0 |
| 9051 | Tesla [59427-30680] | G1131322195 | Truck 216 2019 8am 4500 (red) | 7/14/2022 2:50 PM | 7/14/2022 3:36 PM | 7/14/2022 4:28 PM | $225.65 | 1h 22m | 17m | 1h+2m+57m | 17.9 | 5 |
| 9056 | Geico | 1051506526 | Truck 216 2019 8am 4500 (red) | 7/14/2022 6:03 PM | 7/14/2022 6:48 PM | 7/14/2022 8:32 PM | $44.40 | 34m | 24m | 2h 10m | 22.2 | 0 |
| 9057 | Allstate | 733305 | Truck 216 2019 8am 4500 (red) | 7/14/2022 6:59 PM | 7/14/2022 8:35 PM | 7/14/2022 10:12 PM | $45.80 | 32m | 46m | 1h 44m | 10.4 | 3.6 |
| 9072 | Tesla [59427-30680] | 1051514680 | Truck 216 2019 8am 4500 (red) | 7/14/2022 1:46 PM | 7/15/2022 2:06 PM | 7/15/2022 2:48 PM | $155.05 | 51m | 1h 13m | 2h 47m | 22.3 | 15.4 |
| 9080 | Allstate | G590822199 | Truck 216 2019 8am 4500 (red) | 7/15/2022 3:46 PM | 7/15/2022 6:07 PM | 7/15/2022 7:50 PM | $555.30 | 38m | 30m | 1h 43m | 14.7 | 5.3 |
| 9115 | Geico | G1108122199 | Truck 216 2019 8am 4500 (red) | 7/18/2022 11:22 AM | 7/18/2022 12:13 PM | 7/18/2022 12:55 PM | $555.00 | 19m | 30m | 1h 22m | 7.5 | 0 |
| 9122 | (No Account Specified) | G1209322199 | Truck 216 2019 8am 4500 (red) | 7/18/2022 2:30 PM | 7/18/2022 2:33 PM | 7/18/2022 3:12 PM | $90.00 | 26m | 12m | 59m | 0 | 0 |
| 9125 | Geico | G1108122199 | Truck 216 2019 8am 4500 (red) | 7/18/2022 3:03 PM | 7/18/2022 3:13 PM | 7/18/2022 4:12 PM | $191.30 | 16m | 0m | 1h 4m | 18.5 | 3.1 |
| 9127 | Geico | G1209322199 | Truck 216 2019 8am 4500 (red) | 7/18/2022 4:20 PM | 7/18/2022 4:20 PM | 7/18/2022 7:37 PM | $169.50 | 1h 2m | 1h 4m | 3h 17m | 18 | 29.5 |

Towbook - Reports

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Total Time | Total Miles | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9129 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 7/18/2022 6:52 PM | 7/18/2022 7:38 PM | 7/18/2022 8:52 PM | $210.00 | 42m | 18m | 1h 14m | 0 | 0 | 24 |
| 9132 | Allstate | 1051539282 | Truck 216 2019 Ram 4500 (red) | 7/18/2022 10:03 PM | 7/18/2022 10:17 PM | 7/18/2022 11:47 PM | $104.10 | 1h 16m | 8m | 1h 38m | | 23.5 | 15.7 |
| 9145 | Allstate (Braselton) | 1051543314 | Truck 216 2019 Ram 4500 (red) | 7/19/2022 10:34 AM | 7/19/2022 12:24 PM | 7/19/2022 1:42 PM | $500.65 | 25m | 46m | 1h 18m | | 21.9 | 1.8 |
| 9156 | Allstate (Braselton) | 1051545551 | Truck 216 2019 Ram 4500 (red) | 7/20/2022 1:01 PM | 7/20/2022 3:43 PM | 7/20/2022 4:38 PM | $582.15 | 23m | 17m | 55m 57m | | 16.5 | 3.2 |
| 9161 | Geico | 6127362200 | Truck 216 2019 Ram 4500 (red) | 7/20/2022 11:49 AM | 7/20/2022 12:14 PM | 7/20/2022 3:01 PM | $141.70 | 15m | 31m | 2h 4m 1h 57m | | 16 | 14.9 |
| 9174 | Geico | 6594422201 | Truck 216 2019 Ram 4500 (red) | 7/20/2022 12:38 PM | 7/20/2022 3:01 PM | 7/20/2022 3:42 PM | $18.50 | 32m | 6m | 50m | | 18.8 | 5.3 |
| 9175 | Allstate | 1051550048 | Truck 216 2019 Ram 4500 (red) | 7/20/2022 1:01 PM | 7/20/2022 3:02 PM | 7/20/2022 3:42 PM | $18.30 | 40m | 12m | 40m | | 16.1 | 0 |
| 9182 | | 37319800 | Truck 216 2019 Ram 4500 (red) | 7/20/2022 4:32 PM | 7/20/2022 4:35 PM | 7/20/2022 6:04 PM | $88.40 | 18m | 39m | 1h 2m 1h 27m | | 12.4 | 9 |
| 9183 | Geico | 6133422201 | Truck 216 2019 Ram 4500 (red) | 7/20/2022 5:34 PM | 7/20/2022 9:23 PM | 7/20/2022 9:51 PM | $134.80 | 11m | | 1h 38m | | 11.5 | 15.6 |
| 9185 | Geico | 6495022202 | Truck 216 2019 Ram 4500 (red) | 7/20/2022 7:27 PM | 7/20/2022 7:27 PM | 7/20/2022 7:26 PM | $134.80 | 42m | 21m | | | 27.4 | 4.8 |
| 9155 | Geico | 556557675 | Truck 216 2019 Ram 4500 (red) | 7/21/2022 11:41 AM | 7/21/2022 12:19 PM | 7/21/2022 1:29 PM | $130.35 | 25m | 45m | 1h 15m | | 20.1 | 4 |
| 9197 | Agero | 6138072202 | Truck 216 2019 Ram 4500 (red) | 7/21/2022 1:35 PM | 7/21/2022 1:53 PM | 7/21/2022 6:30 PM | $610.25 | 40m | | 4h 37m | | 9.7 | 104 |
| 9209 | Geico | 6139012202 | Truck 216 2019 Ram 4500 (red) | 7/21/2022 7:34 PM | 7/21/2022 7:45 PM | 7/21/2022 9:03 PM | $93.40 | 24m | | | | 26.7 | 0 |
| 9210 | Geico | | Truck 216 2019 Ram 4500 (red) | 7/21/2022 8:04 PM | 7/21/2022 8:40 PM | 7/21/2022 10:45 PM | $75.20 | 1h 34m | 0m | 29.5m | | 17.6 | 0 |
| 9230 | Geico | | Truck 216 2019 Ram 4500 (red) | 7/21/2022 11:12 PM | 7/21/2022 10:45 PM | 7/21/2022 11:13 PM | $75.20 | 24m | 0m | 1h 5m | | 9.9 | 0 |
| 9230 | Geico | 6124722202 | Truck 216 2019 Ram 4500 (red) | 7/22/2022 2:51 PM | 7/22/2022 2:52 PM | 7/22/2022 3:38 PM | $59.80 | 41m | 0m | 1h 5m | | 3.7 | 0 |
| 9233 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 7/22/2022 5:00 PM | 7/22/2022 5:14 PM | 7/22/2022 6:19 PM | $107.00 | 31m | 0m | 1h 5m | | 3.3 | 0 |
| 9237 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 7/22/2022 7:14 PM | 7/22/2022 7:21 PM | 7/22/2022 8:09 PM | $125.00 | 1h 5m | 0m | 1h 5m | | 0 | 0 |
| 9239 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 7/22/2022 7:35 PM | 7/22/2022 8:13 PM | 7/22/2022 8:13 PM | $140.00 | 1h 27m | 0m | 1h 5m | | 0 | 10 |
| 9240 | Allstate (Braselton) | 1051578823 | Truck 216 2019 Ram 4500 (red) | 7/22/2022 8:13 PM | 7/22/2022 10:14 PM | 7/22/2022 10:06 PM | $63.70 | 26m | 0m | 1h 5m | | 28.2 | 0 |
| 9242 | Geico | 6156162203 | Truck 216 2019 Ram 4500 (red) | 7/22/2022 10:13 PM | 7/22/2022 10:14 PM | 7/22/2022 11:06 PM | $87.00 | 18m | 0m | 52m | | 23.5 | 0 |
| 9232 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 7/25/2022 11:56 AM | 7/25/2022 12:25 PM | 7/25/2022 1:47 PM | $175.00 | 13m | 44m | 1h 22m | | 0 | 0 |
| 9295 | Allstate | 1051559975 | Truck 216 2019 Ram 4500 (red) | 7/25/2022 1:20 PM | 7/25/2022 1:48 PM | 7/25/2022 5:38 PM | $195.10 | 48m | 26m | 39.50m | | 30.8 | 0 |
| 9306 | Geico | 1051596972 | Truck 216 2019 Ram 4500 (red) | 7/25/2022 6:47 PM | 7/25/2022 6:51 PM | 7/25/2022 9:19 PM | $95.35 | 26m | 58m | 2h 28m | | 18 | 0 |
| 9316 | Allstate | 6607022208 | Truck 216 2019 Ram 4500 (red) | 7/26/2022 12:11 PM | 7/26/2022 12:35 PM | 7/26/2022 2:21 PM | $118.20 | 29m | 56m | 1h 46m | | 14.9 | 0 |
| 9313 | Geico | 6103862208 | Truck 216 2019 Ram 4500 (red) | 7/26/2022 3:43 PM | 7/26/2022 3:46 PM | 7/26/2022 4:57 PM | $99.80 | 56m | 16m | 1h 11m | | 9.8 | 0 |
| 9320 | Geico | 6376122207 | Truck 216 2019 Ram 4500 (red) | 7/26/2022 6:55 PM | 7/26/2022 7:06 PM | 7/26/2022 8:46 PM | $257.50 | 12m | 11m | 1h 40m | | 14.9 | 0 |
| 9317 | Allstate | 6102862207 | Truck 216 2019 Ram 4500 (red) | 7/27/2022 12:14 PM | 7/27/2022 12:22 PM | 7/27/2022 1:18 PM | $108.55 | 20m | 28m | 1h 17m | | 16 | 0 |
| 9316 | Allstate | 1051505906 | Truck 216 2019 Ram 4500 (red) | 7/27/2022 1:14 PM | 7/27/2022 2:52 PM | 7/27/2022 2:52 PM | $113.10 | 11m | 8m | 56m | | 46 | 0 |
| 9341 | Geico | 1051511190 | Truck 216 2019 Ram 4500 (red) | 7/27/2022 4:12 PM | 7/27/2022 4:20 PM | 7/27/2022 5:40 PM | $272.60 | 11m | 22m | 1h 33m | | 7 | 16.9 |
| 9344 | Geico | 1051613908 | Truck 216 2019 Ram 4500 (red) | 7/27/2022 5:19 PM | 7/27/2022 5:40 PM | 7/27/2022 7:21 PM | $560.60 | 1m | 12m | 1h 41m | | 10.7 | 8.9 |
| 9346 | Allstate (Braselton) | 1051551759 | Truck 216 2019 Ram 4500 (red) | 7/27/2022 7:12 PM | 7/27/2022 7:22 PM | 7/27/2022 8:53 PM | $109.80 | 1h 26m | 25m | 1h 31m | | 21.4 | 4.6 |
| 9351 | Geico | 1051445759 | Truck 216 2019 Ram 4500 (red) | 7/27/2022 9:39 PM | 7/27/2022 9:44 PM | 7/27/2022 11:13 PM | $68.50 | 55m | 11m | 1h 31m | | 14.9 | 1.5 |
| 9362 | Allstate | 6455622200 | Truck 216 2019 Ram 4500 (red) | 7/28/2022 11:22 AM | 7/28/2022 12:07 PM | 7/28/2022 11:04 PM | $94.90 | 52m | 26m | 1h 3m | | 13.9 | 5.4 |
| 9370 | Geico | 6115702209 | Truck 216 2019 Ram 4500 (red) | 7/28/2022 5:41 PM | 7/28/2022 5:53 PM | 7/28/2022 6:37 PM | $108.40 | 52m | 9m | 17m | | 13.3 | 12.1 |

| User | Call # | Invoice # | Total Calls | Account | Total Invoiced | PO # | Avg Invoice | Truck | Dispatched | Enroute | On Scene | Towing | Completed | Invoice Total | Enroute | On Scene | Loaded | Towing | Total Time | Total Miles | Unloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9372 | | | Geico | | G112652210 | | Truck 216 2019 Ram 4500 (red) | 7/28/2022 7:09 PM | 7/28/2022 7:15 PM | 7/28/2022 7:43 PM | 7/28/2022 7:44 PM | 7/28/2022 7:49 PM | $135.00 | 6m | 28m | 0m | 34m | | 0 | | 9 |
| | 9385 | | | (No Account Specified) | | | | Truck 216 2019 Ram 4500 (red) | 7/29/2022 12:57 PM | 7/29/2022 2:38 PM | 7/29/2022 2:43 PM | 7/29/2022 2:59 PM | 7/29/2022 3:59 PM | $160.00 | 49m | 43m | | 1h 32m | | 0 | | 0 |
| | 9387 | | | (No Account Specified) | | | | Truck 216 2019 Ram 4500 (red) | 7/29/2022 2:41 PM | 7/29/2022 2:42 PM | 7/29/2022 2:50 PM | 7/29/2022 3:16 PM | 7/29/2022 3:53 PM | $160.00 | 34m | 1m | | 1h 32m | | 0 | | 0 |
| | 9390 | | | Geico | | G112652210 | | Truck 216 2019 Ram 4500 (red) | 7/29/2022 5:32 PM | 7/29/2022 5:56 PM | 7/29/2022 7:00 PM | | 7/29/2022 7:00 PM | $135.60 | 42m | 40m | | 1h 4m | | 15.2 | | 13.4 |
| | 9397 | | | Geico | | G263232211 | | Truck 216 2019 Ram 4500 (red) | 7/30/2022 10:05 AM | 7/30/2022 10:25 AM | 7/30/2022 11:23 AM | | 7/30/2022 11:23 AM | $139.60 | 24m | 7m | | 1h 4m | | 29.8 | | 3.8 |
| | 9398 | | | Tesla [199427-30680] | | 789770 | | Truck 216 2019 Ram 4500 (red) | 7/30/2022 10:31 AM | 7/30/2022 1:03 PM | 7/30/2022 1:03 PM | | 7/30/2022 1:03 PM | $166.25 | 38m | 13m | | 1h 39m | | 22.5 | | 17.5 |
| | 9400 | | | Allstate | | 1051638562 | | Truck 216 2019 Ram 4500 (red) | 7/30/2022 2:56 PM | 7/30/2022 2:57 PM | 7/30/2022 4:02 PM | | 7/30/2022 4:02 PM | $555.00 | 36m | 22m | | 1h 55m | | 5.7 | | |
| | 9401 | | | (No Account Specified) | | 1051638602 | | Truck 216 2019 Ram 4500 (red) | 7/30/2022 4:03 PM | 7/30/2022 4:35 PM | 7/30/2022 5:38 PM | | 7/30/2022 5:38 PM | $568.20 | 43m | 24m | | 1h 13m | | 11.1 | | 7.2 |
| | 9426 | | | Geico | | G310622213 | | Truck 216 2019 Ram 4500 (red) | 7/31/2022 9:57 AM | 7/31/2022 12:03 PM | 7/31/2022 12:07 PM | | 7/31/2022 12:07 PM | $320.80 | 36m | 6m | | 1h 4m | | 20.4 | | 3.5 |
| | 9427 | | | Geico | | G954122212 | | Truck 216 2019 Ram 4500 (red) | 8/1/2022 9:58 AM | 8/1/2022 1:08 PM | 8/1/2022 3:03 PM | | 8/1/2022 3:03 PM | $141.70 | 55m | 22m | | 1h 55m | | 17.6 | | 5.5 |
| | 9438 | | | Geico | | G114992213 | | Truck 216 2019 Ram 4500 (red) | 8/1/2022 2:05 PM | 8/1/2022 2:55 PM | 8/1/2022 3:50 PM | | 8/1/2022 3:50 PM | $107.40 | 32m | 33m | | 45m | | 13.7 | | 3.7 |
| | 9442 | | | Geico | | G145312213 | | Truck 216 2019 Ram 4500 (red) | 8/1/2022 6:12 PM | 8/1/2022 6:14 PM | 8/1/2022 8:52 PM | | 8/1/2022 8:52 PM | $144.40 | 37m | 6m | | 1h 45m | | 19.4 | | 4.5 |
| | 9445 | | | Geico | | G168802213 | | Truck 216 2019 Ram 4500 (red) | 8/1/2022 2:54 PM | 8/1/2022 2:55 PM | 8/1/2022 9:32 PM | | 8/1/2022 9:32 PM | $109.60 | 10m | 24m | | 1h 37m | | 14.8 | | 2.9 |
| | 9460 | | | Geico | | G898722214 | | Truck 216 2019 Ram 4500 (red) | 8/2/2022 2:45 PM | 8/2/2022 2:55 PM | 8/2/2022 4:26 PM | | 8/2/2022 4:26 PM | $118.80 | 21m | 6m | | 1h 20m | | 19.9 | | 3.7 |
| | 9462 | | | Geico | | G963622214 | | Truck 216 2019 Ram 4500 (red) | 8/2/2022 4:55 PM | 8/2/2022 4:15 PM | 8/2/2022 7:30 PM | | 8/2/2022 7:30 PM | $135.40 | 32m | 22m | | 1h 55m | | 12 | | 21.8 |
| | 9467 | | | Geico | | | | Truck 216 2019 Ram 4500 (red) | 8/2/2022 4:15 PM | 8/2/2022 4:15 PM | 8/2/2022 3:50 PM | | 8/2/2022 3:50 PM | $140.00 | 41m | 33m | | 45m | | 10 | | |
| | 9468 | | | Geico | | G155162214 | | Truck 216 2019 Ram 4500 (red) | 8/2/2022 6:13 PM | 8/2/2022 7:25 PM | 8/2/2022 9:14 PM | | 8/2/2022 9:14 PM | $224.20 | 2h 34m | 0m | | 2h 2m | | 38.6 | | 24 |
| | 9478 | | | (No Account Specified) | | | | Truck 216 2019 Ram 4500 (red) | 8/2/2022 3:18 PM | 8/2/2022 3:24 PM | 8/2/2022 11:14 PM | | 8/2/2022 11:14 PM | $135.00 | 50m | 9m | | 1h 50m | | 0 | | 0 |
| | 9482 | | | Allstate (Braxtton) | | 1051669590 | | Truck 216 2019 Ram 4500 (red) | 8/3/2022 4:11 PM | 8/3/2022 4:54 PM | 8/3/2022 5:50 PM | | 8/3/2022 5:50 PM | $218.75 | 43m | 8m | | 1h 37m | | 18.8 | | 5.1 |
| | 9487 | | | Tesla [199427-30680] | | 744374 | | Truck 216 2019 Ram 4500 (red) | 8/3/2022 12:23 PM | 8/3/2022 12:25 PM | 8/3/2022 1:49 PM | | 8/3/2022 1:49 PM | $238.65 | 20m | 21m | | 2h 24m | | 29.7 | | 22.9 |
| | 9488 | | | (No Account Specified) | | 744794 | | Truck 216 2019 Ram 4500 (red) | 8/3/2022 1:28 PM | 8/3/2022 4:48 PM | 8/3/2022 4:48 PM | | 8/3/2022 4:48 PM | $231.60 | 1h 8m | 16m | | 1h 55m | | 12.6 | | 29.5 |
| | 9498 | | | Tesla [199427-30680] | | 1051679315 | | Truck 216 2019 Ram 4500 (red) | 8/3/2022 7:12 PM | 8/3/2022 7:16 PM | 8/3/2022 11:15 PM | | 8/3/2022 11:15 PM | $124.30 | 1h 40m | 16m | | 3h 39m | | 19.6 | | 14 |
| | 9511 | | | Allstate | | 1051681028 | | Truck 216 2019 Ram 4500 (red) | 8/4/2022 12:25 PM | 8/4/2022 12:33 PM | 8/4/2022 1:38 PM | | 8/4/2022 1:38 PM | $380.20 | 21m | 28m | | 1h 57m | | 18.4 | | 3.6 |
| | 9515 | | | Allstate | | 1051682096 | | Truck 216 2019 Ram 4500 (red) | 8/4/2022 2:10 PM | 8/4/2022 2:23 PM | 8/4/2022 4:20 PM | | 8/4/2022 4:20 PM | $73.00 | 21m | 21m | | 1h 57m | | 16 | | 2.5 |
| | 9517 | | | Allstate | | G110842216 | | Truck 216 2019 Ram 4500 (red) | 8/4/2022 4:13 PM | 8/4/2022 4:38 PM | 8/4/2022 5:10 PM | | 8/4/2022 5:10 PM | $78.00 | 55m | 55m | | 1h 57m | | 0 | | 2.5 |
| | 9522 | | | Allstate | | G488322217 | | Truck 216 2019 Ram 4500 (red) | 8/4/2022 5:32 PM | 8/4/2022 7:26 PM | 8/4/2022 7:26 PM | | 8/4/2022 7:26 PM | $73.00 | 0m | 11m | | 42m | | 19.1 | | |
| | 9537 | | | Geico | | G742322217 | | Truck 216 2019 Ram 4500 (red) | 8/5/2022 11:21 AM | 8/5/2022 12:11 PM | 8/5/2022 2:29 PM | | 8/5/2022 2:29 PM | $146.60 | 31m | 49m | | 1h 15m | | 21 | | |
| | 9540 | | | Geico | | G117532217 | | Truck 216 2019 Ram 4500 (red) | 8/5/2022 1:53 PM | 8/5/2022 2:29 PM | 8/5/2022 2:29 PM | | 8/5/2022 2:29 PM | $184.60 | 14m | 0m | | 2h 15m | | 23.7 | | 30.4 |
| | 9542 | | | Geico | | G123642217 | | Truck 216 2019 Ram 4500 (red) | 8/5/2022 6:21 PM | 8/5/2022 6:10 PM | 8/5/2022 4:46 PM | | 8/5/2022 4:46 PM | $184.10 | 50m | 0m | | 2h 17m | | 11.5 | | 21.2 |
| | 9549 | | | Geico | | | | Truck 216 2019 Ram 4500 (red) | 8/5/2022 10:27 PM | 8/5/2022 10:27 PM | 8/5/2022 10:27 PM | | 8/5/2022 10:27 PM | $337.60 | 1h 28m | 0m | | 2h 17m | | 10.3 | | 19.9 |
| | 9551 | | | Geico | | 1051710353 | | Truck 216 2019 Ram 4500 (red) | 8/8/2022 11:14 AM | 8/8/2022 12:09 PM | 8/8/2022 1:19 PM | | 8/8/2022 1:19 PM | $168.40 | 4m | 21m | | 1h 59m | | 13.2 | | |
| | 9551 | | | (No Account Specified) | | 1051722217 | | Truck 216 2019 Ram 4500 (red) | 8/8/2022 11:46 AM | 8/8/2022 11:46 AM | 8/8/2022 1:19 PM | | 8/8/2022 1:19 PM | $185.00 | 15m | 15m | | 1h 10m | | 0 | | 3.7 |
| | 9597 | | | Allstate | | G816722220 | | Truck 216 2019 Ram 4500 (red) | 8/8/2022 1:12 PM | 8/8/2022 1:26 PM | 8/8/2022 2:29 PM | | 8/8/2022 2:29 PM | $555.00 | 46m | 10m | | 1h 3m | | 19.9 | | 2.2 |
| | 9605 | | | Allstate | | 1051715520 | | Truck 216 2019 Ram 4500 (red) | 8/8/2022 2:23 PM | 8/8/2022 2:50 PM | 8/8/2022 3:15 PM | | 8/8/2022 3:15 PM | $57.60 | 7m | 5m | | 25m | | 8.6 | | |
| | 9607 | | | Geico | | G149322220 | | Truck 216 2019 Ram 4500 (red) | 8/8/2022 3:16 PM | 8/8/2022 3:16 PM | 8/8/2022 4:31 PM | | 8/8/2022 4:31 PM | $515.00 | 9m | 40m | | 1h 15m | | 24.3 | | 0 |
| | 9612 | | | Allstate (Braxtton) | | G156072220 | | Truck 216 2019 Ram 4500 (red) | 8/8/2022 2:56 PM | 8/8/2022 3:16 PM | 8/8/2022 7:43 PM | | 8/8/2022 7:43 PM | $84.40 | 11m | 17m | | 1h 32m | | 19.7 | | 3.1 |
| | 9613 | | | Geico | | G156072220 | | Truck 216 2019 Ram 4500 (red) | 8/8/2022 6:21 PM | 8/8/2022 6:12 PM | 8/8/2022 9:16 PM | | 8/8/2022 9:16 PM | $114.30 | 43m | 7m | | 1h 32m | | 21 | | 14.1 |

| User (Call #) | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Avg Miles (Unloaded) | Avg Miles (Loaded) |
|---|---|---|---|---|---|---|---|---|---|
| 9616 | Geico | G182552220 | Truck 216 2019 Ram 4500 (red) | 8/8/2022 9:47 PM | 8/8/2022 10:00 PM | 8/8/2022 11:49 PM | $174.90 | 17.3 | 25.1 |
| 9623 | Allstate | 10517 18214 | Truck 216 2019 Ram 4500 (red) | 8/9/2022 10:29 AM | 8/9/2022 12:07 PM | 8/9/2022 1:57 PM | $124.30 | 10.3 | 20.2 |
| 9636 | Geico | G732932221 | Truck 216 2019 Ram 4500 (red) | 8/9/2022 1:54 PM | 8/9/2022 2:26 PM | 8/9/2022 3:10 PM | $70.60 | 15.3 | 0 |
| 9639 | Geico | G907222221 | Truck 216 2019 Ram 4500 (red) | 8/9/2022 3:10 PM | 8/9/2022 3:14 PM | 8/9/2022 4:15 PM | $52.00 | 6 | 0 |
| 9642 | Geico | G122332221 | Truck 216 2019 Ram 4500 (red) | 8/9/2022 3:54 PM | 8/9/2022 8:06 PM | 8/9/2022 9:09 PM | $124.60 | 22.3 | 2.6 |
| 9646 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 8/9/2022 9:54 PM | 8/9/2022 10:52 PM | | $140.00 | 0 | 10 |
| 9655 | Geico | G345622222 | Truck 216 2019 Ram 4500 (red) | 8/10/2022 11:21 AM | 8/10/2022 12:07 PM | 8/10/2022 1:21 PM | $197.90 | 27 | 41.3 |
| 9660 | Geico | G713322222 | Truck 216 2019 Ram 4500 (red) | 8/10/2022 1:27 PM | 8/10/2022 1:41 PM | 8/10/2022 3:46 PM | $104.60 | 11.7 | 5.4 |
| 9661 | Allstate | 10517 30238 | Truck 216 2019 Ram 4500 (red) | 8/10/2022 2:03 PM | 8/10/2022 2:47 PM | 8/10/2022 5:34 PM | $211.16 | 7.4 | 32.2 |
| 9669 | Geico | 10517 32562 | Truck 216 2019 Ram 4500 (red) | 8/10/2022 2:44 PM | 8/10/2022 5:34 PM | 8/10/2022 7:50 PM | $77.05 | 9.9 | 9.9 |
| 9686 | Geico | G872722223 | Truck 216 2019 Ram 4500 (red) | 8/10/2022 8:47 PM | 8/10/2022 8:48 PM | 8/10/2022 5:34 PM | $204.44 | 26.2 | 26.5 |
| 9674 | Geico | G145622222 | Truck 216 2019 Ram 4500 (red) | 8/11/2022 6:38 PM | 8/11/2022 6:51 PM | 8/11/2022 8:25 PM | $147.60 | 9.2 | 15.6 |
| 9673 | Allstate (Braelton) | 10517 32914 | Truck 216 2019 Ram 4500 (red) | 8/11/2022 2:41 PM | 8/11/2022 2:51 PM | 8/11/2022 3:53 PM | $124.20 | 13.2 | 1 |
| 9652 | Geico | G133312223 | Truck 216 2019 Ram 4500 (red) | 8/10/2022 8:48 PM | 8/10/2022 8:25 PM | 8/11/2022 8:25 PM | $130.20 | 0.6 | 0.6 |
| 9697 | Geico | 10517 46520 | Truck 216 2019 Ram 4500 (red) | 8/11/2022 7:13 PM | 8/11/2022 9:31 PM | 8/11/2022 9:31 PM | $108.40 | 16.4 | 16.6 |
| 9704 | Allstate | G582822224 | Truck 216 2019 Ram 4500 (red) | 8/11/2022 11:25 AM | 8/11/2022 11:27 AM | 8/11/2022 11:20 AM | $547.60 | 17.4 | 17.4 |
| 9708 | Geico | G140192223 | Truck 216 2019 Ram 4500 (red) | 8/12/2022 12:06 PM | 8/12/2022 12:08 PM | 8/12/2022 1:27 PM | $117.10 | 17 | 0 |
| 9712 | Geico | G989852224 | Truck 216 2019 Ram 4500 (red) | 8/12/2022 2:43 PM | 8/12/2022 2:49 PM | 8/12/2022 2:03 PM | $64.00 | 13.9 | 0 |
| 9716 | Geico | G106702224 | Truck 216 2019 Ram 4500 (red) | 8/12/2022 3:42 PM | 8/12/2022 4:10 PM | 8/12/2022 4:09 PM | $67.80 | 15.4 | 8.9 |
| 9717 | Geico | 10517 50926 | Truck 216 2019 Ram 4500 (red) | 8/12/2022 4:27 PM | 8/12/2022 7:39 PM | 8/12/2022 5:40 PM | $54.40 | 11.7 | 0 |
| 9721 | Geico | G133662224 | Truck 216 2019 Ram 4500 (red) | 8/12/2022 6:30 PM | 8/12/2022 7:40 PM | 8/12/2022 7:39 PM | $122.50 | 5.7 | 9.6 |
| 9722 | Geico | G133662224 | Truck 216 2019 Ram 4500 (red) | 8/12/2022 7:50 PM | 8/12/2022 8:27 PM | 8/12/2022 9:58 PM | $75.70 | 26.3 | 17.1 |
| 9778 | Allstate | 10517 28745 | Truck 216 2019 Ram 4500 (red) | 8/15/2022 11:24 AM | 8/15/2022 12:18 PM | 8/15/2022 11:44 PM | $178.10 | 18.1 | 9.1 |
| 9782 | Allstate | | Truck 216 2019 Ram 4500 (red) | 8/15/2022 1:45 PM | 8/15/2022 1:48 PM | 8/15/2022 1:38 PM | $97.75 | 7 | 0 |
| 9790 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 8/15/2022 2:48 PM | 8/15/2022 2:59 PM | 8/15/2022 3:31 PM | $225.00 | 6.7 | 0 |
| 9810 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 8/16/2022 11:51 AM | 8/16/2022 12:09 PM | 8/16/2022 12:45 PM | $100.30 | 5 | 0 |
| 9812 | Allstate | 10517 79281 | Truck 216 2019 Ram 4500 (red) | 8/16/2022 4:07 PM | 8/16/2022 4:26 PM | 8/16/2022 2:28 PM | $126.40 | 13.7 | 12.6 |
| 9823 | Geico | 10517 80383 | Truck 216 2019 Ram 4500 (red) | 8/16/2022 6:14 PM | 8/16/2022 6:16 PM | 8/16/2022 6:02 PM | $112.30 | 22.7 | 1.4 |
| 9827 | Geico | G104142228 | Truck 216 2019 Ram 4500 (red) | 8/16/2022 12:20 PM | 8/17/2022 12:37 PM | 8/16/2022 11:01 PM | $112.30 | 8.5 | 10.1 |
| 9846 | (No Account Specified) | G126632228 | Truck 216 2019 Ram 4500 (red) | 8/18/2022 10:46 AM | 8/18/2022 12:03 PM | 8/17/2022 12:37 PM | $195.90 | 10.6 | 29.8 |
| 9852 | Geico | 10517 89020 | Truck 216 2019 Ram 4500 (red) | 8/17/2022 3:35 PM | 8/17/2022 4:01 PM | 8/18/2022 1:32 PM | $135.00 | 0 | 0 |
| 9853 | Geico | G899622229 | Truck 216 2019 Ram 4500 (red) | 8/17/2022 8:22 PM | 8/17/2022 8:42 PM | 8/17/2022 5:44 PM | $92.00 | 6 | 2.6 |
| 9856 | Allstate | 10517 93696 | Truck 216 2019 Ram 4500 (red) | 8/17/2022 6:06 PM | 8/18/2022 6:20 PM | 8/17/2022 9:27 PM | $54.00 | 28 | 0 |
| 9894 | Allstate | G118682228 | Truck 216 2019 Ram 4500 (red) | 8/18/2022 2:06 PM | 8/18/2022 8:24 PM | 8/18/2022 8:24 PM | $112.30 | 8.8 | 9.9 |
| 9837 | Geico | G130512220 | Truck 216 2019 Ram 4500 (red) | 8/18/2022 7:13 PM | 8/18/2022 7:44 PM | 8/18/2022 9:44 PM | $115.20 | 17.6 | 0 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Towing | Completed | Invoice Total | Enroute | Unloaded | On Scene | Loaded | Towing | Total Time | Total Miles | Avg Miles Unloaded | Avg Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9892 | Allstate | 1051609285 | Truck 216 2019 Ram 4500 (red) | 8/19/2022 11:06 AM | 8/19/2022 12:11 PM | 8/19/2022 1:38 PM | | $184.08 | 20m | 10m | 57m | | | 2h 12m | 2.2 | 28.6 | |
| 9899 | Allstate | 1051807618 | Truck 216 2019 Ram 4500 (red) | 8/19/2022 1:25 PM | 8/19/2022 1:38 PM | 8/19/2022 3:54 PM | | $117.55 | 42m | 16m | 45m | | 1h 2m | 1h 22m | 15.7 | | |
| 9891 | Allstate | 1051808520 | Truck 216 2019 Ram 4500 (red) | 8/19/2022 2:01 PM | 8/19/2022 3:12 PM | 8/19/2022 5:02 PM | | $69.40 | 49m | 16m | 45m | | 29m | 1h 55m | 1.6 | | |
| 9908 | Geico | 0108572211 | Truck 216 2019 Ram 4500 (red) | 8/19/2022 4:59 PM | 8/19/2022 5:03 PM | 8/19/2022 7:33 PM | | $178.10 | 1h 18m | 11m | 16m | | 1h 27m | 2h 30m | 25.9 | | |
| 9911 | Geico | G1284622231 | Truck 216 2019 Ram 4500 (red) | 8/19/2022 6:47 PM | 8/19/2022 7:34 PM | 8/19/2022 9:11 PM | | $56.40 | 1h 14m | 23m | 0m | | 1h 37m | 2h 30m | 17.7 | | |
| 9948 | Geico | 1051834171 | Truck 216 2019 Ram 4500 (red) | 8/21/2022 3:03 PM | 8/22/2022 5:05 PM | 8/22/2022 7:01 PM | | $95.65 | 1h 0m | 14m | 42m | | 1h 37m | | 10.7 | | |
| 9969 | Allstate (Braeilon) | 1051841688 | Truck 216 2019 Ram 4500 (red) | 8/22/2022 3:44 PM | 8/23/2022 3:44 PM | 8/23/2022 6:23 PM | | $148.15 | 46m | 23m | 9m | | 1h 44m | 2h 39m | 7.7 | 18.6 | |
| 9976 | (No Account Specified) | G560122236 | Truck 216 2019 Ram 4500 (red) | 8/23/2022 8:55 PM | 8/23/2022 9:03 PM | 8/23/2022 9:52 PM | | $0.00 | 18m | 31m | 0m | | 48m | 49m | 0 | | |
| 9985 | Geico | G573222236 | Truck 216 2019 Ram 4500 (red) | 8/24/2022 12:40 PM | 8/24/2022 1:26 PM | 8/24/2022 2:48 PM | | $60.80 | 26m | 9m | 47m | | 1h 22m | | 7.8 | 23.4 | |
| 9986 | Geico | G807522236 | Truck 216 2019 Ram 4500 (red) | 8/24/2022 12:40 PM | 8/24/2022 12:41 PM | 8/24/2022 1:10 PM | | $50.80 | 29m | 0m | 0m | | 29m | | 10.4 | 0 | |
| 9990 | Geico | G573222236 | Truck 216 2019 Ram 4500 (red) | 8/24/2022 2:27 PM | 8/24/2022 3:01 PM | 8/24/2022 4:17 PM | | $46.00 | 1h 1m | 6m | 10m | | 1h 27m | | 0 | 8 | |
| 9952 | Allstate | 1051852247 | Truck 216 2019 Ram 4500 (red) | 8/24/2022 4:59 PM | 8/24/2022 5:05 PM | 8/24/2022 6:31 PM | | $991.00 | 17m | 52m | 17m | | 1h 26m | | 14.8 | 0 | |
| 10005 | Allstate | 1051858694 | Truck 216 2019 Ram 4500 (red) | 8/25/2022 1:22 PM | 8/25/2022 1:27 PM | 8/25/2022 2:23 PM | | $81.70 | 46m | 10m | 0m | | 56m | | 18.9 | | |
| 10006 | Allstate | 1051855586 | Truck 216 2019 Ram 4500 (red) | 8/25/2022 1:44 PM | 8/25/2022 2:24 PM | 8/25/2022 4:16 PM | | $58.00 | 56m | 18m | 38m | | 1h 52m | | 11 | | |
| 10010 | Geico | 1051855586 | Truck 216 2019 Ram 4500 (red) | 8/25/2022 5:48 PM | 8/25/2022 6:31 PM | 8/25/2022 8:57 PM | | $125.90 | 48m | 10m | 50m | | 2h 26m | | 26.3 | | |
| 10016 | Geico | G146322237 | Truck 216 2019 Ram 4500 (red) | 8/26/2022 3:16 PM | 8/26/2022 3:18 PM | 8/26/2022 4:52 PM | | $91.40 | 32m | 42m | 11m | | 1h 25m | | 4.1 | | |
| 10033 | Allstate | G151222238 | Truck 216 2019 Ram 4500 (red) | 8/25/2022 10:07 PM | 8/25/2022 10:12 PM | 8/25/2022 11:37 PM | | $55.80 | 14m | 7m | 44m | | 1h 5m | | 4.3 | | |
| 10036 | Geico | G151222238 | Truck 216 2019 Ram 4500 (red) | 8/24/2022 11:02 AM | 8/26/2022 12:08 PM | 8/26/2022 1:13 PM | | $129.70 | 44m | 15m | 17m | | 1h 16m | | 10.4 | | |
| 10042 | Geico | G893322238 | Truck 216 2019 Ram 4500 (red) | 8/26/2022 11:49 AM | 8/26/2022 1:14 PM | 8/26/2022 2:30 PM | | $70.20 | 38m | 15m | 23m | | 1h 16m | | 4 | | |
| 10044 | Geico | G127802238 | Truck 216 2019 Ram 4500 (red) | 8/26/2022 6:50 PM | 8/26/2022 7:17 PM | 8/26/2022 9:19 PM | | $61.00 | 44m | 23m | 55m | | 2h 20m | | 13 | | |
| 10049 | Geico | G159722228 | Truck 216 2019 Ram 4500 (red) | 8/26/2022 7:53 PM | 8/26/2022 9:20 PM | 8/26/2022 9:45 PM | | $79.80 | 17m | 8m | 0m | | 25m | | 1 | 22.4 | |
| 10091 | (No Account Specified) | G193122242 | Truck 216 2019 Ram 4500 (red) | 8/29/2022 11:22 AM | 8/29/2022 12:06 PM | 8/29/2022 12:44 PM | | $110.00 | 15m | 23m | 0m | | 38m | | 0 | | |
| 10098 | Allstate | 1051891798 | Truck 216 2019 Ram 4500 (red) | 8/29/2022 3:07 PM | 8/29/2022 3:28 PM | 8/29/2022 6:07 PM | | $307.00 | 47m | 10m | 1h 42m | | 2h 39m | | 21.4 | | |
| 10099 | Allstate (Braeilon) | 1051892246 | Truck 216 2019 Ram 4500 (red) | 8/29/2022 6:03 PM | 8/29/2022 6:08 PM | 8/29/2022 9:30 PM | | $198.10 | 1h 58m | 55m | 1h 37m | | 3h 32m | | 53.4 | | |
| 10100 | Geico | 1051895725 | Truck 216 2019 Ram 4500 (red) | 8/29/2022 11:01 PM | 8/29/2022 11:22 PM | 8/30/2022 12:01 AM | | $23.10 | 29m | 0m | 0m | | 39m | | 35 | | |
| 10107 | Allstate | 1051898134 | Truck 216 2019 Ram 4500 (red) | 8/30/2022 10:59 AM | 8/30/2022 11:36 AM | 8/30/2022 12:40 PM | | $67.60 | 26m | 30m | 0m | | 1h 4m | | 17.7 | | |
| 10116 | Allstate | 1051898134 | Truck 216 2019 Ram 4500 (red) | 8/30/2022 2:06 PM | 8/30/2022 2:13 PM | 8/30/2022 5:13 PM | | $290.00 | 59m | 1h 7m | 54m | | 3h 0m | | 14.2 | 4.6 | |
| 10118 | Allstate | G151692233 | Truck 216 2019 Ram 4500 (red) | 8/30/2022 4:18 PM | 8/30/2022 5:14 PM | 8/30/2022 7:44 PM | | $55.50 | 1h 7m | 54m | 0m | | 2h 30m | | 0 | 12.8 | |
| 10120 | Geico | G939122242 | Truck 216 2019 Ram 4500 (red) | 8/30/2022 6:55 PM | 8/30/2022 7:45 PM | 8/30/2022 11:07 PM | | $571.20 | 50m | 0m | 1h 38m | | 2h 30m | | 20.6 | | |
| 10127 | Geico | G331652242 | Truck 216 2019 Ram 4500 (red) | 8/30/2022 8:38 PM | 8/30/2022 8:56 PM | 8/30/2022 11:07 PM | | $339.25 | 24m | 10m | 1h 37m | | 3h 10m | | 20.6 | | |
| 10130 | Geico | 1051804294 | Truck 216 2019 Ram 4500 (red) | 8/31/2022 11:05 AM | 8/31/2022 12:21 PM | 8/31/2022 1:18 PM | | $54.40 | 33m | 24m | 0m | | 57m | | 15.3 | 49.6 | |
| 10142 | Geico | G409722243 | Truck 216 2019 Ram 4500 (red) | 8/31/2022 3:10 PM | 8/31/2022 3:45 PM | 8/31/2022 4:27 PM | | $12.90 | 25m | 17m | 0m | | 42m | | 12.2 | | |
| 10146 | Allstate | 1051910520 | Truck 216 2019 Ram 4500 (red) | 8/31/2022 4:53 PM | 8/31/2022 4:33 PM | 8/31/2022 7:00 PM | | $547.40 | 0m | 24m | 0m | | 2h 27m | | 14.3 | | |
| 10148 | Allstate | G103722243 | Truck 216 2019 Ram 4500 (red) | 8/31/2022 7:26 PM | 8/31/2022 7:26 PM | 8/31/2022 7:00 PM | | $71.20 | 0m | 0m | 1h 38m | | 2h 27m | | 21.7 | 28 | |
| 10154 | Geico | G133802243 | Truck 216 2019 Ram 4500 (red) | 8/31/2022 7:25 PM | 8/31/2022 9:00 PM | 8/31/2022 9:00 PM | | $46.40 | 1h 15m | 19m | 0m | | 1h 34m | | 20.6 | 0 | |
| 10155 | Geico | G143402243 | Truck 216 2019 Ram 4500 (red) | 8/31/2022 8:30 PM | 8/31/2022 9:00 PM | 8/31/2022 9:56 PM | | | 56m | 0m | 0m | | 56m | | 8.2 | 0 | |

Towbook - › Reports

| User / Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Miles Uncloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10157 | Geico | G1488232243 | Truck 216 2019 Ram 4500 (red) | 8/31/2022 9:18 PM | 8/31/2022 9:56 PM | 8/31/2022 10:40 PM | $79.20 | 18m | 26m | 44m | 22.1 | 0.6 |
| 10158 | Geico | G1503232243 | Truck 216 2019 Ram 4500 (red) | 8/31/2022 10:00 PM | 9/1/2022 8:36 AM | 9/1/2022 10:40 PM | $559.00 | 1h 7m | 8h 49m | 90.5m | 14.5 | 0 |
| 10172 | Geico | G1236322244 | Truck 216 2019 Ram 4500 (red) | 9/1/2022 5:49 PM | 9/1/2022 6:09 PM | 9/1/2022 8:24 PM | $563.10 | 39m | 22m | 2h 15m | 9.7 | 7.9 |
| 10176 | Geico | G1418922244 | Truck 216 2019 Ram 4500 (red) | 9/1/2022 7:56 PM | 9/1/2022 8:50 PM | 9/1/2022 10:49 PM | $88.20 | 1h 25m | 35m | 1h 59m | 29.1 | 0 |
| 10190 | Allstate (Braselton) | 1519600 | Truck 216 2019 Ram 4500 (red) | 9/2/2022 12:09 PM | 9/2/2022 12:41 PM | 9/2/2022 2:34 PM | $570.65 | 24m | 9m | 1h 53m | 17.2 | 10.1 |
| 10193 | Geico | 6650222245 | Truck 216 2019 Ram 4500 (red) | 9/2/2022 1:13 PM | 9/2/2022 2:35 PM | 9/2/2022 2:06 PM | $45.80 | 7m | 5m | 31m | 7.9 | 0 |
| 10277 | Geico | 6999522249 | Truck 216 2019 Ram 4500 (red) | 9/6/2022 12:54 PM | 9/6/2022 1:18 PM | 9/6/2022 2:44 PM | $88.00 | 22m | 33m | 1h 26m | 15.4 | 12.4 |
| 10278 | Geico | 6940922249 | Truck 216 2019 Ram 4500 (red) | 9/6/2022 1:07 PM | 9/6/2022 2:45 PM | 9/6/2022 2:50 PM | $46.80 | 31m | 0m | 5m | 8.4 | 0 |
| 10291 | Geico | G177982249 | Truck 216 2019 Ram 4500 (red) | 9/6/2022 11:20 PM | 9/6/2022 10:22 PM | 9/6/2022 11:17 PM | $57.80 | 25m | 45m | 55m | 11.4 | 0 |
| 10284 | Allstate (Braselton) | 1559602176 | Truck 216 2019 Ram 4500 (red) | 9/6/2022 6:27 PM | 9/6/2022 7:37 PM | 9/6/2022 7:19 PM | $274.00 | 29.5m | 57m | 2h 54m | 30.5 | 13 |
| 10283 | Allstate (Braselton) | 1559602176 | Truck 216 2019 Ram 4500 (red) | 9/6/2022 3:35 PM | 9/6/2022 4:00 PM | 9/6/2022 5:26 PM | $176.90 | 47m | 26m | 1h 26m | 18.6 | 3.1 |
| 10288 | Allstate (Braselton) | 1505208814 | Truck 216 2019 Ram 4500 (red) | 9/6/2022 4:58 PM | 9/6/2022 5:27 PM | 9/6/2022 7:19 PM | $123.95 | 12m | 18m | 1h 26m | 28.7 | 13 |
| 10290 | Geico | 6235322250 | Truck 216 2019 Ram 4500 (red) | 9/6/2022 9:35 AM | 9/6/2022 9:23 AM | 9/7/2022 12:44 PM | $123.40 | 25m | 12m | 1h 28m | 15.2 | 24 |
| 10301 | Geico | 6279522250 | Truck 216 2019 Ram 4500 (red) | 9/7/2022 12:22 PM | 9/7/2022 12:03 PM | 9/7/2022 12:44 PM | $58.20 | 37m | 4m | 0m | 14.1 | 0 |
| 10303 | Geico | 1015960948 | Truck 216 2019 Ram 4500 (red) | 9/7/2022 12:48 PM | 9/7/2022 1:48 PM | 9/7/2022 1:35 PM | $50.00 | 39m | 4m | 0m | 2.8 | 0 |
| 10309 | Allstate (Braselton) | 1015966622 | Truck 216 2019 Ram 4500 (red) | 9/7/2022 3:00 PM | 9/7/2022 3:38 PM | 9/7/2022 5:25 PM | $113.20 | 1h 22m | 5m | 4m 39m | 14.6 | 0 |
| 10311 | Allstate | 1137372250 | Truck 216 2019 Ram 4500 (red) | 9/7/2022 4:50 PM | 9/7/2022 4:58 PM | 9/7/2022 9:29 PM | $173.40 | 1h 21m | 1h 22m | 1h 47m,1h 20m | 15 | 32 |
| 10321 | Geico | 1015771325 | Truck 216 2019 Ram 4500 (red) | 9/7/2022 2:00 PM | 9/8/2022 2:24 PM | 9/8/2022 3:59 PM | $91.30 | 26.8m | 1h 2m | 4h 31m | 28.7 | 32 |
| 10340 | Allstate | 6181522251 | Truck 216 2019 Ram 4500 (red) | 9/8/2022 7:52 PM | 9/8/2022 8:52 PM | 9/8/2022 10:32 PM | $122.40 | 54m | 12m | 1h 40m | 13.1 | 11 |
| 10348 | Geico | 6713322252 | Truck 216 2019 Ram 4500 (red) | 9/9/2022 1:26 PM | 9/9/2022 1:49 PM | 9/9/2022 3:20 PM | $72.60 | 4m | 37m | 1h 40m | 13.5 | 7.9 |
| 10360 | Geico | 6181522251 | Truck 216 2019 Ram 4500 (red) | 9/9/2022 6:50 PM | 9/9/2022 7:01 PM | 9/9/2022 7:36 PM | $72.60 | 26m | 0m | 1h 33m | 18.8 | 5 |
| 10365 | Allstate | 1015889475 | Truck 216 2019 Ram 4500 (red) | 9/12/2022 1:04 PM | 9/12/2022 1:37 PM | 9/12/2022 3:03 PM | $50.00 | 22m | 0m | 35m | 2 | 0 |
| 10415 | Allstate | 1505208449 | Truck 216 2019 Ram 4500 (red) | 9/12/2022 2:04 PM | 9/12/2022 3:04 PM | 9/12/2022 5:25 PM | $92.80 | 33m | 21m | 1h 26m | 10.9 | 12.8 |
| 10419 | Allstate | 1505208115 | Truck 216 2019 Ram 4500 (red) | 9/12/2022 5:50 PM | 9/12/2022 6:53 PM | 9/12/2022 4:57 PM | $138.45 | 36m | 32m | 1h 55m | 12.5 | 12.5 |
| 10423 | Geico | 6184722255 | Truck 216 2019 Ram 4500 (red) | 9/12/2022 7:47 PM | 9/12/2022 8:09 PM | 9/12/2022 8:09 PM | $135.70 | 51m | 51m | 1h 17m | 21.4 | 15.5 |
| 10427 | Geico | 6181692255 | Truck 216 2019 Ram 4500 (red) | 9/12/2022 10:24 PM | 9/12/2022 10:37 PM | 9/12/2022 10:00 PM | $72.90 | 31m | 12m | 1h 51m | 17.9 | 5.7 |
| 10430 | Geico | 6450022256 | Truck 216 2019 Ram 4500 (red) | 9/13/2022 11:11 AM | 9/13/2022 12:06 PM | 9/13/2022 11:48 PM | $62.40 | 53m | 6m | 1h 11m | 13.7 | 4.3 |
| 10446 | Geico | 6101322256 | Truck 216 2019 Ram 4500 (red) | 9/13/2022 3:50 PM | 9/13/2022 4:55 PM | 9/13/2022 1:00 PM | $64.80 | 18m | 5m | 54m | 2 | 11.6 |
| 10451 | Geico | 6101312256 | Truck 216 2019 Ram 4500 (red) | 9/13/2022 3:50 PM | 9/13/2022 4:38 PM | 9/13/2022 4:38 PM | $57.80 | 29m | 4m | 38m | 13.9 | 0 |
| 10457 | Geico | 6151192256 | Truck 216 2019 Ram 4500 (red) | 9/13/2022 9:29 PM | 9/13/2022 9:46 PM | 9/13/2022 11:10 PM | $43.40 | 25m | 35m | 59m | 6.7 | 0 |
| 10473 | Geico | 6152192256 | Truck 216 2019 Ram 4500 (red) | 9/14/2022 11:29 AM | 9/14/2022 12:15 PM | 9/14/2022 1:56 PM | $50.60 | 47m | 16m | 1h 26m | 10.3 | 0 |
| 10483 | Allstate (Braselton) | 1505208272 | Truck 216 2019 Ram 4500 (red) | 9/14/2022 2:31 PM | 9/14/2022 3:29 PM | 9/14/2022 4:09 PM | $555.00 | 0m | 4h 38m | 1h 41m | 25.6 | 3.1 |
| 10498 | Allstate | 1505203430 | Truck 216 2019 Ram 4500 (red) | 9/14/2022 5:57 PM | 9/14/2022 6:23 PM | 9/14/2022 8:52 PM | $589.80 | 0m | 7m | 40m | 4.3 | 3.4 |
| 10498 | Allstate | 1505203306 | Truck 216 2019 Ram 4500 (red) | 9/15/2022 4:16 PM | 9/15/2022 4:22 PM | 9/15/2022 5:52 PM | $555.00 | 47m | 10m | 1h 10m | 6.8 | 2.4 |

| User | Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Total Miles |
|---|---|---|---|---|---|---|---|---|---|
| | 10503 | Geico | G1148322258 | Truck 216 2019 Ram 4500 (red) | 9/15/2022 5:41 PM | 9/15/2022 5:49 PM | 9/15/2022 5:49 PM | $108.20 | 16.5 |
| | 10507 | Geico | G1129022258 | Truck 216 2019 Ram 4500 (red) | 9/15/2022 7:11 PM | 9/15/2022 7:33 PM | 9/15/2022 8:44 PM | $81.40 | 1.6 |
| | 10523 | Geico | G14019022258 | Truck 216 2019 Ram 4500 (red) | 9/15/2022 8:51 PM | 9/15/2022 9:09 PM | 9/15/2022 10:53 PM | $330.90 | 18.5 |
| | 10527 | Allstate | 10504964 | Truck 216 2019 Ram 4500 (red) | 9/16/2022 11:46 AM | 9/16/2022 12:13 PM | 9/16/2022 2:16 PM | $371.85 | 27.3 |
| | 10528 | Allstate (Braselton) | G883222259 | Truck 216 2019 Ram 4500 (red) | 9/16/2022 2:28 PM | 9/16/2022 4:38 PM | 9/16/2022 4:38 PM | $129.40 | 24 |
| | 10533 | Allstate | 10524664662 | Truck 216 2019 Ram 4500 (red) | 9/16/2022 3:44 PM | 9/16/2022 4:33 PM | 9/16/2022 5:23 PM | $42.00 | 17.6 |
| | 10538 | Allstate (Braselton) | G1309022259 | Truck 216 2019 Ram 4500 (red) | 9/16/2022 2:40 PM | 9/16/2022 5:26 PM | 9/16/2022 6:15 PM | $42.00 | 6 |
| | 10541 | Geico | G14084022259 | Truck 216 2019 Ram 4500 (red) | 9/16/2022 8:30 PM | 9/16/2022 9:25 PM | 9/16/2022 10:39 PM | $68.80 | 0 |
| | 10540 | Allstate | 10504037038 | Truck 216 2019 Ram 4500 (red) | 9/16/2022 8:31 PM | 9/16/2022 8:57 PM | 9/16/2022 9:24 PM | $555.00 | 15.9 |
| | 1059M | Geico | 10505067038 | Truck 216 2019 Ram 4500 (red) | 9/16/2022 11:38 AM | 9/16/2022 12:19 PM | 9/16/2022 1:48 PM | $19.20 | 7 |
| | 10601 | Geico | G1179922262 | Truck 216 2019 Ram 4500 (red) | 9/16/2022 2:08 PM | 9/16/2022 2:09 PM | 9/16/2022 3:07 PM | $50.00 | 0 |
| | 10604 | Allstate | 10507025039 | Truck 216 2019 Ram 4500 (red) | 9/16/2022 3:50 PM | 9/16/2022 3:54 PM | 9/16/2022 6:37 PM | $236.50 | 14.6 |
| | 10607 | Geico | G14098022262 | Truck 216 2019 Ram 4500 (red) | 9/19/2022 4:56 PM | 9/19/2022 5:34 PM | 9/19/2022 6:37 PM | $63.00 | 19 |
| | 10609 | Geico | G1587222262 | Truck 216 2019 Ram 4500 (red) | 9/19/2022 6:43 PM | 9/19/2022 7:43 PM | 9/19/2022 8:29 PM | $63.55 | 10.8 |
| | 10611 | Geico | G1606022262 | Truck 216 2019 Ram 4500 (red) | 9/19/2022 7:59 PM | 9/19/2022 8:39 PM | 9/19/2022 10:08 PM | $101.65 | 13.4 |
| | 10625 | Allstate | 10520177173 | Truck 216 2019 Ram 4500 (red) | 9/19/2022 8:58 PM | 9/19/2022 10:10 PM | 9/19/2022 11:59 PM | $586.20 | 16.7 |
| | 10626 | Geico | 10520737491 | Truck 216 2019 Ram 4500 (red) | 9/20/2022 12:24 PM | 9/20/2022 12:54 PM | 9/20/2022 2:20 PM | $596.90 | 3.8 |
| | 10629 | Geico | G802222263 | Truck 216 2019 Ram 4500 (red) | 9/20/2022 1:12 PM | 9/20/2022 2:21 PM | 9/20/2022 3:20 PM | $134.65 | 22.7 |
| | 10630 | Allstate (Braselton) | G1180822263 | Truck 216 2019 Ram 4500 (red) | 9/20/2022 2:21 PM | 9/20/2022 4:40 PM | 9/20/2022 4:40 PM | $27.95 | 12.2 |
| | 10632 | Geico | G1415422363 | Truck 216 2019 Ram 4500 (red) | 9/20/2022 5:48 PM | 9/20/2022 7:39 PM | 9/20/2022 7:38 PM | $84.00 | 16.4 |
| | 10640 | Allstate | 10520847257 | Truck 216 2019 Ram 4500 (red) | 9/20/2022 8:28 PM | 9/20/2022 9:24 PM | 9/20/2022 10:15 PM | $68.40 | 4.1 |
| | 10643 | Allstate (Braselton) | G955022264 | Truck 216 2019 Ram 4500 (red) | 9/21/2022 12:30 PM | 9/21/2022 12:19 PM | 9/21/2022 1:15 PM | $576.60 | 3.9 |
| | 10654 | Allstate (Braselton) | 10520892264 | Truck 216 2019 Ram 4500 (red) | 9/21/2022 3:55 PM | 9/21/2022 4:06 PM | 9/21/2022 2:43 PM | $139.55 | 16.7 |
| | 10655 | Allstate | 10520893333 | Truck 216 2019 Ram 4500 (red) | 9/21/2022 3:45 PM | 9/21/2022 4:06 PM | 9/21/2022 5:07 PM | $555.00 | 26.6 |
| | 10656 | Allstate | 10520938962 | Truck 216 2019 Ram 4500 (red) | 9/21/2022 5:51 PM | 9/21/2022 7:53 PM | 9/21/2022 7:52 PM | $36.00 | 12.5 |
| | 10659 | Allstate | 10520900274 | Truck 216 2019 Ram 4500 (red) | 9/21/2022 6:20 PM | 9/21/2022 9:20 PM | 9/21/2022 11:28 PM | $79.90 | 17.2 |
| | 10664 | Allstate | 10520956091 | Truck 216 2019 Ram 4500 (red) | 9/22/2022 1:30 PM | 9/22/2022 1:49 PM | 9/22/2022 3:52 PM | $229.12 | 5.6 |
| | 10666 | Allstate (Braselton) | 10520968800 | Truck 216 2019 Ram 4500 (red) | 9/22/2022 3:09 PM | 9/22/2022 4:23 PM | 9/22/2022 4:23 PM | $89.05 | 28.7 |
| | 10669 | Allstate | 10520597437 | Truck 216 2019 Ram 4500 (red) | 9/22/2022 5:09 PM | 9/22/2022 5:39 PM | 9/22/2022 6:36 PM | $89.20 | 15.8 |
| | 10672 | Geico | G1215522265 | Truck 216 2019 Ram 4500 (red) | 9/22/2022 6:50 PM | 9/22/2022 7:00 PM | 9/22/2022 7:57 PM | $14.70 | 16 |
| | 10681 | Geico | G1367522265 | Truck 216 2019 Ram 4500 (red) | 9/23/2022 11:21 AM | 9/22/2022 9:07 PM | 9/22/2022 10:30 PM | $40.00 | 9.4 |
| | 10664 | Allstate | 10521304594 | Truck 216 2019 Ram 4500 (red) | 9/23/2022 12:18 PM | 9/23/2022 12:45 PM | 9/23/2022 1:34 PM | $58.60 | 5.8 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Miles Unloaded | Miles Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10685 | Geico | GS71822266 | Truck 216 2019 Ram 4500 (red) | 9/23/2022 1:13 PM | 9/23/2022 1:34 PM | 9/23/2022 6:51 PM | $85.90 | 44m | 1m | 46m | 3h 13m | 15.9 | 8.7 |
| 10691 | Allstate | 10521080279 | Truck 216 2019 Ram 4500 (red) | 9/23/2022 5:05 PM | 9/23/2022 5:38 PM | 9/23/2022 6:51 PM | $13.50 | 42m | 18m | 1h 13m | 1h 13m | 14.5 | 0 |
| 10793 | Allstate | GS78722271 | Truck 216 2019 Ram 4500 (red) | 9/23/2022 5:05 PM | 9/23/2022 6:52 PM | 9/23/2022 9:03 PM | $83.00 | 25m | 18m | 2h 11m | 2h 13m | 24 | 3.7 |
| 10692 | Geico | G108422266 | Truck 216 2019 Ram 4500 (red) | 9/23/2022 6:29 PM | 9/23/2022 7:42 PM | 9/23/2022 7:55 PM | $53.00 | 0m | 13m | 0m | 14m 5m | 16 | 0 |
| 10695 | Geico | G1219922266 | Truck 216 2019 Ram 4500 (red) | 9/23/2022 6:30 PM | 9/23/2022 7:47 PM | 9/23/2022 11:26 PM | $273.50 | 29m | 37m | 52m | 3h 39m | 16.4 | 6.9 |
| 10737 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 9/24/2022 11:48 AM | 9/26/2022 1:10 PM | 9/26/2022 1:02 PM | $115.00 | 37m | 25m | 0m | 52m | 0 | 0 |
| 10738 | Allstate | 1052129113 | Truck 216 2019 Ram 4500 (red) | 9/26/2022 11:49 AM | 9/26/2022 12:10 PM | 9/26/2022 1:52 PM | $55.00 | 52m | 15m | 49m | 1h 49m | 8 | 2.8 |
| 10741 | Allstate | 1052139356 | Truck 216 2019 Ram 4500 (red) | 9/26/2022 12:40 PM | 9/26/2022 1:54 PM | 9/26/2022 3:43 PM | $55.00 | 28m | 9m | 1h 12m | 1h 49m | 17.3 | 10.8 |
| 10750 | (No Account Specified) | 1052143521 | Truck 216 2019 Ram 4500 (red) | 9/26/2022 6:53 PM | 9/26/2022 6:54 PM | 9/26/2022 8:12 PM | $105.00 | 40m | 38m | 28m | 1h 15m | 10.8 | 3 |
| 10781 | Allstate | 1052146617 | Truck 216 2019 Ram 4500 (red) | 9/27/2022 9:41 PM | 9/27/2022 9:42 PM | 9/27/2022 9:39 PM | $80.50 | 0m | 0m | 0m | 1h 18m | 18.5 | 4.7 |
| 10792 | Allstate | 1052315875 | Truck 216 2019 Ram 4500 (red) | 9/28/2022 3:13 PM | 9/28/2022 3:44 PM | 9/28/2022 3:41 PM | $35.00 | 0m | 0m | 0m | 0m | 5.6 | 0 |
| 10793 | Geico | G1250022271 | Truck 216 2019 Ram 4500 (red) | 9/28/2022 1:00 PM | 9/28/2022 1:24 PM | 9/28/2022 3:05 PM | $87.80 | 34m | 8m | 1h 41m 42m | 1h 49m | 26.4 | 4.9 |
| 10795 | Geico | G2587222271 | Truck 216 2019 Ram 4500 (red) | 9/28/2022 1:44 PM | 9/28/2022 2:06 PM | 9/28/2022 3:26 PM | $582.20 | 1h 0m | 8m | 1h 20m | 1h 20m | 23.6 | 4.7 |
| 10801 | (No Account Specified) | G654322221 | Truck 216 2019 Ram 4500 (red) | 9/28/2022 4:44 PM | 9/28/2022 4:56 PM | 9/28/2022 6:05 PM | $110.00 | 1h 0m | 0m | 0m | 1h 9m | 0 | 4 |
| 10803 | Allstate (Braselton) | G122502271 | Truck 216 2019 Ram 4500 (red) | 9/28/2022 6:56 PM | 9/28/2022 7:20 PM | 9/28/2022 8:47 PM | $217.25 | 28m | 18m | 41m | 1h 27m | 34.4 | 28.3 |
| 10805 | Geico | G122502271 | Truck 216 2019 Ram 4500 (red) | 9/28/2022 7:55 PM | 9/28/2022 8:47 PM | 9/28/2022 10:47 PM | $110.80 | 17m | 44m | 59m | 2h 00m | 31.3 | 9.4 |
| 10817 | Allstate | 1052156205 | Truck 216 2019 Ram 4500 (red) | 9/29/2022 10:53 AM | 9/29/2022 12:11 PM | 9/29/2022 1:04 PM | $84.10 | 28m | 0m | 53m | 53m | 16.4 | 7.2 |
| 10818 | Geico | G483222272 | Truck 216 2019 Ram 4500 (red) | 9/29/2022 11:54 AM | 9/29/2022 1:06 PM | 9/29/2022 2:22 PM | $66.40 | 12m | 17m | 1h 4m | 1h 16m | 16.4 | 3.8 |
| 10823 | Geico | G1151522272 | Truck 216 2019 Ram 4500 (red) | 9/29/2022 6:31 PM | 9/29/2022 6:59 PM | 9/29/2022 7:40 PM | $560.00 | 0m | 23m | 0m | 1h 16m | 15.7 | 3.8 |
| 10838 | (No Account Specified) | | Truck 216 2019 Ram 4500 (red) | 9/30/2022 3:13 PM | 9/30/2022 3:32 PM | 9/30/2022 4:12 PM | $100.00 | 40m | 0m | 0m | 41m | 15 | 0 |
| 10840 | Geico | G1191322273 | Truck 216 2019 Ram 4500 (red) | 9/30/2022 5:32 PM | 9/30/2022 6:15 PM | 9/30/2022 8:29 PM | $79.50 | 37m | 23m | 59m | 2h 14m | 20.2 | 6.5 |
| 10844 | Geico | G1406122273 | Truck 216 2019 Ram 4500 (red) | 9/30/2022 7:49 PM | 9/30/2022 8:41 PM | 9/30/2022 10:59 PM | $114.40 | 22m | 37m | 59m | 2h 18m | 21.1 | 17.4 |
| 10862 | Geico | G1174722216 | Truck 216 2019 Ram 4500 (red) | 10/2/2022 3:08 PM | 10/2/2022 3:22 PM | 10/2/2022 4:16 PM | $61.60 | 33m | 21m | 0m | 54m | 15.8 | 0 |
| 10885 | Allstate | 1052135955 | Truck 216 2019 Ram 4500 (red) | 10/2/2022 5:16 PM | 10/2/2022 6:11 PM | 10/2/2022 7:24 PM | $89.65 | 42m | 0m | 0m | 2h 18m | 15.7 | 8.9 |
| 10890 | Allstate | G1868022216 | Truck 216 2019 Ram 4500 (red) | 10/2/2022 7:23 PM | 10/2/2022 8:08 PM | 10/2/2022 10:42 PM | $138.50 | 54m | 21m | 2h 6m | 2h 6m | 33.1 | 22.1 |
| 10892 | Allstate | 1052138866 | Truck 216 2019 Ram 4500 (red) | 10/2/2022 9:53 PM | 10/2/2022 10:27 PM | 10/2/2022 11:22 PM | $118.50 | 16m | 39m | 55m | 2h 14m | 16.1 | 1.7 |
| 10902 | Allstate | 1052200604 | Truck 216 2019 Ram 4500 (red) | 10/4/2022 2:05 PM | 10/4/2022 2:34 PM | 10/4/2022 3:43 PM | $563.10 | 34m | 0m | 0m | 1h 9m | 25.1 | 1.8 |
| 10905 | Geico | G897222277 | Truck 216 2019 Ram 4500 (red) | 10/4/2022 3:36 PM | 10/4/2022 3:44 PM | 10/4/2022 5:59 PM | $100.30 | 8m | 27m | 44m | 1h 9m | 12.7 | 1.7 |
| 10908 | Geico | G141512227 | Truck 216 2019 Ram 4500 (red) | 10/4/2022 7:39 PM | 10/4/2022 8:01 PM | 10/4/2022 11:00 AM | $107.20 | 53m | 5m | 27m | 1h 36m | 28 | 10.4 |
| 10911 | Allstate (Braselton) | 1052204140 | Truck 216 2019 Ram 4500 (red) | 10/4/2022 8:37 PM | 10/4/2022 9:38 PM | 10/5/2022 12:00 AM | $544.45 | 40m | 8m | 2h 22m | 2h 15m | 25.5 | 8.6 |
| 10919 | Allstate | 1052207036 | Truck 216 2019 Ram 4500 (red) | 10/5/2022 8:37 PM | 10/5/2022 12:07 PM | 10/5/2022 1:55 PM | $113.20 | 11m | 1h 42m | 48m | 1h 46m 1h 45m | 13.2 | 15.8 |
| 10925 | Allstate | 1052208570 | Truck 216 2019 Ram 4500 (red) | 10/5/2022 1:45 PM | 10/5/2022 1:52 PM | 10/5/2022 3:43 PM | $175.55 | 53m | 11m | 50m | 1h 51m | 15.8 | 26.8 |
| 10927 | Allstate (Braselton) | 1052209769 | Truck 216 2019 Ram 4500 (red) | 10/5/2022 4:08 PM | 10/5/2022 4:08 PM | 10/5/2022 5:22 PM | $41.15 | 18m | 8m | 13m | 1h 54m | 17 | 3.7 |
| 10933 | Geico | G182290769 | Truck 216 2019 Ram 4500 (red) | 10/6/2022 4:15 PM | 10/6/2022 6:25 PM | 10/6/2022 8:38 PM | $105.00 | 35m | 18m | 1h 0m | 2h 13m | 25.7 | 3.7 |
| 10935 | (No Account Specified) | G188022279 | Truck 216 2019 Ram 4500 (red) | 10/6/2022 11:57 AM | 10/6/2022 12:17 PM | 10/6/2022 1:01 PM | $105.00 | 44m | 0m | 0m | 2h 29m | 16.4 | 17.4 |

| Call # | Account | PO # | Truck | Dispatched | Enroute | Completed | Invoice Total | Enroute | On Scene | Towing | Total Time | Uncloaded | Loaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10941 | Allstate | 105213834 | Truck 216 2019 8am 4500 (red) | 10/6/2022 2:24 PM | 10/6/2022 2:59 PM | 10/6/2022 5:30 PM | $61.60 | 36m | 27m | 1h 28m | 2h 31m | 12.2 | 1.2 |
| 10966 | Allstate (Braetlon) | 105224409 | Truck 216 2019 8am 4500 (red) | 10/7/2022 11:46 AM | 10/7/2022 12:15 PM | 10/7/2022 1:32 PM | $45.25 | 51m | 21m | 5m | 1h 17m | 18.3 | 3.6 |
| 10973 | Allstate (Braetlon) | 105224248 | Truck 216 2019 8am 4500 (red) | 10/7/2022 3:54 PM | 10/7/2022 4:10 PM | 10/7/2022 5:12 PM | $50.00 | 11m | 51m | 0m | 1h 2m | 10 | 0 |
| 10974 | Geico | 0101452280 | Truck 216 2019 8am 4500 (red) | 10/7/2022 8:46 PM | 10/7/2022 8:54 PM | 10/7/2022 10:20 PM | $77.00 | 19m | 25m | 0m | 1h 26m | 18.9 | 6.4 |
| 10960 | Geico | 0126022280 | Truck 216 2019 8am 4500 (red) | 10/7/2022 6:59 PM | 10/7/2022 7:40 PM | 10/7/2022 8:25 PM | $77.00 | 42m | 38m | 0m | 0m | 23.5 | 0 |
| 10981 | Allstate | 105226481 | Truck 216 2019 8am 4500 (red) | 10/7/2022 9:15 PM | 10/7/2022 10:53 PM | | $86.50 | 7m | 38m | 27m | 33m | 15.4 | 8.4 |
| 11029 | Geico | G1084922283 | Truck 216 2019 8am 4500 (red) | 10/10/2022 3:14 PM | 10/10/2022 3:35 PM | 10/10/2022 5:05 PM | $31.80 | 41m | 35m | 14m | 1h 35m | 20.9 | 1.5 |
| 11033 | Geico | G1290322283 | Truck 216 2019 8am 4500 (red) | 10/10/2022 4:56 PM | 10/10/2022 5:06 PM | 10/10/2022 6:27 PM | $68.90 | 55m | 13m | 35m | 1h 23m | 8.4 | 10.7 |
| 11036 | Geico | G1485022283 | Truck 216 2019 8am 4500 (red) | 10/10/2022 6:46 PM | 10/10/2022 6:57 PM | 10/10/2022 7:27 PM | $62.80 | 17m | 13m | 0m | 0m | 16.4 | 0 |
| 11044 | Geico | G861222284 | Truck 216 2019 8am 4500 (red) | 10/11/2022 2:44 PM | 10/11/2022 3:13 PM | 10/11/2022 3:53 PM | $97.00 | 21m | 19m | 0m | 36m | 13.5 | 0 |
| 11051 | Geico | G1455222284 | Truck 216 2019 8am 4500 (red) | 10/11/2022 9:26 PM | 10/11/2022 9:38 PM | 10/11/2022 11:04 PM | $107.30 | 42m | 46m | 46m | 1h 26m | 18.9 | 16.5 |
| 11059 | Allstate (Braetlon) | 105286782 | Truck 216 2019 8am 4500 (red) | 10/12/2022 2:47 PM | 10/12/2022 3:10 PM | 10/12/2022 4:23 PM | $70.85 | 34m | 10m | 29m | 1h 13m | 13.4 | 13.1 |
| 11064 | Geico | G1295322285 | Truck 216 2019 8am 4500 (red) | 10/12/2022 7:51 PM | 10/12/2022 8:02 PM | 10/12/2022 9:13 PM | $84.80 | 51m | 20m | 29m | 1h 11m | 27.4 | 0 |
| 11072 | Allstate | 105279341 | Truck 216 2019 8am 4500 (red) | 10/13/2022 3:51 PM | 10/13/2022 3:52 PM | 10/13/2022 5:24 PM | $79.75 | 58m | 5m | 0m | 1h 32m | 10.6 | 10.1 |
| 11075 | Geico | G1188122286 | Truck 216 2019 8am 4500 (red) | 10/13/2022 6:42 PM | 10/13/2022 6:55 PM | 10/13/2022 7:47 PM | $61.80 | 11m | 5m | 52m | 52m | 12.5 | 5.6 |
| 11077 | Geico | G1190522286 | Truck 216 2019 8am 4500 (red) | 10/13/2022 7:48 PM | 10/13/2022 7:48 PM | 10/13/2022 8:27 PM | $58.40 | 30m | 4m | 0m | 34m | 16.7 | 0 |
| 11079 | Geico | G1250322286 | Truck 216 2019 8am 4500 (red) | 10/13/2022 7:40 PM | 10/13/2022 8:49 PM | 10/13/2022 11:35 PM | $144.30 | 1h 38m | 32m | 34m | 2h 46m | 26.3 | 23.9 |
| 11094 | Allstate (Braetlon) | 105226685 | Truck 216 2019 8am 4500 (red) | 10/14/2022 3:07 PM | 10/14/2022 3:37 PM | 10/14/2022 4:53 PM | $122.25 | 36m | 1m | 37m | 1h 16m | 18.7 | 20.4 |
| 11101 | Allstate (Braetlon) | 105229314 | Truck 216 2019 8am 4500 (red) | 10/17/2022 10:20 PM | 10/17/2022 10:28 PM | 10/17/2022 11:53 PM | $112.60 | 46m | 1m | 38m | 1h 25m | 16.2 | 20.2 |
| 11156 | Geico | G292122290 | Truck 216 2019 8am 4500 (red) | 10/17/2022 11:47 AM | 10/17/2022 12:23 PM | 10/17/2022 12:55 PM | $45.50 | 11m | 14m | 32m | 32m | 5.1 | 5.1 |
| 11158 | Geico | G564922290 | Truck 216 2019 8am 4500 (red) | 10/17/2022 11:47 AM | 10/17/2022 12:56 PM | 10/17/2022 1:43 PM | $73.80 | 38m | 10m | 0m | 47m | 21.9 | 0 |
| 11159 | (No Account Specified) | | Truck 216 2019 8am 4500 (red) | 10/17/2022 1:30 PM | 10/17/2022 1:45 PM | 10/17/2022 4:10 PM | $300.00 | 1h 25m | 5m | 55m | 2h 25m | 0 | 0 |
| 11163 | Allstate | 105231054 | Truck 216 2019 8am 4500 (red) | 10/17/2022 4:16 PM | 10/17/2022 4:20 PM | 10/17/2022 5:51 PM | $95.95 | 30m | 7m | 54m | 1h 31m | 5.8 | 14.1 |
| 11165 | Allstate | 105231503 | Truck 216 2019 8am 4500 (red) | 10/17/2022 6:41 PM | 10/17/2022 7:04 PM | 10/17/2022 8:11 PM | $70.60 | 48m | 9m | 10m | 1h 7m | 15.2 | 1.7 |
| 11166 | Allstate | 105231574 | Truck 216 2019 8am 4500 (red) | 10/17/2022 6:57 PM | 10/17/2022 8:12 PM | 10/17/2022 9:39 PM | $99.70 | 42m | 17m | 28m | 1h 27m | 18.9 | 9 |

| Name | Overtime Damages | Damages with Liquidation |
|------|------------------|--------------------------|
| Brindley | $ 25,941.85 | $ 51,883.70 |

EXHIBIT

8

tabbies*

**Department of the Treasury**
Internal Revenue Service
Kansas City MO  64108

MITCHELL-HANDSCHUH LAW GROUP
3390 PEACHTREE RD NE STE 520
ATLANTA, GA 30326

88502

EXHIBIT

10



Internal Revenue Service

Customer Service Center
Kansas City, MO 64999

Official Business
Penalty for Private Use, $300



# RAIVS Requests for Tax Return Photocopy of Taxpayer Filed Returns

| Taxpayer | Date |
|---|---|
| KEVIN BRINDLEY | 07/28/2023 |

**Refer to all checked boxes for your request for the taxpayer named above.**

☐ 1. You must resubmit your request on the most current version available of Form 4506. You must also check the box above the Signature Line, which is the Attestation Box, on the revised form.

☐ 2. We can't respond to your request without additional information. You must submit a new Form 4506 with the corrections checkmarked in this form.

☐ 3. We can't provide any of the items you requested.

☐ 4. We are enclosing the items you requested (or providing them to the third party on line 5 of your request) except for those listed below. Please refer to the checked boxes in this letter for more information.

☐ Copy of Tax Returns/Forms for tax years:

_____

☐ Copy of Tax Returns for tax years mailed to you previously

_____

☐ 5. We can't accept altered forms (e.g., white-out, line-through, write-overs, labels/stickers, etc.) or required entries on your forms are illegible. Please complete and submit a Form 4506.

☐ 6. The taxpayer's information does not match our records, is incomplete or is missing. You must submit a new Form 4506 and correct the items checked below:

☐ Name (Lines 1a/2a or Line 3)

☐ Employer Identification or Social Security Number (Lines 1b/2b)

**Note:** Please ensure your TIN matches your name (SSN for individuals, EIN for businesses).

☐ Address (Lines 3 and/or 4)

**Note:** Be sure to include your apartment or unit number with your address. If necessary, submit a *Change of Address* (Form 8822).

☐ 7. The taxpayer's address does not match our records. You must provide one of the following when you resubmit your request:

• Copies of two pieces of identification bearing the taxpayer's signature
• An original notarized statement affirming the taxpayer's identity
• A signed statement worded as follows: "I certify under penalty of perjury under laws of the United States of America that I am the taxpayer who filed the return/forms/transcripts request for the tax periods of

_____ "

☐ 8. You asked us to send information to more than one third party. You must submit a separate Form 4506 for each third party recipient.

☐ 9. The information we need to release taxpayer information to a third party is incomplete. The name and address of the third party should be on line 5 of Form 4506.

☐ 10. Lines 6 through 8 of Form 4506 must be complete.

☐ 11. The tax form listed on Line 6 of Form 4506 is incorrect or invalid.

☐ 12. Your line 6 entry indicates you are requesting tax return information for more than one type of tax form. You must submit a separate Form 4506 for each type of tax form.

☐ 13. We can't provide Form _____ information.

☒ 14. You or your third party will receive a refund for your payment in 4–6 weeks because:

☒ Some or all of the products you requested were unavailable.

☐ You overpaid.

☐ We could not consider your request.

☐ Some or all of the products you requested don't require a fee.

☐ 15. We are returning your payment to you or your designated third party.

☐ 16. The refund will be issued to the taxpayer. The box on line 9 of Form 4506 has no designation for the issuance of a refund to anyone other than the taxpayer.

☐ 17. You sent your request without a payment or with an insufficient payment. A fee of $43 is required for each tax year requested.

☐ 18. You must submit a newly-signed Form 4506 with payment. We are processing the refund for this request, which you should receive in 4-6 weeks. We can't credit it to a new request.

☐ 19. Our office can't process requests for Forms 5500, Annual Return/Report of Employee Benefit Plan. You can get a copy of Form 5500 by writing to:

Public Disclosure Office, Room N-1513
Pension and Welfare Benefits Administration
200 Constitution Ave., NW
Washington, DC 20210

☐ 20. We can't provide a copy of Form 5500-EZ, the plan period you requested (Dec. 1999 through Dec. 2008) because it is unavailable.

Page 3

| Forms Filed | Signature and Date Requirements |
|---|---|
| Form 1065, *US Return of Partnership Income* | Signature of one of the following:<br>  • Partner<br>  • Limited Partner<br>Current date |
| Form 1120, *US Corporation Income Tax Return or Form 1120-S (small business), US Income Tax Return for an "S" Corporation* | Signature of one of the following:<br>  • President<br>  • Vice President<br>  • Secretary<br>  • Treasurer<br>  • Assistant Treasurer<br>  • Chief Accounting Officer<br>  • Any Tax Officer, including Controller<br>  • 1% Shareholder (for Corporations)<br>  • Shareholder (for S-Corporations)<br>Current date |
| Form 1120 LLC, *US Corporation Income Tax Return,* or Form 1120-S LLC, *US Income Tax Return for an "S" Corporation* | Signature of the **Managing Member**<br>Exception: If a Form 8832, *Entity Classification Election*, has been filed then Signature can be:<br>  • President<br>  • Vice President<br>  • Secretary<br>  • Treasurer<br>Current date |
| LLC is for a Multi Member Partnership | Signature of one of the following:<br>  • Partner<br>  • Limited Partner<br>Current date |
| LLC is for a Multi Member Corporation | Signature of one of the following:<br>  • President<br>  • Vice President<br>  • Secretary<br>  • Treasurer<br>  • Assistant Treasurer<br>  • Chief Accounting Officer<br>Current date |
| Form 94X series, *Employment Tax Returns* | Signature of one of the following:<br>  • Signature is based on the actual Filing Requirement of the requestor (example: Filing Requirement is for Form 1120 you would use the 1120 signature requirements.)<br>Current date |
| Dissolved Corporations | Signature of one of the following:<br>  • President<br>  • Vice President<br>  • Secretary<br>  • Treasurer<br>Current date |
| Form 1041, *US Income Tax for Estates and Trusts* **For Estates:** | Signature of one of the following:<br>  • Executor/Executrix<br>  • Administrator/Personal Representative<br>  • Trustee<br>  • Heir at law<br>  • Next of kin<br>  • Beneficiary<br>Current date |
| Form 1041, *US Income Tax for Estates and Trusts* For Trusts: | Signature of one of the following:<br>  • Trustee<br>  • Beneficiary<br>Current date |

**Additional Data**

|  |  |
|---|---|
| **Software ID:** | |
| **Software Version:** | |
| **SSN:** | |
| **Name:** | KEVIN L<BRINDLEY |
| **Top Right Margin – Refund Product Code:** | POST-REFUND FINANCIAL PRODUCT (REFUND TRANSFER) |
| **Header – Primary Name Control:** | BRIN |
| **Standard Deduction – Total Exempt Primary And Spouse Cnt:** | 1 |
| **Dependents – Children Who Lived With You Count:** | 1 |
| **Dependents – Total Exemptions Count:** | 2 |
| **Dependent 1 Name Control:** | BRIN |
| **Line 25a – Form W-2 Tax Withheld:** | 5061 |
| **Line 27a – Earned Income Credit Eligibility Literal Code:** | NO |

Form 2441 (2021)                                                                                                                Page **2**

| Part III | Dependent Care Benefits |
|---|---|

| 12 | Enter the total amount of **dependent care benefits** you received in 2021. Amounts you received as an employee should be shown in box 10 of your Form(s) W-2. **Don't** include amounts reported as wages in box 1 of Form(s) W-2. If you were self-employed or a partner, include amounts you received under a dependent care assistance program from your sole proprietorship or partnership  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  | **12** | |
| 13 | Enter the amount, if any, you carried over from 2020 and used in 2021. See instructions  .  . | **13** | |
| 14 | If you forfeited or carried over to 2022 any of the amounts reported on line 12 or 13, enter the amount. See instructions  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **14** | ( ) |
| 15 | Combine lines 12 through 14. See instructions  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **15** | |
| 16 | Enter the total amount of **qualified expenses** incurred in 2021 for the care of the **qualifying person(s).**  .  .  .  .  | **16** | |
| 17 | Enter the **smaller** of line 15 or 16  .  .  .  .  .  .  .  .  . | **17** | |
| 18 | Enter your **earned income.** See instructions  .  .  .  .  .  | **18** | |
| 19 | Enter the amount shown below that applies to you. <br><br>• If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions for line 5). <br>• If married filing separately, see instructions. <br>• All others, enter the amount from line 18. | **19** | |
| 20 | Enter the **smallest** of line 17, 18, or 19  .  .  .  .  .  .  . | **20** | |
| 21 | Enter $10,500 ($5,250 if married filing separately **and** you were required to enter your spouse"s earned income on line 19). If you entered an amount on line 13, add it to the $10,500 or $5,250 amount you enter on line 21. However, don't enter more than the maximum amount allowed under your dependent care plan. See Intstructions | **21** | |
| 22 | Is any amount on line 12 or 13 from your sole proprietorship or partnership? <br><br>☐ **No.** Enter -0-. <br><br>☐ **Yes.** Enter the amount here  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **22** | |
| 23 | Subtract line 22 from line 15  .  .  .  .  .  .  .  .  .  .  . | **23** | |
| 24 | **Deductible benefits.** Enter the **smallest** of line 20, 21, or 22. Also, include this amount on the appropriate line(s) of your return. See instructions  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **24** | |
| 25 | **Excluded benefits.** If you checked "No" on line 22, enter the smaller of line 20 or 21. Otherwise, subtract line 24 from the smaller of line 20 or line 21. If zero or less, enter -0-.  .  .  .  .  . | **25** | |
| 26 | **Taxable benefits.** Subtract line 25 from line 23. If zero or less, enter -0-. Also, include this amount on Form 1040 or 1040-SR, line 1; or Form 1040-NR, line 1a. On the dotted line next to Form 1040 or 1040-SR, line 1; or Form 1040-NR, line 1a, enter "DCB."  .  .  .  .  .  .  .  . | **26** | |

To claim the child and dependent care<br>credit, complete lines 27 through 31 below.

| 27 | Enter $8,000 ($16,000 if two or more qualifying persons)  .  .  .  .  .  .  .  .  .  .  . | **27** | |
| 28 | Add lines 24 and 25 .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **28** | |
| 29 | Subtract line 28 from line 27. If zero or less, **stop.** You can't take the credit. <br>**Exception.** If you paid 2020 expenses in 2021, see the instructions for line 9b  .  .  .  .  . | **29** | |
| 30 | Complete line 2 on page 1 of this form. **Don't** include in column (c) any benefits shown on line 28 above. Then, add the amounts in column (c) and enter the total here  .  .  .  .  .  . | **30** | |
| 31 | Enter the **smaller** of line 29 or 30. Also, enter this amount on line 3 page 1 of this form and complete lines 4 through 11  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **31** | |

Form **2441** (2021)

| efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 30221456356942 |
| --- | --- | --- |

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

▶Attach to your tax return.
▶Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-2294

**2021**

Attachment
Sequence No. **55**

Name(s) shown on return
KEVIN L<BRINDLEY

Your taxpayer identification number
▮▮▮▮▮▮▮▮▮

**Note**. *You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*
*Use this form if your taxable income, before your qualified business income deduction, is at or below $164,900 ($164,925 if married filing separately; $329,800 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
| --- | --- | --- | --- |
| i | Kevin I Brindley | ▮▮▮▮▮▮▮ | 10,669 |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . . . . | 2 | 10,669 | |
| 3 | Qualified business net (loss) carryforward from the prior year . . . . | 3 | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- . | 4 | 10,669 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) . . . . . . . . . . . | 5 | | 2,134 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) . . . . . . . . . . . . . . . | 6 | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . . . . . . . | 7 | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- . . . . . . . . . . . . . . . . | 8 | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . | 9 | | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 . . . . . . . | 10 | | 2,134 |
| 11 | Taxable income before qualified business income deduction . . . . . | 11 | 32,376 | |
| 12 | Net capital gain (see instructions) . . . . . . . . . . . . | 12 | 0 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . | 13 | 32,376 | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . . . . . . . . . . . | 14 | | 6,475 |
| 15 | Qualified business income deduction. Enter the lesser of line 10 or line 14. Also enter this amount on the applicable line of your return . . . . . . . . . . . . . . . . . . . . . . ▶ | 15 | | 2,134 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . . | 16 | | (0) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | | (0) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.          Cat. No. 37806C          Form **8995** (2021)

| efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 30221456356942 |
|---|---|---|

**SCHEDULE 1**
(Form 1040)

Department of the Treasury
Internal Revenue Service

### Additional Income and Adjustments to Income

▶Attach to Form 1040, 1040-SR, or 1040-NR
▶Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040 1040-SR, or 1040-NR
KEVIN L<BRINDLEY

Your social security number

| Part I | Additional Income | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | **1** | 0 |
| 2a | Alimony received | **2a** | |
| b | Date of original divorce or separation agreement (see instructions) ▶ --------- | | |
| 3 | Business income or (loss). Attach Schedule C | **3** | 11,480 |
| 4 | Other gains or (losses). Attach Form 4797 | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **5** | |
| 6 | Farm income or (loss). Attach Schedule F | **6** | |
| 7 | Unemployment compensation | **7** | |
| 8 | Other income: | | |
| a | Net operating loss | 8a ( ) | |
| b | Gambling income | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d ( ) | |
| e | Taxable Health Savings Account distribution | 8e | |
| f | Alaska Permanent Fund dividends | 8f | |
| g | Jury duty pay | 8g | |
| h | Prizes and awards | 8h | |
| i | Activity not engaged in for profit income | 8i | |
| j | Stock options | 8j | |
| k | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8k | |
| l | Olympic and Paralympic medals and USOC prize money (see instructions) | 8l | |
| m | Section 951(a) inclusion (see instructions) | 8m | |
| n | Section 951A(a) inclusion (see instructions) | 8n | |
| o | Section 461(l) excess business loss adjustment | 8o | |
| p | Taxable distributions from an ABLE account (see instructions) | 8p | |
| z | Other income. List type and amount ▶ _____ | 8z | |
| 9 | Total other income. Add lines 8a through 8z | **9** | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | **10** | 11,480 |

For Paperwork Reduction Act Notice, see your tax return instructions.          Cat. No. 71479F          Schedule 1 (Form 1040) 2021

**Additional Data**

|                        |                       |
|-----------------------:|:----------------------|
| **Software ID:**       |                       |
| **Software Version:**  |                       |
| **SSN:**               | ▮▮▮▮▮▮▮               |
| **Name:**              | KEVIN L<BRINDLEY      |

Schedule 2 (Form 1040) 2021

Page **2**

| | **Part II    Other Taxes**  *(continued)* | | | | |
|---|---|---|---|---|---|
| 17 | Other additional taxes: | | | | |
| a | Recapture of other credits. List type, form number, and amount ▶_____ | **17a** | | | |
| b | Recapture of federal mortgage subsidy. If you sold your home in 2021, see instructions . . . . . . . . . . . . . . . . | **17b** | | | |
| c | Additional tax on HSA distributions. Attach Form 8889 . . . . . . | **17c** | | | |
| d | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . . . . . . . . . | **17d** | | | |
| e | Additional tax on Archer MSA distributions. Attach Form 8853 . . . | **17e** | | | |
| f | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | **17f** | | | |
| g | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . . . . . . | **17g** | | | |
| h | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . . . . . . | **17h** | | | |
| i | Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . . . . . . . . | **17i** | | | |
| j | Section 72(m)(5) excess benefits tax . . . . . . . . . . . | **17j** | | | |
| k | Golden parachute payments . . . . . . . . . . . . . . | **17k** | | | |
| l | Tax on accumulation distribution of trusts . . . . . . . . . | **17l** | | | |
| m | Excise tax on insider stock compensation from an expatriated corporation . | **17m** | | | |
| n | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 | **17n** | | | |
| o | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . . . . . . . | **17o** | | | |
| p | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . . . . . | **17p** | | | |
| q | Any interest from Form 8621, line 24 . . . . . . . . . . | **17q** | | | |
| z | Any other taxes. List type and amount ▶_____ | | | | |
| | | **17z** | | | |
| 18 | Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . . . . . . . . | **18** | | | |
| 19 | Additional tax from Schedule 8812 . . . . . . . . . . . | **19** | | | |
| 20 | Section 965 net tax liability installment from Form 965-A . . . . . | **20** | | | |
| 21 | Add lines 4, 7 through 16, 18 and 19. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . . . . . . . . . . . . . . . | | | **21** | 1,622 |

For Paperwork Reduction Act Notice, see your tax return instructions.          Cat. No. 71478U          **Schedule 2 (Form 1040) 2021**

**Additional Data**

**Software ID:**

**Software Version:**

**SSN:**      ████████

**Name:**   KEVIN L<BRINDLEY

Schedule 3 (Form 1040) 2021                                                                                              Page **2**

| Part II | Other Payments and Refundable Credits | | | |
|---|---|---|---|---|
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . . . . . . . . . . . | | 9 | |
| 10 | Amount paid with request for extension to file (see instructions) . . . . . . . . . . . | | 10 | |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . . . . . . . . | | 11 | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . . . . . . . | | 12 | |
| 13 | Other payments or refundable credits: | | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . | 13a | | |
| b | Qualified sick and family leave credits from Schedule(s) H and Form(s) 7202 for leave taken before April 1, 2021 . . . . . . | 13b | | |
| c | Health coverage tax credit from Form 8885 . . . . . . . | 13c | | |
| d | Credit for repayment of amounts included in income from earlier years . . . . . . . . . . . . . . . . . . . | 13d | | |
| e | Reserved for future use . . . . . . . . . . . . . . | 13e | | |
| f | Deferred amount of net 965 tax liability (see instructions) . . . | 13f | | |
| g | Credit for child and dependent care expenses from Form 2441, line 10. Attach Form 2441 . . . . . . . . . . . . . | 13g | 1,500 | |
| h | Qualified sick and family leave credits from Schedule(s) H and Form(s) 7202 for leave taken after March 31, 2021 . . . . . | 13h | 0 | |
| z | Other payments or refundable credits. List type and amount ▶___ | 13z | | |
| 14 | Total Other payments or refundable credits. Add lines 13a through 13z . . . . . . . . | | 14 | 1,500 |
| 15 | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 | | 15 | 1,500 |

Schedule 3 (Form 1040) 2021

## Additional Data

| | |
|---|---|
| **Software ID:** | |
| **Software Version:** | |
| **SSN:** | ▮▮▮▮▮▮ |
| **Name:** | KEVIN L<BRINDLEY |

Schedule 8812 (Form 1040) 2021     Page **2**

## Part I-C   Filers Who Do Not Check a Box on Line 13

**Caution:** If you checked a box on line 13, do not complete Part I-C.

| | | |
|---|---|---|
| **15a** Enter the amount from the **Credit Limit Worksheet A** . . . . . . . . . . . | **15a** | |
|   **b** Enter the smaller of line 12 or line 15a. . . . . . . . . . . . . . . | **15b** | |
| Additional child tax credit. Complete Parts II-A through II-C if you meet each of the following items. | | |
| 1. You are not filing Form 2555. | | |
| 2. Line 4a is more than zero. | | |
| 3. Line 12 is more than line 15a. | | |
|   **c** If you completed Parts II-A through II-C, enter the amount from line 27; otherwise, enter -0- . . | **15c** | |
|   **d** Add lines 15b and 15c . . . . . . . . . . . . . . . . . . . . . . . . | **15d** | |
|   **e** Enter the aggregate amount of advance child tax credit payments you (and your spouse if filing jointly) received for 2021. See your Letter(s) 6419 for the amounts to include on this line. If you are missing Letter 6419, see the instructions before entering an amount on this line. If you didn't receive any advance child tax credit payments for 2021. enter -0-. . . . . . . . . . . . . . . . . **Caution:**If the amount on this line doesn't match the aggregate amounts reported to you (and your spouse if filing jointly) on your Letter(s) 6419, the processing of your return will be delayed. | **15e** | |
|   **f** Subtract line 15e from line 15d. If zero or less, enter -0- on lines 15f through 15h and go to Part III. | **15f** | |
|   **g** Enter the smaller of line 15b or line 15f. **This is your nonrefundable child tax credit and credit for other dependents. Enter this amount on line 19 of your Form 1040, 1040-SR, or 1040-NR** | **15g** | |
|   **h** Subtract line 15g from line 15f. **This is your additional child tax credit. Enter this amount on line 28 of your Form 1040, 1040-SR, or 1040-NR** . . . . . . . . . . . . . . . . . . . | **15h** | |

## Part II-A   Additional Child Tax Credit (use only if completing Part I-C)

**Caution:** If you file Form 2555, do not complete Parts II-A through II-C; you cannot claim the additional child tax credit.

**Caution:** If you checked a box on line 13, do not complete Parts II-A through II-C; you cannot claim the additional child tax credit.

| | | |
|---|---|---|
| **16a** Subtract line 15b from line 12. If zero, skip Parts II-A and II-B and enter -0- on line 27 . . . . | **16a** | |
|   **b** Number of qualifying children under 18 with the required social security number: x $1,400. Enter the result. If zero, skip Parts II-A and II-B and enter -0- on line 27 . . . . . . . . . . | **16b** | |
|   **TIP:** The number of children you use for this line is the same as the number of children you used for line 4a. | | |
| **17**  Enter the **smaller** of line 16a or line 16b . . . . . . . . . . . . . . . . . | **17** | |

| | | | |
|---|---|---|---|
| **18a** Earned income (see instructions). . . . . . . . . . . . . | **18a** | | |
|   **b** Nontaxable combat pay (see instructions) | **18b** | | |
| **19**  Is the amount on line 18a more than $2,500? | | | |
|   ☐ **No.** Leave line 19 blank and enter -0- on line 20. | | | |
|   ☐ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result | **19** | | |

| | | |
|---|---|---|
| **20** Multiply the amount on line 19 by 15% (0.15) and enter the result . . . . . . . . . . . . . . . | **20** | |
| **Next.** On line 16b, is the amount $4,200 or more? | | |
|   ☐ **No.** If line 20 is zero, enter -0- on line 15c; Otherwise, skip Part II-B and enter the smaller of line 17 or line 20 on line 27. | | |
|   ☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21. | | |

## Part II-B   Certain Filers Who Have Three or More Qualifying Children

| | | | |
|---|---|---|---|
| **21** Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions . . . . . . . . | **21** | | |
| **22** Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 . . . . . . . . . . . . . . | **22** | | |
| **23** Add lines 21 and 22 . . . . . . . . . . . . . . . . | **23** | | |
| **24 1040 and** | | | |
|   **1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27a and Schedule 3 (Form 1040), line 11. **1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11. | **24** | | |
| **25**  Subtract line 24 from line 23. If zero or less, enter -0- . . . . . . . . . . . . . . . . . | **25** | | |
| **26**  Enter the larger of line 20 or line 25 . . . . . . . . . . . . . . . . . . . . . . | **26** | | |
|   **Next,** enter the **smaller** of line 17 or line 26 on line 27. | | | |

## Part II-C   Additional Child Tax Credit

| | | |
|---|---|---|
| **27**  Enter this amount on line 15c . . . . . . . . . . . . . . . . . . . . . . . . | **27** | |

**Additional Data**

|                      |                    |
|---------------------:|:-------------------|
|         Software ID: |                    |
|    Software Version: | ███████            |
|                 SSN: | █████████          |
|                Name: | KEVIN L<BRINDLEY   |

Schedule C (Form 1040) 2021 | Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

**33** Method(s) used to value closing inventory:

    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . | **37** | |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . . . . . . | **38** | |
| **39** | Other costs . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . | **40** | |
| **41** | Inventory at end of year . . . . . . . . . . . . . . . . . . . | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . | **42** | |

| **Part IV** | **Information on Your Vehicle.** |
|---|---|

Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

**44** Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

  **a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . ☐ Yes  ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . ☐ Yes  ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . ☐ Yes  ☐ No

  **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| ------------------------------------------------------- | |
| ------------------------------------------------------- | |
| ------------------------------------------------------- | |
| ------------------------------------------------------- | |
| ------------------------------------------------------- | |
| ------------------------------------------------------- | |
| ------------------------------------------------------- | |
| ------------------------------------------------------- | |

| | | | |
|---|---|---|---|
| **48** | **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . . | **48** | |

Schedule C (Form 1040) 2021

| efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 30221456356942 |
|---|---|---|

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Self-Employment Tax**

▶ Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, or 1040-NR.

OMB No. 1545-0074

**2021**
Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)
Kevin I Brindley

Social security number of person
with **self-employment** income ▶

**Part I**    **Self-Employment Tax**

Note: *If your only income subject to self-employment tax is* **church employee income,** *see instructions for how to report your income and the definition of church employee income.*

A    If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you
had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . . . ▶ ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065),<br>box 14, code A.   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation<br>Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065),<br>box 20, code AH .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **1b** | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than<br>farming). See instructions for other income to report or if you are a minister or member of a religious order. | **2** | 11,480 |
| **3** | Combine lines 1a, 1b, and 2   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **3** | 11,480 |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 .   .   . | **4a** | 10,602 |
| | Note: *If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions.* | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here .   .   .   .   .   . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax.<br>**Exception:** *If less than $400 and you had* **church employee income,** *enter -0- and continue* .   .   .   . ▶ | **4c** | 10,602 |
| **5a** | Enter your **church employee income** from Form W-2. See<br>instructions for definition of church employee income .   .   .   .   .   .   . | **5a** | | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- .   .   .   .   .   .   .   .   .   .   . | **5b** | 0 |
| **6** | Add lines 4c and 5b.   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **6** | 10,602 |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security<br>tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2021   .   .   .   .   .   .   .   . | **7** | $142,800 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2)<br>and railroad retirement (tier 1) compensation. If $142,800 or more, skip<br>lines 8b through 10, and go to line 11   .   .   .   .   .   .   .   .   .   .   . | **8a** | 40,507 | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10   .   . | **8b** | | |
| **c** | Wages subject to social security tax from Form 8919, line 10   .   .   .   .   . | **8c** | | |
| **d** | Add lines 8a, 8b, and 8c   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **8d** | 40,507 |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 .   .   .   . ▶ | **9** | 102,293 |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) .   .   .   .   .   .   .   .   .   .   .   .   . | **10** | 1,315 |
| **11** | Multiply line 6 by 2.9% (0.029) .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **11** | 307 |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4.**   .   . | **12** | 1,622 |
| **13** | **Deduction for one-half of self-employment tax.**<br>Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1<br>(Form 1040), line 15.**   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **13** | 811 | |

**Part II**    **Optional Methods To Figure Net Earnings** (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $8,820,
or **(b)** your net farm profits[2] were less than $6,367.

| | | | |
|---|---|---|---|
| **14** | Maximum income for optional methods.   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **14** | $5,880 |
| **15** | Enter the **smaller** of: two-thirds ($^2/_3$) of gross farm income[1] (not less than zero) **or** $5,880. Also<br>include this amount on line 4b above   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $6,367
and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment
of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| **16** | Subtract line 15 from line 14 .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **16** | |
| **17** | Enter the **smaller** of: two-thirds ($^2/_3$) of gross nonfarm income[4] (not less than zero) **or** the<br>amount on line 16. Also include this amount on line 4b above   .   .   .   .   .   .   .   .   .   .   .   . | **17** | |

[1]From Sch. F, line 9, and Sch. K-1 (Form 1065), box 14, code B.
[2]From Sch. F, line 34, and Sch. K-1 (Form 1065), box 14,
code A - minus the amount you would have entered on line
1b had you not used the optional method.

[3]From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14,
code A.
[4]From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14,
code C.

For Paperwork Reduction Act Notice, see your tax return instructions.        Cat. No. 11358Z        **Schedule SE (Form 1040) 2021**

| efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | | DLN: 30221456356942 |
|---|---|---|---|

| **a** Employee's social security number | OMB No. 1545-0008 | Safe, accurate, FAST! Use | **e-file** | Visit the IRS website at *www.irs.gov/efile*. |
|---|---|---|---|---|

| **b** Employer identification number (EIN) 7703 | | **1** Wages, tips, other compensation 40,507 | **2** Federal income tax withheld 5,061 |
|---|---|---|---|
| **c** Employer's name, address, and ZIP code FORTEM HR LLC  2420 Enterprise Road Suite 100  Clearwater, FL  33763 | | **3** Social security wages 40,507 | **4** Social security tax withheld 2,511 |
| | | **5** Medicare wages and tips 40,507 | **6** Medicare tax withheld |
| | | **7** Social security tips | **8** Allocated tips |
| **d** Control number | | **9** | **10** Dependent care benefits |
| **e** Employee's first name and initial    Last name    Suff.  Kevin Brindley | | **11** Nonqualified plans | **12a** See instructions for box |
| | | **13** Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐ | **12b** |
| **f** Employee's address and ZIP code  Winder, GA  30680 | | **14** Other | **12c** |
| | | | **12d** |

| **15** State | Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|---|
| GA | 4677-ID | 40,507 | 1,976 | | | |

Form **W-2**   **Wage and Tax Statement**   **2021**   Department of the Treasury—Internal Revenue Service

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.