# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY <br><br> Defendants. | Civil Action File No: 2:22-cv-103-RWS |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR DECERTIFICATION OF COLLECTIVE ACTION

Plaintiff Dustin Hyde, individually and on behalf of all others similarly situated, by and through his counsel of record, for his Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Decertification of Collective Action, states as follows:

1. Defendants filed a Motion for Decertification of Collective Action on November 20, 2023. *See* ECF No. 59.

2. Plaintiff's deadline to file a Response is December 4, 2023.

Page 1 of 4
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Plaintiff's Unopposed Motion for Extension of Time to Respond**
**to Defendants' Motion for Decertification of Collective Action**

3. Plaintiff seeks a 7-day extension on his deadline to file a Response, up to and including December 11, 2023.

4. Counsel for both parties have conferred regarding this Motion. **Defendants' Counsel is unopposed to the relief requested in this Motion.**

5. The parties further agree that if Plaintiff's Motion for Extension of Time is granted, Defendants deadline to file a reply should be extended to January 2, 2024.

6. The requested extension is not sought for purposes of delay or any other improper purpose.

WHEREFORE**,** premises considered, Plaintiff respectfully requests this Court to grant this Motion, to extend Plaintiff's response deadline by 7 days, up to and including December 11, 2023, to extend Defendant's deadline to file a reply through January 2, 2024, and for all necessary and proper relief.

Page 2 of 4
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Plaintiff's Unopposed Motion for Extension of Time to Respond**
**to Defendants' Motion for Decertification of Collective Action**

Respectfully submitted,

**DUSTIN HYDE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

DELONG, CALDWELL, BRIDERS, FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
Telephone: (404) 979-3150

Matthew W. Herrington
Ga. Bar No. 275411
matthew.herrington@dcbflegal.com

LOCAL COUNSEL FOR PLAINTIFF

Page 3 of 4
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Plaintiff's Unopposed Motion for Extension of Time to Respond
to Defendants' Motion for Decertification of Collective Action

# **CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Jeremy H. Handschuh, Esq.
Amanda I. Elliot, Esq.
MITCHELL-HANDSCHUH LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
Telephone: (404) 262-9488
Facsimile: (404) 231-3774
jeremy@m-hlawgroup.com
amanda@m-hlawgroup.com
Attorneys for Defendants

                                                      */s/ Josh Sanford*
                                                     **Josh Sanford**

Page 4 of 4
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Plaintiff's Unopposed Motion for Extension of Time to Respond**
**to Defendants' Motion for Decertification of Collective Action**