# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY<br><br>Defendants. | Civil Action File No: 2:22-cv-103-RWS |

## **ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Decertification of Collective Action, it is hereby **ORDERED** that the motion is **GRANTED**. The response deadline is extended up to and including December 11, 2023, and the reply deadline is extended up to and including January 2, 2024.

IT IS SO ORDERED, this _____ day of November, 2023.

_____
**HON. RICHARD W. STORY**
**UNITED STATES DISTRICT JUDGE**