## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

DUSTIN HYDE, individually and on )
Behalf of All Other Similarly Situated )
    )
Plaintiff, )
    )
   v. )    Civil Action File No: 2:22-cv-103-RWS
    )
316 TOWING & ROAD SERVICE, )
INC., and MAKSIM LISOVSKIY )
    )
Defendants. )

### ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Decertification of Collective Action, it is hereby **ORDERED** that the motion is **GRANTED**. The response deadline is extended up to and including December 11, 2023, and the reply deadline is extended up to and including January 2, 2024.

IT IS SO ORDERED, this 30th day of November, 2023.

_____

**RICHARD W. STORY**
United States District Judge