IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY,<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action File No: 2:22-CV-103-RWS |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW, 316 Towing & Road Service, Inc. and Maksim Lisovskiy (collectively "Defendants") to give notice of its substitution of Emma K. Schott, Esq. (Georgia Bar No. 459856) in place of Amanda I. Elliott, Esq. (Georgia Bar No. 137633) as Counsel of Record. Amanda I. Elliot, Esq. has disassociated from Mitchell-Handschuh Law Group, and is here by withdrawn from representation of Defendants. Defendants will continue to be represented by Jeremy R. Handschuh, Esq., Emma K. Schott, Esq., and the law firm of Mitchell-Handschuh Law Group. All future notices to Defendants should be addressed as follows:

Jeremy R. Handschuh, Esq.
Emma K. Schott, Esq.
MITCHELL-HANDSCHUH LAW GROUP
3390 Peachtree Road NE
Suite 520
Atlanta, Georgia 30326
jeremy@m-hlawgroup.com
emma@m-hlawgroup.com
T: (404) 262-948

*[SIGNATURES FOLLOW]*

Respectfully submitted this 27th day of February 2024.

| | |
|---|---|
| MITCHELL-HANDSCHUH LAW GROUP<br>3390 Peachtree Road NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262-9488<br>E: jeremy@m-hlawgroup.com<br>E: emma@m-hlawgroup.com | /s/ Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>*Counsel for Defendants*<br><br>/s/ Emma K. Schott<br>Emma K. Schott, Esq.<br>Georgia Bar No. 459856<br>*Counsel for Defendants* |

Counsel for Defendants certify that this document complies with LR 5.1(B), LR 7.1(D), NDGa. and NDGa. Standing Order No. 19-01.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on behalf of All Other Similarly Situated ) ) ) Plaintiff, ) ) v. ) ) 316 TOWING & ROAD SERVICE INC., and ) MAKSIM LISOVSKIY ) ) Defendants, | Civil Action File No: 2:22-cv-103-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I electronically filed the foregoing NOTICE OF SUBSTITUTION OF COUNSEL with the Clerk of Court via the CM/ECF system, which will automatically send an email notification of said filings to the following attorneys of record:

Josh Sandford, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway
Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

Respectfully submitted this 27th day of February 2024.

MITCHELL - HANDSCHUH  　/s/ Jeremy R. Handschuh
LAW GROUP  　　　　　　Jeremy R. Handschuh, Esq.
3390 Peachtree Road, NE, Suite 520  　Georgia Bar No. 418099
Atlanta, Georgia 30326  　　　　　*Counsel for Plaintiff*
T: (404) 262 - 9488
E: jeremy@m-hlawgroup.com  　/s/ Emma K. Schott
E: emma@m-hlawgroup.com  　Emma K. Schott, Esq.
　　　　　　　　　　　　Georgia Bar No. 459856
　　　　　　　　　　　　*Counsel for Plaintiff*