# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY<br><br>Defendants. | Civil Action File No: 2:22-cv-103-RWS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION TO ARBITRATE AND MOTION TO AMEND THE SCHEDULING ORDER

COME NOW, Defendants 316 Towing & Road Service, Inc. ("316") and Maksim Lisovskiy ("Lisovskiy") (collectively, the "Defendants") by and through their counsel of record and file this Defendants' Motion for Leave to File a Motion to Arbitrate and Motion to Amend the Scheduling Order as follows:

In brief, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and applicable law, Defendants respectfully request the Court grant Defendants' Motion and enter the following relief:

Page 1 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Defendants' Motion for Leave to File a Motion to Arbitrate and Motion to Amend the Scheduling Order

(i) grant Defendants leave pursuant to LR 7.1(A)(2), NDGa, allowing Defendants to file their Motion to Arbitrate by April 19, 2024, and amend the Scheduling Order [Dkt. 15] accordingly; and

(ii) further amend the Scheduling Order, extending the current April 19, 2024 deadline [Dkt. 55] for the Parties to file any summary judgment or other dispositive motions through and including thirty (30) days following the Court's order on Defendants' Motion to Arbitrate.

Good cause exists for each request and Defendants have acted with clear diligence where required. This Motion is supported by the accompanying Memorandum of Law and proposed Order filed concurrently herewith, as well as the pleadings, records, and the entire record on file in this action.

Respectfully submitted this 28th day of March 2024.

|  |  |
|---|---|
| MITCHELL - HANDSCHUH LAW GROUP<br>3390 Peachtree Road, NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262 - 9488<br>E: jeremy@m-hlawgroup.com<br>E: emma@m-hlawgroup.com | /s/ Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>Emma K. Schott, Esq.<br>Georgia Bar No. 459856<br>*Counsel for Defendants* |

Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.

Page 2 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Defendants' Motion for Leave to File Motion to Arbitrate and Motion to Amend Scheduling Order