# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action File No: 2:22-cv-103-RWS |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION TO ARBITRATE AND MOTION TO AMEND THE SCHEDULING ORDER

The Court, having duly considered Defendants' Motion for Leave to File a Motion to Arbitrate and Motion to Amend the Scheduling Order and Memorandum of Law in Support of the same, the Court hereby makes the following order: For good cause shown along with the exercise of the requisite diligence by Defendants where required and as reflected by this docket, Defendants' Motion is GRANTED. Defendants must file their motion to arbitrate by April 19, 2024. The Parties must then file any summary judgment or other dispositive motions within thirty (30) days following the Court's order on Defendants' motion to arbitrate.

Page 1 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Order on Defendants' Motion for Leave to File a Motion to Arbitrate and Motion to Amend the Scheduling Order

**IT IS SO ORDERED**, this _____ day of _____ 2024.

                                                                                          _____
                                                                                          HON. RICHARD W. STORY

**PREPARED AND FILED BY:**

/s/Jeremy R. Handschuh
Jeremy R. Handschuh, Esq.
Georgia Bar No. 418099
Emma K. Schott, Esq.
Georgia Bar No. 459856
*Counsel for Defendants*

MITCHELL - HANDSCHUH
LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
T: (404) 262 - 9488
E: jeremy@m-hlawgroup.com
E: emma@m-hlawgroup.com

Page 2 of 2
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Order on Motion for Leave to File Motion to Arbitrate and Motion to Amend Scheduling Order**