# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action File No: 2:22-cv-103-RWS |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, Thursday, March 28, 2024, I have caused to serve true and correct copies of the documents listed below:

1. DEFENDANTS' MOTION FOR LEAVE TO A FILE MOTION TO ARBITRATE AND MOTION TO AMEND THE SCHEDULING ORDER;

2. MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION TO ARBITRATE AND MOTION TO AMEND THE SCHEDULING ORDER;

3. proposed ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION TO ARBITRATE AND MOTION TO AMEND THE

Page 1 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Certificate of Service of Defendants' Motion for Leave to File a Motion to Arbitrate

SCHEDULING ORDER; and

4. this CERTIFICATE OF SERVICE;

with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC
Matthew.herrington@dcbflegal.com
*Local Counsel for Plaintiff*

Josh Sanford, Esq.
Sean Short, Esq.
SANFORD LAW FIRM, PLLC
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com
*Lead Counsel for Plaintiff*

Respectfully submitted this 28th day of March 2024.

| | |
|---|---|
| | /s/ Jeremy R. Handschuh |
| MITCHELL - HANDSCHUH LAW GROUP | Jeremy R. Handschuh, Esq. |
| | Georgia Bar No. 418099 |
| 3390 Peachtree Road, NE, Suite 520 | Emma K. Schott, Esq. |
| Atlanta, Georgia 30326 | Georgia Bar No. 459856 |
| T: (404) 262 - 9488 | *Counsel for Defendants* |
| E: jeremy@m-hlawgroup.com | |
| E: emma@m-hlawgroup.com | |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*

Page 2 of 2
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Certificate of Service of Defendants' Motion for Leave to File a Motion to Arbitrate**