## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated ) ) ) Plaintiff, ) ) ) v. ) ) 316 TOWING & ROAD SERVICE, ) INC., and MAKSIM LISOVSKIY ) ) Defendants. ) | Civil Action File No: 2:22-cv-103-RWS **JURY TRIAL DEMANDED** |

### DEFENDANTS' MOTION TO ARBITRATE AND TO STAY LITIGATION

COME NOW, Defendants 316 Towing & Road Service, Inc. ("316 Towing") and Maksim Lisovskiy ("Lisovskiy") (collectively, the "Defendants") by and through their counsel of record and file this Defendants' Motion to Arbitrate and to Stay Litigation as follows:

In brief, pursuant to either the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*. ("FAA") or Georgia law, Defendants respectfully request that this Court grant Defendants' Motion and (i) order this matter to mediation followed by binding arbitration of Plaintiffs' claims against Defendants, and (ii) upon such order, pursuant to 9 U.S.C. § 3 and O.C.G.A § 9-9-6(a), stay this action pending completion

Page 1 of 2
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Defendants' Motion to Arbitrate and to Stay Litigation

of such arbitration and any further motion of the Parties to lift the stay. The record reflects that Plaintiffs each entered into an Independent Contractor and Lease Agreement (the "Agreements") with 316 Towing, in which he agreed submit "any dispute concerning the terms of [the] Agreement" to mediation followed by binding arbitration. Either the FAA or Georgia law, as applicable, require enforcement of Plaintiffs' agreement to arbitrate, as (1) the Agreements, including the arbitration provision therein, are enforceable, and (2) the issue of arbitrability has been delegated to the arbitrator, but in any event, Plaintiffs' claims fall within the broad scope of the Agreements' arbitration provision. Further, Lisovsky is entitled to enforce arbitration as to the claims against him under an equitable estoppel theory. Both the FAA and Georgia law call for a stay of this litigation pending arbitration. This Motion is supported by the accompanying Brief in Support filed concurrently herewith, as well as the pleadings, records, and the entire record on file in this action.

Respectfully submitted this 29th day of April 2024.

| | |
|---|---|
| MITCHELL - HANDSCHUH LAW GROUP<br>3390 Peachtree Road, NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262 - 9488<br>E: jeremy@m-hlawgroup.com<br>E: emma@m-hlawgroup.com | /s/ Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>Emma K. Greer, Esq.<br>Georgia Bar No. 459856<br>*Counsel for Defendants* |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*

Page 2 of 2
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Defendants' Motion to Arbitrate and to Stay Litigation**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated ) ) ) Plaintiff, ) ) ) v. ) ) 316 TOWING & ROAD SERVICE, ) INC., and MAKSIM LISOVSKIY ) ) Defendants. ) | Civil Action File No: 2:22-cv-103-RWS **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, Monday, April 29, 2024, I have caused to serve true and correct copies of the documents listed below:

1. DEFENDANTS' MOTION TO ARBITRATE AND TO STAY LITIGATION;

2. BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO ARBITRATE AND TO STAY LITIGATION; and

3. this CERTIFICATE OF SERVICE;

with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Page 1 of 2
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Certificate of Service of Defendants' Motion to Arbitrate and to Stay Litigation**

Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC
Matthew.herrington@dcbflegal.com
*Local Counsel for Plaintiff*

Josh Sanford, Esq.
Sean Short, Esq.
SANFORD LAW FIRM, PLLC
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com
*Lead Counsel for Plaintiff*

Respectfully submitted this 29th day of April 2024.

| | |
|---|---|
| | /s/ Jeremy R. Handschuh |
| MITCHELL - HANDSCHUH | Jeremy R. Handschuh, Esq. |
| LAW GROUP | Georgia Bar No. 418099 |
| 3390 Peachtree Road, NE, Suite 520 | Emma K. Greer, Esq. |
| Atlanta, Georgia 30326 | Georgia Bar No. 459856 |
| T: (404) 262 - 9488 | *Counsel for Defendants* |
| E: jeremy@m-hlawgroup.com | |
| E: emma@m-hlawgroup.com | |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*

Page 2 of 2
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (ND GA) No. 2:22-cv-103-RWS**
**Certificate of Service of Defendants' Motion to Arbitrate and to Stay Litigation**