# In the Matter Of:

# HYDE V. 316 TOWING & ROAD SERVICE

2:22-cv-103-RWS

# REYNALDO BROWN

*September 28, 2023*



ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

```
                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                        GAINESVILLE DIVISION


DUSTIN HYDE, Individually,    )
and on Behalf of All Other    )
Similarly Situated,           )
                              )    CIVIL ACTION FILE
          Plaintiff,          )
                              )    NO. 2:22-cv-103-RWS
    vs.                       )
                              )
316 TOWING & ROAD SERVICE,    )
INC., and MAKSIM LISOVSKIY,   )
                              )
          Defendants.         )
_____)
```

        Deposition of REYNALDO BROWN, taken on behalf of the Defendants, pursuant to Notice and agreement of counsel, in accordance with the Federal Rules of Civil Procedure, before Cynthia B. Gatewood, Certified Court Reporter, at 3390 Peachtree Road NE, Suite 520, Atlanta, Georgia, on the 28th day of September 2023, commencing at the hour of 3:10 p.m.



INDEX TO EXAMINATIONS

| EXAMINATION | PAGE |
|---|---|
| Cross-Examination by MR. Handschuh | 4 |

INDEX TO EXHIBITS

| DEFENDANTS' EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| D-1 | Third Amended Notice to Take Deposition of Reynaldo Ricardo Brown | 5 |
| D-2 | Driver Application | 34 |
| D-3 | not tendered | |
| D-4 | Responses to Defendants' First Interrogatories, Requests for Production, and Requests for Admission | 30 |
| D-5 | Independent Contractor and Lease Agreement | 44 |
| D-6 | Towbook Log | 78 |
| D-7 | Canceled Job Log | 81 |
| D-8 | Damages Table | 97 |
| D-9 | Invoice | 100 |
| D-10 | IRS Response | 103 |

- - -



```
 1   APPEARANCES OF COUNSEL:

 2
     On behalf of the Plaintiff:
 3
            SEAN SHORT
 4          Attorney at Law
            Sanford Law Firm PLLC
 5          Suite 510, Kirkpatrick Plaza
            10800 Financial Centre Parkway
 6          Little Rock, Arkansas 72211
            Phone:  (501) 904-1650
 7          Email:  sean@sanfordlawfirm.com

 8
     On behalf of the Defendants:
 9
            JEREMY R. HANDSCHUH
10          AMANDA I. ELLIOTT
            Attorneys at Law
11          Mitchell-Handschuh Law Group
            3390 Peachtree Road NE
12          Suite 520
            Atlanta, Georgia 30326
13          Phone:  (404) 262-9488
            Email:  jeremy@m-hlawgroup.com
14          Email:  amanda@m-hlawgroup.com

15
     Also Present:
16
            Maksim Lisovskiy
17          Eli Kudrin

18

19                         - - -

20

21           (Disclosure, as required by the Georgia
     Board of Court Reporting, was made by the court
22   reporter, a written copy of which is attached
     hereto.)
23

24

25
```



```
 1       Q.    Correct.
 2       A.    All right.
 3       Q.    Oh, you got that.  Okay.  Great.  It says
 4  that, "Please admit that Lisovskiy" -- and I'll
 5  represent to you that that is Max's last name --
 6  "personally neither hired nor fired you."  And you
 7  admitted that.
 8       A.    All right.
 9       Q.    Do you see that?  So does that -- is that
10  true, that just as you reflect on your earlier response
11  here that Max simply wasn't involved in hiring or
12  firing you?
13       A.    No.
14       Q.    Okay.  Can you explain --
15       A.    Well, which part, hired or fired?
16       Q.    Either one.
17       A.    Well, he hired me in the office as Eli
18  handed me the paperwork to sign.  And when I got fired,
19  I tried to call Eli because he was the number I had to
20  contact, and he told me Max didn't want me working no
21  more.
22       Q.    Really?  Okay.  Did he put that in writing
23  at all or --
24       A.    No.  I was on the phone with him.
25       Q.    That was just on the phone.
```



1	Q.	Okay.  So does that mean that if I
2	represented to you overtime would kick in after
3	40 hours, you would maybe look at your shifts, add up
4	the time for that week, and then say whatever was over
5	40 hours is your overtime?
6	A.	Probably.
7	Q.	Okay.  So let's take one week, just one
8	given week in June back in 2021.  You're just stating
9	that if you had a weekly shift of 12 hours each day,
10	you believe that you're entitled to 60 hours
11	compensation?
12	A.	I didn't go over it yet.
13	Q.	Well, I'm just asking you now --
14	A.	I don't know yet.  I don't know.
15	Q.	It's two weeks.  I mean, you know, did you
16	work over 40 hours the first week, the second week?
17	Can you speak to that?
18	A.	I don't know.  I don't know.
19	Q.	Okay.  So do you believe you were asking for
20	20 hours of overtime?
21	A.	(Witness shakes head negatively.)
22	Q.	You just don't know?
23	A.	Not yet.
24	Q.	Okay.  How will you derive the amount that
25	you believe you're due in terms of the hours, do you

