# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY<br><br>Defendants. | Civil Action File No: 2:22-cv-103-RWS |

## JOINT NOTICE AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION

Plaintiff Dustin Hyde, individually and on behalf of all other similarly situated (collectively, "Plaintiffs"), and Defendants 316 Towing & Road Service, Inc., and Maksim Lisovskiy (collectively "Defendants"), for their Joint Notice and Request for Referral to Magistrate Judge for Mediation, state:

1. Pursuant to the Court's Order on Defendants' Motion to Compel [Dkt. 75], the Parties have conferred regarding mediation and hereby jointly move the Court to refer this case to the Chief Magistrate Judge for the Northern District of Georgia so that this case can be assigned to a Magistrate judge for mediation.

Page 1 of 3
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Joint Notice and Request for Referral to Magistrate Judge for Mediation

WHEREFORE, the Parties respectfully pray that their Joint Notice and Request for Referral to Magistrate Judge for Mediation be granted in its entirety, that this case be referred to a Magistrate Judge for a mediation, and for all other relief the Court may find necessary or proper.

Respectfully submitted,

**DUSTIN HYDE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

LEAD COUNSEL FOR PLAINTIFFS

DELONG, CALDWELL, BRIDERS, FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
Telephone: (404) 979-3150

Matthew W. Herrington
Ga. Bar No. 275411
matthew.herrington@dcbflegal.com

Page 2 of 3
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Joint Notice and Request for Referral to Magistrate Judge for Mediation

LOCAL COUNSEL FOR PLAINTIFF

**CONSENTED TO BY:**

**316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY, DEFENDANTS**

MITCHELL-HANDSCHUH LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
Telephone: (404) 262-9488

*/s/ Jeremy R. Handschuh*
Jeremy R. Handschuh, Esq.
Georgia Bar No. 418099
jeremy@m-hlawgroup.com

Emma K. Greer, Esq.
Georgia Bar No. 459856
emma@m-hlawgroup.com

COUNSEL FOR DEFENDANTS

Page 3 of 3
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (ND GA) No. 2:22-cv-103-RWS
Joint Notice and Request for Referral to Magistrate Judge for Mediation