IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC. and MAKSIM LISOVSKIY,<br><br>Defendants. | Civil Action No.<br><br>2:22-CV-103-RWS |

## ORDER

This case comes before the Court on a Joint Notice and Request for Referral to Magistrate Judge for Mediation (the "Joint Notice") [Dkt. 76]. In this Court's previous order granting Defendants' Motion to Arbitrate and Stay Litigation, the Court directed the parties to "(i) confer in an attempt to identify a mutually agreed upon mediator, and then (ii) submit a joint notice informing the Court of the result of that conference **within seven (7) days** of the entry" of that order. [Dkt. 75, at 23]. Through the instant Joint Notice, the parties "jointly move the Court to refer this case to the Chief Magistrate Judge for the Northern District of Georgia so that this case can be assigned to a Magistrate Judge for mediation." [Dkt. 76, at 1]. The Court hereby **GRANTS** that request and **ORDERS** that this case be **REFERRED**

to Chief Magistrate Judge Russell G. Vineyard for assignment to a Magistrate Judge for mediation.

**SO ORDERED** this 28th day of June, 2024.

_____
**RICHARD W. STORY**
United States District Judge