IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Other Similarly Situated <br><br> Plaintiff, <br><br> v. <br><br> 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY <br><br> Defendants. | Civil Action File No: 2:22-cv-103-RWS <br><br> **JURY TRIAL DEMANDED** |

## ORDER

This case is scheduled for a settlement conference on **August 14, 2024 at 10:00 a.m.** before the undersigned. The Court hereby permits the following individuals to bring their electronics into the Courthouse for the conference.

Jeremy Handschuh: Cell phone, Laptop

Max Lisovskiy: Cell phone, Laptop

IT IS SO ORDERED this _____ day of August, 2024.

_____
J. CLAY FULLER
UNITED STATES MAGISTRATE JUDGE