**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

DUSTIN HYDE, individually and on )
Behalf of All Other Similarly Situated )
                                   )
Plaintiff, )
                                   )
    v. )            Civil Action File No: 2:22-cv-103-RWS
                                   )
316 TOWING & ROAD SERVICE, )        **JURY TRIAL DEMANDED**
INC., and MAKSIM LISOVSKIY )
                                   )
Defendants. )

## <u>ORDER</u>

This case is scheduled for a settlement conference on **August 14, 2024 at
10:00 a.m.** before the undersigned. The Court hereby permits the following
individuals to bring their electronics into the Courthouse for the conference.

Jeremy Handschuh: Cell phone, Laptop

Max Lisovskiy: Cell phone, Laptop

IT IS SO ORDERED this <u>14th</u> day of August, 2024.


                                */s/ J. Clay Fuller*
                               _____
                               J. CLAY FULLER
                               UNITED STATES MAGISTRATE JUDGE

1