# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:22-cv-00103-RWS**
**Hyde v. 316 Towing & Road Service, Inc. et al**
**Honorable J. Clay Fuller**

Minute Sheet for proceedings held In Open Court on 08/14/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:10 P.M.          TAPE NUMBER: FTR
TIME IN COURT: 4:10                                       DEPUTY CLERK: Christina Klimenko
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jeremiah Handschuh representing 316 Towing & Road Service, Inc.<br>Sean Short representing Dustin Hyde |
| OTHER(S) PRESENT: | Brent Johnson, Reynaldo Brown, & Kevin Brindley with Plaintiff<br>Max Lisovsky with Defendant |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Case settled. Parties to finalize settlement documents. |