# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DUSTIN HYDE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY<br><br>Defendants. | Civil Action File No: 2:22-cv-103-RWS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dustin Hyde and Defendants 316 Towing & Road Service, Inc., and Maksim Lisovskiy, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff Dustin Hyde, individually and behalf of all others similarly situated, brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA").

2. Brent Johnson, Kevin Brindley, and Reynaldo Brown each submitted a Consent to Join this matter, becoming party-plaintiffs in this lawsuit.

Page 1 of 3
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Joint Stipulation of Dismissal with Prejudice

3. On June 20, 2024, the Court issued an Order ordering the parties to attend mediation and, if mediation was unsuccessful, to arbitration.

4. Out of an abundance of caution, the parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a), with each side to bear its own fees and costs.

5. As the parties' agreement contemplates payments not yet tendered, the parties request that the Court retain jurisdiction of this matter for the limited purpose of enforcing the agreement, if necessary.

Respectfully submitted this 20th day of November, 2024.

**DUSTIN HYDE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 3
Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS
Joint Stipulation of Dismissal with Prejudice

and DELONG, CALDWELL, BRIDERS, FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
Telephone: (404) 979-3150

Matthew W. Herrington
Ga. Bar No. 275411
matthew.herrington@dcbflegal.com

*LOCAL COUNSEL FOR PLAINTIFF*

and **316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY, DEFENDANTS**

MITCHELL-HANDSCHUH LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
Telephone: (404) 262-9488

*/s/Jeremy R. Handschuh*
Jeremy R. Handschuh, Esq.
Georgia Bar No. 418099
jeremy@m-hlawgroup.com

COUNSEL FOR DEFENDANTS

**Page 3 of 3**
**Dustin Hyde, et al. v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (N.D. Ga.) No. 2:22-cv-103-RWS**
**Joint Stipulation of Dismissal with Prejudice**